AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

JOHN CRESS

*Plaintiff(s)*

v.

NEXO FINANCIAL LLC, NEXO FINANCIAL SERVICES LTD., NEXO SERVICES OU, NEXO AG, NEXO CAPITAL INC., ANTONI TRENCHEV

*Defendant(s)*

Civil Action No. 3:23-cv-00882-TSH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Schedule A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Max Ambrose
Taylor-Copeland Law
501 W. Broadway, Suite 800
San Diego, CA 92101
(619) 734-8779
maxambrose@taylorcopelandlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date: February 28, 2023

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

*Cress v. Nexo Financial LLC, et al.*
3:23-cv-00882

**SCHEDULE A TO SUMMONS**

Nexo Financial LLC
251 Little Falls Drive
Wilmington, DE 19807

Nexo Financial Services Ltd.
1 Canada Square, Canary Wharf, Floor 39
London
E14 5AB
United Kingdom

Nexo Services OÜ
Tornimae tn 5
Tallinn, 10145
Estonia

Nexo AG
c/o Sibla Services AG
Grafenaustrasse 15
6300 Zug, Switzerland

Nexo Capital Inc.
Two Artillery Court, 2nd Floor
161 Shedden Road, PO Box 799
George Town, Grand Cayman KY1-1

Antoni Trenchev
PO Box 14, 272 Kensington High Street
London
W8 6ND
England