EVERSHEDS SUTHERLAND (US) LLP
Ian S. Shelton (SBN 264863)
ianshelton@eversheds-sutherland.com
500 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone:    (916) 844-2965
Facsimile:    (916) 241-0501

*Attorneys for Defendants Nexo Financial LLC, Nexo Financial Services Ltd., Nexo AG, Nexo Capital Inc., and Antoni Trenchev*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS, | CASE NO. 3:23-CV-00882-TSH |
| Plaintiff, | The Honorable Thomas S. Hixson |
| vs. | **DECLARATION OF ANTONI TRENCHEV IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)** |
| NEXO FINANCIAL LLC, NEXO FINANCIAL SERVICES LTD., NEXO AG, NEXO CAPITAL INC., and ANTONI TRENCHEV, | |
| Defendants. | Hearing Date:  September 7, 2023<br>Hearing Time: 10:00 a.m. |
| | Courtroom:    San Francisco Courthouse<br>Courtroom E – 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

DECLARATION OF ANTONI TRENCHEV

1. My name is Antoni Trenchev. I am more than twenty-one years old, and I have personal knowledge of the facts stated herein.

2. I am a director of Nexo Capital Inc. ("Nexo"). I occupied this position during March 2021 until June 2021, when the events referenced in Plaintiff John Cress's lawsuit occurred. In my role, I am familiar with Nexo's services and products as well as the named defendants in this lawsuit, including their corporate structure.

3. Nexo offers various services to the customers who use its online platform and app. For one of those services, Nexo extends credit lines to its customers secured by cryptocurrency collateral.

4. In Paragraph 79 of his Complaint, Mr. Cress references "Nexo's Terms" related to credit lines and purports to describe certain provisions of that contract. As a condition of using Nexo's platform, Mr. Cress agreed to be bound by certain Terms and Conditions, which are posted on Nexo's website. All clients of the Nexo platform who request credit lines, as Mr. Cress did, agree to Nexo's Crypto Credit General Terms and Conditions when they open their accounts. A true and correct copy of Nexo's Crypto Credit General Terms and Conditions, effective as of the date when Mr. Cress opened his Nexo account on March 3, 2021, is attached as **Exhibit 1**.

5. In Paragraph 39 of his Complaint, Mr. Cress references receiving a brochure advertising Nexo's VIP Relationship Program. A true and correct copy of the brochure provided to Mr. Cress advertising the VIP Relationship Program is attached as **Exhibit 2**.

6. In Paragraph 55 of his Complaint, Mr. Cress states that "Hristov allayed Plaintiff's concerns by representing that 'the NEXO token is registered with the SEC as a security therefore we are only allowed to facilitate deals with American citizens who are also certified, accredited investors.'" A true and correct copy of the accredited investor certificate that Mr. Cress provided to Nexo is attached as **Exhibit 3**.

7. In Paragraph 69 of his Complaint, Mr. Cress states that "[o]n or about March 24, 2021, Plaintiff and Nexo executed a Cryptocurrency Purchase Agreement[.]" I signed this Cryptocurrency Purchase Agreement via DocuSign as a corporate representative on behalf

of Nexo, as reflected by the statement "For Nexo:" above my signature. I did not sign this Cryptocurrency Purchase Agreement in my individual capacity. A true and correct copy of the Cryptocurrency Purchase Agreement is attached as **Exhibit 4**.

8.  In Paragraphs 44, 47, 57, and 69-74 of his Complaint, Mr. Cress references various e-mail exchanges that he had with Nexo representatives. A true and correct copy of the e-mail exchanges are attached as **Exhibit 5**.

9.  In Paragraph 139 of his Complaint, Mr. Cress claims that a Nexo representative made a "false statement" concerning whether "Plaintiff would earn interest on his posted collateral." A true and correct copy of a discussion of this issue between Mr. Cress and a Nexo representative is attached as **Exhibit 6**.

10. A true and correct copy of a webpage in the "Help Center" of Nexo's website is attached as **Exhibit 7**. This webpage states: "**Important**: Please note that assets held in your Credit Line Wallet (used as collateral) will not earn interest. The only exception to that is NETH and our NEXO token."

11. Mr. Cress has sued five different defendants in this lawsuit: myself, Nexo Capital Inc., Nexo Financial LLC, Nexo Financial Services Ltd., and Nexo AG (collectively, "Defendants"). I understand that Mr. Cress also sued Nexo Services OÜ, but has voluntarily dismissed that entity from this lawsuit.

12. Defendants seek dismissal of myself, individually, and also Nexo Financial Services Ltd. and Nexo AG, both of which are incorporated in Europe (collectively, the "European Nexo Entities"), and Nexo Financial LLC, which is incorporated in Delaware, for lack of personal jurisdiction.

13. Nexo Financial Services Ltd. is a United Kingdom company located at 1 Canada Square Floor 39, Canary Wharf, London, United Kingdom, E14 5AB. Nexo Financial Services Ltd. is not incorporated and does not have its principal place of business in California. Nexo Financial Services Ltd. is not registered to do business in California. Nexo Financial Services Ltd. does not maintain an office in California. Nexo Financial Services Ltd. does not have any operations or employees in California. Nexo Financial Services Ltd. is not the

DECLARATION OF ANTONI TRENCHEV

operating entity that issued the credit lines that are the subject of this lawsuit, and it was not the issuer of the NEXO Token or the Nexo Earn Interest Product that is the subject of this lawsuit.

