# EXHIBIT 2



# VIP Relationship Program

nexo.io

# You receive access to:






**Dedicated**
Relationship Manager.

**OTC services** with some of
the best rates on the market.

**Priority** customer
support.





# What should you
## expect?



**Dedicated Relationship Manager** – a person to help in your successful utilization of the platform.



**Email SLA** – during business hours, you can expect a reply from the Relationship manager in a matter of hours, no more than 24h, weekends excluded.



**Direct phone number availability:** 8AM – 5PM UTC. Out of business hours calls – schedule in advance.



**Quarterly meetings** – regular checkups and a channel to share feedback and requests.



Sneak peek at **new platform features.**



Access to **exclusive OTC services.**





# OTC
# Services list



**Fiat-to-stablecoin conversion** –
get institutional rates for amounts
larger than $100,000.





**Purchases of large quantities of crypto** – get institutional rates for amounts larger than $100,000.





**Nexo Portfolio Booster** – grow your crypto holdings by leveraging part of your portfolio.





**Zero Cost Loan** – get a fixed term loan with no interest and no risk of liquidation.





**Liquidation relief program** - use the service in the event of a market crash to recover your liquidated assets.





# Priority
## support



Reach out **support for any technical questions** - change credentials, lost 2FA.



**Priority support** - the support will be reviewing all emails sent to support@nexo.io with priority.



**Email SLA** - get a response from the support team in 2 hours, **24/7**.



