# EXHIBIT 3

To Whom It May Concern:

**March 24th, 2021**

I am a licensed attorney in good standing under the laws of the jurisdictions in which I am admitted to practice law. I have been engaged by Verify Investor, LLC to analyze whether **JOHN CRESS** (the "Investor") is an "accredited investor", as defined in Rule 501 of Regulation D of the Securities Act of 1933.

In conducting the analysis, I reviewed information provided by or on behalf of the Investor, including certifications as to certain information and supporting documentation uploaded to VerifyInvestor.com. I have taken "reasonable steps" as outlined by the Securities and Exchange Commission in conducting this analysis.

I am pleased to confirm that the Investor has been verified as an "accredited investor" as defined in Rule 501 of Regulation D of the Securities Act of 1933.

Please note that this verification of "accredited investor" status expires on **June 22nd, 2021**. To re-order verification services in the future, please visit VerifyInvestor.com. If an investor has been previously verified by VerifyInvestor.com, the verification process may be quicker and be less work for the investor.

Sincerely,

*Stephen Sibbach*

STEPHEN SIBBACH, CA Bar #289672

Powered by **Verify**Investor.com
Validation Code: YQTWZK