# EXHIBIT 5

Case 3:23-cv-00882-TSH   Document 19-6   Filed 05/15/23   Page 2 of 36

# Hristiyan Nexo <> John ; introduction

**Me to John**

Hi John

My name is Hristiyan and I am part of the Relationship Management Team at Nexo.

I saw that you recently grew your account beyond the threshold that makes you eligible for our VIP Relationship Program. Please allow me to congratulate you for joining this elite club of Nexo customers. Moving forward I will be your dedicated relationship manager.

As part of the program, you have access to a number of exclusive services and offerings. Are you interested in learning more about them?

Looking forward to hearing from you.

Best regards,

**Hristiyan Hristov**
Relationship Manager
+44 1618 188979

   



Banking on Crypto
**nexo.io**

Borrowing scenarios | Superhuman

# Borrowing scenarios   *complete*

**John to Me**          22 MAR

Hristiyan,

I just thought about something. If the zero cost loan is very low risk, it might make sense to utilize that, even though the upside is limited. If I only borrow 20% LTV or 40% LTV to buy 50 or 100 BTC, maybe I can utilize the rest for the zero cost loan with limited upside. However, if I do that, I would still want to make sure I have a way to move funds automatically to increase collateral if needed. Can you let me know what is that upper limit on the bitcoin price for the zero cost loan? That could be blended in if it makes sense.....

**Me to John**                                                23 MAR

Hello John,

I hope you are well. As we discussed, I have prepared three scenarios of purchasing Bitcoin through Nexo's Credit line. In all of them, I have added the amount of NEXO Tokens (in BTC value) you would need for the Platinum membership.

Also, I have taken as a reference price of Bitcoin - $54,000

| Total BTC | BTC Earn interest and protect Collateral | BTC Collateral | Purchased BTC through Nexo Credit line | Amount of BTC for NEXO Platinum | LTV | BTC Liq price @ BTC $54,000 | Interest rate | Yearly interest |
|---|---|---|---|---|---|---|---|---|
| 250 | 166 | 84 | 50 | 25 | 20.00% | $13,000 | 5.9% | ~$160,000 |
| 250 | 125 | 125 | 75 | 25 | 30.00% | $19,500 | 5.9% | ~$239,000 |
| 250 | 82 | 168 | 100 | 25 | 40.00% | $25,930 | 5.9% | ~$318,600 |

In regards to the Zero Interest Loan, the collateral used for it cannot be moved until the period of the loan expires. I am attaching the Zero Interest Loan - one-pager for more information.

Looking forward to hearing your thoughts on the above.

Thank you.

Zero Interest Loan - One Pager

[PDF]

---

**John to Me**                                                23 MAR

I think the scenario for 40% LTV to purchase 100 BTC is reasonable.   How much interest would the 82 BTC be earning and if all the interest was applied to the monthly loan payment, how short would the payments be and is that ok?   I need to decide whether to use the earned interest to serve as more collateral reserves or to make loan payments etc.

I think I would want to get started asap while the price of BTC is still low.   Can you start the process now while I am transferring over 130 BTC or do you prefer to have all the BTC there first?   It takes me a couple days to transfer the BTC because I only do 5 or 10 at a time.  I could possibly do it in one day.

**John to Me**         23 MAR

Also, do you have loan docs and an easy to read summary (or at least a highlighted version) so I can easily scan and find things like how long is the loan term and is it ok to pay off the loan early? Are there any sort of penalties for anything? The faster I can understand the important parts, the better

---

**Me to John**         23 MAR

Hello John,

Of course, we can start straight away. Let me clarify a few things before that:

1. As we discussed, Would you like to purchase the Bitcoins through the OTC desk?
2. In order, to be able to do a NEXO Tokens and BTC purchase through the OTC desk, we need the following documentation which will be requested from our KYC team :

- Source of Funds Declaration + supporting Documentation.
- Purchase Agreement

Additionally, please note that the NEXO token is registered with the SEC as security therefore we are only allowed to facilitate deals for American citizens who are also certified, accredited investors. If you have a certificate, please send it over. In case you don't have an accredited investor certificate but you do satisfy the requirements, you can issue one here - verifyinvestor.com.

In regards to the loan term, there is no limit for how long you will have it and there is no requirement for any interest/loan repayments. You can pay the loan + the interest in 6 months, 1 year, 2 years time. If you decide the repay the loan in the first 30 days you took it, you will be charged a full month interest rate. I strongly believe this does not apply to you, according to the strategy you have outlined.

You will be earning 5% annually on the Bitcoin which is you used as collateral. Keep in mind that the interest rate will be paid out daily in BTC, so you will benefit from a potential upside on the Bitcoin price.

At the moment, without the additional collateral, you can withdraw up to $4M loan which will enable you to purchase ~ 50 BTC and 25 BTC worth of NEXO Tokens.

Looking forward to hearing from you.

**John to Me** <span style="float:right">23 MAR</span>

Yes, I would definitely need to purchase the BTC and NEXO using the OTC desk.  Please send the applications I need to complete and I can work on the accredited investor certificate now.  I believe my interest rate is 4% because I didn't want to lock up my savings funds.  Would those extra 82 BTC in the example below which are earning interest be required to be locked up, since they are part of a backup collateral reserve?

Also, I have a very important question.  I need everything to have reporting data for tax purposes.  I am currently relying on the CSV download to import data into TokenTax.  Will all the OTC transactions and every other purchase, sell, fee, commission, and loan interest payment be consolidated into that same CSV download file?

