# EXHIBIT 6

**John Cress**

Jun 11, 2021, 21:09 GMT+3

**Private note**

Chat ended: 2021-06-11 06:09 PM UTC

Name: John Cress
Email: jtc88@hotmail.com
Phone: -
Notes: exchange

---

**John Cress**

Jun 11, 2021, 21:04 GMT+3

Chat started: 2021-06-11 05:10 PM UTC

(05:10:29 PM) John Cress: live agent
(05:10:31 PM) *** Kate joined the chat ***
(05:10:31 PM) Nexo Customer Support: Hi John Cress! Welcome back. Thanks for your message, please wait a moment while one of our agents attend to you.
(05:10:31 PM) Kate: Would you like me to transfer you to my human colleague?
(05:10:34 PM) John Cress: Yes
(05:10:35 PM) Kate: Please give me a min to start the transfering process.
(05:10:36 PM) Kate: ...
(05:10:38 PM) John Cress: OK
(05:10:39 PM) Kate: Let me check if someone is available. Is that OK with you?
(05:10:43 PM) John Cress: OK
(05:10:45 PM) Kate: I can confirm that one of my human colleagues is available. I am transferring this conversation to him/her.
(05:10:45 PM) Kate: Thank you for chatting with me.
(05:10:46 PM) Kate: One of my co-workers will be with you shortly.
(05:10:48 PM) Kate: Please be patient as due to the enormous amount of chat requests it may take up to 5-10 min for an agent to be available to assist you.
Your understanding is appreciated.
(05:10:58 PM) *** Beyhan joined the chat ***
(05:10:59 PM) *** Kate left the chat ***
(05:11:04 PM) Beyhan: Hello John Cress and welcome to Nexo Support! My name is Beyhan. I will be assisting you today.
(05:11:34 PM) John Cress: Hi, I have a question about the collateral swap service
(05:12:29 PM) John Cress: I had a call late last night with Hristiyan Hristov. I am in San Francisco, so

it was 3:00 am here. I need to swap my collateral assets from BTC to a stable coin right now while the price is up

(05:12:34 PM) John Cress: before the weekend

(05:12:54 PM) John Cress: Hristiyan was going to help me, but the exchange was down last night so he told me to check back in the morning

(05:13:11 PM) Beyhan: Have you checked again today? They issue was resolved earlier.

(05:13:12 PM) John Cress: I need to sell 129.42 BTC

(05:13:24 PM) John Cress: Yes, I checked and I think it's up now

(05:13:55 PM) John Cress: But I need to swap a large amount of BTC. I usually go through Hristiyan and the OTC desk because my order volumes are very large

(05:14:12 PM) John Cress: He told me the OTC desk cannot be used for this service and I will have to do it myself

(05:14:35 PM) John Cress: He also said he thinks maybe the order maximum is $100,000 per swap

(05:15:18 PM) John Cress: So if I'm going 129.42 BTC, which now has a value of $4,744,585, that will require 48 swaps!

(05:16:10 PM) John Cress: So, I'm here to ask for help the first time and make sure I do this correct

(05:16:48 PM) Beyhan: I understand. I'm sorry to hear about the inconveninece!
Unfortunately, if Hristiyan mentioned it cannot be done over OTC, you will have to do multiple swaps with out exchange.

(05:17:24 PM) John Cress: yeah, I have to do 48 swaps. That's a hassle, and not convenient, but at least it helps me to possibly save my assets

(05:17:38 PM) John Cress: Will all of these transactions show up on my transactions CSV report?

(05:17:52 PM) John Cress: It's very important that everything gets captured for tax tracking

(05:18:14 PM) John Cress: And everything I have every done through the OTC desk needs to be on that report too

(05:19:17 PM) Beyhan: Yes, they will all show up as they are on the report.

(05:19:55 PM) John Cress: Ok, good. Would you recommend swapping these to USDC or USDT?

(05:20:30 PM) John Cress: Neither one will earn interest right?

(05:21:37 PM) Beyhan: I'm so sorry, John - I'm unable to make such recommendations.

Yes, if they are on the Credit Line wallet, they will not earn interest.

