# EXHIBIT 7

 HELP CENTER                                      Topics ⌄        Back to nexo.com

🔍 Search...

Earn
(/s/topic/0TO2p000000JtBVGA0/e

# Why did I not receive interest on my savings?

There are several aspects you should consider in case you have successfully deposited your first assets, however, you have not yet received any interest on them:

## Are they in my Savings Wallet?

In order to be paid interest on your FiatX (EURx, GBPx, USDx (https://support.nexo.com/s/article/earn-up-to-12-interest-on-eurx-gbpx-and-usdx)) and crypto assets (https://support.nexo.com/s/article/supported-crypto-assets), they have to be held in your **Savings Wallet.** To see in which wallet your assets are currently positioned, simply click on the wallet icon next to the asset in question.



That would take you to the Manage Wallets page, where you can transfer assets between your Savings and Credit Line wallets (https://support.nexo.com/s/article/how-to-transfer-assets-between-the-savings-wallet-and-the-credit-line-wallet). It must also be emphasized that assets, used as collateral do not accrue interest, except for NETH (https://support.nexo.com/s/article/eth-smart-staking-neth-explained) and our NEXO Token (https://support.nexo.com/s/article/earn-daily-interest-up-to-12-apy-on-your-

**24/7 Chat**

nexo-tokens).

## Has the 24-hour cool-off period passed?

The first interest payment after the initial top-up will be paid **no earlier than 24h** after the successful top-up and between 07:00 am - 9:00 am CET on the following day.

The same 24-48h cool-off on the Earn interest is applied to assets moved from the Credit Wallet to the Savings Wallet. This is in order to prevent improper use of the Nexo Platform and to safeguard Nexo as a company, but more importantly, our clients and investors.

## Example:

1. Successful top-up credited at 6:30 am CET on the 10th of June. The first interest payment will take place between 7:00 am - 9:00 am CET on the 11th of June. The waiting period equals **24.5h**.

2. Successful top-up credited at 8:00 am CET on the 10th of June. The first interest payment will happen between 7:00 am - 9:00 am CET on 12th June. Thus the waiting period equals **47h** (the 24h-period is over at 8:00 am CET on the 11th of June, and the interest is paid out between 7:00 am - 9:00 am CET on the 12th of June).

The 24-48-hour cool-off period is also applied to assets bought with a Credit/Debit card (https://support.nexo.com/s/article/how-to-buy-crypto-with-your-credit-debit-card-in-a-few-simple-steps). Therefore, you will receive the first yield on such assets at least 24 hours after your purchase with the next interest payout.

## Is this particular asset eligible for our Earn Product?

LDO, ENS, MANA, SAND, UNI, SUSHI, GALA, CRV, MKR, 1INCH, HT, RUNE, Terra (LUNA2), Terra Classic (LUNC), TerraClassic USD (USTC), OP, SWEAT, ETHW, GRT, COMP, GMT, SNX, GMX, FXS, DYDX, CVX, CHZ, APT, OSMO, YFI, BAT, KNC, BAL, ENJ, CAKE and FLR **do not** earn interest

## Is there a minimum amount required to start earning high-yielding APY interest?

For each asset, there is a minimum amount you should have in your Nexo account in order to start accruing interest. In the chart below, you can find the required minimums as well as other thresholds relevant to Nexo's list of supported assets:



| Loan-to-Value (LTV) | Min. Repayment Amount | Min. Withdrawal Amount |
| --- | --- | --- |
| 15% | 10 USD | 1 |

| Min. Earning Amount | Min. Fixed Term Amount | |
| --- | --- | --- |
| 1 | 1 | |

**USDT** USDT

| Loan-to-Value (LTV) | Min. Repayment Amount | Min. Withdrawal Amount |
| --- | --- | --- |
| 90% | 1 USD | 10 |

| Min. Earning Amount | Min. Fixed Term Amount | |
| --- | --- | --- |
| 1 | - | |

**USD Coin** USDC

| Loan-to-Value (LTV) | Min. Repayment Amount | Min. Withdrawal Amount |
| --- | --- | --- |
| 90% | 1 USD | 10 |

| Min. Earning Amount | Min. Fixed Term Amount | |
| --- | --- | --- |
| 1 | - | |

