James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimilie: 619-566-4341

*Counsel for Plaintiff John Cress*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CRESS,<br><br>    Plaintiff,<br><br>   v.<br><br>NEXO FINANCIAL LLC, NEXO FINANCIAL SERVICES LTD., NEXO SERVICES OU, NEXO AG, NEXO CAPITAL INC., and ANTONI TRENCHEV<br><br>    Defendant. | Case No. 3:23-CV-00882-TSH<br><br>**DECLARATION OF JOHN CRESS IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF PROCEDURE 12(b)**<br><br>Hearing Date: September 7, 2023<br>Hearing Time: 10:00 a.m.<br><br>Courtroom: San Francisco Courthouse<br>     Courtroom E – 15th Floor<br>     450 Golden Gate Avenue<br>     San Francisco, CA 94102 |

**DECLARATION OF JOHN CRESS**

I, John Cress, declare as follows.

1.    I am the Plaintiff in this action.  I have personal knowledge of the facts stated below and if called as a witness at the time of any proceedings could and would competently testify thereto. I submit this declaration in support of the Opposition to Motion to Dismiss Complaint Pursuant to Federal Rule of Procedure 12(b).

2.    I am a resident of San Francisco, California.

3.    Hristiyan Hristov was my relationship and account manager with Nexo.  Although he had a phone number "+44 1618 188979" listed in the signature block of the email he sent me on March 15, 2021 from his hristiyan@nexo.io email address, I was unable to reach Mr. Hristov at this phone number.  In a March 17, 2021 email to Mr. Hristov, I informed Mr. Hristov, "Your phone number does not work."  He replied on March 19, 2021, informing me I would have to book a time slot for an initial call with him.  A true and correct copy of this email chain is attached hereto as **Exhibit A**.

4.    Attached hereto as **Exhibit B** is a true and correct copy of the email I received on March 25, 2021 directing me to digitally sign the Cryptocurrency Purchase Agreement.  I electronically signed this Agreement from my home in San Francisco, California.  Attached hereto as **Exhibit C** is a true and correct copy of the DocuSign Certificate of Completion for the Agreement.

5.    Mr. Trenchev's Declaration attached to Nexo's Motion to Dismiss, Mr. Trenchev represents that the "Crypto Credit General Terms and Conditions" effective as of the date when I opened my account on March 3, 2021 was attached as Exhibit 1.  Declaration of Antoni Trenchev ("Trenchev Decl."), ¶ 4.  However, I do not recall ever seeing, much less agreeing to, the Exhibit 1 Crypto Credit General Terms and Conditions.  The Crypto Credit Terms in Exhibit 1 reference a "nexo.com" website in Section XIV. Notices.  I exclusively used the site and domain "Nexo.io" to access the Nexo platform and communicate with Nexo employees.  I never used the site or domain "Nexo.com," and to the best of my knowledge, could not access my Nexo account through Nexo.com at any time in 2021 or 2022.

1
**DECLARATION OF JOHN CRESS**

6.     Nexo attaches Exhibit 7 to its Motion to Dismiss, describing it as a webpage of its "Nexo.com" "Help Center." Trenchev Decl., ¶ 10.   Prior to signing up with Nexo, and during my time as a customer at Nexo, I never saw nor accessed any of the webpages in Exhibit 7.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of July, 2023, at San Francisco, California.

_____
John Cress

2
**DECLARATION OF JOHN CRESS**