Ian S. Shelton (SBN 264863)
ianshelton@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
500 Capitol Mall, Suite 1750
Sacramento, CA 95814
Phone: (916) 245-7427
Fax: (916) 241-0501

*Attorneys for Defendants Nexo Financial LLC, Nexo, Financial Services Ltd., Nexo AG, Nexo Capital Inc., and Antoni Trenchev*

James Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
Max Ambrose (SBN 320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Phone: (619) 734-8770
Fax: (619) 566-4341

*Attorneys for Plaintiff John Cress*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN CRESS,

Plaintiff,

vs.

NEXO FINANCIAL LLC, NEXO FINANCIAL SERVICES LTD., NEXO AG, NEXO CAPITAL INC., and ANTONI TRENCHEV,

Defendants.

CASE NO. 3:23-cv-00882-TSH

The Honorable Thomas S. Hixson

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FIRST AMENDED COMPLAINT**

Courtroom: No. E, 15th Floor
Address: San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**STIPULATION**

Plaintiff John Cress ("Cress"), and Defendants Nexo Financial LLC, Nexo Financial Services Ltd., Nexo AG, Nexo Capital Inc., and Antoni Trenchev (collectively, "Nexo"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Court issued its order granting in part and denying in part Nexo's motion to dismiss the Original Complaint on October 10, 2023 (Dkt. 26).

WHEREAS, Cress filed his First Amended Complaint on November 9, 2023 (Dkt. 27).

WHEREAS, the First Amended Complaint inadvertently and unintentionally added Nexo Services OU as a named defendant.

WHEREAS, Cress previously dismissed Nexo Services OU without prejudice on April 24, 2023 (Dkt. 15) and did not intend to add that entity as a named defendant to his First Amended Complaint.

WHEREAS, the clerk issued a notice instructing Nexo Services OU to file a consent or declination to proceed before a magistrate judge by November 24, 2023 (Dkt. 28).

WHEREAS, Cress filed his corrected First Amended Complaint on November 10, 2023, which removed Nexo Services OU as a named defendant (Dkt. 29).

WHEREAS, the clerk's notice instructing Nexo Services OU to file a consent or declination to proceed before a magistrate judge is now moot because Nexo Services OU has been removed from the First Amended Complaint.

WHEREAS, Nexo's deadline to respond to the corrected First Amended Complaint is November 24, 2023.

WHEREAS, the parties have a mediation currently scheduled for December 6, 2023 before the Hon. William McCurine, Jr. (Ret.), a former United States Magistrate Judge for the Southern District of California.

WHEREAS, the parties agree that a short stay of discovery and continuation of the responsive pleading deadline is appropriate to allow the parties to focus their attention on the mediation.

IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Cress and Nexo, subject to the Court's approval, as follows:

1. The corrected First Amended Complaint (Dkt. 29) is the operative pleading in this action.

2. The clerk's notice instructing Nexo Services OU to file a consent or declination to proceed before a magistrate judge (Dkt. 28) is moot because Nexo Services OU has been removed as a named defendant from the corrected First Amended Complaint (Dkt. 29). This case will proceed before Magistrate Judge Thomas S. Hixon because all parties to the corrected First Amended Complaint have consented to proceed before a magistrate judge (Dkt. 6, 16).

3. If the case does not resolve at mediation, Nexo shall file its motion to dismiss the corrected First Amended Complaint by January 12, 2024.

4. Cress shall file his opposition by February 2, 2024.

5. Nexo shall file its reply by February 16, 2024.

6. Discovery shall proceed as provided by the Federal Rules of Civil Procedure, but discovery shall not commence before February 16, 2024.

IT IS SO ORDERED.

DATED: November 20, 2023 EVERSHEDS SUTHERLAND (US) LLP

By */s/ Ian S. Shelton*
Ian S. Shelton

*Attorneys for Defendants Nexo Financial LLC, Nexo, Financial Services Ltd., Nexo AG, Nexo Capital Inc., and Antoni Trenchev*

DATED: November 20, 2023 TAYLOR-COPELAND LAW

By */s/ Max Ambrose*
Max Ambrose

*Attorneys for Plaintiff John Cress*

**Civil L.R. 5-1(h)(3) Declaration**

I attest that Max Ambrose concurs in the filing of this document.

DATED: November 20, 2023 EVERSHEDS SUTHERLAND (US) LLP

By */s/ Ian S. Shelton*
Ian S. Shelton

*Attorneys for Defendants Nexo Financial LLC, Nexo, Financial Services Ltd., Nexo AG, Nexo Capital Inc., and Antoni Trenchev*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 21, 2023

Hon. Thomas S. Hixson
United States Magistrate Judge