James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimilie: 619-566-4341

*Counsel for Plaintiff John Cress*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| JOHN CRESS,<br><br>     Plaintiff,<br><br>     v.<br><br>NEXO FINANCIAL LLC, NEXO FINANCIAL SERVICES LTD., NEXO AG, NEXO CAPITAL INC., and ANTONI TRENCHEV,<br><br>     Defendants. | Case No. 3:23-CV-00882-TSH<br><br>**DECLARATION OF JAMES TAYLOR-COPELAND IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date: March 7, 2024<br>Hearing Time: 10:00 a.m.<br><br>Courtroom: San Francisco Courthouse<br>     Courtroom E – 15th Floor<br>     450 Golden Gate Avenue<br>     San Francisco, CA 94102 |

DECLARATION OF JAMES TAYLOR-COPELAND IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT

I, James Taylor-Copeland, hereby declare as follows:

1.    I am an attorney licensed to practice law in the State of California and counsel of record for Plaintiff John Cress ("Plaintiff"). I have personal knowledge of the facts stated below and if called as a witness at the time of any proceedings could and would competently testify thereto. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the First Amended Complaint.

2.    Nexo.com identifies Nexo's social media channels at the following URL: https://support.nexo.com/s/article/what-are-your-social-media-channels?language=en_US. The page has a link to the "official Nexo Telegram Group: https://t.me/nexofinance." I accessed this Telegram Group on January 15, 2024.  The screenshots identified in paragraphs 3-5 below were taken on January 15, 2024.

3.    Attached hereto as **Exhibit A** is a screenshot of January 3, 2021, posts in Nexo's Telegram Group.

4.     Attached hereto as **Exhibit B** is a screenshot of March 17, 2019, posts in Nexo's Telegram Group.

5.    Attached hereto as **Exhibit C** is a screenshot of January 3, 2020, posts in Nexo's Telegram Group.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of February, 2024 at San Diego, California.

James Taylor-Copeland

DECLARATION OF JAMES TAYLOR-COPELAND IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT

# Exhibit A

# Exhibit A

**Dan | Nexo | No Support via DM**
NEXO ERC-20 and NEXO BEP2 are …

Where can I buy Nexo ERC-20   4:54 AM

**Dan | Nexo | No Support via DM**

> Deleted Account
> Where can I buy Nexo ERC-20

here's a list of the exchanges NEXO is traded on:
https://coinmarketcap.com/currencies/nexo/#markets   4:55 AM

> Deleted Account
> Where can I buy Nexo ERC-20



Huobi seems to be the most preferred one by this community.
4:55 AM

# Exhibit B

# Exhibit B

**Nitehawks_diner**

hello there why can't I find the nexo pairs on hitbtc any longer?  is it no longer trading on that exchange?

8:50 PM



**Deleted Account**

> **Nitehawks_diner**
> hello there why can't I find the nexo pairs on hitbtc any longer?...

Please take note that American citizens may not be able to see it.

edited 8:50 PM

**Nitehawks_diner**

ah great so where can americans buy nexo if you know    8:51 PM

**Deleted Account**

> **Nitehawks_diner**
> ah great so where can americans buy nexo if you know

You can buy Nexo tokens directly from the platform.nexo.io using the Changelly integration. And here's a list of the exchanges Nexo is traded on: https://coinmarketcap.com/currencies/nexo/#markets

**CoinMarketCap**
**Nexo price today, NEXO to USD live price, marketcap and chart | CoinMarketCap**
The live Nexo price today is $0.9279 USD with a 24-hour trading volume of $4,838,654.76 USD. ...



8:52 PM

# Exhibit C

# Exhibit C

where is the best place to buy NEXO with the lowest fees for an american?

8:03 PM

**Josh**

> **Deleted Account**
> Because if the stablecoins are used as collateral and are locked ...

okay and the other part is if i took the credit loan of 200$ i have a year to pay that plus 5.9%apr of that 200 making the total 211.80

8:04 PM

**Deleted Account**

> **Josh**
> okay and the other part is if i took the credit loan of 200$ i have...

Correct, if you use Nexo tokens as collateral or to pay the interest.

8:04 PM

**Deleted Account**

> **Andrew**
> where is the best place...

Mercatox

8:10 PM

**Luther Martin**

> **Andrew**
> where is the best place to buy NEXO with the lowest fees for an...

Trust Wallet via Binance Decentralized exchange using NEXO/BNB pairing.

edited 8:17 PM