Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Alexander P. Fuchs (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
alexfuchs@eversheds-sutherland.com
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Phone: (212) 389-5082
Fax: (212) 389-5099

Michael Bahar (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
michaelbahar@eversheds-sutherland.com
700 Sixth Street NW, Suite 700
Washington, DC 20001
Phone: (202) 383-0882
Fax: (202) 637-3593

*Attorneys for Defendant Nexo Capital Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| JOHN CRESS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NEXO CAPITAL INC.,<br><br>　　　　　　Defendant. | Case No. 3:23-cv-00882-TSH<br><br>The Honorable Thomas S. Hixson<br><br>**DEFENDANT NEXO CAPITAL INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Nexo Capital Inc. ("Nexo" or "Defendant"), by its undersigned counsel, hereby certifies, pursuant to Federal Rules of Civil Procedure 7.1, that Nexo Inc. is the parent corporation of Nexo Capital Inc. No publicly held corporation owns 10% or more of the stock of Nexo Capital Inc.

DATED: August 9, 2024                    EVERSHEDS SUTHERLAND (US) LLP

By: */s/ Alexander P . Fuchs*
     Alexander P. Fuchs (*pro hac vice*)

*Attorneys for Defendant Nexo Capital Inc.*