**APPENDIX 1**

*John Cress v. Nexo Capital Inc.*, Case No. 3:23-cv-00882-TSH
JOINT DISCOVERY LETTER REGARDING PLAINTIFF'S RFPs

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|----------|-----------------|--------------------------------|
| 2 | All organizational charts, working group lists and documents identifying officers and employees of Nexo, including contract employees. | Nexo will search for an org chart from 2021 that describes the Nexo affiliates, if any. Nexo will not produce an org chart that lists every person that worked for Nexo during a certain time period, as Nexo views the request as a fishing expedition. | Organizational charts, working group lists and documents identifying officers and employees of Nexo, including contract employees from 2017-2022. |
| 4 | All documents and communications regarding Nexo's VIP Relationship Program, including any requirements to qualify for the VIP Relationship program and all benefits of the VIP Relationship Program. | Nexo previously agreed to produce all documents and communications with Cress concerning the LRP. As a further compromise, Nexo will produce all executed liquidation relief agreements that it can locate after a diligent research. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

1

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|----------|-----------------|--------------------------------|
| 5 | All documents and communications regarding all representations made in the VIP Relationship Program brochure attached hereto as **Exhibit A,** including without limitation (1) Dedicated Relationship Manger, (2) OTC services with some of the best rates on the market, (3) Priority customer support, (4) Email SLA, (5) Direct phone number availability, (6) Purchase of large quantities of crypto – get institutional rates for amounts larger than $100,000, (7) Nexo Portfolio Booser, (8) Zero Cost Loan, (9) Liquidation relief program, and (10) Email SLA – get a response from the support team in 2 hours, 24/7. | Nexo will produce all communications with Cress regarding the VIP Relationship Program brochure. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 6 | All documents and communications regarding Nexo's Liquidation relief program, including all communications with customers regarding the Liquidation relief program or requests for reimbursement referencing or relating to the Liquidation relief program. | Nexo will produce all communications with Cress regarding the LRP. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|---|---|---|
| 7 | All documents and communications regarding any reimbursement or compensation You have provided to customers in connection with the liquidation of their digital assets. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 9 | All documents and communications regarding Hristov's employment and compensation between January 1, 2020, and the present, including any bonuses, incentives, or other payments to Hristov in connection with Plaintiff's activity on the Nexo Platform. | Nexo will produce Hristov's employment contract and the policy of any incentive structure that applied to Hristov. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 11 | All documents and communications regarding bonus compensation provided to any of Your executives. | Nexo will produce Hristov's employment contract and the policy of any incentive structure that applied to Hristov. | Plaintiff will limit this request to all documents and communications regarding bonus compensation provided to any of Your executives relating to the NEXO Token, VIP Relationship Program, or the Liquidation Relief Program. |
| 14 | All documents and communications regarding whether customers holding the NEXO Token were more or less likely to be liquidated than customers who did not hold the NEXO Token. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|----------|-----------------|-------------------------------|
| 17 | All documents and communications regarding Nexo registering NEXO with the SEC as a security. | Nexo will produce the 2018 Form Ds. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 18 | All documents and communications regarding the March 24, 2021, Cryptocurrency Purchase Agreement between Plaintiff and Nexo. | Nexo will produce the CPA and all communications with Cress regarding the CPA. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 25 | All documents and communications regarding all revenue You received as a result of the liquidation of Plaintiff's assets. | Nexo will produce Cress's transaction history. Nexo will also produce any internal financial metrics that Nexo collected in the regular course of business regarding Cress's account specifically. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|----------|-----------------|--------------------------------|
| 26 | All documents and communications regarding all revenue associated with Plaintiff, his account, his orders, or the liquidation of his assets. | Nexo will produce Cress's transaction history. Nexo will also produce any internal financial metrics that Nexo collected in the regular course of business regarding Cress's account specifically. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 27 | All documents and communications regarding all expenses associated with Plaintiff, his account, his order, or the liquidation of his assets. | Nexo will produce Cress's transaction history. Nexo will also produce any internal financial metrics that Nexo collected in the regular course of business regarding Cress's account specifically. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 29 | All documents and communications regarding the profitability of Your collateralized lending, including whether liquidation of customer assets was profitable, and what percentage of your profits are derived from the liquidation of customer assets. | Nexo will produce Cress's transaction history. Nexo will also produce any internal financial metrics that Nexo collected in the regular course of business regarding Cress's account specifically. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|---|---|---|
| 31 | All documents and communications regarding the availability and response time of customer support, including whether VIP customers could receive a response "in 2 hours, 24/7", a "dedicated relationship manager," and "direct phone number availability." | Nexo will produce all communications with Cress regarding the VIP Relationship Program brochure. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 33 | Documents sufficient to identify each NEXO transaction You entered into during the Relevant time period, including the date and time of each transaction, the quantity, consideration received, counterparty, and place where the transaction was authorized. | Nexo will produce documents or information sufficient to show direct sales of the NEXO Token in the United States. Nexo will also produce accredited investor certificates for US customers who purchased the NEXO Token | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 34 | All documents and communications concerning the listing of NEXO on any Cryptocurrency Exchange, including any consideration You offered or provided to any Cryptocurrency Exchange and any legal memoranda, letter, or opinion regarding whether NEXO is a security You provided to any Cryptocurrency Exchange. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|----------|-----------------|--------------------------------|
| 36 | All documents and communications concerning business plans, development costs, financial projections, budgets, balance sheets, audits, inventories, internal investigations or complaints, and due diligence or pricing of NEXO, including, but not limited to, presentations, whitepapers, memos, reports, notes and analyses. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 37 | All marketing or investor communications, presentations, videos (including videos posted to youtube.com), scripts, talking points, blog posts and itineraries. This Request includes (but is not limited to) such documents that were initially used for some other purpose but later were used or edited for purposes of marketing NEXO or equity in Nexo to potential investors or otherwise for the purpose of being displayed on the Nexo.com website. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 39 | All archived, saved or printed webpages from the Nexo.com or Nexo.io websites and any other websites You own, control, or operate. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|---|---|---|
| 40 | All analytics and statistics for the Nexo.com or Nexo.io websites and any other websites you own, control, or operate, including all information collected regarding visitors and clicks. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 41 | All communications between you and Cryptocurrency Exchanges regarding NEXO. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 42 | Any invoice, transaction history, or other document evidencing proof of payment, order, and receipt, as well as the date of payment, order, and receipt, concerning any NEXO sales. | Nexo will produce NEXO Token sales data specific to Cress. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|---|---|---|
| 43 | Documents sufficient to identify all Persons holding any equity interest in Nexo during the Relevant Period. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 45 | All documents and communications with law enforcement or regulatory agencies regarding the sale of NEXO, the Earn Interest Product, or collateralized lending including the DOJ, SEC, Finra, FinCEN, the New York Department of Financial Services, or the California Division of Corporations. For the avoidance of doubt this request includes all subpoenas received from law enforcement or regulatory agencies, including the DOJ and SEC, as well as any and all documents produced in response to those subpoenas and transcripts or notes memorializing any interviews provided to law enforcement or regulatory agencies. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|----------|-----------------|--------------------------------|
| 46 | All documents and communications concerning the Form Ds filed by You in 2018, and all NEXO sales referenced in those Form Ds. | Nexo will produce the 2018 Form Ds. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 47 | All documents and communications concerning contracts or agreements entered into by You concerning NEXO. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 48 | Documents sufficient to identify all Ethereum addresses that You own, control, or control the private key to. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|---|---|---|
| 49 | Documents sufficient to identify all ETH, BTC, and NEXO addresses that You own, control, or control the private key to. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 51 | All documents and communications concerning the creation or genesis of NEXO. | Nexo will produce the Nexo whitepaper. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 52 | All documents and communications concerning the allocation and ownership of NEXO upon the launch or initial distribution of the NEXO Token | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|----------|-----------------|--------------------------------|
| 56 | All documents and communications concerning planned uses for the NEXO Proceeds at or before the time of the first sale of NEXO. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 57 | All documents and communications concerning the use of the NEXO Proceeds, including all documents and communications evidencing any and all payments made with the NEXO Proceeds. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 58 | All documents and communications concerning the sale, exchange or conversion of the NEXO Proceeds into other digital currency, fiat currency, stocks, bonds, precious metals, venture capital, or other investments. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|----------|-----------------|----------------------------------|
| 59 | All documents and communications concerning NEXO, the Earn Interest Product, or collateralized lending shared with journalists or disseminated to other third parties. For the avoidance of doubt, this request includes all advertising regarding NEXO, the Earn Interest Product, or collateralized lending. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 60 | All social media and chat room posts and communications by Nexo regarding NEXO or the Liquidation Relief Program including without limitation posts and communications on Twitter, Reddit, Riot.im, slack.com, telegram.org, and discordapp.com. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 61 | All documents and communications regarding any payments to third parties in exchange for, or associated with, statements made by that third party on social media, in chat rooms, elsewhere on the internet, or through traditional media concerning NEXO, Nexo, or the Liquidation Relief Program. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|----------|-----------------|--------------------------------|
| 62 | All documents and communications regarding Your use of click farms, bots, or any other means of artificially increasing exposure of any online or social media messaging or posting. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 63 | All agreements between You and any Person which impose or purport to impose restrictions upon the sale or resale of NEXO. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 64 | All documents and communications regarding Your sales of NEXO on Cryptocurrency Exchanges. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|---|---|---|
| 65 | All documents and communications regarding Your direct sales of NEXO. | Nexo will produce documents or information sufficient to show direct sales of the NEXO Token in the United States. Nexo will also produce accredited investor certificates for US customers who purchased the NEXO Token. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 68 | All recordings or transcripts of public statements made by You or on Your behalf in connection with or regarding the offer or sale of NEXO. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 69 | All documents memorializing, evidencing or concerning any non-public statements You made to any purchaser or potential purchaser of NEXO regarding the offer or sale of NEXO, including whether NEXO was registered with the SEC. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

