**EXHIBIT 1**

*John Cress v. Nexo Capital Inc.*, Case No. 3:23-cv-00882-TSH

SUPPLEMENTAL JOINT DISCOVERY LETTER REGARDING PLAINTIFF'S RFPs

**NEXO AND NDS CUSTODIANS**

**SALES (VIP RELATIONSHIP PROGRAM)**

| Priority No. | Full Name | Job Title | Dept. | Agreed |
|---|---|---|---|---|
| 1 | Hristiyan Yordanov Hristov | Account Manager | Sales | Yes |
| 2 | Teodora Plamenova Atanasova | SDR | Sales | No |
| 3 | Octavian Dinca | Account Manager | Sales | Yes |
| 4 | Alexander Nikolaev Rakshiev | Head of Sales | Sales | Yes |
| 5 | Kaloyan Mariyanov Stanev | Sales Ops Associate | Sales | Yes |
| 6 | Aleksander- Georg Mrozinski | Account Manager | Sales | No |
| 7 | Borislav Danielov Vatkov | Account Manager | Sales | No |
| 8 | Marco Paladino | Junior Sales Associate | Sales | No |
| 9 | Kiril Simeonov Nikolov | Institutional Lending Desk Associate | Sales | No |

**NEXO OFFICERS/DIRECTORS**

| Priority No. | Full Name | Job Title | Dept. | Agreed |
|---|---|---|---|---|
| 1 | Antoni Trenchev | Nexo Director/ Managing Partner | Officer/Director | No |
| 2 | Kosta Kantchev | Nexo Director/ Managing Partner | Officer/Director (NDS March 2021) | No |
| 3 | Nadezhda Boykova Ivanova | CFO | Officer/Director | No |
| 4 | Georgi Shulev | Nexo Director/ Managing Partner | Officer/Director | No |
| 5 | Vasil Petrov | CTO | Officer/Director | No |
| 6 | Kalin Metodiev | CBO | Officer/Director | No |

## MARKETING/MEDIA/PR

| Priority No. | Full Name | Job Title | Dept. | Agreed |
|---|---|---|---|---|
| 1 | Lyubcho Georgiev Kostadinov | Head of Marketing | Marketing | No |
| 2 | Maria Asenova Agova | Head of PR | Media/PR | No |
| 3 | Denitsa Dimitrova Dimitrova | Marketing Project Manager | Marketing | No |
| 4 | Magdalena Damyanova Hristova | Copywriter | Media/PR | No |
| 5 | Rosen Anatoliev Angelov | Community Manager | Media/PR | No |
| 6 | Martin Dimitrov Marinov | Social Media Manager | Media/PR | No |
| 7 | Yordan Ivaylov Shanov | Direct Marketing Specialist | Marketing | No |
| 8 | Lazar Rumenov Lazarov | Content Marketing Specialist | Marketing | No |
| 9 | Nikol Rumen Genova | Content Marketing Specialist | Marketing | No |

## TRADING

| Priority No. | Full Name | Job Title | Dept. | Agreed |
|---|---|---|---|---|
| 1 | Edward Todorov Tonkov | Trading Operations Manager | Trading | Yes |
| 2 | Tsvetan Dimitrov Videlov | Sales Trader | Trading | Yes |
| 3 | Martin Ivanov Pavlov | Trading Operations Analyst | Trading | Yes |
| 4 | Tom Mariyanov Stanev | Head of Trading | Trading | No |
| 5 | Ognyan Rusanov Pankov | Trading Operations Analyst | Trading | Yes |

## LEGAL/RISK & PAYMENTS

| Priority No. | Full Name | Job Title | Dept. | Agreed |
|---|---|---|---|---|
| 1 | Bozhidar Nikolaev Dobrev | Compliance | Legal | Yes |
| 2 | Mustafa Ismailov Aliev | Senior Payments Specialist | Risk & Payments | Yes |

2

## NDS MANAGER

| Priority No. | Full Name | Job Title | Dept. | Agreed |
|---|---|---|---|---|
| 1 | Trayan Krasimirov Nikolov | COO | Management (NDS) | No |

## NEXO EMAIL ADDRESSES

| Source | Nexo Agreed |
|---|---|
| investors@nexo.io; investors@nexo.io | No |
| investor@nexo.io; investor@nexo.com | No |
| bizdev.replies@nexo.io; bizdev.replies@nexo.com | Yes |
| payments@nexo.io; payments@nexo.com | Yes |
| kyc@nexo.io; kyc@nexo.com | Yes |
| ops@nexo.io; ops@nexo.com | Yes |
| support@nexo.io; support@nexo.com | Yes |
| otc@nexo.io; otc@nexo.com | Yes |
| salesvacationresponder@nexo.com; salesvacationresponder@nexo.io | Yes |
| salesforce.bcc@nexo.com; salesforce.bcc@nexo.io | Yes |