UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEXO CAPITAL INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-00882-TSH<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 59 |

　　　The parties have some disputes concerning document custodians and non-custodial sources. First, Nexo has restricted the NDS list to two dates in 2021. The Court agrees with Plaintiff that Nexo should also produce the NDS list for 2018, 2019 and 2020 and **ORDERS** Nexo to do so. For each of those years, Nexo should pick a date in either March or June and produce the NDS list as of that date.

　　　Second, the parties disagree on the number of custodians and non-custodial sources. Plaintiff proposes 32 custodians and 10 non-custodial sources. Nexo proposes 10 custodians and 8 non-custodial sources. ECF No. 59-1. Based on the facts of the case, the Court finds that 14 custodians[1] are proportional to the needs of the case. If Plaintiff can make an evidentiary showing at a later stage of the case that other specific custodians should be added, the Court will be willing to consider that. However, based on the showing that has currently been made, the Court finds that 14 custodians are warranted.

　　　As for the two non-custodial sources in dispute, whether they are proportional to the needs

---

[1] In the letter brief at ECF No. 59, Nexo used the word "custodian" to refer to both custodians and non-custodial sources. The Court is not using the word "custodian" to include non-custodial sources.

of the case depends on what information they contain, which the Court is not able to discern based on the current submission.

In addition, although the Court approves 14 custodians, the Court anticipates the parties may disagree about who they should be.

Accordingly, the Court **ORDERS** as follows:

1. Nexo shall collect documents from 14 custodians.  The parties shall meet and confer about who they should be.

2. Nexo shall collect documents from the 8 non-custodial sources on which the parties have agreed.

3. No later than February 18, 2025, the parties shall file a joint discovery letter brief that (1) sets forth each side's views as to who the 14 custodians should be, or says who they are in the event of agreement; and (2) sets forth each side's arguments for why the two non-custodial sources as to which there is no agreement should or should not be included.

**IT IS SO ORDERED.**

Dated: February 3, 2025

THOMAS S. HIXSON
United States Magistrate Judge