**EXHIBIT 1**

*John Cress v. Nexo Capital Inc.*, Case No. 3:23-cv-00882-TSH

SUPPLEMENTAL JOINT DISCOVERY LETTER REGARDING PLAINTIFF'S RFPs

**AGREED CUSTODIANS**

| Full Name | Job Title | Dept. |
|---|---|---|
| Hristiyan Yordanov Hristov | Account Manager | Sales |
| Octavian Dinca | Account Manager | Sales |
| Alexander Nikolaev Rakshiev | Head of Sales | Sales |
| Kaloyan Mariyanov Stanev | Sales Ops Associate | Sales |
| Edward Todorov Tonkov | Trading Operations Manager | Trading |
| Tsvetan Dimitrov Videlov | Sales Trader | Trading |
| Teodora Plamenova Atanasova | SDR | Sales |
| Lyubcho Georgiev Kostadinov | Head of Marketing | Marketing |
| Magdalena Damyanova Hristova | Copywriter | Media/PR |
| Rosen Anatoliev Angelov | Community Manager | Media/PR |
| Yordan Ivaylov Shanov | Direct Marketing Specialist | Marketing |
| Tom Mariyanov Stanev | Head of Trading | Trading |