UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CRESS,

                Plaintiff,

      v.

NEXO CAPITAL INC.,

                Defendant.

Case No.  23-cv-00882-TSH

**DISCOVERY ORDER**

Re: Dkt. No. 64

The Court has reviewed the parties' discovery dispute at ECF No. 64.  The Court **ORDERS** Nexo to include Antoni Trenchev and Kosta Kantchev as custodians and to include investors@nexo.io and investors@nexo.com as non-custodial sources.

     **IT IS SO ORDERED.**

Dated: February 19, 2025

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California