EXHIBIT 3

*Cress v. Nexo ESI Data, Custodians and Search Terms*

Proposed Search Terms for Nexo's Data

## 1.  Search Terms

## A.  Terms Relating to Plaintiff

John Cress

Cress

JTC

432896

#432896

Джон Крес

Крес

**603eec5faed77e2a0a166e27**

johntcress@gmail.com

jtc88@hotmail.com

415-298-4366

## 2.  Terms relating to Defendant

projection w/10 financ* (FINANCIAL STATEMENTS)

"balance sheet" (FINANCIAL STATEMENTS)

Financial w/5 statement  (FINANCIAL STATEMENTS)

Audit* (AUDITS)

board w/5 minutes (BOARD MINUTES)

board w/5 presentation (BOARD PRESENTATIONS)

Nexo w/10 (equity OR stock OR share) (FINANCIAL STATEMENTS)

Doc* w/10 (polic* OR retention OR destr* OR delet*) (DOC RETENTION POLICIES)

Record* w/10 (polic* OR retention OR destr* OR delet*) (DOC RETENTION POLICIES)

"cap* table" (CAP TABLES)

**3.  <u>Terms relating to VIP Relationship Program</u>**

"VIP Relationship Program"

VIP w/5 (Program* OR relationship OR brochure*)

"Dedicated Relationship Manager"

relationship w/5 (manager*)

"OTC Services"

OTC w/5  rate*

"OTC team"

"OTC desk"

"liquidation relief program"

Liquidat* w/10 (Relief OR program* OR insurance OR recover*)

LRP

Recover

Relief

investigation /5 (VIP OR LRP OR "liquidation relief" OR "recover")

complaint /5 (VIP OR LRP OR "liquidation relief" OR "recover")

(Over /3 counter) w/5 (service* OR rate* OR team* OR desk)

TWAP

"time weighted average price"

"Matter of hours"

"Direct phone number availability"

"Direct phone"

"priority support"

"priority customer support"

"Email SLA"

response w/10 "24/7"

"2 hours, 24/7"

"2 hours" w/10 "24/7"

2

VIP w/5 benefit*

Institutional w/5 rates

"Nexo portfolio booster"

"Zero cost loan"

Liquidat* w/10 (payment* OR compensat* OR reimburs* OR polic* OR practice* OR guide* OR set* OR explain OR explan* OR mislead* OR misled OR deceptive OR deceive* OR repurchase* OR purchas* OR fals* OR trick* OR fak* OR "not real" OR case OR support)

LTV w/5 (polic* OR practice OR guide OR set*)

Collateral w/10 interest w/10 (earn OR credit)

*Fraud*

Induc*

Lie*

Repurchase w/5 (token* OR crypto* OR asset OR collateral)

Flash w/5 crash

Market w/5 crash


4.  Terms relating to Nexo employees

(Hristyan OR Hristov) w/10 (comp* OR bonus* OR payment* OR incentive*) (HRISTOV COMP STRUCTURE)

"Relationship Manager*" w/10 (comp* OR bonus* OR payment* OR incentive*) (RELATIONSHIP MANAGER COMP STRUCTURE)

"Executive*" w/10 (comp* OR bonus* OR payment* OR incentive*) (EXECUTIVE COMP STRUCTURE)

Trenchev w/10 (comp* OR bonus* OR payment* OR incentive*) (TRENCHEV COMP STRUCTURE)

Kantchev w/10 (comp* OR bonus* OR payment* OR incentive*) (KANTCHEV COMP STRUCTURE)

Shulev w/10 (comp* OR bonus* OR payment* OR incentive*) (SHULEV COM STRUCTURE)

**5.**  Terms relating to NEXO token[1]

"Cryptocurrency purchase agreement"

0xb62132e35a6c13ee1ee0f84dc5d40bad8d815206

NEXO w/10 (liquidat* OR volatile* OR price* OR securit* OR dividend OR profit* OR utilit*)

NEXO w/5 ("ICO" OR "I.C.O." OR initial)

NEXO /10 (hold OR hodl)

NEXO w/ 10 (invest* OR offer* OR sale* OR sell* OR transact* OR counterpart* OR consideration OR agreement OR contract OR restrict* OR resell* OR resale* OR lockup OR vest* OR buy* OR purchas* OR allocate* OR own* OR create* OR genesis OR proceed* OR plan OR internal OR confidential)

Whitepaper

SEC OR S.E.C.

Securities w/5 (Exchange OR Commission)

"Form D"

"506(c)"

Securit* /5 (Unregistered OR register* OR registration OR fraud*)

Accredited w/10 (investor* OR buyer* OR purchaser*)

Unaccredited w/10 (investor* OR buyer* OR purchaser*)

Exempt* w/5 (Offer* OR security* or sale* or transact*)

     a.  Communications with Law Enforcement or Regulators

"California Commissioner of Financial Protection and Innovation"

"CCFPI"

California w/10 financ*

California w/10 protection

"California Department of Business Oversight"

DOJ OR D.O.J.

Department /5 justice

---

[1] The search for the term NEXO in this section may be limited to NEXO with all capital letters. In all other sections, the term Nexo shall include all variations of Nexo regardless of capitalization.

FBI OR F.B.I.

FINRA OR F.I.N.R.A. OR "Financial Industry Regulatory Authority"

NYDFS OR N.Y.D.F.S. OR "New York Department of Financial Services"

CDC OR C.D.C. OR "California Division of Corporations"

NEXO /25 (government* OR govt)

    b.  <u>Terms relating to NEXO exchange listings</u>

NEXO AND (Coinbase OR Payward OR Kraken OR Bitstamp OR Kucoin OR Huobi OR HTX)

NEXO /10 list*