# EXHIBIT A

# Chat with John Cress   *complete*

**Nexo Help Center**                                                      22 JUN

##- Please type your reply above this line -##

You are registered as a CC on this request (448695). Reply to this email to add a comment to the request.

---

**Milena Venkova** (Nexo Help Center)

Jun 22, 2021, 19:20 GMT+3

Dear John Cress,

Following our live chat discussion, I would like to confirm that I have requested Hristyan to get in touch with you and he will contact you shortly.

Should you have any further queries, please do not hesitate to contact us.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Molly



Help Center | Blog

---

**John Cress**

Jun 22, 2021, 17:58 GMT+3

Thank you.   Yesterday Hristiyan said he will call me, and again today, but he did not call yesterday or today so far.   Hopefully he will call me.

John

> On Jun 22, 2021, at 1:47 AM, Nexo Help Center <support@nexo.io> wrote:

---

**Petar Vlatchkov** (Nexo Help Center)

Jun 22, 2021, 11:47 GMT+3

Dear John Cress,

Thank you for contacting us.

In general, the aim of the liquidation relief is to reacquire on your behalf part or, if feasible, all of your liquidated collateral assets. One way this is achieved is by purchasing as much of your previous collateral as possible up to the size of liquidation while keeping the overall LTV ratio within healthy limits. Consequently, the acquired position is posted into your Nexo wallet to serve as new collateral, whereby the funds spent on purchasing the position are added to the outstanding loan balance in your wallet.

For more information regarding this matter, please feel free to contact your account manager Hristiyan at hristiyan@nexo.io.

Thank you for your understanding.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Pete



Help Center | Blog

---

**John Cress**

Jun 22, 2021, 4:09 GMT+3

Ok, nobody has ever talked me through the liquidation relief program, so I don't fully understand that or how that can help me now. But if I sell my assets now for a loss, it's not going to reduce my future liquidation thresholds, so I don't know of any relief programs I can use now. Maybe I could've done something before, but I don't know how now. I wish someone walked through it with me more before though

> On Jun 21, 2021, at 1:56 AM, Nexo Help Center <support@nexo.io> wrote:

Chat with John Cress | Superhuman

**Bozhidar** (Nexo Help Center)

Jun 21, 2021, 11:56 GMT+3

Dear John Cress,

Thank you for your response.

We can completely understand that this situation is highly unpleasant, and we can assure you that we do not wish to see our clients' assets liquidated. Additionally, as you can understand, the liquidation relief program is aimed to help our clients recover from these financial losses. However, as you can understand if the market is volatile, which in turn may cause further automatic loan repayments.

Regarding your queries, please note that the reason you can swap only to assets, which have a higher LTV is because they are more stable in USD price. For example, stablecoins have a near 1:1 exchange rate to the USD, meaning that even in a market crash, their value shall not be affected as much, like other assets. Moreover, if we allowed swapping assets with a higher LTV to assets with a smaller one, via our collateral exchange, this could lead to potential automatic repayments, if the market price decreases.

Nevertheless, we would like to inform you that your account manager has reached out to you, in order to assist you with the liquidation relief program. Therefore, please check your inbox, as he should have emailed you.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Bozhidar



Help Center | Blog

**John Cress**

Jun 21, 2021, 1:00 GMT+3

Yes, I do understand this, but I will also point out that when you sell BTC for $35,000, which was purchased at $62,000, it locks in a very large loss.   I was recently partially liquidated of 21 BTC.   If I decided to swap 21 more BTC now at $35,000, that is not much better.   I would be losing $567,000 and I would have $735,000 left.   If I wait for the market to stabilize, I would have to wait for BTC to go back up to $57,000 before I could buy again with a 50% LTV, and I could only buy back 12 BTC for $735,000.
END RESULT using collateral swap:   $567,000 loss and BTC balance reduced by about 9.

If I simply waited and the 21 BTC were partially liquidated at $30,000 I would be losing $672,000 loan would be paid off by $630,000.
END RESULT of partial liquidation and loan repayment:  $672,000 loss and BTC balance reduced by 21.

