# EXHIBIT B

| | |
|---|---|
| **From:** | Hristiyan Hristov <hristiyan@nexo.io> |
| **Sent:** | Mon 9/6/2021 2:01:29 PM (UTC) |
| **To:** | John Cress <johntcress@gmail.com> |
| **Subject:** | Re: New email |

Hello John,

I hope you are doing well.

Please let me provide you with an updated number for your purchasing power through the Liquidation relief program.

We can purchase up to $5M worth of Bitcoin, which will result in a $5,300,000 added to your outstanding loan balance and 70% LTV.

Let me know what are your thoughts on it.

On Sun, Aug 22, 2021 at 8:31 PM John Cress <johntcress@gmail.com> wrote:

> Hristiyan,
> My jtc88@hotmail.com email is no longer active.   Please send emails to this email address instead.
>
> John

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io