**EXHIBIT C**

*John Cress v. Nexo Capital Inc.*, Case No. 3:23-cv-00882-TSH

INTERROGATORY NO. 2:

Describe the terms of the Liquidation Relief Program referenced in **Exhibit A**.

**Response:** Nexo objects to this Interrogatory as vague and ambiguous with respect to the language "terms of the Liquidation Relief Program" because Plaintiff did not participate in such program or execute any contract agreeing to the terms of such program. Nexo further objects to this Interrogatory as not reasonably tailored to the discovery or relevant or admissible information because Plaintiff represented in writing on June 22, 2021—after the events alleged in his First Amended Complaint occurred—that "I don't know what the liquidation relief program is." Consequently, the terms of a program Plaintiff did not know about are irrelevant to his actions and cryptocurrency investment losses between March 3 and June 22, 2021.

Subject to and without waiving the foregoing objection, Nexo responds as follows: The Liquidation Relief Program is a service that certain Nexo customers could use to recover his or her liquidated assets in the event of a market crash. If the customer decided to use the service, the customer would enter a written contract with Nexo that described the terms of the program. Plaintiff did not execute such a contract with Nexo.

1