**EXHIBIT D**

*John Cress v. Nexo Capital Inc.*, Case No. 3:23-cv-00882-TSH

INTERROGATORY NO. 2:

Describe the terms of the Liquidation Relief Program referenced **in Exhibit A.**

**First Amended Response:** The Liquidation Relief Program is a service that certain Nexo customers could use to recover his or her liquidated assets in the event of a market crash. If the customer decided to use the service, the customer would enter a written contract with Nexo, which were titled Liquidation Relief Agreements ("LRAs"). Plaintiff did not execute a LRA with Nexo. The terms of the LRAs executed by Nexo's U.S. customers are reflected in the LRAs produced as NEXO-0002719–NEXO-0002973. Nexo intends to produce additional LRAs executed by Nexo's U.S. customers in its forthcoming document production.

1