# Exhibit 1

# Exhibit 1

## EXHIBIT 1

*John Cress v. Nexo Capital Inc.*, Case No. 3:23-cv-00882-TSH

**INTERROGATORY NO. 2:**

Describe the terms of the Liquidation Relief Program referenced in **Exhibit A**.

**First Amended Response:** The Liquidation Relief Program is a service that certain Nexo customers could use to recover his or her liquidated assets in the event of a market crash. If the customer decided to use the service, the customer would enter a written contract with Nexo, which were titled Liquidation Relief Agreements ("LRAs"). Plaintiff did not execute a LRA with Nexo. The terms of the LRAs executed by Nexo's U.S. customers are reflected in the LRAs produced as NEXO-0002719–NEXO-0002973. Nexo intends to produce additional LRAs executed by Nexo's U.S. customers in its forthcoming document production.

**INTERROGATORY NO. 3:**

In the table below or in a similar table, please identify the following information regarding each sale of NEXO made by You:

    a.  The date and time of the sale;

    b.  The quantity of NEXO sold;

    c.  The sale price;

    d.  The place where the transaction was authorized;

    e.  The order number of the sale (if any);

    f.  The exchange on which the sale occurred (if any);

    g.  The counterparty (if known); and

    h.  (By Bates number) the contract pursuant to which the NEXO was sold (if any)

| Date & Time of Sale | Quantity of NEXO | Sale Price (USD) | Place where Transaction Authorized | Order Number | Exchange | Counterparty | Bates No. of Relevant Contract |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**First Amended Response:** Nexo objects to this Interrogatory as compound and consisting of at least eight subparts for an undefined number of transactions. Nexo further objects to the term "place where transaction was authorized" as vague and ambiguous. Nexo further objects to this Interrogatory because it seeks information regarding non-U.S. sales of the NEXO Token, which are irrelevant, overbroad, unduly burdensome, and not proportional to the needs of the case. The Court has ruled that only sales of the NEXO Token in the United States are discoverable. Dkt. No. 63. The following chart reflects Nexo's direct sales of the NEXO Token to customers in the United States. The Close Date is in DD/MM/YYYY format.

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Account Name | Close Date | NEXO in USD | NEXO Quantity | NEXO Sell Price |
| 2 | A.R. | 01/06/2021 | 462,000.00 | 200,000.00 | 2.31 |
| 3 | A.R. | 02/12/2021 | 1,350,187.28 | 456,144.35 | 2.96 |
| 4 | A.R. | 05/01/2021 | 1,035,074.53 | 1,505,344.00 | 0.69 |

[Nexo pastes an image of a screenshot of a spreadsheet with columns A-E listed above and 127 rows of transactions. The counterparties listed in the "Account name" column are all redacted as initials, *e.g.*, A.R, B.C., B.E… Only the first few rows of the 127 transactions are included in this Exhibit 1.]

## INTERROGATORY NO. 5:

For each year from 2018 to the present, please state the percentage of Your total revenue that comes from (a) sales of NEXO and (b) liquidation of borrowing customers.

**First Amended Response:** Nexo objects to this Interrogatory as compound and consisting of at least two subparts for seven accounting periods. Nexo further objects to this Interrogatory as over broad and unduly burdensome because it purports to require the specialized calculation of nonstandard accounting metrics that are not tracked by Nexo in the normal course of business, and that are based on data that is difficult to collect. Nexo further objects to this Interrogatory because it seeks information regarding non-U.S. sales of the NEXO Token, which are irrelevant, overbroad, unduly burdensome, and not proportional

2

to the needs of the case. The Court has ruled that only sales of the NEXO Token in the United States are discoverable. Dkt. No. 63. As such, Nexo objects to providing the percentage of total revenue for each year from 2018 to the present, which would include revenue from non-U.S. sales. Subject to and without waiving the foregoing objections, Nexo responds as follows: The percentage of total global revenue of Nexo Capital Inc. that came from direct sales of the NEXO Token to U.S. customers was 2.05% for the time period reflected in the chart contained in Interrogatory No. 3. The revenue generated from liquidation fees globally represents 1.48% of total global revenue of Nexo Capital Inc. for the time period reflected in the chart contained in Interrogatory No. 3. Nexo does not view liquidation as a revenue-generating activity, however, because liquidations reduce Nexo's inventory of credit lines and eliminate the interest income that those credit lines generate for Nexo.