UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEXO CAPITAL INC.,<br><br>　　　　Defendant. | Case No. 23-cv-00882-TSH<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 72 |

The parties have a dispute concerning Plaintiff's requests for admissions 102-104 and 107-119. Nexo has limited its responses in two ways. First, it has excluded non-U.S. sales. Second, it has limited its responses to direct sales, excluding exchange transactions. Plaintiff challenges both limitations. Largely for the reasons discussed in ECF No. 63, the Court **SUSTAINS** Nexo's objection to including sales outside the United States. However, the Court **OVERRULES** Nexo's objection to including exchange transactions.

**IT IS SO ORDERED.**

Dated: July 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge