# Exhibit 1

# Exhibit 1

## EXHIBIT 1

*John Cress v. Nexo Capital Inc.*, Case No. 3:23-cv-00882-TSH

**INTERROGATORY NO. 5:**

For each year from 2018 to the present, please state the percentage of Your total revenue that comes from (a) sales of NEXO and (b) liquidation of borrowing customers.

**Second Amended Response:** Nexo objects to this Interrogatory as compound and consisting of at least two subparts for seven accounting periods. Nexo further objects to this Interrogatory as over broad and unduly burdensome because it purports to require the specialized calculation of non-standard accounting metrics that are not tracked by Nexo in the normal course of business, and that are based on data that is difficult to collect. Nexo further objects to this Interrogatory because it seeks information regarding non-U.S. sales of the NEXO Token, which are irrelevant, overbroad, unduly burdensome, and not proportional to the needs of the case. The Court has ruled that only sales of the NEXO Token in the United States are discoverable. Dkt. No. 63. As such, Nexo objects to providing the percentage of total revenue for each year from 2018 to the present, which would include revenue from non-U.S. sales.

Subject to and without waiving the foregoing objections, Nexo responds as follows: The percentage of total global revenue of Nexo Capital Inc. that came from worldwide sales of the NEXO Token was ▮▮▮▮ for the time period reflected in the chart contained in Interrogatory No. 3.

The revenue generated from liquidation fees globally represents ▮▮▮▮ of total global revenue of Nexo Capital Inc. for the time period reflected in the chart contained in Interrogatory No. 3. Nexo does not view liquidation as a revenue-generating activity, however, because liquidations reduce Nexo's inventory of credit lines and eliminate the interest income that those credit lines generate for Nexo.

1

**<u>INTERROGATORY NO. 12:</u>**

Identify all Cryptocurrency Exchanges on which You sold the NEXO token, including approximate amounts, date first sold, and date last sold.

**<u>Response:</u>** Nexo objects to this interrogatory as irrelevant and beyond the scope of discovery as ordered by the Court. The Court ordered that Nexo need not produce documents in response to RFP 34 ("All documents and communications concerning the listing of NEXO on any Cryptocurrency Exchange, including any consideration You offered or provided to any Cryptocurrency Exchange and any legal memoranda, letter, or opinion regarding whether NEXO is a security You provided to any Cryptocurrency Exchange."); RFP 41 ("All communications between you and Cryptocurrency Exchanges regarding NEXO"); and RFP 64 ("All documents and communications regarding Your sales of NEXO on Cryptocurrency Exchanges."). Based on these objections and the Court's order, Nexo will not answer this interrogatory.