James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimilie: 619-566-4341

*Counsel for Plaintiff John Cress*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN CRESS,<br><br>                    Plaintiff,<br><br>         v.<br><br>NEXO CAPITAL INC.<br><br>                    Defendant. | Case No. 3:23-cv-00882-TSH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Thomas. S. Hixson<br><br>Courtroom:   San Francisco Courthouse<br>                      Courtroom E – 15th Floor<br>                      450 Golden Gate Avenue<br>                      San Francisco, CA 94102 |

Pursuant to Civil Local Rule 79-5(f), Plaintiff John Cress respectfully asks the Court to consider whether the following materials, filed in relation to Plaintiff's Motion for Leave to Amend First Amended Complaint, should be sealed. These documents have been designated as confidential by Defendant Nexo Capital Inc. Pursuant to Civil Local Rule 79-5(f), Defendant, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

| Document | Party Designating Confidentiality | Portions to Be Filed Under Seal | Basis for Sealing |
|---|---|---|---|
| Exhibit 2 to the Taylor-Copeland Declaration (NEXO-0145948) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 3 to the Taylor-Copeland Declaration (NEXO-0214393) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 4 to the Taylor-Copeland Declaration (NEXO-0044831) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 5 to the Taylor-Copeland Declaration (NEXO-0003645) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 6 to the Taylor-Copeland Declaration (NEXO-0144320) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |

| Exhibit 7 to the Taylor-Copeland Declaration (NEXO-0017282) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
|---|---|---|---|
| Exhibit 8 to the Taylor-Copeland Declaration (NEXO-0003604) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 9 to the Taylor-Copeland Declaration (NEXO-0140611) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 10 to the Taylor-Copeland Declaration (NEXO-Entirety of the Document 0201307) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 11 to the Taylor-Copeland Declaration (NEXO-0226575) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 12 to the Taylor-Copeland Declaration (NEXO-0229107) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 13 to the Taylor-Copeland Declaration (NEXO-0137893) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |

| | | | |
|---|---|---|---|
| Exhibit 14 to the Taylor-Copeland Declaration (NEXO-0216131) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 15 to the Taylor-Copeland Declaration (NEXO-0175616) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 16 to the Taylor-Copeland Declaration (NEXO-0211144) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 17 to the Taylor-Copeland Declaration (NEXO-0215538) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |

Dated: September 30, 2025

Respectfully submitted,

/s/ *Max Ambrose*
James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimilie: 619-566-4341

*Counsel for Plaintiff John Cress*