James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimilie: 619-566-4341

*Counsel for Plaintiff John Cress*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CRESS,<br><br>    Plaintiff,<br><br>  v.<br><br>NEXO CAPITAL INC.<br><br>    Defendant. | Case No. 3:23-CV-00882-TSH<br><br>**DECLARATION OF JAMES TAYOR-COPELAND IN SUPPORT OF MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT**<br><br>Courtroom: San Francisco Courthouse<br>      Courtroom E – 15th Floor<br>      450 Golden Gate Avenue<br>      San Francisco, CA 94102 |

DECLARATION OF JAMES TAYLOR-COPELAND ISO MOTION FOR LEAVE TO AMEND

I, James Taylor-Copeland, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California, the principal at the law firm Taylor-Copeland Law, P.C., and counsel of record for Plaintiff John Cress. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2. I make this declaration in support of Plaintiff's Motion to Amend the First Amended Complaint.

3. Attached as Exhibit 1 is a redlined version of the proposed Second Amended Complaint, comparing the proposed amended pleading to the First Amended Complaint.

4. Attached as Exhibit 2 is a true and correct copy of a document produced in this matter at bates number NEXO-0145948. Nexo produced Exhibit 2 to Plaintiff on August 31, 2025.

5. Attached as Exhibit 3 is a true and correct copy of a document produced in this matter at bates number NEXO-0214393. Nexo produced Exhibit 3 to Plaintiff on August 31, 2025.

6. Attached as Exhibit 4 is a true and correct copy of a document produced in this matter at bates number NEXO-0044831. Nexo produced Exhibit 4 to Plaintiff on August 31, 2025.

7. Attached as Exhibit 5 is a true and correct copy of a document produced in this matter at bates number NEXO-0003645. Nexo produced Exhibit 5 to Plaintiff on March 19, 2025. Plaintiff obtained the certified translation of this document on September 29, 2025.

8. Attached as Exhibit 6 is a true and correct copy of a the relevant spreadsheet data from a document produced in this matter at bates number NEXO-0144320. Nexo produced Exhibit 6 to Plaintiff on August 31, 2025.

9. Attached as Exhibit 7 is a true and correct copy of the relevant spreadsheet data from a document produced in this matter at bates number NEXO-0017282. Nexo produced Exhibit 7 to Plaintiff on August 31, 2025

2

DECLARATION OF JAMES TAYLOR-COPELAND ISO MOTION FOR LEAVE TO AMEND
Case No. 3:23-CV-00882-TSH

10.    Attached as Exhibit 8 is a true and correct copy of a document produced in this matter at bates number NEXO-0003604. Nexo produced Exhibit 8 to Plaintiff on March 19, 2025. Plaintiff obtained the certified translation of this document on September 29, 2025.

11.    Attached as Exhibit 9 is a true and correct copy of a document produced in this matter at bates number NEXO-0140611. Nexo produced Exhibit 9 to Plaintiff on August 31, 2025.

12.    Attached as Exhibit 10 is a true and correct copy of the relevant spreadsheet data from a document produced in this matter at bates number NEXO-0201307. Nexo produced Exhibit 10 to Plaintiff on August 31, 2025.

13.    Attached as Exhibit 11 is a true and correct copy of a document produced in this matter at bates number NEXO-0226575. Nexo produced Exhibit 11 to Plaintiff on September 12, 2025.

14.    Attached as Exhibit 12 is a true and correct copy of a document produced in this matter at bates number NEXO-0229107. Nexo produced Exhibit 12 to Plaintiff on August 12, 2025.

15.    Attached as Exhibit 13 is a true and correct copy of a document produced in this matter at bates number NEXO-0137893. Nexo produced Exhibit 13 to Plaintiff on August 31, 2025.

16.    Attached as Exhibit 14 is a true and correct copy of a document produced in this matter at bates number NEXO-0216131. Nexo produced Exhibit 14 to Plaintiff on August 31, 2025.

17.    Attached as Exhibit 15 is a true and correct copy of a document produced in this matter at bates number NEXO-0175616. Nexo produced Exhibit 15 to Plaintiff on August 31, 2025.

18.    Attached as Exhibit 16 is a true and correct copy of produced in this matter at bates number NEXO-0211144. Nexo produced Exhibit 16 to Plaintiff on August 31, 2025.

19.    Attached as Exhibit 17 is a true and correct copy of a document produced in this matter at bates number NEXO-0215538. Nexo produced Exhibit 17 to Plaintiff on August 31, 2025.

20.    Plaintiff first served discovery requests, including requests for production of documents on Nexo on July 25, 2024. Nexo asked for, and was given a month extension to respond, and ultimately objected to 76 of Plaintiff's 78 Requests, forcing Plaintiff to file a Motion to Compel in December 2024.

3

21. Plaintiff informed Nexo of his intent to amend the FAC on September 22 and that he planned to file the instant motion on September 26 if Nexo was unwilling to stipulate to amendment. At Nexo's request, Plaintiff agreed to hold off on filing the motion to allow the parties additional time to meet and confer. On September 29, 2025, Nexo confirmed "that Nexo is not willing to stipulate to amendment," and that "we believe the parties are at impasse and don't think a call would be helpful."

22. Exhibits 2-17 have been designated as "Confidential" by Defendant Nexo Capital Inc under the Stipulated Protective Order (Dkt. 52).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September, 2025, at South Bend, Indiana.

/s/ *James Taylor-Copeland*
James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimilie: 619-566-4341

*Counsel for Plaintiff John Cress*

4

DECLARATION OF JAMES TAYLOR-COPELAND ISO MOTION FOR LEAVE TO AMEND
Case No. 3:23-CV-00882-TSH