Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ianshelton@bakermckenzie.com
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

*Attorneys for Defendant*
Nexo Capital, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>        Plaintiff,<br><br>    vs.<br><br>NEXO CAPITAL INC.,<br><br>        Defendant. | Case No. 3:23-cv-00882-TSH<br><br>The Hon. Thomas S. Hixson<br><br>**DECLARATION OF IAN S. SHELTON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (DKT. 76)**<br><br>Hearing Date:  November 6, 2025<br>Hearing Time:  10:00 a.m.<br><br>Courtroom:  E – 15th Floor<br>Address:     Federal Building<br>             450 Golden Gate Avenue<br>             San Francisco, CA 94102 |

DECLARATION OF IAN S. SHELTON

I, Ian S. Shelton, hereby declare as follows:

1.     I am a member in good standing of the Bar of the State of California and the Northern District of California, and I am counsel of record for Defendant Nexo Capital, Inc. ("Nexo"). I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2.     I submit this Declaration in support of Defendant's Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. 76) (the "Motion"). Cress's Proposed Second Amended Complaint ("Proposed SAC") is attached to the Motion as Dkt. 76-3.

3.     On March 19, 2025, Nexo produced 125 documents consisting of 555 pages.

4.     Two of the documents in Nexo's March 19, 2025 production are cited or quoted in Plaintiff's Motion and Proposed SAC—Exhibits 5 and 8. *See* Dkt. 76-7, Dkt. 76-10.

5.     On August 29, 2025, Nexo produced 45,990 documents consisting of 205,256 pages.

6.     Between March 19, 2025 and the filing of Plaintiff's Motion on September 30, 2025, Plaintiff served 163 requests for production, 217 requests for admission, and 3 interrogatories.

7.     The new claims in the Proposed SAC implicate a complicated and technical new area of discovery regarding Nexo's fees, profits, pricing, trading operations, systems, and crypto market mechanics, all of which would require an enormous volume of new discovery.

8.     In the unlikely event the Motion is granted, Nexo will require significant additional discovery regarding Cress's six new causes of action—for fraud, civil theft, RICO, RICO conspiracy, fraudulent omission, and breach of the Cryptocurrency Purchase Agreement ("CPA"). Nexo will also require significant additional discovery regarding Cress's four old causes of action that incorporate his new allegations regarding the fees charged by Nexo—for fraudulent inducement and violation of the UCL. Nexo will also need to retain an expert to analyze the technical aspects of the claims in the Proposed SAC.

9.     Attached as **Exhibit 1** is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0003341.

10.     Attached as **Exhibit 2** is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0003386.

-2-

DECLARATION OF IAN S. SHELTON

11.     Attached as **Exhibit 3** is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0003588.

12.     Attached as **Exhibit 4** is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0009045.

13.     Attached as **Exhibit 5** is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0010873.

14.     Attached as **Exhibit 6** is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0130190.

15.     Attached as **Exhibit 7** is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0000032.

16.     Attached as **Exhibit 8** is a true and accurate copy of a document produced in this matter by Plaintiff at Bates number CRESS-00000034. Because Cress has designated Exhibit 8 as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

17.     Attached as **Exhibit 9** is a true and accurate copy of a document produced in this matter by Plaintiff at Bates number CRESS-00000692. Because Cress has designated Exhibit 9 as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

18.     Attached as **Exhibit 10** is a true and accurate copy of a document produced in this matter by Plaintiff at Bates number CRESS-00012656. Because Cress has designated Exhibit 10 as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

19.     Attached as **Exhibit 11** is a true and accurate copy of a document produced in this matter by Plaintiff at Bates number CRESS-00013118. Because Cress has designated Exhibit 11 as confidential under the Protective Order, and has not approved its public filing as of the date of this

DECLARATION OF IAN S. SHELTON

declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

This declaration was executed on October 14, 2025 in Austin, Texas.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Ian S. Shelton
Ian S. Shelton

-4-
DECLARATION OF IAN S. SHELTON