# EXHIBIT 1

Message

| | |
|---|---|
| **From**: | Hristiyan Hristov [hristiyan@nexo.io] |
| **Sent**: | 25/03/2021 19:32:41 |
| **To**: | John Cress [jtc88@hotmail.com] |
| **Subject**: | Re: Selling BTC later to repay loan |

Hello John,

Yes, I confirm that you will be able to sell the BTC through the OTC desk or Nexo's exchange in case it is outside of the OTC working hours.

When would you like to start the execution?

.

On Thu, Mar 25, 2021 at 8:54 PM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

Can you confirm that I will be able to work through you and access the OTC desk for a fast execution if I want to sell 100 BTC later this year to lock in a profit and pay back the loan?   If the market is very high and I need to sell, I just want to be assured of a smooth process.   I don't want to try to withdraw back to Coinbase Pro at a very busy time if I can just sell through the Nexo OTC desk with the same fees.

John

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13





**Banking on Crypto**
nexo.io

CONFIDENTIAL