# EXHIBIT 3

**From:**           Hristiyan Hristov <hristiyan@nexo.io>

**Sent:**           Mon 05/07/2021 7:37:29 AM (UTC)

**To:**           John Cress <jtc88@hotmail.com>

**Subject:**       Re: Nexo token sale

Hello John,

I have some good news. The team has purchased the following assets:

1,041,157 NEXO Tokens @ $1.5352

The assets have already been deposited in your account.

FYI, I am currently on holiday but the rest of the team members will be happy to help you in a need.

Wishing you a great week ahead.

.

On Sun, Jul 4, 2021 at 5:04 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:

> Hello John,
>
> As I mentioned, I will do my best to do the best possible price for you. Since we are not a market maker for NEXO, the Nexo OTC does not directly participate in trades.
>
> I will keep you updated.
>
> Thank you.
>
> .
>
> On Sun, Jul 4, 2021 at 3:58 PM John Cress <jtc88@hotmail.com> wrote:
>
> > OK, I confirm the terms of the 1% execution fee and the same price as the sell price.  I have just sent the withdrawal.  Thank you!
> >
> > John

**From:** hristiyan@nexo.io <hristiyan@nexo.io>
**Sent:** Saturday, July 3, 2021 11:44 PM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Nexo token sale

Hello John,
I will do my best to arrange a price as close to the sell price but we have to execute the deal asap.

In terms of the fee, we have not charged you anything on our side, only passing the cost of execution.

CONFIDENTIAL         NEXO-0003588

Taking into consideration all the work we have done together, I have managed to arrange an exclusive terms for you. Nexo will subsidies half of the execution cost and the buy order will cost you ~1% instead of 1.9%.

Please confirm the terms with me and send the USDT to the OTC Vault.

Thank you.

Sent from my iPhone

On 4 Jul 2021, at 1:57, John Cress <jtc88@hotmail.com> wrote:

Hristiyan, let's maybe talk on the phone about whatever you can do to pull for me and help me. I'm a horrible wreck and I hope we can work together on a solution together.   I'm not trying to be difficult, but I would love your support at this difficult time  🙏
John

On Jul 3, 2021, at 12:09 PM, John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

As per the terms of our agreement, we would sell the Nexo tokens and buy them back at the same price with a "total" execution fee of 2.7%.   It was stated and confirmed that the total fee will be 2.7%.

I've lost a massive amount of money and the majority of everything I have and I am trying to work with Nexo to preserve my last money in any way we can. Please confirm that we can execute the buy back order at the same price per token as the sell order and with 0% execution fee for the buy back as per terms of our agreement prior to any transaction.

John

**From:** hristiyan@nexo.io <hristiyan@nexo.io>
**Sent:** Saturday, July 3, 2021 10:49 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Nexo token sale

John,

Did you send the transaction?

                                                  NEXO-0003589

Sent from my iPhone

On 3 Jul 2021, at 9:16, Hristiyan Hristov <hristiyan@nexo.io> wrote:

John,

The orders are very big and 2.7% was the fee for the sell order as we agreed.

I will do my best to get the best possible execution price for the purchase. I strongly believe we will not exceed 1.9%.

Thank you for your understanding.

.

On Sat, Jul 3, 2021 at 9:13 AM John Cress <jtc88@hotmail.com> wrote:

Yes, as we confirmed - 2.7% execution fee will be the total fee all the way around, including price slippage

On Jul 2, 2021, at 11:09 PM, Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

I hope you are doing well.

Please send the USDT to Nexo's OTC Vault so we can execute the second part of the trade - 0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7

The trade will be conducted with the same terms.

Thank you.

.

On Wed, Jun 30, 2021 at 9:41 PM John Cress <jtc88@hotmail.com> wrote:

I've made the withdrawal

**From:** hristiyan@nexo.io <hristiyan@nexo.io>

CONFIDENTIAL

NEXO-0003590

**Sent:** Wednesday, June 30, 2021 9:25 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Nexo token sale

Yes.
This will be the total cost for the sell execution.

Please proceed with the withdrawal.

Let me know once you initiate it.

Sent from my iPhone

> On 30 Jun 2021, at 18:16, John Cress <jtc88@hotmail.com> wrote:
>
>
> Ok, someone told me to ask if the 2.7% execution fee will be the total fee all the way around, including price slippage etc. Can you confirm?  Thanks
>
> John

---

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Wednesday, June 30, 2021 12:35 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Nexo token sale

John,

If you are awake, would you be able to send the NEXO Tokens to Nexo's OTC address -
 0x741336ca065105e2ce1a66405a8ebd612f470287

Thank you.
.

On Wed, Jun 30, 2021 at 8:28 AM John Cress <jtc88@hotmail.com> wrote:

 I confirm
 John

   On Jun 29, 2021, at 10:27

NEXO-0003591

PM, Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

I am waiting on your confirmation to send the order for execution.

Thank you.

.

On Wed, Jun 30, 2021 at 7:27 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Noted.

In order to facilitate the OTC deal, the NEXO Tokens will be deducted from your account through a custom fee transaction.

The deal will be subject to a 2.7% execution cost.

Please provide me with a written confirmation that you agree with the terms.

Thank you.

.

On Wed, Jun 30, 2021 at 6:50 AM John Cress <jtc88@hotmail.com> wrote:

Hristiyan

I would like to sell all my Nexo tokens, which are currently 1,113,292.4514 0883 tokens but that may change daily with interest, but I would like to sell the all the tokens using the OTC desk if

sufficient liquidity can be
coordinated.  Thank you,

John

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

CONFIDENTIAL

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

Banking on Crypto
nexo.io


--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

Banking on Crypto
nexo.io

CONFIDENTIAL

NEXO-0003594