# EXHIBIT 4

Back    American English

## Loan Repayment

Feb 1, 2021, 11:46:33 AM

You can make loan repayments at any time and using any amount in fiat. For crypto, please click here. Currently, you can repay your loan partially or in full using the following currencies:

- Fiat: USD, Euro, GBP (Advanced Verification required)

- Stablecoins: USDT, USDC, TUSD, PAX, DAI, HUSD

- Crypto: BTC, ETH, LTC, XLM, BNB, BCH, EOS, LINK, TRX, and NEXO (currently only the interest can be repaid with NEXO). The transaction is performed through API on some of the major exchanges (i.e. Bitstamp, Kraken, etc.) without any additional fees besides the exchange's fees.

- any combination of Fiat and Crypto

In order to start the repayment process please login to your Nexo account and click on the "Repay loan" button as seen on the screenshot below.

Screenshot_2019-10-17_at_16.33.28.png

and then choose one of the available options:

repayment_options.png

**Please note** that if you repay a loan within 30 days of the last withdrawal, you will be charged interest at the standard APR of 11.9% for the remainder of the 30 days regardless of your current loyalty level. This is in order to prevent improper use of the Nexo Platform and to safeguard Nexo as a company, but more importantly, our clients and investors.

mceclip0.png

**Example:**

If you are repaying a loan 20 days after you took it, you will be charged the additional interest for the remaining 10 days out of the 30-day period (30 - 20 = 10) at 11.9%.



Confidential