# EXHIBIT 5

Back | American English

# What is the minimum amount of crypto I can withdraw?

Mar 17, 2021, 10:32:27 PM

The minimum amount of crypto assets you can withdraw is:

image.png

<u>Kindly note</u> that additional top-up may be required in case your current crypto balance is below the respective minimum withdrawal limit.

Depending on your Loyalty tier, you will receive between 1 and 5 monthly crypto withdrawals completely free of charge.

Under our #ZeroFees policy, you can make unlimited free-of-charge fiat withdrawals, crypto and fiat transfers into your Nexo Wallet, and credit line withdrawals. Nexo does not charge any credit line origination, forex, and exchange fees.

