# EXHIBIT 6

Message

| | |
|---|---|
| **From**: | Nexo Community [community@nexo.io] |
| **Sent**: | 19/01/2023 22:11:35 |
| **To**: | lyubcho@nexo.io |
| **Subject**: | [Internal]: Nexo Reaches Landmark Resolution with U.S. Regulators |

Nexo Email

.



# Nexo's Landmark Resolution in the U.S.



Dear Lyubcho,

We are pleased to announce that Nexo has reached a landmark resolution with the U.S. Securities and Exchange Commission (SEC), the North American Securities Administrators Association (NASAA), consisting of all 50 U.S. States and three territories, the Attorney General of New York, the Texas Department of Banking, the

Washington Consumers Services Division and the Alaska Division of Banking and Securities.

Important characteristics of the settlement with U.S. Federal regulators include:

- The settlements are on a no-admit-no-deny basis.

- The sole allegation has been that Nexo's Earn Interest Product (EIP) was an unregistered securities offering.

- This closes all multi-year-long inquiries into Nexo, looking at various aspects of the business, following the company's voluntary decision to stop offering its EIP in the U.S., Nexo's proactive exit from the U.S. market in an orderly fashion, and an agreement to pay a monetary penalty, payable over a 12-month period

- The U.S. Federal Regulators **do not contend that Nexo engaged in any fraud, or misleading business practices**, or that any Nexo customers have been harmed or misled about Nexo's financial health.



We are content with this unified resolution which unequivocally puts an end to all speculations around Nexo's relations to the United States. We can now focus on what we do best - build seamless financial solutions for our worldwide audience.

We thank the commissioners involved for their time, effort, and dedication in doing what they believe is in their constituents' best interests and in line with the American values of transparency, financial freedom, and adherence to the highest professional and legal standards that have built this great nation and which Nexo deeply relates to. We are grateful to our legal advisors at Schulte Roth and Zabel LLP for facilitating a most constructive dialog with the U.S. federal and state regulators, as well as the New York Attorney General's Office, which helped us secure this most favorable of outcomes.



**Antoni Trenchev**
Co-founder of Nexo

It is Nexo's belief that the company has been recognized for what it truly is - a pioneer, like Uber and Airbnb, providing disruptive solutions in a fast-paced environment. As

innovators do not quite fit into existing provisions, constructive dialogue for the enhancement of the prevailing regulatory frameworks is of paramount importance.

 We are confident that a clearer regulatory landscape will emerge soon, and companies like Nexo will be able to offer value-creating products in the United States in a compliant manner, and the U.S. will further solidify its position as the world's engine of innovation.


**Kosta Kantchev**
Co-founder of Nexo

Nexo cooperated fully with the U.S. government's inquiries since day one. These resolutions are the pinnacle of almost two years of work and clearly show that Nexo is not a problem but part of the solution.

It is also an extension of Nexo's philosophy of building a robust and sustainable business model, which has stood the test of time and is part of its devotion and unwavering commitment to uphold the highest standards in terms of complying with its regulatory and KYC/AML/CTF obligations, protecting clients and investors, and ensuring financial stability and growth of its operations and the industry as a whole.

Thank you for being on this journey and for growing with us.

Yours humbly,
The Nexo Team



[Read on Nexo.io](https://nexo.io)

Buy Crypto • Earn Interest • Borrow Cash & Stablecoins        

 on Trustpilot        

CONFIDENTIAL                                                                                                                  NEXO-0130192

 ISO 27001:2013 Security Compliant     Licensed & Regulated Digital Assets Institution     Assets Audited by Armanino

This email is not financial advice and any investment decision you make is solely your responsibility. Nexo accepts no liability for consequences of any actions taken on the basis of the information provided, including for any damages suffered by the recipient.

Digital Assets are not money or legal tender, are not backed by the government or by a central bank, and most do not have any underlying assets, revenue stream, or another source of value. Nexo Accounts are not subject to any governmental insurance protection (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

If you no longer wish to receive marketing communication from us, including product updates, industry news and exclusive promotions, click here.

© 2023 Nexo