## EXHIBIT 1

*John Cress v. Nexo Capital Inc.*, Case No. 3:23-cv-00882-TSH

| # | RFP Text | Nexo's May 30 or Aug. 1 Response | Nexo's Final Proposed Compromise | Plaintiff's Proposed Compromise |
|---|---|---|---|---|
| 112 | All Documents and Communications Concerning Your sale of NEXO tokens to US purchasers. | Response: Nexo objects to this request as overbroad, unduly burdensome, not reasonably tailored to the discovery of relevant or admissible information, and not proportional to the needs of the case. Nexo further objects to this request because it is not limited in time or scope. Nexo objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject to and without waiving the foregoing objection, the Court ordered Nexo to "produce documents or information sufficient to show direct sales of the NEXO Token in the United States." ECF 69 at 1; ECF | Nexo has already produced responsive documents using the agreed search terms applied to the agreed custodians.<br><br>For those US customers who directly purchased Nexo Tokens from Nexo, and who are identified in Nexo's interrogatory response, Nexo additionally proposes to produce documents sufficient to show the Nexo Token transactions associated with those customers. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

| | | | | |
|---|---|---|---|---|
| | | 66-1 at 5. Nexo will comply with the Court's order and no further documents will be produced in response to this Request. | | |
| 113 | All Documents and Communications Concerning Your offering of NEXO tokens to US purchasers. | **Response:** Nexo objects to this request as overbroad, unduly burdensome, not reasonably tailored to the discovery of relevant or admissible information, and not proportional to the needs of the case. Nexo further objects to this request because it is not limited in time or scope. Nexo objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject to and without waiving the foregoing objection, the Court ordered Nexo to "produce documents or information sufficient to show direct sales of the NEXO Token in the | Nexo has already produced responsive documents using the agreed search terms applied to the agreed custodians.<br><br>For those US customers who directly purchased Nexo Tokens from Nexo, and who are identified in Nexo's interrogatory response, Nexo additionally proposes to produce documents sufficient to show the Nexo Token transactions associated with those customers. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

| | | | | |
|---|---|---|---|---|
| | | United States." ECF 69 at 1; ECF 66-1 at 5. Nexo will comply with the Court's order and no further documents will be produced in response to this Request. | | |
| 176 | All Documents and Communications Concerning Your understanding of where Cryptocurrency Exchanges are located. | **Response:** Nexo objects to this request because it is not limited in time or scope, is not proportional to the needs of the case, and seeks information irrelevant to Plaintiff's claims. Nexo further objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject to and without waiving the foregoing objections, the Court ordered that Nexo was not required to produce "[a]ll documents and communications concerning the listing of NEXO on any Cryptocurrency Exchange." ECF 69 | Nexo stands on its objections – overbroad, unduly burdensome, and not proportional. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

| | | at 1; ECF 66-1 at 5. The Court further ordered that Nexo was not required to produce "[a]ll communications between you and Cryptocurrency Exchanges regarding NEXO." ECF 69 at 1; ECF 66-1 at 7. Based on the Court's order, Nexo will not produce documents in response to this request. | | |
|---|---|---|---|---|
| 177 | All Documents and Communications Concerning Your understanding of where Cryptocurrency Exchanges' customers are located. | **Response:** Nexo objects to this request because it is not limited in time or scope, is not proportional to the needs of the case, and seeks information irrelevant to Plaintiff's claims. Nexo further objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject to and without waiving the foregoing objections, the Court ordered that Nexo produce "documents or | Nexo stands on its objections – overbroad, unduly burdensome, and not proportional. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

| | | | | |
|---|---|---|---|---|
| | | information sufficient to show direct sales of the NEXO Token in the United States." ECF 69 at 1; ECF 66-1 at 5, 12. The Court rejected Plaintiff's requests for further information regarding sales of the NEXO Token. *See* ECF 69 at 1; ECF 66-1 at 5 (RFP 33), 7 (RFP 42), 12 (RFP 64-65). Nexo will comply with the Court's order and no further documents will be produced in response to this Request. | | |
| 178 | Documents sufficient to show all Cryptocurrency Exchanges that NEXO Tokens have been listed on. | **Response:** Nexo objects to this request because it is not limited in time or scope, is not proportional to the needs of the case, and seeks information irrelevant to Plaintiff's claims. Nexo further objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject | Nexo stands on its objections – overbroad, unduly burdensome, and not proportional. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

