# Exhibit 3

# Exhibit 3

## OTC Services

Current OTC Services:
- Fiat-to-stablecoin conversion
  - USD/USDT, USD/USDC, USD/TUSD, USD/PAX
  - If a customer wants to exchange EUR or GBP for stablecoin, the conversion goes through two steps:
    - GBP/USD or EUR/USD
    - Through one of the stablecoin pairs listed above
  - Pricing: All trades are executed in accordance with the institutional terms provided to us by the counterparty OTC desk, whereby we will not charge you a separate trading commission for the exchange transaction.
- Earn Interest on dollars - minimum of $100,000.
- Purchase and Sale of large amounts of crypto - our minimum requirement is a purchase of $100,000. Sometimes we make exceptions
  - NEXO token - we price them 3-5% over the spot price.
    - How we present it: "We connect buyers and sellers, we do not sell from our own inventory."
  - BTC, ETH, other popular crypto choices - we price them 1-3% over the spot price. We don't sell from our own inventory.
    - How we present it: "All trades are executed in accordance with the institutional terms provided to us by the counterparty OTC desk, whereby we will not charge you a separate trading commission for the exchange transaction."
- Leveraged purchase of crypto. Possible scenario:
  - How we present it:"Grow your crypto holdings by leveraging part of your portfolio."
  - How we structure it:
    - A customer uses $500,000 to purchase BTC through our OTC desk
    - The newly acquired BTC is posted as collateral with us.
    - We issue a loan with custom LTV - 100%. We use the whole amount of the loan to purchase BTC which is deposited as collateral with the client's account
    - At the end of the operation, the customer's account has this balance:
      - Outstanding loan: $500,000
      - Collateral value: $1,000,000
      - Once he repays the loan, he collects his collateral
- Liquidation Relief Program:
  - How we present it: "Recover all or part of your liquidated collateral using the funds generated by your liquidation"
  - How we execute it: We use the amount generated by the liquidation to recover as much from the collateral as possible targeting LTV post-execution of 70% or less.

CONFIDENTIAL

Future OTC Services
- Earn Interest on non-major currencies - AUD, HKD, CAD, JPY etc
- Financing shorting of large transactions via the Nexo OTC e.g short XLM - institutions only. Can be combined with leverage
  - The customer requests a leverage short position to be open
  - We facilitate via limit order

## Earn interest

We will split the wallets on the platform in two categories - Credit Line Wallet and Savings Wallet. The user will be able to top up only the Savings Wallet from an external source. Withdrawals to external sources are also done only from the Savings Wallet. Credit Line Wallet is topped up from Savings Wallet.

Users can withdraw Amount Available for Withdrawal from Credit Line Wallet (the excess crypto, not used at the moment to backup loan) in order to earn interest on it.

We will also introduce micro-liquidations - if the user chooses this option, we will automatically create micro-liquidation and transfer assets from Savings Wallet to Credit Line Wallet, until the Savings Wallet is empty. Then standard liquidation will be triggered, if necessary.

Fiat and stablecoin will start at 8% and go to 10% with the new Nexo token staking policy.

Earn on crypto will be released in two phases. Phase 1:
- XRP: 4% (5%)
- XLM: 4% (5%)
- LTC: 4% (5%)
- BCH: 4% (5%)
- EOS: 4% (5%)

Phase 2:
- BTC, ETH

Phase 3:
- BNB, PAXG

Nexo Stakin policy - **25% higher interest if minimum 10% of total user's assets is NEXO.**

More information about the Earn Interest here.

*Question for us - how will the loan interest rate discount and earn on crypto bonus work together in terms of staking tokens?*

CONFIDENTIAL

NEXO-0214394

## Nexo Credit Card

The card is coming in Q3. It will be available in EEA countries initially.

Cashback policy - It must be an auto credit transaction (balance increase) after each of the following Card transactions:
1. Contactless Purchase
2. In-store Purchase
3. Cash withdrawal
4. Contactless phone - Apple Pay and Android Pay.
5. Online Purchase

Cashback's currency can be either BTC (0.5%) or Nexo (2%) - default option = Nexo

*Question for us - any NEXO staking bonus?*
*Yes. New Loyalty Program will be introduced. Hopefully by the end of 2020.*

CONFIDENTIAL

NEXO-0214395