# Exhibit 5

# Exhibit 5

Message
─────────────────────────────────────────────

| | |
|---|---|
| **From:** | Edward Tonkov [edward@nexo.io] |
| **Sent:** | 25/10/2021 13:14:52 |
| **To:** | Ognyan Pankov [ognyan@nexo.io]; Martin Pavlov [martin.pavlov@nexo.io] |
| **Subject:** | Fwd: [Retail OTC] - [JOHN THOMAS CRESS] - [USDT - NEXO, BTC] |

Best regards,

**Edward Tonkov**

Trading Operations Manager





**Unlock the Power
of Your Crypto**
nexo.io

---------- Forwarded message ---------
From: **Nexo Payments** <payments@nexo.io>
Date: Sun, Mar 28, 2021 at 12:50 AM
Subject: Re: [Retail OTC] - [JOHN THOMAS CRESS] - [USDT - NEXO, BTC]
To: Edward Tonkov <edward@nexo.io>
Cc: Alexander Rakshiev <alexander.rakshiev@nexo.io>, Hristiyan Hristov <hristiyan@nexo.io>, Kalin
Metodiev <kalin@nexo.io>, Katerina Harizanova <katerina@nexo.io>, Nexo Accounting
<accounting@nexo.io>, Nexo KYC <kyc@nexo.io>, OPS <ops@nexo.io>

Благодаря, Еди, готов е
- https://www.blockchain.com/btc/tx/2e142d0bd26290424d51d0b4c53c0372790f677149b1336e714601b32ddc
993b

Stay ahead,

**Payments Team**





**Banking on Crypto**
nexo.io

On Sat, Mar 27, 2021 at 11:32 PM Edward Tonkov <edward@nexo.io> wrote:
  Done.

  On Sat, 27 Mar 2021 at 21:36, Nexo Payments <payments@nexo.io> wrote:
    нексото е
    готово: https://etherscan.io/tx/0x1fa4fb757eb8d014ced42655df9cfb6df2c6a80da6e587a80b0427250be026a4

    @OPS Еди, Цецо, моля да заредите пеймънтс акаунта с бтц, за да ги изпратим към клиента. Благодаря!

    Stay ahead,
    **Payments Team**





CONFIDENTIAL

NEXO-0003645

**Banking on Crypto**
nexo.io

On Sat, Mar 27, 2021 at 8:57 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Здравейте, отбор,

Клиентът е https://prod-admin.nexo359.com/user/603eec5faed77e2a0a166e27/details

Купува BTC и NEXO с $5,400,000 USDT изпратени към FB OTC Vault - tx id

Купихме 75 BTC @ $54,878.23 = $4,115,867

Зареждаме на клиента 74.441 BTC @ $55,289.81

Печалба за ОТЦ Деска- 0.55 BTC

Продаваме 481,878 NEXO Tokens @ $2.55

Зареждаме на клиента 481,878 NEXO Tokens @ $2.66

Печалба за ОТЦ Деска - 1,007 BTC

Hedge - 22.3875 BTC @ $54,887

Total profit = 1.5657 BTC = ~ $86,000

Имаме всички налични документи, одобрени от Божидар.

Моля @Nexo Payments  да заредят активите в най-кратък срок.

Поздрави,
Хрис

--
Best regards,
**Hristiyan Hristov**
Relationship Manager

+41 43 505 18 13





**Banking on Crypto**
nexo.io

--

Stay ahead,

**Edward Tonkov**
Trading Operations Manager



**Banking on Crypto**
nexo.io



CONFIDENTIAL

NEXO-0003646

TRANSLATION - NEXO-0003645

*Translation from Bulgarian*

Благодаря, Еди, готово е
*Thank you, Eddie, it's done.*

*Sat, March 27, 2021 at 21:36*
*An email from Nexo Payment:*

Нексото е готово:
*The NEXO is done/ready:*

@OPS Еди, Цецо, моля да заредите пеймънтс акаунта с 6 btc, за да ги изпратим към клиента. Благодаря!
*@OPS Eddie, Tsetso, please credit the payments account with 6 BTC so we can send them to the client. Thank you!*

*On Sat, March 27 at 8:57 PM*
*From Hristiyan Hristov*

Здравейте, отбор,
*Hello, team,*

Клиентът е: https://prod-admin.nexo359.com/user..........
*The client is*

Купува BTC и NEXO с $5,400,000 USDT изпратени към FB OTC Vault-tx id
*Is buying BTC and NEXO with $5,400,000 USDT sent to the FB OTC Vault-tx-id*

Купихме 75 BTC @ $54,878.23 = $4,115,867
*We bought 75 BTC @ $54,878.23 = $4,115,867*

Зареждаме на клиента 74.441 BTC @ $55,289.
*We are crediting the client with 74.441 BTC @ $55,289.*

Печалба за OTC Деска - 0.55 BTC
*Profit for the OTC Desk – 0.55 BTC*

Продаваме 481,878 NEXO Tokens @ $2.55
*We are selling 481,878 NEXO Tokens @ $2.55*

Зареждаме на клиента 481,878 NEXO Tokens @ $2.66
*We are crediting the client with 481,878 NEXO Tokens @ $2.66*

Печалба за OTC Деска - 1,007 BTC
*Profit for the OTC Desk – 1.007 BTC*

Имаме всички налични документи, одобрени от Божидар.
*We have all available documents, approved by Bozhidar.*

Моля @Nexo Payments да заредят активите в най-кратък срок.
*Please @Nexo Payments credit the assets as soon as possible.*

Поздрави,
Хрис
*Regards,*
*Hris (Hristiayan Hristov)*

## DECLARATION AND CERTIFICATION OF THE INTERPRETER/TRANSLATOR

*I, **IRENA ALEXANDROVA**, hereby declare that I am a **registered court interpreter and translator**.    I am registered by the State of California (Registration Number: 700361) to interpret and translate from Bulgarian into English and from English into Bulgarian.*

*I further declare that I have translated the attached document and, to the best of my abilities and belief, this is a true and accurate translation of the following Bulgarian document:   **TRANSLATION - NEXO-0003645** (1 page)*

*I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was signed on September 29, 2025 in West Hollywood, California.*

IRENA ALEXANDROVA
*Print name of the certified/registered court interpreter/translator.*

*Signature of the translator*

*Stamp of the translator*

Irena Alexandrova
Registered Interperter/Translato
English/Bulgarian
I.D.#700361
Los Angeles, California

1145 N Ogden Dr #211
West Hollywood, CA 90046
Tel: 1 (310) 804-4019