# Exhibit 6

# Exhibit 6



| Type | Transction admin ID | Assignment | Document Date | Units | USD Value | OTC Nexo price | Average price (inventory) | Markup | P&L | Text/ Admin user_id |
|---|---|---|---|---|---|---|---|---|---|---|
| RETAIL OTC | | OTC | 27.03.21 | 481.878.11 | $1.186.673 | $2.46 | $1.05 | 134.3% | $680.627 | Retail OTC JOHN THOMAS CRESS USDT NEXO |
| RETAIL OTC | | OTC | 1.04.21 | 530,190.00 | $1,425,628 | $2.69 | $1.15 | 134.4% | $817.243 | Retail OTC JOHN THOMAS CRESS NEXO BTC |
| RETAIL OTC | | OTC | 16.04.21 | 91.715.01 | $331.064 | $3.61 | $1.27 | 184.1% | $214.508 | Retail OTC JOHN THOMAS CRESS USDT BTC |
| RETAIL OTC | | OTC | 4.07.21 | 1,041,157.00 | $1,597,551 | $1.53 | $1.77 | -13.7% | -$248,458 | Retail OTC JOHN THOMAS CRESS NEXO USDT |

| Type | SUM of P&L | As % |
|---|---|---|

CONFIDENTIAL

NEXO-0144320