# Exhibit 7

# Exhibit 7

| Opportunity Owner | Account Name | Opportunity Name | Profit(Commission) | Revenue | Amount | Close Date | Platform Id | Personal Platform | Stage | Type | Sub-Type | Abbreviation | INV | HG | OTC | PB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hristiyan Hristov | JOHN THOMAS CRESS | John Cress <> Portfolio Booster | 102125 | 102125 | 2150000 | 14/04/2021 | 603eec5faed77e2a0a166e27 | jtc88@hotmail.com | Closed Won | New Business | Portfolio Booster | jcress | INV jcress | HG jcress | OTC jcress | PB jcress |
| Hristiyan Hristov | JOHN THOMAS CRESS | John Thomas Cress <> Nexo -> USDT | | | | | 603eec5faed77e2a0a166e27 | jtc88@hotmail.com | Closed Won | Existing Business | Nexo Token | jcress | INV jcress | HG jcress | OTC jcress | PB jcress |
| Hristiyan Hristov | JOHN THOMAS CRESS | John Thomas Cress <> USDT -> Nexo | | | | | 603eec5faed77e2a0a166e27 | jtc88@hotmail.com | Closed Won | Existing Business | Nexo Token | jcress | INV jcress | HG jcress | OTC jcress | PB jcress |

CONFIDENTIAL

NEXO-0017282