# Exhibit 8

# Exhibit 8

Message

| | |
|---|---|
| **From**: | Octavian Dinca [octavian@nexo.io] |
| **Sent**: | 03/08/2021 07:44:09 |
| **To**: | Edward Tonkov [edward@nexo.io] |
| **BCC**: | bizdev.replies@nexo.io |
| **Subject**: | Re: Retail OTC - JOHN THOMAS CRESS - Purchase ETH with USDT |

Sure thing Eddie. FYI - Enjoy a good day ahead :)

Best regards,
**Octavian Dinca**
Relationship Manager

+41 33 533 26 64



**Banking on Crypto**
nexo.io

On Mon, Aug 2, 2021 at 7:19 PM Edward Tonkov <edward@nexo.io> wrote:
I see, thanks for the clarification.

Stay ahead,

**Edward Tonkov**
Trading Operations Manager



**Banking on Crypto**
nexo.io

On Mon, Aug 2, 2021 at 5:59 PM Octavian Dinca <octavian@nexo.io> wrote:
Hi Edward,

It's because Tom bought a bit more ETH at the time I believe and didn't consider it important to sell it. Advised that we can keep the profit in both USDC and ETH for this deal and I reported it as such.

Enjoy a good day.

Best regards,
**Octavian Dinca**
Relationship Manager

+41 33 533 26 64



**Banking on Crypto**
nexo.io

CONFIDENTIAL

NEXO-0003604

On Mon, Aug 2, 2021 at 5:55 PM Edward Tonkov <edward@nexo.io> wrote:
Hey Octa,

Why the profit is in both USDT and ETH?

Stay ahead,

**Edward Tonkov**

Trading Operations Manager





**Banking on Crypto**
nexo.io

On Tue, May 4, 2021 at 5:09 PM Nexo Payments <payments@nexo.io> wrote:
Hello,

Done: https://etherscan.io/tx/0x0588630884c42643ec282214c5522cff93187fed4d0b4533e2cb17592f394701

Regards,
Franki

Stay ahead,

**Payments Team**





**Banking on Crypto**
nexo.io

On Tue, May 4, 2021 at 4:02 PM Dimitar Dimitrov <dimitar.dimitrov@nexo.io> wrote:
Hello,

ETH sent.

Kind regards,

**Dimitar Dimitrov**

Trading Operations Analyst





**Banking on Crypto**
nexo.io

On Tue, May 4, 2021 at 3:37 PM Nexo Payments <payments@nexo.io> wrote:

CONFIDENTIAL

NEXO-0003605

Здравейте,

@OPS Моля да ни заредите 312.1487 ETH, за да довършим ОТЦ сделката.

ETH Nexo Payments Wallet: 0x7679e08f1c9e34640ca104f8444dd7e92f1e2ba1

Поздрави,
Франки

Stay ahead,

**Payments Team**





**Banking on Crypto**
nexo.io

On Mon, May 3, 2021 at 2:56 PM Octavian Dinca <octavian@nexo.io> wrote:
Hi Team,

- Total amount sent by the customer: 1m USDT
- TXid
  - https://etherscan.io/tx/0xdce9af7ba644f5bb690ecf09195b1de3b58cdac139e315e9be99fc2cb9399030
- ETH price for NEXO: $3,171.57
- ETH price for the customer:$3,203.60
- Client receives 312.1487 ETH
- Inventory: NO
- Hedge: NO
- Profit margin for the OTC desk - 8,000 USDT + 0.7513 ETH

@Nexo Payments please deposit the ETH into the clients' account.

Best regards,
**Octavian Dinca**
Relationship Manager
+41 33 533 26 64



**Banking on Crypto**
nexo.io

On Mon, May 3, 2021 at 2:20 PM Octavian Dinca <octavian@nexo.io> wrote:
Hi team,

- The client is: JOHN THOMAS CRESS / email address: jtc88@hotmail.com
- Client would like to purchase ETH with 1m USDT.
- https://prod-admin.nexo359.com/user/603eec5faed77e2a0a166e27/details
- He has initiated transfer of the assets from his Savings Wallet into the OTC USDT wallet.

CONFIDENTIAL

NEXO-0003606

- Txid: https://etherscan.io/tx/0xdce9af7ba644f5bb690ecf09195b1de3b58cdac139e315e9be99fc2cb9399030
- We have the necessary documents for execution confirmed by KYC/AML.

Best regards,
**Octavian Dinca**
Relationship Manager

+41 33 533 26 64

**Banking on Crypto**
nexo.io

CONFIDENTIAL

NEXO-0003607

TRANSLATION-NEXO-0003604

*Translation from Bulgarian*

Здравейте,
@OPS Моля да ни заредите 312.1487 ETH за да довършим сделката.
Поздрави,
Франки

*Hello,*
*@OPS Please credit 312.1487 ETH for us so we can complete the deal.*
*Regards,*
*Frankie*

## DECLARATION AND CERTIFICATION OF THE INTERPRETER/TRANSLATOR

I, **IRENA ALEXANDROVA**, *hereby declare that I am a* **registered court interpreter and translator**. *I am registered by the State of California (Registration Number: 700361) to interpret and translate from Bulgarian into English and from English into Bulgarian.*

*I further declare that I have translated the attached document and, to the best of my abilities and belief, this is a true and accurate translation of the following Bulgarian document:* **TRANSLATION - NEXO-0003604** *(1 page)*

*I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
*This declaration was signed on September 29, 2025, in West Hollywood, California.*

IRENA ALEXANDROVA
*Print name of the certified/registered court interpreter/translator.*

*Signature of the translator*

*Stamp of the translator*

Irena Alexandrova
Registered Interperter/Translator
English/Bulgarian
I.D.#700361
Los Angeles, California

*1145 N Ogden Dr #211*
*West Hollywood, CA 90046*
*Tel: 1 (310) 804-4019*