# Exhibit 14

# Exhibit 14

**TERMS AND CONDITIONS OF TOKEN SALE**

**KYC/AML/CFT**

PRIOR TO AND DURING THE PRE-SALE AND TOKEN SALE, PARTIES INTERESTED IN PURCHASING NEXO TOKENS WILL BE ASKED PERSONALLY IDENTIFIABLE IN ORDER TO BE PERMITTED TO PARTICIPATE IN THE SALE. THE COLLECTED INFORMATION IS TO ASCERTAIN COMPLIANCE WITH VARIOUS SECURITIES LAWS OF THE UNITED STATES OF AMERICA AS WELL AS FOREIGN JURISDICTIONS; KYC (KNOW YOUR CUSTOMER), AML (ANTI-MONEY LAUNDERING) AND CFT (COMBATING THE FINANCING OF TERRORISM) REQUIREMENTS. INITIAL INFORMATION COLLECTION WILL PERFORMED BY A THIRD-PARTY PROVIDER HIRED BY NEXO AND WILL BE EXECUTED BY EMPLOYING STATE-OF-THE-ART ENCRYPTION ALGORITHMS, GUARANTEEING THE INFORMATION'S SECURITY AND THE HIGHEST STANDARDS IN PRIVACY.

US INVESTORS MUST CLASSIFY AS 'ACCREDITED INVESTORS' AND SATISFY THE OBLIGATIONS OF REGULATION D, SECTION 506(C) OF THE SECURITIES ACT. THE NEXO TOKENS FOR PROSPECTIVE US INVESTORS ARE LIMITED SOLELY TO ACCREDITED INVESTORS AS DEFINED IN REGULATION D UNDER THE SECURITIES ACT. ALL US PURCHASERS OF NEXO TOKENS WILL BE REQUIRED TO REPRESENT IN WRITING THAT THEY ARE AN ACCREDITED INVESTOR UNDER REGULATION D, AS DESCRIBED ABOVE, AND MAY ALSO BE REQUIRED TO PROVIDE CERTAIN DOCUMENTATION IN SUPPORT OF SUCH REPRESENTATION. IN ADDITION TO THE FOREGOING REQUIREMENT, INVESTORS MUST ALSO REPRESENT IN WRITING THAT THEY ARE ACQUIRING THE NEXO TOKENS FOR THEIR OWN ACCOUNT AND BENEFIT, AND NOT FOR THE ACCOUNT OF OTHERS AND NOT WITH A VIEW TO RESELL OR DISTRIBUTE SUCH SECURITIES AS DESCRIBED IN THE SECTION 15 "SELLING RESTRICTIONS" OF THIS DOCUMENT.

**SELLING RESTRICTIONS**

**GENERAL**

THE INFORMATION TO WHICH THIS WEBSITE GIVES ACCESS IS INTENDED FOR PERSONS WHO ARE NOT LOCATED IN OR RESIDENT OF CERTAIN OTHER RESTRICTED JURISDICTIONS, AND WHO ARE OTHERWISE PERMITTED TO RECEIVE SUCH INFORMATION. THE INFORMATION TO WHICH THIS WEBSITE GIVES ACCESS DOES NOT CONSTITUTE AN OFFER OR AN INVITATION TO PURCHASE SECURITIES OF NEXO IN THE UNITED STATES, AUSTRALIA, CANADA, JAPAN, SOUTH AFRICA OR THE PEOPLE'S REPUBLIC OF CHINA OR IN ANY OTHER JURISDICTION IN WHICH SUCH OFFER OR INVITATION IS NOT AUTHORISED OR TO ANY PERSON TO WHOM IT IS UNLAWFUL TO MAKE SUCH OFFER OR INVITATION. POTENTIAL USERS OF THIS INFORMATION ARE REQUESTED TO INFORM THEMSELVES ABOUT AND TO OBSERVE ANY SUCH RESTRICTIONS.

