UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>   Plaintiff,<br><br>   v.<br><br>NEXO CAPITAL INC.,<br><br>   Defendant. | Case No. 23-cv-00882-TSH<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 74, 77, 82 |

The parties have several discovery disputes. The Court addresses them as follows.

**A.     ECF No. 74**

   **1.     Rog 5**

The Court already ordered Nexo to answer rog 5 for worldwide sales. ECF No. 69. Nexo is in violation of that order, and its conduct is sanctionable.

   **2.     Rog 12**

The Court orders Nexo to answer rog 12.

**B.     ECF No. 77**

For the most part, Nexo's motion to compel seeks documents that have nothing to do with this case and is broadly invasive of Cress's privacy. The Court denies Nexo's motion except grants it as to RFP 132.

**C.     ECF No. 82**

The Court is concerned that Plaintiff's motion to compel is seeking class action discovery far beyond what is needed to adjudicate his claims. For all but two of the RFPs in question, the Court adopts "Nexo's Final Proposed Compromise." For RFPs 178 and 247, the Court adopts "Plaintiff's Proposed Compromise." Please note that both RFPs are "sufficient to show." Thus,

1   by adopting Plaintiff's Proposed Compromise, the Court is saying that Nexo may limit its search
2   for documents sufficient to show these things to its 14 custodians and 9 non-custodial sources.
3       This order terminates ECF Nos. 74, 77 and 82.
4   **IT IS SO ORDERED.**

6   Dated: October 31, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge