# Exhibit 4

# Exhibit 4

Message

| | |
|---|---|
| **From:** | Hristiyan Hristov [hristiyan@nexo.io] |
| **Sent:** | 03/03/2021 09:15:31 |
| **To:** | ███████████████ |
| **BCC:** | bizdev.replies@nexo.io |
| **Subject:** | RE: Nexo's OTC Trading desk <> Ted - NEXO Tokens purchase |

Ted,

The OTC desk works on a best execution effort. I am not able to provide you with a price beforehand.

When you will be sending the funds?

Thank you.

On Wed, Mar 03, 2021 at 03:27:45, < ███████████████ > wrote:

We have a moving target here given the volatility of the market. Shouldn't we come to an agreement about price per token?

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Tuesday, March 2, 2021 6:39 AM
**To:** ███████████████
**Subject:** RE: Nexo's OTC Trading desk <> Ted - NEXO Tokens purchase

Thank you for the assistance, Ted.

Please send the BTC for the purchase to Nexo's OTC desk BTC vault
- 1CiXoWEFdmLHKDV4WehGyy5tUU5itS8LN7

Please let me know when you send the funds.

CONFIDENTIAL

On Mon, Mar 01, 2021 at 20:35:27, <█████████████████> wrote:

Actually, I just saw it and signed the Docusign.

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Monday, March 1, 2021 3:11 AM
**To:** ██████████████
**Subject:** RE: Nexo's OTC Trading desk <> Ted - NEXO Tokens purchase

Hello Ted,

We are not offering any discounts on the NEXO Tokens. Nexo is not a participant in the trade, we act as a middle man of the deal.

The Nexo OTC Desk works on a best-effort execution basis. When facilitating a NEXO deal, we will work with some of our large token holders to secure the necessary quantity. We push them to get the best price of execution, without us charging an additional spread. We take into consideration the current spot price and spread on different exchanges. We protect the buyer of any price slippage which will occur if going direct to an exchange.

Let me know when you are ready to proceed forward.

On Mon, Mar 01, 2021 at 02:55:13, <█████████████████> wrote:

Hristiyan, can you first provide your offer? Is there any discount from the exchange price when purchasing larger amounts of NEXO?

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Sunday, February 28, 2021 10:03 AM
**To:** ██████████████
**Subject:** RE: Nexo's OTC Trading desk <> Ted - NEXO Tokens purchase

CONFIDENTIAL

Hello Ted,

I will ask the team to resend you the Purchase agreement.

We would prefer BTC as payment. If you agree with that, I will send you an address to send the funds.

Thank you.

On Fri, Feb 26, 2021 at 20:44:52, <​███████████████​> wrote:

> Hello Hristiyan. I sent you an email to support@nexo.io on Thurs 2/25 6:49 AM - Can you resend the purchase agreement? I never received it.
>
> I am looking to purchase $100,000 worth of NEXO token with either BTC, ETH, or USDT. Can you provide your offer?

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Friday, February 26, 2021 7:57 AM
**To:** ███████████████
**Subject:** RE: Nexo's OTC Trading desk <> Ted - NEXO Tokens purchase

Hello Ted,

I hope you are doing well.

Please sign the Purchase agreement and we can proceed forward with the trade. It has already been sent to you.

CONFIDENTIAL

NEXO-0044833

Also, please confirm the following:

1. Amount of NEXO Tokens you would like to acquire
2. Assets you would use for the purchase ( BTC, USDT etc)

Looking forward to hearing from you.

On Wed, Feb 24, 2021 at 06:06:59, <​███████████████​> wrote:

Hello. I am already advanced verified. I also am an accredited investor from verifyinvestor.com. Attached is the certificate.

Thank you,

-Ted Kim

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Tuesday, February 23, 2021 12:52 PM
**To:** ███████████████
**Subject:** Nexo's OTC Trading desk <> Ted - NEXO Tokens purchase

Hello Ted,

Thank you for contacting Nexo OTC Desk! We will be happy to assist you.

As part of our KYC process, could you please log in your account and pass advanced verification? Additionally, one of our compliance associates will get in touch with you to request a Source of Funds declaration and provide you with a copy of our Cryptocurrencies Purchase and Sale Agreement for signing.

CONFIDENTIAL                                                    NEXO-0044834

In addition, the NEXO Token is registered with SEC as a security. The SEC requirement is to sell it only to accredited investors who can show a proof.. The accredited investor certificate has a certain criteria and can be proved by a certified platform, your layer/broker or through your tax return slips for the past 2 years. You can see the requirements here and get a certificate through the verifyinvestor.com platform.

As soon as we have the requested documents reviewed and approved, we can proceed forward with the purchase.

NEXO-0044835