Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ianshelton@bakermckenzie.com
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

*Attorneys for Defendant*
Nexo Capital, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>          Plaintiff,<br><br>     vs.<br><br>NEXO CAPITAL INC.,<br><br>          Defendant. | Case No. 3:23-cv-00882-TSH<br><br>The Hon. Thomas S. Hixon<br><br>**DECLARATION OF IAN S. SHELTON REGARDING DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SALED (DKT. 79)** |

DECLARATION OF IAN S. SHELTON

I, Ian S. Shelton, hereby declare as follows:

1. I am a member in good standing of the Bar of the State of California and the Northern District of California, and I am counsel of record for Defendant Nexo Capital, Inc. ("Nexo"). I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2. On October 14, 2025, Defendant filed an administrative motion to consider whether another party's material should be sealed (Dkt. 79).

3. On October 30, 2025, the Court issued an order on the sealing motion (Dkt. 85).

4. As to Dkt. 79, the Court stated the following: "the Court DENIES Nexo's Administrative Motion to seal Shelton Decl., Ex. 8 (ECF No. 79-4), Shelton Decl., Ex. 9 (ECF No. 79-5), Shelton Decl., Ex. 10 (ECF No. 79-6), and Shelton Decl., Ex. 11 (ECF No. 79-7), and Nexo is hereby DIRECTED to file these items in the public record within four days from the date of this order." Dkt. 85 at 6.

5. Attached as **Exhibit 8** is Shelton Decl., Ex. 8 (ECF No. 79-4), which was produced in this matter by Plaintiff at Bates number CRESS-00000034.

6. Attached as **Exhibit 9** is Shelton Decl., Ex. 9 (ECF No. 79-5), which was produced in this matter by Plaintiff at Bates number CRESS-00000692.

7. Attached as **Exhibit 10** is Shelton Decl., Ex. 10 (ECF No. 79-6), which was produced in this matter by Plaintiff at Bates number CRESS-00012656.

8. Attached as **Exhibit 11** is Shelton Decl., Ex. 11 (ECF No. 79-7), which was produced in this matter by Plaintiff at Bates number CRESS-00013118.

This declaration was executed on November 3, 2025 in Austin, Texas. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Ian S. Shelton*
Ian S. Shelton