# EXHIBIT 9

2014/03/19

Jeff Blake

JB
Discuss:
http://finance.yahoo.com/news/kaseya-appoints-tom-schodorf-svp-130700347.html
02:57:57 pm

2019/07/12

_$!<Other>!$_

https://apple.news/AnJqPPQcWQO-8GEuroqlYdA





10:35:27 pm

2021/04/05

_$!<Other>!$_

Hey!  Does anybody we know work at Splunk anymore?  I've seen so many exits on Linked In over the past few months.   What's going on??
05:54:37 pm

> I hope you made it out in one piece
> 06:17:52 pm

**Jeff Blake**

> Ha!
> Yeah...there's lots of that happening.
> New leadership, more BS. I left before it got to me.
> 07:20:45 pm

> I owe you a steak dinner or something for helping me take the plunge into crypto.
> 07:21:17 pm

> This past year was better than any previous year I had in the stock market.
> 07:21:51 pm

> I've got 2 Full Nodes set up, and my cousin and I are thinking about buying some Ant Miners. Let me know if you want in...
> 07:22:30 pm

_$!<Other>!$_

> You don't owe me anything, but a steak dinner if you're ever in town is good for chatting purposes regardless.... Yeah, crypto is insane.   This past year has been nuts to the point that a job is a waste of time and not worth enough.... plus crypto is so much more fun and interesting.  I'm on crypto from morning to night now - such good timing with quitting work and the lockdowns.  I'm staying on lock down!
> That's cool you set up nodes.  Maybe I would consider it if we chat about it - especially if we find a source of free energy!
> 07:41:34 pm

**Jeff Blake**

> Ha! Well...power is pretty cheap here in Texas. Plus, I'll build out a solar bank to power the GPUs.
> 07:42:52 pm

_$!<Other>!$_

> I didn't know you live in Texas, but that's good.
> 07:43:31 pm

**Jeff Blake**

> I'll probably be traveling for work this summer…I'll definitely ping you and we'll connect for some good dialog.
> 07:43:32 pm

_$!<Other>!$_

> Sounds good
> 07:43:43 pm

**Jeff Blake**

> I moved to Austin about 4 years ago.
> 07:43:44 pm

_$!<Other>!$_

> That sounds familiar
> 07:44:00 pm

**Jeff Blake**

> Are you still at Splunk?
> 07:44:33 pm

_$!<Other>!$_

> No, I quit January 24, 2020
> 07:45:09 pm

> No more jobs for me…. crypto 100%
> 07:45:23 pm

> You didn't notice me gone?  Ha ha - weren't you working for the commercial team?  I guess everyone probably went remote and it was harder to sense people's whereabouts I'm guessing
> 07:46:43 pm

**Jeff Blake**

> I didn't notice anyone here or not…remote work sucks
> 07:47:15 pm

**JB**: I thought you said you'd left, but I checked LinkedIn and it says you're still there.
07:47:42 pm

_$!<Other>!$_
I will update LinkedIn at some point
07:48:04 pm

I see …. that makes sense, how would you know if I haven't gone into LinkedIn
07:48:52 pm

I'm glad I avoided endless zoom calls - that would be HORRIBLE
07:49:24 pm

Jeff Blake
**JB**: You have no idea…it's even worse than it sounds. Especially doing 6-8 hours a day.
07:49:59 pm

_$!<Other>!$_
Unbelievable
07:50:25 pm

Quit that crap - you can make millions per year in crypto
07:51:44 pm

Start watching Michael Saylor videos …. and then Richard Heart too
07:52:11 pm

I just increased my bitcoin and ethereum holding by 60%, free and magically, using NEXO
07:53:30 pm

https://www.reddit.com/r/Bitcoin/comments/mk8ohi/10_million_bitcoin_endgame_one_of_the_best_video/?utm_source=share&utm_medium=ios_app&utm_name=iossmf





07:54:07 pm

https://www.reddit.com/r/Bitcoin/comments/mkn8dx/michael_saylor_puts_it_all_in_context/?utm_source=share&utm_medium=ios_app&utm_name=iossmf

