# EXHIBIT 10

**Platform:** Native Messages   **Timezone:** UTC+0000

| DC | Dave Lindenbaum Cell +1 (510) 551-9118 | JC | John Cress jtc88@hotmail.com | | _$!<Other>!$_ +1 (415) 298-4366 |

2021/04/29

Dave Lindenbaum Cell

> I think yield farming but haven't looked to deeply
> 06:58:42 pm

> It is a buy now
> 07:01:55 pm

_$!<Other>!$_

> Looks like your tax guy was wrong or else you maybe had also asked him if state taxes were extended along with federal and he said yes to that
>
> If you just search on Google "when are Q1 estimated taxes due", all the results are saying due April 15
> 07:06:19 pm

Dave Lindenbaum Cell

> $700 is the damage
> 07:07:11 pm

> Write off
> 07:07:33 pm

_$!<Other>!$_

> Still, it's lame for our tax guys to let that slip on us without sending us vouchers or not reminding us..... some of the articles I'm reading are in accounting magazines written by firms saying "we are reminding all our clients…."
> 07:10:02 pm

CONFIDENTIAL   CRESS-00012656

**Dave Lindenbaum Cell**

DC: I made the conscious choice
07:10:42 pm

_$!<Other>!$_
Oh - not in my case
07:11:01 pm

**Dave Lindenbaum Cell**

DC: So I could invest the $300,000
07:11:23 pm

_$!<Other>!$_
Right
07:11:30 pm

I guess I've been heavily investing too so, so should look at it that way too
07:12:00 pm

But the reality is I'm too busy and dropped the ball
07:12:37 pm

Not too busy - too unorganized
07:13:16 pm

It says the LTV for loans is being lowered "temporarily", so that might be fine if it goes back up when the price of bitcoin goes higher …. I can't really borrow much more until the price goes higher anyway
07:49:21 pm

You should direct your IRA funds to Nexo so you can borrow and accumulate more. The appreciation of BTC and NEXO make it possible - they could raise the interest rate to 12% and it still works because NEXO will go up up 300% this year and they will both far exceed any interest rate charged….
07:59:43 pm

Also, the rate changes will benefit the NEXO token price and the 3-4% dividend we get in August....
08:01:22 pm

I just sent an email to Nexo saying I want to use my credit line to buy more ethereum before Wednesday when the LTV levels change
08:02:47 pm

The Node: Bring on the Bitcoin ETFs  https://bit.ly/3aOssQS via @CoinDesk


09:40:22 pm

I think an ETF approval could be the big event that drives the next secular top.  Last time it was the CME and CBOE options exchanges, but this will be way bigger.   If it happens later this year, the timing would be perfect
09:42:39 pm


10:19:22 pm

2021/04/30

Dave Lindenbaum Cell

Quick is $1250
03:09:18 am

CONFIDENTIAL     CRESS-00012658

**DC:** Holy
03:09:22 am

**DC:** Moly
03:09:25 am

_$!<Other>!$_

Unbelievable
03:09:41 am

Guess we should've aped in
03:10:31 am

Aping in can be profitable
03:10:51 am

Some of the best tokens are exchange tokens - BNB, KCS, NEXO, CEL, UNI, CAKE, QUICK.... COMFI is one too
03:29:24 am

Dave Lindenbaum Cell

**DC:** Yes
03:31:38 am

_$!<Other>!$_

In most countries you pay tax on crypto at the point of selling it to fiat. If you get a loan of that amount in fiat and use it, you don't pay tax.

If the crypto increases in value, you can then pay off the loan in crypto, still not paying tax. You have now bought what you needed and all without paying tax or selling the crypto so your crypto is now worth even more!
08:24:06 am

I didn't realize this!
08:25:01 am

CONFIDENTIAL                                             CRESS-00012659

Dave Lindenbaum Cell

 DC — Wow
09:31:22 am

_$!<Other>!$_

I'm not sure it's true though
06:40:21 pm

That was from the Nexo telegram chat
06:40:43 pm

Nobody countered it, so I thought it was legit…. then I kept reading and finally way later someone did object to that. I'm looking for that response now
06:54:16 pm

This was the response:

Paying loan in n crypto is the same as selling it in my country so you need to repay in fiat. Only solution I see for it is just to have some eurx generating interest and you pay with that
07:09:12 pm

Reply from Token Tax:

Hi John,

It looks like we had not yet activated your 2021 plan. Sorry about that! Could you try again and tell me if you're still having issues?
07:35:13 pm

