# EXHIBIT 11

**Platform:** Telegram    **Name:** 1377764370    **Timezone:** UTC+0000

 Ace (137) 776-4370
 John Kreese
 System message

2021/07/03

Ace

The second email you sent was blank
07:51:40 pm

Oh wait nvm I got it open
07:52:05 pm

I don't think there's grounds for a lawsuit unfortunately bc he was clear in his response it was for the sell execution
07:53:18 pm



07:53:25 pm

CONFIDENTIAL    CRESS-00013118



07:53:30 pm

After you asked if it was just 2.7%

07:53:39 pm

So it's more a language issue, so you'd do better I think trying to guilt them into lenience rather than lawsuits

07:54:02 pm

Bc also the first exchange prior was you just saying you wanted to sell and him saying there would be a 2.7% execution fee for that... then you asked if that was the total fee (and never mentioned purchasing in this exchange) and he followed by saying that would be the total sale execution fee... he was specific with that language

07:54:48 pm

CONFIDENTIAL                                                          CRESS-00013119



07:55:05 pm

Could you do better buying other tokens with your tether and maybe just a portion of nexo?

07:55:36 pm

I'm sorry bro this situation is brutal

07:58:23 pm

I just want to be realistic before you spend more money on lawyers

07:58:33 pm

John Kreese

**JK:** Damn. Did you read the last email I sent back to him? He hasn't replied to it. Maybe I will just have to give in....

Also, the offer wasn't to sell Nexo and buy back a mix, so I may only have the choice to buy back Nexo....

One thing I could try is to say I would like to buy 1/3 of each token if there's going to be another 2% fee, since constantly swapping will chew me up ..... or if there's no fee, then just go all back into Nexo. I suppose I could throw that out and just use guilt and begging for help as my leverage

I could ask for one of those two - as if I'm giving him two options and two "offers". They should want to make a trading fee OR have me back in Nexo

10:24:12 pm

Ace

**A:** Well, your original email was saying you wanted to sell and the OTC desk sometimes does these transactions regardless I believe so I don't think you're obligated necessarily to buy back

10:51:52 pm

So you could tell them you want to buy a portion and then use the rest on other exchanges however you please

10:52:22 pm

In that case you basically sold off a large portion that you wouldn't have been able to On exchanges

10:52:42 pm

But if you want it all in Nexo or that's the only thing you can do then it doesn't hurt to try to guilt them a little lol

10:53:02 pm

CONFIDENTIAL                                    CRESS-00013121

2021/07/04

John Kreese

> He started suggesting I better hurry, so I just went 100% back into Nexo.   The amount of fast decisions I've made with my money the last couple months is staggering.   It's looks like the whole transaction cost me about $104,000 which is so damn crazy.   At least I have the loss.
>
> Now my challenge is how much it will cost to diversify into ETH and BTC.
>
> 07:58:07 pm

Ace

> Damn bro, what a mess this has been… I'm just glad you're finally settled for now and can hopefully collect some interest and just take a pause for a minute before having to make any decisions
>
> 11:31:29 pm

> Im hoping also we get a boost from the new exchange
>
> 11:31:43 pm

2021/07/05

John Kreese

> The new exchange announcement didn't boost it unfortunately
>
> 05:44:01 pm

> But remember the other day when you were going over my emails and you said they didn't seem to violate what they promised in terms of the execution fees?
>
> There's also the part that said they would buy it back at the same price for me.   It looks like they bought them at a HIGHER price, on top of charging me a 5% execution fee instead of 2.7%
>
> 05:49:17 pm

> He wrote today:
>
> I have some good news. The team has purchased the following assets:
>
> 1,041,157 NEXO Tokens @ $1.5352
>
> The assets have already been deposited in your account.
>
> 05:49:35 pm

CONFIDENTIAL
CRESS-00013122

> I think they were sold for $1.35, but notice he did NOT send me a note with that information. They are obfuscating that part. I got it all in emails, they didn't follow that was in the emails, and nothing I can do
>
> 05:51:47 pm

