Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ianshelton@bakermckenzie.com
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

*Attorneys for Defendant Nexo Capital, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>        Plaintiff,<br><br>        vs.<br><br>NEXO CAPITAL INC.,<br><br>        Defendant. | Case No. 3:23-cv-00882-TSH<br><br>The Hon. Thomas S. Hixon<br><br>**DECLARATION OF IAN S. SHELTON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (DKT. 88)**<br><br>Hearing Date:  January 29, 2026<br>Hearing Time:  10:00 a.m.<br><br>Courtroom:    E – 15th Floor<br>Address:      Federal Building<br>              450 Golden Gate Avenue<br>              San Francisco, CA 94102 |

DECLARATION OF IAN S. SHELTON

I, Ian S. Shelton, hereby declare as follows:

1.      I am a member in good standing of the Bar of the State of California and the Northern District of California, and I am counsel of record for Defendant Nexo Capital, Inc. ("Nexo"). I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2.      I submit this Declaration in support of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC"), Dkt. 88.

3.      Paragraph 53 of Plaintiff's SAC references and quotes four documents. Dkt. 88 ¶ 53. True and accurate copies of those documents are attached hereto as Exhibits 1 through 4.

4.      Attached as **Exhibit 1** is a true and accurate copy of a document produced in this matter by Nexo and referenced in the SAC at Paragraph 53(e), Nexo's Whitepaper, at Bates number NEXO-0017900.

5.      Attached as **Exhibit 2** is a true and accurate copy of a March 15, 2020 Nexo blog post referenced in the SAC at Paragraph 53(a), and available at https://nexo.com/blog/why-nexo-bank-loans-vs-selling-crypto-vs-crypto-backed-credit

6.      Attached as **Exhibit 3** is a true and accurate copy of a June 24, 2020 Nexo blog post referenced in the SAC at Paragraph 53(b), available at https://nexo.com/blog/earn-on-crypto-is-here

7.      Attached as **Exhibit 4** is a true and accurate copy of a February 19, 2021 Nexo blog post referenced in the SAC at Paragraph 53(c), available at https://medium.com/nexo/nexos-loyalty-program-now-features-free-crypto-withdrawals-9e346cd4b134

I executed this declaration in Austin, Texas on December 5, 2025.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_/s/ Ian S. Shelton_
Ian S. Shelton

-2-
DECLARATION OF IAN S. SHELTON