EXHIBIT 3

 NEXO     

# Earn on Crypto Is Here!

Jun 24, 2020  •  4 min read



> ⓘ The earn rates provided in this article might be outdated. Please refer to our Earn page for the most up-to-date rates.

Nexo has launched the much-anticipated **Earn on Crypto**, giving clients the opportunity to **earn up to 5% interest on their crypto**, including **BTC, ETH, XRP, XLM, LTC, BCH, EOS, LINK** and up to 10% on their **stablecoins**, including **USDT, USDC, DAI, TUSD, PAX, EUR and GBP**. More assets will be added over the coming months.

In providing **superior yields with interest paid out daily**, as compared with the crypto lending market's standard weekly and monthly interest payouts, Nexo's latest product currently stands as the **most competitive product** in its category.

Earn on Crypto boasts the following benefits:

Earn up to **5% interest** on cryptocurrencies

Earn up to **10% interest** on stablecoins

**Compound interest paid daily**

**No limits** on funds transferred, offering infinite opportunities to earn

Full flexibility, with no lock-in periods and **withdrawals at any time**



**No minimum contribution requirements** and all transactions at **#ZeroFees**

 

For detailed information about how to make the most of your idle assets with Nexo's Earn on Crypto, check out our dedicated [support page](#).



Security & Earn on Crypto's Market Logic

Earn on Crypto is native to and fully benefits from Nexo's **sustainable business model**, which thrives in any market environment. We also believe it is important that our clients know how the yield they receive on their assets is generated.

As with all our products, we are proud to have developed an **unrivaled, cutting-edge proprietary solution**, which capitalizes on inefficiencies via market-neutral strategies to provide clients with **superior yields on their crypto wealth**.

As a **regulated digital assets institution** at the forefront of innovation, Nexo has a fiduciary duty with regard to **the security of clients' funds**. Implementing the **strictest asset protection measures** across our infrastructure is a cornerstone to our sustainable business model, as well as to the trust our clients' place in us.

The security of clients' funds is our utmost priority:

**All funds are asset-backed** by Nexo's growing portfolio of overcollateralized Instant Crypto Credit Lines™, further insuring all interest-earning assets

**Top-tier insurance** on all custodial assets

**Military-grade security** including cold storage in Class III vaults for custodial assets

Nexo's information security management systems are **ISO/IEC 27001:2013** certified after extensive audits, inspections, and checks by CISQ, a member of IQNet and the world's largest provider of management system certification

For more information about how Nexo protects your asset, visit our dedicated support page.

 

What's New

To ensure Earn on Crypto delivers a completely intuitive and seamless experience, the Nexo app is now separated into a Savings Wallet and a Credit Line Wallet.

**Please note that this does not affect your eligibility for Nexo Dividends and you will receive the same benefits as before for holding NEXO Tokens.**



## Savings Wallet

Assets placed in your Savings Wallet earn up to 10% interest **automatically** compounded daily. Savings Wallets can be topped up with assets that can later be moved to the Credit Line Wallet to be used for credit lines.

*Migration of existing assets: Assets not used as collateral for a credit line before June 16, 2020, were placed into your Savings Wallet.*

*Assets being used as collateral at the time of migration (June 16, 2020) were moved to your Credit Line Wallet via internal transfers that appear in accounts' Transactions tab.*

*This is an automatic update and no action is required on clients' behalf.*

## Credit Line Wallet

When a client requests an Instant Crypto Credit Line™, Nexo automatically transfers the necessary collateral from the Savings Wallet into the Credit Line Wallet. This wallet can only be topped up by transferring assets from the Savings Wallet. Assets held in your Credit Line wallet and, as such — used as collateral, will not earn interest.

***Automatic Collateral Transfer:*** *During volatile markets, should the assets in your Credit Line Wallet not cover the required loan-to-value ratio for an existing credit line, the Automatic Collateral Transfer feature instantly moves assets from your Savings Wallet to your Credit Line Wallet, protecting your crypto. This option can be enabled and disabled via the Nexo web and mobile apps.*

*This is an automatic update and no action is required on clients' behalf.*

## NEXO Staking Bonus

If at least 10% of the USD value of the holdings in your Savings Wallet are in NEXO Tokens, you will automatically receive **10% interest on your stablecoins and 5% interest on cryptocurrencies** — a 25% bonus compared to the standard rates of 8% and 4% respectively.

Additional information about Nexo's new bonus rates is available in our support article.

## Crypto Withdrawal Limits

To ensure the safety of our clients' assets, we have introduced new withdrawal limits, in accordance with industry best practices. Please check the updated terms here and do not hesitate to contact our Support Center to request higher limits.

We are beyond excited about this Earn on Crypto milestone and look forward to helping you grow your assets in a safe, sustainable, and profitable way.

To get acquainted with the full details of Nexo's Earn on Crypto mechanism, please visit our dedicated Earn on Crypto support page.

Earn Interest on Crypto With Nexo Today

    

Home  »  Blog  »  Earn On Crypto Is Here

# Get updates, insights, and reports on the latest industry trends.

| Enter your email | Subscribe |
| --- | --- |

# Download the Nexo app on your mobile device.

 **24/7 client care**

 **Operating since 2018**

 **Strong 256-bit encryption**



## Personal

Buy Crypto

Flexible Savings

Fixed-term Savings

Exchange

Credit Line

Nexo Crypto Card

Dual Investment

Futures

Loyalty Program

Private Clients

Tax Reporting

Referral Program

Affiliate Program

## Business

Corporates

Institutions

White Label

Nexo Ventures

## Follow Nexo

## Company

About

Growth Plan

Ambassadors

Security

Partnerships

## Legal

Earn Terms

DeFi Terms

Nexo Card Terms

Cookies Policy

Exchange Terms

Vulnerability Disclosure



Privacy Policy

News & Insights

Chat Terms

Help Center

Affiliate Terms

Status Center

Staking Terms

Contacts

Terms & Conditions

Sitemap

Services Terms

Credit Terms

All or part of the Nexo Services, some features thereof, or some Digital Assets, are not available in certain jurisdictions, including where restrictions or limitations may apply, as indicated on the Nexo Platform and in the relevant general terms and conditions. While the nature of digital assets is unique, and when considering digital assets in the context of wealth enhancement, any such reference is for a general understanding of Nexo's offerings. Materials related to Nexo's services should not be treated as a guarantee of future results or as financial advice. When terms such as "up to" or "from" are used to denote limits, achieving these maximum or minimum thresholds may be conditional on additional actions or fulfilment of certain criteria and requirements that may not be attainable by all clients. This material is for general information purposes only and is not intended to provide and should not be relied on for tax, legal or accounting advice. You should consult a qualified professional, as this material is not tailored to your specific circumstances. When referencing digital assets as potential investments, any similarities with the traditional concept of investments are entirely circumstantial, therefore any parallels between them should not be interpreted as deliberate or intended. Assets under management figure last updated September 2025.

© 2018 – 2025 Nexo

