EXHIBIT 4

Case 3:23-cv-00882-TSH   Document 94-5   Filed 12/05/25   Page 2 of 10

# Medium

🔍 Search

✎ Write   👤

Nexo

# Nexo's Loyalty Program Now Features Free Crypto Withdrawals



👤 **Nexo** ( Follow )   3 min read · Feb 19, 2021

👏 106     💬 2                                    🔖  ▶  ⬆





We've retired our Medium blog. For the latest news, visit nexo.io/blog

Case 3:23-cv-00882-TSH   Document 94-5   Filed 12/05/25   Page 3 of 10

In line with our self-sustainable business model and the goal of bringing out the full potential of the NEXO Token, we are incorporating free cryptocurrency withdrawals into the list of perks of our Loyalty Program. From February 13 onwards, Nexo will cover the gas fees — paid to miners as compensation for adding a transaction to the blockchain — on up to 15 of your crypto withdrawals per month.

## More $NEXO = More Free Crypto Withdrawals

Depending on your NEXO Token holdings and, consequently, your Loyalty tier, you will receive between one and 15 monthly crypto withdrawals *completely free of charge*, as follows:



Once the free withdrawal limit is reached, gas fees will automatically be charged to clients. The counter willreset on the first day of each month, after which you can make another set of free withdrawals.

Under our #ZeroFees policy, you can make unlimited free-of-charge fiat withdrawals, crypto and fiat transfers into your Nexo Wallet, and credit line

withdrawals. Nexo does not charge any credit line origination, forex, and exchange fees.

In including free crypto withdrawals in our Loyalty Program, we are giving our native NEXO Token greater utility, further incentivizing holders to benefit from Nexo's preferential earn and borrow rates, and contributing to a stronger tokenomics model.

## The Rationale: Surging Demand and Gas Fees

We are among the few companies to offer zero-fee transactions on the blockchain. Over the past two years, we have saved our users millions of dollars' worth of gas fees by covering this cost for all crypto withdrawals. In doing so, we helped create and supported the inclusive and increasingly digital asset environment that we all operate in today.

### Get Nexo's stories in your inbox

Join Medium for free to get updates from this writer.

Enter your email        Subscribe

Over the past weeks, the Ethereum network — the most utilized blockchain and home to decentralized finance (DeFi) protocols — saw gas fees soar to record highs, while Bitcoin transaction costs spiked to their highest rates for the past three years.

Gas fees, including for withdrawal, are needed in order for your transaction to be processed by the network and added on the blockchain. This fee depends on a series of network-related factors and goes to miners as an

Case 3:23-cv-00882-TSH    Document 94-5    Filed 12/05/25    Page 5 of 10

incentive to secure the network. As a party external to this process, Nexo does not and cannot collect gas fees.

At our end, the BTC rally and skyrocketing gas prices coincided with a series of product upgrades under our Nexonomics initiative — notably, the release of the <u>Nexo Exchange,</u> as well as the NEXO Token's ascent beyond $1.5 apiece to a market cap of just under $900B. As a result, demand for services across our lineup — borrowing, earning and, now — swapping, surged to an unprecedented level, with transaction volumes naturally following this trend.

With gas fees escalating, the integration of free crypto withdrawals into our Loyalty Program contributes to maintaining the sustainability of our business model, which in turn further boosts our financial stability and gives us the independence to guarantee the growth and security of our clients' assets.

As the space matures and edges towards mass crypto adoption, our common belief in the digital assets space is increasingly bolstered by certainty. It is our joint responsibility, as individual investors and businesses, to ensure this certainty is, in turn, bolstered by a more stable, sustainable crypto environment. This latest upgrade to our Loyalty Program is one of the steps Nexo is taking to ensure the long-term results of our collective endeavor to redesign finance.

*Originally published at <u>https://nexo.io</u>.*

Case 3:23-cv-00882-TSH    Document 94-5    Filed 12/05/25    Page 6 of 10

Do check out our earlier blog posts, share them with your friends and let them too be part of the Nexo success story!

Question? Visit your Help Center.

