James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimilie: 619-566-4341

*Counsel for Plaintiff John Cress*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| JOHN CRESS,<br><br>Plaintiff,<br><br>v.<br><br>NEXO CAPITAL INC.<br><br>Defendant. | Case No. 3:23-CV-00882-TSH<br><br>**DECLARATION OF MAX AMBROSE IN SUPPORT OF PLAINTIFF CRESS' OPPOSITION TO DEFENDANT NEXO'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: January 29, 2026<br>Time: 10:00 AM<br><br>Judge: Hon. Thomas S. Hixson<br><br>Courtroom: San Francisco Courthouse<br>Courtroom E – 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

I, Max Ambrose, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of California, an attorney at the law firm Taylor-Copeland Law, P.C., and counsel of record for Plaintiff John Cress. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2.      I make this declaration in support of Plaintiff Cress' Opposition to Defendant Nexo's Motion to Dismiss Second Amended Complaint.

3.      Attached as Exhibit 1 is a true and correct copy of a screenshot of Mr. Cress' Nexo Account Page from March 24, 2021 that Mr. Cress produced to Nexo in discovery on January 30, 2025 at Bates number CRESS-00001382.

4.      Attached as Exhibit 2 is a true and correct copy of the English (auto-generated) YouTube transcript of the March 26, 2021 "Monthly AMA March 2021 - # AskAntoni" Ask-Me-Anything video on YouTube, https://www.youtube.com/live/fz_oyZo7Jxg?si=HoF9VRh_qhLaPjLV&t=708. The relevant portion ranges from timestamp 11:48 to 14:40. The quoted portions of the text in Cress' Opposition are highlighted.

5.      Attached as Exhibit 2 is a true and correct copy of a summarized, non-verbatim transcript of the March 26, 2021 "Monthly AMA March 2021 - #AskAntoni" (i.e., AMA Video with Antoni Trenchev) that was posted to Nexo's website on March 29, 2021. The relevant portions of the text in Cress' Opposition are highlighted.

DECLARATION OF MAX AMBROSE
Case No. 3:23-CV-00882-TSH

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2026, at San Diego, California.

/s/ *Max Ambrose*

Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimilie: 619-566-4341

*Counsel for Plaintiff John Cress*

3

DECLARATION OF MAX AMBROSE
Case No. 3:23-CV-00882-TSH