# Exhibit 1

# Exhibit 1

Account

  Transactions   Exchange   Vote Soon

# Flexible Instant Crypto Credit Lines



**1. Deposit Crypto Assets to Your Insured & Secured Nexo Account**

$375M insurance and maximum security with the audited custodian BitGo



**2. Credit Line is Now Available. Borrow with Automatic Approval, no Credit Checks**

Your Credit Line limit is based on the value of your deposited crypto assets



**3. Spend Money Instantly with Nexo Card or Borrow Cash and Stablecoins**

Spend from the Credit Line at any time. From only 5.9% APR on what you use



**No Minimum Loan Repayments, No Hidden Fees**

Interest is debited automatically from your available credit limit. Flexible repayments, at any time



From 5.9% APR





| Portfolio Balance | Credit Line | Interest Earned |
|---|---|---|
| | **$3,815,227.78** | |
| | Available Credit | **$13,963.93** |
| **$6,358,712.96** | **$3,815,227.78** | See Interest Details |

Help

CONFIDENTIAL                                                                                                              CRESS-00001382