# Exhibit 2

# Exhibit 2

**11:46**
next question why does nexu the nexo exchange work
**Why does the Nexo Exchange work with a hidden fee (bad exchange rate) rather than being open about it and will this rate change in the future?**
11:52
with a hidden fee bad exchange rate rather than being open about it and will
11:58
this rate change in the future ==there is no concept of hidden fees within nexo we==
==12:06==
==are the ones who pioneered the zero fee policy we have been very proud==
==12:14==
==to be transparent about all charges that we make== perhaps the
12:20
the hidden fee that this particular individual who
12:25
chose to ask anonymously nothing wrong with that is referring to is the spread
12:31
between you know most of you have encountered exchanges and you know there's the bid and there's
12:37
the ask and there is always a spread in between because such is the nature of the markets there
12:44
is always a side that is you know um
12:49
asking for a certain price to let go of their crypto and there's always a person putting up an offer to acquire let's say
12:56
one bitcoin and if they're absolutely close or they match the trade
13:02
is executed so you don't see the trade it's it's the market price that you know converges and the trade
13:09
uh gets settled so for what you see in the order book is always
13:15
the best bid and the best ask and it's a matter of time until they converge until
13:20
you know market participants come in and fill this gap so this is not something that
13:25
nexo determines i actually uh think that a lot of credit is due to the
13:32
deaf team and to the guys at the trading desk they have developed
13:37
a beautiful beautiful very efficient algorithm the smart routing system
13:46
as colloquially known within nexo as sora smart order rounding
13:52

1

2

and it takes the bid and asks from a variety of
13:57
different exchanges whereby you don't rely on the liquidity of just one exchange how however large it is you
14:05
know combining all the large or a vast majority of the large exchanges always gives you the best
14:12
pricing so i think we're doing a finer job here ==there's no hidden fee like you know==
14:17
==percentage-wise if we're going to implement one we're going to do an announcement well ahead of time so==
14:24
==that people uh don't see some random transactions into their transaction history which they're==
14:31
==without an explanation== and i do think that we have one of the most competitive
14:37
rates will there be

2