# Exhibit 2

# Exhibit 2

# Taylor-Copeland Law, P.C.

501 W. Broadway, Suite 800
San Diego, CA 92101
(619) 734-8770
www.taylorcopelandlaw.com

James Taylor-Copeland | 619 734 8770 | james@taylorcopelandlaw.com

**By Electronic Mail**

September 15, 2025
Ian Shelton
Ian.Shelton@bakermckenzie.com
Matthew Rawlinson
Matthew.Rawlinson@bakermckenzie.com
John Treat
John.Treat@bakermckenzie.com
Stephanie Brown
Stephanie.Brown@bakermckenzie.com
Baker Mckenzie
10250 Constellation Blvd.
Los Angeles, CA 90067

Re:    ***Cress v. Nexo Capital Inc.***, Case No. 3:23-cv-00882-TSH (N.D. Cal.) – Meet and Confer Letter regarding Nexo's September 12, 2025 Production of Documents

**Counsel,**

We have reviewed Nexo's September 12, 2025 production and write to address the issues below. Once again, these issues raise serious concerns about the integrity of Nexo's document production, and we ask that Nexo address these issues promptly.

1.      Nexo discusses documents and communications relating to a 2020 and 2021 SEC investigation into the NEXO token ICO. *See, e.g.*, NEXO-0227342. However, Nexo has not produced any of these documents and communications, which are plainly responsive (RFP 45). Can you please confirm that Nexo will produce these documents and provide a date certain by which it will make this production?

2.      Nexo has produced SalesForce logs for other customers, e.g., NEXO-0225988. Nexo also has referenced internal documents showing databases containing granular details relating to customer account transactions (e.g., liquidations, LTV balances prior to liquidations, approval details, exchanger sell prices and costs). NEXO-0140611. Nexo has not produced these logs for Mr. Cress. Can you please confirm that Nexo will produce these logs and provide a date certain by which it will do so?

3.      Nexo frequently refers to Armanino as its accounting firm and auditor to regulators, but continues to deny that it has any audits or accountings, e.g., NEXO-0229107. Even documents produced to regulators show otherwise. NEXO-0229094. Nexo also represented to regulators it has engaged other accounting firms. NEXO-0229107; NEXO-0225417. However, Nexo has asserted in this litigation that it does not have any audits or related documents. Can you please explain the reason for this discrepancy?

4.  Nexo's letters with regulators frequently reference Bates numbers of spreadsheets and exhibit documents, e.g., NEXO-0226529. However, these Bates numbers are either not present in the document (such as for spreadsheets), or are disjoined such that it is difficult to understand which letters correspond to which exhibits. This also raises the issue of whether Nexo has indeed produced all documents sent to regulators. Can you please provide a way to decisively understand which letters correspond to which exhibits?

5.  In Nexo's latest production, it frequently references a Liquidation Relief related settlement agreement between Zachary Rubin and Nexo. We also see reference to Mr. Rubin's lawyer, Justin Keller (Rimon Law) and Nexo. However, there are no communications between Mr. Rubin and Nexo, or Mr. Keller and Nexo, other than a few of Hristov's emails regarding Nexo's Liquidation Relief Program in June 2021. Can you please let us know why these communications have not been produced and provide a date certain by which we can expect to receive them?

6.  Nexo appears to have attached and produced materials to regulators regarding its Grand Jury Subpoena regarding FTX, e.g., NEXO-0223231. However, these materials appear to be missing from Nexo's production. Please produce these attached materials.

7.  Page 1 of NEXO-0229591 is blank. Can you please produce a complete version of this document?

8.  NEXO-0226151, 152, 153, 154, 155, 156, 157, NEXO-0229449, and NEXO-0229504 are illegible. Can you please produce legible copies?

9.  NEXO-0230922, NEXO-0229470, NEXO-0222932, NEXO-0228759, NEXO-0222936, NEXO-0226541, NEXO-0222943, NEXO-022981, NEXO-0222987, NEXO0223024, NEXO-0223064 all appear to have missing attachments. Could you please produce the attachments for these emails?

Best regards,

*/s/James Taylor-Copeland*
James Taylor-Copeland
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101