# Exhibit 7

# Exhibit 7

 Outlook

---

## Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

---

**From** James Taylor-Copeland <james@taylorcopelandlaw.com>

**Date** Thu 1/22/2026 11:49 AM

**To** Max Ambrose <maxambrose@taylorcopelandlaw.com>; Shelton, Ian <Ian.Shelton@bakermckenzie.com>

**Cc** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>

---

Hi Ian,

Thanks for taking the time to meet today. Based on our conversation, we understand that Nexo will be making the document production outlined in its January 9 later early next week.

We further understand that Nexo intends to provide a follow up letter addressing the issues raised in our draft Joint Letter Brief early next week (including details regarding its document collection). We will hold off on filing our Joint Letter for the time being. However, if Nexo's letter does not substantively address the issues outlined in the draft Letter Brief, we will need to proceed with submitting any remaining issues to the Court promptly.

Thanks

James

---

Get Outlook for iOS

---

**From:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Sent:** Wednesday, January 21, 2026 2:48:26 PM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Thanks, Ian.

We look forward to meeting tomorrow and hope Nexo comes prepared to meaningfully address the issues raised in our letters. However, just to be clear, none of your responses or actions has ever resolved a single one of our concerns that we have been raising since September 2025. The first time you ever addressed any of our concerns was a week ago, in your January 9 letter, and you have still not committed to any timeframe to resolve the narrow set of issues you addressed. Even though we requested you respond to our January 14 letter unambiguously by January 20, you still have not done so. We genuinely hope we can make substantive progress on resolving these issues tomorrow.

Best regards,

Max

On Wed, Jan 21, 2026 at 2:23 PM Shelton, Ian <Ian.Shelton@bakermckenzie.com> wrote:

> Max,
>
> I'll send an invite for the meet and confer.
>
> Your position that you are going to file your portion of the letter brief the day after our meet and confer, before our call has even happened, and without discussing or considering our positions, is unreasonable and will not be appreciated by the Court. Your further position that you will inform the Court that Nexo is "unwilling to meet and confer on these issues" is patently false. We have sent multiple letters responding to you, which you have ignored, and we are offering to discuss these matters on a call tomorrow. We can discuss a reasonable schedule to finalize the letter brief on our call tomorrow.
>
> **Ian Shelton**
> Partner, Litigation
> Baker & McKenzie LLP
> 800 Capitol, Suite 2100
> Houston, Texas 77002
> United States
>
> Dir: +1 713 427 5029
> Tel: +1 713 427 5000
> ian.shelton@bakermckenzie.com
>
> 
>
> bakermckenzie.com | Facebook | LinkedIn | X
>
> This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.
>
> **From:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
> **Sent:** Wednesday, January 21, 2026 3:23 PM
> **To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
> **Cc:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Rawlinson, Matthew

<Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Ian,

Tomorrow at 10am PT works for us. Please come prepared to address each of our points and provide a written resolution to each.

Our JLB does not raise any new issues. Our August letters discuss that we would seek  Court intervention if the issues were not resolved promptly. Our October 23 letter discusses that your refusal to produce or explain missing documents will prompt us to seek Court intervention, including a forensic examination. You have ignored our clear requests for months, which is now prompting our requests to the Court, which you were on notice of for at least three months now.

The issue here is that Nexo's purported document review protocol has left dozens of outstanding issues, none of which you have addressed at all. We have requested this supplemental information from you for months now. We have set forth the supplemental information we request clearly and distinctly in all of our letters. Should you provide that information in writing, it may indeed moot many of the issues in our brief. However, you have refused to do so for months, despite our numerous requests.

We raised these issues over four months ago, and we remain at an impasse. The deadline for these issues to be resolved was August 31, 2025. If you are not willing to either 1) resolve these issues by Friday, January 23, or 2) brief these issues, we will file our portion of the JLB without you and inform the Court you are unwilling to meet and confer on these issues.

With respect to your January 9, 2026 letter regarding Plaintiff's production, you raised these issues less than two weeks ago on documents you have had for nearly a year. We are working through each of those issues and anticipate providing a response to your letter on January 30, 2026. We also disagree with your contention that we "started producing more documents" after receiving the letter. The reasons for those productions were clearly set forth in my January 15 production email, describing the production was largely in response to discovery you served after our initial productions, related to our rog responses, and in response to the Court's latest discovery Order.

