EXHIBIT 8



October 26, 2021

<u>Via Email</u>
Michael Bahar, Esq.
Eversheds Sutherland
700 6th Street N.W.
Washington, D.C. 20001

          **Re: John Cress**

Dear Michael:

    We represent a longtime Nexo customer, John Cress, in connection with analyzing the substantial losses that he has suffered from using Nexo's services. In our assessment, as discussed in some detail below, Nexo is obligated to compensate Mr. Cress for his cognizable losses. I write to you because Mr. Cress is a resident of California, and his issues set forth below implicate broader issues with the Nexo platform of the sort raised under California law in our firm's pending class action against Nexo. If someone else at or representing Nexo is better situated to address our complaint regarding Mr. Cress, please let us know.

    On March 3, 2021, Mr. Cress began a series of deposits to his Nexo wallet, amounting to 249.916738 BTC and 250 ETH, to earn interest on his crypto-assets. (Exhibit 1.) On March 15, Nexo employee Hristiyan Hristov contacted Mr. Cress and stated that Mr. Cress's account had grown to the point that he was eligible for Nexo's "VIP Relationship Program." Mr. Hristov also informed Mr. Cress that he would be Mr. Cress's "dedicated relationship manager." At that point, Mr. Cress had not borrowed on Nexo's platform, and he did not respond to Mr. Hristov.

    On March 17, however, Mr. Hristov again reached out to Mr. Cress, further advertising the benefits of the VIP program and attaching a brochure describing the program to "spark your interest." The contents of the brochure did spark Mr. Cress's interest, and on March 26, in reliance on Nexo's representations regarding the VIP program, Mr. Cress borrowed approximately $5.4 million loan collateralized by his crypto-assets, and came to borrow approximately $7.45 million more through loans on March 30, April 14, and April 30. Mr. Cress proceeded to suffer losses, as explained below, as a result of this borrowing.

    Nexo's VIP program brochure, and Mr. Hristov's communications regarding that program, contained multiple false and misleading representations and omissions that, in violation of California law, fraudulently induced Mr. Cress into thus borrowing against his crypto-assets. Nexo promised, for example, that as a VIP, Mr. Cress (1) would "get a response from the support team in 2 hours, 24/7"; (2) would receive a "dedicated relationship manager" and "direct phone number availability"; and (3) could utilize certain "OTC services," including Nexo's "[l]iquidation relief program," which it represented was a "service in the event of a market crash to recover your liquidated assets," and Nexo's "zero cost loan," which it represented involved "no risk of liquidation."

Michael Bahar, Esq.
October 26, 2021
Page 2 of 6

  As Mr. Cress would later discover, none of these things were true. Instead, Nexo engaged in an unlawful "scheme," which encompasses its "lending process," to "steer" customers with large accounts such as Mr. Cress into loans and programs that were "lucrative" to Nexo with the promise of special benefits, when in fact Nexo provided sub-standard service and programs that increased the likelihood of customer liquidations. *In re Countrywide Fin. Corp. Mortg. Mktg. & Sales Pracs. Litig.*, 601 F. Supp. 2d 1201, 1220 (S.D. Cal. 2009) (denying motion to dismiss claim premised on similar allegations).

  *First*, contrary to Nexo's representations about responsiveness, Mr. Cress in fact had to wait days, even weeks, to receive responses regarding his inquiries about Nexo's services and his account at critical periods in the market. Indeed, on May 28, Mr. Cress initiated a customer service ticket requesting that Nexo work with him to protect his collateral in times of market volatility. Nexo responded on May 29 that his request had been referred to Mr. Cress's "account manager." On June 10, almost *two weeks* after he had initiated contact, Mr. Cress wrote to Mr. Hristov that despite "trying very hard to reach someone at Nexo for help protecting my assets," he had been waiting 12 days for a response despite being in a "serious situation" on his multimillion dollar account.

  *Second*, contrary to Nexo's representations about access to customer service, although assigned as Mr. Cress's relationship manager, Mr. Hristov was frequently unavailable. And when he was available, he misled Mr. Cress regarding Nexo's financial products. On March 23, Mr. Hristov told Mr. Cress: "You will be earning 5% annually on the Bitcoin which you used as collateral." This was false—Mr. Cress did not earn interest on crypto assets posted as collateral for his loans, and relied upon this false representation when deciding whether to borrow from Nexo. Mr. Hristov also made false and misleading statements and omissions when Mr. Cress proposed that he enter into a swap of BTC to USDC to stabilize his assets before swapping back to BTC in the event prices stabilized as a "temporary measure to get through a drop in BTC price this weekend." Mr. Hristov failed to inform Mr. Cress that such a plan was not possible under the "collateral swap" feature that Mr. Hristov offered him. Instead, on June 11, Mr. Cress told Mr. Hristov to disregard his request to engage in a collateral swap because he had learned elsewhere that Nexo would *not* in fact allow him to swap directly back to BTC as he desired—noting that "[t]his service is not at all what it sounds like." Indeed, even now, Nexo misrepresents to consumers on its website that its collateral swap feature allows you to "revert your portfolio back to its original crypto mix when the market is down to maximize your holdings," when in fact Nexo does *not* permit users to completely swap back to collateral that Nexo has assigned a lower loan-to-value ratio. Such misrepresentations thus implicate California's laws meant to protect consumers more broadly than even the impact on Mr. Cress individually.

