UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>        Plaintiff,<br><br>    v.<br><br>NEXO CAPITAL INC.,<br><br>        Defendant. | Case No. 23-cv-00882-TSH<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 99 |

        The parties have filed a joint letter brief at ECF No. 99. In the brief, "Cress seeks the following remedies at Nexo's expense: 1) An order that Nexo provide a certified response to his February 3 letter (Ex. 6) by February 20, 2026, 2) Leave to take a Rule 30(b)(6) deposition of Nexo by February 27, 2026 regarding its document collection, retention, search, and production; 3) A forensic examination of Nexo's systems and the custodians' electronic devices; 4) Leave to file for sanctions under F.R.C.P. 37(e)."

        Request 1 looks like a request for discovery because it seeks information. However, a meet and confer letter is not itself a discovery request. Accordingly, Request 1 is **DENIED** without prejudice to Cress seeking the requested information through a form of discovery permitted under the Federal Rules of Civil Procedure, such as a Rule 30(b)(6) deposition notice or interrogatories.

        The Court does not understand Request 2. Discovery is open, and the parties do not need leave of court to serve a deposition notice.

        Request 3 looks like a form of sanction for misconduct and should be requested in a motion for sanctions. Similarly, the request for cost shifting is also a request for a sanction.

        In Request 4, Cress seeks leave to file for sanctions. The Court's Discovery Standing

Order provides that "No motion for sanctions may be filed until after the moving party has complied with the requirements above," meaning the requirement to file a joint discovery letter brief. The Court determines that Cress has complied with that requirement, and he is therefore free to move for sanctions. A sanctions motion should be brought as a regular noticed motion pursuant to Civil Local Rule 7.

This order terminates ECF No. 99.

**IT IS SO ORDERED.**

Dated: February 19, 2026

THOMAS S. HIXSON
United States Magistrate Judge

2