# Exhibit 1

# Exhibit 1

 Outlook

---

RE: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

---

| | |
|---|---|
| From | Shelton, Ian <ian.shelton@bakermckenzie.com> |
| Date | Fri 1/9/2026 9:49 PM |
| To | James Taylor-Copeland <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com> |
| Cc | Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com> |

I have not gotten sign-off from my client on location, but I am anticipating that Nexo will prefer London over Dublin. My firm also has a large office in London that should make life easier for all of us. Thanks for letting me know you are open to it - I'll revert back.

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Friday, January 9, 2026 5:36 PM
**To:** Shelton, Ian <ian.shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,
Would it be your preference to do them in London? I can discuss with my client, but think we could probably accommodate that (perhaps with some minor scheduling tweaks).

Thanks

James

---

**From:** Shelton, Ian <ian.shelton@bakermckenzie.com>
**Date:** Friday, January 9, 2026 at 2:19 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>, Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

James,

Could you explain your preference for Dublin as opposed to London? Thanks.

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Dir: +1 713 427 5029
Tel: +1 713 427 5000

ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Monday, January 5, 2026 4:47 PM
**To:** Shelton, Ian <ian.shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,
Below is our proposal for the deposition schedule. Please let us know if this schedule is agreeable or if you have any proposed modifications. We continue to object to your proposal that you be in the same room as Nexo for remote depositions. Please let us know if you are willing to reevaluate this position. If not, are you agreeable to a second videographer (at Nexo's expense) that would capture counsel and all others in the room other than the stenographer? We plan to serve a 30b6 deposition notice which will identify the 30b6 topics shortly.

March 10 - Dinca (remote)
March 13 - Tonkov (remote)

March 18 Kostadinov (remote)
March 20 - Hristov (Dublin, Ireland)
March 23 - Trenchev (Dublin, Ireland)
March 27 - 30b6 (Dublin, Ireland)

Best regards

James

---

**From:** Shelton, Ian <ian.shelton@bakermckenzie.com>
**Date:** Friday, December 12, 2025 at 11:58 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>, Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

James,

Thanks for the call this afternoon.

As we discussed, regarding your meet and confer letters, we have been diligently working with our client and will be providing our written responses next week. We intend to engage in a meaningful meet and confer with you to resolve any outstanding issues.

Regarding depositions, Nexo agrees to table the depositions of Kantchev and Atanasova until after all the other depositions are taken, at which time we will meet and confer, and with both sides reserving all rights and objections. As to Stanev, he is no longer working at Nexo so we are not in a position to produce him for deposition. We agree to produce, on a mutually agreeable schedule, Dinca, Tonkov, Kostadinov, Hristov, Trenchev, and the 30b6. As we discussed, could you please share a draft initial proposed depo schedule, for discussion purposes, and your 30b6 topics? After we get those, we can meet and confer on the schedule.

Finally, for service and all future correspondence between us, can you please remove John and Stephanie and add Kirsten Dooley (copied here)?

Thanks,
Ian

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Thursday, December 11, 2025 5:31 PM
**To:** Shelton, Ian <ian.shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <matthew.rawlinson@bakermckenzie.com>; Treat, John <john.treat@bakermckenzie.com>; Brown, Stephanie <stephanie.brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,

I write to follow up on the outstanding issues. As you know, we have been waiting several months for a response to our letters identifying deficiencies in Nexo's production. Please advise by the end of the week when we can expect a substantive response. If we do not hear from you, we will have no choice but to raise these matters with the Court.

Given the number and seriousness of the deficiencies outlined in our correspondence, we do not believe the Court will look favorably upon Nexo's failure to cure any of the issues or to engage in a meaningful meet-and-confer process.

Can you also please provide us with Nexo's response regarding the depositions?

Best regards

James

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Friday, December 5, 2025 7:50 AM
**To:** Shelton, Ian <ian.shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <matthew.rawlinson@bakermckenzie.com>; Treat, John <john.treat@bakermckenzie.com>; Brown, Stephanie <stephanie.brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,
I write to follow up on our November 24 meet and confer call.

**Document Production.** During our last call, you indicated that Nexo intended to respond to the issues raised in Plaintiff's meet and confer letters regarding deficiencies in Nexo's document search and production. We have not yet received that response. Please provide a date certain by which we can expect it. If a response is not forthcoming, please provide your availability for a meet and confer next week so we can narrow the disputes before seeking judicial intervention.

**Depositions.** We understand your proposal to be that Nexo would produce Trenchev, Hristov, Dinca, Tonkov, Stanev, Kostandinov, and a 30(b)(6) witness in exchange for Plaintiff waiving the depositions of Kantchev and Atanasova. We cannot agree to that condition at this juncture.

We are not willing to waive the depositions of Kantchev and Atanasova before we have taken a single deposition or resolved the outstanding document production issues. However, in the interest of moving forward, we propose proceeding with the undisputed depositions in

March/April first. Once those are concluded, the parties can meet and confer regarding whether testimony from Kantchev and Atanasova remains necessary.

Please confirm if this staged approach is agreeable. We are available for a call if you wish to discuss further.

Thanks

James

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Date:** Tuesday, November 11, 2025 at 10:33 AM
**To:** Shelton, Ian <ian.shelton@bakermckenzie.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <matthew.rawlinson@bakermckenzie.com>, Treat, John <john.treat@bakermckenzie.com>, Brown, Stephanie <stephanie.brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,
Can you please let me know whether Nexo intends to address any of the issues raised in our letter. If we do not hear back from you this week, we will have no choice but to assume that it does not and proceed with raising the issues with the Court.

Can you also please get back to us regarding the availability of deponents. Given the extension, we anticipate taking most of our depositions in February and early March. However, we reserve the right to take depositions before then, especially if Nexo does not address the issues raised in our meet and confer letters.

Thanks

James

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Wednesday, November 5, 2025 8:16 PM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John <John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,
It has now been almost two weeks and we have not received any response to our letter or our request for availability of deponents. Can you please provide us with your availability for a meet and confer call.

Best regards

James

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Date:** Thursday, October 23, 2025 at 6:42 PM
**To:** Shelton, Ian <ian.shelton@bakermckenzie.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>, Treat, John <John.Treat@bakermckenzie.com>, Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

Hi Ian,

Please find our response to your October 20 letter attached. As you know, the Court requires a telephonic meet and confer before any discovery issues may be submitted. Given the seriousness and number of deficiencies identified, we believe it is imperative to hold that discussion promptly. Please confirm your availability early next week. We are available from 8-12 PT Monday-Wednesday.

We also request the general availability of the following individuals and the locations where Nexo proposes to make them available for deposition. We would like to coordinate with you to begin scheduling depositions. The list below is not exhaustive.

Further, as detailed in our letter, Plaintiff believes that a Rule 30(b)(6) deposition limited to Nexo's efforts to identify, preserve, collect, and produce documents is both necessary and warranted. Please advise whether Nexo will agree to proceed with this limited deposition now, with the remainder of the 30(b)(6) deposition to follow on a mutually agreeable date once document production issues are resolved. We ask that you provide your position on this before our call next week.

**Proposed deponents:**

- Trenchev
- Kantchev
- Hristov
- Dinca
- Tonkov
- Stanev
- Kostadinov
- Atanasova

Thanks

James

---

**From:** Shelton, Ian <ian.shelton@bakermckenzie.com>
**Sent:** Monday, October 20, 2025 10:53 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Treat, John <John.Treat@bakermckenzie.com>; Brown, Stephanie <Stephanie.Brown@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production


James,