# EXHIBIT 2

Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ianshelton@bakermckenzie.com
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

*Attorneys for Defendant Nexo Capital Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS, | CASE NO. 3:23-cv-00882-TSH |
| Plaintiff, | The Honorable Thomas S. Hixson |
| vs. | **DECLARATION OF ANTONI TRENCHEV** |
| NEXO CAPITAL INC., | |
| Defendant. | |

DECLARATION OF ANTONI TRENCHEV

1. My name is Antoni Trenchev. I am more than 21 years old, and I have personal knowledge of all facts stated herein.

2. I am a director of Nexo Capital Inc. ("Nexo").

3. I am a citizen of Bulgaria.

4. I am currently a resident of the United Arab Emirates ("UAE").

5. Nexo Capital Inc. is a Cayman Islands company with its principal place of business in the Cayman Islands.

6. Nexo's affiliate, NDS EOOD, is a Bulgarian limited liability company with its principal place of business in Bulgaria.

7. Octavian Dinca, Edward Tonkov, and Lyubcho Kostadinov are NDS employees who perform services for Nexo in Sofia, Bulgaria.

8. Dinca, Tonkov, and Kostadinov reside and work in Sofia, Bulgaria.

9. Hristiyan Hristov is a former NDS employee and the former relationship manager for Plaintiff John Cress. On information and belief, Hristov is currently a resident of the UAE.

10. Dinca, Tonkov, and Kostadinov are not officers or directors of Nexo.

11. Dinca, Tonkov, and Kostadinov occupy non-executive, operational positions at Nexo, such that their departure to London for multiple days would be expensive and disruptive to Nexo's business.

12. Dinca, Tonkov, and Kostadinov do not travel to London regularly for Nexo business.

13. In order for Dinca, Tonkov, and Kostadinov to appear for deposition in London, Nexo would have to pay substantial airfare, hotel, and incidental expenses for 3-4 days for each witness. Those witnesses will be away from their work responsibilities during this time. This is a significant burden on both Nexo and the witnesses.

14. Nexo respectfully requests that the depositions of Dinca, Tonkov, and Kostadinov proceed remotely or in-person in Sofia, Bulgaria, where the witnesses reside.

15. Nexo has retained a Bulgarian law firm, Kambourov & Partners, to provide an opinion whether a voluntary deposition of a witness is permitted under Bulgarian law. A true and correct copy of the opinion is attached to this declaration.

1  I swear under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct.
3
4  DATED: 2/18/2026  _____
5
6  Signed by:
   *Antoni Trenchev*
7  B27A0532EB714D0...
   Antoni Trenchev

-2-
DECLARATION OF ANTONI TRENCHEV