# EXHIBIT 3

**Dooley, Kirsten**

| | |
|---|---|
| **From:** | James Taylor-Copeland <james@taylorcopelandlaw.com> |
| **Sent:** | Monday, January 5, 2026 5:47 PM |
| **To:** | Shelton, Ian; Max Ambrose |
| **Cc:** | Rawlinson, Matthew; Dooley, Kirsten |
| **Subject:** | Re: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production |

Hi Ian,

Below is our proposal for the deposition schedule. Please let us know if this schedule is agreeable or if you have any proposed modifications. We continue to object to your proposal that you be in the same room as Nexo for remote depositions. Please let us know if you are willing to reevaluate this position. If not, are you agreeable to a second videographer (at Nexo's expense) that would capture counsel and all others in the room other than the stenographer? We plan to serve a 30b6 deposition notice which will identify the 30b6 topics shortly.

March 10 - Dinca (remote)
March 13 - Tonkov (remote)
March 18 Kostadinov (remote)
March 20 - Hristov (Dublin, Ireland)
March 23 - Trenchev (Dublin, Ireland)
March 27 - 30b6 (Dublin, Ireland)

Best regards

James

---

**From:** Shelton, Ian <ian.shelton@bakermckenzie.com>
**Date:** Friday, December 12, 2025 at 11:58 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>, Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Meet and Confer letter re deficiencies in Nexo's August 31 document production

James,

Thanks for the call this afternoon.

As we discussed, regarding your meet and confer letters, we have been diligently working with our client and will be providing our written responses next week. We intend to engage in a meaningful meet and confer with you to resolve any outstanding issues.

Regarding depositions, Nexo agrees to table the depositions of Kantchev and Atanasova until after all the other depositions are taken, at which time we will meet and confer, and with both sides reserving all rights and objections. As to Stanev, he is no longer working at Nexo so we are not in a position to produce him for deposition. We agree to produce,

1