# EXHIBIT 4

**Shelton, Ian**

| | |
|---|---|
| **From:** | James Taylor-Copeland <james@taylorcopelandlaw.com> |
| **Sent:** | Thursday, February 12, 2026 11:10 AM |
| **To:** | Shelton, Ian; Max Ambrose |
| **Cc:** | Dooley, Kirsten; Rawlinson, Matthew |
| **Subject:** | [EXTERNAL] Re: Nexo/Cress - deposition scheduling |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Ian,

We continue to believe that all five depositions should take place in person in London. London is a reasonable and workable forum for all witnesses, and conducting the depositions in a single location will avoid the logistical, legal, and procedural complications associated with proceeding in Sofia.

Please let us know by tomorrow whether Nexo will agree to proceed with all depositions in London on mutually agreeable dates within the proposed window.

If Nexo does not agree, we propose that the parties exchange their respective portions of a joint letter brief on Monday so that the issue can be promptly presented to the Court.

With respect to Hristov and Trenchev, can you confirm that they will be available in London on March 30 and April 2. We would like to begin making travel and logistical arrangements.

Cress can be available for deposition in San Francisco on April 7. Please confirm that works for you.

Thanks

James

---

**From:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Date:** Monday, February 9, 2026 at 9:01 AM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>, Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Subject:** RE: Nexo/Cress - deposition scheduling

James, in advance of our call today, Nexo wanted to offer the proposed compromise below for your consideration. We confirmed that Hristov and Trenchev are willing to proceed in London without a translator. We tweaked a few dates based on witness schedule and availability, but they are all within the same two-week window we previously discussed. We would also like to discuss Mr. Cress's availability for deposition on our call.

March 23 – Dinca (Sofia, remote, translator)

1

March 25 – Tonkov (Sofia, remote, translator)

March 27 – Kostadinov (Sofia, remote, translator)

March 30 – Hristov (London, remote or Baker office, no translator)

April 2 – Trenchev (London, remote or Baker office, no translator)


**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X


This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Friday, February 6, 2026 11:35 PM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Subject:** [EXTERNAL] Re: Nexo/Cress - deposition scheduling

That works for us. Can you please circulate a meeting invite?

Get Outlook for iOS

---

**From:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Sent:** Friday, February 6, 2026 9:27:02 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Subject:** RE: Nexo/Cress - deposition scheduling

James,

We could speak on Monday about deposition scheduling. Could you do 12:30p PT?

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States

2

Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Friday, February 6, 2026 6:02 PM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Subject:** [EXTERNAL] Re: Nexo/Cress - deposition scheduling

Hi Ian,
Following up here. Please let us know your availability for a call to discuss depositions.

Thanks

James

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Date:** Wednesday, February 4, 2026 at 1:22 PM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>, Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Subject:** Re: Nexo/Cress - deposition scheduling
Hi Ian,

As you know, during our January 22 meet-and-confer, you reiterated that Nexo was agreeable to proceeding in London. We also understand that several of the proposed deponents, including Mr. Trenchev and Mr. Hristov, do not reside in Sofia. While we were initially open to conducting some depositions remotely, Nexo's position that both counsel and an interpreter must be physically present with the witness necessarily requires that we attend in person as well.

With respect to safety and logistics, our concerns are not hypothetical. They are informed by allegations made in prior litigation involving Nexo and its officers—litigation with which you are familiar given your former firm's representation. By way of background only, those pleadings include allegations that Nexo officers made explicit threats toward adverse parties and their families, arranged surveillance of litigants, involved Bulgarian law enforcement to pressure former employees, and threatened physical violence to compel compliance. These allegations are set out in detail in the Shulev matter, including,

3

among other things, alleged threats by Mr. Trenchev, Mr. Kantchev, and others directed at former employees and their families.

Given those allegations, and the additional legal and logistical issues associated with conducting U.S. depositions in Bulgaria—particularly in company offices—we do not believe Sofia is an appropriate or reasonable forum for in-person depositions in this case. London remains a reasonable and workable alternative that Nexo previously proposed and that we were prepared to accept.

We are not available for a call at 10:00 a.m. PT tomorrow, but we are available after 12:30 p.m. PT. Please let us know if there is a time that works for you.

