UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CRESS,

          Plaintiff,

    v.

NEXO CAPITAL INC.,

          Defendant.

Case No.  23-cv-00882-TSH

**DISCOVERY ORDER**

Re: Dkt. No. 102

Good cause appearing, the Court **ORDERS** Nexo to produce Octavian Dinca, Edward Tonkov and Lyubcho Kostadinov for in-person depositions in London.  For each of these witnesses who uses an interpreter for the deposition, the time limit for the deposition shall be extended to 14 hours over two days.  The Court **DENIES** Nexo's request for cost shifting.

    **IT IS SO ORDERED.**

Dated: February 20, 2026

THOMAS S. HIXSON
United States Magistrate Judge