James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Phone: (619) 734-8770
Fax: (619) 566-4341

*Counsel for Plaintiff John Cress*

Ian S. Shelton (264863)
ianshelton@bakermckenzie.com
BAKER & MCKENZIE LLP
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

*Counsel for Defendant Nexo Capital Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN CRESS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NEXO CAPITAL INC.,<br><br>　　　　　　Defendant. | Case No. 3:23-CV-00882-TSH<br><br>**JOINT STIPULATION REGARDING DEPOSITION PROCEDURES, AND [PROPOSED] ORDER** |

**JOINT STIPULATION**

1. On February 20, 2026, the Court ordered Nexo to produce Octavian Dinca, Edward Tonkov, and Lyubcho Kostadinov for in-person depositions in London. (Dkt. 103). Nexo has also agreed to produce Antoni Trenchev and Hristiyan Hristov for in-person depositions in London.

2. Plaintiff John Cress ("Plaintiff") and Defendant Nexo Capital Inc. ("Nexo") jointly stipulate to the following to govern these depositions. The stipulation is intended to promote judicial efficiency and eliminate technical and jurisdictional objections.

3. The parties stipulate to the following:

    a. The depositions shall be taken before a privately retained court reporter in Baker & Mckenzie's London offices. The parties waive any FRCP 28(b) objections and agree the court reporter is authorized to administer the Rule 28 oath, and that such oath shall be deemed as valid and effective as if administered within the United States.

    b. The parties agree that the depositions are voluntary and waive any requirement to proceed via the Hague Evidence Convention or through UK judicial authorities.

    c. The depositions shall be treated as if taken within the United States for purposes of FRCP Rules 30 and 32, and the parties waive any objection to the use of the transcript or video based on the location of the deposition or the officer's qualifications.

    d. The parties agree that the Stipulated Protective Order (Dkt. 52) is sufficient to safeguard all data in connection with the depositions.

Dated: March 5, 2026                TAYLOR-COPELAND LAW, P.C.

                                    By: /s/ James Taylor-Copeland

                                    Attorneys for Plaintiff

Dated: March 5, 2026                BAKER & MCKENZIE LLP

                                    By: /s/ Ian S. Shelton

                                    Attorneys for Defendant

**ATTESTATION**

Pursuant To Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Date: March 5, 2026                                TAYLOR-COPELAND LAW, P.C.

                                                                    By: /s/ Max Ambrose

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  March ___, 2026

                                                                    _____
                                                                    HON. THOMAS S. HIXSON
                                                                    UNITED STATES MAGISTRATE JUDGE