UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CRESS,

          Plaintiff,

      v.

NEXO CAPITAL INC.,

          Defendant.

Case No.  23-cv-00882-TSH

**DISCOVERY ORDER**

Re: Dkt. No. 106

The Court **DENIES** Plaintiff's motion to compel.  RFPs 274 and 275 are substantially overbroad.  RFPs 280, 284 and 294 seek irrelevant information because deduplication and email threading have nothing to do with the spoliation issues Plaintiff is complaining about.  The Court doubts that documents responsive to RFP 282 exist that are not attorney work product.  RFP 285 is vague but also looks disproportional to the needs of the case.  The Court does not see a reason to enforce RFP 292 in light of Nexo's representation that data in old computers is not maintained.  RFP 293 seems like it asks Nexo to create documents that do not otherwise exist, which is not appropriate for an RFP.  And RFP 295 is disproportional to the needs of the case.

      **IT IS SO ORDERED.**

Dated: March 25, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge