James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Phone: (619) 734-8770
Fax: (619) 566-4341

*Counsel for Plaintiff John Cress*

Ian S. Shelton (264863)
ianshelton@bakermckenzie.com
BAKER & MCKENZIE LLP
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

*Counsel for Defendant Nexo Capital Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN CRESS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NEXO CAPITAL INC.,<br><br>　　　　　　Defendant. | Case No. 3:23-CV-00882-TSH<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER AND ~~[PROPOSED]~~ ORDER** |

1

JOINT STIPULATION TO AMEND SCHEDULING ORDER

### <u>JOINT STIPULATION</u>

1. Plaintiff John Cress ("Plaintiff") and Defendant Nexo Capital Inc. ("Nexo") jointly stipulate to amend the Scheduling Order (Dkt. 93) to extend the deadlines for opening and rebuttal expert disclosures by one week;

2. On May 7, 2025, the Court amended the Original Scheduling Order (*see* Dkt. 51, 71). On November 7, 2025 the Court once again amended the scheduling order at the parties' request and set the current case deadlines in the Amended Scheduling Order (Dkt. 93). Among other things, the Amended Scheduling Order sets the disclosure of expert witnesses on April 13, 2026, and the disclosure of rebuttal expert witnesses on May 29, 2026;

3. The parties have been working diligently to complete fact discovery and prepare their respective experts;

4. Due to scheduling and logistical issues affecting completion of remaining discovery and expert preparation, the parties agree that a brief one-week extension of the expert report disclosure deadlines is warranted;

5. The requested extension is narrow, sought in good faith, and will not affect any other deadlines;

6. Accordingly, pursuant to Civil Local Rules 6-2, 7-12, 16-2, and 40-1, the parties respectfully request that the Court amend the Amended Scheduling Order (Dkt. 93) to extend the deadlines for opening and rebuttal expert disclosures by one week, as set forth below.

| Event | Current Deadline (Dkt. 93) | New Deadline |
|---|---|---|
| Close of Fact Discovery | 06/29/2026 | 06/29/2026 (Unchanged) |
| Disclosure of Expert Witnesses | 04/13/2026 | 04/20/2026 |
| Disclosure of Rebuttal Expert Witnesses | 05/29/2026 | 06/05/2026 |
| Close of Expert Discovery | 06/29/2026 | 06/29/2026 (Unchanged) |
| Deadline to File Dispositive Motions | 08/07/2026 | 08/07/2026 (Unchanged) |
| Hearing on Dispositive Motions | 10/22/2026 | 10/22/2026 (Unchanged) |
| Exchange of Pretrial Disclosures | 01/15/2027 | 01/15/2027 (Unchanged) |
| Deadline to File Pretrial | 01/29/2027 | 01/29/2027 (Unchanged) |

JOINT STIPULATION TO AMEND SCHEDULING ORDER

| Documents | | |
|---|---|---|
| Deadline to File Oppositions to Motions in Limine | 02/05/2027 | 02/05/2027 (Unchanged) |
| Pretrial Conference | 02/18/2027 | 02/18/2027 (Unchanged) |
| Final Pretrial Conference | 03/18/2027 | 03/18/2027 (Unchanged) |
| Jury Trial (Duration to be Determined) | 03/29/2027 | 03/29/2027 (Unchanged) |

## JOINT DECLARATION IN SUPPORT OF STIPULATION

1. Good cause exists to amend the Scheduling Order because, despite the parties' diligent efforts, scheduling and logistical issues affecting the completion of remaining discovery and final expert preparation necessitate a brief one-week extension of the expert disclosure deadlines.

2. The requested modification is narrow, sought in good faith, and will not affect any other case deadlines.

3. This is the third request for amendment of the Court's Original Scheduling Order.

4. Because the parties agree, no party will be prejudiced by the requested relief, and the brief extension will promote orderly completion of expert preparation.

5. The parties thank the Court in advance for its understanding and accommodation.

Dated: March 27, 2026          TAYLOR-COPELAND LAW P.C.

                                By: /s/ James Taylor-Copeland

                                Attorneys for Plaintiff

Date: March 27, 2026           BAKER & MCKENZIE LLP

                                By: /s/ Ian S. Shelton

                                Attorneys for Defendant

3

JOINT STIPULATION TO AMEND SCHEDULING ORDER

## <u>ATTESTATION</u>

Pursuant To Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.


Date: March 27, 2026                TAYLOR-COPELAND LAW P.C.

                                        By: /s/ James Taylor-Copeland


## <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   March 27, 2026

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION TO AMEND SCHEDULING ORDER