# EXHIBIT 1

Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ianshelton@bakermckenzie.com
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Alexander P. Fuchs (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
alexfuchs@eversheds-sutherland.com
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Phone: (212) 389-5082
Fax: (212) 389-5099

Michael Bahar (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
michaelbahar@eversheds-sutherland.com
700 Sixth Street NW, Suite 700
Washington, DC 20001
Phone: (202) 383-0882
Fax: (202) 637-3593

*Attorneys for Defendant Nexo Capital Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>                              Plaintiff,<br><br>            v.<br><br>NEXO FINANCIAL LLC, NEXO FINANCIAL SERVICES LTD., NEXO AG, NEXO CAPITAL INC., AND ANTONI TRENCHEV,<br><br>                              Defendants. | Case No. 3:23-CV-00882-TSH<br><br>The Honorable Thomas S. Hixson<br><br>**DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF**<br><br>**(NOS. 1-5)**<br><br>Courtroom:    San Francisco Courthouse<br>                     Courtroom E, 15th Floor<br>                     450 Golden Gate Ave.<br>                     San Francisco, CA 94102 |

**PROPOUNDING PARTY:**          **NEXO CAPITAL INC.**

**RESPONDING PARTY:**          **JOHN CRESS**

**SET NUMBER:**          **ONE**

1

Defendant Nexo Capital Inc. ("Nexo" or "Defendant") serves the following interrogatories on Plaintiff under Federal Rule of Civil Procedure 33(a)(1). Please serve your written responses within the time prescribed by law. Except to the extent that you may rely on information to support your claims or defenses (in which case it should be included regardless of the date), you may generally limit your responses to the period after January 1, 2021.

## I.

## DEFINITIONS

1.  As used in these requests, the term "document" has the broadest permissible meaning under Federal Rule of Civil Procedure 34(a)(1)(A) and includes electronically stored information and all recorded forms of communication, written or otherwise, specifically including (for example but without limitation) both internal and external correspondence, drafts, email, notes, text messages, iMessages, WhatsApp, Telegram, other App-based communications programs, and voicemail.

2.  The meaning of "related" includes, without limitation, constituting, describing, evidencing, referencing, reflecting, relating to, contradicting, or supporting the allegation, document, or matter at issue.

3.  "Describe" means to identify and provide a complete description and detailed explanation of the matter at issue.

4.  "First Amended Complaint" means the First Amended Complaint filed by Plaintiff John Cress in *Cress v. Nexo Capital Inc.*, Case No. 3:23-CV-00882-TSH (N.D. Cal.), on November 10, 2023.

5.  "Cress," "You," and "Your," refer to Plaintiff John Cress, including his agents, attorneys, and anyone else acting or purporting to act on his behalf or at his discretion.

6.  "Nexo" refers to Nexo Capital, Inc..

7.  "NEXO Token" refers to the digital asset NEXO.

8.  "Claim" means a cause of action asserted in Your First Amended Complaint.

DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF
3:23-CV-00882-TSH

# II.

# INTERROGATORIES

## INTERROGATORY NO. 1:

For each Claim You assert in Your First Amended Complaint, describe in detail all of Your claimed damages for each Claim and the factual support for any of Your damages calculations.

## INTERROGATORY NO. 2:

In the table below or in a similar table, identify the facts and circumstances regarding all representations made by Nexo to You that you allege were false or misleading.  Where any of the below information is reflected and/or contained in a document, please identify the document by Bates Number.

- a) the specific representation;
- b) the source of the representation;
- c) when the representation was made;
- d) when You first became aware of the representation;
- e) Your understanding of the meaning of the representation, including any changes to Your understanding;
- f) any other statements made by Nexo concerning the representation;
- g) any specific actions You took or did not take based on the representation; and
- h) which Claim in Your First Amended Complaint is associated with the representation.

| Rep. | Source of Rep. | When Rep. made | When you first became aware of Rep. | Your understanding of Rep. including any changes to Your understanding | Other statements made by Nexo regarding Rep. | Any actions You took or did not take based on Rep. | Claim |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

3

|  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|

**INTERROGATORY NO. 3:**

With respect to the Nexo advertisements and/or promotional materials referenced in Your First Amended Complaint, describe each Nexo material You saw, when You saw it, where You saw it, and the source of the material (*i.e.* print, e-mail, etc.).

**INTERROGATORY NO. 4:**

Describe in detail the facts and circumstances concerning Your understanding of the following statement in Nexo's VIP Relationship Program Brochure – "Liquidation relief program – use the service in the event of a market crash to recover your liquidated assets" – including, without limitation, when You first became aware of the service, how You understood the service operated, the cost of the service, Your communications with Nexo related to the service, and any factual support for Your understanding of the service.

**INTERROGATORY NO. 5:**

Describe in detail all facts supporting Your contention that Nexo sold the NEXO Token to unaccredited investors as alleged in Your First Amended Complaint, including without limitation the details of those sales, whether any of those sales occurred in the United States, and whether the purchaser was a United States citizen or resident.

Dated:    July 25, 2024                    BAKER & MCKENZIE LLP


By:    */s/ Ian S. Shelton*
            Ian S. Shelton
            *Attorneys for Defendant Nexo Capital Inc.*

DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF
3:23-CV-00882-TSH

## CERTIFICATE OF SERVICE

I certify that on July 25, 2024, a copy of this document was served by email on counsel for Plaintiff John Cress. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:    July 25, 2024                      BAKER & MCKENZIE LLP

By:    /s/ Ian S. Shelton
       Ian S. Shelton
       *Attorneys for Defendant Nexo Capital Inc.*

DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF
3:23-CV-00882-TSH