# EXHIBIT 2



**Baker & McKenzie LLP**

10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067

Tel: +1 310 299 8535
Fax: +1 310 201 4721
www.bakermckenzie.com

**VIA ELECTRONIC MAIL**

March 13, 2026

James Taylor-Copeland
james@taylorcopelandlaw.com
Max Ambrose
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101

Re:    *Cress v. Nexo Capital, Inc.*, **Case No. 3:23-cv-00882-TSH (N.D. Cal.) – Request for Supplementation of Nexo Interrogatories 1, 2 and 3**

Counsel:

We write to request supplementation of Nexo's ROGs 1-3.

- INTERROGATORY NO. 1: For each Claim You assert in Your First Amended Complaint, describe in detail all of Your claimed damages for each Claim and the factual support for any of Your damages calculations.

- INTERROGATORY NO. 2: In the table below or in a similar table, identify the facts and circumstances regarding all representations made by Nexo to You that you allege were false or misleading. Where any of the below information is reflected and/or contained in a document, please identify the document by Bates Number.

- INTERROGATORY NO. 3: With respect to the Nexo advertisments and/or promotional materials referenced in Your First Amended Complaint, describe each Nexo material You saw, when You saw it, where You saw it, and the source of the material (i.e. print, e-email, etc.).

Cress's Second Amended Complaint (SAC) modifies and adds to claims originally pleaded in the FAC. As to ROG 1, to the extent Cress claims different damages for those old claims, he must supplement. As to ROG 2, if Cress adds new alleged fraudulent statements in support of those old claims, he must identify them. As to ROG 3, if Cress is relying on a new advertisement as the predicate for those old claims, he must provide the information requested.

As to damages (ROG 1), identification of new alleged fraudulent statements (ROG 2), and identification of advertisements (ROG 3), Cress must also provide an amended response for the



new claims in the SAC for fraud (fifth COA), civil theft (sixth COA), civil RICO (seventh COA), RICO conspiracy (eighth COA), fraudulent omission (ninth COA), and breach of the CPA (tenth COA).

Please confirm that you will supplement these interrogatories by March 20, 2026:

Sincerely,

*/s/* Ian S. Shelton