# EXHIBIT 3

# Taylor-Copeland Law, P.C.

501 W. Broadway, Suite 800
San Diego, CA  92101
(619) 734-8770
www.taylorcopelandlaw.com

James Taylor-Copeland | 619 734 8770 | james@taylorcopelandlaw.com

**By Electronic Mail**

**March 16, 2026**
Ian Shelton
Ian.Shelton@bakermckenzie.com
Matthew Rawlinson
Matthew.Rawlinson@bakermckenzie.com
Kirsten Dooley
John.Treat@bakermckenzie.com
Adrienne Harreveld
Adrienne.Harreveld@bakermckenzie.com
Iliana Garza
Iliana.Garza@bakermckenzie.com
Baker Mckenzie
10250 Constellation Blvd.
Los Angeles, CA 90067

> Re:    ***Cress v. Nexo Capital Inc.*, Case No. 3:23-cv-00882-TSH (N.D. Cal.) – Meet and Confer Letter regarding Nexo's Request for Supplementation of Nexo Interrogatories**

**Ian,**

Thank you for your letter dated March 13, 2026. We respond as follows.

As an initial matter, Plaintiff will need 45 days from the date of Nexo's request to serve supplemental responses (Monday, April 27, 2026). Nexo's request to supplement its previous interrogatory requests essentially serve as requests for new interrogatories. Plaintiff should thus have *at least* 30 days to respond. In addition, as you are aware, the parties have six depositions scheduled during this period, including counsel's necessary travel to and from London and San Francisco. The parties have generally afforded each other additional extensions when necessary. We trust you will extend the same courtesy here.

Turning to the substance of your request, we address each interrogatory in turn.

## Interrogatory No. 1 (Damages)

Pursuant to our prior agreement, each cause of action's damages calculation constitutes a separate interrogatory. Plaintiff has already provided damages responses for the first five causes of action. Accordingly, the damages calculations for the five new causes of action in the Second Amended

Complaint—fraud (fifth COA), civil theft (sixth COA), civil RICO (seventh COA), RICO conspiracy (eighth COA), fraudulent omission (ninth COA), and breach of the CPA (tenth COA)—will be answered as Interrogatory Nos. 19, 20, 21, 22, and 23, respectively.

**Interrogatory No. 2 (Alleged False or Misleading Representations)**

Consistent with our prior agreement, Plaintiff's responses to Interrogatory No. 2 are likewise treated as separate interrogatories for each cause of action. Nexo's letter identifies six additional causes of action for which supplementation is requested: the fifth, sixth, seventh, eighth, ninth, and tenth COAs. Plaintiff is prepared to respond to these as separate interrogatories—Nos. 24, 25, 26, 27, and 28—provided that Nexo agrees, as it has for the previous causes of action, that each constitutes a separate interrogatory.

However, should Plaintiff respond to these additional requests, the interrogatory count will reach 28, which exceeds the limit of 25 under Federal Rule of Civil Procedure 33(a). Plaintiff therefore requests that Nexo reciprocally provide Plaintiff with three additional interrogatories, bringing both sides to 28 interrogatories.

**Interrogatory No. 3 (Advertisements/Promotional Materials)**

Plaintiff will supplement Interrogatory No. 3 with respect to the Second Amended Complaint by Monday, April 27, 2026.

Please confirm your agreement to the 45-day timeline and the interrogatory numbering set forth above.

Best regards,

*/s/James Taylor-Copeland*
James Taylor-Copeland
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW, P.C.
501 W. Broadway, Suite 800
San Diego, CA 92101

2