# EXHIBIT 4



**Baker & McKenzie LLP**

800 Capitol Street
Suite 2100
Houston, Texas 77002

Tel: +1 713 427 5000
Fax: +1 713 427 5099
www.bakermckenzie.com

**VIA ELECTRONIC MAIL**

March 17, 2026

James Taylor-Copeland
james@taylorcopelandlaw.com
Max Ambrose
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101

> **Re:** ***Cress v. Nexo Capital, Inc.*, Case No. 3:23-cv-00882-TSH (N.D. Cal.)**

Counsel,

Responding to your letter of March 16, 2026 regarding your duty to supplement your interrogatory responses, we reject both of your suggestions.

First, Cress has a duty to "timely" supplement his responses. Rule 26(e)(1)(A). The interrogatories requiring supplementation involve your new causes of action, which were first put forward on September 30, 2025 (Dkt. 76) and officially filed on October 30, 2025 (Dkt. 88). Thus, you have had five (5) months to supplement your responses but have failed to do so. Further, as you have constantly reminded us, depositions are set to occur and expert reports are due. Mr. Cress will be deposed on April 10, 2026. We have gone to great effort to timely respond to and supplement discovery in advance of Nexo's depositions, and expect the same from you. Nexo must have the supplemental responses well in advance of the deposition.

Second, we do not agree to treat the request to supplement as new interrogatories. Whatever agreement was reached in the past regarding numbering interrogatories, it (1) does not apply to your duty to supplement; and (2) was reached as an accommodation to avoid a dispute when the claims in the case were more straightforward. As noted, the claims have expanded significantly, so you must supplement.

We have not parsed and counted each interrogatory Cress advanced, but could have certainly done so. For example, Cress Interrogatory 15 (which you recently asked for subpart (i) to be supplemented) contains eleven (11) subparts; Cress Interrogatory 18 contains four (4) subparts; Cress Interrogatory 19 contains six (6) subparts; and Cress Interrogatory 21 contains five (5) subparts. This is just from your most recent set. Yet, Nexo answered these in full without requesting additional interrogatories in return. Further, Nexo Interrogatories 1-3 are contention interrogatories, and the information requested is not burdensome, unlike the information you have demanded from Nexo.



Cress has an obligation to provide a full, supplemental response to Interrogatories 1-3 at least a week prior to his deposition. Please advise if you refuse to do so, so that we can file a letter brief this week.

Sincerely,

*/s/ Matthew Rawlinson*