# EXHIBIT 5

## Dooley, Kirsten

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Thursday, March 26, 2026 6:27 AM
**To:** Rawlinson, Matthew; Max Ambrose; Shelton, Ian
**Cc:** Dooley, Kirsten; Harreveld, Adrienne; Garza, Iliana
**Subject:** Re: [EXTERNAL] Re: Nexo/Cress - Nexo letter requesting supplementation of ROGs 1-3

Hi Matthew,

Our position is set forth in my email below. We do not believe the Court will look favorably on a motion asking it to rewrite Nexo's own Interrogatories to reach beyond their express scope, particularly where we have already agreed to provide substantially similar information through our supplemental disclosures and expert report. We further note that nothing has prevented Nexo from serving Interrogatories directed to the claims and allegations in Plaintiff's Second Amended Complaint.

If you nevertheless want to submit this issue to the Court, please send us your portion of a Joint Letter Brief and we will endeavor to provide you with our response as soon as possible.

Thanks

James

---

**From:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Date:** Thursday, March 26, 2026 at 1:54 AM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>, Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>, Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>, Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Nexo/Cress - Nexo letter requesting supplementation of ROGs 1-3

James and Max, are you going to supplement your interrogatory responses as requested or should we tee this up for the Court?

**Matthew Rawlinson**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Tel: +1 713 427 5000
Dir: +1 713 427 5067
matthew.rawlinson@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X | vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** Rawlinson, Matthew
**Sent:** Saturday, March 21, 2026 10:55 AM
**To:** 'James Taylor-Copeland' <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>; Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Nexo/Cress - Nexo letter requesting supplementation of ROGs 1-3

James,

This is plainly insufficient. Regarding Rog 1, while you note that you will be supplementing your Disclosures, that will not be in an interrogatory and will not be verified. As you are already providing the information, I do not understand why you will not supplement your interrogatory response and verify the same information you will be putting in your Disclosures.

As for Rog 2 and 3, I am confused by your position. You are agreeing to supplement Rog 2 regarding Nexo's alleged false and misleading representations, but are refusing to supplement Rog 3 which asks for identification of advertisements and promotional material. There is at least some overlap between Rogs 2 and 3, as you appear to contend that certain advertisements referenced in your SAC were false and misleading. If you refuse to supplement Rog 3, we are left with an incomplete picture of Cress's contentions.

I agree the Court will not enjoy being bothered with this dispute, but I also think the Court will not appreciate you playing games with the interrogatory wording, refusing to verify damages contentions that you are already providing in your Disclosures, and refusing to provide basic information regarding Cress's claims in the Second Amended Complaint. Please agree to supplement the three Rogs by April 3rd or we will send you our letter brief insert for filing early this week. Please begin preparing your insert if you don't intend to supplement all 3 Rogs.

**Matthew Rawlinson**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Tel: +1 713 427 5000
Dir: +1 713 427 5067
matthew.rawlinson@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X | vcard

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Friday, March 20, 2026 3:27 PM
**To:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>; Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Nexo/Cress - Nexo letter requesting supplementation of ROGs 1-3

Hi Matthew,

Our position on Interrogatories One and Three is set forth in my March 17 emails. Given your rejection of our proposed compromise, Plaintiff will not provide a further response to Rogs 1 or 3 at this time.

As previously agreed, we will supplement Rog 2 and our Initial Disclosures by April 3. As you note, our Initial Disclosures will contain similar information to that sought by Rog 1 regarding Plaintiff's damages. We will also be providing an expert report regarding Plaintiff's damages on April 10.

We do not believe the Court will look favorably on a motion asking it to rewrite Nexo's own Interrogatories to reach beyond their express scope, particularly where we have already agreed to provide substantially similar information through our supplemental disclosures and expert report. We further note that nothing has prevented Nexo from serving Interrogatories directed to the claims and allegations in Plaintiff's Second Amended Complaint.

Thanks

James

---

**From:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Date:** Friday, March 20, 2026 at 7:57 AM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>, Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>, Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>, Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Nexo/Cress - Nexo letter requesting supplementation of ROGs 1-3
Following up on this. Please confirm.

**Matthew Rawlinson**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Tel: +1 713 427 5000
Dir: +1 713 427 5067
matthew.rawlinson@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X | vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** Rawlinson, Matthew
**Sent:** Wednesday, March 18, 2026 6:05 AM
**To:** 'James Taylor-Copeland' <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>;

Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Harreveld, Adrienne
<Adrienne.Harreveld@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Nexo/Cress - Nexo letter requesting supplementation of ROGs 1-3

James,

We asked about Rogs 1-3. Are you agreeing to supplement Rogs 1-3 by April 3? You will also need to update your disclosures. Please confirm. Thanks.

