# Exhibit C

# Exhibit C

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH
Date: March 27, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

# OCTAVIAN DINCA

# CONFIDENTIAL

Reported by:
AILSA WILLIAMS



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO: 3:23-CV-00882-TSH

-----------------------------------

JOHN CRESS,

      Plaintiff,

v.

NEXO CAPITAL INC.,

      Defendant.

-----------------------------------

Deposition of OCTAVIAN DINCA, taken by AILSA WILLIAMS, Certified Court Reporter, held at the offices of Baker & McKenzie LLP, 280 Bishopsgate, London, EC2M 4AG, United Kingdom, on 27 March, 2026 at 8:30 a.m

A P P E A R A N C E S:

Attorneys for the Plaintiff:

TAYLOR-COPELAND LAW

501 W. Broadway, Suite 800

San Diego, CA 92101

BY: MAX AMBROSE and (remotely) JAMES

TAYLOR-COPELAND

Tel (619) 734-8770

Maxambrose@taylorcopelandlaw.com

Attorneys for the Defendant:

BAKER & McKENZIE LLP

830 Brickell Plaza, Suite 3100

Miami, Florida 33131

BY: IAN S. SHELTON and ADRIENNE HARREVELD

Tel (305) 789-8948

Ianshelton@bakermckenzie.com.

Adrienne.harreveld@bakermckenzie.com

ALSO PRESENT:

GEORGI ZAPORSKI: Nexo Legal

ROSEN KOSTOV: Nexo Legal

BIANCA VELEVA: Nexo Legal

COURT REPORTER:  AILSA WILLIAMS

VIDEOGRAPHER: SIMON RUTSON

policy of?

Q   It is a broad question.

A   Holidays, for example, or business travel, right?  Something like that?  Is this what you mean?

Q   If there is Nexo policies and procedures about holidays and business travel, yes?

A   Yes, that is what I am saying.  I imagine there is a lot of policies and procedures.

Q   Did you review any about OTC transactions?

A   I don't recall specifically.

Q   Did you review any policies and procedures about how to perform your job as a VIP manager, as a relationship manager?

A   I can't recall specifically.

Q   You are designated as Nexo's 30(b)(6) witness on the structure, benefits and operation of Nexo's VIP Relationship Program.  Right?

A   Yes.

Q   Did Nexo have any policies or procedures relating to its VIP Relationship Program in 2021?

OCTAVIAN DINCA                                    JOB NO. 2496604
MARCH 27, 2026                  CONFIDENTIAL

MR. SHELTON:  Objection, vague.

A    I think it is broad.  Did they have?
Probably.  I mean the question is "yes" or "no"
whether they had policies and procedures?

Q    Yes.

A    I can't recall exactly.  But I
imagine it is possible there were, I mean.

Q    Do you know one way or the other?

A    I do not.

Q    So is Nexo's corporate position that
it does not know whether it had VIP relationship
related policies and procedures in 2021?

A    No, it is not.  I mean, I believe
that there was maybe some policies and procedures,
but I don't know what exactly you are referring
to.

Q    What were Nexo's policies and
procedures in 2021 for its VIP Relationship
Program?

MR. SHELTON:  Objection, vague.

A    I don't understand the question.

Q    Do you know what policies and
procedures are?

A    I think I do.

Q    Can you describe what they are?

A    Procedure is how to do a certain thing and a policy is covering the topic.  You can have policy with multiple procedures underneath.

Q    In 2021, did Nexo have any policies or procedures relating to its VIP Relationship Program?

A    It is not -- my understanding of the VIP Relationship Program, I just don't see any linkage or at least in my head with a policy, what policy would be on the VIP.  So that is why I am not sure kind of what the question targets.  Is it guidance of sorts, like was there guidance?  In what?  In understanding what is the VIP Relationship Program or how -- I don't understand the question.

Q    Was there guidance in how to understand the relationship -- VIP Relationship Program in March 2021?

A    There was.  There was.  I mean, like the whole point of a relationship manager was to understand what the VIP Relationship Program is about, right.  So if you are asking whether I was aware what the program did, yes.

Q    Did Nexo have written guidance on the VIP Relationship Program in 2021?

OCTAVIAN DINCA                                                    JOB NO. 2496604
MARCH 27, 2026                        CONFIDENTIAL

A   Can you be more specific?  Written guidance with regard to what exactly?

Q   The VIP Relationship Program.

A   Again, I can't -- I really don't understand how to answer, you know.  What do you mean?  So guidance in understanding what the relationship -- the VIP Relationship Program is or?

