EXHIBIT F

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH
Date: March 27, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

# OCTAVIAN DINCA

# CONFIDENTIAL

Reported by:
AILSA WILLIAMS



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO: 3:23-CV-00882-TSH

------------------------------------

JOHN CRESS,

          Plaintiff,

v.

NEXO CAPITAL INC.,

          Defendant.

------------------------------------

   Deposition of OCTAVIAN DINCA, taken by AILSA
  WILLIAMS, Certified Court Reporter, held at the
 offices of Baker & McKenzie LLP, 280 Bishopsgate,
London, EC2M 4AG, United Kingdom, on 27 March, 2026
                 at 8:30 a.m

MR. AMBROSE:  We would ask those communications to be produced.

Was that both in the engineering and technical channels that you were speaking without counsel?

A    Was that?

Q    Were you speaking without counsel in the engineering and technical channels?

A    Yes.

Q    Were they Slack channels?

A    I don't recall.

MR. SHELTON:  We are going to object to production because Mr. Dinca's investigation over the last two days was at the direction of counsel.

MR. AMBROSE:  Okay.  Obviously we disagree with your objection, but we can discuss it later.

Other than speaking to Ms. Penkova, the engineering team and the technical team, did you do anything else, other than speak with your counsel, to investigate the deposition topics today?

A    No.

Q    Did you review any documents to prepare for your deposition today?

A    Yes.

Q    Which ones did you review?

A    I don't recall.

Q    Were these three documents documents that you reviewed to prepare?

A    Yes.

Q    Other than these three that counsel has produced to me five minutes before today's deposition, have you reviewed any other documents to prepare?

A    I did.

Q    And you don't remember any specific documents?

A    I don't remember specifics.

Q    Do you remember what the topics of those documents were covering?

A    There was spreadsheets and email communications, and just various content.

Q    Did you review documents regarding Nexo's OTC transactions?

A    I did.

Q    And Nexo's liquidations?

A    I did.

Q    Nexo's VIP program?

A    I did.

Q   Nexo's Oracle systems?

A   I did.

Q   I would like to introduce three exhibits 49, 50 and 51.

(Exhibit 49 marked for identification).

(Exhibit 50 marked for identification).

(Exhibit 51 marked for identification)

These are documents Nexo's counsel has produced to me five minutes before we went on the record.  It was represented to me that these are documents that Mr. Dinca will be referring to throughout the day today.  To the extent these documents contain information that has not already been produced to us, we will object to that information being produced today.

MR. SHELTON:  For the record, these documents are here to assist with Mr. Dinca's recollection for the 30(b)(6) topics.  It is our position that you have this information already or it is information that was not reflected in a document and necessary for his ability to prepare to testify -- to prepare as a 30(b)(6) witness today.

MR. AMBROSE:  Exhibit 49, can I get a new copy of Exhibit 49 as it has been given to the

witness.

Exhibit 49 lists 18 what appear to be digital assets.

Exhibit 50 is a screenshot of a spreadsheet that appears to have additional information to a spreadsheet that was previously produced to us.  To the extent the information in Exhibit 50 was not already produced to us, we would object to the production not being made earlier.

Can I also have one more copy of the spreadsheet.

MR. SHELTON:  Yes.  The spreadsheet does go on to the back.

MR. AMBROSE:  Thank you.  Exhibit 51. Mr. Shelton, could I have another copy of Exhibit 51, and maybe one for the court reporter.  Thank you.

Exhibit 51 lists what appears to be 12 Bates numbers with document descriptions that appear to be different from the document titles produced to us.  "Custodians" of the documents that appear to be incomplete.  It lists what appears to be deleted users and then dates for all but two of the documents.

Starting with Exhibit 49, can you explain to me what this document is.

A    So this document is the liquidation order of assets that was in place when Mr. Cress suffered liquidations on the Nexo platform.

Q    And you are aware we have been asking for this information for months, if not years, from Nexo?

MR. SHELTON:  Objection, calls for speculation.  Calls for a legal conclusion. Mischaracterizes facts.

A    I am not aware.

Q    How did you obtain this information?

A    From the technical teams.  I investigated internally, trying to understand what was the order, how things worked at the time in 2021.

Q    And you found that out less than three days ago?

A    I did.

Q    Who did you speak to to get this information?

A    Again, I don't recall.

Q    Did you get this information from a Slack chat?

OCTAVIAN DINCA                                      JOB NO. 2496604
MARCH 27, 2026                    CONFIDENTIAL

          A    I don't recall.

          Q    Did you get it from an email?

          A    Possibly.

          Q    Who emailed it to you?

          A    Could you repeat?  I didn't hear.

          Q    Do you know who sent this
information to you?

          A    No.  I believe I already answered.

          Q    You created this document?

          A    I received this information.

          Q    Who created the document we are
looking at?

          A    I cannot say.

          Q    If you have no idea who created
this, how do you know it is accurate?

          A    It is my understanding that it is
accurate.

          Q    From what?

          A    Because it is coming from people in
the technical team that have an understanding how
this works, and on the topic that I requested
information.

          Q    How do you know people from the
technical team sent this to you?

          A    How do I know?

Q   If you don't remember who sent it to you, how do you know it was from the technical team?

A   Well, because I have addressed the matter within the people that could provide an answer here.

Q   But you don't know who those people are?

A   I don't recall I said.

Q   Did they have like a monkey typing on a keyboard?

MR. SHELTON:  Objection, vague. Argumentative.

A   I doubt it.

Q   So you have no way to verify this information is accurate, sitting here today?

MR. SHELTON:  Objection, mischaracterizes testimony.

A   I believe that this information is accurate.  This is the liquidation order, the logic that was in the computer system at the time when it came, as relates to Mr. Cress' liquidations.

Q   This is from the logic of Nexo's computer systems?

A    I guess the system responsible for handling liquidations.

Q    What system is that?

A    I don't know.  Oracle maybe it is called.

Q    Maybe?

A    It is a computer system that is handling a specific function when it comes to services on the Nexo platform.

Q    Is this what the information -- this Exhibit 49, is this what it looks like in the system?

A    I do not know how it looks in the system.

Q    What does it look like in the system?

A    I just answered that I do not know how it looks in the system.  I am not a technical person to imagine what it looks like.

Q    Who would know where this information came from?

A    I don't know.

Q    But not you?

MR. SHELTON:  Objection, asked and answered.

OCTAVIAN DINCA
MARCH 27, 2026

CONFIDENTIAL

JOB NO. 2496604

A    I don't know.

Q    Can we look at Exhibit 50.  Can you please describe to me what this is?

A    This is a summary of Mr. Cress' liquidations for the period between May and June 24 to May 2022?  January.

Q    Does this document contain all of Mr. Cress' liquidations?

A    I believe so, yes.

Q    Who created this document?

A    I received this document from Tanya Penkova.

Q    Who created this document?

A    I couldn't say for sure, but people from the finance department.

Q    So you don't know who created this?

A    I received it from Tanya.  Whether she created the document or she worked on it, I wouldn't be able to say for certain.

Q    So you don't know who created it?

MR. SHELTON:  Objection, misstates testimony.  Asked and answered.

Q    Do you know who created this?  I am aware Tanya sent it to you.  I am asking if you know who made the document.

MR. SHELTON:  Asked and answered. Objection.

A   No.  Again, I received it from Tanya.

Q   Who is on the email that was sent to you attaching this document?

A   I don't remember.

MR. AMBROSE:  We would ask for the email communication sending Mr. Dinca this document to be produced.

MR. SHELTON:  We would object to that and we can discuss it off the record.

MR. AMBROSE:  How do you know the information in this document is accurate?

A   Because I trust that Tanya is the best person to produce this document accurately.

Q   So you are relying on Tanya Penkova's word that this is accurate information?

MR. SHELTON:  Objection, vague.  Asked and answered.

A   Yes.

Q   Did Ms. Penkova specifically tell you the information in this document is accurate?

A   Yes.

Q   How does she know that?

seeing the communication he says contain the

language that is underlying his testimony?

MR. SHELTON:  We disagree and we can

discuss that off the record.

MR. AMBROSE:  Did you review a

spreadsheet that looks like this previous to

receiving this document?  I am talking about

Exhibit 50.

A   I don't recall.  It is possible.

Q   Did that spreadsheet also come from

Ms. Penkova?

