EXHIBIT B

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH
Date: April 1, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

## Antoni Antoniev Trenchev

## Confidential

Reported by:
GEORGIA GOULD



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

CONFIDENTIAL
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO: 3:23-CV-00882-TSH

- - - - - - - - - - - - - - - - - - -

IN THE MATTER OF:

JOHN CRESS,

                              Plaintiff,

NEXO CAPITAL INC.

                              Defendant.

- - - - - - - - - - - - - - - - - - -

DEPOSITION OF: ANTONI ANTONIEV TRENCHEV

VOLUME I

Wednesday, April 1, 2026

AT:  1:04 p.m.

Taken at:

Baker & McKenzie LLP
280 Bishopsgate
London
EC2M 4AG
United Kingdom

Court Reporter:

GEORGIA GOULD
Accredited Real-time Reporter

fair?

A. Clear.

Q. If you don't understand any part of my question, please feel free to ask me for clarification, otherwise I will assume that you know what my question is. Is that fair?

A. Fair.

Q. Is there any reason you can't provide full and accurate testimony today?

A. No.

Q. Are you currently a -- an officer of Nexo Capital Inc.?

A. I am.

Q. What is your position?

A. I am a director of the company.

Q. Are you a CEO as well?

A. No.

Q. Have you been the CEO of Nexo Capital Inc. at times?

A. I have not.

Q. Do you know who the CEO of Nexo Capital Inc. is?

A. We don't have such titles. The titles we use are different.

Q. Would your role as director include many of

the functions that would typically be understood to fall to a CEO?

A.    Not necessarily.

Q.    Who would have those roles?

A.    Across the country, if it is the executive chairman, I am a managing partner.

Q.    And what is the difference between Mr. Kanchev's role as the executive chairman and your role as a managing partner?

A.    Well, his position would tend to be a little bit higher than mine.

Q.    So is -- would it be fair to say that you report to Mr. Kanchev?

A.    "Report" might be a harsh -- not harsh, but a bit more than what it is.  We tend to -- we both are directors and we tend to consult each other, with each other, and look for consensus and I tend to like to think we usually reach one.

Q.    And in the rare case that you don't would the final decision be Mr. Kanchev's call?

A.    That's fair to say.

Q.    Have you had the same position as a managing director since the founding of Nexo Capital Inc.?

A.    Yes.

Q.    What did you do to prepare for today's

deposition?

A.   I have been at the Baker McKenzie offices yesterday and today and we had prep sessions.

Q.   Other than those two meetings with attorneys from Baker McKenzie, did you do anything else to prepare for today?

A.   Not really, no.

Q.   Did you speak to any Nexo employees to prepare for today?

A.   I spoke to two people from the company, to confirm the accuracy of some of the documents that are part of the discovery process.

Q.   Do you recall which documents those were?

A.   There was a bunch of documents.  It was -- one I particularly recall, it is a spreadsheet that lists various different other documents, when they were created and who the creator of that document is. I believe all those documents are Google Drive documents, so there is good data on that.

Q.   Okay.  Could we introduce exhibit 100 -- Ian, do you have a copy of --?

MR. SHELTON:  I do.  I have extra copies. you might want give this to the court reporter so she can mark it.

A.   Thank you.