# Exhibit E

# Exhibit E

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH
Date: March 27, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

# OCTAVIAN DINCA

# CONFIDENTIAL



Reported by:
AILSA WILLIAMS

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO: 3:23-CV-00882-TSH

------------------------------------

JOHN CRESS,

Plaintiff,

v.

NEXO CAPITAL INC.,

Defendant.

------------------------------------

Deposition of OCTAVIAN DINCA, taken by AILSA WILLIAMS, Certified Court Reporter, held at the offices of Baker & McKenzie LLP, 280 Bishopsgate, London, EC2M 4AG, United Kingdom, on 27 March, 2026 at 8:30 a.m

OCTAVIAN DINCA
MARCH 27, 2026                          CONFIDENTIAL                          JOB NO. 2496604

                    A P P E A R A N C E S:

  Attorneys for the Plaintiff:

            TAYLOR-COPELAND LAW

            501 W. Broadway, Suite 800

            San Diego, CA 92101

            BY: MAX AMBROSE and (remotely) JAMES
  TAYLOR-COPELAND

            Tel (619) 734-8770

            Maxambrose@taylorcopelandlaw.com

  Attorneys for the Defendant:

            BAKER & McKENZIE LLP

            830 Brickell Plaza, Suite 3100

            Miami, Florida 33131

            BY: IAN S. SHELTON and ADRIENNE HARREVELD

            Tel (305) 789-8948

            Ianshelton@bakermckenzie.com.

            Adrienne.harreveld@bakermckenzie.com

  ALSO PRESENT:

  GEORGI ZAPORSKI: Nexo Legal

  ROSEN KOSTOV: Nexo Legal

  BIANCA VELEVA: Nexo Legal

  COURT REPORTER:  AILSA WILLIAMS

  VIDEOGRAPHER: SIMON RUTSON

OCTAVIAN DINCA
MARCH 27, 2026
CONFIDENTIAL
JOB NO. 2496604

compound.  Could you break it up?

Q   Yes.  In your time as a relationship manager at Nexo, did you ever interact with Mr. Antoni Trenchev?

A   Can you define "interact"?

Q   Did you have any communication with him at all?

A   We have met, shook hands, but I don't recall exactly in that period, but it could have been like a work function or like an overall team gathering, but yes.

Q   Did you ever work with him on any VIP -- Mr. Trenchev on any VIP related tasks?

A   No, I did not.

Q   Did you ever work with Mr. Kantchev on any VIP related tasks?

A   No.

Q   Did you ever work with Mr. Metodiev on any VIP related tasks?

A   No.

Q   You are aware who Kalin Metodiev is? I don't know if I am saying his name correctly.

A   Yes.

Q   Do you know who he is?

A   I know.

themselves about Mr. Cress' Nexo Token purchases?

Q   Yes.

A   No, because I would not have any ability to know about such discussions if it is only between them.

Q   Did you speak to them in order to prepare for today's deposition?

A   To whom?

Q   Mr. Trenchev?

A   No, I did not.

Q   Did you speak to Mr. Kantchev to prepare for today's deposition?

A   I did not.

Q   Did you speak to Mr. Metodiev to prepare for today's deposition?

A   No.

Q   Did Nexo do anything to determine whether there was enough liquidity to source Mr. Cress' Nexo Token purchases from the open market?

MR. SHELTON:  Objection, asked and answered.

A   I believe I answered, yes.

Q   The answer was no, Nexo didn't?

MR. SHELTON:  Same objection.