# Exhibit F

# Exhibit F

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH

Date: March 25, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

## EDOARD TONKOV, 30(b)(6) - CONFIDENTIAL

Reported by:
AILSA WILLIAMS



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO: 3:23-CV-00882-TSH

------------------------------------

JOHN CRESS,

Plaintiff,

v.

NEXO CAPITAL INC.,

Defendant.

------------------------------------

Deposition of EDOARD TONKOV, 30(b)(6)

taken by AILSA WILLIAMS, Certified Court Reporter,

held at the offices of Baker & McKenzie LLP, 280

Bishopsgate, London, EC2M 4AG, United Kingdom, on

25 March, 2026 at 9:00 a.m

A P P E A R A N C E S:

Attorneys for the Plaintiff:

   TAYLOR-COPELAND LAW

   501 W. Broadway, Suite 800

   San Diego, CA 92101

   BY: MAX AMBROSE and (remotely) JAMES
TAYLOR-COPELAND

   Tel (619) 734-8770

   Maxambrose@taylorcopelandlaw.com

Attorneys for the Defendant:

   BAKER & McKENZIE LLP

   830 Brickell Plaza, Suite 3100

   Miami, Florida 33131

   BY: MATTHEW RAWLINSON, IAN SHELTON,
ADRIENNE HARREVELD and (remotely) KIRSTEN DOOLEY

   Tel (305) 789-8948

   Mrawlinson@bakermckenzie.com

   Adrienne.harreveld@bakermckenzie.com

ALSO PRESENT:

JOHN CRESS (remotely): Plaintiff

GEORGI ZAPORSKI: Nexo Legal

ROSEN KOSTOV: Nexo Legal

BIANCA VELEVA: Nexo Legal

COURT REPORTER:  AILSA WILLIAMS

VIDEOGRAPHER: SIMON RUTSON

limitation.

Q   What kind of technical limitation?

A    Probably -- I am trying to remember. I don't know.  I don't know exactly.  I don't want to speculate.

Q   Did you access these Trello cards?

A   I don't remember.

Q   Do you know what was in them?

A   I don't remember.

Q   I would like to introduce Exhibit 39.

Exhibit 39 marked for identification.)

This is Nexo-0029173.  At the top is a message from Hristiyan Hristov, hristiyan@nexo.io, sent 18 August, 2020, to Tsvetan Videlov, CC'd is bizdev.replies@nexo.io.  Subject: "forward: Liquidation relief program - 14.08.2020."

Below that is a forwarded message from Hristiyan Hristov, hristiyan@nexo.io, dated Friday August 14, 2020, at 9:57 p.m. EEST.  Subject: "Liquidation relief program - 14.08.2020" to Nexo Accounting, accounting@nexo.io.  CC:  Kalin Metodiev, kalin@nexo.io and Edoard Tonkov, Edward@nexo.io.  Is this an email that you received on August 14, 2020?

A    That is my email, yes.

Q    And here is a chart.  It has at the top "ETH".  Then it says "11.92, $426.05, $468.76".  Then it says "SOR Binance".  What is SOR Binance?

A    Binance is the exchange, but SOR, I don't remember that.

Q    Then it says:  "Link:  2788.15, $16.58, $18.07", and then "Kosta's Inventory".  What does it mean here, "Kosta's Inventory"?

MR. RAWLINSON:  Objection, form.

A    I don't know.  I am not sending this email.

Q    Is this a sale of Link to a Nexo customer from Mr. Kosta Kantchev's inventory?

MR. RAWLINSON:  Objection, form.

A    I don't want to make assumptions, so I don't know.

Q    Then it says:  "Link:  2495.85, $16.58, $18.07", and then it says "From Inventory".  Is that a sale from Nexo's inventory?

MR. RAWLINSON:  Objection, form.

A    Once again I need to speculate, so I don't know what is reported, what is the meaning of that column.

Q   Were you ever aware of a time that Mr. Kantchev sold tokens to a Nexo customer from his own inventory?

MR. RAWLINSON:  Objection, form.  Asked and answered.

Q   Are you aware?

A   No, I was not aware.

Q   Are you aware of a time that Mr. Kosta Kantchev ever sold Nexo Tokens from his inventory to a Nexo customer?

MR. RAWLINSON:  Objection, form.  Asked and answered.

A   No.

Q   Did you say "no"?

A   No.

MR. AMBROSE:  Can we take a break here and go off the record.

THE VIDEOGRAPHER:  Going off the record at 4:40.

(A short break)

THE VIDEOGRAPHER:  Beginning media six. Back on the record, 4:56.

(Exhibit 40 marked for identification.)

MR. AMBROSE:  I would like to introduce Exhibit 40, labeled Nexo-0035309, an email from

MR. RAWLINSON:  Objection, form.

A   I don't know.  I can read what he is saying.

Q   What is your understanding of what he is saying?

A   Yes.

Q   Do you understand what he is saying?

A   Yes.

Q   What is your understanding of what he is saying?

A   Do you have --

Q   Translation?

A   Translation.

Q   We do not have that.

A   Okay.

Q   Are you able to describe in English what your understanding of what he is saying is?

A   I don't want to misinterpret his words, so I would rather, you know, see if there is some kind of translation behind it.  I mean I don't want to speak --

Q   Okay.  I would like to introduce Exhibit 44.

(Exhibit 44 marked for identification)

This is Nexo-0248460, an email from

Kosta, kosta@nexo.io, on 21 January 2021, to Hristiyan Hristov, CC:  Kalin Metodiev, Vasil Petrov, Katerina Harizanova, ops@nexo.io, Nexo Accounting, Alexander Rakshiev.  Subject:  "Retail OTC, the Caen Group LLC."  You had access to a nexo@io email address at this time in January 2021, right?

A   Yes.

Q   Do you remember an OTC deal with the Caen Group LLC around January 20, 2021?

A   I don't recollect that.

Q   Kosta Kantchev is part of this OTC transaction email, right?

A   Yes.

Q   And part of this deal is Nexo selling Nexo Tokens as part of an OTC deal, right?

A   It looks to me, yes.

Q   Are you aware the Caen Group LLC is a US entity purchasing Nexo Tokens from Nexo?

A   No.

MR. RAWLINSON:  Objection, form.

Q   Do you know why Mr. Kantchev is involved in an OTC purchase of Nexo Tokens to a US purchaser?

MR. RAWLINSON:  Objection, form.  Calls

EDOARD TONKOV, 30(B)(6) - CONFIDENTIAL
MARCH 25, 2026

JOB NO. 2496603

for speculation.

A    I don't know.

Q    I would like to refer back to what I believe is Exhibit 41, which was Nexo-0248334.

A    Where?

Q    I believe it is previous Exhibit 41. Can you also look again at exhibit -- sorry. Before we look at 41, can we look at Exhibit 43 one more time.

A    Sure.

Q    That was labeled Nexo-0248450.  Is that the one you are looking at?

A    Yes.

Q    On February 9, 2021, Mr. Kantchev writes at 8:15 p.m. an email.  Is that in Bulgarian?

A    Where are we looking at?

Q    The very bottom of the page.

A    Yes.

Q    Is that in Bulgarian?

A    Yes.

Q    You speak Bulgarian, right?

A    Yes, that is correct.

Q    So what is your understanding of what that means?