# EXHIBIT B



## VI.    Plaintiff's Responses to Nexo's Interrogatories Nos. 19–24

While most if not all of Plaintiff's RFP Set 7 described above and Court-Ordered RFPs are relevant to Nexo's Interrogatories Nos 19-24, Plaintiff will supplement his responses to Nexo's Interrogatories Nos. 19, 20, 21, 23, and 24 by **May 26, 2026**. Plaintiff's agreement to do so is done only to avoid burdening the Court with baseless and meritless motions regarding contention

interrogatories that require or required additional information from Nexo, that Plaintiff has already agreed to answer once he has obtained the relevant discovery sought from Nexo.



Best regards,


*/s/Max Ambrose*

Max Ambrose
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW, P.C.
501 W. Broadway, Suite 800
San Diego, CA 92101