EXHIBIT C

CONFIDENTIAL

MR. TAYLOR-COPELAND:  Same -- Same objection.

THE WITNESS:  Yeah.

MR. RAWLINSON:  I get to know who his lawyers are in this case.

MR. TAYLOR-COPELAND:  He just told you.

THE WITNESS:  He's my lawyer, and Max over there.

Q.   BY MR. RAWLINSON:  I understand.  At one point, was Mr. Blum your attorney in this matter?

MR. TAYLOR-COPELAND:  So I'm going to object, and that calls for a legal conclusion.

I think you can answer yes or no, whether Mr. Blum has provided you legal advice related to this matter.

THE WITNESS:  Mr. Blum never worked on this matter, but he -- you know, he -- he knew about it and like helped me, but he -- he never -- he never worked on this matter.

MR. TAYLOR-COPELAND:  So --

THE WITNESS:  Huh?  Yes or no, you said?

MR. TAYLOR-COPELAND:  Yes or no.

THE WITNESS:  I don't want to say the wrong -- I don't want -- I don't know which one's a lie or the truth.

Page 137

CONFIDENTIAL

read the document --

MR. RAWLINSON:  Sir --

MR. TAYLOR-COPELAND:  -- he'll take time on the record to read it.  The same thing your witnesses did.  John --

THE WITNESS:  I'm just saying.

MR. TAYLOR-COPELAND:  John, please.

Q.  BY MR. RAWLINSON:  We're not going to throw documents at each other.  I've handed you --

A.  Well, you threw it at me.

Q.  No, sir.  I handed you Exhibit 152.

A.  Okay.

Q.  It's on the record it's in front of you.

A.  Okay.

Q.  And we're going to ask you questions about it.

A.  Okay.

Q.  Are you going to throw anything else at me?

A.  Only what you throw at me.  Are you going to throw anything at me?

Q.  I have handed you documents, sir.

A.  Okay.

Q.  And I've treated you with nothing but respect today, and I would request the same from you.

Am I going to get that?

Page 147

CONFIDENTIAL

THE WITNESS:  I don't want to.  But, I mean, we can use up some time on this.  That's fine.

So they completely ignored me from about -- When I first started to ask how I can protect my assets, I think that was like May 20 -- around between May 26 and May 29th.  I'm going to go with May 29th, but I'm just guessing now.  I want to -- I want to answer your question.

MR. RAWLINSON:  That'd be great.

THE WITNESS:  And so from May 29th to June 11th, that's 19 days, and I'm begging for help. I'm begging for help for their -- I mean, can you imagine this?  Can you imagine:  You got millions of dollars on the line, and you have a VIP relationship manager and the whole company just ignores you? That's sickening.

Okay?  So my understanding of the liquidation relief program started to change.  It started to change in my head, that, you know, I don't -- I don't think it's real.  Okay?

And so on June 22nd, I'm just -- I'm just -- I'm just making a formality here.  That's the day, that's the exact day I got liquidated.  So I'm just saying, "Hey, by the way, what about this liquidation relief program?"  I mean, that sentence, I don't even

Page 202

CONFIDENTIAL

another printout from Nexo's website.

(Exhibit 7 previously marked.)

Q.   BY MR. RAWLINSON:   Can you read it?

A.   No.

Q.   Have you ever seen it before?

A.   Can't read it.

Q.   Okay.  You've seen the chart, though, before; right?

A.   I see that has the tiers.

Q.   Okay.

A.   But I can't read the -- I can barely see.

Q.   Do you have glasses?

A.    I got Lasik surgery like in the 2011, I want to say.  I haven't used glasses since then.  The doctor gave me some readers that I've been in denial that I need, because I don't usually need them; but I also don't usually read things this small.  So I don't know, I might end up getting glasses.

Q.   All right.  Let me ask you this:  If this says:  "Under our zero fees policy, you can make unlimited free-of-charge fiat withdraws, crypto and fiat transfers into your Nexo Wallet and credit line withdraw.  Nexo does not charge any credit line, origination, Forex, and exchange fees."

Is that true or untrue?

Page 321