# Exhibit D

# Exhibit D

 Outlook

## Re: Cause No. 3:23-CV-00882-TSH; Cress v. Nexo - Defendant's Correspondence

**From** Max Ambrose <maxambrose@taylorcopelandlaw.com>

**Date** Tue 4/7/2026 1:10 PM

**To**  Shelton, Ian <Ian.Shelton@bakermckenzie.com>

**Cc**  Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; James Taylor-Copeland <james@taylorcopelandlaw.com>; Harris, Jessica <Jessica.Harris@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>

9:30 am PT/ 11:30am CT tomorrow morning works. James will be traveling tomorrow so I'll be handling the meet and confer.

On Tue, Apr 7, 2026 at 12:58 PM Shelton, Ian <Ian.Shelton@bakermckenzie.com> wrote:

My preference is the morning.  Would 930a PT / 1130a CT work for folks?

**Ian Shelton**

Partner, Litigation

Baker & McKenzie LLP

800 Capitol, Suite 2100

Houston, Texas 77002

United States

Dir: +1 713 427 5029

Tel: +1 713 427 5000

ian.shelton@bakermckenzie.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Sent:** Tuesday, April 7, 2026 2:25:10 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Harris, Jessica <Jessica.Harris@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** RE: Cause No. 3:23-CV-00882-TSH; Cress v. Nexo - Defendant's Correspondence

James, do you mean 230 PT or CT? I can try to set up a call. Alternatively, are you available in the morning?

**Matthew Rawlinson**

Partner, Litigation

Baker & McKenzie LLP

800 Capitol, Suite 2100

Houston, Texas 77002

United States

Tel: +1 713 427 5000

Dir: +1 713 427 5067

matthew.rawlinson@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X | vcard

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Monday, April 6, 2026 4:20 PM
**To:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Harris, Jessica <Jessica.Harris@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** [EXTERNAL] Re: Cause No. 3:23-CV-00882-TSH; Cress v. Nexo - Defendant's Correspondence


Hi Matthew,

We're available after 2:30 tomorrow to discuss.


Thanks


James

---

**From:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Date:** Monday, April 6, 2026 at 9:32 AM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>, Harris, Jessica <Jessica.Harris@bakermckenzie.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>

**Cc:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>, Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>, Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>, Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** RE: Cause No. 3:23-CV-00882-TSH; Cress v. Nexo - Defendant's Correspondence

James,


I hope you had safe travels home. I am following up on below. Do you intend to provide a written response and/or can we schedule a call for tomorrow to discuss?


**Matthew Rawlinson**

Partner, Litigation

Baker & McKenzie LLP

800 Capitol, Suite 2100

Houston, Texas 77002

United States

Tel: +1 713 427 5000

Dir: +1 713 427 5067

matthew.rawlinson@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X | vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Sunday, March 29, 2026 2:20 PM
**To:** Harris, Jessica <Jessica.Harris@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>;

Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** [EXTERNAL] Re: Cause No. 3:23-CV-00882-TSH; Cress v. Nexo - Defendant's Correspondence


Hi Ian,

Given the ongoing depositions and associated travel, we will not be able to provide you with a written response to this letter by March 31, but we can make ourselves available to meet and confer with you on that date. Does 4pm GMT work for you?


Thanks


James

---

**From:** Harris, Jessica <Jessica.Harris@bakermckenzie.com>
**Date:** Friday, March 27, 2026 at 2:06 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>, Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>, Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>, Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>, Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>, Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** Cause No. 3:23-CV-00882-TSH; Cress v. Nexo - Defendant's Correspondence

Dear Counsel:


On behalf of Ian Shelton, please see attached correspondence.


Thank you,

Jessica


# Jessica Harris

Secretary, Litigation

**Baker & McKenzie LLP**
800 Capitol Street, Suite 2100
Houston, Texas 77002

United States
Direct: 713 236 5141

Main:  713 427 5000
Fax: 713 427 5099
jessica.harris@bakermckenzie.com



bakermckenzie.com  |  Facebook  |  LinkedIn  |  Twitter

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

--

Taylor-Copeland Law

maxambrose@taylorcopelandlaw.com

501 W. Broadway Suite 800

San Diego, CA 92101

Phone: (602) 570-2656

www.taylorcopelandlaw.com