# Exhibit F

# Exhibit F

**CV**

Sent an attachment
Filename: CL.loc.vcf
URL: https://p48-content.icloud.com/MA76CBB518626BCFE282626E3752E615D3BBB6704064D28F8E6E5815930E903BD.C01USN00
Path: ~/Library/SMS/Attachments/da/10/83128CBF-8CDF-455D-BA23-101EF4E0DDD0/CL.loc.vcf
Size: 215 bytes
Type: text/x-vlocation
02:41:46 am

2021/01/17

Cat Veley

**CV**

Sent an attachment
Filename: IMG_9472.mov
URL: https://p24-content.icloud.com/MA76CBB518626BCFE282626E3752E615D3BBB6704064D28F8E6E5815930E903BD.C01USN00
Path: ~/Library/SMS/Attachments/fa/10/DE8AB981-4F4E-46E3-A6D5-4EAF0BB009FD/IMG_9472.mov
Size: 1 MB
Type: video/quicktime
08:34:56 pm

_$!<Other>!$_

Funny
08:39:10 pm

2021/08/02

Cat Veley

When you come to get me can we go to Joe's tacos plsss
02:15:09 am

**CV**

Ill pay
02:15:14 am

_$!<Other>!$_

Ok
02:15:38 am

CRESS-00000706

When am I getting you?  Now?
02:42:06 am

Cat Veley

Yea sure if that works
02:44:37 am

1 Myrtle Drive mill valley
03:13:36 am

_$!<Other>!$_

Ok
03:16:38 am

Cat Veley

Thank youuuu
03:17:38 am

_$!<Other>!$_

I'm here and I'm interested in any tips on suing Elon Musk
03:55:34 am

Cat Veley

Ok ill ask rn
03:55:50 am

Why are u suing him
03:56:00 am

_$!<Other>!$_

Bitcoin Market manipulation leading to a $20 million liquidation sale of bitcoin
03:56:54 am

CONFIDENTIAL

CRESS-00000707

9). Market manipulation.   There was market manipulation.  "They" were driving the price down to "shake out the weak hands".  (I've never been a weak hand with bitcoin and my sales were forced).   I read that "they" are going to "shake the tree" one more time in July.   It's a real thing.   All articles about Elon Musk manipulating the bitcoin price say he's not liable because bitcoin is not regulated by the SEC.   However, the Nexo token IS regulated by the SEC (because it paid an annual dividend from company profits) and the token moves hand in hand with bitcoin.   The tweets and price manipulation from Musk had a direct adverse effect on Nexo which led to my liquidation sales.  Not sure if someone wants to sue Elon Musk, but there could be a legal fund-raising website (my friend is the founder of HackerNoon and would be an expert at spreading the news and it could do well since so many people do not like Elon Musk).   There could be a class for anyone liquidated on Nexo at my same price points.   We don't have to mention an SEC investigation, but could mention that while he's not liable for bitcoin price manipulation, he's culpable and potentially liable for Nexo.  This person mentioned in one of the articles I read could be helpful and it could be helpful to simply divulge his name as part of the team:

03:57:05 am

https://www.linklaters.com/en-us/find-a-lawyer/doug-davison





03:57:11 am

CONFIDENTIAL

CRESS-00000708



**Cat Veley**

He's a personal injury lawyer
03:58:10 am

_$!<Other>!$_

I know
03:58:27 am

**Cat Veley**

Ok ill ask
03:58:39 am

_$!<Other>!$_

I'm just brainstorming that's all
03:58:50 am

Devising ideas with people who think alike
03:59:04 am

**Cat Veley**

Bill veen
03:59:47 am

4157221342
03:59:58 am

4156734800 -office number
04:00:13 am

Said to call him
04:00:18 am

_$!<Other>!$_

Oh ok cool - thanks!
04:00:37 am

CONFIDENTIAL

CRESS-00000709



I lost a lot of money so I just want to tell my situation to anyone who will listen
04:01:29 am

2021/08/04

_$!<Other>!$_

Hi, are you coming back tonight or tomorrow?
11:45:48 pm

Cat Veley

Tonight
11:45:55 pm

On our way back right now
11:46:03 pm

_$!<Other>!$_

Oh ok.  Is your grandmas birthday cake today or tomorrow?
11:46:39 pm

Cat Veley

We had dessert at lunch so maybe no dessert tonight
11:47:07 pm

Be back by 6
11:47:12 pm

_$!<Other>!$_

Ok
11:47:27 pm

2021/08/05

_$!<Other>!$_

I will beat you there in a race by 15 minutes
12:03:34 am

CONFIDENTIAL                    CRESS-00000710