# Exhibit H

# Exhibit H

CONFIDENTIAL

**[83.3 - added]**

**83.3** 268:4 357:20
**83.33** 114:5,20 115:4,14 306:6 358:10,19
**83.33.** 115:12
**830** 3:16
**8841** 1:25 2:4 11:23 364:3,25
**8900** 326:10,14

**9**

**9** 174:2 264:18 276:16 307:17
**90** 4:24 303:6 305:15 306:1
**90067** 3:5
**92101** 2:13
**94** 5:5
**94109** 12:15
**96** 324:12
**996** 324:16

**a**

**a.m.** 2:4 10:3 60:4,9
**abid** 134:12
**ability** 286:12
**able** 25:24 184:9 185:5 186:1 240:10
**above** 78:8 168:10 223:8 252:23 253:3 367:6

**absolutely** 130:15 172:17 176:2 252:18 252:20 275:12 305:24 335:1 338:13 343:13
**academically** 98:16
**accept** 59:2,15 106:25 268:10
**acceptance** 154:3
**access** 142:2 174:17,20 176:4 270:9 296:17 297:6 327:12 328:7
**accompany** 315:9
**accomplished** 170:14
**account** 4:23 21:7 25:21 41:21,22 42:4 42:9,17,19,20 90:1,11,14 91:12,21 92:5 92:11,19 93:18 95:24 98:2 107:3,14 120:8 121:18 122:9 122:25 123:11 124:20,23 125:4 181:20

269:25 272:17 274:11 294:11 304:14 306:5 328:7 353:25 354:11
**accounts** 41:20 42:19 43:5 47:8,12 302:25 303:2,11,13,15 303:15,20
**accreditation** 14:8
**accredited** 35:4 35:9,16,23 36:1,16 37:19 38:2,6 93:7 94:8 125:9 218:23 219:4,8 220:19 221:8 222:9 277:10 279:23
**accruing** 111:24 112:18 235:16
**accuracy** 367:9
**accurate** 26:17 169:4 247:6 299:19 357:14
**accurately** 349:1
**ace** 50:16 51:3 51:13,15,20 55:4,9 56:1,2 56:25 57:22

58:23 298:12 299:2,16 301:7 305:4 306:24 359:22 360:3
**ace's** 51:10 55:20 298:19
**achieve** 280:18
**achieved** 178:20
**acknowledg...** 367:12
**acquire** 26:15 41:17
**acquired** 18:13 41:18
**action** 10:23 361:17 364:19
**actor** 52:5
**acts** 347:20,23 348:4
**actual** 151:1 201:2,3 252:2 334:15
**actually** 64:25 119:10 144:5 247:20 284:2 284:22 286:10 292:24
**add** 105:25 106:2 247:16 337:8,12
**added** 208:20 234:17

CONFIDENTIAL

## [additional - amount]

additional
  87:24 117:4
  194:10 196:3,9
  198:6 234:20
  264:22 322:24
additionally
  277:6
address   12:13
adheres   322:23
adjourned
  363:14
administer
  11:18
administration
  260:24
adrienne   3:15
  11:13
adrienne.harr...
  3:19
advance   267:4
  268:9
advantage
  88:24
advantageous
  354:11
advertised
  351:22
advice   137:14
advise   38:12
  40:19,24
advised   40:23
adviser   41:5
advisory
  161:12,21

162:3
affiliations
  11:3
afraid   54:7,10
  54:12 320:24
agencies
  220:12
ago   25:3,4
  52:25 53:22
  59:1 118:23
  120:19 312:12
agree   10:10
  29:16 61:20
  79:1 85:12
  91:24 93:22
  107:3 127:3
  143:6 150:25
  154:5,11
  157:14 159:2
  161:10 162:12
  164:16,20
  175:19 187:18
  255:15 257:10
  348:15,19
  355:15 360:14
  362:16
agreed   93:23
  94:5 98:18
  118:13 160:23
  162:2,9 163:13
  164:7
agreeing   93:2
agreement   5:20
  12:25 97:6

98:15,18 99:4
  104:7 105:7
  107:21,22
  115:14 127:19
  128:5,22 131:2
  133:11 135:24
  136:3,17 139:7
  140:13 144:2
  149:3 151:16
  154:17 158:16
  162:14,19
  164:1 173:21
  346:5
agreements
  126:24,25
  127:4,23 128:1
  128:7 129:19
  129:21 143:24
  162:17
ah   13:19
  317:25
ahead   38:22
  45:25 47:4
  91:3 106:7,7
  141:22 187:11
  188:14,15,17
  236:24 257:6
  281:3
ai   18:11
alarm   85:3
alcohol   247:16
alexander
  181:3

allegation
  340:13 348:9
allegations
  170:18 347:8
allege   171:1
  348:3
alleged   261:21
  340:9,23 351:8
allegedly
  201:10
allotted   367:19
allow   117:5
  188:13 290:10
  291:13
allowable
  285:17,20
allowed   26:4
  26:11 63:25
  254:21,23,24
  255:5 277:8
  286:6 364:16
allows   197:22
  234:13
ama   332:18
  333:1 336:7
amazing   16:22
ambrose   2:11
  11:9
amended   4:14
  60:20 264:17
american   277:9
amount   35:22
  64:1 108:5
  208:20 209:5

CONFIDENTIAL

**[borrow - buy]**

borrow  88:4
170:22 171:22
211:6 320:17
borrowed
47:13
borrowing  6:9
46:6,9 47:11
168:18 169:8
169:13,17,20
170:16 171:4,9
171:12,14
172:16 195:8
bot  185:10,13
186:6 243:11
244:2,3 251:6
358:2
bottom  38:4
43:17,18 52:20
52:23 86:15
126:22 167:20
179:10 214:9
215:4 237:2
245:1 249:9
259:4
bought  21:16
22:20 23:17,18
25:7 28:13,22
29:6,10 40:3
43:6,9 44:11
48:25 71:8
86:16 176:13
238:15 246:4
248:12 251:5
253:2,10 281:9

281:16 295:6
boulevard  3:4
bounce  231:2
276:19
box  128:4
181:6
boyfriend
134:23
break  13:12,17
60:1,13 75:17
119:19 138:5
138:19 176:10
188:4,23
230:14 307:10
307:11
breaks  13:13
253:18
brickell  3:16
briefly  13:21
bring  142:22
145:22 347:8
broad  23:20
31:17
broadly  116:24
broadway  2:12
brochure
167:21,23
168:8 171:21
172:19 173:3
173:25 189:16
191:2 233:1,13
290:3
broke  13:18
66:22

broken  289:24
brokerage
41:25 43:10
47:7
brokers  44:5
brother  101:17
133:18
brought  144:1
320:9
btc  53:1,22
56:17 59:8,16
168:17 208:20
214:22 215:5,8
215:19,23
216:13,18
222:21 223:13
223:19 225:9
225:17 246:3
246:10,19
249:10 251:1
252:14 271:19
272:12 286:18
293:24
bucks  287:14
buddy  54:16
64:8 66:11
72:19 74:7
349:17
bug  243:19
built  240:6,19
bullish  334:19
336:16
bunch  249:2

business  14:17
53:11 57:16
72:14 73:21,23
73:24 79:16
80:3 86:1
112:21,24
134:17 179:23
191:19,22
204:17 361:7
362:1
busy  77:4
button  97:12
106:25 260:7
buy  21:15
22:12,16,24
26:6,11,15,21
39:23 40:20
46:24 56:17
161:8,9 170:11
170:13 186:20
211:25 212:8
212:16 222:21
223:12,15,19
223:20,21
224:10 228:9
230:4 237:5
239:24 242:22
249:8 251:6
252:13 254:13
279:23 280:8
280:22,25
281:6,17
326:10 354:24
355:1,4,10

