# Exhibit A

# Exhibit A

 **Outlook**

---

**Re: NOTICE OF INTENT: Cress v. Nexo Dieter Stenger**

---

**From** James Taylor-Copeland <james@taylorcopelandlaw.com>

**Date** Fri 5/22/2026 4:57 PM

**To** Shelton, Ian <Ian.Shelton@bakermckenzie.com>

**Cc** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>

Hi Ian,

We will need some time to evaluate your insert. We will get back to you early next week with any revisions.

Have a nice weekend.

James

On Fri, May 22, 2026 at 4:27 PM Shelton, Ian <Ian.Shelton@bakermckenzie.com> wrote:

> James and Max,
>
> Here is Nexo's insert for the Stenger motion to quash or for protective order. Please send us your exhibits A and B and let us know if we have your approval to file this one.
>
> Thanks,
>
> Ian
>
> **Ian Shelton**
>
> Partner, Litigation
>
> Baker & McKenzie LLP
>
> 800 Capitol, Suite 2100
>
> Houston, Texas 77002
>
> United States
>
> Dir: +1 713 427 5029
>
> Tel: +1 713 427 5000
>
> ian.shelton@bakermckenzie.com



[bakermckenzie.com](bakermckenzie.com) | [Facebook](Facebook) | [LinkedIn](LinkedIn) | [X](X)

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit [www.bakermckenzie.com/disclaimers](www.bakermckenzie.com/disclaimers) for other important information concerning this message.

---

**From:** James Taylor-Copeland <[james@taylorcopelandlaw.com](james@taylorcopelandlaw.com)>
**Sent:** Monday, May 11, 2026 6:15 PM
**To:** Rawlinson, Matthew <[Matthew.Rawlinson@bakermckenzie.com](Matthew.Rawlinson@bakermckenzie.com)>; Harreveld, Adrienne <[Adrienne.Harreveld@bakermckenzie.com](Adrienne.Harreveld@bakermckenzie.com)>; Max Ambrose <[maxambrose@taylorcopelandlaw.com](maxambrose@taylorcopelandlaw.com)>
**Cc:** Shelton, Ian <[Ian.Shelton@bakermckenzie.com](Ian.Shelton@bakermckenzie.com)>; Dooley, Kirsten <[Kirsten.Dooley@bakermckenzie.com](Kirsten.Dooley@bakermckenzie.com)>; Garza, Iliana <[Iliana.Garza@bakermckenzie.com](Iliana.Garza@bakermckenzie.com)>
**Subject:** [EXTERNAL] Re: NOTICE OF INTENT: Cress v. Nexo Dieter Stenger

Hi Matthew,

Attached please find our portion of a Joint Letter Brief asking the Court to quash the subpoena to Mr. Stenger. Please confirm that you agree that compliance with the subpoena is stayed until the Court rules on the Joint Letter.

We reserve the right to make further revisions to our portion of the Joint Letter.

Best regards

James

---

**From:** Rawlinson, Matthew <[Matthew.Rawlinson@bakermckenzie.com](Matthew.Rawlinson@bakermckenzie.com)>
**Date:** Friday, May 8, 2026 at 1:31 PM
**To:** James Taylor-Copeland <[james@taylorcopelandlaw.com](james@taylorcopelandlaw.com)>; Harreveld, Adrienne <[Adrienne.Harreveld@bakermckenzie.com](Adrienne.Harreveld@bakermckenzie.com)>; Max Ambrose <[maxambrose@taylorcopelandlaw.com](maxambrose@taylorcopelandlaw.com)>
**Cc:** Shelton, Ian <[Ian.Shelton@bakermckenzie.com](Ian.Shelton@bakermckenzie.com)>; Dooley, Kirsten

<[Kirsten.Dooley@bakermckenzie.com](mailto:Kirsten.Dooley@bakermckenzie.com)>; Garza, Iliana <[Iliana.Garza@bakermckenzie.com](mailto:Iliana.Garza@bakermckenzie.com)>
**Subject:** RE: NOTICE OF INTENT: Cress v. Nexo Dieter Stenger

James,


We have already agreed not to seek documents from Mr. Stenger at this time. We do not think it is appropriate, and we will not agree in advance, to limit the topics for the deposition. You are free to make any objections you deem necessary during the deposition, and can of course designate the transcript confidential under the protective order. We reserve all rights to ask Mr. Stenger questions regarding any documents produced in this case.


If you would like to discuss further, please let us know. But we plan to proceed with the deposition as noticed.


Thanks.


**Matthew Rawlinson**

Partner, Litigation

Baker & McKenzie LLP

800 Capitol, Suite 2100

Houston, Texas 77002

United States

Tel: +1 713 427 5000

Dir: +1 713 427 5067

[matthew.rawlinson@bakermckenzie.com](mailto:matthew.rawlinson@bakermckenzie.com)





[bakermckenzie.com](http://bakermckenzie.com) | [Facebook](#) | [LinkedIn](#) | [X](#) | [vcard](#)


This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit [www.bakermckenzie.com/disclaimers](http://www.bakermckenzie.com/disclaimers) for other important information concerning this message.

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Thursday, May 7, 2026 11:19 AM
**To:** Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** [EXTERNAL] Re: NOTICE OF INTENT: Cress v. Nexo Dieter Stenger

Hi Adrienne,

Following up here. Can you please let us know Nexo's position by the end of the week.

Thanks

James

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Date:** Monday, May 4, 2026 at 5:11 PM
**To:** Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** Re: NOTICE OF INTENT: Cress v. Nexo Dieter Stenger

Hi Adrienne,

As you know, Plaintiff is no longer pursuing tax damages in this action. Accordingly, we believe a subpoena directed to Mr. Stenger risks invading Plaintiff's privacy rights and seeking information that is not relevant or proportional to the needs of the case.

That said, in an effort to avoid unnecessary motion practice, Plaintiff will not object to the subpoena so long as any examination of Mr. Stenger is limited to: (1) Nexo and the NEXO Token; and (2) Mr. Stenger's high-level understanding, if any, of Plaintiff's available assets during the period March 1, 2021 through June 30, 2021. For the avoidance of doubt, Plaintiff objects to any questioning concerning Plaintiff's taxes, tax returns, tax reporting, or the preparation thereof,

including from 2022 onward.  Please confirm that this is agreeable. Otherwise, we will need to raise this issue with the Court.

Plaintiff reserves all rights and objections, including as to relevance, proportionality, privacy, privilege, and the scope of any questioning at the deposition.

Best regards,

James

---

**From:** Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>
**Date:** Friday, May 1, 2026 at 11:51 AM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** NOTICE OF INTENT: Cress v. Nexo Dieter Stenger

Counsel,

Attached please find a Notice of Intent to serve a subpoena to Dieter Stenger individually. We are no longer deposing his accounting firm. This is to Stenger individually, without a request for documents, and under the same parameters as other depositions (3 hours for Nexo and 1 hour for Cress).

Thank you,

Adrienne

**Adrienne Harreveld**

Baker & McKenzie LLP

830 Brickell Plaza, Suite 3100

Miami, FL 33131

Direct: +1 305 789 8948

adrienne.harreveld@bakermckenzie.com



This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

--
James Taylor-Copeland
Law Offices of James Taylor-Copeland
Phone: (619) 734-8770
Email: James@TaylorCopelandLaw.com
Web: www.TaylorCopelandLaw.com