UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CRESS,

          Plaintiff,

    v.

NEXO CAPITAL INC.,

          Defendant.

Case No.  23-cv-00882-TSH

**DISCOVERY ORDER**

Re: Dkt. No. 121

The joint discovery letter brief at ECF No. 121 cites several exhibits, but it seems the parties failed to attach them.  The Court **ORDERS** the parties to file the exhibits no later than tomorrow.

**IT IS SO ORDERED.**

Dated: June 9, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California