# EXHIBIT B

## Harreveld, Adrienne

| | |
|---|---|
| **From:** | James Taylor-Copeland <james@taylorcopelandlaw.com> |
| **Sent:** | Friday, May 22, 2026 6:03 PM |
| **To:** | Shelton, Ian; Rawlinson, Matthew; Dooley, Kirsten; Harreveld, Adrienne; Garza, Iliana; Zinecker, Katie; Harris, Jessica |
| **Cc:** | Max Ambrose |
| **Subject:** | Re: [EXTERNAL] Re: Cress v. Nexo - Plaintiff's Interrogatory No. 6 |

Thanks, Ian.
If it's so clear that the net worth calculation in the referenced document is Nexo's net worth then it should be straightforward for it to state its net worth in the Rog response.

As you know, Mr. Greaves has verified Nexo's discovery responses (included the latest Omnibus responses). Those responses often contradict each other and Plaintiff is entitled to investigate the basis for the responses.

Thanks

James

Get Outlook for iOS

---

**From:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Sent:** Friday, May 22, 2026 2:11:06 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>; Zinecker, Katie <Katie.Zinecker@bakermckenzie.com>; Harris, Jessica <Jessica.Harris@bakermckenzie.com>
**Cc:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Subject:** RE: [EXTERNAL] Re: Cress v. Nexo - Plaintiff's Interrogatory No. 6

James,

Have you read the cross-referenced document, NEXO-0369704?  It contains an explicit "NET WORTH CALCULATION."

Regarding your request to depose Augustus Greaves, please explain why you think he is relevant to this litigation and why his deposition is warranted. We note that this is the first time you have raised deposing Mr. Greaves, and we are in the middle of scheduling a large number of expert depositions for June.

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com

