# EXHIBIT C

**VERIFICATION**

On behalf of Nexo Capital Inc., I declare under penalty of perjury under the laws of the United States, that I have read the Defendant's Omnibus Amended Objections and Responses to Plaintiff's Interrogatories, in *Cress v. Nexo Capital Inc.*, Case No. 3:23-cv-00882-TSH, and state that the answers are true and correct to the best of my knowledge, information and belief, based upon my personal knowledge of such matters, upon my discussions with persons known or believe by me to have personal knowledge of such matters, or upon my review of documents and records relating to such matters.

On behalf of Nexo Capital Inc.:

Signed by:

*Augustus Greaves*

CF546A9791D8427...

Signature

Augustus Greaves

Name

Director

Title