UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CRESS,

          Plaintiff,

    v.

NEXO CAPITAL INC.,

          Defendant.

Case No.  23-cv-00882-TSH

**DISCOVERY ORDER**

Re: Dkt. Nos. 121, 123

Nexo's motion to quash the deposition notice to Augustus Greaves is **DENIED**.  However, the deposition may be conducted remotely and shall be limited to four hours.

**IT IS SO ORDERED.**

Dated: June 11, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California