# EXHIBIT B

| From: | Max Ambrose <maxambrose@taylorcopelandlaw.com> |
|---|---|
| Sent: | Tuesday, May 19, 2026 1:08 PM |
| To: | Shelton, Ian |
| Cc: | James Taylor-Copeland; Rawlinson, Matthew; Dooley, Kirsten; Harreveld, Adrienne; Garza, Iliana; Zinecker, Katie |
| Subject: | [EXTERNAL] Re: Privilege Log Request re February 27, 2023 to March 7, 2023 |
| Attachments: | 2026.5.19 - Cress v. Nexo - Notice of Issuance of Subpoena to Eversheds.pdf |

| Follow Up Flag: | Follow up |
|---|---|
| Flag Status: | Flagged |

Ian,

Please see the attached Notice.

Best regards,

Max

On Tue, May 19, 2026 at 7:17 AM Shelton, Ian <Ian.Shelton@bakermckenzie.com> wrote:

> James,
>
> Nexo declines to supplement its privilege log as you request below. We note that your client has logged nothing after October 26, 2021.
>
> **Ian Shelton**
> Partner, Litigation
> Baker & McKenzie LLP
> 800 Capitol, Suite 2100
> Houston, Texas 77002
> United States
>
> Dir: +1 713 427 5029
> Tel: +1 713 427 5000
> ian.shelton@bakermckenzie.com
>
>
>
> bakermckenzie.com | Facebook | LinkedIn | X

1

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Friday, May 15, 2026 11:42 AM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>; Zinecker, Katie <Katie.Zinecker@bakermckenzie.com>
**Cc:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Subject:** [EXTERNAL] Re: Privilege Log Request re February 27, 2023 to March 7, 2023

Hi Ian,

Following up on this. Please let us know your position by next Monday.

Thanks

James

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Date:** Wednesday, April 22, 2026 at 3:54 PM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>; Zinecker, Katie <Katie.Zinecker@bakermckenzie.com>
**Cc:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Subject:** Re: Privilege Log Request re February 27, 2023 to March 7, 2023

Hi Ian,

Given Nexo's implementation of retention/deletion policies in early March 2023, the timing of when Nexo first learned of this action is relevant. The Complaint was filed on February 27, 2023 and we provided you with a copy of the Complaint on February 28, 2023. Accordingly, to the extent Nexo or its counsel exchanged communications regarding the filing of this lawsuit during February 27, 2023 through March 7, 2023, those communications should be reflected on Nexo's privilege log.

To be clear, we are not seeking the contents of any privileged communications, only their inclusion on the log. Because this request is limited to an eight-day period, the burden should be slight.

Thanks,

James

**From:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Date:** Wednesday, April 22, 2026 at 1:32 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>; Zinecker, Katie <Katie.Zinecker@bakermckenzie.com>
**Cc:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Subject:** Re: Privilege Log Request re February 27, 2023 to March 7, 2023

James,

We don't see the relevance or need, but could you please explain why you are making this demand? My recollection is that Cress did not log any communications with anyone after October 26, 2021, and certainly not with counsel.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Wednesday, April 22, 2026 2:08:26 PM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>; Zinecker, Katie <Katie.Zinecker@bakermckenzie.com>
**Cc:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Subject:** [EXTERNAL] Privilege Log Request re February 27, 2023 to March 7, 2023

Counsel,

Please let us know whether Nexo is willing to include on its privilege log communications between Nexo and its counsel from February 27, 2023 through March 7, 2023.

If not, we intend to raise the issue with the Court and/or subpoena Eversheds.

Best regards

James


--

Taylor-Copeland Law

maxambrose@taylorcopelandlaw.com

501 W. Broadway Suite 800

San Diego, CA 92101

Phone: (602) 570-2656

www.taylorcopelandlaw.com