# EXHIBIT C

EVERSHEDS
SUTHERLAND

Valerie S. Sanders
Eversheds Sutherland (US) LLP
600 Peachtree St. NE, Ste. 5200
Atlanta, GA 30308

D: +1 404.853.8168
valeriesanders@eversheds-sutherland.com

June 2, 2026

**BY EMAIL**

James Taylor-Copeland (james@taylorcopelandlaw.com)
501 W. Broadway, Ste. 800
San Diego, CA 92101

Re:    *John Cress v. Nexo Capital, Inc.*, United States District Court, Northern District of California, C.A. No. 23-cv-00882-TSH
Subpoena to Eversheds Sutherland (US) LLP

Dear Mr. Taylor-Copeland:

I write to assert Eversheds Sutherland (US) LLP ("Eversheds Sutherland")'s objections to the subpoena sent to it in the referenced action. Please note that although we received an email copy of the subpoena from Max Ambroser on May 19, 2026, we do not have a record of being served.  Nevertheless, we hereby assert the objections outlined below, which are in addition to those asserted in Ian Shelton's May 22, 2026 letter to you.

The subpoena seeks certain correspondence between the firm and Nexo Capital, Inc., a former client of our firm, concerning Mr. Cress and/or the referenced action. As you are aware, Eversheds Sutherland is no longer counsel to Nexo Capital in the referenced action. Mr. Shelton, who continues to represent Nexo Capital, has moved to the firm of Baker & McKenzie LLP. We understand that Nexo Capital has, by Mr. Shelton's letter, asserted among other objections that the documents sought by the subpoena are protected by the attorney-client privilege and/or the work product doctrine.

In connection with Mr. Shelton's move, Eversheds Sutherland transferred to Baker & McKenzie files for the referenced action, including Mr. Shelton's emails, in accordance with instructions we received at the time. It would impose an undue burden on Eversheds Sutherland, which is a non-party to the pending action, to require the firm to investigate the extent to which it may still have access to additional copies of documents already provided to Mr. Shelton at Baker & McKenzie, much less to review any such documents for privilege and responsiveness and/or to prepare a privilege log. Any further discussions or proceedings with respect to the privilege claim will by necessity include Nexo's current counsel. To require Eversheds Sutherland to take further action under the circumstances would be unwarranted and unduly burdensome, and Eversheds Sutherland objects to the subpoena, including its instructions (and, in particular, instruction numbers 5-8), on that basis.

The firm reserves its rights to supplement its objections and to seek relief from the Court if necessary.

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland.  For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

**EVERSHEDS SUTHERLAND**

Please direct any further correspondence regarding this matter to me.

Sincerely,

*Vali S. Sal*

Valerie S. Sanders

c:      Ian S. Shelton

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland.  For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.