# EXHIBIT G

**Wednesday, June 10, 2026 at 8:33:05 PM Pacific Daylight Time**

**Subject:** RE: Cress v. Nexo, Case No. 3:23-cv-00882
**Date:** Tuesday, March 7, 2023 at 8:47:16 AM Pacific Standard Time
**From:** Shelton, Ian
**To:** James Taylor-Copeland, Bahar, Michael
**CC:** maxambrose@taylorcopelandlaw.com

Hi James,

Thanks for your patience while we got in touch with Nexo – we are still waiting to hear back on a few issues. I can confirm that our firm represents Nexo in the matter. Would you be available for a call on Friday, March 10 at 1p PT to discuss service, responsive pleading deadline, and get your perspective on the case?

Best,
Ian

Ian Shelton | Partner | T: +1.512.721.2714

---

**From:** Shelton, Ian
**Sent:** Tuesday, February 28, 2023 9:04 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Bahar, Michael <MichaelBahar@eversheds-sutherland.us>
**Cc:** maxambrose@taylorcopelandlaw.com
**Subject:** RE: Cress v. Nexo, Case No. 3:23-cv-00882

Hi James,

We will reach out to Nexo and will be in touch.

Ian Shelton | Partner | T: +1.512.721.2714

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Tuesday, February 28, 2023 2:51 PM
**To:** Bahar, Michael <MichaelBahar@eversheds-sutherland.us>; Shelton, Ian <IanShelton@eversheds-sutherland.us>
**Cc:** maxambrose@taylorcopelandlaw.com
**Subject:** Cress v. Nexo, Case No. 3:23-cv-00882

[EXTERNAL]

Hi Michael and Ian,
I hope you are well.  We represent John Cress in the above referenced case.  Please let us know if you are authorized to accept service on behalf of the Defendants.

Best regards

James

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.