14. Nexo AG is a Swiss company located at Grafenaustrasse 15 Zug, 6300 Switzerland. Nexo AG is not incorporated and does not have its principal place of business in California. Nexo AG is not registered to do business in California. Nexo AG does not maintain an office in California. Nexo AG does not have any operations or employees in California. Nexo AG is not the operating entity that issued the credit lines that are the subject of this lawsuit, and it was not the issuer of the NEXO Token or the Nexo Earn Interest Product that is the subject of this lawsuit.

15. The European Nexo Entities maintain their own separate corporate structures. They are distinct business entities from Nexo Capital Inc. The European Nexo Entities are incorporated and subject to regulation in different foreign jurisdictions, and they maintain separate corporate formalities.

16. The European Nexo Entities are distinct business entities, have their own directors (though some of those directors overlap), provide different types of services in different geographical regions, have maintained corporate formalities, have been adequately capitalized to meet their ongoing operational and financial obligations, have maintained separate bank accounts, have not commingled assets or funds, have maintained separate books and records, and have paid their own taxes, to the extent owed, in compliance with governing accounting standards.

17. The European Nexo Entities have no connection to the transactions described in Mr. Cress's Complaint. The European Nexo Entities did not issue the credit lines to Mr. Cress, and they were not the issuer of the NEXO Token or the Nexo Earn Interest Product that is the subject of this lawsuit.

18. Defendants also seek dismissal of Nexo Financial LLC for lack of personal jurisdiction. Nexo Financial LLC is incorporated in Delaware. Nexo Financial LLC is not incorporated and does not have its principal place of business in California.

-3-
DECLARATION OF ANTONI TRENCHEV

DocuSign Envelope ID: 32A9DEF4-B643-49C6-B5AD-11110F29FC0F

19. Nexo Financial LLC is not the operating entity that issued the credit line that is the subject of this lawsuit. Nexo Financial LLC has no connection to the underlying transactions. It did not issue the credit lines that are the subject of this lawsuit, and it was not the issuer of the NEXO Token or the Nexo Earn Interest Product that is the subject of this lawsuit.

20. Nexo Financial LLC obtained a California Finance Lender ("CFL") License on February 26, 2021. While Nexo Financial LLC is registered to do business and has a registered agent for service of process in California, it is my understanding that those facts alone are insufficient to establish general personal jurisdiction over Nexo Financial LLC in California.

21. Nexo Financial LLC maintains its own separate corporate structure from Nexo Capital Inc. They are distinct business entities, and they maintain separate corporate formalities.

22. Nexo Financial LLC and Nexo Capital Inc. are distinct business entities, have their own directors (though some of those directors overlap), provide different types of services, have maintained corporate formalities, have been adequately capitalized to meet their ongoing operational and financial obligations, have maintained separate bank accounts, have not commingled assets or funds, have maintained separate books and records, and have paid their own taxes, to the extent owed, in compliance with governing accounting standards.

23. Neither the European Nexo Entities nor Nexo Financial LLC dictate every facet of the business of Nexo Capital Inc., from broad policy decisions to routine matters of day-to-day operation.

24. Mr. Cress has also sued me individually. I am a citizen of the country of Bulgaria. I do not reside in California and do not own real estate in California. Except for my signing of the Cryptocurrency Agreement as a corporate representative on behalf of Nexo, I have never spoken with Mr. Cress, never met with him in California (or elsewhere), and never communicated with him via telephone, mail, or e-mail.

25. I did not personally direct Nexo to transact business with Mr. Cress. I did not negotiate the terms of the Cryptocurrency Purchase Agreement with Mr. Cress. It is Nexo's policy that certain agreements, including Cryptocurrency Purchase Agreements, are executed by

-4-

DECLARATION OF ANTONI TRENCHEV

senior Nexo representatives, such as myself. Consistent with company policy, I executed the Cryptocurrency Purchase Agreement as a corporate representative on behalf of Nexo.

26. Nexo Capital Inc. is a Cayman Islands company. Nexo Capital Inc. issued the credit lines that are the subject of this lawsuit and was the issuer of NEXO Token. In addition, Nexo Capital Inc. offered the Nexo Earn Interest Product in the United States until it reached an agreement with the Securities and Exchange Commission ("SEC") to cease offering the Earn Interest Product in the United States.

27. Nexo Capital Inc. filed a Form D, Notice of Exempt Offering of Securities, with the SEC on February 20, 2018, and filed two amendments to the Form D on March 13, 2018 and May 18, 2018, respectively. I signed the Form D and amendments as a corporate representative on behalf of Nexo Capital Inc. True and correct copies of the Form D and amendments are attached as **Exhibit 8**.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: 5/12/2023

DocuSigned by:

*Antoni Trenchev*

By B27A6532EB714D6...
Antoni Trenchev

-5-
DECLARATION OF ANTONI TRENCHEV