---

**Me to John** <span style="float:right">24 MAR</span>

Hey John,

There is no need the BTC in the Savings wallet, which will earn interest to be locked up.

You can obtain the information regarding the transactions in the transaction tab and download the CSV file. All the other transactions which will go through the OTC desk, will be added there as well.

---

**John to Me**　　　　　　　　　　　　　　　　　　　　　　25 MAR

I have a question about the scenario below.　If LTV is 40%, that's $5,400,000 - enough to buy 100 BTC, but there is also a need to buy 25 BTC worth of NEXO tokens, so really the loan and purchase is for a value of 125 BTC, which is 50% LTV.　Either it's 50% LTV, or I will only buy 75 BTC.　This is important to lay out correctly and understand, because it really changes the numbers.

If I'm really doing 50% LTV, then is the liquidation amount still $25,930 or is that actually higher?　I don't think I understand these numbers because we never talked about this scenario on a phone call.　I don't think I totally understand the calculation of the $25,930 liquidation number.　I also don't quite understand how 168 BTC is used as collateral - is that all collateral for buying 100 BTC or for 125 of BTC?　We still need to go through this on the phone, so I understand 100%

Also, I think I will want to have some reserve to purchase BTC puts for downside protection.　I could possibly increase the LTV and use some of the extra loan proceeds for puts.  If the price of BTC drops below $35,000 or $30,000 and I have some put options at those levels, that might be more effective and efficient than just having extra BTC as collateral.  If I do that, can your OTC desk purchase puts and include the transactions in the CSV file?

| Total BTC | BTC Earn interest and protect Collateral | BTC Collateral | Purchased BTC through Nexo Credit line | Amount of BTC for NEXO Platinum | LTV | BTC Liq price @ BTC $54,000 | Interest rate |
|---|---|---|---|---|---|---|---|
| 250 | 166 | 84 | 50 | 25 | 20.00% | $13,000 | 5.9% |
| 250 | 125 | 125 | 75 | 25 | 30.00% | $19,500 | 5.9% |
| 250 | 82 | 168 | 100 | 25 | 40.00% | $25,930 | 5.9% |

**Me to John**     25 MAR

Can I call you know?

I am about to go to sleep but we can cover the topics you have raised.

**John to Me**     25 MAR

Sure... 415-298-4366

**John to Me**     26 MAR

Hristiyan,

I signed the purchase agreement and most of my BTC is on Nexo now.    All my bitcoin will be there in less than two hours from now.   Can you call me now?   We can go through any final steps and start purchasing bitcoin now at prices below $54,000 and I want to buy Nexo fast before it keeps rebounding.   Thanks,

**Me to John**     26 MAR

Hello John,

I am finalising some internal stuff regarding your loan and OTC deal and I will call you.

Thank you.

**John to Me**     26 MAR

Ok

**Me to John**     26 MAR

Hello John,

Please send the $5,400,000 USDT for the purchase of 75 BTC and the rest in NEXO Tokens to Nexo's OTC desk wallet - 0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7

Thank you.

Borrowing Scenarios | Superhuman

**Me to John** 27 MAR

Hello John,

I have some great news. The OTC team did a great job and purchased the assets as it follows:

1. 74.441 BTC @ $55,289.81
2. 481,878 NEXO Tokens @ $2.66

The assets will be deposited in your account at earliest convenience.

Have a great Saturday.

---

**John to Me** 30 MAR

Hristiyan,

I would like to use the credit line to purchase 50 or 75 more bitcoins.  Let me know what I need to do next.  Also, is there somewhere where I can see my current "liquidation price" and how I can see that for this scenario?   Thank you,

**Me to John** <span style="float:right">30 MAR</span>

Hello John,

I hope you are doing well.

You can see the liquidation limit of your total portfolio when you log in to your account. It is a sentence below your Total portfolio balance saying " If the value of your collateral assets reaches ... "

I will be happy to help you facilitate a new deal. I am proposing you the following parameters:

1. Buy 50 BTC @ $58,000 = ~$2,900,000 executed again in the next 24 hours
2. Buy 20 BTC = ~$1,165,000 worth of NEXO Tokens to get to the Platinum tier (10% of total Portfolio after the new purchases)
3. This will result in

   - ~$24,150,000 Portfolio balance ( ~415 BTC + NEXO Tokens)
   - ~$9,485,000 total credit line
   - ~41% LTV
   - BTC price when partial liquidations will start @ ~$27,500

*Keep in mind that the BTC price might move so will some of the numbers above.

Let me know if you agree with the above and I will outline the next steps.

Thank you.

---

**John to Me** <span style="float:right">30 MAR</span>

Ok, this sound good.   Please let me know what are the next steps.
Thanks,

---

**John to Me**      30 MAR

I have a question because it's not clear again. Are you proposing to buy 50 BTC using roughly $2,900,000 from the credit line and separately buying 20 NEXO using roughly $1,165,000 from the credit line, so it's a total of <u>$4,065,000</u> from the credit line?

The way you described it last time, it could mean you're buying the *equivalent* of 50 BTC, but really only buying 30 BTC and 20 BTC equivalent of NEXO tokens.

I'm hoping to buy 50 more BTC separate from the NEXO purchase, but I will also follow your recommendation. My goal is to eventually reach 400 BTC and then stop. Right now I have 325 BTC.