(05:21:58 PM) John Cress: Ok, I will just pick one of them.... it does not matter

(05:22:54 PM) Beyhan: I understand.

(05:23:15 PM) John Cress: I keep having an error

(05:23:35 PM) John Cress: I entered 2.733 BTC because that's the maximum amount I can swap

(05:23:54 PM) John Cress: Now I will click Preview Exchange

(05:24:35 PM) John Cress: Nothing is happening

(05:24:44 PM) Beyhan: Can you provide a screenshot of the issue?

(05:25:06 PM) John Cress: Yes

(05:26:00 PM) John Cress: Now I just tried to attach my screenshot and it says:

(05:26:05 PM) John Cress: Screen Shot ... AM.png

517 KB

Upload failed. Something went wrong. Please try again.

(05:26:19 PM) Beyhan: Can you try to drag and drop it?

(05:27:08 PM) John Cress: I tried that too and got the same error

(05:29:22 PM) Beyhan: I understand. I'm sorry to hear about your issue. Can we ask you to try again using another browser or device?

(05:29:40 PM) John Cress: Ok, let me open up a different browser

(05:29:49 PM) Beyhan: Sure, of course.

(05:35:24 PM) John Cress: I was using the Brave Browser and now I opened the Chrome browser. I'm still getting a screen that says: "An unexpected error occurred. Please try again."

(05:35:31 PM) John Cress: I'm sure you have seen this screen before

(05:35:49 PM) Beyhan: I'm so sorry to hear that. A moment, please.

(05:36:03 PM) John Cress: I have the credit line wallet selected, so I have that correct

(05:37:36 PM) Beyhan: Unfortunately, I will have to create a ticket for you so we can check what the issue could be.

I have created the ticket now and our team has received your case. We will email you very soon with the help you need.

Rest assured, I will raise the priority of your case for you so we can help you as soon as possible.

(05:38:02 PM) John Cress: Yes, this is EXTREMELY IMPORTANT to protect my assets

(05:38:11 PM) John Cress: This has to be a #1 top priority

(05:38:26 PM) John Cress: In the meantime, can someone please swap the assets for me manually?

(05:39:06 PM) John Cress: I need to provide authorization to swap 129.42 BTC in my credit wallet to USDT

(05:40:30 PM) Beyhan: I understand. I will also add this to your ticket.

(05:40:38 PM) Beyhan: I'm so sorry, I couldn't help over chat.

(05:41:48 PM) John Cress: Ok, who will handle the swap for me? Will I be working with you, Hristiyan, or someone else?

(05:42:54 PM) Beyhan: I'm so sorry, I'm unable to confirm yet but you will be notified via email about this

(05:43:39 PM) John Cress: Ok, if the price of BTC drops this weekend to my liquidation level, I need assurance that Nexo will NOT liquidate my assets

(05:44:16 PM) John Cress: At least this case will document that I am trying to protect my assets

(05:45:25 PM) John Cress: Is the exchange working for other people? If it is, I think I should keep trying this and not just wait for a ticket

(05:45:49 PM) John Cress: I tried the Brave browser and the chrome browser. I can try the Safari browser too

(05:46:59 PM) Beyhan: We have not received other reports with issues regarding the exchange yet.

(05:47:26 PM) John Cress: Wow

(05:47:33 PM) John Cress: I'm going to email Hristiyan too

(05:48:11 PM) Beyhan: Sure of course, I believe he might be able to help as well.

(05:52:06 PM) Beyhan: Is there anything else I can do for you?

(06:02:50 PM) Beyhan: Thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Have a wonderful rest of your day!

(06:04:51 PM) *** Beyhan left the chat ***

---

**John Cress**

Jun 11, 2021, 20:40 GMT+3

**Private note**

Chat started: 2021-06-11 05:10 PM UTC

Served by: Kate

IP: 192.145.127.190

User Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/88.0.4324.182 Safari/537.36

Country: Italy

City: Milan

URL: https://platform.nexo.io/exchange/swap/btc_usdt

Chat ID: 2106.2219242.Sa2ypk8kSq2Gx