**Binance USD** BUSD

| Loan-to-Value (LTV) | Min. Repayment Amount | Min. Withdrawal Amount |
| --- | --- | --- |
| 90% | 1 USD | 10 |

| Min. Earning Amount | Min. Fixed Term Amount | |
| --- | --- | --- |
| 1 | - | |

**Important:** Nexo Earn Product is not available for citizens or residents of certain jurisdictions, including where restrictions may apply, such as Bulgaria, Estonia, the USA, and Canada

## Related Articles

Will I receive interest on exchanged assets? (/s/article/will-i-receive-interest-on-exchanged-assets)

Earn high-yielding annual interest on crypto assets - Explained (/s/article/earn-high-yielding-annual-interest-on-crypto-assets-explained)

How to earn 20-50% more on my idle assets (savings)? (/s/article/how-to-earn-20-50-more-on-my-idle-assets-savings)

Earn up to 12% interest on EURx, GBPx and USDx (/s/article/earn-up-to-12-interest-on-eurx-gbpx-and-usdx)

How to Transfer assets between the Savings Wallet and the Credit Line Wallet? (/s/article/how-to-transfer-assets-between-the-savings-wallet-and-the-credit-line-wallet)

## Topics

Getting Started

Buy With Card

Crypto Top-ups

Bank Transfers

Loyalty Program

Reward Programs

Earn

Borrow

Exchange

Nexo Booster

Nexo Pro

Nexo Card

NEXO Token

Security

Regulation

Verification

Repayments

Withdrawals

About Nexo

Nexo Wallet

# Frequently Asked Questions

How to buy NEXO Tokens?

How to take out a fiat loan?

Get up to 0.5% cashback with every crypto purchase or swap

What is the Nexo Card and what are the benefits?

Earn high-yielding annual interest on crypto assets - Explained

How to deposit crypto assets?

How to buy crypto with your credit/debit card in a few simple steps?

How to create a non-custodial Nexo Wallet and Identity?

Case 3:23-cv-00882-TSH     Document 19-8     Filed 05/15/23     Page 7 of 22

# Need More Help?

## Our Support Team is available 24/7 to answer all your questions.

**Contact Support(/s/contact)**

 (https://nexo.com)



(https://www.trustpilot.com/review/nexo.com?
stars=4&stars=5)

## Follow us

(Github)(https://github.com/nexo)(LinkedIn)(https://www.linkedin.com/company/nexo-finance)

---

 **ISO/IEC 27001:2013 Certified Information**(https://nexo.com/security)
**Security Management System**

 **Licensed & Regulated**
**Digital Assets Institution**(https://nexo.com/licenses-and-registrations)

 **Real-Time Reserves**
**Attestation**(https://real-time-attest.trustexplorer.io/nexo)

---

Copyright © 2023 Nexo. All rights reserved.

 **HELP CENTER**

Topics ⌄          Back to nexo.com

🔍 Search...

Earn
(/s/topic/0TO2p000000JtBVGA0/e

# Earn high-yielding annual interest on crypto assets - Explained

In this article:

1. First steps to our high-yielding annual interest
2. What are the interest rates (APY)?
3. How do balance limits work?
4. How is your interest calculated?
5. How can I calculate the Nexo token staking required for higher interest rates?
6. What currency will the interest be paid out in?
7. How can I activate earning interest in NEXO Tokens for higher interest rates?
8. Where can I see the interest I have earned from my active deposit(s)?
9. How is Nexo able to pay interest on my assets?
10. The main benefits of Nexo's Earn Product
11. Is there a minimum amount required to start earning high-yielding APY interest on your crypto?