15

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|---|---|---|
| 70 | All documents and communications concerning any statement made by Trenchev regarding the NEXO Token or the Liquidation Relief Program. | Nexo will produce any statements made by Trenchev regarding the LRP. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 72 | All documents and communications concerning removal of the Liquidation Relief Program from the VIP client brochure and email solicitations. | Nexo will produce documents sufficient to show whether it removed the LRP from the VIP client brochure and email solicitations. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 73 | All communications made by Teodora Atanasova about the Liquidation Relief Program. | Nexo will produce all communications between Teodora Atanasova and Cress. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |

| # | RFP Text | Nexo's Position | Plaintiff's Proposed Compromise |
|---|---|---|---|
| 74 | All communications made by Your Support Manager rosen@nexo.io and rosen@nexo.com about the Liquidation Relief Program. | Nexo will produce all communications between Rosen and Cress. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 77 | All documents and communications concerning Your use of market makers in connection with NEXO. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |
| 78 | All documents concerning Your NEXO holdings during the Relevant Period, including in blockchain wallets and on Cryptocurrency Exchanges. | Nexo stands on its objections to this request. | Plaintiff has agreed to limit the scope of this Request to certain custodians and departments. Plaintiff may be able to further limit the number of custodians, but Nexo has refused to produce an organizational chart or other information that would allow Plaintiff to identify such custodians. |