Overall, there is a little less damage using the collateral swap versus a partial liquidation, but it's very unknown if there will be a liquidation at all and the collateral swap is a guaranteed severe damage.    It's very very difficult to justify using the collateral swap.   The damage is so high that it makes sense to wait and hope for the price to recover.

My request would prevent damages and provide real relief and stabilization.   I understand how your process works, but you have still not explained **_WHY_** my request can't work too.   Why doesn't the LTV have to be reset at 50% when the swap occurred when the LTV as at about 70%?   Why can't the 70% LTV level stay in place when the swap reverts back?   I do understand how it works and don't need any more explanations for that, but just the explanation for why my approach is not allowed.

Thanks again,

John

**Petar Vlatchkov** (Nexo Help Center)
Jun 20, 2021, 9:40 GMT+3

Dear John Cress,

Thank you for your reply.

We understand your position regarding the reverse swap to assets with a lower LTV in your Credit

Line wallet. However, kindly be advised that the main function of the collateral exchange feature is to prevent unwanted liquidations of your assets during a market downturn by 'raising the LTV' of the assets used as collateral. In more severe cases of market volatility, this may necessitate swapping your assets for stablecoins, which have the highest LTV.

Therefore, as soon as the market volatility decreases and the situation stabilizes you would be able to revert to your previous position by adding more crypto assets or make partial or full loan repayment as well, which will enable you to transfer stablecoins out of your Credit Line wallet and swap them for BTC at your convenience.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Pete



Help Center | Blog

---

**John Cress**

Jun 19, 2021, 20:40 GMT+3

Everything explained here I already understand, but I still do not understand WHY.   If I swap my BTC for USDC, I cannot swap that same USDC back to BTC because the BTC LTV is less than the USDC LTV.   I understand this.    However, I do not understand why.    In case BTC drops, it would protect my assets if I can move them temporarily to USDC.   Then, when BTC gets to $42,000 I will swap back to BTC.    I will lose some money if I sell BTC at $36,000 and buy back at $42,000, but it's ok because I will also have a tax loss I can use to make up for that and I will protect my assets.

I understand the rules you are explaining, but the question is still WHY?   WHY is this rule in place? Why can't I swap now from BTC to USDC and then back to BTC - even though they have different LTVs?   If Nexo can find a way to make this work, it will protect my assets, make me comfortable using Nexo, and I would be willing to buy more Nexo tokens too.

John

> On Jun 19, 2021, at 2:25 AM, Nexo Help Center <support@nexo.io> wrote:

Chat with John Cress - Superhuman

---

**Nikola** (Nexo Help Center)

Jun 19, 2021, 12:25 GMT+3

Dear John,

Thank you for your reply.

As you know, the collateral already used to back an existing credit line can only be exchanged for currencies with an LTV ratio equal to or higher than the one(s) of the collateral used, as indicated in the Nexo Platform. For example, if you have collateralized BTC coins, which have an LTV of 50.00%, and their value is experiencing heightened volatility, you will be able to convert them for crypto with an LTV of 50.00% and higher. You will be able to get USDT (90.00%), DAI (90.00%), or PAXG (70%), however, pairs with NEXO (15.00%), TRX (30.00%), LTC (30.00%) will not be available. Stablecoins are a great option since you will be able to wait for the market to stabilize.

Suppose you have exchanged your BTC for DAI to stabilize your LTV and protect your assets from price volatility. When market conditions are right, you may want to restore your original collateral lineup by exchanging DAI for BTC. Since the LTV ratio attributed to BTC (50.00%) is lower than that of stablecoins (90.00%), you would not be able to complete the swap unless you transfer more assets from the Savings to the Credit Line wallet. The amount of extra collateral moved to your Credit Line wallet must be enough to ensure that the output LTV can support the loan, as otherwise the exchange would be declined. In simple terms, it must be enough to compensate for the increased output LTV. Bellow, you can find a more detailed breakdown of the given example:

- 20 000 USD in BTC - loan 10 000 (LTV = 50%)

- ±20 000 USD in DAI - loan 10 000 (LTV = 90%)

- To swap DAI to BTC/ETH you would need enough of BTC/ETH to cover the 50% LTV, meaning 20 000 in BTC/ETH.