| | | to and without waiving the foregoing objections, the Court ordered that Nexo produce "documents or information sufficient to show direct sales of the NEXO Token in the United States." ECF 69 at 1; ECF 66-1 at 5, 12. The Court rejected Plaintiff's requests for further information regarding sales of the NEXO Token. *See* ECF 69 at 1; ECF 66-1 at 5 (RFP 33), 7 (RFP 42), 12 (RFP 64-65). Nexo will comply with the Court's order and no further documents will be produced in response to this Request. | | |
| --- | --- | --- | --- | --- |
| 184 | All Documents and Communications Concerning all Liquidation Relief Agreements identified by You in NEXO-0002719 to NEXO-0002981. | **Response:** Nexo objects to this request as overbroad, unduly burdensome, not reasonably tailored to the discovery of relevant or admissible information, and not proportional to the needs of the case. Nexo further objects to this request because it is | Nexo has already produced LRAs executed by its U.S. customers. Nexo has already produced responsive documents using the agreed search terms applied to the agreed custodians. Nexo objects to production beyond that scope as overbroad, unduly | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the |

| | | not limited in time or scope. Nexo further objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject to and without waiving the foregoing objections, the Court ordered that Nexo need not produce "[a]ll documents and communications regarding Nexo's Liquidation relief program." ECF 69 at 1; ECF 66-1 at 2. Further, the Court limited Nexo's production of "[a]ll documents and communications regarding any reimbursement or compensation You have provided to customers in connection with the liquidation of their digital assets" to the Custodians. ECF 69 at 1; ECF 66-1 at 2. Nexo will produce responsive documents from the Custodians using reasonable search terms, limited to | burdensome, and not proportional. | Court in ECF No. 65. |

| | | | | |
|---|---|---|---|---|
| | | LRAs executed by U.S. customers. | | |
| 185 | All Documents and Communications Concerning all Liquidation Relief Agreements provided to Your customers. | **Response:** Nexo objects to this request as overbroad, unduly burdensome, not reasonably tailored to the discovery of relevant or admissible information, and not proportional to the needs of the case. Nexo further objects to this request because it is not limited in time or scope. Nexo further objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject to and without waiving the foregoing objections, the Court ordered that Nexo need not produce "[a]ll documents and communications regarding Nexo's Liquidation relief program." ECF 69 at 1; ECF 66-1 at 2. Further, the Court limited Nexo's production of "[a]ll documents and | Nexo stands on its objections – overbroad, unduly burdensome, and not proportional. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

| | | | | |
|---|---|---|---|---|
| | | communications regarding any reimbursement or compensation You have provided to customers in connection with the liquidation of their digital assets" to the Custodians. ECF 69 at 1; ECF 66-1 at 2. Nexo will produce responsive documents from the Custodians using reasonable search terms, limited to LRAs executed by U.S. customers. | | |
| 186 | All Documents and Communications Concerning Your transfer of assets pursuant to Your Liquidation Relief Program and/or Liquidation Relief Agreements. | **Response:** Nexo objects to this request as overbroad, unduly burdensome, not reasonably tailored to the discovery of relevant or admissible information, and not proportional to the needs of the case. Nexo further objects to this request because it is not limited in time or scope. Nexo further objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject | Nexo stands on its objections – overbroad, unduly burdensome, and not proportional. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