**NOTICE TO RESIDENTS OF THE UNITED STATES**

THE OFFER AND SALE OF THIS SECURITY INSTRUMENT HAS NOT BEEN REGISTERED UNDER THE U.S. SECURITIES ACT OF 1933, AS AMENDED (THE "*SECURITIES ACT*"), OR UNDER THE SECURITIES LAWS OF CERTAIN STATES.  THIS SECURITY MAY NOT BE OFFERED, SOLD OR OTHERWISE TRANSFERRED, PLEDGED OR HYPOTHECATED EXCEPT AS

CONFIDENTIAL

PERMITTED UNDER THE ACT AND APPLICABLE STATE SECURITIES LAWS PURSUANT TO AN EFFECTIVE REGISTRATION STATEMENT OR AN EXEMPTION THEREFROM.

NEXO WILL OFFER NEXO TOKENS TO ACCREDITED US INVESTORS, FOLLOWING RULE 506 OF REGULATION D, SECTION 4A OF THE US SECURITIES ACT, UNDER WHICH SECURITIES CAN BE DISTRIBUTED TO "ACCREDITED INVESTORS" WITH A NET WORTH OF $1M USD OR A CERTAIN LEVEL OF INCOME. CLASSIFICATION AS AN "ACCREDITED INVESTOR" REQUIRES WRITTEN CONFIRMATION FROM A TAX ADVISOR OR CHARTERED ACCOUNTANT.

PERSONS PURCHASING AS ACCREDITED INVESTORS WILL BE REQUIRED TO GIVE AN UNDERTAKING THAT THEY WILL NOT SELL AND/OR TRANSFER THEIR NEXO TOKENS DURING THE LOCK-UP PERIOD AND ANY SALE AND/OR TRANSFERS AFTER EXPIRY OF THE LOCK-UP PERIOD WILL BE REGISTERED WITH NEXO AND THEY WILL NOT SELL SUCH NEXO TOKENS TO ANY U.S. PERSON UNLESS THEY SELL ALL OF THEIR NEXO TOKENS TO A SINGLE U.S. PERSON. PERSONS PURCHASING AS NON-U.S. PERSONS WILL ONLY BE ENTITLED TO RESELL THEIR NEXO TOKENS TO OTHER NON-U.S. PERSONS IN AN OFFSHORE TRANSACTION AND NOT TO ANY U.S. PERSONS AS PURCHASERS OR AS ULTIMATE BENEFICIAL OWNERS OF THE NEXO TOKENS.

**NOTICE TO RESIDENTS OF CHINA**

THE RIGHTS ARE NOT BEING OFFERED OR SOLD AND MAY NOT BE OFFERED OR SOLD, DIRECTLY OR INDIRECTLY, WITHIN THE PEOPLE'S REPUBLIC OF CHINA (FOR SUCH PURPOSES, NOT INCLUDING THE HONG KONG AND MACAU SPECIAL ADMINISTRATIVE REGIONS OR TAIWAN), EXCEPT AS PERMITTED BY THE SECURITIES AND OTHER LAWS AND REGULATIONS OF THE PEOPLE'S REPUBLIC OF CHINA

**NOTICE TO PROSPECTIVE PURCHASERS IN THE EUROPEAN ECONOMIC AREA**

IN RELATION TO EACH MEMBER STATE OF THE EUROPEAN ECONOMIC AREA ("MEMBER STATE"), WHICH HAS IMPLEMENTED THE PROSPECTUS DIRECTIVE, NEXO HAS REPRESENTED AND AGREED THAT WITH EFFECT FROM AND INCLUDING THE DATE ON WHICH THE PROSPECTUS DIRECTIVE IS IMPLEMENTED IN THAT MEMBER STATE IT HAS NOT MADE AND WILL NOT MAKE AN OFFER OF THE SECURITIES TO THE PUBLIC IN A MEMBER STATE, EXCEPT THAT IT MAY, WITH EFFECT FROM AND INCLUDING SUCH DATE, MAKE AN OFFER OF SECURITIES IN A MEMBER STATE AT ANY TIME UNDER THE FOLLOWING EXEMPTIONS AS PROVIDED BY THE PROSPECTUS DIRECTIVE:

(A) TO LEGAL ENTITIES WHICH ARE QUALIFIED INVESTORS, AS DEFINED IN THE PROSPECTUS DIRECTIVE;

(B) TO FEWER THAN 150 NATURAL OR LEGAL PERSONS (OTHER THAN QUALIFIED INVESTORS AS DEFINED IN THE PROSPECTUS DIRECTIVE), AS PERMITTED UNDER THE PROSPECTIVE DIRECTIVE;

(C) IN ANY OTHER CIRCUMSTANCES FALLING WITHIN THE SCOPE OF ARTICLE 3(2) OF THE PROSPECTUS DIRECTIVE.

FOR THE PURPOSES OF THE ABOVE, (I) THE EXPRESSION AN "OFFER OF THE SECURITIES TO THE PUBLIC" IN RELATION TO ANY SECURITIES IN ANY MEMBER STATE MEANS THE COMMUNICATION IN ANY FORM AND BY ANY MEANS OF SUFFICIENT INFORMATION ON THE TERMS OF THE OFFERING AND THE SECURITIES TO BE OFFERED SO AS TO ENABLE AN INVESTOR TO DECIDE TO PURCHASE OR SUBSCRIBE THE SECURITIES, AS THE SAME MAY BE VARIED IN THAT MEMBER STATE BY ANY MEASURE IMPLEMENTING THE PROSPECTUS DIRECTIVE IN THAT MEMBER STATE AND (II) THE EXPRESSION "PROSPECTUS DIRECTIVE" MEANS DIRECTIVE 2003/71/EC (AND AMENDMENTS THERETO, INCLUDING DIRECTIVE 2010/73/EU), AND INCLUDES ANY RELEVANT IMPLEMENTING MEASURE IN EACH MEMBER STATE.

CONFIDENTIAL

**NOTICE TO RESIDENTS OF THE UNITED KINGDOM**

WITH RESPECT TO OFFERS AND SALES OF THE SECURITIES THAT ARE THE SUBJECT OF ANY INFORMATION CONTAINED ON THE WEBSITE, ANY ADVERTISEMENT OR OTHER MATERIALS PROVIDED BY NEXO WITH RESPECT THERETO, OFFERS OR SALES OF ANY OF SUCH SECURITIES TO PERSONS IN THE UNITED KINGDOM ARE PROHIBITED IN CIRCUMSTANCES WHICH HAVE RESULTED IN OR WILL RESULT IN SUCH SECURITIES BEING OR BECOMING THE SUBJECT OF AN OFFER OF TRANSFERABLE SECURITIES TO THE PUBLIC AS DEFINED IN SECTION 102B OF THE FINANCIAL SERVICES AND MARKETS ACT 2000 (AS AMENDED) (THE "FSMA") AND ALL APPLICABLE PROVISIONS OF THE FSMA MUST BE COMPLIED WITH, WITH RESPECT TO ANYTHING DONE IN RELATION TO SUCH SECURITIES IN, FROM OR OTHERWISE INVOLVING THE UNITED KINGDOM.

TO THE EXTENT SUCH ADVERTISEMENTS OR OTHER MATERIALS ARE DISTRIBUTED IN THE UNITED KINGDOM, IT WILL ONLY BE DISTRIBUTED TO AND DIRECTED AT:

(I) PERSONS WHO HAVE PROFESSIONAL EXPERIENCE IN MATTERS RELATING TO INVESTMENTS FALLING WITHIN ARTICLE 19 OF THE FINANCIAL SERVICES AND MARKETS ACT 2000 (FINANCIAL PROMOTION) ORDER 2005 (AS AMENDED) (THE "FPO");

(II) HIGH NET WORTH ENTITIES AND OTHER PERSONS TO WHOM IT MAY OTHERWISE LAWFULLY BE COMMUNICATED FALLING WITHIN ARTICLE 49 OF THE FPO;

(III) CERTIFIED SOPHISTICATED INVESTORS FALLING WITHIN ARTICLE 50 OF THE FPO; OR

(IV) OTHER PERSONS TO WHOM IT MAY LAWFULLY BE DIRECTED UNDER AN EXEMPTION CONTAINED IN THE FPO (THE PERSONS SPECIFIED IN (I), (II), (III) AND (IV) ABOVE ARE, TOGETHER, REFERRED TO AS "RELEVANT PERSONS").