CONFIDENTIAL                               CRESS-00000696







07:56:26 pm

CONFIDENTIAL                                                        CRESS-00000697

**Jeff Blake**

> I did quit...
> 09:13:26 pm

> I've been off work for 2 months. Just joined another company. No Zooms...
> 09:13:46 pm

_$!<Other>!$_

> That's great - good move
> 11:05:28 pm

**Jeff Blake**

> 👍
> 11:30:42 pm

2021/04/06

_$!<Other>!$_

> Have you run some numbers on mining?
> 05:58:02 pm

**Jeff Blake**

> Getting a quote on 4 Ant Miner/GPUs
> 05:58:47 pm

> My cousin is running some numbers on the utility and probability of Proof in the current Global Hashrate.
> 05:59:49 pm

_$!<Other>!$_

> Interesting
> 06:05:45 pm

> I'm on a zoom call about crypto right now .... these are zoom calls I don't mind joining. This is an investment firm's weekly call talking about the whole market and what's new etc
> 06:07:05 pm

Jeff Blake

> I watched the Mike Saylor video you sent yesterday. It was awesome.
> 06:24:41 pm

_$!<Other>!$_

> Yeah, he's been the face of bitcoin over the last year and got Elon Musk to buy $1.5B of bitcoin for Tesla.   He's a better spokesman than the Winklevoss twins, or John McAfee, or Tim Draper
> 06:38:01 pm

Jeff Blake

> Hahahaha
> 06:39:42 pm

_$!<Other>!$_

> He's also the reason I moved all my bitcoin and ethereum from Coinbase to NEXO, borrowed 60% of my value using my coins as collateral and magically increased my holdings by 60%!!   Unbelievable
> 06:39:46 pm

Jeff Blake

> Wow - you can get margin from NEXO?
> 06:40:16 pm

> Are the fees better than coinable?
> 06:40:30 pm

> Coinbase
> 06:40:36 pm

_$!<Other>!$_

> The fees are not better, but they allowed me to make more money in a short amount of time than I ever thought I could .... they can have the fee ha ha
> 06:41:40 pm

> I go through their OTC desk, so it's not even fees really - they execute my order over a 24 hour period and use a weighted average for my price and Avery time the execution price is magically at the very high end of the 24 hour price, so they basically front run my order and take a big slippage as their profit
> 06:44:49 pm

> I'm ok with it though
> 06:45:24 pm

**Jeff Blake**

> Nice - I'll look into it
> 07:28:54 pm

_$!<Other>!$_

> You bought bitcoin right.  I have a vague recollection of telling you to not overthink it or wait and to immediately buy at least one or two bitcoins.  What was the price of bitcoin back then???  I want to say it was $12,000 or $14,000 or so.  Am I close?  Did you buy a bitcoin or two?
> 07:48:29 pm

**Jeff Blake**

> I bought my first two when it was 6600$
> 08:02:45 pm

> I bought 2 more at $18,000
> 08:03:06 pm

> I was ready to sell and you talked me into keeping them.
> 08:03:33 pm

> So I owe you big time.
> 08:03:46 pm

> Then I read Saifedean Ammous and he convinced me that bitcoin will take over as the global reserve currency.
> 08:04:53 pm

**JB:** I think you told me that too
08:05:32 pm

**JB:** To read Bitcoin Standard by Saifedean Ammous
08:05:44 pm

_$!<Other>!$_

Yes, I told you to read that. You can turn your 4 bitcoins into 6.4 using Nexo.