Oops!
07:35:16 pm

 1  Dave Lindenbaum Cell

Their work is very manual actually.  They're part automated software company and partly just a tax prep firm
07:35:57 pm

Nexo is going to allow USD deposits soon
09:13:25 pm

CONFIDENTIAL                                          CRESS-00012660

> These platforms are going to give Coinbase a run for their money soon
> 09:13:51 pm

> I borrowed another $2 million today.   Half is to buy ethereum and half is to earn 12% minus 7%= 5% on USDC
> 10:17:55 pm

> I'm starting to think you would really enjoy Nexo
> 10:27:31 pm

Dave Lindenbaum Cell

> Maybe
> 11:20:21 pm

_$!<Other>!$_

> Exactly
> 11:22:32 pm

2021/05/01

_$!<Other>!$_

> Ether Could Hit $10K, FundStrat Says, Touting Network Value Versus Bitcoin's  (null) via @CoinDesk



> 12:34:24 am

CONFIDENTIAL                                                        CRESS-00012661

Dave Lindenbaum Cell

https://www.coindesk.com/events/consensus-2021



DC



10:46:55 pm

2021/05/02

_$!<Other>!$_

We should register for that
07:23:06 pm

https://cryptolader.com/
07:23:11 pm

Scroll down and look at their premium and platinum plans.   They are based in San Francisco.
07:24:16 pm

https://youtu.be/WWZrCBXMhaw





11:04:23 pm

2021/05/03

_$!<Other>!$_

https://www.coindesk.com/events/consensus-2021





04:41:00 am

This is $199 to register. Are you going to pay the fee?
04:41:20 am

Don't look now, but COMFI is hitting ATHs
08:15:41 am

Dave Lindenbaum Cell

I invested at Gemini
05:09:00 pm

58k BTC, 58K ETH, 11K Aave, 11k Uni, 11k Maker, 4K matic
05:10:13 pm

Transaction fees were high 1.5%
05:10:34 pm

_$!<Other>!$_

Damn!
05:10:42 pm

Dave Lindenbaum Cell

$3000 on investing $155k
05:10:51 pm

But my value is already at $164k, so I guess it doesn't matter
05:11:11 pm

CONFIDENTIAL                    CRESS-00012664

_$!<Other>!$_

> That's a good token mix though .... I don't know how long term MATIC will be, but the others should be
> 05:11:27 pm

> Actually it doesn't matter - you can sell and rebalance those any time you want
> 05:12:04 pm

Dave Lindenbaum Cell

> There will be transaction fees on the sells, i think
> 05:12:29 pm

> We are captive to them
> 05:12:43 pm

_$!<Other>!$_

> It doesn't matter - Nexo rips me off worse than that every time, but it doesn't matter
> 05:13:01 pm

Dave Lindenbaum Cell

> COMFI is on fire
> 05:14:22 pm

> Pretty remarkable since it has a small amount of TLV
> 05:14:54 pm

_$!<Other>!$_

> I just bought 312 ETH overnight for $1,000,000 which equates to a price of $3,205 each!   That's higher than the price ever got last night!
> 05:15:09 pm

> But once again it doesn't matter because now it's up to $3,266
> 05:15:59 pm

> I'm now most excited about the launch of Pulse Chain - it's a new fork of ethereum and you can buy super early.  It's from the guy who launched and made Uniswap successful and Hex.   It will run Hex and possibly other projects will switch to it that have major pains around unstaking - for example, Aave could end up running on PulseChain soon.  All your ERC20 tokens in your wallet (not on an exchange) will automatically be duplicated to Pulse and you will have free tokens.   Some will not rise in value, but some will.  Getting PulseChain now is like getting ETH at $.10 or getting Hex early.   It's not 100% guaranteed, but it's another chance at the ground floor of something on the huge scale (if it works, which it very well could).  $100k makes us whales
> 05:23:06 pm

> COMFI is cooperating nicely .... it still needs to launch and then hold up for 3 months
> 08:59:53 pm

**Dave Lindenbaum Cell**

> Yes indeed
> 09:14:54 pm

> Small float
> 09:14:59 pm

_$!<Other>!$_

> Small indeed
> 10:06:46 pm

> The platform needs exposure though too - it's very unknown
> 10:07:14 pm

**Dave Lindenbaum Cell**

> Some people must know abut it because it has a $350 million valuation already
> 10:31:23 pm

> 10 times PPAY
> 10:31:29 pm

_$!<Other>!$_

> Nice!
> 10:31:39 pm