> Do you think I should email him back and ask what price I sold them for, just to have it in writing?
>
> I don't think it will do any good, but it seems like I might as well ask
>
> 05:56:26 pm

> Now I'm upset with myself that I didn't ask him to spread it across BTC, ETH, and Nexo because that's what I want, but doing it now will kill me in fees again.
>
> The whole reason I hurried to do it all in Nexo was based on their empty promise that it would not cost me!!!!!! He told me right at the end I better hurry before the price goes up
>
> 06:02:33 pm

> I'm living in a mental prison - it's like hell. I was retired and making $2,000 a day interest at first, then did the stupid credit stuff and now lost it all. I'm struggling to exist it's very bad
>
> 06:23:38 pm   JK

Ace

> Are you able to survive off the current interest? I'm not sure what it is with 1M tokens...
>
> 06:37:47 pm

John Kreese

> Maybe I can find a way to survive, but I'm struggling mentally so bad. I need more help from people on day to day things and making decisions etc. Going through my token tax and dealing with that is a horrible mess and I can't concentrate on it and they are very slow at responding to questions
>
> 06:51:22 pm   JK

Ace

> Do you trust your accountant to be able to sort through all of this for now?
>
> 06:55:30 pm

CONFIDENTIAL                                                                                          CRESS-00013123

**Also how much interest are you collecting?**
06:55:38 pm

**You're going to be able to rebuild from here… but you need to slow down now and buy time for sound decisions**
06:56:48 pm

**If you're making 70-100k per year for now w interest (and will make more as token value appreciates) I would focus on downsizing everything for the time being**
06:57:25 pm

A

**There are parts of the country where you can live like a king on that salary until you have the next steps sorted**
06:57:44 pm

John Kreese

**I don't want to leave the area and my family really.   I might have to share a place with my brother which is not ideal.   I wanted to help him instead!   Going from majorly thriving with 250BTC and ETH to survival mode is intensely depressing - I can't even begin to describe it to people**
07:23:39 pm

**I don't think my accountant could go through my token tax.   He doesn't know crypto well and it could take him a long time and cost an arm and a leg too at his rates.**
07:31:15 pm

JK

Ace

**https://koinly.io/**

**Sent an attachment
Title: Koinly: Calculate Your Bitcoin and Crypto Taxes Koinly: Free Crypto Tax Software Easily Calculate Your Crypto & NFT Taxes ⚡ Supports 800+ exchanges ▷ Coinbase ✓ Eth ✓ Solana. ☑️ View your taxes free!
URL: https://koinly.io/**
07:34:03 pm

**Use one of these software programs**
07:34:10 pm

> Just input your wallets
> 07:34:14 pm


> And then delete things out and add in losses that it misses
> 07:34:25 pm

John Kreese

> Sorry for dumping all this baggage on you today and thanks for your patience ....
>
> I'm just pondering now how I sold all my BTC to get that loan paid off and preserve my last $1.5M at the expense of 115 BTC and when that goes to $100k plus this year I'm going to be an absolute wreck
> 07:34:39 pm

Ace

> It'll at least give you an understanding of where you are roughly
> 07:34:43 pm

John Kreese

> I'm using Token Tax
> 07:35:00 pm

Ace


> Do they support nexo?
> 07:35:59 pm

John Kreese

> It reads pretty well from Coinbase, and KuCoin and MyEtherWallet, but it's having problems with Nexo and I have some missing data
> 07:36:36 pm

Ace

> You can still end up in a position to help your brother... this isn't a permanent situation you're in
> 07:37:23 pm

**A**
Is your entire family in San Fran? And are they committed to staying there?
07:37:45 pm

John Kreese

With Nexo I have to upload their CSV and make changes to it and it's all messed up and have to do it again each time there's a new transaction.   I might have to delete the old one first, which is also something that has to be determined and figured out.  Nexo is the biggest challenge right now
07:38:44 pm