Interested in Nexo? Get in touch:

Telegram | Twitter | Facebook | Reddit | LinkedIn | Email



| Cryptocurrency | Crypto Lending | Crypto Interest | Digital Banking | Nexo |



**Published in Nexo**

17.1K followers · Last published Mar 26, 2021

Follow

Nexo is the most advanced and trusted instant crypto lending provider on a global scale, servicing 45+ currencies across more than 200 jurisdictions. Nexo has provided tens of million of dollars worth of loans to an ever growing base of thosands of happy clients.



**Written by Nexo**

14.3K followers · 3 following

Follow

Nexo is a premier digital assets wealth platform empowering clients to grow, manage, and preserve their crypto holdings. https://nexo.com

Case 3:23-cv-00882-TSH    Document 94-5    Filed 12/05/25    Page 7 of 10

# Responses (2)

 Write a response

What are your thoughts?

---

Anubha Singh
Feb 3, 2022

Buy NEXO Token in India — Step by Step guide for beginners

How to Buy NEXO Token in India?

Nexo is a platform for instant crypto loans that offers quick access to cash as well as assistance in maintaining ownership of one's digital assets. The NEXO… more

  Reply

---

Maurice D Schufford
Mar 17, 2021

Maurice d Schufford Jr. Always. !!!

  Reply

---

# More from Nexo and Nexo

Case 3:23-cv-00882-TSH    Document 94-5    Filed 12/05/25    Page 8 of 10

In **Nexo** by **Nexo**

## US$2,409,574.87 Dividend for NEXO Token Holders Approved

Nexo's Board of Directors is delighted to announce that a Nexo Dividend of…

Aug 3, 2019    👋 1.8K    💬 4

In **Nexo** by **Nexo**

## Getting Your Instant Nexo Loan in Three Easy Steps in 200+…

We've retired our Medium blog. For the latest news, visit nexo.io/blog

Aug 28, 2018    👋 6.4K    💬 44

In **Nexo** by **Nexo**

## Nexo's Custody and Insurance in Depth and at Length

The saying goes: Don't keep all your eggs in one basket. That's especially true for crypto.…

Mar 26, 2021    👋 421    💬 6

In **Nexo** by **Nexo**

## How to Earn Interest on Your Crypto & Fiat Assets

Learn how to earn compounding interest on your Crypto and Fiat assets using Nexo's…

Sep 21, 2020    👋 80    💬 1

( See all from Nexo )    ( See all from Nexo )

# Recommended from Medium

Will Lockett

## Peter Thiel Just Revealed How Utterly Screwed The Entire AI...

The AI bubble is bursting.

Nov 22    9.8K    266

In ILLUMINATION by Luna Rae

## Psychologists Found the One Phrase That Makes Women Lose...

And men say it without realizing they just ended the connection.

Nov 19    12.6K    407

In Generative AI by Adham Khaled

## Stanford Just Killed Prompt Engineering With 8 Words (And I...

ChatGPT keeps giving you the same boring response? This new technique unlocks 2×...

In Predict by How to Win

## MCKINSEY JUST DROPPED THEIR 2025 AI REPORT. HERE IS THE...

The top 10 takeaways of the shiny new McKinsey Report on a technology promising...

12/6/25, 1:20 AM
Case 3:23-cv-00882-TSH Document 94-5 Filed 12/05/25 Page 10 of 10
Nexo's Loyalty Program Now Features Free Crypto Withdrawals. | by Nexo | Nexo | Medium

| ✦ | Oct 19 | 👏 19.2K | 💬 470 | | | ✦ | Nov 21 | 👏 2.5K | 💬 93 | |

In How To Profit AI® by Mohamed Bakry

Abhinav

### Your ChatGPT History Just Went Public on Google. Here's What I Di...

### Docker Is Dead — And It's About Time

Safety/Privacy Check Prompt Template Is Included

Docker changed the game when it launched in 2013, making containers accessible and...

| ✦ | 2d ago | 👏 12.7K | 💬 392 | | | ✦ | Jun 8 | 👏 7.6K | 💬 220 | |

See more recommendations