Best regards,

Max

On Wed, Jan 21, 2026 at 10:55 AM Shelton, Ian <Ian.Shelton@bakermckenzie.com> wrote:

James and Max,

Nexo requests a telephonic meet and confer regarding your draft letter brief. Could you do 10a PT tomorrow?

Your draft letter brief raises new issues that were not addressed in the parties' prior meet and confer correspondence. In essence, based on vague and/or inaccurate allegations of deficiencies, you appear to request court-ordered explanations or certifications of Nexo's document collection protocol. We have never discussed that specific request on a call, and it is unclear how you can represent to the Court that you will provide a "declaration from an ESI expert regarding the shortcomings detailed herein" without first discussing the matter with Nexo. While Nexo has already described its document review protocol in its prior meet and confer correspondence (which you ignore), Nexo is willing to confer about whether it would be possible to provide supplemental information that will moot some or all of the issues in your draft letter brief.

If you are going down this route, however, it must be reciprocal. Your client has produced a suspiciously low number of documents in this matter, he and has never explained or certified his own document collection protocol, and certainly not in the granular manner that you appear to demand of Nexo. Nexo's January 9 letter identified many deficiencies in Mr. Cress's document production which you ignore. Indeed, after receiving that letter, you started producing more documents. During our meet and confer, we will expect to discuss whether Mr. Cress will provide a reciprocal disclosure regarding his document collection protocol. Please also let us know when we can expect a response to the specific issues raised in our January 9 letter. Your purported justification for the relief requested in your draft letter brief applies equally to Mr. Cress, who unlike Nexo, is only one custodian, yet has failed to produce responsive documents identified in Nexo's January 9 letter.

I look forward to discussing this matter. Nexo views your demand to file a letter brief this week as premature. If we reach impasse, we can discuss a reasonable briefing schedule. To the extent you persist in making unfounded allegations to the Court regarding the sufficiency of Nexo's document collection protocol, we will require sufficient time to submit evidence to the Court to rebut your unfounded allegations.

**Ian Shelton**

Partner, Litigation

Baker & McKenzie LLP

800 Capitol, Suite 2100

Houston, Texas 77002

United States

Dir: +1 713 427 5029

Tel: +1 713 427 5000

Ian.shelton@bakermckenzie.com



[bakermckenzie.com](bakermckenzie.com) | [Facebook](Facebook) | [LinkedIn](LinkedIn) | [X](X)

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit [www.bakermckenzie.com/disclaimers](www.bakermckenzie.com/disclaimers) for other important information concerning this message.

---

**From:** Max Ambrose <[maxambrose@taylorcopelandlaw.com](mailto:maxambrose@taylorcopelandlaw.com)>
**Sent:** Friday, January 16, 2026 5:34 PM
**To:** Shelton, Ian <[Ian.Shelton@bakermckenzie.com](mailto:Ian.Shelton@bakermckenzie.com)>
**Cc:** James Taylor-Copeland <[james@taylorcopelandlaw.com](mailto:james@taylorcopelandlaw.com)>; Rawlinson, Matthew <[Matthew.Rawlinson@bakermckenzie.com](mailto:Matthew.Rawlinson@bakermckenzie.com)>; Dooley, Kirsten <[Kirsten.Dooley@bakermckenzie.com](mailto:Kirsten.Dooley@bakermckenzie.com)>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Ian,

Please find Plaintiff's joint-letter brief insert regarding Nexo's failure to produce court-ordered documents. We are generally available to meet and confer on these issues next week (as we have been over the past four months), but given Nexo's extensive delay and failure to address the issues in Plaintiff's 9/9/25, 9/15/25, 10/23/25 and 1/14/26 letters, and months of related email correspondence, we cannot delay further in submitting these issues to the Court. We intend to file our Joint Letter Brief next week.

We reserve all rights to make further changes, and the JLB is not intended to set forth all issues with Nexo's search and production. We also reserve all rights to address Nexo's remaining shortcomings through subsequent letters.

Please find our JLB exhibits A, B, C, and E. We will compile and provide the parties' remaining Ex. D meet and confer email correspondence shortly.

Best regards,

Max

On Wed, Jan 14, 2026 at 5:53 PM Max Ambrose <maxambrose@taylorcopelandlaw.com> wrote:

Ian,

Please find Plaintiff's Meet and Confer Letter regarding Nexo's Document Search and Production.