  *Third*, contrary to Nexo's representations regarding its liquidation relief program, on June 21 and 22, Mr. Cress was substantially liquidated of his remaining BTC, in turn forcing him to sell off BTC to repay his loan. Nexo had initially represented to Mr. Cress he would be able to "recover [his] liquidated assets" as part of its VIP program's liquidation relief service, and on June 22, Mr. Cress wrote to Mr. Hristov that Nexo had instructed him to utilize the "liquidation relief" program. The same day, Nexo customer support informed Mr. Cress that the "liquidation relief" program was simply taking out a loan to repurchase liquidated assets up to a certain loan-to-value ratio. This is *not* a "relief" program that allows one to "recover" their liquidated assets, as had been falsely represented to Mr. Cress—and to all of Nexo's VIP program participants.

Michael Bahar, Esq.
October 26, 2021
Page 3 of 6

And although Nexo initially purported in advertisements it sent to Mr. Cress that its zero-cost loan program involved "no risk of liquidation," it later disclosed to him that under that program, in the event collateral either dropped below the "safeguard price" or exceeded the "cash-out" price, Nexo would "*retain the collateral*."

Mr. Cress suffered significant losses as a result of Nexo's repeated and fundamental misrepresentations and omissions. As a result of Nexo's delays in responding to Mr. Cress, for example, he could not timely determine whether he should maintain his loan-to-value ratio to avoid liquidation by attempting to sell assets outside of Nexo and posting additional collateral, whether Nexo would accept pledges of other assets, or whether Nexo would allow him to engage in swaps on the terms he had proposed to Mr. Hristov. Just as fundamental, but for Nexo's representations regarding its VIP program and ability to earn interest on collateral, Mr. Cress never would have even agreed to borrow money from Nexo in the first place.

The damages that Mr. Cress is entitled to recover for Nexo's foregoing misconduct is the current value of the assets, cited above, that he lost as a result of Nexo having fraudulently induced him to borrow against those assets. That is, but for Nexo's misrepresentations and omissions, Mr. Cress would not have borrowed against those assets and instead would retain their value today. That value, which of course varies from day to day, is now approximately $17 million. In causing these losses, moreover, Nexo has acted in ways that implicate California statutes that operate to protect all customers in Mr. Cress's position who have suffered similar losses from this same misconduct.

*First*, Nexo's representations to Mr. Cress about its VIP program violated California Financial Code § 22161, under the California Financing Law that governs Nexo's lending activities and its California state lending license. Section 22161 provides that, among other things, one shall not "[k]nowingly misrepresent, circumvent, or conceal, through subterfuge or device, any material aspect or information regarding a transaction to which the person is a party," and that one shall not "[a]dvertise, print, display, publish, distribute, or broadcast . . . in any manner, any statement or representation with regard to the business subject to the provisions of this division . . . that is false, misleading, or deceptive, or that omits material information that is necessary to make the statements not false, misleading, or deceptive, or in the case of a licensee, that refers to the supervision of the business by the state or any department or official of the state." Mr. Cress is entitled to full restitution for Nexo's violations of Section 22161. *See, e.g.*, *De La Torre v. CashCall, Inc.*, 422 P.3d 1004, 1012, 1021 (Cal. 2018) (explaining that violations of the California Financing Law may be remedied with an order requiring the defendant to pay restitution, as well as an order enjoining the challenged conduct).

*Second*, Nexo's deceptive misconduct violated California's Business and Professions Code §§ 17200 & 17500, which respectively prohibit "unfair, deceptive, untrue or misleading advertising" and provide that one may not "induce the public to enter into any obligation" through any "untrue or misleading" statement. Indeed, as shown, "members of the public" would "likely" be "deceived" by Nexo's representations regarding its VIP program. *Veera v. Banana Republic, LLC*, 211 Cal. Rptr. 3d 769, 775 (Ct. App. 2016) ("The UCL and the FAL prohibit not only advertising which is false, but also advertising which, although true, is either actually misleading or which has a capacity, likelihood or tendency to deceive or confuse the public.")

(alterations and internal quotations omitted). Mr. Cress is likewise entitled to restitution for Nexo's violations of Sections 17200 and 17500. *See id.*

*Third,* Nexo's misconduct constitutes fraudulent inducement of contract. Nexo both knowingly misrepresented and failed to disclose material terms of its VIP program and related services with the intent to induce Mr. Cress to borrow from Nexo. Mr. Cress justifiably relied upon those representations and was foreseeably damaged. *See* 5 Witkin, Summary of Cal. Law, 11th *Torts* § 890 (2021) (describing elements of claim). "[W]hen a party has been induced by fraud or mistake to enter into a contract, the party may have the contract set aside and seek restitution of those benefits lost to him by the transaction." *Merced Cty. Mut. Fire Ins. Co. v. State of California*, 233 Cal. App. 3d 765, 771 (Ct. App. 1991). This is the basis for Mr. Cress to recover the value of the assets that he posted for his borrowing.