Thanks

James

---

**From:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Sent:** Wednesday, February 4, 2026 10:09 AM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Subject:** RE: Nexo/Cress - deposition scheduling

James,

My January 9 email to you stated that "I have not gotten sign-off from my client on location." I did note that "I am anticipating that Nexo will prefer London over Dublin," but Nexo did not commit to proceeding there. After evaluating the burden and operational disruptions associated with sending its Sofia-based workers to London, Nexo concluded that depositions where the witnesses reside are appropriate. Our discussions about location also started before you served your 30b6 notice with 49 topics (and even more subparts). Having the depositions where Nexo's workers are located will better allow Nexo to cover any non-objectionable 30b6 topics and prepare the designees.

Regarding your point about depositions not being allowed in Bulgaria, did you get this information from a Bulgarian attorney? Nexo has obtained a Bulgarian legal opinion that there is no impediment to voluntary depositions in Bulgaria. As for your point about personal safety, I don't know where you are getting that information. Bulgaria is a member of the EU and is generally recognized as safe. Furthermore, the US Department of State has issued no travel advisories related to Bulgaria.

Some of these disputes seem hypothetical. I understood that Cress was planning to take many of these depositions remotely, and you were only contemplating taking Trenchev and Hristov in person. If that is the case, the location issue seems moot as to Dinca, Tonkov and Kostadinov. If your position is that you want to take Hristov and Trenchev in person in London, let us know and we will take that request back to our client.

It seems that a phone call might be helpful to talk through these threshold issues. We don't agree with your positions on translators and doubling the length of the depositions, but we wish to discuss them with you. Could you speak tomorrow at 10a PT?

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Dir: +1 713 427 5029
Tel: +1 713 427 5000

ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Tuesday, February 3, 2026 6:08 PM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Subject:** [EXTERNAL] Re: Nexo/Cress - deposition scheduling

Hi Ian,
We are surprised by your latest proposal. As you know, we first reached out to begin scheduling depositions in October. In January, we proposed conducting the depositions in Dublin, and Nexo responded by proposing London instead. We were prepared to proceed in London. You have now taken the position that the depositions must occur in Sofia, Bulgaria.
We do not agree. As we have previously discussed, Bulgarian law does not permit U.S. depositions to be conducted in company offices, and there are additional, well-founded safety concerns associated with conducting the depositions in Bulgaria in light of the allegations in the complaint and Nexo's history of alleged threats toward litigants and their families in other matters. For these reasons, we do not view Sofia as an appropriate or reasonable forum for the depositions.
We remain available to take the depositions in London on the dates identified in your email. Please let us know whether this is agreeable. Absent agreement, our position will be that the depositions should proceed in San Francisco, and we will seek the Court's assistance if necessary.
Separately, we are skeptical that any of the proposed witnesses require an interpreter given their apparent command of English. We reserve all rights in this regard, including the right to examine the witnesses concerning their English proficiency. That said, in an effort to move this forward, we are willing to proceed with a qualified, independent interpreter at Nexo's expense, provided that any deposition involving interpretation is extended to two days totaling fourteen (14) hours of testimony, with further adjustments to be discussed for any witness also testifying as a Rule 30(b)(6) designee.
Please let us know your position so we can determine whether court intervention will be required.
Best regards

James

---

**From:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Date:** Tuesday, February 3, 2026 at 11:39 AM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>, Rawlinson, Matthew

<Matthew.Rawlinson@bakermckenzie.com>
**Subject:** Nexo/Cress - deposition scheduling

James and Max,

We have discussed your proposed deposition schedule with our client. Nexo requests all depositions take place in Sofia, Bulgaria, in Nexo's office. Nexo is agreeable to all of the depositions being remote (so you don't need to travel), though you could appear in person for any of the depositions, if you wish.

We are still working through your 30b6 topic list and determining whether the existing 5 witnesses can cover all the topics, or if we need certain topics to be covered by additional designees. We propose that the 30b6 topics assigned to percipient witnesses be done in a single deposition, and we can meet and confer with you about timing issues associated with combined percipient/30b6 depos.

Our tentative proposed dates are below – we are still confirming dates for Hristov and Trenchev but wanted to see if this schedule was generally agreeable before we finalize the dates.

On the technical side, we will need a Bulgarian language translator because English is not the native language of any of these witnesses. If the depositions are remote, we are fine running at least the court reporter and videographer out of the United States. If any depositions are in person, we can meet and confer about logistics. We need the translator to be there in person with the witness.

In general, Nexo is agreeable to entering reasonable stipulations to effectuate our deposition plan.

March 24 – Dinca

March 26 – Tonkov

March 30 – Kostadinov

April 1 – Hristov

April 3 – Trenchev

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.