**Matthew Rawlinson**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Tel: +1 713 427 5000
Dir: +1 713 427 5067
matthew.rawlinson@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X | vcard

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Tuesday, March 17, 2026 8:07 PM
**To:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Max Ambrose
<maxambrose@taylorcopelandlaw.com>; Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Harreveld, Adrienne
<Adrienne.Harreveld@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Nexo/Cress - Nexo letter requesting supplementation of ROGs 1-3

Hi Matthew,
We will revise our Initial Disclosures by April 3 as well. We assume that moots the issue.

Thanks

James

---

**From:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Date:** Tuesday, March 17, 2026 at 1:05 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>, Max Ambrose
<maxambrose@taylorcopelandlaw.com>, Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>, Harreveld, Adrienne
<Adrienne.Harreveld@bakermckenzie.com>, Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Nexo/Cress - Nexo letter requesting supplementation of ROGs 1-3
James,

We do not believe this is a good faith position to take. Your duty to supplement applies regardless of which version of the complaint is referenced. Further, as to damages, you have also failed to update your responses to the Initial Disclosures regarding your damages theories as to each cause of action. I think it is silly to bother the Court over this issue, but we will do so if you do not confirm your agreement to supplement. Please let us know today.

**Matthew Rawlinson**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Tel: +1 713 427 5000
Dir: +1 713 427 5067
matthew.rawlinson@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X | vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Tuesday, March 17, 2026 12:02 PM
**To:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>; Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Nexo/Cress - Nexo letter requesting supplementation of ROGs 1-3

Hi Matthew,
As you know, Nexo's Rog. 1 asked: "For each Claim You assert in Your First Amended Complaint, describe in detail all of Your claimed damages for each Claim and the factual support for any of Your damages calculations." Nexo's Rog 3 asked: "With respect to the Nexo advertisements and/or promotional materials referenced in Your First Amended Complaint, describe each Nexo material You saw, when You saw it, where You saw it, and the source of the material (i.e. print, e-mail, etc.)." Both Interrogatories are plainly limited to Claims or materials referenced in Plaintiff's First Amended Complaint. There is thus nothing to supplement. Given your rejection of our proposed compromise, Plaintiff will not provide a further response to Rogs 1 or 3 at this time.

Nexo's Rog 2 similarly asks Plaintiff do identify "the facts and circumstances regarding all representations made by Nexo" and "which Claim in Your First Amended Complaint is associated with the representation." However, because Rog. 2 arguably seeks some information outside the scope of Plaintiff's First Amended Complaint, Plaintiff will agree to supplement Rog. 2 by April 3.

Best regards

James

**From:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Date:** Tuesday, March 17, 2026 at 8:50 AM

**To:** Max Ambrose <maxambrose@taylorcopelandlaw.com>, Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** James Taylor-Copeland <james@taylorcopelandlaw.com>, Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>, Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>, Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Nexo/Cress - Nexo letter requesting supplementation of ROGs 1-3

Max,

Please see attached correspondence. Thanks.

**Matthew Rawlinson**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Tel: +1 713 427 5000
Dir: +1 713 427 5067
matthew.rawlinson@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X | vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Sent:** Monday, March 16, 2026 4:04 PM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** [EXTERNAL] Re: Nexo/Cress - Nexo letter requesting supplementation of ROGs 1-3

Ian,

Please find the attached response letter to Nexo's March 13, 2026 request for Plaintiff to supplement interrogatories.

Best regards,

Max

On Fri, Mar 13, 2026 at 9:13 PM Shelton, Ian <Ian.Shelton@bakermckenzie.com> wrote:

James and Max,

Please see the attached meet and confer letter requesting supplementation of Nexo ROGs 1-3.

**Ian Shelton**
Partner, Litigation

Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** Shelton, Ian
**Sent:** Friday, March 13, 2026 9:41 PM
**To:** Max Ambrose <maxambrose@taylorcopelandlaw.com>; James Taylor-Copeland <james@taylorcopelandlaw.com>
**Cc:** Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>
**Subject:** Nexo/Cress - March 13, 2026 document production

James and Max,

Please see the attached document production letter.

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

--
Taylor-Copeland Law
maxambrose@taylorcopelandlaw.com
501 W. Broadway Suite 800
San Diego, CA 92101
Phone: (602) 570-2656
www.taylorcopelandlaw.com