Q   You are the one that used the word "guidance".  I am asking if the guidance that you are referencing was written down in 2021?

A   So the VIP Relationship Program was a program that contained -- was available to certain type of users and contained programs, services that they could access.  So that is it.  I mean, it is not very complicated, like when it comes to the guidance, right?  It offers certain benefits and value, yes.

Q   So other than -- so is that written down somewhere, what you are describing?

A   I think it was written down in like -- there is a brochure from that time that covers what is included.

Q   Other than the VIP Relationship brochure that was provided to Mr. Cress, is there

any other written information about how Nexo's relationship managers would perform their job in 2021?

MR. SHELTON:  Objection, vague as to which documentation you are referring to.

A    Was there additional documentation? Could you repeat the question?

Q    Was there any other guidance, policies, procedures, practices, anything that would explain how a VIP manager would do their job in March 2021?

A    I can't recall.

Q    So it is Nexo's position that it does not know if there were any guidance, policies, procedures, practices written down in 2021 about how VIP relationship managers would do their job?

MR. SHELTON:  Objection, misstates testimony.

A    So were there materials written down that would help account managers, relationship managers do their job?  Is that the question?

Q    Yes.

A    Probably there were, I mean.

Q    What were those materials?

A    I don't know.

MR. SHELTON:  Objection, vague as to which documents you are referring to.

A    I mean, it could have been anything. I really don't remember.  I do not understand what the question is aimed at.  Were there documents? There was probably documents, I don't know. Were there official documents of some kind, I don't recall.

Q    And that is Nexo's corporate position?

A    That is my position, from personal, from 2021.

Q    You are designated as Nexo's corporate representative to talk about the structure, benefits and operation of the VIP Relationship Program.  Right?

A    Sure, and I am prepared to discuss that.

Q    I am asking a question about that.

A    So what is the question about that?

Q    You said:  "I mean, it could have been anything.  I really don't remember, and I do not understand what the question is aimed at. Were there documents?  There were probably

documents, I don't know.  Were there official documents -- "

A   This is my statement.  Like what was your question?  Just now -- sorry to interrupt -- you mentioned I am designated to discuss on a topic, and then you have kindly listed what the topic is.  Right?  So your question, I did not get the link between your question and the topic that you read there.  So is there a question that is related to the VIP program benefits or -- I don't know.  Maybe you can cover it again and restate the question, please.

Q   Were there any documents in 2021 describing the operation of the VIP Relationship Program other than the VIP brochure you mentioned?

MR. SHELTON:  Objection.  Vague as to operation and vague as to which documents you are referring to.

A   If we can get maybe more specific.  I mean like operation -- this was a program.  The program had different parts in it.  We can discuss the individual parts in as much granularity as you like.  I just don't understand kind of where we are talking about documents, about -- I don't know.  If we can narrow it down somewhat maybe,

OCTAVIAN DINCA
MARCH 27, 2026                    CONFIDENTIAL                    JOB NO. 2496604

what you are referring to, because it is not clear.

Q   I am just referring to anything you remember.

A   Anything I remember?

Q   Any information --

A   This is even more vague than the previous question.  I am sorry to say that.

Q   Any information about the operation of the VIP program?

A   Any information from back then?

Q   Yes.

A   On how the Relationship Program worked?

Q   Correct.

A   I remember how it worked.

Q   Okay.  So how do you know how it worked?

A   Well, because I was doing the job then, so I have a recollection.  I prepared also, refreshed my memory with what was the situation at the time, to the best of my ability.

Q   Was there any information written down that helped you understand how to do your job in 2021?

OCTAVIAN DINCA                                                JOB NO. 2496604
MARCH 27, 2026                    CONFIDENTIAL

A    Yes, I think so.

Q    And what was that information?

A    I don't know what exactly was that information, but I think there was information that was written down simply because it helps collaboration.  I mean it wasn't just verbal communication all the time.  Like, Nexo is a technology company, so there were materials and there was communication that was in the digital form, written down.

Q    Those documents were in a Google Drive?

A    I don't know where they were.

Q    Does Nexo not know where its written information about the operation of the VIP program is or was in March 2021?

MR. SHELTON:  Same objection as to vague.  Max, I have had a bunch of vague objections.  You are you just talking about unidentified documents.  He is ready to testify as to those documents but ...

MR. AMBROSE:  I am just asking if he remembers any specific documents.

A    I don't remember any specific documents, if this is the question.

what you are referring to, because it is not

clear.