A   As I have already answered, I don't

recall.  It is possible that it did.  How it is

related with Penkova, I cannot say.

MR. SHELTON:  I am going to object as

vague as to which document you are referring to.

MR. AMBROSE:  Exhibit 50, the

spreadsheet image.

MR. SHELTON:  You were referring to a

different spreadsheet.

MR. AMBROSE:  Yes.  I am asking if he

has seen a spreadsheet that looks like this, like

Exhibit 50, previously to seeing what is printed

here.

A   I would have to see the document.  I

can't say for certain.

Q    Okay.  How do you know that the information here contains all of Mr. Cress' liquidations on Exhibit 50?

A    Well, because I have investigated internally and discuss this with Tanya and received the comprehensive summary of all the liquidations related to Mr. John Cress.

Q    So this document was prepared at your request?

A    No, not my request, but you were asking whether the full transaction history is here.

Q    Yes, I am asking you how you know it is here?

MR. SHELTON:  Objection, vague.

A    Because, like I said, I requested the information in the discussion to a person that is relevant, and I reasonably believe that she can provide this information accurately.

Q    And the person you are referring to is Tanya Penkova?

A    Correct.

Q    Did you speak to anyone other than Ms. Penkova or your attorneys about Exhibit 50?

A    No.

Q    Can you look at document 51, Exhibit 51.  Can you please describe what this is?

A    That is a list of documents that has a number of custodians and the respective dates.

Q    And what is the purpose of this document?

A    The purpose of this document is to just list the documents that I believe we reviewed with counsel.

Q    So these are the documents that you reviewed with your attorneys in preparation for today's deposition?

A    Correct.

Q    Are these the documents that you were designated to testify on as a 30(b)(6) witness?

A    I believe so.

Q    Who sent you this document, Exhibit 51?

A    It was provided by counsel, I believe.

Q    Do you know who created it?

A    No.

Q    Did you create this document?

Q   Do you know who taught you how to do your job as relationship manager?

A   Do I know who taught me to do my job as relationship manager?  Just like in Nexo, I imagine?

Q   Yes?

A   When I joined it was only Hristiyan Hristov, so we spent time with him at the beginning.

Q   Okay.  Have you ever taught anybody how to do their job as a relationship manager?

A   In that position then, or generally speaking?

Q   At any time moving forward after that?

A   So the question is once again?

Q   Have you ever taught anybody how to do their job as relationship manager at Nexo?

A   It is a very broad question.  So did I contribute on particular aspects?  Yes, but it was not a dedicated kind of job, to help them to do their job.

Q   Sure, that makes sense.  In 2020 and 2021, what was your day-to-day responsibilities as relationship manager?

A   To communicate with VIP clients, respond to VIP clients, assist in providing information on products and services that the Nexo platform offers.  OTC services.  Just general support, let's say, to VIP client segment.

Q   Did you ever review any policies or procedures of Nexo as a VIP manager, as a relationship manager?

MR. SHELTON:  Objection, vague.

A   Did I ever review?  What does that mean?

Q   Do you know what a policy or a procedure is?

A   Sure.

Q   Did you ever look at them as a relationship manager?

A   Broadly speaking, policies and procedures?

Q   Yes.

A   Related to what, company policy and procedure?

Q   Yes.

A   I guess so, yes.  Not necessarily related -- I mean, I am not sure I understand.  It is very broad.  So like policy and procedure, like

policy of?

Q    It is a broad question.

A    Holidays, for example, or business travel, right?  Something like that?  Is this what you mean?

Q    If there is Nexo policies and procedures about holidays and business travel, yes?

A    Yes, that is what I am saying.  I imagine there is a lot of policies and procedures.

Q    Did you review any about OTC transactions?

A    I don't recall specifically.

Q    Did you review any policies and procedures about how to perform your job as a VIP manager, as a relationship manager?

A    I can't recall specifically.

Q    You are designated as Nexo's 30(b)(6) witness on the structure, benefits and operation of Nexo's VIP Relationship Program.  Right?

A    Yes.

Q    Did Nexo have any policies or procedures relating to its VIP Relationship Program in 2021?

MR. SHELTON:  Objection, vague.

A    I think it is broad.  Did they have?  Probably.  I mean the question is "yes" or "no" whether they had policies and procedures?

Q    Yes.

A    I can't recall exactly.  But I imagine it is possible there were, I mean.

Q    Do you know one way or the other?

A    I do not.

Q    So is Nexo's corporate position that it does not know whether it had VIP relationship related policies and procedures in 2021?

A    No, it is not.  I mean, I believe that there was maybe some policies and procedures, but I don't know what exactly you are referring to.

Q    What were Nexo's policies and procedures in 2021 for its VIP Relationship Program?

MR. SHELTON:  Objection, vague.

A    I don't understand the question.

Q    Do you know what policies and procedures are?

A    I think I do.

Q    Can you describe what they are?

A    Procedure is how to do a certain thing and a policy is covering the topic.  You can have policy with multiple procedures underneath.

Q    In 2021, did Nexo have any policies or procedures relating to its VIP Relationship Program?

A    It is not -- my understanding of the VIP Relationship Program, I just don't see any linkage or at least in my head with a policy, what policy would be on the VIP.  So that is why I am not sure kind of what the question targets.  Is it guidance of sorts, like was there guidance?  In what?  In understanding what is the VIP Relationship Program or how -- I don't understand the question.

Q    Was there guidance in how to understand the relationship -- VIP Relationship Program in March 2021?

A    There was.  There was.  I mean, like the whole point of a relationship manager was to understand what the VIP Relationship Program is about, right.  So if you are asking whether I was aware what the program did, yes.

Q    Did Nexo have written guidance on the VIP Relationship Program in 2021?

A   Can you be more specific?  Written guidance with regard to what exactly?

Q   The VIP Relationship Program.

A   Again, I can't -- I really don't understand how to answer, you know.  What do you mean?  So guidance in understanding what the relationship -- the VIP Relationship Program is or?

Q   You are the one that used the word "guidance".  I am asking if the guidance that you are referencing was written down in 2021?

A   So the VIP Relationship Program was a program that contained -- was available to certain type of users and contained programs, services that they could access.  So that is it.  I mean, it is not very complicated, like when it comes to the guidance, right?  It offers certain benefits and value, yes.

Q   So other than -- so is that written down somewhere, what you are describing?

A   I think it was written down in like -- there is a brochure from that time that covers what is included.

Q   Other than the VIP Relationship brochure that was provided to Mr. Cress, is there

any other written information about how Nexo's relationship managers would perform their job in 2021?

MR. SHELTON:  Objection, vague as to which documentation you are referring to.

A   Was there additional documentation? Could you repeat the question?

Q   Was there any other guidance, policies, procedures, practices, anything that would explain how a VIP manager would do their job in March 2021?

A   I can't recall.

Q   So it is Nexo's position that it does not know if there were any guidance, policies, procedures, practices written down in 2021 about how VIP relationship managers would do their job?

MR. SHELTON:  Objection, misstates testimony.

A   So were there materials written down that would help account managers, relationship managers do their job?  Is that the question?

Q   Yes.

A   Probably there were, I mean.

Q   What were those materials?

A    Yes, I think so.

Q    And what was that information?

A    I don't know what exactly was that information, but I think there was information that was written down simply because it helps collaboration.  I mean it wasn't just verbal communication all the time.  Like, Nexo is a technology company, so there were materials and there was communication that was in the digital form, written down.

Q    Those documents were in a Google Drive?

A    I don't know where they were.

Q    Does Nexo not know where its written information about the operation of the VIP program is or was in March 2021?

MR. SHELTON:  Same objection as to vague.  Max, I have had a bunch of vague objections.  You are you just talking about unidentified documents.  He is ready to testify as to those documents but ...

MR. AMBROSE:  I am just asking if he remembers any specific documents.

A    I don't remember any specific documents, if this is the question.

Q    Who ensured that Nexo's relationship managers were following its policies, practices and procedures in 2021?

A    Alexander Rakshiev was managing the team.

Q    Does anybody else know how Nexo's policies, procedures and practices were followed in 2021?

A    Does anyone else know -- could you repeat?

Q    Other than Mr. Rakshiev, was anybody else doing anything to ensure relationship managers were following Nexo's policies, practices and procedures in 2021?

A    I don't know specifically.