CONFIDENTIAL

**[correct - cpa]**

| | | | |
|---|---|---|---|
| 198:11 199:23 | 262:10 263:22 | **corrected** 80:12 | **count** 184:1 |
| 200:1 204:25 | 268:4 270:4,5 | 83:11 290:2 | 265:20 |
| 205:1,18 | 270:15 271:2 | **correcting** | **counterparty** |
| 206:13 207:21 | 272:8,9,17 | 80:10 324:17 | 154:16,25 |
| 207:24 208:9 | 275:6 280:9,19 | **corrections** | 155:2,7 157:24 |
| 208:13,17 | 281:11 283:9 | 366:8 | 158:9 161:5,13 |
| 209:24 210:4 | 283:13 284:3,9 | **correctly** 53:3 | 163:14 |
| 211:7,8,11,15 | 284:15,24 | 61:10 64:3 | **countersigned** |
| 211:21 212:6 | 285:11 286:21 | 77:7 81:25 | 107:21 |
| 212:10,21 | 287:2,22 288:7 | 127:1 152:12 | **county** 364:2 |
| 213:20 214:4,5 | 288:16,21 | 193:13 200:8 | **couple** 18:6 |
| 214:7,11,18 | 292:5,15,21 | 269:19 272:14 | 86:1 179:8 |
| 215:9,23 216:1 | 293:18 305:4,8 | 357:10,15 | 294:20 295:9 |
| 216:21 217:3,5 | 305:13 306:13 | **corrects** 63:20 | 304:16 312:12 |
| 218:24 220:5 | 306:23 308:10 | **correlated** | 360:19 |
| 222:21 223:6 | 309:3,18,21 | 273:15 | **course** 18:10 |
| 223:19 225:9 | 310:2 311:17 | **corresponden...** | 19:17 221:16 |
| 225:14,18 | 311:20 312:6 | 140:10 | 277:21 298:18 |
| 227:20 229:23 | 315:19 316:1,9 | **cost** 192:6,23 | **court** 1:1 10:16 |
| 232:21 235:25 | 317:17,20 | 207:20 233:4,6 | 11:17 12:22 |
| 236:2,3,18,22 | 319:7,20 320:5 | 255:23,23 | 116:23 |
| 237:4,5 239:2 | 320:22 323:2,8 | 256:13 | **cover** 60:17 |
| 239:12 240:1 | 323:18 324:3 | **costs** 322:24 | 110:2,12 159:3 |
| 241:14 242:2 | 326:12 328:24 | **counsel** 3:23,24 | 255:17 256:13 |
| 242:17 245:4 | 328:25 330:9 | 10:13 11:2,11 | 356:10 |
| 246:4,13,16,19 | 331:8 348:11 | 11:15,19 117:9 | **covered** 118:5 |
| 247:2 248:17 | 348:17 352:23 | 129:3,23 | 118:25 119:13 |
| 250:2 251:14 | 353:4 354:3,9 | 138:19,21 | 128:13 236:15 |
| 251:25 252:24 | 354:12,17,24 | 140:11 210:18 | 282:13 |
| 254:8 255:20 | 355:5 356:22 | 316:12 329:23 | **covering** 311:2 |
| 256:2,6,14,25 | 358:10 360:11 | 358:22 367:14 | **covid** 19:12 |
| 257:22 259:11 | 361:18 362:11 | **counsel's** | 24:15,21,25 |
| 260:18,22 | 364:11 366:7 | 210:10 | **cpa** 97:6 |
| 261:22 262:9 | | | 105:20 107:24 |

CONFIDENTIAL

## [cpa - currently]

126:14 144:2 158:23

**crap** 211:25

**crash** 30:22 31:1 32:21,22 32:24 33:3,8 33:10,16,21,24 193:11 194:24 198:19

**crashed** 195:4 204:1

**crashing** 361:18

**create** 4:23 91:20 92:5 93:17

**created** 92:18

**creating** 91:14 92:10

**credit** 5:3 40:15 54:13 94:24 98:9 102:1 103:13 104:2,5 104:12 109:15 120:12 208:12 219:9,13,16,24 220:11,12,19 220:25 221:9 221:23 222:4 222:10 236:20 263:8 321:22 321:23 323:2,5 323:8,15 354:8 355:7

**cress** 1:5,13 2:2 4:16,20,22 5:5 5:10,13,16,18 5:21 6:8,14,19 6:23 7:6,8,10 7:12,14,16,18 7:20,22 8:5,7,9 10:13,14 11:10 12:1,6,8 38:2,6 58:11 60:3,8 60:12 67:12 73:13 87:9 91:6 94:21 95:11 115:15 116:11,16 117:11 123:5 138:10,16,18 139:16 142:7 143:22 153:1,5 153:7 160:11 174:2,10 179:10 189:5,9 189:11 206:17 209:25 210:8 210:23 216:17 230:13,19,24 231:1 253:21 253:25 254:3 260:5 261:11 263:13 264:12 267:21 271:16 276:11,16,18 283:15 304:25 307:17,22,25

310:6 312:22 339:4 355:21 356:3,6 362:20 363:11 366:4 366:13 367:4,5

**cress's** 116:22 116:25

**criminal** 204:17

**criminals** 200:24

**crisis** 109:7

**crude** 357:21 358:5

**crypto** 5:3 7:4 7:21 8:23 21:13,19 23:13 23:24 24:5,11 24:19 40:8 41:20 49:3 85:14,18 94:24 98:9 102:1 103:13 104:1 104:11 111:21 118:19 158:13 189:23 190:8 229:1 270:3 303:12,14,15 309:12,17,24 310:2 319:21 321:21 323:1,4 323:8,15 324:21 333:11

**cryptocurren...** 26:6 32:8 38:18 39:1,5 39:17 40:20 81:6 155:13 166:16,19

**cryptocurrency** 5:20 18:25 26:2 28:22 29:7,11,17 30:5,11 31:10 31:25 32:5,12 38:13 40:6 49:1 72:25 105:6 144:1 146:7 155:1,8 157:24,25 158:6 159:6 165:18,22 173:20 204:1 303:20 325:6 325:20 346:5