I can stay up late to wait for your phone call because I prefer to move quickly

1. Buy 50 BTC @ $58,000 = ~$2,900,000 executed again in the next 24 hours
2. Buy 20 BTC = ~$1,165,000 worth of NEXO Tokens to get to the Platinum tier (10% of total Portfolio after the new purchases)

---

**Me to John**      30 MAR

Hello John,

Thank you for confirming with me.

Let me outline the next steps below:

1. Withdraw a loan worth $4,300,000. We will use the funds to purchase NEXO Tokens (~20 BTC worth) to cover you for the Platinum Tier and the rest will be for BTC (~50 BTC). Total will be around 70 BTC.
2. Please send the funds to Nexo's OTC desk wallet
   - 0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7
3. As soon as we receive the funds we will acquire the NEXO Tokens and start execution of the BTC (it will be done over 24 hour period)
4. We will deposit the funds into your account.

Please let me know when you send the funds over to the OTC Desk.

Thank you.

**John to Me**                                                                                                30 MAR

Do I have to click on borrow first, to borrow the funds first?   Can you possibly call me again like last time?   I don't want to make any mistakes.   If you call me, I'm sure this call will go much faster than last time.   I'm ready now - 415-298-4366

**John to Me**                                                                                                31 MAR

Hristiyan,

I sent $4,300,000 to the OTC desk yesterday and sent an email confirmation.   I was expecting an email from you this morning with an update on the OTC desk order execution confirmation.   A whole day has gone by now.   Also the price of bitcoin just rose from 57,400 to 59,400 now, so I'm expecting that the order fulfilled yesterday close to $57,400.

I don't have any emails from you or any from Nexo in general.  If you look in my transactions history, I sent $4,300,000 to the address you gave me, but I haven't heard back with any confirmation or any update and it's been 24 hours and bitcoin has moved higher by $2,000.  This is not good.

**Me to John**                                                                                                31 MAR

Hello John,

Thank you for your patience.

I confirm that we have received the funds and executing the Bitcoin purchase as we agreed - Time Waited average execution - 24 hours.

I strongly believe the execution has to be done and I will update you with the stats while depositing the assets first thing in the morning.

Have a good day.

**Me to John**      1 APR

Hello John,

I have great news. The OTC has executed the deal with the following parameters:

1. 530,190 NEXO Tokens @ $2.829
2. 47.3227 BTC @ $59,197

We are aiming to deposit the funds as soon as possible.

Thank you.

---

**John to Me**      14 APR

Hristiyan,

The last time we talked we decided it would be best to wait for bitcoin to consolidate and break out to a new high and keep moving a little higher before I take out another loan. It looks like that is the situation now and I would like to take out another loan so I can buy 28 more BTC and get my total bitcoin balance to 400 BTC.

Please reply with instructions to include the total amount of USDT I need to send for the purchase of 28 BTC and for Nexo tokens. I don't know if I need to buy more NEXO or how much I would be required, so just let me know the total amount of USDT and re-confirm the OTC Tether wallet address again, too.

Thank you,

**Me to John**                                                                    14 APR

Hello John,

Thank you for your email.

I am really glad the strategy is working out well. Happy to help you acquire the remaining 28 BTC and to top up a bit of NEXO.

Please send $2,150,000 USDT which will be used for purchasing 28 BTC and the remaining we will top the NEXO tokens balance, to ensure the lower interest rate and higher earnings.

Nexo's OTC desk USDT address - 0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7

Please let me know when you send the funds so I can let the team knows.

Thank you.

---

**John to Me**                                                                   14 APR

I just sent $2,150,000 to the OTC desk USDT wallet.  Please let me know how the order executes and also please let me know what my new "partial liquidation" price is for Bitcoin.   Thanks,

---

**Me to John**                                                                   14 APR

Hello John,

I confirm that we received the funds. We will proceed with execution as it follows:

1. Purchase $350,000 worth of NEXO Tokens immediately.
2. Start a 24-hour TWAP purchase of $1,800,000 worth of BTC.

I will calculate the BTC liquidation price level once we deposit the new assets in your account.

Will keep you updated accordingly.

Thank you.

---

**Me to John**　　　16 APR

Hello John,

I have some great news. The team has finished with the execution last night.

We purchased the following assets:

28.3780 BTC @ $63,426
91,715 NEXO Tokens @ $3.816

The payments team will deposit the assets shortly. Then I will calculate the BTC price liq. levels.

Congrats you have reached your BTC goal.

---

**Me to John**　　　16 APR

The assets have been deposited, John.

Wishing you a great weekend.

---

**John to Me**　　　16 APR

Ok below you mentioned "The payments team will deposit the assets shortly. Then I will calculate the BTC price liq. levels."
It looks like the assets have been deposited.　Can you tell me my new bitcoin liquidation price level?

---

**John to Me**                                                                                                    29 APR

Hristiyan,

I've been waiting for your reply to tell me what is my current (partial) liquidation price for Bitcoin.   Can you please tell me?

Also, I've been meaning to borrow more so that I can increase my Ethereum holdings from 250 to 400 to match my Bitcoin holdings.   Now that Nexo will be lowering the LTV ratios soon, I need to get this process started asap today.   We only have a couple days to get this finalized.

Please send me the instructions for how much I need to withdraw from my credit line, the address to send the funds, and how much Ethereum and Nexo will be purchased.   I would like to get as much Ethereum as possible, but at least to get it to the 400 level, but possibly more.

I also want to borrow 25% LTV from my Nexo balance and put the entire proceeds into the USDC savings wallet.

Thanks!