**24/7 Chat**



## Start earning high-yielding annual interest on your idle crypto in a few simple steps:

1. Log in to your secure Nexo account

2. Complete Identity Verification if you have not done it already. You can find more information about our quick and intuitive verification process in this article (https://support.nexo.com/s/article/how-to-verify-your-identity)

3. Transfer assets (https://support.nexo.com/s/article/how-to-deposit-crypto-assets) into your Nexo account or purchase crypto (https://support.nexo.com/s/article/nexo-exchange-services-explained) directly on Nexo's crypto exchange (http://nexo.com/exchange)

> **Important:**
> - Please make sure to only transfer supported crypto assets (https://support.nexo.com/s/article/supported-crypto-assets) over the respective Blockchain network supported by Nexo (https://support.nexo.com/s/article/blockchain-networks-supported-by-nexo). Transferring unsupported assets to your Nexo account **will result in permanent loss.**
> - Earn on Crypto is available for BTC, ETH, LTC, XRP, EOS, XLM, BCH, USDT, USDC, TUSD, DAI, PAXG, USDP, BUSD, LINK, TRX, PAXG, BNB, DOT, DOGE, ADA, MATIC, AXS, SOL, AVAX, ATOM, NEAR, APE, AAVE, ARB*, and NEXO

5/11/23, 9:57 AM
Case 3:23-cv-00882-TSH   Document 19-8   Filed 05/15/23   Page 10 of 22
Earn high-yielding annual interest on crypto assets - Explained | Nexo

(https://support.nexo.com/s/article/earn-daily-interest-up-to-12-apy-on-your-nexo-tokens), with more assets coming soon!

*Note: The promotional rate on ARB is available until April 21, 2023.*

4. Earn! You will start earning compounding interest after **a minimum of 24 hours of your transfer** (https://support.nexo.com/s/article/why-did-i-not-receive-interest-on-my-savings). All interest is paid out daily and is automatically added to your Savings Wallet so that the next day you begin earning interest on it too.

5. Enjoy your high-yield passive income

**Important:** Please note that assets held in your Credit Line Wallet (used as collateral) will not earn interest. The only exception to that is NETH (https://support.nexo.com/s/article/eth-smart-staking-neth-explained) and our NEXO token (https://support.nexo.com/s/article/earn-daily-interest-up-to-12-apy-on-your-nexo-tokens).

**What are the interest rates (APY)?**

Your interest rate is determined by:

1. Your Loyalty level (https://support.nexo.com/s/article/nexo-loyalty-program-explained)

2. The type of interest payout

- if the interest earned is paid in kind (the same cryptocurrency), then there is no additional bonus
- if the interest earned is paid in NEXO Tokens* (https://support.nexo.com/s/article/how-to-activate-the-option-to-earn-interest-in-nexo-tokens), then you can receive an up to **2% bonus** on interest on all your holdings

3. The type of savings term (https://support.nexo.com/s/article/nexo-term-deposits-explained) (FLEX or Fixed**)

*\* Earn in NEXO is currently not available to US citizens and residents due to regulatory restrictions*
*\*\*Fixed Terms for Dogecoin and stablecoins are currently not available*

You can find an interactive breakdown (https://nexo.com/earn-crypto) of our Earn product on our website. All you need to do is pick a Loyalty Tier, and through the down arrow corresponding to a particular asset, you will see how much each additional earn option adds up to reach the maximum interest rate possible. As seen from the example below, some assets are subject to a balance limit.



## How do balance limits work?

For assets where a balance limit applies, the earn rates vary depending on whether your earnable amount is above or below the stated threshold. All amounts below the limit earn with regular rates, whereas balances above have a lower yield. The threshold, however, applies to each asset separately and not your entire portfolio.

For example, if you are in the Base Loyalty level and have 60,000 USD worth of BTC in FLEX terms, you will be earning up to 4% annual interest on 25,000 USD and up to 2.5% annual interest (with Earn in Nexo enabled) on the remaining 35,000 USD which are above the threshold.

Currently, the following assets are subject to e balance limit: BTC, ETH, XRP, PAXG, LINK and all stablecoins (USDT, USDC, BUSD, USDP, TUSD and DAI)

## How is your interest calculated?

Your interest is credited into your Savings Wallet daily and is then calculated in your upcoming interest transactions.