- To swap DAI for other assets with lower LTV (35%), like Stellar, you would need to have at least ±30 000 USD worth of Stellar in your Credit Wallet after the swap to secure the loan. Therefore, to make it happen, you would have to move 10 000 DAI to your Credit Wallet from the Savings Wallet.

- Alternatively, based on the same example, you would be able to move ±9000 DAI (exceed collateral) to your Saving Wallet and swap it for whatever assets you want.

I hope this information addresses your concern.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Nikola



Help Center | Blog

---

**John Cress**

Jun 18, 2021, 21:14 GMT+3

Thank you.   I read that article before.   I understand this:  "you cannot conduct swaps that involve exchanging assets with a higher LTV to one with lower;"     What I'm saying is that I don't totally understand *why*.   Swapping from BTC to USDT temporarily would be a very big safety measure.   I understand this is not allowed, but I just don't totally understand exactly why that cannot be done.

---

**Bozhidar** (Nexo Help Center)

Jun 18, 2021, 10:58 GMT+3

Dear John Cress,

Thank you for your response.

We can understand your confusion on the matter, therefore, please draw your attention to the following Help Center article. In this article, you will find a detailed explanation of why you cannot swap assets that have a higher Loan-To-Value ratio (LTV) to other assets with a lower one.

Furthermore, for your convenience I shall highlight the details below:

- To Maintain a Healthy LTV, you cannot conduct swaps that involve exchanging assets with a higher LTV to one with lower;
- To protect your assets from potential market swing;
- Exchange collateralized assets to match your investment goals;

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Bozhidar



Help Center | Blog

---

**John Cress**
Jun 18, 2021, 7:34 GMT+3

I had a chance to review information about using the collateral swap service.   If I understand correctly, I am NOT able to swap my BTC for USDT in my credit wallet and later swap the exact same amount back to BTC.   If I try to swap that same USDT back to BTC, I will be forced to do it at a lower LTV level of 50%.    I very much strongly wish I could swap my BTC to USDT and then back to BTC at the same LTV of the first swap.    It was not explained to me exactly why we cannot do this.

John

---

**Nikolay D.** (Nexo Help Center)
Jun 15, 2021, 9:02 GMT+3

Dear John,

Hope you are doing well.

Looking at the account I can see that there have been no swaps made since our email. Can you confirm everything is clear and the system is understood or if you have any further questions?

We do understand the amount is too low for a user with a portfolio as large as yours and this concern has been brought up to the relevant team so that they can maybe allow some clients to make larger swaps in the future.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Nikolay D.



Help Center | Blog

---

**Vladimir Dimitrov** (Nexo Help Center)

Jun 12, 2021, 5:17 GMT+3

Dear John Cress,

Thank you for contacting us.

Following a careful review of your case, I can confirm that you were not able to swap your BTC on the exchange as the volume of your trade was above the maximum amount of 100,000.00 USD value per swap on the exchange. Bear in mind that the price of crypto is volatile and when you try with the maximum amount of 2.733 BTC the USD value can change in a second and prevent you from doing a trade.

Therefore, In order for you to swap your BTC, you will have to initiate multiple smaller than 100,000.00 USD value trades on the exchange and ensure that they are under the maximum amount allowed as explained in this **article on our Help Center**. I recommend trying with 2.5 BTC instead.