| | | | | |
|---|---|---|---|---|
| | | to and without waiving the foregoing objections, the Court ordered that Nexo need not produce "[a]ll documents and communications regarding Nexo's Liquidation relief program." ECF 69 at 1; ECF 66-1 at 2. Further, the Court limited Nexo's production of "[a]ll documents and communications regarding any reimbursement or compensation You have provided to customers in connection with the liquidation of their digital assets" to the Custodians. ECF 69 at 1; ECF 66-1 at 2. Nexo will produce responsive documents from the Custodians using reasonable search terms, limited to LRAs executed by U.S. customers. | | |
| 192 | All Documents and Communications Concerning Your policies, procedures, and practices Concerning how customers could buy or sell NEXO Tokens | **Response:** Nexo objects to this request because it is not limited in time or scope, is not proportional to the needs of the case, and seeks information irrelevant to | Nexo stands on its objections – overbroad, unduly burdensome, and not proportional. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the |

| | using Cryptocurrency Exchange Changelly. | Plaintiff's claims. Nexo further objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject to and without waiving the foregoing objections, the Court ordered that Nexo was not required to produce "[a]ll documents and communications regarding Your sales of NEXO on Cryptocurrency Exchanges." ECF 69 at 1; ECF 66-1 at 12. The Court also ordered that Nexo was not required to produce "[a]ll documents and communications concerning the listing of NEXO on any Cryptocurrency Exchange." ECF 69 at 1; ECF 66-1 at 5. The Court further ordered that Nexo was not required to produce "[a]ll communications between you and Cryptocurrency | | 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

| | | | | |
|---|---|---|---|---|
| | | Exchanges regarding NEXO." ECF 69 at 1; ECF 66-1 at 7. Nexo will comply with the Court's order and no further documents will be produced in response to this Request. | | |
| 201 | Documents sufficient to identify the domicile of the counterparty for any sale of NEXO tokens You made. | **Response:** Nexo objects to this request as overbroad, unduly burdensome, not reasonably tailored to the discovery of relevant or admissible information, and not proportional to the needs of the case. Nexo further objects to this request because it is not limited in time or scope. Nexo further objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject to and without waiving the foregoing objections, Nexo objects to this request because it is not limited in time or scope, is not | Nexo stands on its objections – overbroad, unduly burdensome, and not proportional. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

| | | proportional to the needs of the case, and seeks information irrelevant to Plaintiff's claims. Nexo further objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject to and without waiving the foregoing objections, the Court ordered that Nexo produce "documents or information sufficient to show direct sales of the NEXO Token in the United States." ECF 69 at 1; ECF 66-1 at 5, 12. The Court rejected Plaintiff's requests for further information regarding sales of the NEXO Token. *See* ECF 69 at 1; ECF 66-1 at 5 (RFP 33), 7 (RFP 42), 12 (RFP 64-65). Nexo will comply with the Court's order and no further documents will be produced in | | |
|---|---|---|---|---|

| | | response to this Request. | | |
|---|---|---|---|---|
| 202 | Documents sufficient to identify the Cryptocurrency Exchange, if any, for any sale of NEXO tokens You made. | **Response:** Nexo objects to this request as overbroad, unduly burdensome, not reasonably tailored to the discovery of relevant or admissible information, and not proportional to the needs of the case. Nexo further objects to this request because it is not limited in time or scope. Nexo further objects to this request because it is overly broad and seeks information irrelevant to Plaintiff's claims. Nexo further objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject to and without waiving the foregoing objections, the Court ordered that Nexo was not required to produce "[a]ll documents and | Nexo stands on its objections – overbroad, unduly burdensome, and not proportional. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

| | | | | |
|---|---|---|---|---|
| | | communications concerning the listing of NEXO on any Cryptocurrency Exchange." ECF 69 at 1; ECF 66-1 at 5. The Court further ordered that Nexo was not required to produce "[a]ll communications between you and Cryptocurrency Exchanges regarding NEXO." ECF 69 at 1; ECF 66-1 at 7. Nexo has already agreed, and the Court ordered, to produce "documents or information sufficient to show direct sales of the NEXO Token in the United States." ECF 69 at 1; ECF 66-1 at 5, 12. Nexo will comply with the Court's order and no further documents will be produced in response to this Request. | | |
| 203 | Documents sufficient to identify the Cryptocurrency Exchange, if any, for any provision of liquidity for NEXO tokens, including swaps of NEXO or other tokens, e.g., | **Response:** Nexo objects to this request as "any provision of liquidity for NEXO tokens" is vague and ambiguous. Nexo further objects to this | Nexo stands on its objections – overbroad, unduly burdensome, and not proportional. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF |

| | ETH, UNI-V2, UNI-V3, UNI-V4. | request as overbroad, unduly burdensome, not reasonably tailored to the discovery of relevant or admissible information, and not proportional to the needs of the case. Nexo further objects to this request because it is not limited in time or scope. Nexo further objects that this request is duplicative of other requests in Plaintiff's Third Set of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject to and without waiving the foregoing objections, the Court ordered that Nexo was not required to produce "[a]ll documents and communications concerning the listing of NEXO on any Cryptocurrency Exchange." ECF 69 at 1; ECF 66-1 at 5. The Court further ordered that Nexo was not required to produce "[a]ll communications between you and | | No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | Cryptocurrency Exchanges regarding NEXO." ECF 69 at 1; ECF 66-1 at 7. Nor must Nexo produce "[d]ocuments sufficient to identify each NEXO transaction You entered into during the Relevant time period." ECF 69 at 1; ECF 66-1 at 5. Nexo will comply with the Court's order and no further documents will be produced in response to this Request. | | |
| 219 | Documents and Communications sufficient to show the type and amount of assets recovered by Your customers in the Liquidation Relief Program. | **Response:** Nexo objects to this request as overbroad, unduly burdensome, not reasonably tailored to the discovery of relevant or admissible information, and not proportional to the needs of the case. Nexo further objects to this request because it is not limited in time or scope. Nexo further objects that this request is duplicative of other requests in Plaintiff's Third Set | Nexo stands on its objections – overbroad, unduly burdensome, and not proportional. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

17

| | | of Requests for Production and to Plaintiff's previous sets of Requests for Production. Subject to and without waiving the foregoing objections, the Court ordered that Nexo need not produce "[a]ll documents and communications regarding Nexo's Liquidation relief program." ECF 69 at 1; ECF 66-1 at 2. Further, the Court limited Nexo's production of "[a]ll documents and communications regarding any reimbursement or compensation You have provided to customers in connection with the liquidation of their digital assets" to the Custodians. ECF 69 at 1; ECF 66-1 at 2. Nexo will produce responsive documents from the Custodians using reasonable search terms, limited to LRAs executed by U.S. customers. | | |
|---|---|---|---|---|
| 230 | Documents sufficient to show the code for Your automatic | **Response:** Nexo objects to this request as | Nexo will not produce source code. Nexo will produce | Plaintiff has agreed to limit the scope of this |

| | | | |
|---|---|---|---|
| | liquidation practices at all times in 2021, including Your EXCHANGER described in NEXO-0003657 and NEXO-0003658. | irrelevant, overbroad, unduly burdensome and harassing, and not proportional to the needs of the case. Nexo objects to this request as calling for the unnecessary production of highly sensitive, proprietary, trade secret and confidential information that is not relevant to the case, and not proportional to the needs of the case. Nexo objects to this request as calling for production of code "at all times in 2021," when the liquidations at issue occurred in May and June 2021. Based on these objections, Nexo will not produce documents in response to this request. | documents sufficient to substantiate Nexo's response to Interrogatory No. 7 regarding how LTV was calculated in 2021. | Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |
| 238 | All Documents and Communications Concerning how You calculated LTV for Your customers in 2021, including Your Methodologies, Systems and Applications, Data and Sources Relied Upon, and Processes | **Response:** Nexo objects to this request as irrelevant, overbroad, unduly burdensome and harassing, and not proportional to the needs of the case. Nexo objects to this request as harassing | Nexo will not produce source code. Nexo will produce documents sufficient to substantiate Nexo's response to Interrogatory No. 7 regarding how LTV was calculated in 2021. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial |

| | | | |
|---|---|---|---|
| described in Your response to Plaintiff's Interrogatory No. 7. | and duplicative of other requests in Plaintiff's sets of Requests for Production. In response to RFP 30, Nexo agreed to "produce documents sufficient to show its policy regarding the LTV threshold for liquidation of customer assets." Further, in response to RFP 210, Nexo agreed to "produce responsive documents sufficient to show policies, procedures, and practices concerning customer LTV, limited to the Custodians and reasonable search terms." Nexo will comply with the agreements and no further documents will be produced in response to this request. | | sources agreed by the parties or ordered by the Court in ECF No. 65. |
| 239 | All Documents and Communications Concerning any complaints made about Your Liquidation Relief Program between January 1, 2020 and December 31, 2022. | **Response:** Nexo objects to this request as irrelevant, overbroad, unduly burdensome and harassing, and not proportional to the needs of the case. | Nexo has already produced responsive documents using the agreed search terms applied to the agreed custodians. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF |

| | | | | |
|---|---|---|---|---|
| | | Nexo objects to this request as harassing and duplicative of other requests in Plaintiff's sets of Requests for Production. The Court ordered Nexo to produce "All documents and communications regarding any reimbursement or compensation You have provided to customers in connection with the liquidation of their digital assets" in response to Plaintiff's RFP 7. However, the Court rejected Plaintiff's request in RFP 6 for Nexo to produce "All documents and communications regarding Nexo's Liquidation relief program, including all communications with customers regarding the Liquidation relief program or requests for reimbursement referencing or relating to the Liquidation relief program"—instead ordering Nexo to produce only "all communications with Cress regarding the LRP." Subject to and | | No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

| | | | | |
|---|---|---|---|---|
| | | without waiving the foregoing objections, Nexo will produce responsive documents from the Custodians using the parties' agreed search terms. | | |
| 247 | Documents sufficient to show each Cryptocurrency Exchange You sold NEXO on. | **Response:** Nexo objects to this request as irrelevant, overbroad, unduly burdensome and harassing, and not proportional to the needs of the case. Nexo objects to this request as harassing and duplicative of other requests in Plaintiff's sets of Requests for Production. Nexo objects to this request as irrelevant and beyond the scope of discovery as ordered by the Court. The Court ordered that Nexo need not produce documents in response to RFP 34 ("All documents and communications concerning the listing of NEXO on any Cryptocurrency Exchange, including any consideration You | Nexo will produce responsive documents sufficient to show each crypto exchange on which Nexo sold the NEXO Token between 2021 and 2022. Nexo will not produce transactional-level information. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or ordered by the Court in ECF No. 65. |

22

| | | | | |
|---|---|---|---|---|
| | | offered or provided to any Cryptocurrency Exchange and any legal memoranda, letter, or opinion regarding whether NEXO is a security You provided to any Cryptocurrency Exchange."); RFP 41 ("All communications between you and Cryptocurrency Exchanges regarding NEXO"); and RFP 64 ("All documents and communications regarding Your sales of NEXO on Cryptocurrency Exchanges."). Based on these objections and the Court's order, Nexo will not produce documents in response to this request. | | |
| 250 | All Documents and Communications Concerning Your efforts to verify that purchasers of NEXO Tokens were not statutory underwriters, including for the purchasers disclosed in Your response to Plaintiff's Interrogatory No. 3. | **Response:** Nexo objects to this request as irrelevant, overbroad, unduly burdensome and harassing, and not proportional to the needs of the case. Nexo objects to this request as harassing and duplicative of other requests in | Nexo will produce documents sufficient to show Nexo's efforts to verify that the U.S. customers to whom it directly sold Nexo Tokens were not statutory underwriters. | Plaintiff has agreed to limit the scope of this Request to the 14 custodians agreed by the parties or ordered by the Court in ECF No. 65, and the 9 non-custodial sources agreed by the parties or |

| | | Plaintiff's sets of Requests for Production. Subject to and without waiving the foregoing objections, Nexo will produce responsive documents from the Custodians using the parties' agreed search terms, limited to sales of the NEXO Token in the United States. | | ordered by the Court in ECF No. 65. |
|---|---|---|---|---|