PERSONS WHO ARE NOT RELEVANT PERSONS MUST NOT ACT ON OR RELY ON ANY SUCH ADVERTISEMENTS OR OTHER MATERIALS OR ANY OF ITS OR THEIR CONTENTS. ANY INVESTMENT OR INVESTMENT ACTIVITY TO WHICH SUCH ADVERTISEMENTS OR OTHER MATERIALS RELATE IS AVAILABLE ONLY TO RELEVANT PERSONS AND WILL BE ENGAGED IN ONLY WITH RELEVANT PERSONS. RELEVANT PERSONS IN RECEIPT OF SUCH ADVERTISEMENTS OR OTHER MATERIALS MUST NOT DISTRIBUTE, PUBLISH, REPRODUCE, OR DISCLOSE SUCH ADVERTISEMENTS OR OTHER MATERIALS (IN WHOLE OR IN PART) TO ANY PERSON WHO IS NOT A RELEVANT PERSON. IN ADDITION, ANY INVITATION OR INDUCEMENT TO ENGAGE IN INVESTMENT ACTIVITY (WITHIN THE MEANING OF SECTION 21 OF THE FSMA) RECEIVED IN CONNECTION WITH THE ISSUE OR SALE OF SUCH SECURITIES WILL ONLY BE COMMUNICATED, OR BE CAUSED TO BE COMMUNICATED, IN CIRCUMSTANCES IN WHICH SECTION 21(1) OF THE FSMA DOES NOT APPLY TO THE COMPANY.

**NOTICE TO PURCHASERS IN FRANCE**

THE OFFERING IS NOT BEING MADE, DIRECTLY OR INDIRECTLY, TO THE PUBLIC IN THE REPUBLIC OF FRANCE ("FRANCE"). NO INFORMATION ON THIS WEBSITE OR IN ANY ADVERTISEMENT OR OTHER MATERIALS PROVIDED BY NEXO OR OTHERWISE RELATING TO THE OFFERING HAVE BEEN OR WILL BE DISTRIBUTED TO THE PUBLIC IN FRANCE AND ONLY
(I) PROVIDERS OF INVESTMENT SERVICES RELATING TO PORTFOLIO MANAGEMENT FOR THE ACCOUNT OF THIRD PARTIES ( *PERSONNES FOURNISSANT LE SERVICE D'INVESTISSEMENT DE GESTION DE PORTEFEUILLE POUR COMPTE DE TIERS* ) AND/OR

NEXO-0216133

(II) QUALIFIED INVESTORS ( *INVESTISSEURS QUALIFIÉS* ) ACTING FOR THEIR OWN ACCOUNT (OTHER THAN INDIVIDUALS), AND ALL AS DEFINED IN, AND IN ACCORDANCE WITH, ARTICLES L.411-1, L.411-2, D.411-1 AND D.411-4, D.734-1, D.744-1, D.754-1 AND D.764-1 OF THE FRENCH *CODE MONÉTAIRE ET FINANCIER*, ARE ELIGIBLE TO PARTICIPATE IN THE OFFERING. NO INFORMATION ON NEXO'S WEBSITE OR IN ANY ADVERTISEMENT OR OTHER MATERIALS PROVIDED BY NEXO OR OTHERWISE RELATING TO THE OFFERING HAVE BEEN OR WILL BE SUBMITTED FOR CLEARANCE TO OR APPROVED BY THE *AUTORITÉ DES MARCHÉS FINANCIERS.* THE DIRECT OR INDIRECT DISTRIBUTION TO THE PUBLIC IN FRANCE OF ANY SO ACQUIRED SECURITIES MAY BE MADE ONLY AS PROVIDED BY ARTICLES L.411-1, L.411-2, L. 412-1 AND L.621-8 TO L.621-8-3 OF THE FRENCH *CODE MONÉTAIRE ET FINANCIER* AND APPLICABLE REGULATIONS THEREUNDER.