I don't want you to lay me back with anything except maybe the next big hot token recommendation. My friend Nikki just called and asked if I bought mobile coin. It was $6 a week or two ago and it's $66 today!
08:09:41 pm

Jeff Blake

**JB:** Awesome.
08:10:28 pm

**JB:** I bought some Ethereum, but the other one I bought is Ren. Ren is the one coin that can move between blockchains, which I think is huge. It's not performing well, but I think is a big potential.
08:12:08 pm

_$!<Other>!$_

I bought 1,000,000 VXV at $.05 and it's $2.00 now (I have 650,000 left) ..... I bought $10k of PPAY at $.01 and it's at $.30 now ..... I have a few more of those examples
08:13:09 pm

Jeff Blake

**JB:** Wow - amazing
08:13:26 pm

_$!<Other>!$_

I put $10k into REN too
08:13:31 pm

CONFIDENTIAL                                              CRESS-00000701

**Jeff Blake**

nice
08:13:39 pm

_$!<Other>!$_
I have about 35 tokens and a shopping list of about 20 more
08:14:06 pm

**Jeff Blake**

I am fired up now to do more research. I'll find us a good.
08:14:47 pm

_$!<Other>!$_
I put $40k into GRT and it's $100k now and stuck and I'm going to sell and reinvest but 2.5x in 3 months is good
08:15:07 pm

I read and follow projects and telegram chats from with my morning coffee until I can't keep my eyes open
08:15:52 pm

No time for a job
08:16:07 pm

**Jeff Blake**

Hahahaha
08:16:15 pm

Well...it's paying off for sure
08:16:24 pm

_$!<Other>!$_
Jobs don't compensate you and suck you in - they are a massive trap, be careful
08:17:05 pm

Jeff Blake

> You've watch too many Robert Kiyosaki videos!
> 08:20:19 pm

JB: lol
08:20:22 pm

> I've never watched a Robert Kiyosaki video …. this is my own video!
> 08:20:56 pm

Jeff Blake

JB: Hahaha
08:21:03 pm

JB: Well you should start a YouTube channel!!!
08:21:17 pm

> Somehow companies literally think they own your ass once they offer the measly paycheck…. it's really something else
> 08:21:48 pm

Jeff Blake

JB: Hey - did you sell your Coinbase coins to USD, then open your NEXO account with cash? Or is there a way to transfer over the keys?
08:22:34 pm

> Never selling my original coins and paying the tax…. later this year I will sell the ones I just borrowed to buy with a high cost basis.   I sent my tokens to Nexo's deposit address
> 08:23:55 pm

**Jeff Blake**

> Ok
> 08:24:33 pm

_$!<Other>!$_

> I also lent them before I took my loan and I still lend the ones which aren't locked as collateral .... I've made a ton of interest
> 08:25:01 pm

**Jeff Blake**

> Can u do that thru NEXO as well?
> 08:25:39 pm

_$!<Other>!$_

> I did that all on Nexo
> 08:26:05 pm

> I'm also about to roll over two IRA's into a self directed IRA account with irafinancial.com, liquidate them, pay all taxes now, roll them into a new ROTH IRA not subject to the 10% early withdrawal penalty, open an account at Gemini and use them as my custodian, buy Ethereum at Gemini in the Roth, send it out to ethhex.com, buy 3,000,000 hex tokens, lock up the hex for 15 years, then in 15 years the staked hex will be 9,000,000 hex and hex will be $50 and I can withdraw the $500,000,000 from the Roth tax free.   If hex goes to $100 then it will be $1 billion tax free, but I'm using conservative numbers, so half a billion
> 08:33:30 pm

2021/04/07

_$!<Other>!$_

> I can't find my Fidelity account number from my Splunk 401k.   Do you know how to track that down by chance?
>
> (I just doubled my position in KCS today.  Tomorrow I'm buying AUTO)
> 01:40:17 am

**Jeff Blake**

> You need to go to Netbenefits for the Splunk 401K: //netbenefits.fidelity.com
> 02:25:52 am

**JB** There's a FORGOT LOGIN link when you reach the login screen
02:26:13 am

_$!<Other>!$_

I will use that - thanks!
02:26:33 am

Jeff Blake

I love the IRA idea.
02:26:43 am

**JB** Why do you think Hex will reach $50 ?
02:26:58 am

✓ Read

_$!<Other>!$_

Oh, it's going to be great
02:27:02 am

✓ Sent

CONFIDENTIAL                                    CRESS-00000705