My sister is in San Diego and wants me to come down for a week.   They don't want me alone.  The rest live in the Bay Area.  My dad is up by Sacramento.   I just feel like this is home and moving might depress me more right now.
07:40:19 pm

I haven't spent a single night alone since this happened.   The only time I slept at my house my brother was there with me in the same bed.    People are worried because they have seen me have melt downs and barely hold up
07:41:42 pm

I hope this is not a permanent situation like you said
07:42:14 pm

I have the 7,500,000 CSPR tokens but it has gone down and down
07:42:46 pm

**JK**

Ace

It's certainly not permanent... I would just for now look to live as frugally as possible, move all your tokens that aren't currently earning interest into accounts that earn interest if possible
07:43:28 pm

And then take a breather before making any further decisions
07:43:39 pm

You've gotta get away from all of this
07:43:45 pm

CONFIDENTIAL                                                                                                        CRESS-00013126

> Sort the tax shit out… koinly supports Nexo but I've never used it
> 07:44:06 pm

> And then I feel like you need a vacation
> 07:44:21 pm

> It's easier said than done, but if you obsess on what might have been instead of taking stocks of your current assets and what you can build from here your life will become a wreck
> 07:44:59 pm

> You need some time to decompress and grieve but then it'll be time to let go of what might have been and focus on what you can do from here
> 07:45:33 pm

> 95% of the worlds population would give anything to teleport right now into your present situation… there is so much possible w the resources you have currently
> 07:46:13 pm

> After you grieve that's where your focus needs to go
> 07:46:30 pm

CONFIDENTIAL                                            CRESS-00013127

> **Imagine you just landed in your body.**
>
> Take inventory. Can you move? Can you think? That's a good start.
>
> What do you have to work on? Maybe it's a little bit of a fixer upper. You got this.
>
> What situations are you in? You can figure them out. Right?
>
> Without the burden of our past choices, you have nothing to forgive, no grievances to punish yourself for. You are free 🤍
>
> 07:46:50 pm

You're allowed to go into a dark space to grieve if you need to… there are great books on grief
07:47:40 pm

A

But after that it's time to refocus
07:47:53 pm

John Kreese

Thank you!

As far as doing something from here, I just need help making decisions, but there could be a very short time window for huge gains on some very depressed tokens right now that could 20x between NOW and the top.

07:48:03 pm    JK

Ace

A

You have too much life ahead to throw it away in regrets
07:48:04 pm

John Kreese

> Yeah
> 07:48:11 pm

> The thing is, I need to grieve etc, but there could be some opportunities right now but maybe I should just consider that Nexo, Casper and Hex rebounding and going higher IS my opportunity, rather than looking for other moves too
> 07:49:51 pm

Ace

> That's exactly right... moving around to other tokens to diversify could be wise but impulse decisions right now wouldn't be prudent
> 07:50:52 pm

> Especially since you're in decent choices already
> 07:51:07 pm

> I could see wanting to split some into BTC for sure
> 07:51:20 pm

> But beyond that, I feel like you need a breather
> 07:51:29 pm

John Kreese

> I don't know about CSPR though. I think splitting into BTC and ETH, but that would be with the Nexo platform and their horrible fees....
>
> I put $50,000 into Hex which is now worth $250,000, so I could diversify some of that maybe....
>
> I mean, I don't need to force it, but if someone strongly thinks a coin will 20x from here, then maybe.
>
> People in the whale chat seem to love LUNA.   Badger is way down and could be good right here.   Someone mentioned Mobile Coin the other day
> 07:56:00 pm

> Are you familiar with Hacker Noon?
> 07:56:17 pm

Ace

**I haven't heard of it, what's that?**
07:59:55 pm

John Kreese

**Oh it's a publication - like Medium. They do a lot of crypto articles. I met the founder on Saturday and he's very into crypto and said he will help look over what I have left etc, but not sure if he will help with my token tax**
08:12:09 pm