Best regards,

Max

On Wed, Jan 7, 2026 at 8:24 PM Shelton, Ian <Ian.Shelton@bakermckenzie.com> wrote:

James,

We will get it to you by Friday.

Thank you,

Ian

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States

Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com



[bakermckenzie.com](bakermckenzie.com) | [Facebook](Facebook) | [LinkedIn](LinkedIn) | [X](X)

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit [www.bakermckenzie.com/disclaimers](www.bakermckenzie.com/disclaimers) for other important information concerning this message.

---

**From:** James Taylor-Copeland <[james@taylorcopelandlaw.com](james@taylorcopelandlaw.com)>
**Sent:** Tuesday, January 6, 2026 5:52 PM
**To:** Shelton, Ian <[Ian.Shelton@bakermckenzie.com](Ian.Shelton@bakermckenzie.com)>; Max Ambrose <[maxambrose@taylorcopelandlaw.com](maxambrose@taylorcopelandlaw.com)>
**Cc:** Rawlinson, Matthew <[Matthew.Rawlinson@bakermckenzie.com](Matthew.Rawlinson@bakermckenzie.com)>; Dooley, Kirsten <[Kirsten.Dooley@bakermckenzie.com](Kirsten.Dooley@bakermckenzie.com)>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production


Hi Ian,

Following up on Nexo's response to our meet and confer letters. As you know, we've now been waiting almost three months for a substantive response.


Best regards


James


**From:** James Taylor-Copeland <[james@taylorcopelandlaw.com](james@taylorcopelandlaw.com)>
**Date:** Monday, December 29, 2025 at 9:32 AM
**To:** Shelton, Ian <[Ian.Shelton@bakermckenzie.com](Ian.Shelton@bakermckenzie.com)>, Max Ambrose <[maxambrose@taylorcopelandlaw.com](maxambrose@taylorcopelandlaw.com)>
**Cc:** Rawlinson, Matthew <[Matthew.Rawlinson@bakermckenzie.com](Matthew.Rawlinson@bakermckenzie.com)>, Dooley, Kirsten <[Kirsten.Dooley@bakermckenzie.com](Kirsten.Dooley@bakermckenzie.com)>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Thanks, Ian. That's fine, but I do hope that you are able to get us a substantive response to our meet and confer letters early next week. As I noted in my earlier emails, we've been waiting months for a response.

We will plan to get back to you on the depositions early next week as well.

Enjoy your vacation.

James

---

**From:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Sent:** Monday, December 29, 2025 7:40 AM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

James,

As a follow up, we haven't quite finalized the meet and confer response yet and I'm on a family vacation this week. I'll be back in next Monday. I would greatly appreciate the courtesy if we could pause case activity until next week. We can attend to any outstanding issues in the new year. Thanks in advance and hope you and Max are having a nice holiday.

Best,

Ian


**Ian Shelton**

Partner, Litigation

Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States

Dir: +1 713 427 5029

Tel: +1 713 427 5000

ian.shelton@bakermckenzie.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** Shelton, Ian
**Sent:** Monday, December 22, 2025 12:17:01 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

James,

As a follow up, we plan to get you that meet and confer letter response tomorrow. Thank you, Ian

**Ian Shelton**

Partner, Litigation

Baker & McKenzie LLP

800 Capitol, Suite 2100

Houston, Texas 77002

United States

Dir: +1 713 427 5029

Tel: +1 713 427 5000

ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

**From:** Shelton, Ian <ian.shelton@bakermckenzie.com>
**Sent:** Saturday, December 13, 2025 1:58 AM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten

<Kirsten.Dooley@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

James,

Thanks for the call this afternoon.

As we discussed, regarding your meet and confer letters, we have been diligently working with our client and will be providing our written responses next week. We intend to engage in a meaningful meet and confer with you to resolve any outstanding issues.

Regarding depositions, Nexo agrees to table the depositions of Kantchev and Atanasova until after all the other depositions are taken, at which time we will meet and confer, and with both sides reserving all rights and objections. As to Stanev, he is no longer working at Nexo so we are not in a position to produce him for deposition. We agree to produce, on a mutually agreeable schedule, Dinca, Tonkov, Kostadinov, Hristov, Trenchev, and the 30b6. As we discussed, could you please share a draft initial proposed depo schedule, for discussion purposes, and your 30b6 topics? After we get those, we can meet and confer on the schedule.