Nexo caused Mr. Cress to suffer the lost profits that he would have earned absent Nexo's fraudulent inducement and liquidation of his assets. *See* Cal. Civ. Code § 3333 ("For the breach of an obligation not arising from contract, the measure of damages, except where otherwise expressly provided by this Code, is the amount which will compensate for all the detriment proximately caused thereby, whether it could have been anticipated or not."); § 1709 ("One who willfully deceives another with intent to induce him to alter his position to his injury or risk, is liable for any damage which he thereby suffers."); § 3343 ("Where the defrauded party has been induced by reason of the fraud to sell or otherwise part with the property in question, an amount which will compensate him for profits or other gains which might reasonably have been earned by use of the property had he retained it."); *see, e.g.*, *Strebel v. Brenlar Invs., Inc.*, 37 Cal. Rptr. 3d 699, 706 (Ct. App. 2006) ("The amount by which the value of Strebel's former home appreciated after the fraudulently induced sale was a reasonable measure of his damages.").

In sum, Mr. Cress demands payment of his approximately $17 million in damages. Please respond to this demand no later than October 28, 2021, or Mr. Cress will be forced to take all actions available to him to protect his rights. The foregoing is not intended to be a complete recitation of all applicable law and/or facts, and shall not be deemed to constitute a waiver or relinquishment of any of our client's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Sincerely,

ROCHE FREEDMAN LLP

*/s/ Edward Normand*
Kyle W. Roche
Edward Normand
Alex Potter
ROCHE FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016

encl.