        Q   I am just referring to anything you

remember.

        A   Anything I remember?

        Q   Any information --

        A   This is even more vague than the

previous question.  I am sorry to say that.

        Q   Any information about the operation

of the VIP program?

        A   Any information from back then?

        Q   Yes.

        A   On how the Relationship Program

worked?

        Q   Correct.

        A   I remember how it worked.

        Q   Okay.  So how do you know how it

worked?

        A   Well, because I was doing the job

then, so I have a recollection.  I prepared also,

refreshed my memory with what was the situation at

the time, to the best of my ability.

        Q   Was there any information written

down that helped you understand how to do your job

in 2021?

A    Yes, I think so.

Q    And what was that information?

A    I don't know what exactly was that information, but I think there was information that was written down simply because it helps collaboration.  I mean it wasn't just verbal communication all the time.  Like, Nexo is a technology company, so there were materials and there was communication that was in the digital form, written down.

Q    Those documents were in a Google Drive?

A    I don't know where they were.

Q    Does Nexo not know where its written information about the operation of the VIP program is or was in March 2021?

MR. SHELTON:  Same objection as to vague.  Max, I have had a bunch of vague objections.  You are you just talking about unidentified documents.  He is ready to testify as to those documents but ...

MR. AMBROSE:  I am just asking if he remembers any specific documents.

A    I don't remember any specific documents, if this is the question.

A   Yes, specifically at 83.3%, the loan to value of 83.3%, it can trigger a liquidation.

Q   And who at Nexo decided that the LTV would be 83.3%?

A   I think this was maybe a management decision.

Q   Do you know who decided the LTV ratio?

A   I would not be able to say for certain.

Q   Do you know how liquidation occurs?

A   Do I know how liquidation occurs?

MR. SHELTON:  Objection, vague.

A   I don't.  Could you clarify what you mean?

Q   Sure.  Do you know the technical process of a customer's assets being liquidated?

A   The technical process?  What?

MR. SHELTON:  Are you asking this as a 30(b)(6)?

Q   Yes.

A   It is my understanding that during liquidation clients' assets are being sold and the result of this sale is used to repay the loan.

Q   Do you know how the assets are sold?

A    The value of Mr. Cress' assets on the platform, back in 2021 there is a price, there was a price feed for every single asset.

Q    Price field?

A    Price feed.

Q    Feed, okay, for every asset?

A    For every asset.  Every asset has a price.  The assets together creates the value of the collateral.

Q    And what is the feed that Nexo is using?

A    The feed that Nexo was using was the information of data was coming from Coin Market Cap.

Q    Just Coin Market Cap?

A    To my knowledge, at that time I believe this was the case, yes.

Q    Does Nexo retain the data that it used for Mr. Cress' liquidations?

MR. SHELTON:  Objection, vague.

Q    I will try to rephrase.  Does Nexo still have the data reflecting the LTV rate of Mr. Cress' liquidations?

A    No, I do not believe so.

Q    What happened to that data?

A   I don't know whether this data is recorded as a whole.

Q   So if Nexo is not recording the LTV data, how can Nexo ensure that it is liquidating its customers above the LTV 83.3% threshold?

A   This data is very fluid, so it changes in the second, in like live.  So the liquidations that occur afterwards could easily reconstruct the LTV.

Q   So you are saying Mr. Cress' LTV liquidation rates could be easily reconstructed today?

A   Well, yes, the system records the liquidations, so the amounts that are being sold, amounts that are being repaid, so the same variables would create a ratio that is LTV.

Q   Has Nexo ever tried to reconstruct the liquidation rates, sorry, the LTVs of its customers?

MR. SHELTON:  Objection, vague.

A   I am not sure.  Would Nexo?

Q   Yes.

A   Would Nexo do what?

Q   Has Nexo ever attempted to reconstruct the LTV rates for its customers, post

A    I don't believe so.

Q    Do you know why Nexo does not record that information?

A    I believe it has to do with the amount of data that is being fed through the API.

Q    You believe, or is that why Nexo does not record liquidation triggers?

A    I believe.

Q    So you don't know why Nexo does not record LTV rates upon the liquidation trigger?

A    Correct.

Q    And you are the corporate representative designated to testify about Nexo's liquidation policies and plaintiff's specific liquidations.  Right?

A    Sure.

Q    So Nexo's position is that it does not know why this does not record the LTVs upon the liquidation trigger occurring?

MR.  SHELTON:  Objection, misstates testimony.