Q    In 2021, other than you, Mr. Hristov and Mr. Rakshiev, did anybody else work as a Nexo relationship manager?

A    During the course of that year, 2021 to 20 --

Q    Yes.

A    To 2022?

Q    Just 2021.

A    January to end of the year?

Q    Yes.

A   Yes, I believe I mentioned the names Alexander Mrozinski and Borislav Vatkov.

Q   And then there was you and Mr. Hristov also?

A   Correct.

Q   Did any of you ever work on documents in collaboration with each other relating to Nexo's VIP program in 2021?

A   Once again?  Did we work on documents together?

Q   Yes.

A   Is that the question?

Q   Yes.  Let me try to rephrase.  Did you collaborate on internal documents with them about Nexo's VIP program, with Mr. Rakshiev, Mr. Mrozinski, Mr. Vatkov or Mr. Hristov?

MR. SHELTON:  Object as vague as to which document you are referring it.

A   I can't say specifically whether we worked on the VIP Relationship Program.  For sure we have collaborated on documents during that time.

Q   Okay.  Do you know what the subject of the documents that you collaborated on were?

MR. SHELTON:  Same objection.

related -- what was the question again?

Q   Did you work with Mr. Metodiev on OTC transactions?

A   On OTC transactions?

Q   Yes.

A   Again, it is not clear kind of what the question is.  Mr. Metodiev was the CFO at the time and my interaction with him was non-existent.

Q   Do you remember being on any Slack communications with Mr. Metodiev?

A   I don't recall.

Q   Do you ever remember CC-ing Mr. Metodiev on any emails?

A   Sure.

Q   Do you know why you did that?

A   Because I was told to, and this was the standard process, kind of, to be copied on certain communication.

Q   Who told you to put Mr. Metodiev on communications as a CC?

MR. SHELTON:  Objection.  Vague as to communication.

A   Anything told, let's say, came from the manager of the team, which was Alexander Rakshiev at the time.

related to whatever the source of funds say.  So source of funds would be a sale of a house.  When was the house bought?  What was -- something of this nature.

Q   Mr. Cress provided his source of funds documentation to Nexo?

A   I believe so.  I mean this was a requirement at the time.

Q   And then what was "verify accredited investment status"?

A   Verify accredited investor status. This is here so -- I don't recall exactly, but generally what I recall were people with significant assets, who generally go on to make investments, and would have generally more sophisticated profile.  I believe there were a number of ways in the United States that this can be verified, like what is an accredited investor. I think it was a requirement generally to access certain services.  How we -- what was the question again, before I --

Q   I am just asking you generally what it means when you say "verify accredited investor status"?

A   Like a simple answer to this

question is to verify whether the person here in question is an accredited investor.

Q    Who was responsible for verifying the person is an accredited investor as a part of an OTC transaction in May 2021?

A    I believe that there are multiple ways that this can be verified, but I think it would just maybe boil down in some kind of either proof or certificate.  I don't remember kind of ways.  I recall maybe like tax returns above certain thresholds.  There was a methodology to it.  Is this the question?

Q    Yes.  So was it the relationship manager's responsibility to make sure that the VIP customer was a verified accredited investor?

A    To verify, if he was?

Q    Yes.

A    Maybe you can expand what this means.  So the responsibility was ensure that we have the documentation that will certify or would say that this client is an accredited investor.  Whether they would verify themselves is the question?  No.  I mean there was this team.  There was a document, I guess, or some kind of proof that would qualify as sufficient, let's say, when

it comes, similar to source of funds and supporting documentation and so on.

Q   Whose responsibility was it to get the verification from the customer?

A   Relationship managers would request it, I believe, but it is possible also other teams like the respective compliance teams would request it, so I don't quite recall.

Q   So in some instances the relationship manager would receive the documents to verify people are accredited investors?

A   Yes, correct.

Q   In other instances the compliance team may be the one receiving the documents from a customer?

A   Correct.

Q   Are there any other teams that would be receiving that information from the customer?

A   I would not know.

MR. SHELTON:  Can we break at some time in the near future.

A   I also need a minute if possible.

MR. AMBROSE:  We can take a bathroom break.

MR. SHELTON:  Great.

a company, asking as a corporate?  I don't follow.

MR. SHELTON:  No, wait.  He is asking these questions in your personal capacity.  You are not designated on accredited investor issues.  So you can testify as to your personal knowledge on that issue.

A   So what is the question, whether?

Q   Let me rephrase.  You are designated on the structure, benefits and operation of the VIP Relationship Program, right?

A   Yes.

Q   And part of your role as VIP relationship manager was to occasionally receive information from customers about being an accredited investor, and forwarding that information to the compliance team?

A   Okay.

Q   Is that right?

A   I did not follow all the way through.  So I was designated to speak on the relationship management program.  As part of the responsibilities, one is to receive documents and to send them further.

Q   Right.

A   So the responsibility is to -- if I

receive such documents, to send them further.  You want me to confirm whether that is the case?

Q   Yes.

A   Yes.

Q   Okay.  And was part of your role telling and informing VIP customers who were purchasing Nexo Tokens that they needed to be verified accredited investors in order to make those purchases?

A   Correct.  If user wanted to buy, let's say, OTC transaction, this was a requirement.  We tell them what the requirement was.

Q   When did you first start informing Nexo Token purchasers of the accredited investor requirement?

A   When did I personally told the first client that they need to -- is that the question?

Q   When did you first start informing Nexo Token purchasers of the accredited investor requirement?

MR. SHELTON:  Objection.

A   I don't recall.

MR. SHELTON:  Let me finish my objection.  Object, vague as to which customers

you are referring to, whether it is US or international.

A   I don't remember.  Also, like, specifically when was the first, the first client that I informed, I have no idea.

Q   Do you remember facilitating OTC Nexo Token purchases for customers in 2020?

A   Yes.

Q   When you first began facilitating OTC Nexo Token purchases in 2020, was there a requirement for you to inform Nexo customers that they were supposed to be accredited investors?

MR. SHELTON:  Objection, vague.

A   I don't remember, and I don't I guess somewhat understand the question.  Could you repeat.

Q   Did you ever -- sure.  Let me repeat the last question.

When you first began facilitating OTC Nexo Token purchases in 2020, was there ever a requirement for you to inform Nexo customers that they were supposed to be accredited investors?

MR. SHELTON:  Objection, vague.

A   I don't recall.

Q   Did you ever facilitate a Nexo Token

A    Yes, we had multiple systems that you would click to see customer information.

Q    Okay.  Can you name all of the systems?

A    I don't think I can name all of the systems, but it is just customer relationship management where this information was contained. I don't quite recall at the time.

Q    Does Nexo know the name of any of the systems that it stored customer information in for its VIP Relationship Program?

MR. SHELTON:  Objection, vague.

A    Could you repeat the question?

Q    Does Nexo know the name of any of the systems that it stored customer information in for its VIP Relationship Program?

A    Yes.

Q    What are the names?

A    I don't know what are the names.  I mean, are you asking whether Nexo as a company knows what are the names of any of the tools, any of the databases?

Q    Yes.  You are Nexo's 30(b)(6) witness regarding the operation of the VIP Relationship Program, right?

A    Yes.

Q    And your testimony binds Nexo as a company on the operation of the VIP Relationship Program.  Right?

A    Mm hmm.

Q    I am asking you, as the 30(b)(6) witness, does Nexo know the names of any databases that Mr. Cress' information was stored in?

A    And I answered yes.

Q    And I am asking you then what are the names of any of them?

A    Of any of them?  Well, Salesforce is one, like we are using Salesforce as a customer relationship management tool, and that is --

Q    Any others?

A    I don't remember.  I don't know I mean what was then, how -- at the time, I think this was Salesforce.

Q    You think?

A    I think, yes, because this is how we do work with the clients.

Q    Okay.  So when you click this link then, what is the name of the database you get to when you click into this link?

MR. SHELTON:  Objection, asked and

answered.

A   I have no idea.

Q   Does Nexo still have all of the data about Mr. Cress in Salesforce?

A   I believe so.

Q   How do you know that?

A   Because the information is there.

Q   Did you personally verify that the information was in Salesforce?

A   It is company practice for the information to be there.  This is my understanding.

Q   Other than the information in Salesforce about Mr. Cress, what other information does Nexo have about Mr. Cress?