**cryptos** 40:7

**csr** 1:25 2:3 364:3,25

**csv** 357:18

**cure** 265:24

**curiosities** 167:10

**currencies** 8:23

**current** 237:8

**currently** 20:2 320:7

Veritext Legal Solutions
346-293-7000

CONFIDENTIAL

**[difficulties - doing]**

| | | | |
|---|---|---|---|
| **difficulties** 219:12 | 348:24 | **doctor** 321:15 | 248:19 256:16 |
| **difficulty** 219:8 | **discretion** 159:15 | **document** 54:2 | 265:3 300:7 |
| **digital** 98:10 | **discuss** 205:8 | 54:19,25 55:14 | 303:4 308:13 |
| **diligence** 104:18 275:20 | 212:25 | 55:18,24 58:3 | 309:11 310:21 |
| 275:25 | **discussed** 232:20 | 58:6,6,8,19 | 312:5,19,24 |
| **dinca** 83:1 | **discussing** 145:23 | 59:20 64:5,12 | 313:4,5,14 |
| 180:20 254:11 | | 65:3 68:22 | 314:11,17,22 |
| 254:19,19 | **discussion** 113:4 216:17 | 69:18 70:4 | 315:2,25 316:4 |
| 255:11,19 | | 77:14,21 81:3 | 316:5,7,25 |
| 258:3 302:14 | **discussions** 127:8 232:11 | 82:23 87:3 | 318:15,17,19 |
| 349:11 | | 94:22 95:16 | 319:14,19 |
| **dinca's** 83:7 | **display** 276:5 | 105:16 113:5 | 322:17,22 |
| **direct** 63:6 | **displayed** 27:10 28:3,16 | 114:14 122:8 | 324:19 327:4 |
| 211:2 271:15 | | 122:13 123:10 | 327:17 328:5 |
| 359:25 | **dispute** 115:3 | 123:16 144:5 | 329:8,25 331:6 |
| **directly** 96:25 | 117:3 136:24 | 144:18 145:22 | 331:7 332:4,15 |
| 165:1 203:8 | 139:4 140:19 | 146:3,14,16,18 | 332:21,22 |
| 346:9,12,15 | 143:7 267:22 | 146:24 147:1 | 334:12 338:22 |
| **disagree** 54:3 | **disregard** 284:24 287:21 | 149:9 152:6,15 | 339:17 342:11 |
| 78:25 89:23 | | 152:16 154:22 | 342:13 |
| 169:10 175:20 | 287:24 | 157:18 159:8 | **documenting** 245:21 |
| 176:18 180:17 | **distinguish** 29:4 | 160:14,16,21 | **documents** |
| 196:7 360:15 | | 160:24 163:6 | 58:10 97:2 |
| **disclosing** 61:17 | **distracted** 304:23 | 164:7,10 | 115:23 125:16 |
| | | 165:10 167:22 | 128:14 145:13 |
| **disclosures** 170:12 | **district** 1:1,2 | 168:2,15 | 145:17 147:9 |
| | 10:16,16 117:1 | 195:22 199:3 | 147:21 153:11 |
| **discount** 44:5,6 | **dividends** 334:25 335:2 | 203:15 208:5 | 246:6 312:22 |
| **discovered** 346:18 | | 209:17 210:21 | 313:3 314:18 |
| | 338:25 339:2 | 210:23 214:13 | **dog** 235:17 |
| **discovery** 244:25 315:12 | **division** 1:3 | 218:8 221:13 | **doing** 18:11 |
| | | 225:22 239:17 | 19:6,7 31:19 |
| | | 241:17,18,19 | 43:10 53:11 |
| | | 245:13,21 | |

Veritext Legal Solutions
346-293-7000

CONFIDENTIAL

**[fashion - final]**

**fashion**  174:13
**fast**  60:18
  72:13 170:20
  171:2
**fault**  80:14
  360:16,16
**fear**  56:6
**feasible**  209:1
**feature**  190:19
  190:20
**features**  233:2
  233:3
**february**
  324:24,25
  325:3 329:16
**fed**  54:14
**federal**  2:1
**fee**  27:2,12,13
  27:20,25 28:2
  28:4,7,11,15,16
  28:18,20,23
  29:8,12,18,23
  29:25 30:5,10
  30:18 43:10,16
  43:22 44:3,9
  64:2,10,20
  65:9 67:13
  69:13,15,16
  71:15,25 72:20
  73:11,12 74:2
  74:10 78:3,3
  78:11 79:9,15
  83:1 131:11
  198:13,16,20

  199:4 226:13
  227:10 228:23
  229:13,15
  240:6,19,24
  241:2 250:2,15
  256:5,13,20,21
  256:25 257:21
  258:4,7,15
  259:20,21
  260:6,11,14,18
  260:22,24
  261:2,14,16
  262:21 263:1
  311:11 323:22
  324:2 334:21
  334:22 338:9
  338:11 339:9
  349:12
**feel**  87:23 88:21
  92:13 300:13
**feeling**  300:2
  300:11
**feels**  56:14
**fees**  8:22 27:10
  30:8 43:15,19
  43:20 44:6,8
  61:1,4,8,25
  62:8 63:19,24
  64:9,17,24
  66:13 67:2,4,5
  67:17 69:23,24
  71:11,14,19
  72:12,12,17,17
  73:1,7,13,17

  74:5,6,8,22
  76:5 77:6,9,18
  77:23,23 78:2
  78:3,11,14,14
  78:21,22 79:5
  79:7,17 81:10
  81:18 82:3,5,7
  82:8,11 83:24
  87:10,12 88:1
  88:1 104:6,11
  130:16 131:15
  131:16,19
  132:15,19,21
  133:4 179:20
  191:9 198:15
  198:15 227:1
  229:22 232:12
  232:14,17
  251:10,13
  258:10 259:17
  260:1,9,13
  261:18,21,25
  262:1,3,11
  308:21 309:3
  309:23 310:2,4
  311:1,1,3,6,12
  311:17 312:10
  313:5 321:20
  321:24 322:7,9
  322:24 323:7
  323:14,20
  328:2,11,16,23
  337:5 338:11
  347:25 348:11

  348:16,22,23
  349:2,6,17,23
**felt**  53:7 83:23
  84:3 186:24
  229:12,12
  299:23 300:9
  306:2,2 360:7
**fiat**  8:23 189:18
  321:21,22
  352:14,23
  353:2,5,7,9,14
**fidelity**  42:7
**fiduciary**
  161:12,21
  162:3
**fifth**  3:10
**fifty**  246:17
**figure**  275:21
**figured**  244:24
  290:8
**file**  120:10,12
  131:19 138:2
  278:21 279:16
**filed**  10:15
  60:20,22,24
  262:19 264:6
  278:14 279:6
**files**  17:21,23
  95:10 102:15
  209:24 210:10
  267:20 309:12
**filing**  282:14
**final**  157:16
  252:22

Page 30

CONFIDENTIAL

**[hiccup - hum]**

**hiccup** 60:18
**hidden** 71:14
  72:17 77:23
  88:1 179:20
  251:10,13
  259:17,25
  260:1,9,13
  310:4 312:10
  313:5 322:9
  334:21,22
  338:9,11,11
  348:23
**high** 13:23,24
  13:25 14:1
  30:9 36:2 42:2
  53:1,23 56:17
  59:9,16 67:21
  69:4 81:10
  251:12
**higher** 82:3,11
  83:24 86:18
  240:15
**highest** 214:11
**highly** 277:20
**hill** 42:14
**history** 260:15
**hit** 111:1
**hitch** 219:14
**hitting** 19:12
**hmm** 114:15
  154:23
**hold** 25:8,14
  48:1 88:3
  154:21 208:3

266:19 354:6
**holding** 304:7,9
  304:13
**holdings** 74:19
**hole** 204:16
**holes** 57:4
**holy** 289:17
**home** 19:11
  24:22 108:16
  109:6,15,20
  110:11 182:13
  354:16
**homer** 126:15
**honest** 75:11
  75:20
**honestly**
  222:16 343:21
**hoover** 1:24 2:3
  11:21 364:3,24
**hope** 25:5
**horrible** 249:1
  273:20
**hotmail** 92:2
**hour** 65:17
  67:22 69:4
  150:19 231:22
**hours** 179:24
  179:25,25
  180:6,7
**house** 3:23,24
  11:15 21:10
  24:15,16
  101:16 108:4,7
  109:9,25 110:2