**Me to John** <span style="float:right">30 APR</span>

Hello John,

Please find below the current liquidation price:

| Liquidation Price | **$29,859.22** |
| --- | --- |

I am suggesting you do the following in regards to the ETH:

1. Take a $1,000,000 USDT loan and send it to Nexo's OTC for ETH Purchase

Nexo OTC Vault - 0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7

2. 25% of your NEXO Tokens balance = $1M. Take a $1M USDC loan and leave it in your Savings wallet (it goes automatically there)

Please let me know when you send the funds for the ETH purchase so I can let the team know.

In addition, I will be on holiday from tomorrow until 10.05. Let's get everything done before I go.

Thank you.
--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13



**Banking on Crypto**
nexo.io



# Re: Please read and call me ASAP    *complete*

**John**                                                                     11 JUN

Right now it's 12:35 AM here, but I have to stay up to make sure we talk about the order before the weekend.   Can you call me now or very soon since it will be getting very late here?    Thanks

On Jun 11, 2021, at 12:14 AM, John Cress <jtc88@hotmail.com> wrote:

Ok great - I can talk right now.  Please call me now and I will answer.  Thanks,

John

> On Jun 10, 2021, at 11:58 PM, Hristiyan Hristov <hristiyan@nexo.io> wrote:

> Of course, John.

> When will be a good time to talk?

> Thank you.

> On Fri, Jun 11, 2021 at 4:04 AM John Cress <jtc88@hotmail.com> wrote:
> Hristiyan,

> I've been trying very hard to reach someone at Nexo for help protecting my assets.   Everyone in the live chat has told me that they are working to escalate my request and have someone contact me.

> Last night Vladi told me that he would have you contact me.    He promised a response by the end of Thursday, and I still haven't heard from you.

> I opened case #432896 twelve days ago and nobody has contacted me.  I am extremely stressed out.   I have already been liquidated once and come dangerously close two other times and I need to take action asap.   Twelve days is a long time to have eight figures of assets at risk and not have a response.

> I attempted to swap 129 bitcoins to USDC or USDT at a price of $36,500 or better on the exchange and it won't let me.   I have screenshots of the swap page not allowing me to do the swap myself and I have screenshots of my conversation with Vladi.

Here's what I'm thinking could be a solution. If today (Friday) the OTC desk can sell 129 BTC at $36,500 or higher, and exchange it to USDC or USDT, my collateral assets will be in a more stable position.

At that point, if BTC goes lower, I will be in a good position. We would then add to the order instructions to also swap the stablecoin back into BTC if the price goes higher than $36,500 once it gets to $39,000. This would only be a temporary measure to get through a drop in BTC price this weekend.

I'm also open to any longer term solutions or deals that could be made to make it through to the other side.

This is a very serious situation and I am doing everything possible to think about ways to protect my assets. I need Nexo to respond immediately today to help me carry out the moves that need to happen.

I will stay up late again eagerly waiting to hear from you. Again, my phone number is 1-415-298-4366.

I want to talk through the plan on the phone first and get this taken care of before the weekend.

---

**Me**      11 JUN

I will call you in 30-45 minutes, John.

---

**John**      11 JUN

Ok, I will be watching my phone. Thanks

---

**Me**      11 JUN

Hello John,

Please find more information regarding the Collateral Swap function in this article.

Let me know if you have any questions.

---

**John** <span style="float:right">11 JUN</span>

Hristiyan,

I got up this morning and I've been trying to use the exchange, but it's just giving me this error attached.   The live support team was unable to help me and they created case # 448695.   I selected the credit wallet, entered 2.722 BTC to swap to Tether, and there's a button at the bottom that says "Preview Exchange".   That button is not working and I'm seeing this error I attached.    I don't know if this case is going to get the priority it needs.   This is extremely important for me.   Can you please follow up and monitor this case for me?   Also, can you or someone please do my swap for me since I can't use the self-service exchange?

I need to swap 129.42 BTC to Tether and keep 250 BTC remaining in my credit wallet.   Please confirm.



**John** <span style="float:right">12 JUN</span>

Hristiyan,

Disregard this email and request.  Someone explained to me that I cannot swap the Tether back to BTC, so I do NOT want to use the collateral swap service.   This service is not at all what it sounds like.  Thank you,

**Me** <span style="float:right">13 JUN</span>

Hello John,

Did you go through the article which I have sent you?

Looking forward to hearing from you.

**John**     13 JUN

Yes, I did. Unfortunately, it looks like I am not able to swap the bitcoin to USDT to avoid any possible drops in BTC price, and then swap it back to BTC. That would have provided me a lot of safety if I could do that. I would also be willing to pay a lot of money in fees if I could do that. If I swap my BTC to USDT, that is basically like a final liquidation and I cannot simply swap them back. That is very scary because I ALMOST did that when I was on the phone with you and the next morning. I have extremely lucky the exchange was not working on Friday and I got an error the next morning too. Support opened a ticket for me and I read the article you sent me while I was waiting for the exchange to work. I am so, so lucky I read that and got it clarified. I almost lost millions of dollars permanently if I did those swaps. Wow

Anyway, if there's any way Nexo can help me to temporarily swap my BTC to USDT and then swap them back to BTC at the exact same LTV as the first swap, this would be a valuable service and I would pay a BIG FEE if I can do this....

**Me**     21 JUN

Hello John,

Let's get on a call and discuss exactly what you want to do. My take from our last call was that you did not want to exchange your collateral to USDT.