Daily Interest = Principal amount (in original cryptocurrency) x (APY/365)

## Example:

*Calculations based on a 1000 ADA deposit.*

1. If you are in the **Platinum tier** and have created a **Fixed saving term** & you have chosen to earn interest **in NEXO Tokens**, your annual interest will be 8% (**5%** + **1%** + **2%**), and your daily interest will be calculated as follows

*1000 ADA x 0.02191780% = 0.2191780 ADA (which will be converted to USD and then to NEXO Tokens)*

2. If you are in the **Platinum tier** and have created a **Fixed saving term** & you have chosen to earn interest **in kind** (same cryptocurrency), then your annual interest will be 6% (**5%** + **1%**), and your daily interest will be calculated as follows

*1000 ADA x 0.01596535% = 0.1596535 ADA*

3. If you are in the **Base tier** and have created a **Fixed saving term** & you have chosen to earn interest **in NEXO Tokens**, your annual interest will be 5% (**4%** + **1%** + **0%**), and your daily interest will be calculated as follows

*1000 ADA x 0.01369863% = 0.1369863 ADA (which will be converted to USD and then to NEXO Tokens)*

4. If you are in the **Base tier** and have created a **Fixed saving term** & you have chosen to earn interest **in kind** (same cryptocurrency), then your annual interest will be 5% (**4%** + **1%**), and your daily interest will be calculated as follows

*1000 ADA x 0.01336806% = 0.1336806 ADA*

*\*The interest paid in NEXO Tokens is not compounding but a simple one.*

**Important:** Your interest rate will be adapted according to your current Loyalty tier, which may vary depending on your Nexo-to-rest-of-Portfolio ratio. Kindly note that the latter is influenced by the current market price of your assets, including the NEXO Token.

5/11/23, 9:57 AM
Case 3:23-cv-00882-TSH   Document 19-8   Filed 05/15/23   Page 13 of 22
Earn high-yielding annual interest on crypto assets - Explained | Nexo

## How can I calculate the Nexo token staking required for higher interest rates?

You will need to have 10% of your balance in NEXO Tokens against all other assets you are holding to be eligible for the highest interest rates. In other words, you have to be in the Platinum tier of our Loyalty Program (https://support.nexo.com/s/article/nexo-loyalty-program-explained).

The exact amount of NEXO Tokens required for the bonus interest rates at any given moment will depend on the token price and will be displayed in the Total Interest Earned section:



## Example:

If the total portfolio balance in your Nexo account equals 9,900 USD, you will have to have 900 USD worth of NEXO Tokens. As the price of the crypto assets fluctuates, it is advisable to add more NEXO Tokens to ensure that you will not miss out on our bonus interest rates.

You can also check your Total Portfolio Balance at any time in your Nexo account:



## What currency will the interest be paid out in?

The interest will be paid out in the same currency as your deposit currency (e.g., if you top up LTC, you will earn interest in LTC) or in NEXO Tokens (giving you up to +2% bonus). (https://support.nexo.com/s/article/how-to-activate-the-option-to-earn-interest-in-nexo-tokens)

## How can I activate earning interest in NEXO Tokens for higher interest rates?

Please follow these steps:

1. Log in to your Nexo account

2. Then click on "My Profile"

3. Clink on "Settings"

4. Choose "Interest payout in NEXO tokens"

5/11/23, 9:57 AM
Earn high-yielding annual interest on crypto assets - Explained - Nexo
Case 3:23-cv-00882-TSH    Document 19-8    Filed 05/15/23    Page 15 of 22

5. Congratulations! You have activated the **up to +2% interest bonus** on all assets held in your Savings Wallet



## Where can I see the interest I have earned from my active deposit(s)?

You can see the daily interest from active deposits accumulated in the Account section under 'Total Interest Earned.'



After clicking on the **'See Interest Details'** button, you can access detailed information about all the crypto assets and the interest you have earned so far:



We will also send a weekly email to all the clients with active deposits that are earning interest. The email will contain information about the accumulated interest for the past seven days per asset.

The email will include only those assets for which at least one interest transaction was credited during the past week. The total amount earned will be presented in the email in US dollars for comparison. Keep in mind that you will still receive your interest payments in kind, not in USD.

## How is Nexo able to pay interest on my assets?

We are committed to protecting your assets by lending them to institutions on an overcollateralized basis only, the way our crypto-backed loans work. Our rates are kept stable over time because of Nexo's risk policy to never lend without collateral.