Please let us know if the issue persists when you attempt with a lower amount.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Vladi



Help Center | Blog

**John Cress**

Jun 11, 2021, 21:09 GMT+3

**Private note**

Chat ended: 2021-06-11 06:09 PM UTC

Name: John Cress
Email: jtc88@hotmail.com
Phone: -
Notes: exchange

**John Cress**

Jun 11, 2021, 21:04 GMT+3

Chat started: 2021-06-11 05:10 PM UTC

(05:10:29 PM) John Cress: live agent
(05:10:31 PM) *** Kate joined the chat ***
(05:10:31 PM) Nexo Customer Support: Hi John Cress! Welcome back. Thanks for your message, please wait a moment while one of our agents attend to you.
(05:10:31 PM) Kate: Would you like me to transfer you to my human colleague?
(05:10:34 PM) John Cress: Yes
(05:10:35 PM) Kate: Please give me a min to start the transfering process.
(05:10:36 PM) Kate: ...
(05:10:38 PM) John Cress: OK
(05:10:39 PM) Kate: Let me check if someone is available. Is that OK with you?
(05:10:43 PM) John Cress: OK
(05:10:45 PM) Kate: I can confirm that one of my human colleagues is available. I am transferring this conversation to him/her.
(05:10:45 PM) Kate: Thank you for chatting with me.
(05:10:46 PM) Kate: One of my co-workers will be with you shortly.
(05:10:48 PM) Kate: Please be patient as due to the enormous amount of chat requests it may take up to 5-10 min for an agent to be available to assist you.
Your understanding is appreciated.
(05:10:58 PM) *** Beyhan joined the chat ***
(05:10:59 PM) *** Kate left the chat ***
(05:11:04 PM) Beyhan: Hello John Cress and welcome to Nexo Support! My name is Beyhan. I will be assisting you today.
(05:11:34 PM) John Cress: Hi, I have a question about the collateral swap service
(05:12:29 PM) John Cress: I had a call late last night with Hristiyan Hristov. I am in San Francisco, so

it was 3:00 am here. I need to swap my collateral assets from BTC to a stable coin right now while the price is up

(05:12:34 PM) John Cress: before the weekend

(05:12:54 PM) John Cress: Hristiyan was going to help me, but the exchange was down last night so he told me to check back in the morning

(05:13:11 PM) Beyhan: Have you checked again today? They issue was resolved earlier.

(05:13:12 PM) John Cress: I need to sell 129.42 BTC

(05:13:24 PM) John Cress: Yes, I checked and I think it's up now

(05:13:55 PM) John Cress: But I need to swap a large amount of BTC. I usually go through Hristiyan and the OTC desk because my order volumes are very large

(05:14:12 PM) John Cress: He told me the OTC desk cannot be used for this service and I will have to do it myself

(05:14:35 PM) John Cress: He also said he thinks maybe the order maximum is $100,000 per swap

(05:15:18 PM) John Cress: So if I'm going 129.42 BTC, which now has a value of $4,744,585, that will require 48 swaps!

(05:16:10 PM) John Cress: So, I'm here to ask for help the first time and make sure I do this correct

(05:16:48 PM) Beyhan: I understand. I'm sorry to hear about the inconveninece! Unfortunately, if Hristiyan mentioned it cannot be done over OTC, you will have to do multiple swaps with out exchange.

(05:17:24 PM) John Cress: yeah, I have to do 48 swaps. That's a hassle, and not convenient, but at least it helps me to possibly save my assets

(05:17:38 PM) John Cress: Will all of these transactions show up on my transactions CSV report?

(05:17:52 PM) John Cress: It's very important that everything gets captured for tax tracking

(05:18:14 PM) John Cress: And everything I have every done through the OTC desk needs to be on that report too

(05:19:17 PM) Beyhan: Yes, they will all show up as they are on the report.

(05:19:55 PM) John Cress: Ok, good. Would you recommend swapping these to USDC or USDT?

(05:20:30 PM) John Cress: Neither one will earn interest right?

(05:21:37 PM) Beyhan: I'm so sorry, John - I'm unable to make such recommendations.

Yes, if they are on the Credit Line wallet, they will not earn interest.

(05:21:58 PM) John Cress: Ok, I will just pick one of them.... it does not matter

(05:22:54 PM) Beyhan: I understand.