ANY SUCH ADVERTISEMENT, AND ANY RELATED DOCUMENT OR MATERIAL, SHALL NOT BE CONSIDERED, NOR CONSTRUED, AS ANY FORM OF FINANCIAL INVESTMENT ADVICE, SOLICITATION OR ADVERTISEMENT.

**NOTICE TO PROSPECTIVE PURCHASERS IN THE NETHERLANDS**

THE SECURITIES MAY NOT BE OFFERED OR SOLD IN THE NETHERLANDS TO ANY PERSONS OTHER THAN QUALIFIED INVESTORS WITHIN THE MEANING OF THE PROSPECTUS DIRECTIVE. FOR PURPOSES OF THE ABOVE, THE EXPRESSION "PROSPECTUS DIRECTIVE" SHALL HAVE THE MEANING GIVEN TO IT IN THE PARAGRAPH "NOTICE TO PROSPECTIVE PURCHASERS IN THE EUROPEAN ECONOMIC AREA" ABOVE AND SHALL BE DEEMED TO INCLUDE ANY INFORMATION CONTAINED ON THE WEBSITE OR IN OTHER MATERIALS PROVIDED BY NEXO.

**NOTICE TO PROSPECTIVE PURCHASERS IN HONG KONG**

THE SECURITIES HAVE NOT BEEN OFFERED OR SOLD AND WILL NOT BE OFFERED OR SOLD IN HONG KONG, BY MEANS OF ANY DOCUMENT, OTHER THAN TO "PROFESSIONAL INVESTORS" AS DEFINED IN THE SECURITIES AND FUTURES ORDINANCE (CAP. 571) OF HONG KONG (THE "SFO") AND ANY RULES MADE THEREUNDER, OR IN CIRCUMSTANCES WHICH DO NOT RESULT IN THE DOCUMENT BEING A "PROSPECTUS" AS DEFINED IN THE COMPANIES (WINDING UP AND MISCELLANEOUS PROVISIONS) ORDINANCE (CAP. 32) OF HONG KONG OR WHICH DO NOT CONSTITUTE AN OFFER TO THE PUBLIC WITHIN THE MEANING OF THE COMPANIES ORDINANCE (CAP. 622) OF HONG KONG.

NO PERSON HAS ISSUED OR HAD IN ITS POSSESSION FOR THE PURPOSES OF ISSUE, OR WILL ISSUE OR HAVE IN ITS POSSESSION OF THE PURPOSES OF ISSUE, WHETHER IN HONG KONG OR ELSEWHERE, ANY ADVERTISEMENT, INVITATION OR DOCUMENT RELATING TO THE SECURITIES, WHICH IS DIRECTED AT, OR THE CONTENTS OF WHICH ARE LIKELY TO BE ACCESSED OR READ BY, THE PUBLIC IN HONG KONG (EXCEPT IF PERMITTED TO DO SO UNDER THE SECURITIES LAWS OF HONG KONG) OTHER THAN WITH RESPECT TO THE SECURITIES WHICH ARE OR ARE INTENDED TO BE DISPOSED OF ONLY TO PERSONS OUTSIDE HONG KONG OR ONLY TO "PROFESSIONAL INVESTORS" WITHIN THE MEANING OF THE SFO AND ANY RULES MADE THEREUNDER.