**Have you heard of Rob Garza, with Thievery Corp? Jay, the Hacker Noon founder introduced me to him later that night at a party too and we traded info to put me on the guest list, but I haven't heard back from him, but I'm sure he will**
08:15:33 pm

Ace

**Very cool! I haven't heard of any of them but if they're reputable that sounds good**
08:44:19 pm

**Just double check and verify everything they recommend**
08:44:26 pm

**A lot of "reputable" people have been pulling off scams lately**
08:44:38 pm

John Kreese

**Well Jay was the founder of Hacker Noon years ago and he's a friend, so he's just going to sit with me as a friend to give his opinion of possible moves**
09:59:05 pm

**Also chatting with my sister's husband about potential legal angles. His brother is a very good contracts attorney and he's just thinking of angles, but who knows.**

**My purchase agreement is a DocuSign with an expired link and I don't think I printed it. Curious if your brother has one….. it's probably generic just with his name on it versus my name.**
10:02:00 pm

Ace

> A purchase agreement for Nexo?
> 10:19:13 pm

> I think he bought his in the initial sale
> 10:19:20 pm

> Not sure if he's ever done a large buy or sale OTC with them
> 10:31:07 pm

> He uses a lot of exchanges I believe
> 10:31:21 pm

> But I'm sure one of the other whales has... I think sometimes the documents are made specifically for certain clients
> 10:31:45 pm

John Kreese

> It's a DocuSign I did which I'm sure is very standard.... I can ask in the whale group if anyone has a copy.   I'm just looking for any customers agreements that exist.  My brother in law told me there's no way I did an $11 million in loans without an agreement.   I need to gather any and all agreements
> 11:12:34 pm

2021/07/06

Ace

> Some of the whales likely have their own agreements, but you may need to see if you can get any specific ones you signed from Hristian
> 12:00:53 am

> They may make customizations for all of them
> 12:01:05 am

John Kreese

> I just replied to the DocuSign email and it says it went to Antoni Trenchev, but I'll have to see if someone actually reads it
> 05:42:31 am

Ace

I'm really curious to see what you end up finding out
01:59:56 pm

Especially from a legal angle... I know the XRP case might have a leg to stand on, because they didn't give notice before removing it as collateral. But that one is tricky since the loan agreement basically allows that, so the lawyers are using the white paper to try to offset it
03:22:13 pm

Not sure what course they would take for standard liquidations but would be really fascinating if they found a loophole of some kind
03:22:34 pm

If they did legitimately do so, I would highly advise settling privately and not going to court over it, as winning would be a long shot and if you lose it could wipe out what's left of your funds
03:23:14 pm

John Kreese

You said "the loan agreement basically allows that". I've been unable to locate my loan agreement. My brother in law is saying there should be a loan agreement with my signature for an $11 million loan.

Can you tell me where to find the loan agreement you mentioned?
07:37:13 pm

Also, if you have any knowledge of who the law firm is doing the XRP case, that would be great too.
07:38:06 pm

My case is simply that I was told all along I had nothing to worry about (and even a liquidation would not hurt me as it would only be partial and reset my LTV to a healthy level) and nowhere did I sign off on this risk. Hristiyan told me many times I was fine and had nothing to worry about and advised we do the second loan after bitcoin broke out higher

There's no way in hell I would risk ALL of my precious life savings like this. People ask why I would do that, and I basically say I didn't think or know I was risking it all - that would be crazy and stupid
07:44:59 pm

CONFIDENTIAL                                                                                                                  CRESS-00013132

Ace

I'm basing it off the news stories and the message boards I had seen about the XRP case. Basically people had signed temporary ownership of their collateral over to Nexo from the way I understand it and they would reclaim it after they paid off their loan
09:26:55 pm

A

But since they had agreed to that they didn't really have a case
09:27:05 pm

CONFIDENTIAL                                                CRESS-00013133