Finally, for service and all future correspondence between us, can you please remove John and Stephanie and add Kirsten Dooley (copied here)?

Thanks,
Ian

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Thursday, December 11, 2025 5:31 PM
**To:** Shelton, Ian <ian.shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <matthew.rawlinson@bakermckenzie.com>; Treat, John <john.treat@bakermckenzie.com>; Brown, Stephanie <stephanie.brown@bakermckenzie.com>

**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,

I write to follow up on the outstanding issues. As you know, we have been waiting several months for a response to our letters identifying deficiencies in Nexo's production. Please advise by the end of the week when we can expect a substantive response. If we do not hear from you, we will have no choice but to raise these matters with the Court.

Given the number and seriousness of the deficiencies outlined in our correspondence, we do not believe the Court will look favorably upon Nexo's failure to cure any of the issues or to engage in a meaningful meet-and-confer process.

Can you also please provide us with Nexo's response regarding the depositions?

Best regards

James

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Friday, December 5, 2025 7:50 AM
**To:** Shelton, Ian <ian.shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <matthew.rawlinson@bakermckenzie.com>; Treat, John <john.treat@bakermckenzie.com>; Brown, Stephanie <stephanie.brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,
I write to follow up on our November 24 meet and confer call.
**Document Production.** During our last call, you indicated that Nexo intended to respond to the issues raised in Plaintiff's meet and confer letters regarding deficiencies in Nexo's document search and production. We have not yet received that response. Please provide a date certain by which we can expect it. If a response is not forthcoming, please provide your availability for a meet and confer next week so we can narrow the disputes before seeking judicial intervention.
**Depositions.** We understand your proposal to be that Nexo would produce Trenchev, Hristov, Dinca, Tonkov, Stanev, Kostandinov, and a 30(b)(6) witness in exchange for Plaintiff waiving the depositions of Kantchev and Atanasova. We cannot agree to that condition at this juncture.
We are not willing to waive the depositions of Kantchev and Atanasova before we have taken a single deposition or resolved the outstanding document production issues. However, in the interest of moving forward, we propose proceeding with the undisputed depositions in March/April first. Once those are concluded, the parties can meet and confer regarding whether testimony from Kantchev and Atanasova remains necessary.
Please confirm if this staged approach is agreeable. We are available for a call if you wish to discuss further.
Thanks

James

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Date:** Tuesday, November 11, 2025 at 10:33 AM
**To:** Shelton, Ian <ian.shelton@bakermckenzie.com>, Max Ambrose
<maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <matthew.rawlinson@bakermckenzie.com>, Treat, John
<john.treat@bakermckenzie.com>, Brown, Stephanie
<stephanie.brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31
document production

Hi Ian,

Can you please let me know whether Nexo intends to address any of the issues raised in our
letter. If we do not hear back from you this week, we will have no choice but to assume that it
does not and proceed with raising the issues with the Court.

Can you also please get back to us regarding the availability of deponents. Given the extension,
we anticipate taking most of our depositions in February and early March. However, we reserve
the right to take depositions before then, especially if Nexo does not address the issues raised
in our meet and confer letters.

Thanks

James

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Wednesday, November 5, 2025 8:16 PM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Max Ambrose
<maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John
<John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document
production

Hi Ian,

It has now been almost two weeks and we have not received any response to our letter or
our request for availability of deponents. Can you please provide us with your availability for
a meet and confer call.

Best regards

James

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Date:** Thursday, October 23, 2025 at 6:42 PM

**To:** Shelton, Ian <ian.shelton@bakermckenzie.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>, Treat, John <John.Treat@bakermckenzie.com>, Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,

Please find our response to your October 20 letter attached. As you know, the Court requires a telephonic meet and confer before any discovery issues may be submitted. Given the seriousness and number of deficiencies identified, we believe it is imperative to hold that discussion promptly. Please confirm your availability early next week. We are available from 8-12 PT Monday-Wednesday.

We also request the general availability of the following individuals and the locations where Nexo proposes to make them available for deposition. We would like to coordinate with you to begin scheduling depositions. The list below is not exhaustive.

Further, as detailed in our letter, Plaintiff believes that a Rule 30(b)(6) deposition limited to Nexo's efforts to identify, preserve, collect, and produce documents is both necessary and warranted. Please advise whether Nexo will agree to proceed with this limited deposition now, with the remainder of the 30(b)(6) deposition to follow on a mutually agreeable date once document production issues are resolved. We ask that you provide your position on this before our call next week.