# EXHIBIT 1

nexo_transactions3321-42021

| Transaction | Type | Currency | Amount | USD Equivalent | Details | Outstanding Loan | Date / Time |
|---|---|---|---|---|---|---|---|
| NXTzO3pwcBbje | Interest | ETH | 0.0334917 | $73.55 | approved / ETH Interest Earned | $11,902,658.50 | 4/20/21 1:00 |
| NXTePzZHOPWTU | Interest | BTC | 0.01522938 | $854.29 | approved / BTC Interest Earned | $11,902,658.50 | 4/20/21 1:00 |
| NXTcyGy1u6KK0 | Interest | USD | -1950.39 | $1,950.39 | approved / Interest | $11,902,658.50 | 4/20/21 0:00 |
| NXTNNcfPGAlm1 | Interest | ETH | 0.03348722 | $74.91 | approved / ETH Interest Earned | $11,900,708.11 | 4/19/21 1:00 |
| NXTPhxHUjWdIm | Interest | BTC | 0.01522734 | $860.96 | approved / BTC Interest Earned | $11,900,708.11 | 4/19/21 1:00 |
| NXTp6Ua9PJJ1F | Interest | USD | -1950.07 | $1,950.07 | approved / Interest | $11,900,708.11 | 4/19/21 0:00 |
| NXTLgoHtFChUu | Interest | ETH | 0.03348275 | $80.47 | approved / ETH Interest Earned | $11,898,758.04 | 4/18/21 1:00 |
| NXTH6hm0tAb0V | Interest | BTC | 0.01522531 | $933.03 | approved / BTC Interest Earned | $11,898,758.04 | 4/18/21 1:00 |
| NXTPKRxGth7m4 | Interest | USD | -1949.75 | $1,949.75 | approved / Interest | $11,898,758.04 | 4/18/21 0:00 |
| NXT629xYFWYzH | Interest | ETH | 0.03347827 | $81.25 | approved / ETH Interest Earned | $11,896,808.29 | 4/17/21 1:00 |
| NXTYzjZzStGiC | Interest | BTC | 0.01143019 | $705.04 | approved / BTC Interest Earned | $11,896,808.29 | 4/17/21 1:00 |
| NXT7R6T0yw3o8 | Interest | USD | -1949.44 | $1,949.44 | approved / Interest | $11,896,808.29 | 4/17/21 0:00 |
| NXTC0AXXHgF4c | Deposit | BTC | 28.37799999 | $1,724,803.43 | approved / b7a2967911157672ff3a9449965ef739f3507ded5feec2338cea63a1ec2f524b | $11,894,858.85 | 4/16/21 12:38 |
| NXTGI8TE8akE8 | Deposit | NEXO | 91715.01059 | $337,150.25 | approved / 0x5785a90fc2238fe89256044db3504f26bdea0b10fc622a0e28010e5bbfc68116 | $11,894,858.85 | 4/16/21 11:43 |
| NXTgHbZ4JBAjE | Interest | ETH | 0.0334738 | $84.79 | approved / ETH Interest Earned | $11,894,858.85 | 4/16/21 1:00 |
| NXTJbpsSGcpTt | Interest | BTC | 0.01142866 | $724.54 | approved / BTC Interest Earned | $11,894,858.85 | 4/16/21 1:00 |
| NXTT5VhKwEPMA | Interest | USD | -1949.12 | $1,949.12 | approved / Interest | $11,894,858.85 | 4/16/21 0:00 |
| NXTgwi39Dh0Zj | Interest | ETH | 0.03346932 | $81.32 | approved / ETH Interest Earned | $11,892,909.73 | 4/15/21 1:00 |
| NXTfJZLUzaN9f | Interest | BTC | 0.01142714 | $719.55 | approved / BTC Interest Earned | $11,892,909.73 | 4/15/21 1:00 |
| NXTWrmA77cGuZ | Interest | USD | -1948.8 | $1,948.80 | approved / Interest | $11,892,909.73 | 4/15/21 0:00 |
| NXTVLnRXvMkpV | Withdrawal | USDTERC | -2150000 | $2,153,169.10 | approved / USDT withdrawal | $11,890,960.93 | 4/14/21 18:22 |
| NXT9AClohyc14 | Deposit | USDTERC | 2150000 | $2,150,509.55 | approved / | $11,890,960.93 | 4/14/21 17:49 |
| NXT1rAMXd9WJ9 | WithdrawalCredit | USD | -2150509.55 | $2,150,509.55 | approved / JOHN THOMAS CRESS | $11,890,960.93 | 4/14/21 8:12 |
| NXTPXRYfFEtQy | TransferOut | BTC | -22.3488335 | $1,431,948.68 | approved / Transfer from Savings Wallet to Credit Line Wallet | $9,740,451.38 | 4/14/21 8:12 |
| NXTnDikmrKGYn | TransferOut | NEXO | -530190 | $1,820,273.76 | approved / Transfer from Savings Wallet to Credit Line Wallet | $9,740,451.38 | 4/14/21 8:12 |
| NXTYB6dUMzIhr | Interest | ETH | 0.03346485 | $76.57 | approved / ETH Interest Earned | $9,740,451.38 | 4/14/21 1:00 |
| NXTNJrR8C4flQ | Interest | BTC | 0.01441282 | $913.12 | approved / BTC Interest Earned | $9,740,451.38 | 4/14/21 1:00 |
| NXT4c7kq5ts4N | Interest | USD | -1596.09 | $1,596.09 | approved / Interest | $9,740,451.38 | 4/14/21 0:00 |