A    I can't speak on liquidations, the mechanics of the liquidations.

Q    I am asking if you know, as Nexo's corporate representative, why Nexo does not record

OCTAVIAN DINCA                                                    JOB NO. 2496604
MARCH 27, 2026                         CONFIDENTIAL

the LTV ratios upon trigger?

A   I think it records it and, as a result of recording this, liquidations are triggered.

Q   But there is no way to verify that is happening, right?

MR. SHELTON:   Objection, misstates prior testimony.  Vague.

A   Yes, I don't know how to answer.

Q   The LTV supposedly hits 83.3%, and then the customer is liquidated, right?

A   The customer suffers liquidations then, yes.

Q   And so Nexo does not log in a record the trigger point for the liquidations of its customers.  Right?

A   Does not log?

Q   Right.  As in record the trigger point for Nexo --

A   I believe it records it.  It is the moment where liquidation begins.  At that time assets leave and go on foreign exchange to be sold, and once assets are sold then they are being used for repayment.

Q   Okay.  But there is no record of the

Nexo possess the LTV threshold data?

A    I wouldn't be able to say, but it is an instant feed.

Q    There has to be some finite duration of time, right?

MR. SHELTON:  Objection, vague.

A    I really don't know.

Q    Does Nexo ever possess LTV data at any point in time for Mr. Cress?

A    Well, it possesses data I guess all of the time, because it is monitoring this data.

Q    Who is monitoring the data?

A    Systems.

Q    Who is monitoring the system?

A    I think the whole point is to have nobody monitor the systems, because it is automated.

Q    So how does Nexo know that it is accurate?

A    What?

Q    The system that liquidates Nexo's customers?

A    By exercising reasonable care to ensure that the systems are working as intended 24/7.

OCTAVIAN DINCA                                            JOB NO. 2496604
MARCH 27, 2026                    CONFIDENTIAL

Q    What does "reasonable care" mean?

A    Everything that is needed to ensure that systems are working as intended.

Q    What is needed to ensure that the system works as intended?

A    I am not a technical person.  It seems to be like a technical...

Q    You are Nexo's corporate representative on the topic, right, Nexo's operation of its Oracle that liquidates its customers.  So do you understand that you have an obligation to understand the Oracle?

A    To the best of my ability, and to describe how the Oracle works, but I don't have a deep or technical understanding of what exactly goes on in the computer program.

Q    Who at Nexo would understand whether the Oracle was working as intended?

A    I wouldn't be able to name a person.

Q    Did you try to find out who could understand whether the Nexo Oracle was working as intended?

A    This seems to be like a very complex process, and I doubt that the information sits with one single person.  I doubt that the creation

BTC.  So this would be a 1200 percent difference in size, which carries an increased fee.  The previous transaction seems to have a different liquidation fee, around 2.48, very close to the previous ones that are 2.5, yes.

Q   My question is why does Nexo have lower liquidation fees for higher liquidation amounts?

MR. SHELTON:  Objection, misstates testimony.

A   It has to do with the logic that is preset in the system that is handling these liquidations.

Q   What is the rationale behind a liquidation fee, like, structured that way?

A   I wouldn't know what was the rationale at that time.

Q   Did Nexo tell Mr. Cress before it liquidated his assets that depending on the amount of liquidation the liquidation fee could be more or less?

MR. SHELTON:  Objection, misstates the document.

A   Nexo had a policy of disclosing fees.  I am not aware if specifically Nexo via

Hristiyan communicated to Mr. Cress on liquidations or whether this has been discussed between Mr. Hristov and Mr. Cress.

Q   Other than the conversations between Mr. Hristov and Mr. Cress, when did Nexo disclose a liquidation fee?  Let me rephrase.

When at any time did Nexo disclose a liquidation fee to Mr. Cress?

A   Fees are referenced in terms and conditions.  Terms and conditions apply to the products that Nexo offers that Mr. Cress used.

Q   That is where the liquidation fee is disclosed?

A   I don't know whether the liquidation fee was disclosed there, but there are fees that are referenced there.

Q   Was the liquidation fee disclosed to Mr. Cress as a percentage?

A   I don't know how specifically it was disclosed.

Q   Was it disclosed as a flat rate?

A   I do not know.

Q   Did Nexo disclose a liquidation fee on its website at any time before October 2021?

A   It is my understanding that the

Nexo Tokens?

A   Yes.

Q   But he was not permitted to manually pay back the principal on balance with the Nexo Tokens.  They could only be paid back through forced liquidation?

A   Correct.