MR. SHELTON:  Objection, vague.

A   No idea what the question covers. So what -- could you ask the question again?

Q   Other than the information that you say is in Salesforce about Mr. Cress, what other information does Nexo have about Mr. Cress?

A   It should be there probably, I don't know.  What other information could there be? Relevant information for the client is there.

Q   Is in Salesforce?  But you don't

know the location of where any of Mr. Cress' other

information is?

A    I just said that the information is

there, so I don't know where would other

information be.  I don't follow the question.

Q    So how would we access the

information at this link in Exhibit 53?

A    How would you access the

information?

Q    Yes.

MR. SHELTON:  Which link are you

referring to?

MR. AMBROSE:  The one that I was

referring to earlier, in the 3/5/2021.  Would we

be able to click that link today to see what

information is there.

A    Would I be able to click that link

today?

Q    Yes.

A    Possibly.

Q    How would you do that?

A    By clicking on it.

Q    And so you would have to go into

this Retail OTC Deal Slack chat.  Right?

A    I would have to go into this chat.

Q   Of $10,000?

A   Correct.

Q   But it was never put on an exchange, correct?

MR. SHELTON:  Objection, misstates testimony.

A   I believe -- what does that mean, it was not put on an exchange?

Q   The $10,000 was taken before Mr. Cress' transaction was sourced from the exchange, right?

A   Could you repeat?

Q   Mr. Cress' $10,000 fee was taken before his ETH transaction was sourced from the exchange.  Right?

A   Correct.

Q   You are Nexo's corporate representative on the topic covering Nexo's OTC rates representations.  Right?

A   Correct.

Q   Are you aware Nexo told VIP customers that they had services offering some of the best rates on the market?

A   I am aware.

Q   What was the factual basis for that

statement?

A    Could you clarify what that means?

Q    How does Nexo know it offered VIP customers some of the best rates on the market?

A    That has to do with the technology that is involved in executing such trades, technology that is otherwise not available to the general public.

Q    And so because Nexo had private technology, it had some of the best rates on the market?

A    Correct.

Q    How did Nexo ensure that this private technology was getting its customers the best rates on the market?

A    It is a combination of two computer systems.  One is called abbreviated TWAP.  This stands for Time Weighted Average Price.  The other technology is called Smart Order Routing, SOR.  So TWAP and SOR.

Q    Did Nexo use TWAP for any of Mr. Cress' transactions?

A    I believe so.

Q    I am asking if Nexo used them -- let me rephrase.

Do you know if Nexo used TWAP for Mr. Cress' transactions?

A    It did.

Q    Did Nexo use Smart Order Routing for Mr. Cress' transactions?

A    I believe so.

Q    And TWAP and Smart Order Routing were technologies that sourced assets from public exchanges?

A    Yes.

Q    What is Nexo referring to in some of the best rates on the market, where Nexo says "market"?

A    Could you repeat the question?

Q    Nexo told VIP customers they had access to some of the best rates on the market, right?

A    Right.

Q    What market is Nexo referring to?

A    "Market" here is generally the cryptocurrency market.

Q    Any other specific market?

A    If we are to define the cryptocurrency market, this would mean possibly the sum of all the exchanges and venues that hold

venues at the time, in 2021?

A   I can't say again for certain.  It depends on their assets and what they had in their offering.

Q   Did Nexo have access to Kraken in 2021?

A   Probably.  Kraken is a big liquidity.  Has always been in the top.

Q   As Nexo's corporate representative on Nexo's OTC rates representations, do you know if Nexo had access to Kraken as a venue in 2021?

A   I believe it did.  I am not 100% sure.

Q   Did Nexo have access to Binance in March 2021?

A   I believe so.

Q   Other than Coinbase, Kraken or Binance, what other venues did it have access to in March 2021?

A   I recall these ones, but I cannot list all the venues that we were...  I know we had different OTC desks, trading partners.

Q   Did Nexo conduct any analysis to support its ability to understand trading venues?

MR. SHELTON:  Objection, vague.

wouldn't be able to name a person.

Q   How do you know the technical teams performed those calculations?

A   Because it is a technical tool. Nexo is a technological company that operates a platform that is quite complex, and it is a similar example.  I mean, if the platform works as intended today, it is a constant process to ensure that it works tomorrow and every single day, and every time there is an issue that is coming up it is being addressed because it deviates from the purpose that was intended.

Q   Do you know when or how Nexo reviewed its Smart Order Routing technology?

A   When?

Q   Yes.

A   Specific times, when did they make a review of it?

Q   Yes?

A   No.

Q   As Nexo's corporate representative on the mechanics of plaintiff's OTC desk purchases, do you know how Nexo reviewed its Smart Order Routing technology?

A   Could you repeat the question?

VIPs that they have account managers or relationship managers?

A   Relationship managers, I believe.

Q   Do you know why they use the term "relationship manager" instead of "account manager"?

A   Well, because it is managing a relationship with the client.  I believe it is the same term really.  It is just maybe more descriptive.

Q   Which one is more descriptive?

A   Relationship seems like more personal.

Q   Do you know who decided to use the term "VIP relationship manager"?

A   Not specifically, but I imagine that person was within management at the time.

Q   What management are you referring to?

A   So Alexander Rakshiev, directly reporting to Kalin Metodiev.  More than likely I think it was a collaborative effort, because this after all is a service and a program that is offered by Nexo as a company, and I believe that it had input across probably multiple teams.

Q   As Nexo's corporate representative on the structure, benefits and operation of the VIP Relationship Program, do you know who decided to call it the VIP relationship manager?

A   Again, I don't believe that it was a single person that had input and decided that this would be called the VIP relationship management or program.  I think it was a collaborative effort between multiple teams --

Q   What -- sorry, I thought you were finished.

A   That's okay.

Q   What does the term "VIP relationship manager" mean?

A   It means management of relationships with the best clients on the platform, the biggest clients let's say.

Q   So Mr. Cress was one of Nexo's biggest clients?

A   He was part of this category.

Q   Mr. Hristov was Mr. Cress' relationship manager, right?

A   Correct.

Q   You stepped in to facilitate an ETH purchase for Mr. Cress?

A    Correct.

Q    Why did you step in?

A    I don't recall what were the circumstances, but it is because Mr. Hristov has asked me or he was unavailable to attend to Mr. Cress himself at that time.

Q    Was it unusual that Mr. Hristov would have been unavailable to facilitate a transaction and would ask you to help?

A    I wouldn't call it unusual.

Q    Did you help him with facilitating his clients' transactions frequently?

A    Define "frequently"?

Q    More than once a month?

A    More than once a month?  Maybe.

Q    Did occasionally he step in to help facilitate transactions for you?

A    Sure.

Q    And relationship managers were responsible for facilitating large OTC purchases for Nexo's customers, right?

A    Sorry, could you repeat?

Q    Were relationship managers responsible for facilitating large OTC purchases for Nexo's customers?

MR. SHELTON:  Objection, vague.  Calls for a legal opinion.

A   I don't recall such specific conversations.

Q   I will introduce Exhibit 54.  This is an exhibit labeled Nexo-002706.  It is the VIP brochure.

(Exhibit 54 marked for identification).

Is this Nexo's VIP relationship brochure?

A   It looks like it.

Q   Is this the one provided to Mr. Cress in March 2021?

A   I believe it is.

Q   Have you seen this before?

A   I did.

Q   Have you sent this brochure to customers?

A   I did.

Q   In March 2021, Nexo would send these brochures to customers with a certain amount of assets in their account, right?

A   Correct.

Q   And that was assets over $100,000?

A   I don't recall if it was above

$100,000, but I think there was a threshold.

Q   Do you know how Nexo sent Mr. Cress the VIP brochure?

A   I imagine it was over email.

Q   Do you know if it was via link or an attachment via email?

A   I don't recall.  Either one is possible.

Q   Who created the VIP relationship brochure that we are looking at?

A   I believe it was a collaborative effort between multiple teams.

Q   Do you know what teams?

A   I wouldn't be able to say specifically, but probably marketing and account management, trading.

Q   Do you know what team drafted the text?

A   Not specifically.  I believe it was a collaborative effort where more than one person had input.

Q   Do you know who approved the final version of this Exhibit 54?

A   I would say it is again maybe a number of people.  Ultimately, Nexo's management,

whether it was up the chain from Alexander Rakshiev at the time, managing the account management team, with direct reporting line to Kalin, which was the CFO.