110:7 134:17
  170:11,13
  233:18 234:8
**houston** 2:22
  16:23
**how's** 299:4
**hristiyan** 180:3
**hristov** 37:22
  66:20 76:23
  97:1,15 98:6
  106:16 165:12
  167:20 168:7
  168:14 173:11
  174:24 179:12
  180:3,11
  187:10 199:23
  200:1 203:10
  204:12,21
  205:8,12
  206:22 214:3
  222:3,23,24
  225:7 231:6,15
  232:12,24
  239:11 254:18
  254:20 255:15
  270:6 271:1
  273:5 276:23
  277:1,6 283:9
  283:20 284:1
  284:13 286:2
  290:2 302:11
**hristov's** 293:5
**huge** 360:4,11
  360:24

**huh** 69:3
  111:15 137:21
  295:24
**hum** 16:17
  22:15 52:7,21
  63:13,18 74:16
  77:2,8 80:24
  81:21 94:20
  105:8 121:11
  131:3 140:5
  142:1 155:25
  160:12 165:11
  168:9 169:23
  187:9 189:17
  191:25 195:3
  200:2,7 207:22
  208:23 213:21
  213:23 215:17
  220:2 225:10
  232:13 237:6
  239:23 245:5
  245:14,14,19
  245:23 246:20
  247:3 259:3
  265:14 268:21
  268:23 271:20
  273:6 274:3
  276:25 282:6
  284:25 293:25
  297:11 301:16
  302:20 306:7
  309:16,19
  314:9 319:17
  327:24 341:18

Page 36

CONFIDENTIAL

**[leveraged - live]**

**leveraged**  47:2
47:9,10 300:18
300:22
**liability**  288:7
288:10
**license**  11:22
334:16,18
335:4,9 338:4
350:4,10,19
351:3,14,23
352:8,10
**licensed**  38:5
**lie**  76:2 137:24
352:1
**lies**  54:14
280:13
**life**  22:19
**lifted**  259:6
**likely**  120:17
120:22 123:18
**limbo**  87:18
**limit**  156:14,15
252:3,6,12
**limited**  24:24
**lindenbaum**
80:16,21 82:8
86:16 88:11
271:12,18
272:3
**lindenbaum's**
81:5
**line**  120:12
142:10 155:5
202:14 208:12

211:5 236:21
263:8 264:18
269:22 321:22
321:23 323:8
323:15 328:10
328:14 365:1
**lined**  218:6
**lines**  170:10
323:2,5 354:9
355:7
**lining**  303:8
**link**  40:12 93:1
**linked**  25:20
**liquidate**  49:23
115:10 195:13
233:19,23
234:22 238:22
294:7 359:2
**liquidated**  21:9
49:15 56:4
89:22 111:6
112:2,15 114:2
193:11 195:5
195:15 196:10
196:11,18
197:4 200:25
201:1 202:23
204:13 205:4,9
205:14,15,21
234:7 235:6,19
235:24 236:6
237:17 238:1,2
238:5,8,9,14,18
269:9 270:7,17

271:19,22
275:22 276:4,7
292:3 306:16
357:10,14
**liquidates**
112:7,13
**liquidating**
357:22 358:4
**liquidation**
49:11,14,17
111:2 112:10
115:17 142:13
193:7 194:11
196:2,18 197:9
197:14 199:13
200:4,5,12,16
201:9,11
202:18,24
203:11 205:3
205:22,25
206:4,7 232:21
232:25 233:5,9
234:5,19,22
237:8,11,12,19
237:24,25
238:3,6 239:2
242:17,20
245:4,7 264:23
265:22 266:24
267:13 268:25
269:6,8,12,13
269:20,21,22
270:9,24 272:4
276:3 289:13

289:15 306:5
358:2
**liquidations**
61:9 115:18,20
205:17,23
206:8 263:22
264:1 293:21
295:12 357:5
357:24 358:10
**list**  86:17
168:11 189:16
215:25 216:11
259:1 341:24
342:23
**listed**  342:5
**listening**  293:4
**listing**  190:14
**litigation**  132:8
210:19 345:13
**little**  12:16 14:9
17:16 24:18
36:20 42:3
50:20 52:13,18
60:18 155:4
157:21,21
182:21 218:19
219:14 247:13
282:23 299:5
318:4 335:19
343:5 359:13
**live**  20:10,17
21:2,10 80:18
181:6,14,17
184:15 185:21

CONFIDENTIAL

**[live - looking]**

185:21
**lives** 80:19
**llc** 342:19,20
344:17,25
345:6,17,22
**llp** 2:19 3:2
**loan** 5:6 47:16
85:14,14 88:6
88:10 96:2
97:2,8,13 98:1
98:1 103:13,15
104:10,25
105:10 106:9
106:11,15,25
107:15,25
108:2,5,8
110:12,17,20
111:1,24
112:18 113:4
114:1 117:18
146:14 186:15
186:19,20
192:23 207:20
211:15 212:2,5
213:18,18
233:4,6 234:14
234:25 235:12
235:19,25
236:3,7 237:5
242:9 258:16
259:11,13,20
260:6,15,18,22
260:25 261:2,5
261:14,16,18

261:22 263:5,7
281:11 291:1
291:24 293:8
300:16 352:14
352:19,23
353:2,9,17,25
354:16 358:9
**loan's** 235:15
**loans** 48:16,17
48:18,20,22,23
48:24,25 49:1
49:7 52:25
53:22 56:17
59:8,16 83:19
84:11 85:2,11
87:24 88:22,25
89:4,8,18 96:5
96:8,19 105:16
105:21 203:25
219:1,3 245:21
262:4,9,22
263:2 275:21
323:21,23
324:3 334:10
335:22 349:6
355:4 360:10
**loathing** 300:3
**location** 10:18
114:10
**lock** 17:21
**locked** 216:6
336:8
**log** 17:21,23

**login** 27:16
**long** 13:14
14:24 52:25
53:21 63:8
87:10 111:23
118:23 226:6
231:20 234:11
234:24 265:16
300:23
**longer** 19:9
**look** 22:8 36:16
50:12 52:19
55:17 56:24
58:10 61:5
62:22 71:13
76:9 80:7,25
91:19,20 95:8
96:7,11 98:7,8
98:15 103:24
105:22 106:21
107:13 113:1
114:11 121:21
126:11 143:5
148:2 153:12
160:10 167:13
167:19 168:13
169:15 173:10
174:5 209:12
210:5 227:24
231:4 242:25
245:1 247:20
248:11 253:1,4
253:8 264:16
265:5 269:5

273:4,18 274:5
274:8 283:5
293:23 299:13
303:8 309:8
310:25 312:20
318:24,25
322:13 335:11
341:14,21
346:16 347:17
**looked** 24:19
60:23 86:14
96:4 100:17
107:2,16 113:7
158:2 173:17
177:18 178:7
179:1 227:7
228:25,25
243:25 274:2
279:11,13
319:23 339:13
**looking** 37:13
55:6 81:1
95:20,23 97:5
100:24 102:19
102:23 103:6
114:22 120:13
141:21 153:17
158:15 169:2
169:12 174:2
190:18,19
215:12 220:5
221:6 237:4
251:23,24
276:22 279:15