Looking forward to hearing from you.

**John**     21 JUN

I think your email is a little late. Look at my account. I wrote what I would like to do in the last paragraph of my email below. I don't understand why that cannot be accommodated

**John**     21 JUN

Hristiyan,

I do actually want to talk to you today. I have a couple questions about my future asset liquidation price and I need to think and decide whether to use the asset swap function now. Please give me a call as soon as you can today at 415-298-4366. Thanks,

**John**                                                                                                     22 JUN

Someone from support told me I should be using the "liquidation relief program", but I don't know know what the liquidation relief program is.   It feels very late to be discussing it, but I should know everything about it and every way it could possibly be used to help me

---

**Me**                                                                                                       22 JUN

Hello John,

Please let me know when you wake up and I will do my best to initiate a call in a timely manner.

Thank you.

---

**John**                                                                                                     22 JUN

Hi Hristiyan, I'm awake now.   It's early but I got up and made coffee and I will wait for your call.   1-415-298-4366.

---

# Chat with John Cress    *complete

**Nexo Help Center**      22 JUN

##- Please type your reply above this line -##

You are registered as a CC on this request (448695). Reply to this email to add a comment to the request.

---

**Milena Venkova** (Nexo Help Center)

Jun 22, 2021, 19:20 GMT+3

Dear John Cress,

Following our live chat discussion, I would like to confirm that I have requested Hristyan to get in touch with you and he will contact you shortly.

Should you have any further queries, please do not hesitate to contact us.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Molly



Help Center | Blog

---

**John Cress**

Jun 22, 2021, 17:58 GMT+3

Thank you.   Yesterday Hristiyan said he will call me, and again today, but he did not call yesterday or today so far.    Hopefully he will call me.

John

> On Jun 22, 2021, at 1:47 AM, Nexo Help Center <support@nexo.io> wrote:

---

**Petar Vlatchkov** (Nexo Help Center)

Jun 22, 2021, 11:47 GMT+3

Dear John Cress,

Thank you for contacting us.

In general, the aim of the liquidation relief is to reacquire on your behalf part or, if feasible, all of your liquidated collateral assets. One way this is achieved is by purchasing as much of your previous collateral as possible up to the size of liquidation while keeping the overall LTV ratio within healthy limits. Consequently, the acquired position is posted into your Nexo wallet to serve as new collateral, whereby the funds spent on purchasing the position are added to the outstanding loan balance in your wallet.

For more information regarding this matter, please feel free to contact your account manager Hristiyan at hristiyan@nexo.io.

Thank you for your understanding.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Pete



Help Center | Blog

**John Cress**

Jun 22, 2021, 4:09 GMT+3

Ok, nobody has ever talked me through the liquidation relief program, so I don't fully understand that or how that can help me now.  But if I sell my assets now for a loss, it's not going to reduce my future liquidation thresholds, so I don't know of any relief programs I can use now.   Maybe I could've done something before, but I don't know how now.  I wish someone walked through it with me more before though

On Jun 21, 2021, at 1:56 AM, Nexo Help Center <support@nexo.io> wrote:

**Bozhidar** (Nexo Help Center)

Jun 21, 2021, 11:56 GMT+3

Dear John Cress,

Thank you for your response.

We can completely understand that this situation is highly unpleasant, and we can assure you that we do not wish to see our clients' assets liquidated. Additionally, as you can understand, the liquidation relief program is aimed to help our clients recover from these financial losses. However, as you can understand if the market is volatile, which in turn may cause further automatic loan repayments.

Regarding your queries, please note that the reason you can swap only to assets, which have a higher LTV is because they are more stable in USD price. For example, stablecoins have a near 1:1 exchange rate to the USD, meaning that even in a market crash, their value shall not be affected as much, like other assets. Moreover, if we allowed swapping assets with a higher LTV to assets with a smaller one, via our collateral exchange, this could lead to potential automatic repayments, if the market price decreases.

Nevertheless, we would like to inform you that your account manager has reached out to you, in order to assist you with the liquidation relief program. Therefore, please check your inbox, as he should have emailed you.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Bozhidar



Help Center | Blog

---

**John Cress**

Jun 21, 2021, 1:00 GMT+3

Yes, I do understand this, but I will also point out that when you sell BTC for $35,000, which was purchased at $62,000, it locks in a very large loss.   I was recently partially liquidated of 21 BTC.   If I decided to swap 21 more BTC now at $35,000, that is not much better.   I would be losing $567,000 and I would have $735,000 left.   If I wait for the market to stabilize, I would have to wait for BTC to go back up to $57,000 before I could buy again with a 50% LTV, and I could only buy back 12 BTC for $735,000.

<u>END RESULT using collateral swap</u>:   $567,000 loss and BTC balance reduced by about 9.

If I simply waited and the 21 BTC were partially liquidated at $30,000 I would be <u>losing $672,000</u> loan would be paid off by $630,000.

<u>END RESULT of partial liquidation and loan repayment</u>:   $672,000 loss and BTC balance reduced by 21.

Overall, there is a little less damage using the collateral swap versus a partial liquidation, but it's very unknown if there will be a liquidation at all and the collateral swap is a guaranteed severe damage.    It's very very difficult to justify using the collateral swap.   The damage is so high that it makes sense to wait and hope for the price to recover.