## The main benefits of Nexo's "Earn Interest":

- High-yield savings with an annual interest rate of up to 15%
- A unique daily payout
- Full flexibility: use or withdraw funds at any time

- #ZeroFees — No fees, no minimum contribution requirements
- [Insurance on custodial assets](https://support.nexo.com/s/article/security-and-insurance) by Ledger Vault and Bakkt
- All funds are asset-backed by Nexo's portfolio of 200-500% overcollateralized crypto credit lines

More details concerning "Earn Interest" for specific assets:

- [EURx, GBPx, and USDx](https://support.nexo.com/s/article/earn-up-to-12-interest-on-eurx-gbpx-and-usdx)
- [Stablecoins and crypto](https://nexo.com/earn-crypto)

In case you have enabled the Auto Unlock Term option or you would like to find out more about it, please refer to [this article](https://support.nexo.com/s/article/how-to-secure-your-credit-line-with-the-unlock-fixed-terms-opt-in).

## Is there a minimum amount required to start earning high-yielding APY interest on your crypto?

The minimum amount you should have in your Nexo account to start earning high-yielding for each crypto asset as well as other relevant thresholds can be found in the following chart:

Case 3:23-cv-00882-TSH   Document 19-8   Filed 05/15/23   Page 18 of 22



**Important:**

- 24-48h cool-off period applies to assets moved from the Credit Wallet to the Savings Wallet. This is in order to prevent improper use of the Nexo Platform and to safeguard Nexo as a company, but more importantly, our clients and investors
- The Nexo Earn Interest Product is not available for citizens or residents of certain jurisdictions, including where restrictions may apply, such as Bulgaria, Estonia and the USA
- Additional 3-month and 6-month Fixed Term options for XRP, XLM, LTC, BCH, BNB, TRX, ADA, LINK, and EOS will be available between April 3, 2023 (12:00 PM

UTC) and April 17, 2023 (12:00 PM UTC) as part of the Fixed Term promo (https://nexo.com/earn-more?t=1)

## Related Articles

Minimum amount required to start earning high-yielding APY interest on your crypto (/s/article/minimum-amount-required-to-start-earning-high-yielding-interest-on-your-crypto)

---

Limited crypto assets - Explained (/s/article/limited-crypto-assets-explained)

---

Nexo Fixed Term Deposits - Explained (/s/article/nexo-term-deposits-explained)

---

Why did I not receive interest on my savings? (/s/article/why-did-i-not-receive-interest-on-my-savings)

---

Minimum amount required to create a Fixed Term (/s/article/minimum-amount-required-to-create-a-fixed-term)

## Topics

Getting Started

---

Buy With Card

---

Crypto Top-ups

---

Bank Transfers

---

Loyalty Program

---

Reward Programs

---

Earn

---

Borrow

---

Exchange

---

Nexo Booster

---

Nexo Pro

---

Nexo Card

NEXO Token

Security

Regulation

Verification

Repayments

Withdrawals

About Nexo

Nexo Wallet

# Frequently Asked Questions

How to buy NEXO Tokens?

How to take out a fiat loan?

Get up to 0.5% cashback with every crypto purchase or swap

What is the Nexo Card and what are the benefits?

Earn high-yielding annual interest on crypto assets - Explained

How to deposit crypto assets?

How to buy crypto with your credit/debit card in a few simple steps?

How to create a non-custodial Nexo Wallet and Identity?

# Need More Help?

Our Support Team is available 24/7 to answer all your questions.

**Contact Support(/s/contact)**


(https://nexo.com)


(https://www.trustpilot.com/review/nexo.com?stars=4&stars=5)

# Follow us

(https://twitter.com/nexofinance) (https://t.me/nexofinance) (https://www.facebook.com/nexofinance) (https://github.com/nexofinance)

---

 **ISO/IEC 27001:2013 Certified Information**(https://nexo.com/security)
**Security Management System**

 **Licensed & Regulated**
**Digital Assets Institution** (https://nexo.com/licenses-and-registrations)

 **Real-Time Reserves**
**Attestation** (https://real-time-attest.trustexplorer.io/nexo)

---

Copyright © 2023 Nexo. All rights reserved.