(05:23:15 PM) John Cress: I keep having an error

(05:23:35 PM) John Cress: I entered 2.733 BTC because that's the maximum amount I can swap

(05:23:54 PM) John Cress: Now I will click Preview Exchange

(05:24:35 PM) John Cress: Nothing is happening

(05:24:44 PM) Beyhan: Can you provide a screenshot of the issue?

(05:25:06 PM) John Cress: Yes

(05:26:00 PM) John Cress: Now I just tried to attach my screenshot and it says:

(05:26:05 PM) John Cress: Screen Shot ... AM.png

517 KB

Upload failed. Something went wrong. Please try again.

(05:26:19 PM) Beyhan: Can you try to drag and drop it?

(05:27:08 PM) John Cress: I tried that too and got the same error

(05:29:22 PM) Beyhan: I understand. I'm sorry to hear about your issue. Can we ask you to try again using another browser or device?

(05:29:40 PM) John Cress: Ok, let me open up a different browser

(05:29:49 PM) Beyhan: Sure, of course.

(05:35:24 PM) John Cress: I was using the Brave Browser and now I opened the Chrome browser. I'm still getting a screen that says: "An unexpected error occurred. Please try again."

(05:35:31 PM) John Cress: I'm sure you have seen this screen before

(05:35:49 PM) Beyhan: I'm so sorry to hear that. A moment, please.

(05:36:03 PM) John Cress: I have the credit line wallet selected, so I have that correct

(05:37:36 PM) Beyhan: Unfortunately, I will have to create a ticket for you so we can check what the issue could be.

I have created the ticket now and our team has received your case. We will email you very soon with the help you need.

Rest assured, I will raise the priority of your case for you so we can help you as soon as possible.

(05:38:02 PM) John Cress: Yes, this is EXTREMELY IMPORTANT to protect my assets

(05:38:11 PM) John Cress: This has to be a #1 top priority

(05:38:26 PM) John Cress: In the meantime, can someone please swap the assets for me manually?

(05:39:06 PM) John Cress: I need to provide authorization to swap 129.42 BTC in my credit wallet to USDT

(05:40:30 PM) Beyhan: I understand. I will also add this to your ticket.

(05:40:38 PM) Beyhan: I'm so sorry, I couldn't help over chat.

(05:41:48 PM) John Cress: Ok, who will handle the swap for me? Will I be working with you, Hristiyan, or someone else?

(05:42:54 PM) Beyhan: I'm so sorry, I'm unable to confirm yet but you will be notified via email about this

(05:43:39 PM) John Cress: Ok, if the price of BTC drops this weekend to my liquidation level, I need assurance that Nexo will NOT liquidate my assets

(05:44:16 PM) John Cress: At least this case will document that I am trying to protect my assets

(05:45:25 PM) John Cress: Is the exchange working for other people? If it is, I think I should keep trying this and not just wait for a ticket

(05:45:49 PM) John Cress: I tried the Brave browser and the chrome browser. I can try the Safari browser too

(05:46:59 PM) Beyhan: We have not received other reports with issues regarding the exchange yet.

(05:47:26 PM) John Cress: Wow

(05:47:33 PM) John Cress: I'm going to email Hristiyan too

(05:48:11 PM) Beyhan: Sure of course, I believe he might be able to help as well.

(05:52:06 PM) Beyhan: Is there anything else I can do for you?

(06:02:50 PM) Beyhan: Thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Have a wonderful rest of your day!

(06:04:51 PM) *** Beyhan left the chat ***

---

**John Cress**

Jun 11, 2021, 20:40 GMT+3

**Private note**

Chat started: 2021-06-11 05:10 PM UTC

Served by: Kate

IP: 192.145.127.190

User Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/88.0.4324.182 Safari/537.36

Country: Italy

City: Milan

URL: https://platform.nexo.io/exchange/swap/btc_usdt

Chat ID: 2106.2219242.Sa2ypk8kSq2Gx