**NOTICE TO PROSPECTIVE PURCHASERS IN SINGAPORE**

EACH INVESTOR HAS ACKNOWLEDGED THAT ANY INFORMATION CONTAINED ON NEXO'S WEBSITE, IN ANY ADVERTISEMENT OR IN ANY OTHER MATERIALS PROVIDED BY NEXO RELATING TO THE SECURITIES HAS NOT BEEN AND WILL NOT BE REGISTERED AS A PROSPECTUS WITH THE MONETARY AUTHORITY OF SINGAPORE (THE "MAS"). ACCORDINGLY, SUCH ADVERTISEMENTS OR OTHER MATERIALS AND ANY OTHER DOCUMENT OR MATERIAL IN CONNECTION WITH THE OFFER OR SALE, OR INVITATION FOR SUBSCRIPTION OR PURCHASE, OF THE SECURITIES, MAY NOT BE CIRCULATED OR DISTRIBUTED, NOR MAY THE SECURITIES BE OFFERED OR SOLD, OR BE MADE THE SUBJECT OF AN INVITATION FOR SUBSCRIPTION OR PURCHASE, WHETHER DIRECTLY OR INDIRECTLY, TO ANY PERSON IN SINGAPORE OTHER THAN (I) TO AN INSTITUTIONAL INVESTOR (AS DEFINED IN SECTION 4A OF THE

NEXO-0216134

SECURITIES AND FUTURES ACT (CHAPTER 289 OF SINGAPORE) (THE "SFA")) PURSUANT TO SECTION 274 OF THE SFA, (II) TO A RELEVANT PERSON (AS DEFINED IN SECTION 275(2) OF THE SFA) PURSUANT TO SECTION 275(1) OF THE SFA, OR ANY PERSON PURSUANT TO SECTION 275(1A) OF THE SFA, AND IN ACCORDANCE WITH THE CONDITIONS, SPECIFIED IN SECTION 275 OF THE SFA, OR (III) OTHERWISE PURSUANT TO, AND IN ACCORDANCE WITH THE CONDITIONS OF, ANY OTHER APPLICABLE PROVISIONS OF THE SFA.

WHERE THE SECURITIES ARE SUBSCRIBED OR PURCHASED UNDER SECTION 275 OF THE SFA BY A RELEVANT PERSON WHICH IS:

(A) A CORPORATION (WHICH IS NOT AN ACCREDITED INVESTOR (AS DEFINED IN SECTION 4A OF THE SFA)) THE SOLE BUSINESS OF WHICH IS TO HOLD INVESTMENTS AND THE ENTIRE SHARE CAPITAL OF WHICH IS OWNED BY ONE OR MORE INDIVIDUALS, EACH OF WHOM IS AN ACCREDITED INVESTOR; OR

(B) A TRUST (WHERE THE TRUSTEE IS NOT AN ACCREDITED INVESTOR) WHOSE SOLE PURPOSE IS TO HOLD INVESTMENTS AND EACH BENEFICIARY OF THE TRUST IS AN INDIVIDUAL WHO IS AN ACCREDITED INVESTOR, SECURITIES (AS DEFINED IN SECTION 239(1) OF THE SFA) OF THAT CORPORATION OR THE BENEFICIARIES' RIGHTS AND INTEREST (HOWSOEVER DESCRIBED) IN THAT TRUST SHALL NOT BE TRANSFERRED WITHIN SIX MONTHS AFTER THAT CORPORATION OR THAT TRUST HAS ACQUIRED THE UNITS, AS THE CASE MAY BE, PURSUANT TO AN OFFER MADE UNDER SECTION 275 OF THE SFA EXCEPT:

(1) TO AN INSTITUTIONAL INVESTOR PURSUANT TO SECTION 274 OF THE SFA OR TO A RELEVANT PERSON PURSUANT TO SECTION 275(1) OF THE SFA, OR TO ANY PERSON PURSUANT ARISING FROM AN OFFER REFERRED TO IN SECTION 275(1A) OR SECTION 276(4)(I)(B) OF THE SFA;

(2) WHERE NO CONSIDERATION IS OR WILL BE GIVEN FOR THE TRANSFER;

(3)  WHERE THE TRANSFER IS BY OPERATION OF LAW;

(4)  AS SPECIFIED IN SECTION 276(7) OF THE SFA; AND/OR

(5)  AS SPECIFIED IN REGULATION 32 OF THE SECURITIES AND FUTURES (OFFERS OF INVESTMENTS) (SHARES AND DEBENTURES) REGULATIONS 2005 OF SINGAPORE.