**Proposed deponents:**

- Trenchev
- Kantchev
- Hristov
- Dinca
- Tonkov
- Stanev
- Kostadinov
- Atanasova

Thanks

James

---

**From:** Shelton, Ian <ian.shelton@bakermckenzie.com>
**Sent:** Monday, October 20, 2025 10:53 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John <John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

James,

Please see the attached letter.

**Ian Shelton**

Partner, Litigation

Baker & McKenzie LLP

800 Capitol, Suite 2100

Houston, Texas 77002

United States

Dir: +1 713 427 5029

Tel: +1 713 427 5000

ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Monday, October 20, 2025 7:58 PM
**To:** Shelton, Ian <ian.shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John <John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,
We cannot wait any longer for Nexo to provide the response it has now been promising for over a month. Are you available to have a call tomorrow so that we can discuss how to efficiently present these issues to the Court.

Best regards

James

On Mon, Oct 13, 2025 at 11:49 AM James Taylor-Copeland <james@taylorcopelandlaw.com> wrote:

> Hi Ian,
> I'm following up again regarding our meet and confer letters. We sent these to you over a month ago, and despite your repeated assurances that a response was forthcoming, we have yet to receive one.

As you know, these letters identify numerous critical deficiencies in Nexo's document production. Under our Joint Stipulation, Nexo's production was to be substantially completed by the end of August. Not only did Nexo fail to meet that deadline, but it has since declined to engage in any substantive meet and confer regarding that failure.

As we noted in our letters, we would prefer to resolve these issues without burdening the Court. However, if Nexo does not provide a substantive response within the next few days, we will have no choice but to raise these issues with the Court and inform the Court of Nexo's refusal to participate in a meaningful effort to resolve these matters informally.

Thanks

James

---

**From:** Shelton, Ian <ian.shelton@bakermckenzie.com>
**Sent:** Tuesday, October 7, 2025 3:11 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John <John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

James,

Your urgency in pushing forward discovery disputes ignores the fact that you recently filed, near the end of discovery, a motion for leave to amend to double the number of claims and triple the amount in controversy, and have greatly expanded the factual scope of the case to "fees" issues that your client has known about since the beginning of the litigation (as reflected in its own document production) but waited to raise until now for strategic purposes. Your new claims include civil RICO, the most notoriously complex (and most frequently abused) claim in civil litigation. Our sealing response is due today and our opposition to your motion for leave to amend is due next Tuesday. Your requests for responses to discovery need to take into consideration the burden, delay, and diversion of resources caused by your most recent filing.

I don't understand your email below and your reference to a Motion that you want to file today. You shared your portion of a joint letter brief regarding your RFPs, and we proposed the compromises below in an effort to moot the dispute. You said you are considering our proposal but had some other questions. I understood we would meet and confer, and you would modify your portion of the joint letter brief to omit the RFPs where we reached compromise and identify the remaining issues where we don't agree.

We are still waiting on your position on our proposed compromises. Regarding your specific questions, #3 was raised in your September 9 meet and confer letter. We are working on our response to your September 9 and 15 letters and hope to get it out in the next day or so. As to #1 and #2, you appear to request interrogatory-like responses to your RFPs, which is not required by the Rule and not something that your own client has done.

Please let us know your position on our proposed compromises. If you don't agree, please send us a revised portion of your letter brief, identifying the remaining issues in dispute (if any), so that we can prepare a response. Your letter brief should address our proposed compromises if you don't agree to them.

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Monday, October 6, 2025 4:29 PM
**To:** Shelton, Ian <ian.shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John <John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,
Do you plan to provide a response on these issues? If not, we would like to proceed with filing our Motion tomorrow.

Thanks

James

Get Outlook for iOS

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Monday, September 29, 2025 10:54:07 AM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>

**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John
<John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document
production

Hi Ian,
We are considering your proposal below. As an initial matter, can you please confirm that,
pursuant to this proposal, Nexo would be willing to amend its responses to RFPS 232, 233,
234, 235, 236, 237 (Plaintiff's OTC Transactions) and 184, 185, 186, 219, 239 (LRP) to state that
it has performed a diligent and reasonable search and inquiry and produced all responsive
documents?