| NXTOcW7VrMJio | Interest | BTC | 0.01441089 | $865.94 | approved / BTC Interest Earned | $9,738,855.29 | 4/13/21 1:00 |
| NXT4TgS16ZOCE | Interest | ETH | 0.03346038 | $71.97 | approved / ETH Interest Earned | $9,738,855.29 | 4/13/21 1:00 |
| NXTw1E1HsfRva | Interest | USD | -1595.83 | $1,595.83 | approved / Interest | $9,738,855.29 | 4/13/21 0:00 |
| NXTip3YWh5tzg | Interest | BTC | 0.01440896 | $867.37 | approved / BTC Interest Earned | $9,737,259.46 | 4/12/21 1:00 |
| NXTOC2s978m2C | Interest | ETH | 0.0334559 | $71.86 | approved / ETH Interest Earned | $9,737,259.46 | 4/12/21 1:00 |
| NXTI63OFAd1aL | Interest | USD | -1595.57 | $1,595.57 | approved / Interest | $9,737,259.46 | 4/12/21 0:00 |
| NXTBQSt50eK3L | Interest | ETH | 0.03345143 | $70.77 | approved / ETH Interest Earned | $9,735,663.89 | 4/11/21 1:00 |
| NXTGo40uW8QkR | Interest | BTC | 0.01440704 | $852.68 | approved / BTC Interest Earned | $9,735,663.89 | 4/11/21 1:00 |
| NXTJNiCLy1W5L | Interest | USD | -1595.31 | $1,595.31 | approved / Interest | $9,735,663.89 | 4/11/21 0:00 |
| NXTjdPFBLy53C | Interest | ETH | 0.03344696 | $69.23 | approved / ETH Interest Earned | $9,734,068.58 | 4/10/21 1:00 |
| NXTc6Kv4s0VUS | Interest | BTC | 0.01440511 | $838.44 | approved / BTC Interest Earned | $9,734,068.58 | 4/10/21 1:00 |
| NXTPXHk0IIp8I | Interest | USD | -1595.04 | $1,595.04 | approved / Interest | $9,734,068.58 | 4/10/21 0:00 |
| NXTAvoSCz2cQA | Interest | BTC | 0.01440319 | $834.44 | approved / BTC Interest Earned | $9,732,473.54 | 4/9/21 1:00 |
| NXTqtgykk7wTN | Interest | ETH | 0.03344249 | $69.29 | approved / ETH Interest Earned | $9,732,473.54 | 4/9/21 1:00 |
| NXT50hX7eZZM4 | Interest | USD | -1594.78 | $1,594.78 | approved / Interest | $9,732,473.54 | 4/9/21 0:00 |
| NXT0Zwma9ubUI | Interest | BTC | 0.01440126 | $814.54 | approved / BTC Interest Earned | $9,730,878.76 | 4/8/21 1:00 |
| NXT4jMG0Jqoc2 | Interest | ETH | 0.03343802 | $67.25 | approved / ETH Interest Earned | $9,730,878.76 | 4/8/21 1:00 |
| NXT5oJv3N2fdY | Interest | USD | -1594.52 | $1,594.52 | approved / Interest | $9,730,878.76 | 4/8/21 0:00 |
| NXTuziHzXcvkQ | Interest | BTC | 0.01439934 | $836.73 | approved / BTC Interest Earned | $9,729,284.24 | 4/7/21 1:00 |
| NXT11gbB1DnVz | Interest | ETH | 0.03343355 | $70.84 | approved / ETH Interest Earned | $9,729,284.24 | 4/7/21 1:00 |
| NXT2ouuXHGC9X | Interest | USD | -1594.26 | $1,594.26 | approved / Interest | $9,729,284.24 | 4/7/21 0:00 |
| NXTnaFCMNLnTX | Interest | BTC | 0.01439741 | $849.20 | approved / BTC Interest Earned | $9,727,689.98 | 4/6/21 1:00 |
| NXTBeOhquOawG | Interest | ETH | 0.03342908 | $70.78 | approved / ETH Interest Earned | $9,727,689.98 | 4/6/21 1:00 |
| NXTpcEOUN0NJI | Interest | USD | -1594 | $1,594.00 | approved / Interest | $9,727,689.98 | 4/6/21 0:00 |
| NXTdVHtFD2aIU | Interest | BTC | 0.01439549 | $843.53 | approved / BTC Interest Earned | $9,726,095.98 | 4/5/21 1:00 |
| NXT5zLk8xAw53 | Interest | ETH | 0.03342461 | $69.63 | approved / ETH Interest Earned | $9,726,095.98 | 4/5/21 1:00 |
| NXT9C2cFfJ6RK | Interest | USD | -1593.74 | $1,593.74 | approved / Interest | $9,726,095.98 | 4/5/21 0:00 |
| NXT5WgiWNRN6L | Interest | ETH | 0.03342015 | $68.62 | approved / ETH Interest Earned | $9,724,502.24 | 4/4/21 1:00 |
| NXTdl2zjir310 | Interest | BTC | 0.01439356 | $836.53 | approved / BTC Interest Earned | $9,724,502.24 | 4/4/21 1:00 |
| NXTVQtGSRf2Eq | Interest | USD | -1593.48 | $1,593.48 | approved / Interest | $9,724,502.24 | 4/4/21 0:00 |
| NXTRrgKXCay3p | Interest | BTC | 0.00806636 | $478.16 | approved / BTC Interest Earned | $9,722,908.76 | 4/3/21 1:00 |