Q   Why does Nexo have that policy, in June 2021?

A   I cannot answer that.

Q   If we go back to the spreadsheet now, Nexo-0369411, take a look, for example, at row 35.  Do you see a database amount of 9.008 BTC liquidated?

A   I do.

Q   And then there is a liquidation fee of .5%?

A   Mm hmm.

Q   This is a manual repayment of Mr. Cress' loan, right?

A   Correct.

Q   So Mr. Cress is paying a lower fee to Nexo for manual repayments, right?

A   Correct.

Q   Did Nexo tell Mr. Cress that he

A    For the same reason why you screenshot the Slack message, if you want to share that.

Q    Could you not just forward an email to somebody?

A    Yes, you could, yes.  That is another way if you want to share information.

Q    Could you forward a Slack message to somebody?

A    I don't know whether it works this way.

Q    So you would share screenshots of Slack messages with people to share information with them that you didn't know how else to share?

A    I guess you could copy the text and just share that way, I don't know.

Q    Did you ever copy the text of Slack chats and then send the text to people?

A    I don't know.

Q    I will introduce Exhibit 65.

(Exhibit 65 marked for identification)

This is a document Bates stamped Nexo-0140611.  At the top it says "The purpose of this document is to inform you of the information held in the Liquidation transaction."  Have you

ever seen this document before?

A   I have not.

Q   Do you know who created this document?

A   I do not.

Q   Do you know if Mr. Hristov has seen this document before?

A   I am not aware.

Q   It says:  "Importanta:  We should never under any circumstances mention there is a liquidation tax."  Is that true?

MR. SHELTON:  Objection, vague.

A   I don't know what this is.

Q   You don't know if Nexo had a liquidation tax?

A   I know that Nexo has a liquidation fee.  We have reviewed that.  I don't know whether Nexo has a liquidation tax.

Q   Do you know why there would be a document referring to a liquidation tax?

A   No, I do not.

Q   Can you turn to page ending 612.  Do you see it says "Transaction number 58265692" at the very top?

A   Yes.

MR. SHELTON:  Objection.  Misstates the scope of his designation.

Q   It is true Mr. Cress was liquidated around May 23, 2021, right?

A   I cannot confirm that.

Q   Do you know when Mr. Cress was liquidated?

A   Do I know when Mr. Cress was liquidated?

Q   Yes.

A   You mentioned that it was around the time of the first liquidation in May.

Q   Do you know around what time in May?

A   No, I do not.

Q   Have you ever tried to calculate a customer's liquidation fee manually?

A   Have I ever tried to calculate?

Q   A customer's liquidation fee manually?

A   No.

Q   Do you know why somebody would manually calculate a customer's liquidation fee?

A   No.

Q   Turn to page ending 613 of Exhibit 65.  At the top it says:

OCTAVIAN DINCA                                              JOB NO. 2496604
MARCH 27, 2026                    CONFIDENTIAL

"Another thing to consider:  The loan to value before is actually VTL, value to loan. Additionally, the numbers are 100% accurate, only when the collateral is BTC and ETH.  When the collateral is NEXO, XRP, XLM, EOS and other, the calculation are not accurate."

Is that true?

A   I don't know whether it is true or -- what is VTL?

Q   Mr. Cress had Nexo Tokens as collateral, right?

A   He did.

Q   So was his loan-to-value calculation not accurate?

A   I do not know.  I mean, what is the question?

Q   Was Mr. Cress's loan-to-value calculation not accurate because he had Nexo in his collateral?

A   No, I don't believe so.

Q   How do you know that?

A   How do you know it was not accurate? Because he had Nexo Tokens, that is very specific formulation.

Q   I am reading the document that Nexo

produced to us and asking you if it accurately characterizing the LTV data, Mr. Cress?

A   Well, I also see here VTL, which I don't know what this is, value to loan.  It is like the opposite, so I don't know why that is.

Q   Right.  So if we go back to page 612.

MR. SHELTON:  Friendly reminder. I think time is up.

MR. AMBROSE:  Okay.  This will be my last question.

MR. SHELTON:  Okay.

MR. AMBROSE:  The second rectangle says "Loan-to-value Before, 168.05%."  Right?

A   It does say that.

Q   And then it says:

"This is actually VTL and is not always correct."

A   It does say that.

Q   Was Nexo's Oracle using LTV calculations or VTL calculations for its customers?

A   I don't know what VTL is.  Nexo was using loan-to-value, which is LTV.

Q   Do you know why this loan-to-value