Q    So it could have been Mr. Metodiev that approved the VIP brochure?

A    It is reasonable to believe that Mr. Metodiev should be along this chain of approval, because this brochure related to customers that relationship managers would help service as collaborative effort with the trading team, so approval more than likely was there.

Q    Did Mr. Trenchev have a role in approving the brochure?

A    I wouldn't be able to say.

Q    Did Mr. Kantchev have a role in approving the brochure?

A    Same answer there.

Q    Did you have a role in drafting the VIP brochure?

A    I did not.

Q    What was the purpose of sending Nexo VIPs this relationship brochure?

A    It was informative.  Informative.

Q    Why would Nexo want to inform

customers about the information in the brochure?

A    The intent was to provide additional value.

Q    How does that benefit Nexo?

A    It creates happy clients among a segment that we considered important at that time.

Q    So the information in the brochure is intended to make Nexo's VIPs happier?

A    It is to provide value, which would translate, I would imagine, to happier customers, satisfied customers, if happy is not ...

Q    And the value provided was exclusive to VIP customers?

A    Correct.

Q    Was a VIP brochure designed to spark interest of customers like Mr. Cress?

A    I don't know whether it was designed to spark Mr. Cress' interest.

Q    Did Nexo profit from the services described in the VIP brochure?

A    We are talking about the OTC services list?

Q    Yes.  We can go through.  Did Nexo profit from Fiat to Stablecoin conversion?

A    Sure.

Q   Did Nexo profit from purchases of large quantities of crypto?

A   From this service?

Q   Yes.

A   Yes.

Q   Did Nexo profit from the Nexo Portfolio Booster?

A   Yes.

Q   Did Nexo profit from the zero cost loan?

A   Yes.

Q   Did Nexo profit from the Liquidation Relief Program?

A   Yes.

Q   So all of the services advertised by the VIP Relationship Program were designed to make Nexo profit?

A   They were designed to bring value to users that had a need or interest into them.

Q   Can you turn to page ending 707 of the brochure.  It says:

"You receive access to:

1.  Dedicated relationship manager."

And that was Mr. Hristov for Mr. Cress?

A   Yes.

Q   "2. OTC services with some of the best rates on the market."

A   Correct.

Q   "3. Priority customer support."

A   Correct.

Q   Did Nexo provide a dedicated relationship manager to Mr. Cress?

A   It did.

Q   Did Nexo provide OTC services with some of the best rates on the market to Mr. Cress?

A   It did.

Q   Did Nexo provide priority customer support to Mr. Cress?

A   It did.

Q   On the next page ending 708 it says: "What should you expect?"  Then, if we turn to the page after that, page ending 709, it says:

"A dedicated relationship manager.  A person to help in your successful utilization of the platform."

Was Mr. Hristov Mr. Cress' person to help in his successful utilization of the platform?

A   He was.

Q   And it is referring to the Nexo

platform?

A   Correct.

Q   Does that encompass all of the products and services on the Nexo platform?

A   Of the Nexo platform?

Q   Yes?

A   Yes.

Q   And then the next one to the right, in the middle, is email SLA.  As we discussed earlier, that is Mr. Cress' Nexo level service agreement.  Right?

A   Yes.

Q   It says:

"During business hours you can expect a reply from the relationship manager in a matter of hours, no more than 24 hours, weekends excluded."

A   That is correct.

Q   Did Mr. Hristov always reply to Mr. Cress in a matter of hours, no more than 24 hours?

A   I wouldn't be able to say, to confirm that this is the case, but I believe this was the case for like as a rule.  This was aspirational and what happens generally.

Q   Okay.  Were there exceptions to the

rule?

A   It is possible.  I can't really say.

Q   Was there ever a case where you did not reply to somebody in a 24 hour time period on a business day?

A   Little likely, but I guess it is possible.

Q   Were customers ever upset at the response times taking longer than 24 hours?

A   If there was such a case and a user was upset, I don't know.  Maybe.

Q   Was Mr. Cress upset when Mr. Hristov took longer than 24 hours to respond to him?

MR. SHELTON:  Objection, calls for speculation.

A   I wouldn't be able to say.

Q   You are Nexo's corporate representative on the VIP brochure representation regarding responsiveness, correct?

A   Correct.

Q   Was Mr. Hristov's workload ever so much that he would be unable to respond to a customer within 24 hours on a business day?

A   I couldn't say for certain, but it is possible.

A    I don't know if it has a name.  It is a client database.

Q    How do you access that database?

A    I have accessed it.

Q    Can you tell me what you did to review the information specifically --

A    I went into the database and I went to the dates in question where the opportunity was recorded, and I didn't find this opportunity, but I found the opportunity that did happen, which is an OTC transaction of Mr. Cress to the amount of 2.15 million, where he purchased Bitcoin and Ethereum.

Q    So looking at this database, how do you know that the transaction, the portfolio transaction, the Portfolio Booster transaction did not happen?

A    Because it is just not there.

Q    It is not in the database you were looking at?

A    It is not in the transaction history that is associated with Mr. Cress.

Q    Okay.  So you went into a database that has Mr. Cress' transaction history?

A    Correct.

Q   Are you sure it has every single transaction Mr. Cress has ever done on the Nexo platform?

A   I believe so.

Q   How do you know that?

A   Well, this is the transaction history and it has all the information on Mr. Cress.

Q   I am asking how you know that.

A   How do I know that?

Q   Yes.

A   It is the system that we have.  I mean, how do you know anything?

Q   I usually verify it with people who do.  Did you do that?

A   What?

Q   Verify that the information in Mr. Cress' transaction history was accurate?

A   This is the source of truth, so there is no other database.  There is no need to confirm it or to verify it with anybody else.

Q   Did the database you were looking at have Mr. Cress' liquidations in it?

A   It has everything related to Mr. Cress.

Q   Did it identify the loan to value ratio of Mr. Cress' liquidations?

A   I don't recall.

Q   So it doesn't have all the data relating to Mr. Cress, right?

MR. SHELTON:  Objection, misstates testimony.

Q   I asked did the database you were looking at have Mr. Cress' liquidations in it. Answer:  "It has everything related to Mr. Cress." Right?

A   Mm hmm.

Q   But it doesn't have everything related to Mr. Cress, right?

A   Wrong.  I mean what was the question again, whether it has what exactly?

Q   If the database has Mr. Cress' loan-to-value ratios at the time he was liquidated?

A   If it has the loan-to-value ratios at the time that he was liquidated.  So loan-to-value is a fluid measure, right?  It is the ratio between the loan and the value of Mr. Cress' assets.  A database, generally speaking, it would have information that is deemed

as important and necessary.  The fact it does not have the LTV does not mean that it doesn't have everything.  It might have -- it could have had Mr. Cress' address in there, you know, but maybe to somewhere else.

Q   Did it have Mr. Cress' address?

A   No, but it is an example that on the principle it didn't have everything, in the way that I expect everything relevant...  This is what it had, right?  We were discussing earlier about what does a customer account information have or how do you verify jurisdiction.  Right?  So different information is stored in different places.

Q   And so the information about Mr. Cress' Portfolio Booster could be in different places?

A   Mr. Cress' information about the Portfolio Booster is nowhere outside of a wrongly filled in opportunity in the customer CRM system of the company, that is Salesforce.

Q   But you only looked at a single database to verify that?

A   I don't need to look into more databases to say that this transaction never

A   Well, in my capacity and also the team -- I don't know, I couldn't say what Borislav Vatkov was thinking at the time.  But scaring people away by filling their heads with fees hardly seems like something anybody would want to do.

Q   So then Nexo would hide its fees from customers?

MR. SHELTON:  Objection, argumentative. Misstates testimony.

A   That is a stretch I would say. Again, this is a discussion with very little context, and a statement made by a team member which -- I don't know.  You know, like, it is just a statement that I would say anybody would agree so ...

MR. SHELTON:  It has been over an hour. At some point take a break?

MR. AMBROSE:  Let's take a break now.

THE VIDEOGRAPHER:  Going off the record at 5:35.

(A short break.)

THE VIDEOGRAPHER:  This is the beginning of media seven.  Back on record at 5:51.

MR. AMBROSE:  Mr. Dinca, you are Nexo's

corporate representative on the fees, taxes, commissions, profits and revenues Nexo took on each of Mr. Cress' liquidations.  Right?