Veritext Legal Solutions
346-293-7000

CONFIDENTIAL

**[organizations - paragraph]**

**organizations** 341:5
**original** 22:24 23:8
**originally** 22:12 42:17 217:8 282:24
**origination** 321:24
**otc** 65:1,12 66:5,13 69:22 76:5 77:1,5,9 77:18 78:11,15 78:21 79:5 97:14 105:20 176:4,8,11,14 178:1 186:8,12 186:13,15,17 186:21,25 187:6,16,20,22 188:1 189:16 218:25 232:12 232:18 243:10 243:17 244:8 252:3,7 255:24 255:25 295:14 296:1 309:18 311:20,24 312:1 333:18 334:2
**outcome** 10:24 133:7 364:19
**outdated** 266:4

**outperforms** 88:5
**outside** 24:17 247:18,20
**outstanding** 85:2,11
**overextended** 54:13
**overlapping** 220:6,7
**overnight** 86:17
**overturn** 112:8
**owe** 235:11
**owed** 110:3 124:7
**own** 23:13 46:8 55:21 118:3 119:14 136:9 136:12 150:12 161:18,18 209:8 210:3 220:16 241:19 290:5
**owned** 23:15 23:15 24:1,3
**ownership** 211:7
**owning** 24:5 209:5

**p**

**p** 243:4

**p.c.** 11:9
**p.m.** 116:12,17 138:12,17 153:2,6 189:6 189:10 230:20 230:25 253:22 254:1 276:12 276:17 307:18 307:23 356:4 363:13,14
**pack** 54:14
**page** 4:2,10 5:2 6:2 7:2 8:2,14 9:2 12:21 37:2 37:4,7 52:19 52:23 61:5 63:9 80:25 81:17 90:17 98:8 103:24 113:3 141:17 141:20 159:11 160:10 167:19 174:2,5,16 189:18,22 191:23 192:22 193:6 211:2 214:24,25 216:4 218:4 219:23 223:8,9 223:10 233:4 236:11 237:2 239:19,21 242:5,10 264:17 271:16

276:22 283:14 285:7 299:13 300:25 302:19 305:9 310:25 341:22 356:10 356:17 360:1 365:1
**pager** 36:22 37:2
**pages** 36:15,15 36:18,19,19 179:8 279:12 282:7
**paid** 28:15,16 28:18,20 30:18 38:24 40:6 44:3 235:19,24 236:3,7 260:11 260:18,22 261:21,24 262:8 263:1 310:2 323:22 324:2 354:25
**pairs** 17:25
**panic** 56:5,6
**par** 190:5
**paragraph** 98:10 113:11 142:3,12 148:2 214:18,21 215:4,13 264:16 277:5 286:7 305:21 341:22,25

Page 55

CONFIDENTIAL

**[responded - right]**

| | | | |
|---|---|---|---|
| 182:14 216:8 217:14 | **retainer** 129:18 129:21 | 154:22 159:8 160:16,21 | 80:19 81:15 84:11 85:15 |
| **responding** 74:11 215:18 300:2 | **retire** 18:24 **retired** 19:6 **return** 167:7 367:13,16 | 208:5 210:21 214:13 221:13 239:17 265:3 303:4 312:24 | 87:6 90:13 96:14 99:25 102:9,15,16,20 102:24,25 |
| **responds** 215:11 216:12 225:13 284:1 | **reversed** 115:10 207:12 | 332:15 334:12 338:22 342:13 | 105:7,10 106:19 107:12 |
| **response** 63:24 180:8 181:16 182:16 208:2 215:4,12 228:8 230:4 241:12 | **reversion** 234:21 **revert** 112:15 234:13 **reverted** 233:23 | **revise** 232:6 **revised** 91:10 95:16 **revision** 91:8 **rico** 340:1,6,9 340:16,23 346:18 348:4 | 107:12 109:8 109:25 110:16 111:8 119:11 121:10 123:19 126:22 129:24 130:20 133:13 |
| **responses** 284:7 | **reverting** 270:20 | **ride** 40:15 **rides** 40:14 | 134:20,22 141:20 142:12 |
| **responsibility** 59:15 | **review** 97:2,3,4 97:5 128:5,12 | **right** 23:11,11 26:2 27:11,12 | 143:17,22 144:17 145:23 |
| **responsible** 162:13 181:23 | 128:17 144:5,8 144:20,24 | 27:22 29:4 32:25 40:7 | 148:12,24 149:6 151:15 |
| **responsiveness** 141:25 | 148:10 153:11 154:5 252:11 | 42:16,18 43:22 44:21 45:4,16 | 155:6,24 156:5 157:14 159:14 |
| **rest** 176:9 222:21 225:9 226:6 239:19 | 364:13 367:7 **reviewed** 94:5 125:5,10,17 | 48:10 50:21 53:5,9 58:2 60:12 61:19,25 | 161:23 162:9 164:6 166:7 167:25 168:24 |
| **restate** 13:7 **restore** 234:14 **restroom** 230:12 | 126:24 127:4 127:23 128:7 128:14 144:14 160:1,3 319:24 | 63:6,21 64:7 64:19,25 65:9 65:15,16,19 | 169:9 172:18 174:18 176:3 176:16 178:15 |
| **retain** 136:23 140:18 | **reviewer** 38:5 **reviewing** 55:18,24 81:3 | 66:12,12,13 68:2,3,19 71:13 72:20 | 180:3 181:13 184:12 185:21 189:2,11 |
| **retained** 129:2 129:12,16,18 135:22 138:21 139:3 | 92:17 113:5 145:2 149:9 | 73:13 74:13 77:12 78:8,9 | 192:14 194:25 195:16,18 197:19 198:8 |