My request would prevent damages and provide real relief and stabilization.   I understand how your process works, but you have still not explained **_WHY_** my request can't work too.   Why doesn't the LTV have to be reset at 50% when the swap occurred when the LTV as at about 70%?   Why can't the 70% LTV level stay in place when the swap reverts back?   I do understand how it works and don't need any more explanations for that, but just the explanation for why my approach is not allowed.

Thanks again,

John

---

**Petar Vlatchkov** (Nexo Help Center)

Jun 20, 2021, 9:40 GMT+3

Dear John Cress,

Thank you for your reply.

We understand your position regarding the reverse swap to assets with a lower LTV in your Credit

Line wallet. However, kindly be advised that the main function of the collateral exchange feature is to prevent unwanted liquidations of your assets during a market downturn by 'raising the LTV' of the assets used as collateral. In more severe cases of market volatility, this may necessitate swapping your assets for stablecoins, which have the highest LTV.

Therefore, as soon as the market volatility decreases and the situation stabilizes you would be able to revert to your previous position by adding more crypto assets or make partial or full loan repayment as well, which will enable you to transfer stablecoins out of your Credit Line wallet and swap them for BTC at your convenience.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Pete



Help Center | Blog

---

**John Cress**

Jun 19, 2021, 20:40 GMT+3

Everything explained here I already understand, but I still do not understand WHY.   If I swap my BTC for USDC, I cannot swap that same USDC back to BTC because the BTC LTV is less than the USDC LTV.   I understand this.    However, I do not understand why.    In case BTC drops, it would protect my assets if I can move them temporarily to USDC.   Then, when BTC gets to $42,000 I will swap back to BTC.    I will lose some money if I sell BTC at $36,000 and buy back at $42,000, but it's ok because I will also have a tax loss I can use to make up for that and I will protect my assets.

I understand the rules you are explaining, but the question is still WHY?   WHY is this rule in place? Why can't I swap now from BTC to USDC and then back to BTC - even though they have different LTVs?   If Nexo can find a way to make this work, it will protect my assets, make me comfortable using Nexo, and I would be willing to buy more Nexo tokens too.

John

> On Jun 19, 2021, at 2:25 AM, Nexo Help Center <support@nexo.io> wrote:

**Nikola** (Nexo Help Center)

Jun 19, 2021, 12:25 GMT+3

Dear John,

Thank you for your reply.

As you know, the collateral already used to back an existing credit line can only be exchanged for currencies with an LTV ratio equal to or higher than the one(s) of the collateral used, as indicated in the Nexo Platform. For example, if you have collateralized BTC coins, which have an LTV of 50.00%, and their value is experiencing heightened volatility, you will be able to convert them for crypto with an LTV of 50.00% and higher. You will be able to get USDT (90.00%), DAI (90.00%), or PAXG (70%), however, pairs with NEXO (15.00%), TRX (30.00%), LTC (30.00%) will not be available. Stablecoins are a great option since you will be able to wait for the market to stabilize.

Suppose you have exchanged your BTC for DAI to stabilize your LTV and protect your assets from price volatility. When market conditions are right, you may want to restore your original collateral lineup by exchanging DAI for BTC. Since the LTV ratio attributed to BTC (50.00%) is lower than that of stablecoins (90.00%), you would not be able to complete the swap unless you transfer more assets from the Savings to the Credit Line wallet. The amount of extra collateral moved to your Credit Line wallet must be enough to ensure that the output LTV can support the loan, as otherwise the exchange would be declined. In simple terms, it must be enough to compensate for the increased output LTV. Bellow, you can find a more detailed breakdown of the given example:

- 20 000 USD in BTC - loan 10 000 (LTV = 50%)

- ±20 000 USD in DAI - loan 10 000 (LTV = 90%)

- To swap DAI to BTC/ETH you would need enough of BTC/ETH to cover the 50% LTV, meaning 20 000 in BTC/ETH.

- To swap DAI for other assets with lower LTV (35%), like Stellar, you would need to have at least ±30 000 USD worth of Stellar in your Credit Wallet after the swap to secure the loan. Therefore, to make it happen, you would have to move 10 000 DAI to your Credit Wallet from the Savings Wallet.

- Alternatively, based on the same example, you would be able to move ±9000 DAI (exceed collateral) to your Saving Wallet and swap it for whatever assets you want.

I hope this information addresses your concern.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Nikola



Help Center | Blog

---

**John Cress**

Jun 18, 2021, 21:14 GMT+3

Thank you.   I read that article before.   I understand this:  "you cannot conduct swaps that involve exchanging assets with a higher LTV to one with lower;"     What I'm saying is that I don't totally understand *why*.   Swapping from BTC to USDT temporarily would be a very big safety measure.   I understand this is not allowed, but I just don't totally understand exactly why that cannot be done.

---

**Bozhidar** (Nexo Help Center)

Jun 18, 2021, 10:58 GMT+3

Dear John Cress,

Thank you for your response.

We can understand your confusion on the matter, therefore, please draw your attention to the following Help Center article. In this article, you will find a detailed explanation of why you cannot swap assets that have a higher Loan-To-Value ratio (LTV) to other assets with a lower one.

Furthermore, for your convenience I shall highlight the details below:

- To Maintain a Healthy LTV, you cannot conduct swaps that involve exchanging assets with a higher LTV to one with lower;
- To protect your assets from potential market swing;
- Exchange collateralized assets to match your investment goals;

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Bozhidar



Help Center | Blog

---

**John Cress**

Jun 18, 2021, 7:34 GMT+3

I had a chance to review information about using the collateral swap service.   If I understand correctly, I am NOT able to swap my BTC for USDT in my credit wallet and later swap the exact same amount back to BTC.   If I try to swap that same USDT back to BTC, I will be forced to do it at a lower LTV level of 50%.    I very much strongly wish I could swap my BTC to USDT and then back to BTC at the same LTV of the first swap.    It was not explained to me exactly why we cannot do this.