BY ACCEPTING RECEIPT OF AN OFFERING MEMORANDUM WITH RESPECT TO THE SECURITIES AFTER SUBSCRIBING TO THE WEBSITE, ANY PERSON IN SINGAPORE REPRESENTS AND WARRANTS THAT HE IS ENTITLED TO RECEIVE SUCH AN OFFERING MEMORANDUM IN ACCORDANCE WITH THE RESTRICTIONS SET FORTH ABOVE AND AGREES TO BE BOUND BY THE LIMITATIONS CONTAINED HEREIN.

**NOTICE TO RESIDENTS OF AUSTRALIA**

NO INFORMATION ON THIS WEBSITE OR IN ANY ADVERTISEMENT OR OTHER MATERIALS PROVIDED BY NEXO OR OTHERWISE RELATING TO THE SECURITIES, HAS BEEN, WILL BE, OR NEEDS TO BE, LODGED WITH THE AUSTRALIAN SECURITIES & INVESTMENTS COMMISSION. THE COMMUNICATION CHANNELS AND ANY SUCH MATERIAL IS NOT A PRODUCT DISCLOSURE STATEMENT UNDER DIVISION 2 OF PART 7.9 OF THE CORPORATIONS ACT 2001 (CTH) (THE "AUSTRALIA ACT") NOR IS IT A PROSPECTUS UNDER CHAPTER 6D OF THE AUSTRALIA ACT, AND THE SECURITIES HAVE NOT BEEN, AND WILL NOT BE, REGISTERED AS A MANAGED INVESTMENT SCHEME UNDER THE AUSTRALIA ACT.

AN OFFER OF THE SECURITIES IS MADE IN AUSTRALIA ONLY TO "WHOLESALE CLIENTS" AS DEFINED BY THE AUSTRALIA ACT ("WHOLESALE CLIENTS"), AND CAN ONLY BE ACCEPTED BY A RECIPIENT IF THEY ARE A WHOLESALE CLIENT. NO SECURITIES WILL BE ISSUED OR ARRANGED TO BE ISSUED, AND NO RECOMMENDATIONS TO ACQUIRE SECURITIES WILL BE MADE, WHICH WOULD REQUIRE THE PROVISION OF A PRODUCT DISCLOSURE STATEMENT UNDER DIVISION 2 OF PART 7.9 OF THE AUSTRALIA ACT OR THE PROVISION OF A FINANCIAL SERVICES GUIDE OR A STATEMENT OF ADVICE UNDER DIVISION 2 OR 3 OF PART 7.7 OF THE AUSTRALIA ACT.

NEITHER SUCH MATERIAL RELATING TO THE SECURITIES NOR ANY OTHER DISCLOSURE DOCUMENT IN RELATION TO THE SECURITIES CAN BE PARTIALLY OR WHOLLY DISTRIBUTED, PUBLISHED, REPRODUCED, TRANSMITTED OR OTHERWISE MADE AVAILABLE OR DISCLOSED BY RECIPIENTS TO ANY OTHER PERSON IN AUSTRALIA.

CONFIDENTIAL

NEXO-0216135

**NOTICE TO RESIDENTS OF CANADA**

UNLESS PERMITTED UNDER SECURITIES LEGISLATION, THE HOLDER OF THIS SECURITY MUST NOT TRADE THE SECURITY BEFORE THE DATE THAT THE ISSUER BECOMES A REPORTING ISSUER IN ANY PROVINCE OR TERRITORY.

CONFIDENTIAL

NEXO-0216136