Moreover, we note that Nexo's proposal does not appear to address the following issues
raised over a month ago during our meet and confer. Can you please provide us with Nexo's
position regarding these RFPs ASAP.

> 1.      RFPs 107-109 requested Nexo's most granular historical price data. During
> out meet and confers, you represented that Nexo does not maintain historical records
> of price data, but used Coinmarketcap Pro as the pricing oracle for the Nexo
> platform. If this is the case, Nexo should amend its responses to so state. Can you
> please confirm it will do so and provide a date certain? We also ask that Nexo amend
> this and all responses which indicate it does not possess responsive documents to (1)
> confirm that it has conducted a diligent and reasonable search and inquiry and (2)
> state whether it is aware of such documents ever having existed. Please let us know as
> soon as possible whether Nexo will do so.

1. RFPs 114-115 requested documents showing Nexo's assets and liabilities from March
   2021 to October 2021. You represented that Nexo does not have this data, but rather
   has only a single unaudited financial statement for the year 2021. Please confirm that is
   the case and amend your responses to so state.
2. You have still not told us what you have done to search for Nexo's audits, attestations,
   and accountings requested by RFPs 111, 116, 117, and ordered by the Court in RFP 36.
   As you know, Nexo and Trenchev have publicly represented that Nexo has performed
   internal audits of its finances and NEXO token sales. Could you please explain what
   Nexo has done to search for these documents, and why Nexo was unable to find these
   documents.

We are happy to make ourselves availalbe for a call to discuss any of these issues, but we do
need to understand Nexo's position in the next few days so that we can submit any
remaining issues to the Court.

Thanks

James

---

**From:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Sent:** Friday, September 26, 2025 4:40 PM

**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Max Ambrose
<maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John
<John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document
production

James and Max,

Regarding Plaintiff's RFP letter brief, Nexo makes the following proposals regarding the RFPs
addressed in your letter that Nexo hopes will moot the dispute. Please let us know if you wish to
further discuss.

| RFPs | Plaintiff's Category in Letter | Nexo Proposal |
|---|---|---|
| 232, 233, 234, 235, 236, 237 | Cress's OTC Transactions | Regarding 232-237, Nexo has already produced or will produce responsive documents regarding Cress's own OTC transactions. We are in the process of following up with Nexo regarding these specific RFPs to see if any further responsive documents exist. |
| 112, 113, 176, 177, 178, 192, 201, 202, 203, 247 | Exchange-Related RFPs | Regarding 112 and 113, for those U.S. customers who directly purchased Nexo Tokens from Nexo, Nexo proposes to produce documents sufficient to show the Nexo Token transactions associated with those customers.<br><br>Regarding 176-178, 192 and 202, these RFPs address Nexo Token sales on crypto exchanges. Nexo proposes tabling these RFPs until the Court issues a ruling on the letter brief regarding Cress's Rog 12.<br><br>Regarding 201 and 203, Nexo stands on its objections. However, will you consider whether this proposal might moot these RFPs? |

| 184, 185, 186, 219, 239 | LRP-Related RFPs | Regarding 184-186, 219 and 239, Nexo has already produced executed LRAs signed by its U.S. customers, and it has already produced responsive documents using the agreed LRP/LRA search terms across the agreed custodians. |
|---|---|---|
| 230, 238 | Nexo's Liquidation Calculations | Regarding 230 and 238, Nexo proposes to produce documents sufficient to substantiate Nexo's response to Interrogatory No. 7 regarding how LTV was calculated. |
| 250 | Efforts to Ensure Nexo Purchasers Were Not Underwriters | Regarding 250, Nexo proposes to produce documents sufficient to show Nexo's efforts to verify that the U.S. customers to whom it directly sold Nexo Tokens were not statutory underwriters |

Regarding your meet and confer letters about Nexo's document production sent on September 9 and 15, we are preparing our responses and will get you our letter next week.

**Ian Shelton**

Partner, Litigation

Baker & McKenzie LLP

800 Capitol, Suite 2100

Houston, Texas 77002

United States

Dir: +1 713 427 5029

Tel: +1 713 427 5000

ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Thursday, September 25, 2025 10:47 AM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John <John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,
I'm following up regarding our Joint Letter on Plaintiff's RFPs and the two meet and confer letters we have sent you regarding Nexo's production. Can you please let us know when we can expect a response on these issues.

With respect to the Joint Letter, if Nexo cannot provide its position shortly, we will have no choice but to submit our position to the Court and note that Nexo has not provided its position more than a month later.