| NXTQ0kvE5SfWL | Interest | USD | -1593.22 | $1,593.22 | approved / Interest | $9,722,908.76 | 4/3/21 0:00 |
| NXT4jyaEumlBd | Deposit | ETH | 100 | $206,167.87 | approved / 0x5382b81744b9507db89e63f39ea722d ff8fa2b23550699baa4bcdf1462f2d01b | $9,721,315.54 | 4/2/21 19:46 |
| NXToGNNHUIqLQ | Deposit | ETH | 100 | $206,664.15 | approved / 0x26b72f5178832b9e0ae89a1c1f93d9ba2c685649c82aec0b9a93ad8bd808a650 | $9,721,315.54 | 4/2/21 19:05 |
| NXTBcGESoy6C7 | Deposit | ETH | 40 | $82,730.73 | approved / 0x555d9c2b6428914ea2fd3ad4e09472fca6eed873358da6d84871f1c85d8ad1f3 | $9,721,315.54 | 4/2/21 18:27 |
| NXTrSC5OFAkEA | Deposit | ETH | 10 | $20,009.27 | approved / 0x6f70881308e6298debdd6274fa72b6d06499bb8a08234481e2dfcdbc526c6051 | $9,721,315.54 | 4/2/21 10:57 |
| NXTrvxbkSfTBH | Deposit | BTC | 47.32269999 | $2,833,586.79 | approved / 8d29caf16a940b0f4cec168f2b4e37850f60a6c263e7afc8afc7399181119fa1 | $9,721,315.54 | 4/2/21 7:49 |
| NXTMMAHx2O1od | Interest | BTC | 0.00806528 | $478.41 | approved / BTC Interest Earned | $9,721,315.54 | 4/2/21 1:00 |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NXTO4pt0hknt4 | Interest | USD | -1592.95 | $1,592.95 | approved / Interest | $9,721,315.54 | 4/2/21 0:00 |
| NXT0ufjD05HwU | Deposit | NEXO | 530190 | $1,454,380.62 | approved / 0xd2c4ab30a4fba9bfb2d6771dee4f37ec51e0b2dc67007da8c387b2cdcc705633 | $9,719,722.59 | 4/1/21 15:16 |
| NXTWZJodfc6hQ | Interest | BTC | 0.00727531 | $428.48 | approved / BTC Interest Earned | $9,719,722.59 | 4/1/21 1:00 |
| NXTm9gOiGtHqP | Interest | USD | -2402.34 | $2,402.34 | approved / Interest | $9,719,722.59 | 4/1/21 0:00 |
| NXTGSxQZUmcdd | Interest | BTC | 0.00727443 | $428.50 | approved / BTC Interest Earned | $9,717,320.25 | 3/31/21 1:00 |
| NXTqq7MyDl0ts | Interest | USD | -2401.74 | $2,401.74 | approved / Interest | $9,717,320.25 | 3/31/21 0:00 |
| NXTIfkJv0ljof | Withdrawal | USDTERC | -4299900 | $4,300,695.48 | approved / USDT withdrawal | $9,714,918.51 | 3/30/21 20:23 |
| NXTLhGqRjMpS7 | Withdrawal | USDTERC | -100 | $100.02 | approved / USDT withdrawal | $9,714,918.51 | 3/30/21 20:12 |
| NXTsvdNgyTpte | Deposit | USDTERC | 4300000 | $4,300,920.20 | approved / | $9,714,918.51 | 3/30/21 20:10 |
| NXTNWLhmPxB2d | WithdrawalCredit | USD | -4300920.2 | $4,300,920.20 | approved / JOHN THOMAS CRESS | $9,714,918.51 | 3/30/21 20:10 |
| NXTICctu22YAS | TransferOut | BTC | -97.07749817 | $5,739,983.94 | approved / Transfer from Savings Wallet to Credit Line Wallet | $5,413,998.31 | 3/30/21 20:10 |
| NXT8su61e7vIH | TransferOut | NEXO | -481878.1134 | $1,344,530.05 | approved / Transfer from Savings Wallet to Credit Line Wallet | $5,413,998.31 | 3/30/21 20:10 |
| NXTyoGnyQmUGe | Interest | BTC | 0.01897983 | $1,097.22 | approved / BTC Interest Earned | $5,413,998.31 | 3/30/21 1:00 |
| NXT5GALVdWbxi | Interest | USD | -1338.13 | $1,338.13 | approved / Interest | $5,413,998.31 | 3/30/21 0:00 |
| NXTP8Dy7WfNA5 | Interest | BTC | 0.01897754 | $1,058.18 | approved / BTC Interest Earned | $5,412,660.18 | 3/29/21 1:00 |
| NXT93TFdsCOk2 | Interest | USD | -1337.8 | $1,337.80 | approved / Interest | $5,412,660.18 | 3/29/21 0:00 |
| NXTbnemVy7zan | Interest | BTC | 0.00999864 | $559.73 | approved / BTC Interest Earned | $5,411,322.38 | 3/28/21 1:00 |
| NXThB9LaMblro | Interest | USD | -1337.47 | $1,337.47 | approved / Interest | $5,411,322.38 | 3/28/21 0:00 |
| NXT265PkaQhDg | Deposit | BTC | 74.441 | $4,201,320.15 | approved / 2e142d0bd26290424d51d0b4c53c0372790f677149b1336e714601b32ddc993b | $5,409,984.91 | 3/27/21 23:58 |
| NXTRb1ygHQwSE | Deposit | NEXO | 481878.1134 | $1,189,641.89 | approved / 0x1fa4fb757eb8d014ced42655df9cfb6df2c6a80da6e587a80b0427250be026a4 | $5,409,984.91 | 3/27/21 20:33 |