A    Correct.

Q    What is the purpose of Nexo liquidating customer collateral?

A    What is the purpose?

Q    Why does Nexo liquidate collateral of its customers?

A    Nexo liquidates collateral to recover the loan that was extended to a given user in case or when the value of his assets neared the value of the loan.

Q    Why does Nexo need to liquidate its customers' collateral as part of the Crypto Credit Line --

A    Sorry?

Q    -- when the value of the assets -- take a step back.

You referred to the value of the assets nearing the value of the loan?

A    Mm hmm.

Q    And so the value of the assets decreases enough compared to the value of the loan, that can trigger a liquidation?

OCTAVIAN DINCA                                                    JOB NO. 2496604
MARCH 27, 2026                      CONFIDENTIAL

A   Yes, specifically at 83.3%, the loan to value of 83.3%, it can trigger a liquidation.

Q   And who at Nexo decided that the LTV would be 83.3%?

A   I think this was maybe a management decision.

Q   Do you know who decided the LTV ratio?

A   I would not be able to say for certain.

Q   Do you know how liquidation occurs?

A   Do I know how liquidation occurs?

MR. SHELTON:  Objection, vague.

A   I don't.  Could you clarify what you mean?

Q   Sure.  Do you know the technical process of a customer's assets being liquidated?

A   The technical process?  What?

MR. SHELTON:  Are you asking this as a 30(b)(6)?

Q   Yes.

A   It is my understanding that during liquidation clients' assets are being sold and the result of this sale is used to repay the loan.

Q   Do you know how the assets are sold?

OCTAVIAN DINCA                                       JOB NO. 2496604
MARCH 27, 2026                CONFIDENTIAL

A    They are sold in the same way as bought and sold, an exchange transaction.

Q    Are Nexo's liquidations done manually?

A    No, they are automated.

Q    What is the automatic process for liquidations?

A    The automated process for liquidations mean that at 83.3% loan-to-value ratio, assets are being sold.

Q    And so Nexo only sells assets for liquidation at an 83.3% LTV?

A    Correct, and above.

Q    And above?

A    The moment this threshold is breached.

Q    Were all of Mr. Cress' liquidations above an 83.3% threshold?

A    I believe so, yes.

Q    How do you know that, as Nexo's corporate representative on the topic?

A    Because they are registered as liquidations.

Q    How does the system determine what the value of Mr. Cress' assets are?

A   The value of Mr. Cress' assets on the platform, back in 2021 there is a price, there was a price feed for every single asset.

Q   Price field?

A   Price feed.

Q   Feed, okay, for every asset?

A   For every asset.  Every asset has a price.  The assets together creates the value of the collateral.

Q   And what is the feed that Nexo is using?

A   The feed that Nexo was using was the information of data was coming from Coin Market Cap.

Q   Just Coin Market Cap?

A   To my knowledge, at that time I believe this was the case, yes.

Q   Does Nexo retain the data that it used for Mr. Cress' liquidations?

MR. SHELTON:  Objection, vague.

Q   I will try to rephrase.  Does Nexo still have the data reflecting the LTV rate of Mr. Cress' liquidations?

A   No, I do not believe so.

Q   What happened to that data?

A    I don't know whether this data is recorded as a whole.

Q    So if Nexo is not recording the LTV data, how can Nexo ensure that it is liquidating its customers above the LTV 83.3% threshold?

A    This data is very fluid, so it changes in the second, in like live.  So the liquidations that occur afterwards could easily reconstruct the LTV.

Q    So you are saying Mr. Cress' LTV liquidation rates could be easily reconstructed today?

A    Well, yes, the system records the liquidations, so the amounts that are being sold, amounts that are being repaid, so the same variables would create a ratio that is LTV.

Q    Has Nexo ever tried to reconstruct the liquidation rates, sorry, the LTVs of its customers?

MR. SHELTON:  Objection, vague.

A    I am not sure.  Would Nexo?

Q    Yes.

A    Would Nexo do what?

Q    Has Nexo ever attempted to reconstruct the LTV rates for its customers, post

liquidation?

A   I don't know if they do such an effort, I mean.

Q   So if Nexo has never done that, how can it ensure that it is liquidating customers at the proper LTV?

A   The level of my knowledge, the feed that is coming, it is near instant.  So it is a lot of data that is coming in, because it is every second it changes.  So yes, I don't know how you would record this.

Q   So are you saying it was impossible to record the LTV data of customer liquidations?

A   I don't know if it would be impossible.  I just think it is a lot of data all the time for a lot of people.  I can't speak to technically how this would work.

Q   The liquidation of Mr. Cress' assets, the liquidations occur at specific points in time?

A   I don't understand the question.  Could you ask it?

Q   Are you aware that there is a timestamp for Mr. Cress' liquidations?

A   Sure.

Q    And so would it be possible for Nexo to calculate the LTV at that timestamp?

A    Sure.

Q    And Nexo would have to calculate the LTV at a specific timestamp in order to verify that the liquidation was done properly, correct?

A    I am not sure whether this would produce the information, because there is a difference between a trigger and the moment when the assets are sold, at which point the transaction is being recorded.

Q    So the liquidation trigger can happen before the assets are sold?

A    The liquidation trigger always happens before the assets are sold.

Q    So the liquidation trigger has to be calculated, right?

A    Correct.

Q    And Nexo does not record the timestamp of the calculation upon the liquidation trigger, right?

A    Nexo does not calculate?  Could you clarify what this question means or maybe repeat?

Q    Does Nexo record the LTV ratio upon the liquidation trigger occurring?

calculations those are?

A    Calculations related to assets being liquidated, loan being repaid, and then what would be the resulting LTV of remaining assets versus remaining loan.

Q    Does Nexo try to target a resulting LTV for the customer upon liquidating?

A    Nexo is protecting the loan that is offered to the user, while in good faith liquidating as little amount as possible, using the 83.3% as a threshold.

Q    So each liquidation then should bring back the customer's threshold to 83.33% or right below?

A    Sure, but this does not happen in a vacuum.  Cryptocurrency markets can swing wild. So liquidation can happen.  LTV immediately after that could be lower, if the market rebounds immediately.  So there are different circumstances in like market conditions.

Q    So Nexo tries to liquidate as little of the customer collateral as possible?

A    To maintain this threshold.

Q    But Nexo takes a fee for the liquidations, right?

A   Correct.

Q   So if it is trying to liquidate as little of the customer collateral as possible, why is it taking a fee?

A   Well, this is part of the service, right?  It relates to the Crypto Credit Lines. The Crypto Credit Lines have terms and conditions. It requires the user to maintain a healthy LTV or an LTV below 83.3% in order to not suffer liquidations, and it is a user's responsibility to manage this.

Q   That was not my question.  My question is if Nexo was trying to liquidate as little of the customer's assets as possible, why is it taking a fee?

A   Well, because it is part of -- so liquidating is a transaction that is happening. The transaction itself, it is complex, and it is attached to the crypto credit Credit Lines, which is a complex product in itself.  So, in order to maintain this product, and to make sure that the loans that are being offered are being protected, they have to be liquidated in case the threshold is hit, and because of this reason there is a fee associated with it.

Q   So the fee is to protect who?

A   The fee is part of the service that Nexo offers, which is Crypto Credit Line.

Q   But Nexo is not liquidating the least amount of collateral as possible then, right?

MR. SHELTON:  Objection, misstates testimony.

A   Well, it does liquidate as little amount as possible, and the liquidated amount is net of a fee that is associated with this type of transaction, which comes as a result of a user not maintaining the liquidation threshold that he is aware of when using the program.

Q   Is the liquidation fee necessary?

MR. SHELTON:  Objection, vague.

A   I am not sure whether it is necessary but -- I don't know what that means.

Q   Is it necessary that Nexo needs to take a liquidation fee from its customer in order for the service to work?

A   Well, I guess it is not necessary for Nexo to take any fees, but then how would it work?  This is a business.

Q   So Nexo's profiting from the

liquidations of its customers, right?

A   Nexo is profiting across a variety of services that are being offered and are considered of value by Nexo's customers.

Q   Is liquidation a valuable service for Nexo's customers?

A   I wouldn't say it is a valuable service, but it is a fact that anyone using the services of Nexo is aware, and normal.