Veritext Legal Solutions
346-293-7000

CONFIDENTIAL

**[sale - security]**

| | | | |
|---|---|---|---|
| 286:20 292:14 | 149:11 161:22 | **scam** 272:7 | **searches** 17:19 |
| **sales** 14:9,23 | 164:14 185:15 | **scammed** | 17:20,24 18:6 |
| 15:1,9,24,25 | 202:24 224:9 | 203:23 272:1 | **sec** 277:7,15,21 |
| 16:15 81:18 | 232:24 251:11 | **scamsters** 57:1 | 278:5,14,21 |
| 191:15 294:20 | 268:11 272:25 | **scared** 289:19 | 279:6,16 |
| 295:2 | 273:2 303:5 | **scenario** 192:7 | 281:19,22,23 |
| **san** 1:3,15 2:5 | 305:17 325:12 | 192:11 207:25 | 282:18 |
| 2:13 10:1,19 | 331:5 | 214:16 237:20 | **second** 4:13 7:5 |
| 12:14 364:2 | **says** 37:21,22 | 237:21 238:5 | 16:18,21 17:6 |
| **sand** 42:14 | 37:25 38:4 | **scenarios** 6:9 | 37:4 42:13 |
| **sanity** 358:5 | 61:6 63:14,15 | 208:2,7 214:4 | 60:19 141:18 |
| **sap** 16:8 | 64:15 65:11,20 | 273:4 274:25 | 142:10 215:3 |
| **sat** 143:8 | 65:23 71:18 | **scheme** 341:6 | 231:2 232:20 |
| **save** 287:4 | 73:13 81:10,18 | 347:24 | 236:18 246:15 |
| 289:10 297:13 | 92:2 95:12 | **scholar** 151:12 | 253:1,3 264:17 |
| 297:14 | 99:13 129:1 | **school** 13:23,24 | 277:5 299:13 |
| **saved** 21:6,8 | 141:20 142:10 | 13:25 14:1 | 305:22 332:14 |
| **savings** 20:12 | 142:10 152:16 | 42:2 | **secondary** |
| 20:13,13 21:4 | 154:11 155:13 | **schwab** 42:24 | 292:11 |
| 21:6,6 22:25 | 156:9 157:23 | 42:25 43:14 | **seconds** 18:6 |
| 216:13,20 | 159:11 161:4 | 151:22 304:16 | **secret** 61:8,15 |
| 217:5 | 162:20 164:17 | **score** 109:15 | 61:16 348:22 |
| **saw** 114:17 | 167:24 174:17 | **screen** 27:10,22 | **section** 9:3 |
| 125:2 312:15 | 174:20 178:13 | 90:21,22 91:20 | 148:2,5 150:1 |
| 312:18 319:2 | 180:7 190:1 | 97:12 98:2 | 151:25 153:18 |
| 324:22 325:1 | 193:10 194:24 | 107:11 | 153:23 154:15 |
| 329:15 335:23 | 200:3 209:25 | **screens** 90:14 | 155:18,19,22 |
| 339:20 352:5,7 | 215:14 216:20 | 91:12 106:21 | 159:11 160:14 |
| **saying** 33:7,15 | 257:5 259:17 | **screwed** 54:23 | 160:24 |
| 57:3 83:4 | 271:1 277:6 | 55:4,10 361:25 | **securities** |
| 89:11 126:18 | 293:24 310:25 | **screwing** 56:4 | 278:12 |
| 126:23 127:22 | 314:24 321:20 | **searchable** | **security** 18:2 |
| 128:4,21,22 | 323:4 325:5 | 18:1 | 51:23,24 277:8 |
| 134:6 147:6 | 338:10 347:23 | | 277:15,17,23 |

CONFIDENTIAL

**[security - separate]**

278:5 336:1
**see** 13:18 17:15
36:21 37:4,20
37:23 52:22
53:4 63:17,22
81:20 85:3
91:6 95:7
104:1,4,8
113:3 120:6
122:6 141:19
143:12 145:6
150:18 155:17
157:12 161:16
168:12 170:13
171:20 176:6
189:24 192:24
200:6 206:23
208:3,22
209:20 210:6
213:2 214:16
214:23 215:16
216:4 219:17
220:1 221:12
221:24 222:13
222:19 223:2
223:22 224:11
237:3,7,9
240:23 245:18
246:7 259:2
260:14 264:24
265:13 271:13
271:17 274:6
277:11 283:24
284:7 288:24

309:13 311:4
312:7,9 314:22
315:13,17
318:12 321:9
321:11 324:11
324:12 325:5
325:19 326:25
327:23 328:10
328:15 329:19
336:22 338:3
342:1 347:21
348:8 357:20
357:21
**seeing** 53:15
93:13 142:9
212:25 305:20
324:23 326:11
330:7
**seem** 71:1
82:18 100:2
159:2 169:15
211:1 269:19
**seemed** 335:17
**seems** 39:13
66:17 70:24,24
158:25 197:10
251:21 299:23
**seen** 32:3,8,15
32:17,18 33:20
33:22 34:2,3
95:1,4 96:12
101:21 105:15
114:13 204:11
210:5,22 232:2

298:16 312:23
313:4,8 314:11
314:19,21
315:5,8,9
316:16,23
317:16,18
318:14,17,19
318:23 319:6
319:14,19
320:4 321:5,7
322:16,18,18
322:21 324:19
326:7,12 327:4
327:10,11,25
328:1,2,5,8
329:8,9,13,25
330:4,15,21
331:6 332:20
**self** 56:7 57:2
59:1 294:7
299:17 300:3,5
**sell** 16:7 26:6
77:5 78:6
85:14 109:15
109:24 110:11
118:7,7,13,25
119:15,15
133:25 158:6
186:20 187:5
213:1 237:15
286:18 288:16
288:20,22,23
289:1,21
290:14,15

291:1,24 292:1
**selling** 30:4
118:5 159:6
292:5 293:7
294:16 295:8
**send** 97:1,13
154:16 156:4
157:3 168:1
225:8 233:13
305:7
**sending** 167:23
307:2 318:20
**sends** 167:20
168:7
**sense** 72:22
211:18 267:9
**sensitive** 10:4
**sent** 97:6
127:18 140:11
168:13,17
169:13 173:11
173:17 242:13
266:3,3 268:2
268:11 273:5
315:13,18
367:14
**sentence**
157:21 160:20
176:9 202:25
208:4 215:3
264:19 266:5
305:22 322:6
**separate** 27:15
187:7 233:12

CONFIDENTIAL

[statements - support]

164:13 313:3
states  1:1 10:15
stating  152:11
status  280:17
  336:18
stay  251:22
stayed  19:11
  84:20 85:4
steal  226:6
  234:10 247:15
  261:8
stealing  69:9
  200:19 228:20
steals  247:14
steered  206:1
stella  313:21
  314:4,20,24
  315:3,13,18,19
  316:9,24
stenger  126:13
  126:15,19,20
  126:21 128:19
stenographic
  11:20 80:8,11
  116:4 172:25
  307:14
step  125:1
  201:4
stepka's  139:9
steps  152:12
  201:3
sticker  51:1
  172:20

sticking  145:12
stock  34:19,22
  34:24 42:9
  117:19,22
  118:3,3,7,9,12
  118:21,22,25
  119:12,14
  177:22
stocks  41:22
  43:6,9 44:12
  47:13,15
  117:13
stole  227:6
stolen  229:8,10
  229:11 306:22
stonewalled
  347:1
stop  226:10
stopped  349:5
store  25:14
stored  8:20
  319:22
stores  17:17
stories  8:4
  310:22
strategy  88:3
  88:24 237:14
  237:17 334:20
street  2:5,21
  10:19 12:14
strict  306:5
strike  106:10
  192:18

string  4:11,17
  5:17 6:3,7,16
  6:20 7:7,11
  199:22 223:23
  283:8 284:8
structure
  130:14
structured
  17:18,20,23
  159:3
struggles
  220:25 222:11
studies  14:12
  14:16
stuff  44:22
  118:19 220:23
  322:25 329:11
stupid  305:17
  306:1,2,2
subject  111:2
  162:14,19
  272:17 274:11
  327:3
submitted
  252:10
subpart  160:11
substantial
  35:22 347:25
success  8:4
  310:22
successfully
  179:12
sued  340:9,16
  350:15

suffer  108:15
suffered  205:17
  205:23 268:24
sufficient
  196:17 197:3
  198:3
sufficiently
  339:10
suggesting
  239:11
suite  2:5,12,21
  3:4,16 10:19
summarize
  13:22
summary  16:1
  141:12 142:24
  211:3 254:8
  293:15,17
  360:8
sun  16:4
sunk  290:4,7
super  312:20
superhuman
  6:9
supplemental
  16:4
supplied  16:11
support  180:2
  181:5,7,15
  182:5,12,24
  183:8 184:6,24
  185:4,19
  203:16 301:19