John

---

**Nikolay D.** (Nexo Help Center)

Jun 15, 2021, 9:02 GMT+3

Dear John,

Hope you are doing well.

Looking at the account I can see that there have been no swaps made since our email. Can you confirm everything is clear and the system is understood or if you have any further questions?

We do understand the amount is too low for a user with a portfolio as large as yours and this concern has been brought up to the relevant team so that they can maybe allow some clients to make larger swaps in the future.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Nikolay D.



Help Center | Blog

---

**Vladimir Dimitrov** (Nexo Help Center)

Jun 12, 2021, 5:17 GMT+3

Dear John Cress,

Thank you for contacting us.

Following a careful review of your case, I can confirm that you were not able to swap your BTC on the exchange as the volume of your trade was above the maximum amount of 100,000.00 USD value per swap on the exchange. Bear in mind that the price of crypto is volatile and when you try with the maximum amount of 2.733 BTC the USD value can change in a second and prevent you from doing a trade.

Therefore, In order for you to swap your BTC, you will have to initiate multiple smaller than 100,000.00 USD value trades on the exchange and ensure that they are under the maximum amount allowed as explained in this **article on our Help Center**. I recommend trying with 2.5 BTC instead.

Please let us know if the issue persists when you attempt with a lower amount.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Vladi



Help Center | Blog

**John Cress**

Jun 11, 2021, 21:09 GMT+3

**Private note**

Chat ended: 2021-06-11 06:09 PM UTC

Name: John Cress
Email: jtc88@hotmail.com
Phone: -
Notes: exchange

**John Cress**

Jun 11, 2021, 21:04 GMT+3

Chat started: 2021-06-11 05:10 PM UTC

(05:10:29 PM) John Cress: live agent
(05:10:31 PM) *** Kate joined the chat ***
(05:10:31 PM) Nexo Customer Support: Hi John Cress! Welcome back. Thanks for your message, please wait a moment while one of our agents attend to you.
(05:10:31 PM) Kate: Would you like me to transfer you to my human colleague?
(05:10:34 PM) John Cress: Yes
(05:10:35 PM) Kate: Please give me a min to start the transfering process.
(05:10:36 PM) Kate: ...
(05:10:38 PM) John Cress: OK
(05:10:39 PM) Kate: Let me check if someone is available. Is that OK with you?
(05:10:43 PM) John Cress: OK
(05:10:45 PM) Kate: I can confirm that one of my human colleagues is available. I am transferring this conversation to him/her.
(05:10:45 PM) Kate: Thank you for chatting with me.
(05:10:46 PM) Kate: One of my co-workers will be with you shortly.
(05:10:48 PM) Kate: Please be patient as due to the enormous amount of chat requests it may take up to 5-10 min for an agent to be available to assist you.
Your understanding is appreciated.
(05:10:58 PM) *** Beyhan joined the chat ***
(05:10:59 PM) *** Kate left the chat ***
(05:11:04 PM) Beyhan: Hello John Cress and welcome to Nexo Support! My name is Beyhan. I will be assisting you today.
(05:11:34 PM) John Cress: Hi, I have a question about the collateral swap service
(05:12:29 PM) John Cress: I had a call late last night with Hristiyan Hristov. I am in San Francisco, so

it was 3:00 am here. I need to swap my collateral assets from BTC to a stable coin right now while the price is up

(05:12:34 PM) John Cress: before the weekend

(05:12:54 PM) John Cress: Hristiyan was going to help me, but the exchange was down last night so he told me to check back in the morning

(05:13:11 PM) Beyhan: Have you checked again today? They issue was resolved earlier.

(05:13:12 PM) John Cress: I need to sell 129.42 BTC

(05:13:24 PM) John Cress: Yes, I checked and I think it's up now

(05:13:55 PM) John Cress: But I need to swap a large amount of BTC. I usually go through Hristiyan and the OTC desk because my order volumes are very large

(05:14:12 PM) John Cress: He told me the OTC desk cannot be used for this service and I will have to do it myself

(05:14:35 PM) John Cress: He also said he thinks maybe the order maximum is $100,000 per swap

(05:15:18 PM) John Cress: So if I'm going 129.42 BTC, which now has a value of $4,744,585, that will require 48 swaps!

(05:16:10 PM) John Cress: So, I'm here to ask for help the first time and make sure I do this correct

(05:16:48 PM) Beyhan: I understand. I'm sorry to hear about the inconveninece! Unfortunately, if Hristiyan mentioned it cannot be done over OTC, you will have to do multiple swaps with out exchange.

(05:17:24 PM) John Cress: yeah, I have to do 48 swaps. That's a hassle, and not convenient, but at least it helps me to possibly save my assets

(05:17:38 PM) John Cress: Will all of these transactions show up on my transactions CSV report?

(05:17:52 PM) John Cress: It's very important that everything gets captured for tax tracking

(05:18:14 PM) John Cress: And everything I have every done through the OTC desk needs to be on that report too

(05:19:17 PM) Beyhan: Yes, they will all show up as they are on the report.

(05:19:55 PM) John Cress: Ok, good. Would you recommend swapping these to USDC or USDT?