With respect to the issues raised in our meet and confer letters, we need to know if Nexo is willing to address those issues. Otherwise, we would like to present them to the Court.

Best regards

James

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Wednesday, September 17, 2025 1:20 PM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John <John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,
While we have always been very generous in extending extensions to Nexo, October 10 is fine.

With respect to submitting disputes to the Court, can you please provide us Nexo's position and/or revisions with respect to the joint letter regarding Plaintiff's RFPs this week? That letter was provided to you nearly a month ago and it is unclear what is causing the delay.

We also need to get to the bottom of the many deficiencies in Nexo's production ASAP. Can you please let us know when we can expect a response to our meet and confer letters?

Thanks

James

Get Outlook for iOS

---

**From:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Sent:** Wednesday, September 17, 2025 1:12:58 PM
**To:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John <John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>; James Taylor-Copeland <james@taylorcopelandlaw.com>
**Subject:** RE: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Max,

Those RFAs were served nearly a month ago on August 26. Is there a reason why you need five more weeks from today to respond to them? Mr. Cress does not have a remotely similar discovery burden compared to Nexo. We think October 10 is more reasonable, as it will give us time to submit any disputes to the Court. Could we agree to that deadline as a compromise?

**Ian Shelton**

Partner, Litigation

Baker & McKenzie LLP

800 Capitol, Suite 2100

Houston, Texas 77002

United States

Dir: +1 713 427 5029

Tel: +1 713 427 5000

ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Sent:** Wednesday, September 17, 2025 10:38 AM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John <John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>; James Taylor-Copeland <james@taylorcopelandlaw.com>
**Subject:** [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Ian, following up here for the fourth time.

Could you please let us know whether Nexo agrees to extend Plaintiff's deadline to respond to Nexo's set one RFAs to October 25, 2025?

On Mon, Sep 15, 2025 at 4:16 PM Max Ambrose <maxambrose@taylorcopelandlaw.com> wrote:

> Ian,
>
> Please find a follow-up letter regarding Nexo's September 12 document production.
>
> Could you please also let us know whether Nexo agrees to extend Plaintiff's deadline to respond to Nexo's set one RFAs to October 25, 2025?
>
> Thanks,
>
> Max
>
> On Tue, Sep 9, 2025 at 8:17 PM Max Ambrose <maxambrose@taylorcopelandlaw.com> wrote:
>
>> Hi Ian,
>>
>> Please see the attached letter. We hope to have a response from you on these issues promptly.
>>
>> Best regards,
>>
>> Max
>> --
>> Taylor-Copeland Law
>> maxambrose@taylorcopelandlaw.com
>> 501 W. Broadway Suite 800
>> San Diego, CA 92101
>> Phone: (602) 570-2656
>> www.taylorcopelandlaw.com
>
>
> --
> Taylor-Copeland Law
> maxambrose@taylorcopelandlaw.com
> 501 W. Broadway Suite 800
> San Diego, CA 92101
> Phone: (602) 570-2656
> www.taylorcopelandlaw.com


--

Taylor-Copeland Law
maxambrose@taylorcopelandlaw.com
501 W. Broadway Suite 800
San Diego, CA 92101
Phone: (602) 570-2656
www.taylorcopelandlaw.com


--
James Taylor-Copeland
Law Offices of James Taylor-Copeland
Phone: (619) 734-8770
Email: James@TaylorCopelandLaw.com
Web: www.TaylorCopelandLaw.com


--

Taylor-Copeland Law

maxambrose@taylorcopelandlaw.com

501 W. Broadway Suite 800

San Diego, CA 92101

Phone: (602) 570-2656

www.taylorcopelandlaw.com


--

Taylor-Copeland Law

maxambrose@taylorcopelandlaw.com

501 W. Broadway Suite 800

San Diego, CA 92101

Phone: (602) 570-2656

www.taylorcopelandlaw.com

--

Taylor-Copeland Law

maxambrose@taylorcopelandlaw.com

501 W. Broadway Suite 800

San Diego, CA 92101

Phone: (602) 570-2656

www.taylorcopelandlaw.com

--

Taylor-Copeland Law

maxambrose@taylorcopelandlaw.com

501 W. Broadway Suite 800

San Diego, CA 92101

Phone: (602) 570-2656

www.taylorcopelandlaw.com