| NXTj6IuTtHuTd | Interest | USD | -1787.71 | $1,787.71 | approved / Interest | $5,409,984.91 | 3/27/21 0:00 |
| NXT5DH9JXSZOe | Withdrawal | USDTERC | -5399900 | $5,406,919.87 | approved / USDT withdrawal | $5,408,197.20 | 3/26/21 21:05 |
| NXTvQQvQAoksG | Withdrawal | USDTERC | -100 | $100.17 | approved / USDT withdrawal | $5,408,197.20 | 3/26/21 20:48 |
| NXTxkIXVeAcP1 | Deposit | USDTERC | 5400000 | $5,408,197.20 | approved / | $5,408,197.20 | 3/26/21 20:45 |
| NXT5fiAz35clf | WithdrawalCredit | USD | -5408197.2 | $5,408,197.20 | approved / JOHN THOMAS CRESS | $5,408,197.20 | 3/26/21 20:38 |
| NXTTLzN6fAzQU | TransferOut | BTC | -167.2870862 | $9,013,662.00 | approved / Transfer from Savings Wallet to Credit Line Wallet | $0.00 | 3/26/21 20:38 |
| NXTXVOqWp7CXl | Deposit | BTC | 20 | $1,077,550.75 | approved / 6d10fac29574f70b174d1a0b16dbc9b5b7337ad23a34f50d5e7ed1003011713b | $0.00 | 3/26/21 20:26 |
| NXTifY9Qie9mC | Deposit | BTC | 20 | $1,081,189.91 | approved / 994209da3cc8abd4b582a6706749b3e689276ba476c5a1665872a6ae15222fe3 | $0.00 | 3/26/21 19:06 |
| NXTKONkNIWKdg | Deposit | BTC | 10 | $538,026.57 | approved / d577ba3657c12f7f87002d9f6c37e740181c1c644bc14a88686e1645dab1d140 | $0.00 | 3/26/21 18:14 |
| NXTx0BfkeiKqH | Deposit | BTC | 10 | $531,952.58 | approved / 9ed3ae3200780f3d767d4ce70bd64a03526d3444ad2676f9df5bc0717f13d708 | $0.00 | 3/26/21 8:38 |
| NXT0ApcsYefbx | Deposit | BTC | 10 | $528,934.10 | approved / 67a2578739f66a99c34e832e715c1caaee2c512210d4080dc4c36ea02acc7848 | $0.00 | 3/26/21 7:28 |
| NXTPaYEAJ3SFq | Deposit | BTC | 10 | $528,903.18 | approved / 01538c4906e5c136dc4e9974bea9e9db68073c6efad535bb ff65f0818bfa5af9 | $0.00 | 3/26/21 6:11 |
| NXTCE6zu9uZ7X | Deposit | BTC | 10 | $525,578.31 | approved / 1c9bd5cadd8d8a0b0219ecb7e61ec9c8dcfcaf76ebb5929b9894a7fc8c654613 | $0.00 | 3/26/21 5:36 |
| NXTrAPH4NrXmv | Deposit | BTC | 10 | $522,480.21 | approved / f4732dc88835c250fd0db75d695ea5e60df008cb0587481f2720070fecb55af6 | $0.00 | 3/26/21 4:19 |
| NXTFJ7UrVZxol | Deposit | BTC | 10 | $518,467.68 | approved / ea9dd83636bc3a5a80c7d9af78fbe822655577e971886 ffb2d80ceb6503d74b7 | $0.00 | 3/26/21 3:45 |
| NXThwlmMR3YGY | Deposit | BTC | 10 | $524,200.90 | approved / a0ebd06d685364e3310ef7fb6178836c83ac4da1c3c4747e118c9d06f0210906 | $0.00 | 3/26/21 2:23 |
| NXTpkmyc4Mf8A | Interest | BTC | 0.01291458 | $667.80 | approved / BTC Interest Earned | $0.00 | 3/26/21 1:00 |
| NXT1WnfY9WaSY | Deposit | BTC | 10 | $520,063.39 | approved / 65e6ecfc60ad0901788cfbcd090adbf6d48094d8be16987a8d4cefa583095a80 | $0.00 | 3/26/21 0:26 |
| NXTfDi7F7EdOA | Interest | BTC | 0.0129132 | $681.44 | approved / BTC Interest Earned | $0.00 | 3/25/21 1:00 |
| NXTRX42cDlaNp | Interest | BTC | 0.01291181 | $706.78 | approved / BTC Interest Earned | $0.00 | 3/24/21 1:00 |
| NXTpRs7YVMcdd | Interest | BTC | 0.01291042 | $703.99 | approved / BTC Interest Earned | $0.00 | 3/23/21 1:00 |
| NXTwuoykgTta7 | Interest | BTC | 0.01290903 | $742.57 | approved / BTC Interest Earned | $0.00 | 3/22/21 1:00 |
| NXTZpcU7wzvs5 | Interest | BTC | 0.01290765 | $752.69 | approved / BTC Interest Earned | $0.00 | 3/21/21 1:00 |
| NXTTYfIDfgMp9 | Interest | BTC | 0.01290626 | $753.04 | approved / BTC Interest Earned | $0.00 | 3/20/21 1:00 |
| NXTZU6twAxwQ1 | Interest | BTC | 0.01290487 | $746.69 | approved / BTC Interest Earned | $0.00 | 3/19/21 1:00 |
| NXTz9R7uYThhE | Interest | BTC | 0.01290349 | $759.64 | approved / BTC Interest Earned | $0.00 | 3/18/21 1:00 |
| NXTXP9uaGcXRt | Interest | BTC | 0.0129021 | $730.25 | approved / BTC Interest Earned | $0.00 | 3/17/21 1:00 |
| NXTzwTjxZifkX | Interest | BTC | 0.01290071 | $721.22 | approved / BTC Interest Earned | $0.00 | 3/16/21 1:00 |