Q   Did Nexo tell Mr. Cress it would take a fee for his liquidations before it liquidated him?

A   I don't know how Nexo would -- Nexo's policy is to disclose fees.  Fees are referenced in the terms and conditions.  Mr. Cress has accepted the terms and conditions.  Everybody on the Nexo platform have accepted the terms and conditions related to the products, specifically the Credit Lines.

Q   Did the terms and conditions disclose the exact liquidation fee that Nexo would be taking from Mr. Cress?

A   I am not aware.

Q   So would a fee on liquidations mean that each liquidation -- would that lower the LTV,

if there was not a fee?

A   Could you reformulate the question?

Q   Sure.  So the fees that Nexo took from Mr. Cress' liquidations, right?

A   Yes.

Q   That is coming out of his collateral?

A   Correct.

Q   And so Nexo taking the fee lowers Mr. Cress' collateral value, right?

A   Correct.

Q   So it increases his LTV, right?

A   I don't know whether I see the logic here.  So it lowers the LTV?  It increases the LTV you said?

Q   Yes.

A   So it lowers the LTV, right, if liquidations are happening and the fee repaid? No?

Q   The fee coming out of Mr. Cress' collateral means there is less collateral value, right?

A   Okay.

Q   That would raise Mr. Cress' LTV, right?

MR. SHELTON:  Objection, vague.

A    I don't follow the logic.

Q    Do you understand what happens when Mr. Cress' collateral is liquidated?

A    Can you be more specific?

Q    The collateral that is liquidated is sold on an exchange, right?

A    Correct.

Q    And then it is no longer part of Mr. Cress' portfolio, right?

A    Correct.  It is being used to repay part of the loan.

Q    And part of it is being used as a liquidation fee that goes to Nexo, right?

A    Correct.

Q    So if Nexo is not taking a liquidation fee, Mr. Cress would have more collateral.  Right?

A    Would have less loan maybe?  No, would have -- I am finding.  Let's go over it again?

Q    Let's look at a specific transaction.

A    Sure.

Q    We will look at this June 21

transaction.

A   Right.

Q   I am on row 11.  This is a liquidation of Mr. Cress' assets made on the Kraken exchange, right?

A   Correct.

Q   The amount liquidated recorded is 12.006 BTC, right?

A   Mm hmm.

Q   But the amount sold on the exchange was 11.756403 BTC, right?

A   Correct.

Q   And the fee that Nexo took for that transaction is .2496 Bitcoin, right?

A   Correct.

Q   2% of the transaction value, right?

A   Yes.

Q   2.08%?

A   Mm hmm.

Q   So if Nexo doesn't take that .2496 liquidation fee, and it leaves it in Mr. Cress' account as collateral, Mr. Cress would have more collateral.  Right?

A   Would have more collateral when?  Where?  I mean so we have 12, right?  These assets

are going to be sold.  How can he have more collateral if the assets are being sold?  He would have more dollars, let's say, right?

Q   I am asking you about the liquidation fee.  That is not being sold, right?  The liquidation fee doesn't touch the exchange.  It goes directly to Nexo, correct?

A   As a fee.

Q   Right.

A   Correct.

Q   So, for example, if you calculate all the liquidation fees that Nexo takes from Mr. Cress, it would be about 6 Bitcoin.  Right?

MR. SHELTON:  Objection, calls for speculation.

A   If you would sum them, it would amount to something.  If you say it is more than six, then it could possibly be.

Q   So without the fee, Mr. Cress' loan would be reduced by more, right?

A   Correct.

Q   Because the entirety of the liquidation would then go to reducing the loan, right?

A   Correct.

Q    But instead some goes to Nexo's fee, right?

A    Correct.

Q    So, as a result, Mr. Cress' LTV is going to be higher than it would be without the fee after the liquidation.  Right?

A    Correct.

Q    Okay.  So Nexo's liquidation fee makes it more likely for future liquidations to occur.  Right?

A    I'm not sure if I agree with this.

Q    What don't you agree with?

A    I mean, it is one of these things where, let's say, these liquidations have happened, from then on anything can happen.  I mean the market could rebound, and then is it less likely in such market conditions that he is less -- he is more likely to be liquidated?  No, right?  Because the LTV will decrease further as the assets increase in value.  Then the assets they will decrease.  Then the risk of Mr. Cress being liquidated further increases.  So it would have to do with market conditions at the time of any given liquidation and afterwards.

Q    But you agree if more collateral is

OCTAVIAN DINCA                                          JOB NO. 2496604
MARCH 27, 2026                    CONFIDENTIAL

used to pay off Mr. Cress' loan, then he would have less of a chance of being liquidated in the future, because his LTV would be lower?

A    Well, that is an interpretation, but if Mr. Cress would take out more collateral from his account, his chance would increase. Similarly, if you deposit additional collateral into his account, his chance would decrease of getting liquidated. So like it is always a second -- we were discussing the second order of impact after a given liquidation, where it could depend on circumstances at that time, which we assume what would happen.

Q    So Nexo taking out more collateral from Mr. Cress' account increases his chance of further liquidation. Right?

A    Define Nexo taking out more collateral?

Q    A liquidation fee.

A    The liquidation fee?

Q    Right.

A    In the same way and logic that borrowing against crypto collateral increases the risk of liquidation. It is no less or no more, in my understanding.

Q   Okay.  But Nexo is not borrowing against Mr. Cress' collateral, is it?  It is taking a fee for selling his collateral?

A   Correct.  A fee for a service.

Q   And the fee makes it more likely that Mr. Cress is liquidated in the future because it gives him a higher ultimate LTV, right?

A   Mr. Cress' borrowing repeatedly on the Nexo platform across multiple transactions, OTC, and purchasing assets that have a variable price in a market as volatile as cryptocurrency increases the risk of liquidation, and that risk has been present from the first transaction that Mr. Cress performed.

Q   I didn't ask about that at all. I am asking specifically about the liquidation fee.  My question was the liquidation fee makes it more likely that Mr. Cress is liquidated in the future, as it provides him a higher ultimate LTV. Right?

A   That would have to depend on what the market would do afterwards.

Q   Okay.  So if the market continued going down, Mr. Cress would be liquidated sooner --

A   Correct.

Q   -- than if there was no fee?

A   Correct, that is if the market would go down further.

Q   Then, if the market goes up, Mr. Cress has less collateral because he paid a fee.  Right?

A   Correct, but would move away from liquidation.

Q   Okay.  So then how does the liquidation fee help Mr. Cress as a customer avoid further liquidations?

MR. SHELTON:  Objection, vague.

A   How would?  Could you reformulate the question?

Q   Does the liquidation fee Nexo take serve any purpose to help Mr. Cress avoid further liquidations?

MR. SHELTON:  Same objection.

A   I don't know whether it serves a purpose.

Q   The purpose is to generate revenue for Nexo, right?

A   The purpose of the fee?

Q   Right.

in column D.  It says "Liquidated for 12.006 BTC".
Right?

A    That is correct.

Q    But Mr. Cress was only liquidated on
the exchange for 11.756403 BTC as part of this
transaction, correct?

A    That is correct.

Q    And then Nexo took the rest of the
liquidation of the 12.006 BTC.  Nexo took .24960
BTC as the liquidation fee.  Right?

A    That is correct.

Q    And the sheet named "Sample exchange
report" shows the tab on this spreadsheet where
the transaction is mapped from.  Right?

A    Correct.

Q    And the liquidation fee as percent
shows the 2.08%.  Right?

A    That is correct.

Q    As far as this transaction goes,
previous transactions, there is a liquidation fee
of 2.5% for BTC.  Right?

A    Correct.

Q    There is one for 4.39% for BTC,
right?

A    Correct.

Q   Who decided what Mr. Cress' liquidation fees would be?

A   It was a preset logic incorporated in the computer system that handled liquidations at that time.

Q   Is it right to say that a lower liquidation would result in a higher fee, a lower liquidation amount will result in a higher fee?

A   It seems to be the case for the liquidation prior to this one.  It seems to be significantly smaller.

Q   So is your understanding that is how liquidations worked?

MR. SHELTON:  Objection, vague.

A   My understanding is that liquidations carry a fee.

Q   Let me rephrase.  Is it your understanding that a smaller liquidation amount would result in a higher liquidation fee?

MR. SHELTON:  Objection, vague.  You are referring to a specific transaction?