CONFIDENTIAL

**[suppose - takes]**

**suppose**  19:15 31:13 79:15
**supposed**  89:16 125:14 151:24 156:4 160:9 198:17 203:12 204:13 205:4,9 205:13,20 270:7,17 271:22 306:16
**sure**  12:20 13:23,25 33:11 37:2,12 51:14 53:20 54:16 55:20 61:24 70:17 76:21 84:25 85:3,11 91:18,18 100:8 100:9 102:5 115:13 121:25 124:11 125:8 132:23 134:14 139:19 141:16 149:13 157:1,5 157:6,23 159:20 162:21 169:17 170:25 188:19 189:1 194:22 200:21 205:10,16 231:25 234:12 237:23 247:17 253:11 255:14 255:14 256:4

267:18 274:15 279:9 295:15 297:19 303:18 319:8,15 343:15 349:7 353:22,22 355:6,6,18 361:1 363:1
**surgery**  321:13
**surprise**  359:15
**suspect**  51:23
**suspected** 176:20
**suspicions** 289:13
**suspiciously** 247:8
**sustaining** 117:1
**swap**  188:9 206:1,10,12 213:1 284:9,14 284:20 285:3,7 285:16,20 286:13,17,19 287:1,13 288:6 288:9,24,25 289:4 290:10 290:14,15 291:5,8,10,14 291:21 292:13
**swapped** 286:16

**swapping** 286:11 290:21 290:23 291:25 292:4
**swaps**  286:14
**swear**  344:4
**switch**  47:23 116:7 230:17 253:19 339:25
**switched**  27:16 42:18 339:1
**switches**  16:10
**sworn**  12:2 364:6
**system**  112:6 112:12 115:9 233:22 335:14
**systematic** 347:24
**systems**  18:4

**t**

**t**  1:12 24:3 134:22 243:4 313:22
**t&c**  91:25 93:1 93:15
**tah**  211:22
**take**  10:10 13:12,13 19:10 19:22,25 20:20 48:17 50:12 55:17 56:17 60:1 61:22

62:22 67:21,23 69:15 87:23 88:22 89:4,8 97:13,25 98:7 104:24 109:14 114:11 138:5 143:5,16 147:3 152:22 161:24 161:24 178:24 186:20 188:18 188:23 189:15 191:15 195:7 203:1 209:11 212:2,5 219:1 219:2 230:14 237:4 242:9 247:15 254:24 258:17 260:1,6 265:16,20 320:13 334:10 340:4 341:14 341:21 343:18 352:14 353:1 353:16,24 355:7
**taken**  2:3 10:13 49:6 61:16 117:18 260:13 310:3 364:8 366:6
**takes**  109:14 256:19,20 322:9

CONFIDENTIAL

[telephone - things]

| | | | |
|---|---|---|---|
| 10:7 171:13 231:5,20,24 | **term** 31:6 32:23,24 34:14 259:13 | 84:14 93:20 98:25 102:11 103:18 106:14 | **that'd** 202:9 292:3 338:20 |
| **tell** 21:5 23:16 27:21 33:2 46:1 61:1,3 66:25 67:16 71:10 83:6 88:11 117:24 160:15 172:7 187:10 232:23 233:25 242:10 257:25 260:21 270:16 287:24 288:9 299:16 308:4,6 310:1 317:1 319:18 324:1 325:1 328:23 330:3 330:16 337:2 339:12 342:7 343:11,16 358:19 359:7 | **terminate** 159:14,17 **terms** 5:3,8,11 5:15 92:17,21 93:1,4,8,23 94:5,25 96:18 97:2 98:19 99:4,9 100:18 101:1,10 102:1 106:22 107:4 107:14,16 119:20 120:4 120:12 122:5 122:11 123:6 124:18,23 125:2,6,10 128:13 143:23 154:6 155:23 157:14 259:10 259:13 274:13 332:17 336:8 | 107:19 111:18 153:19 170:5,7 179:4 198:5,23 227:4 228:17 229:6,25 235:8 246:6 251:17 267:15 273:17 280:7,11,21 281:13 320:22 323:10,17 357:17 358:14 359:6 367:9,17 **texas** 2:22 16:18 **text** 4:15,19,21 7:9,15,17 8:6,8 52:16 66:10,11 66:15 71:16 | **theft** 229:22 **theoretically** 281:5 **theories** 68:15 70:13 **thereof** 254:8 **thick** 341:15 **thing** 13:15 19:16 25:2 29:1 40:16 46:11 47:2 52:17 57:3 82:13 92:3,9 99:22 103:11 116:20 118:1,4 119:6 132:7 142:8 143:9 147:4 169:11 181:8 186:12 205:10 210:6 223:14 226:21 |
| **telling** 54:4,6 54:20 64:8 66:19,19 68:19 70:25 71:17 72:19 215:20 216:15 217:10 223:3 247:7 256:18,21 287:6 317:6 339:3 349:13 | **testify** 12:3 320:3 329:13 329:18 330:8 330:21 331:6,7 342:24 344:5 344:23 345:5 364:6 | **thank** 11:16,23 110:16 117:8,9 121:24 123:4 139:18 168:4,4 217:25 219:19 219:21 224:19 239:13 264:15 265:10 293:14 297:18 318:2 324:17 326:2 331:20 363:5 | 232:20 252:22 255:11 269:23 269:24 270:21 284:23 296:9 311:8 339:9 352:25 353:20 **things** 18:7 40:8 44:3 46:7 47:20 53:16 54:6,6 91:17 |
| **ten** 152:12 | **testimony** 22:6 43:25 58:19 73:3 78:24 | **thanks** 51:20 | 97:6 120:13 |