(05:20:30 PM) John Cress: Neither one will earn interest right?

(05:21:37 PM) Beyhan: I'm so sorry, John - I'm unable to make such recommendations.

Yes, if they are on the Credit Line wallet, they will not earn interest.

(05:21:58 PM) John Cress: Ok, I will just pick one of them.... it does not matter

(05:22:54 PM) Beyhan: I understand.

(05:23:15 PM) John Cress: I keep having an error

(05:23:35 PM) John Cress: I entered 2.733 BTC because that's the maximum amount I can swap

(05:23:54 PM) John Cress: Now I will click Preview Exchange

(05:24:35 PM) John Cress: Nothing is happening

(05:24:44 PM) Beyhan: Can you provide a screenshot of the issue?

(05:25:06 PM) John Cress: Yes

(05:26:00 PM) John Cress: Now I just tried to attach my screenshot and it says:

(05:26:05 PM) John Cress: Screen Shot ... AM.png

517 KB

Chat with John Cress - Superhuman

Upload failed. Something went wrong. Please try again.

(05:26:19 PM) Beyhan: Can you try to drag and drop it?

(05:27:08 PM) John Cress: I tried that too and got the same error

(05:29:22 PM) Beyhan: I understand. I'm sorry to hear about your issue. Can we ask you to try again using another browser or device?

(05:29:40 PM) John Cress: Ok, let me open up a different browser

(05:29:49 PM) Beyhan: Sure, of course.

(05:35:24 PM) John Cress: I was using the Brave Browser and now I opened the Chrome browser. I'm still getting a screen that says: "An unexpected error occurred. Please try again."

(05:35:31 PM) John Cress: I'm sure you have seen this screen before

(05:35:49 PM) Beyhan: I'm so sorry to hear that. A moment, please.

(05:36:03 PM) John Cress: I have the credit line wallet selected, so I have that correct

(05:37:36 PM) Beyhan: Unfortunately, I will have to create a ticket for you so we can check what the issue could be.

I have created the ticket now and our team has received your case. We will email you very soon with the help you need.

Rest assured, I will raise the priority of your case for you so we can help you as soon as possible.

(05:38:02 PM) John Cress: Yes, this is EXTREMELY IMPORTANT to protect my assets

(05:38:11 PM) John Cress: This has to be a #1 top priority

(05:38:26 PM) John Cress: In the meantime, can someone please swap the assets for me manually?

(05:39:06 PM) John Cress: I need to provide authorization to swap 129.42 BTC in my credit wallet to USDT

(05:40:30 PM) Beyhan: I understand. I will also add this to your ticket.

(05:40:38 PM) Beyhan: I'm so sorry, I couldn't help over chat.

(05:41:48 PM) John Cress: Ok, who will handle the swap for me? Will I be working with you, Hristiyan, or someone else?

(05:42:54 PM) Beyhan: I'm so sorry, I'm unable to confirm yet but you will be notified via email about this

(05:43:39 PM) John Cress: Ok, if the price of BTC drops this weekend to my liquidation level, I need assurance that Nexo will NOT liquidate my assets

(05:44:16 PM) John Cress: At least this case will document that I am trying to protect my assets

(05:45:25 PM) John Cress: Is the exchange working for other people? If it is, I think I should keep trying this and not just wait for a ticket

(05:45:49 PM) John Cress: I tried the Brave browser and the chrome browser. I can try the Safari browser too

(05:46:59 PM) Beyhan: We have not received other reports with issues regarding the exchange yet.

(05:47:26 PM) John Cress: Wow

(05:47:33 PM) John Cress: I'm going to email Hristiyan too

(05:48:11 PM) Beyhan: Sure of course, I believe he might be able to help as well.

(05:52:06 PM) Beyhan: Is there anything else I can do for you?

Case 3:23-cv-00882-TSH    Document 19-6    Filed 05/15/23

(06:02:50 PM) Beyhan: Thank you for choosing Nexo and becoming part of our mission to decentralize global finance!
Have a wonderful rest of your day!
(06:04:51 PM) *** Beyhan left the chat ***

---

**John Cress**

Jun 11, 2021, 20:40 GMT+3

**Private note**

Chat started: 2021-06-11 05:10 PM UTC
Served by: Kate

IP: 192.145.127.190
User Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/88.0.4324.182 Safari/537.36
Country: Italy
City: Milan
URL: https://platform.nexo.io/exchange/swap/btc_usdt

Chat ID: 2106.2219242.Sa2ypk8kSq2Gx

Solution for protecting assets - Superhuman

# Solution for protecting assets *complete*

**John**                                                                            23 JUN

Hi Hristiyan,

I have a question about protecting assets to see where I went wrong and possibly help other people using Nexo to be more aware too.   You mentioned on the phone yesterday if I had exchanged not just my BTC, but also my ETH over to USDC back when bitcoin was $38,000, it would've lowered my liquidation level to an extremely low level, like $10,000 or $12,000 (using the bitcoin price as a guide), and then after bitcoin goes down and comes back up again to the $38,000 level,  I could restore my account back to the previous state.  *If I had just done that I could've prevented this whole situation, right?  If so,* I will tell other people that's what I should've done and that's what they should do to protect their assets and restore their accounts.   Thanks,

**Me**                                                                              24 JUN

Hello John,

Basically, converting the majority of your position into Stablecoins would have lowered your liquidation level significantly. It is tricky because the market could not go any lower, which was not the case this time.

Where do you want to share this information?