| NXTbBZZQ5Fy7y | Interest | BTC | 0.01289933 | $765.56 | approved / BTC Interest Earned | $0.00 | 3/15/21 1:00 |
| NXTQGcOgDAW34 | Interest | BTC | 0.01289794 | $789.92 | approved / BTC Interest Earned | $0.00 | 3/14/21 1:00 |
| NXTWKcCIQikML | Interest | BTC | 0.01289656 | $739.73 | approved / BTC Interest Earned | $0.00 | 3/13/21 1:00 |
| NXT1clRL3KnXK | Interest | BTC | 0.01289517 | $745.38 | approved / BTC Interest Earned | $0.00 | 3/12/21 1:00 |
| NXT2g7dvANTjC | Withdrawal | BTC | -0.41326742 | $23,884.47 | approved / BTC withdrawal | $0.00 | 3/11/21 23:16 |
| NXT6erjkb9nOo | Interest | BTC | 0.01293819 | $724.58 | approved / BTC Interest Earned | $0.00 | 3/11/21 1:00 |
| NXTmifE9KwGXl | Interest | BTC | 0.0129368 | $709.06 | approved / BTC Interest Earned | $0.00 | 3/10/21 1:00 |
| NXTU3T62hP6Hp | Interest | BTC | 0.01293541 | $676.19 | approved / BTC Interest Earned | $0.00 | 3/9/21 1:00 |
| NXTzXkje8Qheo | Interest | BTC | 0.01293402 | $662.56 | approved / BTC Interest Earned | $0.00 | 3/8/21 1:00 |
| NXTcSnzq9D6UX | Interest | BTC | 0.01293263 | $632.67 | approved / BTC Interest Earned | $0.00 | 3/7/21 1:00 |
| NXTDkJ3rKDOQP | Interest | BTC | 0.01185676 | $580.22 | approved / BTC Interest Earned | $0.00 | 3/6/21 1:00 |
| NXTM3FF1yxMvO | Deposit | BTC | 10 | $484,115.81 | approved / 6b861e65ab79d053994e1b88ccd5ef3f87cd93e8fae86312dc8a0cdacd6e7c58 | $0.00 | 3/5/21 1:02 |
| NXTLJOsrY8KWr | Interest | BTC | 0.00672814 | $326.75 | approved / BTC Interest Earned | $0.00 | 3/5/21 1:00 |
| NXTMlrfGovWgu | Deposit | BTC | 10 | $480,343.46 | approved / f57c176c7da0a368fa72a9c5b087f1bb612763d9c317b ffbc97af61a6c305caa | $0.00 | 3/4/21 20:38 |
| NXTM1RXDgsM4C | Deposit | BTC | 10 | $491,605.45 | approved / 12aaeaccc22c31950bec2e6c096ed594162321de0f97c864bcb3409ba9645e57 | $0.00 | 3/4/21 16:29 |
| NXTKzRnJY4XCa | Deposit | BTC | 10 | $500,966.71 | approved / 676f80fdbe6e35e4f1b34d83f073741fa3639f74b42f229111b047a4b16d7d88 | $0.00 | 3/4/21 9:06 |
| NXTj1Rp49uhed | Deposit | BTC | 10 | $501,770.09 | approved / 4c46046ab76689f3b487bf8a40bce23efa8368d58773cef26982d943ab877ac2 | $0.00 | 3/4/21 4:38 |
| NXTahY8LsQxuk | Deposit | BTC | 10 | $514,712.27 | approved / 9a8cb197b67c88d5190138f33b11e606d1c859f07d0331fc7c0bc23d007f86b9 | $0.00 | 3/4/21 3:30 |
| NXTQmBSxTgL91 | Deposit | BTC | 10 | $506,987.21 | approved / 6d20aa682d8e592fd9c6f257a4b20cbe1c440c84bb88b64d09b8b931a167758b | $0.00 | 3/3/21 23:59 |
| NXTdDBPe8UY3T | Deposit | BTC | 20 | $1,033,139.66 | approved / e1ff525dca702f9b5b742cc088e39df75a52222b1430f17601c698fe601ec837 | $0.00 | 3/3/21 13:35 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NXT2hSjETYxGT | Deposit | BTC | 10 | $516,705.28 | approved / e99f09f30e1a81788cdcb91e648db3fef89d8c2c15c07afe7f74f8d778915769 | $0.00 | 3/3/21 12:16 |
| NXT68bYLQecIi | Deposit | BTC | 9 | $463,177.11 | approved / 00319f7d4967ea54509f41074eb5179b27 ffd3d40f3194589ed004d065e25472 | $0.00 | 3/3/21 11:05 |
| NXTv0rU0Caf5i | Deposit | BTC | 5 | $253,275.84 | approved / 53a2d7ff075ad768f08b4e78c2bcde3da4c5c8f625a6ae9bed2d9015cd7da078 | $0.00 | 3/3/21 9:35 |
| NXTfJ0tmcUavJ | Deposit | BTC | 5 | $246,946.57 | approved / b0f48acc51e4e1c480b7b62da3f3307b962c49de929d4333cba1a6e84da0dd54 | $0.00 | 3/3/21 7:17 |
| NXTMEaCkfyTom | Deposit | BTC | 0.00000547 | $0.27 | approved / db02bc47912fc39a82e55319abddb29b8dc936c7da557d65e26556c0303c8f8e | $0.00 | 3/3/21 6:01 |
| NXTmhd2dH2INN | Deposit | BTC | 1 | $48,757.52 | approved / 5963dc69f75ea9f19208c0302a77eea5154fc6fd77bb8cae7f406a3b37d614a5 | $0.00 | 3/3/21 5:01 |
| NXTKevTX4w9SU | Deposit | BTC | 0.33 | $16,090.73 | approved / 806569fa41dec99fadb2796e8027a19e77139cb10983874816c1e61fd71b ff83 | $0.00 | 3/3/21 3:26 |