Q   I am referring to, for example, a comparison between transaction in row 10, where there is .012 BTC liquidation, compared to, for example, the 12.006 liquidation, 11, has a lower

BTC.  So this would be a 1200 percent difference in size, which carries an increased fee.  The previous transaction seems to have a different liquidation fee, around 2.48, very close to the previous ones that are 2.5, yes.

Q   My question is why does Nexo have lower liquidation fees for higher liquidation amounts?

MR. SHELTON:  Objection, misstates testimony.

A   It has to do with the logic that is preset in the system that is handling these liquidations.

Q   What is the rationale behind a liquidation fee, like, structured that way?

A   I wouldn't know what was the rationale at that time.

Q   Did Nexo tell Mr. Cress before it liquidated his assets that depending on the amount of liquidation the liquidation fee could be more or less?

MR. SHELTON:  Objection, misstates the document.

A   Nexo had a policy of disclosing fees.  I am not aware if specifically Nexo via

Hristiyan communicated to Mr. Cress on liquidations or whether this has been discussed between Mr. Hristov and Mr. Cress.

Q   Other than the conversations between Mr. Hristov and Mr. Cress, when did Nexo disclose a liquidation fee?  Let me rephrase.

When at any time did Nexo disclose a liquidation fee to Mr. Cress?

A   Fees are referenced in terms and conditions.  Terms and conditions apply to the products that Nexo offers that Mr. Cress used.

Q   That is where the liquidation fee is disclosed?

A   I don't know whether the liquidation fee was disclosed there, but there are fees that are referenced there.

Q   Was the liquidation fee disclosed to Mr. Cress as a percentage?

A   I don't know how specifically it was disclosed.

Q   Was it disclosed as a flat rate?

A   I do not know.

Q   Did Nexo disclose a liquidation fee on its website at any time before October 2021?

A   It is my understanding that the

assets, right?  So keeping your assets, I believe that Nexo in this instance acted in the best interests of the user, by liquidating assets that are stable and protecting the assets that the users want to have in their account.

Q   Did Nexo ever ask Mr. Cress for assets he would rather have liquidated first?

A   I am not aware of such conversation with Mr. Cress.

Q   How does Nexo know what assets he would rather keep, compared to liquidate?

MR. SHELTON:  Objection, vague.  Calls for speculation.

A   I do not know what assets Mr. Cress would like to have liquidated first.

Q   Nexo never gave Mr. Cress the option of choosing the order of liquidation, right?

A   This is an automated process that happens generally when the market is tense, and it is a timed process, so it is not a question of opening a conversation with the user at any given time, let alone with hundreds of thousands of users.

Q   So the answer is no, Nexo did not give Mr. Cress the choice of choosing which order

his assets would be liquidated?

MR. SHELTON:  Objection, asked and answered.

A    I answered the question.

Q    So?

A    I am not aware.

Q    Take a look at Exhibit 49.  This is the order Nexo chose to liquidate customer assets in May and June 2021?

A    Correct.

Q    Is the order -- I am assuming Nexo now offers more than 18 assets today?

A    I believe so.

Q    Does Nexo still liquidate Stablecoins before any other asset?

A    I believe so.

Q    So going through the list, one is Tether, right?

A    Yes.

Q    USDT?

A    Correct.

Q    And that is the Stablecoin with the greatest amount of liquidity at this time, right?

A    I believe so.

Q    And then the next is USD coin, USDC?

A    Yes.

Q    At this time that is the Stablecoin with the second most amount of liquidity?

A    I believe so.

Q    And then going down the list, Paxos, Standard HUSD, Dai, True USD are all Stablecoins?

A    Yes.

Q    So six Stablecoins at the top of the liquidation list, right?

A    Mm hmm.

Q    And then the Nexo Token is at the very bottom, right?

A    Correct.

Q    Why is that?

A    Well, Nexo Token is a utility token. Generally, users would come in and would want to get the utility behind the Nexo Token.  So Nexo Token, with respect to loans, for example, it can reduce the interest rate significantly.  And maybe part of the reason is that Nexo wanted its users to enjoy the benefits that they wanted to maintain for the longest period of time.

Q    So Nexo wanted its customers to hold the Nexo Token longer than any other token. Right?

A    That is not what I am saying.

Q    You said "maybe part of the reason is that Nexo wanted its users to enjoy the benefits that they wanted to maintain for the longest period of time."

A    The benefits the users themselves wanted to enjoy when they purchase the Nexo Token, to be held in their account and enjoy benefits across the products within the Nexo ecosystem.

Q    Mr. Cress was not permitted to pay back his loan principal with Nexo Token, right?

A    Correct.

Q    Did Nexo tell him that prior to him entering his loans?

A    I believe so.

Q    Where did Nexo tell him that?

A    Well, I believe there were help desk tools that explain the operation of the Nexo platform, the different services, how they work, and the loyalty program and variety of functions that could be accessed on the Nexo platform.

Q    If Nexo liquidated all of Mr. Cress' assets, the Stablecoins, the Bitcoin and the ether, and his LTV remained above the 83.33% threshold, would Nexo have also liquidated his

Nexo Tokens?

A   Yes.

Q   But he was not permitted to manually pay back the principal on balance with the Nexo Tokens.  They could only be paid back through forced liquidation?

A   Correct.

Q   Why does Nexo have that policy, in June 2021?

A   I cannot answer that.

Q   If we go back to the spreadsheet now, Nexo-0369411, take a look, for example, at row 35.  Do you see a database amount of 9.008 BTC liquidated?

A   I do.

Q   And then there is a liquidation fee of .5%?

A   Mm hmm.

Q   This is a manual repayment of Mr. Cress' loan, right?

A   Correct.

Q   So Mr. Cress is paying a lower fee to Nexo for manual repayments, right?

A   Correct.

Q   Did Nexo tell Mr. Cress that he

would be paying a .5% fee for his Bitcoin repayments prior to him entering his loans?

A    I am not aware that Nexo and Mr. Cress engaged over the topic of manual liquidation to his credit line.

Q    Okay.  Did Nexo inform its customers generally that a .5% liquidation fee would be applied to manual repayments, in 2021?

A    I don't recall whether Nexo -- what was the question again?

Q    This is about topic 4 (18), Nexo's liquidation policies and plaintiff's specific liquidations.  You are the corporate representative on that topic, right?

A    Mm hmm.

Q    The question was did Nexo inform its customers generally that a .5% liquidation fee would be applied to manual repayments in 2021?

A    Nexo informed its users generally about fees related to using Nexo's products.

Q    Did Nexo inform its customers about a specific .5% Bitcoin liquidation fee --

A    I am not aware that Nexo informed specifically its customers about a .5% fee related to manual liquidations.

program.

Q   Did Nexo charge a liquidation fee for customers that entered a Portfolio Booster or Liquidation Relief Program?

MR. SHELTON:  Objection, compound.

Q   Let me ask one by one.  Did Nexo charge a liquidation fee for customers that used the Portfolio Booster?

A   The Portfolio Booster requires some credit.  How is the liquidation -- I am sorry. How is the liquidation related to the Portfolio Booster?

Q   Asking if a customer who has used the Portfolio Booster is charged a liquidation fee upon liquidation?

A   A customer that would use the Portfolio Booster, that would at some point after using the Portfolio Booster would suffer liquidations, were they charged a liquidation fee?

Q   Right?

A   Correct, they would be charged a liquidation fee.

Q   Would it be the same fee Mr. Cress was charged?

A   I believe so.

Q   And a customer using the Liquidation Relief Program, that would be later liquidated, may also be charged the same liquidation fee that Mr. Cress was charged?

A   Correct.

MR. AMBROSE:  Let's take a break and go off the record.

THE VIDEOGRAPHER:  Going off the reported at 7:57.

(A short break)

THE VIDEOGRAPHER:  Beginning media nine. Deposition of Octavian Dinca.  Back on record at 8:02.

(Exhibit 60 marked for identification.)

MR. AMBROSE:  I am going to introduce Exhibit 60, Nexo-0369412.  It's a spreadsheet.

A   Yes.

Q   You have seen the spreadsheet before?

A   I did.

Q   This is a summary of Mr. Cress' OTC transactions with Nexo?

A   That is correct.

Q   Does this contain all of Mr. Cress' OTC transactions with Nexo?