Veritext Legal Solutions
346-293-7000

CONFIDENTIAL

**[time - token]**

| | | | |
|---|---|---|---|
| 19:5,8,23 | 146:22 147:3 | 276:17 278:16 | **today** 12:18 |
| 21:14 22:10 | 148:14,17,23 | 278:17,18 | 13:1,5,11 |
| 24:11,14,19,25 | 149:4 153:2,6 | 281:21 282:20 | 20:19 21:2 |
| 25:2,6 26:9 | 156:14,15 | 283:1,3 284:2 | 43:4 45:14 |
| 28:13,19 29:10 | 166:12 167:5 | 285:5 286:6 | 51:13 58:10 |
| 33:5 34:21 | 170:24 171:7 | 294:8,22 299:1 | 106:4 124:6,10 |
| 35:2,12 38:9 | 171:21 172:12 | 303:16,21 | 124:15 147:24 |
| 41:10 42:10 | 174:10 178:5 | 307:8,18,23 | 235:22 260:19 |
| 44:14 49:13,20 | 178:22 180:22 | 310:9 311:14 | 260:21 261:20 |
| 49:24 51:15 | 183:10 184:23 | 315:13 316:21 | 262:17 263:1 |
| 52:25 53:21 | 185:18 187:10 | 332:8 334:3 | 267:12 282:25 |
| 60:4,9 62:3,11 | 187:14 189:6 | 336:5 337:15 | 310:1 320:22 |
| 63:8 64:1 | 189:10 192:15 | 339:5,16 347:3 | 324:2 325:19 |
| 68:11 69:2 | 196:6,10,13,17 | 355:24 356:4 | 328:22 330:8 |
| 71:6,8 74:18 | 196:21 197:3 | 357:17 358:1 | 339:10 342:25 |
| 77:4 79:22 | 201:20 202:2 | 362:4,23 363:6 | 343:9,10 |
| 80:5 81:23 | 203:6 204:15 | 363:13 364:9 | 344:24 345:14 |
| 83:5,16 84:22 | 217:21 218:19 | 367:18 | 345:16 358:8 |
| 85:7 86:8 88:9 | 219:13 220:4 | **timeframe** | 358:17,18,25 |
| 88:15 95:3 | 221:7,18,24,25 | 367:8 | 359:1,2,9 |
| 96:9 101:6,8 | 222:13 227:23 | **timeline** 222:5 | 362:21 363:2 |
| 101:14 102:4 | 228:4 229:25 | **timely** 266:16 | **today's** 363:10 |
| 102:11,22 | 230:20,25 | 268:14 | **together** 90:7 |
| 103:1 108:13 | 235:1 240:8,22 | **times** 32:18 | 273:21,24 |
| 110:22 111:23 | 240:25 242:4 | 150:4 199:10 | **token** 143:7 |
| 114:9,9 116:12 | 243:7,23 249:7 | 229:1 290:19 | 209:5 211:7 |
| 116:17 118:23 | 249:10,11,12 | 312:8,9 | 213:14 219:2 |
| 119:6 121:6,13 | 250:7 253:22 | **timing** 148:6 | 247:19 252:23 |
| 124:2 127:11 | 254:1,10 256:8 | 153:18 | 273:14 274:5 |
| 127:13 134:18 | 258:1,14 | **title** 9:3 | 277:7,14 |
| 135:18,19 | 263:14,24 | **titled** 94:24 | 279:23 280:8 |
| 138:12,17 | 265:16 266:1 | 209:17 220:24 | 280:17,18 |
| 141:13 143:17 | 272:19 273:1 | 309:12 319:21 | 281:9,16,17 |
| 144:7 145:8 | 274:19 276:12 | 329:6 | 294:19 295:1 |

Page 80

CONFIDENTIAL

**[token - transcript]**

335:3 336:17 336:21
**tokens**  208:20 209:9 210:4 212:9,16 213:2 222:21 223:16 225:9,17 294:15,17 295:9 296:11
**told**  38:15 50:1 50:4 51:24 57:20,22 68:8 69:7 71:5 72:24 73:10 78:10,19 83:1 84:1 87:25 114:19 137:6 139:6 175:24 176:3 180:15 203:16 215:24 216:10,25 247:4 256:10 256:12 257:15 257:17,18 267:11 272:12 280:2 287:20 287:23 291:5 298:23 323:6 323:13,22 349:7,11 351:13 352:5 359:3 360:3
**tomo**  134:22,23

**tomorrow** 345:15
**ton**  211:25
**took**  40:14 48:15,21,23,23 48:25 61:8 89:17 96:1,5,7 97:8 98:1 103:13 106:9 106:11,15 107:15 153:12 184:16 186:14 203:25 227:25 233:3 240:24 249:1 251:10 257:21 258:16 260:8 262:1 263:5 300:16 323:20 352:19 352:22 353:9 354:8 355:4,10
**tool**  246:11
**top**  90:21 91:5 95:12 174:17 208:19 220:9 247:9 249:8 253:5 255:22 284:23 323:4
**topics**  333:2 339:25
**total**  22:21 23:11 273:9
**totally**  43:16 125:24 148:23

211:16 217:14 273:11 358:3
**touch**  299:12
**towards**  43:15 52:22 296:21
**tracking**  24:11
**trade**  30:11 187:19 241:1 290:11
**traded**  251:8
**trader**  117:15 118:18 273:13
**trades**  186:8
**trading**  18:25 26:3 29:17 47:7,12 81:8 86:3 243:11,11 244:2 246:11 252:2
**traditional** 41:21 43:3 47:12 118:19
**transact**  187:22
**transaction** 27:12 28:2,12 45:15 46:3,16 47:10 66:21 69:3 72:22 73:8 74:3,5 81:10,18 82:8 107:1 109:23 117:25 148:17 162:14 163:14 170:19 171:2

180:25 186:19 187:25 188:4,6 188:7 218:15 222:20 223:11 236:18 239:12 240:6,14,18,20 242:1 243:1,14 255:20 256:1,5 256:14,25 257:21 260:15 360:9
**transactions** 44:25 45:7,22 61:8 62:9 70:2 71:12 77:1 116:22 117:13 117:22 118:16 119:9 142:25 146:14 162:19 162:23 186:16 186:18 188:5 232:18 236:10 251:24 252:1 295:19 309:18 311:2,7,20 312:5 316:1 328:12,17,24 333:19,22,24 334:2 357:19
**transacts**  161:4
**transcript** 332:2 364:11 364:14 366:5,7 367:6,19

Page 81

CONFIDENTIAL

[vague - wallet]

259:13 261:23
263:23,25
265:25 268:5
272:18 278:15
281:20 282:10
282:19 284:10
285:4 292:8
294:21 305:19
307:7 309:20
311:21 314:13
315:6,21 316:2
323:3,10,16
328:19 330:11
333:12,20
334:13 337:20
339:21 346:24
348:6,12,18
349:4,19
350:11 351:9
355:9,13
357:17
**vaguely**  90:12
90:13
**valey**  308:4
**valid**  148:14
**value**  5:6 7:3
17:24,25 32:8
32:15 108:2,5
108:10,19
110:17,20
111:1 113:4
114:1 208:20
223:15 234:9
358:9

**values**  109:8
**variety**  16:3
**various**  32:8
43:5 81:5
208:2 210:2
211:7 214:4
**vary**  31:18
243:15
**veley**  133:21
**verbally**  110:14
239:6 302:12
302:14
**verified**  38:1,6
**verify**  38:1
367:9
**verifyinvesto...**
220:10
**veritext**  10:22
367:14,23
**veritext.com.**
367:15
**version**  324:22
**versus**  10:14
88:12 183:19
**video**  1:13 10:9
10:12 302:16
332:6,9 334:4
334:6,15
**videoconfere...**
10:20
**videographer**
3:22 10:2,8,22
11:11,16 60:2
60:7 116:7,10

116:15 138:9
138:12,15
152:19,25
153:4 189:4,8
230:17,23
253:19,24
276:10,15
307:16,21
320:16 355:20
355:24 356:2
363:8,10
**view**  246:11
252:2
**violated**  358:19
**violations**
340:9,16,24
**vip**  9:17 89:6
99:11 103:6
112:14 164:25
165:13 167:20
168:1,8 172:19
173:2,10,25
186:25 188:2
189:13 190:6
190:20,22
191:2 195:6,14
202:14 205:21
218:20,21
234:12 244:7
**vips**  99:14
**visible**  27:18
**voce**  50:17
124:16 139:15
143:20 164:23

206:15 210:12
265:6 268:16
271:5 304:21
305:23 307:9
326:18
**volatile**  34:5,11
34:16,18,24
**voluntarily**
19:19,21
**vote**  332:17

**w**

**w**  243:4
**wait**  116:4
180:16 185:1
225:3 265:2
359:13
**waiting**  68:16
73:25 97:1
103:5
**walk**  155:20
**walked**  97:16
**walking**  91:11
236:10
**wallet**  5:11
122:4 216:13
216:21 217:5
247:14 308:14
308:17,22
321:22 322:2,8
322:10 328:11
328:17,24
336:11

Page 85