# Exhibit A

# Exhibit A

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000001 | PRIV-0000001 | | | Dinca, Octavian; Hristov, Hristiyan Yordanov; Stanev, Kaloyan Mariyanov | 0 | ### | legal-retail-sales-2022-07-19-001.rsmf | Bianca <bianca@nexo.io> | legal-retail-sales | Bianca <bianca@nexo.io> [bianca@nexo.io] | yasen <yasen@nexo.io> [yasen@nexo.io];Mariusz <mariusz@nexo.io> [mariusz@nexo.io];Bianca <bianca@nexo.io> [bianca@nexo.io];Pavel Krastev <pavel@nexo.io> [pavel@nexo.io];Alexander Sardanov <alexander.sardanov@nexo.io> [alexander.sardanov@nexo.io];Marina <marina@nexo.io> [marina@nexo.io];Octavian <octavian@nexo.io> [octavian@nexo.io];Kiril Lozanov <kiril.lozanov@nexo.io> [kiril.lozanov@nexo.io];Nikolai Vuldjev <nicolai.vuldjev@nexo.io> [nicolai.vuldjev@nexo.io];Rosen Kostov <rosen.kostov@nexo.io> [rosen.kostov@nexo.io];Borislav Vatkov <borislav.vatkov@nexo.io> [borislav.vatkov@nexo.io];Kaloya n Nikolov <kaloyan.nikolov@nexo.io> [kaloyan.nikolov@nexo.io];Ivailo Iliev <ivailo.iliev@nexo.io> [ivailo.iliev@nexo.io];Georgi Gochev <georgi.gochev@nexo.io> [georgi.gochev@nexo.io];Pres <presiyan.rashkov@nexo.io> [presiyan.rashkov@nexo.io];Stef an Danielov | | | | Attorney-Client; Attorney Work Product | Slack inquiry with in-house counsel (Bianca Veleva) reflecting and providing legal advice regarding Liquidation Relief Program | Nexo has designated PRIV-0000001 as privileged, but this is a Slack channel message distributed to approximately 45 recipients. The breadth of this distribution is fundamentally inconsistent with the maintenance of attorney-client privilege. Disclosure to this many individuals—the vast majority of whom have no demonstrated need for legal advice in connection with their job functions—constitutes a waiver of any privilege that may have attached. Nexo is required to: (1) identify the Slack channel name; (2) identify which, if any, participants are attorneys; (3) explain how privilege was maintained given the wide distribution; and (4) demonstrate that the primary purpose of this communication was to seek or provide legal advice rather than business discussion. Absent such a showing, Plaintiff demands production of this document. | [Category D (Project Management Notifications / Slack Messages)] This Slack channel communication was distributed to approximately 45 non-attorney participants. Dissemination to such a broad audience constitutes waiver of any privilege that may have existed. Plaintiff demands production of PRIV-0000001. |
| PRIV-0000003 | PRIV-0000003 | | | Dinca, Octavian | 0 | ### | C0834PVCX63-2024-12-20-001.rsmf | Rosen Kostov <rosen.kostov@nex o.io> | C0834PVCX63 | Rosen Kostov <rosen.kostov@nexo.io> [rosen.kostov@nexo.io] | Octavian <octavian@nexo.io> [octavian@nexo.io];Kiril Lozanov <kiril.lozanov@nexo.io> [kiril.lozanov@nexo.io];Rosen Kostov <rosen.kostov@nexo.io> [rosen.kostov@nexo.io];Kaloyan Nikolov <kaloyan.nikolov@nexo.io> [kaloyan.nikolov@nexo.io];Georgi Gochev <georgi.gochev@nexo.io> [georgi.gochev@nexo.io];Petya Asenova <petya.asenova@nexo.com> | | | | Attorney-Client; Attorney Work Product | Slack inquiry with in-house counsel (Rosen Kostov) providing and reflecting legal advice regarding VIP relationship program | Nexo has designated PRIV-0000003 as privileged, but the metadata for this Slack message identifies no attorney among the participants. The privilege log description claims in-house counsel involvement, but no attorney email address appears in the sender or recipient fields. Nexo is required to: (1) identify the Slack channel name; (2) identify the specific attorney who participated in or received this communication; (3) explain the basis for the privilege designation given the absence of any identifiable attorney in the metadata. Absent such a showing, Plaintiff demands production of this document. | [Category A (Non-Attorneys Misidentified as Counsel)] The newly disclosed Author field identifies Rosen Kostov as the author of this document. Our research of the Bulgarian Unified Register of Lawyers shows Rosen Kostov is not a licensed attorney. Nexo's characterization of this document as involving "in-house counsel" is contradicted by its own metadata. This Slack channel communication was distributed to approximately 12 non-attorney participants. Dissemination to such a broad audience constitutes waiver of any privilege that may have existed. Plaintiff demands production of PRIV-0000003. |
| PRIV-0000004 | PRIV-0000004 | NEXO-0248128 | NEXO-0248128 | Nexo Corporate Records | 0 | ### | 2021.10.26 - Letter to Nexo re John Cress.docx | | | | | | | | Attorney-Client; Attorney Work Product | CLAWBACK: Document with privileged commentary from in-house counsel and inquiries directed to outside counsel; additional commentary by Mr. Hristov prepared at the request of in-house and outside counsel, and shared with in-house and outside counsel | | |
| PRIV-0000005 | PRIV-0000005 | NEXO-0248516 | NEXO-0248516 | Hristov, Hristiyan Yordanov | 0 | ### | 2021.10.26 - Letter to Nexo re John _1KqHZ4OvFucG2lCVJ5nLISeP d27i758_eZiZNvEcItWl.docx | | | | | | | | Attorney-Client; Attorney Work Product | CLAWBACK: Document with privileged commentary from in-house counsel and inquiries directed to outside counsel; additional commentary by Mr. Hristov prepared at the request of in-house and outside counsel, and shared with in-house and outside counsel | | |
| PRIV-0000006 | PRIV-0000006 | | | Hristova, Magdalena Damyanova | 0 | ### | Non-US and US Clients Bonus Dividend | | Non-US and US Clients Bonus Dividend | Google Docs <comments-noreply@docs.google.com> | magdalena@nexo.io | | | | Attorney-Client | Email from in-house counsel providing legal advice regarding bonus dividends. | Nexo has designated PRIV-0000006 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000006. |
| PRIV-0000007 | PRIV-0000007 | | | Hristova, Magdalena Damyanova | 0 | ### | Accredited_investors - Invitation to edit | | Accredited_investors - Invitation to edit | Magdalena Hristova (via Google Docs) <drive-shares-noreply@google.c | bianca@nexo.io | | drive-shares-noreply@google.c | | Attorney-Client | Email to in-house counsel requesting legal advice regarding accredited investors. | | |
| PRIV-0000008 | PRIV-0000008 | | | Hristov, Hristiyan Yordanov | 0 | ### | Re: FW: Dividend Question | | Re: FW: Dividend Question | Silvi Angelov <silvi@nexo.io> | Bianca Veleva <bianca@nexo.io> | Viktor Dimov <viktor@nexo.io>; Hristiyan Hristov <hristiyan@nexo.io>; Nikola | | | Attorney-Client | Email to in-house counsel requesting legal advice regarding bonus dividend. | | |
| PRIV-0000009 | PRIV-0000009 | | | Hristov, Hristiyan Yordanov | 0 | ### | Re: Dividend Question | | Re: Dividend Question | Bianca Veleva <bianca@nexo.io> | Silvi Angelov <silvi@nexo.io>; Nikola Georgiev <nikola@nexo.io> | Viktor Dimov <viktor@nexo.io>; Hristiyan Hristov <hristiyan@nexo.io> | | | Attorney-Client | Email to in-house counsel requesting legal advice regarding bonus dividend. | | |
| PRIV-0000010 | PRIV-0000010 | | | Kostadinov, Lyubcho Georgiev | 0 | ### | Re: Earn in NEXO tokens - Release | Elitsa Taskova <elitsa@nexo.io> | Re: Earn in NEXO tokens - Release | Mariusz | Nexo <mariusz@nexo.io> | Bianca Veleva <bianca@nexo.io>; Mia Agova <mia@nexo.io>; Lyubcho Kostadinov <lyubcho@nexo.io>; Trayan Nikolov <trayan@nexo.io>; Joro Yordanov <joro@nexo.io>; Inna Valerieva <inna@nexo.io>; Katerina Harizanova <katerina@nexo.io>; Nikola Georgiev <nikola@nexo.io> | | | Attorney-Client | Email discussing legal advice with in-house counsel Bianca Veleva and reflecting legal advice regarding Nexo Earn Product. | Nexo has designated PRIV-0000010 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication along with several other employees—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands | [Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient. Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000010. |
| PRIV-0000011 | PRIV-0000011 | | | Hristov, Hristiyan Yordanov | 0 | ### | Re: Turn NEXO from a security into a utility token | | Re: Turn NEXO from a security into a utility token | Mariusz | Nexo <mariusz@nexo.io> | George Manolov <george@nexo.io> | Bianca Veleva <bianca@nexo.io>; Trayan Nikolov <trayan@nexo.io>; Simeon Rusanov <simeon.rusanov@nexo.io>; Silvi Angelov <silvi@nexo.io>; Elitsa Taskova <elitsa@nexo.io>; Nikola Georgiev <nikola@nexo.io>; Hristiyan Hristov <hristiyan@nexo.io> | | | Attorney-Client | Email requesting legal advice from in-house counsel Bianca Veleva regarding Nexo Token. | Nexo has designated PRIV-0000011 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication along with several other employees—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands | [Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient. Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000011. |
| PRIV-0000012 | PRIV-0000012 | | | Rakshiev, Alexander Nikolaev | 0 | ### | Re: Urgent matter, needs resolution - request (#247816) | Alexander Rakshiev <alexander.rakshiev@nexo.io> | Re: Urgent matter, needs resolution - request (#247816) | Legal Department | Nexo <legal@nexo.io>; Petar Marinov <petar@nexo.io>; Mariusz Winiarczyk <mariusz@nexo.io> | | bianca@nexo.io | | Attorney-Client | Email to in-house counsel requesting legal advice regarding client liquidation. | | |
| PRIV-0000013 | PRIV-0000013 | | | Trenchev, Antoni | 5 | ### | Nexo - SEC Financial Statement Requirements | | Nexo - SEC Financial Statement Requirements | "Mahon, John" <john.mahon@srz.com> | "Mahon, John" <john.mahon@srz.com>; antoni@nexo.com; Nadezhda Krasteva <nadezhda@nexo.io> | "Kowalski, Xavier" <xavier.kowalski@srz.com> | | | Attorney-Client | Calendar invite from outside counsel to provide legal advice regarding SEC financial statement requirements. | | |
| PRIV-0000014 | PRIV-0000014 | | | Kostadinov, Lyubcho Georgiev; Rakshiev, Alexander Nikolaev; Stanev, Tom Mariyanov | 0 | ### | Re: NEXO Tokens Daily Interest | George Manolov <george@nexo.io> | Re: NEXO Tokens Daily Interest | Mariusz | Nexo <mariusz@nexo.io> | Elitsa Taskova <elitsa@nexo.io>; Alexander Rakshiev <alexander.rakshiev@nexo.i o>; Bianca Veleva <bianca@nexo.io>; Martin Manolov <martin@nexo.io>; Nikola Georgiev <nikola@nexo.io>; Lyubcho Kostadinov <lyubcho@nexo.io>; Tom Stanev <tom@nexo.io>; Katerina Harizanova <katerina@nexo.io> | | | Attorney-Client | Email requesting legal advice from in-house counsel Bianca Veleva regarding Nexo Token. | Nexo has designated PRIV-0000014 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication along with several other employees—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands | [Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient. Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000014. |
| PRIV-0000015 | PRIV-0000015 | | | bizdev.replies@nexo.io; Dinca, Octavian; Rakshiev, Alexander Nikolaev | 0 | ### | Fwd: | | Fwd: | Octavian Dinca <octavian@nexo.io> | Viktor Dimov <viktor@nexo.io>; Bianca Veleva <bianca@nexo.io>; Alexander Rakshiev | | BizDev Replies <bizdev.replies@n exo.io> | | Attorney-Client | Email to in-house counsel requesting legal advice regarding client liquidation. | | |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000016 | PRIV-0000016 | | | Kostadinov, Lyubcho Georgiev; Rakshiev, Alexander Nikolaev; Stanev, Tom Mariyanov | 0 | ### | Re: NEXO Tokens Daily Interest | | Re: NEXO Tokens Daily Interest | Elitsa Taskova <elitsa@nexo.io> | Bianca Veleva <bianca@nexo.io> | George Manolov <george@nexo.io>; Mariusz I Nexo <mariusz@nexo.io>; Alexander Sardanov <alexander.sardanov@nexo.io>; Alexander Rakshiev <alexander.rakshiev@nexo.io>; Martin Manolov <martin@nexo.io>; Nikola Georgiev <nikola@nexo.io>; Lyubcho Kostadinov <lyubcho@nexo.io>; Tom Stanev <tom@nexo.io>; Katerina Harizanova <katerina@nexo.io> | | | Attorney-Client | Email to in-house counsel (Bianca Veleva) requesting legal advice regarding NEXO Token. | | |
| PRIV-0000017 | PRIV-0000017 | | | Kostadinov, Lyubcho Georgiev; Rakshiev, Alexander Nikolaev; Stanev, Tom Mariyanov | 0 | ### | Re: NEXO Tokens Daily Interest | | Re: NEXO Tokens Daily Interest | Nikola Georgiev <nikola@nexo.io> | Bianca Veleva <bianca@nexo.io> | Elitsa Taskova <elitsa@nexo.io>; Bozhidar Dobrev <bozhidar.dobrev@nexo.io>; George Manolov <george@nexo.io>; Mariusz I Nexo <mariusz@nexo.io>; Alexander Sardanov <alexander.sardanov@nexo.io>; Alexander Rakshiev <alexander.rakshiev@nexo.io>; Martin Manolov <martin@nexo.io>; Lyubcho Kostadinov <lyubcho@nexo.io>; Tom Stanev <tom@nexo.io>; Katerina Harizanova <katerina@nexo.io> | | | Attorney-Client | Email to in-house counsel requesting legal advice regarding NEXO Token. | | |
| PRIV-0000018 | PRIV-0000018 | | | Kostadinov, Lyubcho Georgiev; Rakshiev, Alexander Nikolaev; Stanev, Tom Mariyanov | 0 | ### | Re: NEXO Tokens Daily Interest | | Re: NEXO Tokens Daily Interest | Bianca Veleva <bianca@nexo.io> | Nikola Georgiev <nikola@nexo.io> | Elitsa Taskova <elitsa@nexo.io>; Bozhidar Dobrev <bozhidar.dobrev@nexo.io>; George Manolov <george@nexo.io>; Mariusz I Nexo <mariusz@nexo.io>; Alexander Sardanov <alexander.sardanov@nexo.io>; Alexander Rakshiev <alexander.rakshiev@nexo.io>; Martin Manolov <martin@nexo.io>; Lyubcho Kostadinov <lyubcho@nexo.io>; Tom Stanev <tom@nexo.io>; Katerina Harizanova <katerina@nexo.io> | | | Attorney-Client | Email from in-house counsel providing legal advice regarding NEXO Token. | | |
| PRIV-0000019 | PRIV-0000019 | | | Hristov, Hristiyan Yordanov | 1 | ### | Re: Dividends for the yellow group of peeps | | Re: Dividends for the yellow group of peeps | Viktor Dimov <viktor@nexo.io> | Hristiyan Hristov <hristiyan@nexo.io>; Silvi Angelov <silvi@nexo.io>; Trayan Nikolov <trayan@nexo.io> | Bozhidar Dobrev <bozhidar.dobrev@nexo.io>; Bianca Veleva <bianca@nexo.io> | | | Attorney-Client | Email requesting and reflecting legal advice from in-house counsel Bianca Veleva regarding Nexo Token. | Nexo has designated PRIV-0000019 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication sent to several employees—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands... | [Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient. Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000019. |
| PRIV-0000020 | PRIV-0000019 | | | Dinca, Octavian; Hristov, Hristiyan Yordanov; Kantchev, Kosta; Tonkov, Edward Todorov; Trenchev, Antoni | 0 | ### | US Accredited Investors.docx | Viktor Dimov | | | | | | | Attorney-Client | Document attached to email from in-house counsel providing legal advice regarding NEXO Tokens. | Nexo has designated PRIV-0000020 as privileged based on the contention that it is a "document attached to email from in-housecounsel providing legal advice regarding NEXO Tokens." This is insufficient to establish privilege. As an initial matter, it does not appear that the email this document was attached to was sent by an attorney. Moreover, a document is not privileged merely by virtue of being attached to an attorney email. Nexo must identify the author of the document and describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Otherwise,... | [Category E (Attachments to Challenged Emails)] The newly disclosed Author field identifies Viktor Dimov as the author of this document. Our research of the Bulgarian Unified Register of Lawyers confirms Viktor Dimov is not a licensed attorney. Nexo's characterization of this document as involving "in-house counsel" is contradicted by its own metadata. The All Custodian field confirms this document was held by Dinca, Octavian; Hristov, Hristiyan Yordanov; Kantchev, Kosta; Tonkov, Edward Todorov; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000020. |
| PRIV-0000021 | PRIV-0000021 | | | Hristov, Hristiyan Yordanov | 1 | ### | Re: Dividends for the yellow group of peeps | | Re: Dividends for the yellow group of peeps | Viktor Dimov <viktor@nexo.io> | Hristiyan Hristov <hristiyan@nexo.io> | Silvi Angelov <silvi@nexo.io>; Trayan Nikolov <trayan@nexo.io>; Bozhidar Dobrev <bozhidar.dobrev@nexo.io>; Bianca Veleva <bianca@nexo.io> | | | Attorney-Client | Email requesting and reflecting legal advice from in-house counsel Bianca Veleva regarding Nexo Token. | Nexo has designated PRIV-0000021 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely CC'd on this communication—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which... | [Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient. Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000021. |
| PRIV-0000022 | PRIV-0000021 | | | Hristov, Hristiyan Yordanov | 0 | ### | US Accredited Investors.pdf | Viktor Dimov | | | | | | | Attorney-Client | Document attached to email from in-house counsel providing legal advice regarding NEXO Tokens. | Nexo has designated PRIV-0000022 as privileged based on the contention that it is a "document attached to email from in-housecounsel providing legal advice regarding NEXO Tokens." This is insufficient to establish privilege. As an initial matter, it does not appear that the email this document was attached to was sent by an attorney. Moreover, a document is not privileged merely by virtue of being attached to an attorney email. Nexo must identify the author of the document and describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Otherwise,... | [Category E (Attachments to Challenged Emails)] The newly disclosed Author field identifies Viktor Dimov as the author of this document. Our research of the Bulgarian Unified Register of Lawyers confirms Viktor Dimov is not a licensed attorney. Nexo's characterization of this document as involving "in-house counsel" is contradicted by its own metadata. Plaintiff demands production of PRIV-0000022. |
| PRIV-0000023 | PRIV-0000023 | | | Hristov, Hristiyan Yordanov | 1 | ### | Re: Dividends for the yellow group of peeps | | Re: Dividends for the yellow group of peeps | Bianca Veleva <bianca@nexo.io> | Viktor Dimov <viktor@nexo.io>; Hristiyan Hristov <hristiyan@nexo.io> | Silvi Angelov <silvi@nexo.io>; Trayan Nikolov <trayan@nexo.io>; Bozhidar Dobrev <bozhidar.dobrev@nexo.io> | | | Attorney-Client; Attorney Work Product | Email from in-house counsel providing legal advice regarding NEXO Tokens. | | |
| PRIV-0000024 | PRIV-0000023 | | | Dinca, Octavian; Hristov, Hristiyan Yordanov; Kantchev, Kosta; Tonkov, Edward Todorov; Trenchev, | 0 | ### | US Accredited Investors - Updated.docx.pdf | | | | | | | | Attorney-Client | Document attached to email from in-house counsel providing legal advice regarding NEXO Tokens. | | |
| PRIV-0000025 | PRIV-0000025 | | | Rakshiev, Alexander Nikolaev | 1 | ### | Re: Liquidation relief agreement | | Re: Liquidation relief agreement | Alexander Rakshiev <alexander.rakshiev@nexo.io> | Viktor Dimov <viktor@nexo.io> | Mariusz Winiarczyk <mariusz@nexo.io>; Nikola Georgiev <nikola@nexo.io>; Bianca Veleva <bianca@nexo.io> | | | Attorney-Client | Email requesting and reflecting legal advice from in-house counsel regarding Nexo transactions. | Nexo has designated PRIV-0000025 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication along with several other employees—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands... | [Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient. Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000025. |
| PRIV-0000026 | PRIV-0000025 | | | Rakshiev, Alexander Nikolaev | 0 | ### | Inbox Mail - Nexo Liquidation Relief Program.pdf | | | | | | | | Attorney-Client | Email chain shared with in-house counsel to discuss liquidation relief issue | Nexo has designated PRIV-0000026 as privileged based on the contention that it is an email chain shared with in-house counsel to discuss liquidation relief issue." This is insufficient to establish privilege. A document is not privileged merely by virtue of being attached to an attorney email. Nexo must identify the author of the document and describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Otherwise,... | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Rakshiev, Alexander Nikolaev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000026. |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000028 | PRIV-0000028 | | | Hristova, Magdalena Damyanova | 0 | ### | Goverance Vote Restructured Blog | | Goverance Vote Restructured Blog | Google Docs <comments-noreply@docs.com> | magdalena@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice provided by in-house counsel regarding Nexo governance. | Nexo has designated PRIV-0000028 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000028. |
| PRIV-0000029 | PRIV-0000029 | | | Hristova, Magdalena Damyanova | 0 | ### | Goverance Vote Restructured Blog | | Goverance Vote Restructured Blog | Google Docs <comments-noreply@docs.com> | magdalena@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice provided by in-house counsel regarding Nexo governance. | Nexo has designated PRIV-0000029 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000029. |
| PRIV-0000036 | PRIV-0000036 | | | Stanev, Kaloyan Mariyanov | 0 | ### | Liquidation Relief - Nexo Tokens | | Liquidation Relief - Nexo Tokens | Google Docs <comments-noreply@docs.com> | kaloyan@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice provided by in-house counsel regarding liquidation relief. | Nexo has designated PRIV-0000036 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000036. |
| PRIV-0000037 | PRIV-0000037 | | | Stanev, Kaloyan Mariyanov | 0 | ### | Liquidation Relief - Nexo Tokens | | Liquidation Relief - Nexo Tokens | Alexander Rakshiev (Google Docs) <comments-noreply@docs.google.com> | kaloyan@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice provided by in-house counsel regarding liquidation relief. | Nexo has designated PRIV-0000037 as privileged, but the Google Docs notification identifies Alexander Rakshiev as the author. Our research indicates that Alexander Rakshiev is not a licensed attorney.  Nexo is required to: (1) confirm whether Alexander Rakshiev is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Alexander Rakshiev is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000037. |
| PRIV-0000041 | PRIV-0000041 | | | Stanev, Kaloyan Mariyanov | 0 | ### | Liquidation Relief - Nexo Tokens | | Liquidation Relief - Nexo Tokens | Alexander Rakshiev (Google Docs) <comments-noreply@docs.google.com> | kaloyan@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice provided by in-house counsel regarding liquidation relief. | Nexo has designated PRIV-0000041 as privileged, but the Google Docs notification identifies Alexander Rakshiev as the author. Our research indicates that Alexander Rakshiev is not a licensed attorney. Nexo is required to: (1) confirm whether Alexander Rakshiev is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Alexander Rakshiev is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000041. |
| PRIV-0000043 | PRIV-0000043 | | | Hristova, Magdalena Damyanova | 0 | ### | NY AG Blog | | NY AG Blog | Google Docs <comments-noreply@docs.com> | magdalena@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice from in-house counsel regarding New York Attorney General investigation. | Nexo has designated PRIV-0000043 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000043. |
| PRIV-0000044 | PRIV-0000044 | | | Hristova, Magdalena Damyanova | 0 | ### | NY AG Blog | | NY AG Blog | Antoni Trenchev (Google Docs) <comments-noreply@docs.google.com> | magdalena@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice provided by in-house counsel regarding New York Attorney General investigation. | Nexo has designated PRIV-0000044 as privileged, but the Google Docs notification identifies Antoni Trenchev as the author. Our research indicates that Antoni Trenchev is not a licensed attorney. Antoni Trenchev does not appear in the Bulgarian Unified Register of Lawyers (bar-register.bg), and no evidence of legal licensure in any jurisdiction has been identified. Nexo is required to: (1) confirm whether Antoni Trenchev is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Antoni Trenchev is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document. | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000044. |
| PRIV-0000048 | PRIV-0000048 | | | Dinca, Octavian | 0 | ### | LR process steps | | LR process steps | Google Docs <comments-noreply@docs.com> | octavian@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice provided by in-house counsel regarding Liquidation Relief Program. | Nexo has designated PRIV-0000048 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000048. |
| PRIV-0000051 | PRIV-0000051 | | | Dinca, Octavian | 0 | ### | Nexo-VIP-Relationship-Program-03.docx | | Nexo-VIP-Relationship-Program-03.docx | Google Docs <comments-noreply@docs.com> | octavian@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice provided by in-house counsel regarding VIP Relationship Program. | Nexo has designated PRIV-0000051 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000051. |
| PRIV-0000057 | PRIV-0000057 | | | Dinca, Octavian | 0 | ### | LR for US users | | LR for US users | Google Docs <comments-noreply@docs.com> | octavian@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice by in-house counsel regarding Liquidation Relief Program. | Nexo has designated PRIV-0000057 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000057. |
| PRIV-0000058 | PRIV-0000058 | | | Dinca, Octavian | 0 | ### | LR for US users | | LR for US users | Google Docs <comments-noreply@docs.com> | octavian@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice by in-house counsel regarding Liquidation Relief Program. | Nexo has designated PRIV-0000058 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000058. |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000059 | PRIV-0000059 | | | Dinca, Octavian | 0 | ### | LR for US users | | LR for US users | Google Docs <comments-noreply@docs.google.com> | octavian@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice by in-house counsel regarding Liquidation Relief Program. | Nexo has designated PRIV-0000059 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000059. |
| PRIV-0000060 | PRIV-0000060 | | | Dinca, Octavian | 0 | ### | LR for US users | | LR for US users | Google Docs <comments-noreply@docs.google.com> | octavian@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice by in-house counsel regarding Liquidation Relief Program. | Nexo has designated PRIV-0000060 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000060. |
| PRIV-0000061 | PRIV-0000061 | | | Dinca, Octavian | 0 | ### | LR for US users | | LR for US users | Google Docs <comments-noreply@docs.google.com> | octavian@nexo.io | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice by in-house counsel regarding Liquidation Relief Program. | Nexo has designated PRIV-0000061 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000061. |
| PRIV-0000116 | PRIV-0000116 | | | Kantchev, Kosta; Trenchev, Antoni | 1 | ### | Fwd: Nexo - DFPI Proposed Resolution | | Fwd: Nexo - DFPI Proposed Resolution | Antoni Trenchev <antoni@nexo.com> | Kosta Kantchev <kosta@nexo.com> | | | | Attorney-Client; Attorney Work Product | Email discussing legal advice provided by outside counsel regarding California investigation. | Nexo has designated PRIV-0000116 as privileged, but no attorney—neither in-house counsel nor outside counsel—appears anywhere in the communication metadata (sender, recipient, CC, or BCC fields). The privilege log description claims involvement of counsel, but this is entirely unsupported by the document's own metadata. None of the identified participants appear in the Bulgarian Unified Register of Lawyers, and no evidence of legal licensure has been found for any participant. This document cannot be privileged absent the involvement of an attorney. Nexo must either: (1) identify the specific attorney involved and explain how their involvement is not reflected in the metadata or (2) produce the document. Plaintiff | [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. Plaintiff demands production of PRIV-0000116. |
| PRIV-0000121 | PRIV-0000121 | | | Hristov, Hristiyan Yordanov | 0 | ### | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mlTS5HS38.docx | | | | | | | | Attorney Work Product | Legal memo re: NEXO token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. Plaintiff demands production of PRIV-0000121. |
| PRIV-0000122 | PRIV-0000122 | | | Angelov, Rosen Anatoliev; Atanasova, Teodora Plamenova; Dinca, Octavian; Hristov, Hristiyan Yordanov; Hristova, Magdalena Damyanova; Kantchev, Kosta; Kostadinov, Lyubcho Georgiev; OPS Emails; Shanov, Yordan Ivaylov; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; | 0 | ### | Nexo Capital Inc - UK Advice on Regulatory Status of Nexo Token A_1_ZYjts2oZvyGCbdaQ8ebgEj3HaJq4ASc.pdf | ANBURN | | | | | | | Attorney Work Product | Outside counsel legal memo re: Nexo Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for | [Category B (Standalone Documents / No Identified Attorney)] The All Custodian field confirms this document was held by Angelov, Rosen Anatoliev; Atanasova, Teodora Plamenova; Dinca, Octavian; Hristov, Hristiyan Yordanov; Hristova, Magdalena Damyanova; Kantchev, Kosta; Kostadinov, Lyubcho Georgiev; OPS Emails; Shanov, Yordan Ivaylov; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; Trenchev, Antoni; Videlov, Tsvetan Dimitrov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000122. |
| PRIV-0000123 | PRIV-0000123 | | | Tonkov, Edward Todorov | 0 | ### | Letter Partners with SEC Announcement_1LQa4w7z5KSz6Ua0yrZpG_FLWY1ryXIBGuEaiho8zfHKo.docx | | | | | | | | Attorney Work Product | In-house counsel draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Tonkov, Edward Todorov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000123. |
| PRIV-0000124 | PRIV-0000124 | | | Hristova, Magdalena Damyanova | 0 | ### | US Rebuttal Bible_1SuurFbA2WV3OYIPsTOXJddbXGP-LWVGBj8p_jFoFmoE.docx | | | | | | | | Attorney Work Product | Memo documenting various litigations and Nexo's rebuttal. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000124. |
| PRIV-0000125 | PRIV-0000125 | | | Tonkov, Edward Todorov | 0 | ### | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mlTS5HS38.docx | | | | | | | | Attorney Work Product | Legal memo re: NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Tonkov, Edward Todorov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000125. |
| PRIV-0000126 | PRIV-0000126 | | | Videlov, Tsvetan Dimitrov | 0 | ### | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mlTS5HS38.docx | | | | | | | | Attorney Work Product | Legal memo re: NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. Plaintiff demands production of PRIV-0000126. |
| PRIV-0000127 | PRIV-0000127 | | | Dinca, Octavian | 0 | ### | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mlTS5HS38.docx | | | | | | | | Attorney Work Product | Legal memo re: NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Dinca, Octavian — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000127. |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000128 | PRIV-0000128 | | | Dinca, Octavian | 0 | ### | Legal Comments_1gJ_aiZQi7tVlAfuCnwnEzGb5OMjg-wVwV5OaqKtCJCQ.docx | | | | | | | | Attorney Work Product | In-house counsel legal review of sales model. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Dinca, Octavian — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000128. |
| PRIV-0000129 | PRIV-0000129 | | | Hristova, Magdalena Damyanova | 0 | ### | NY AG Blog_1ENS_76HP7T2tbLo2xLntaLtSxfqK8W3BnAKCtHu5qpc.docx | | | | | | | | Attorney Work Product | Draft response to cease and desist re: EIP. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000129. |
| PRIV-0000130 | PRIV-0000130 | | | Atanasova, Teodora Plamenova; bizdev.replies@nexo.io; Dinca, Octavian; Kantchev, Kosta; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; Trenchev, Antoni; Videlov, Tsvetan Dimitrov | 0 | ### | MEMORANDUM - 270219v2 FINAL ISSUED_1rm3oWn3y3L0fOMnOT3febm203XvMF8kD.pdf | chris.humphries | | | | | | | Attorney Work Product | Legal memo re: NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova; bizdev.replies@nexo.io; Dinca, Octavian; Kantchev, Kosta; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; Trenchev, Antoni; Videlov, Tsvetan Dimitrov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000130. |
| PRIV-0000131 | PRIV-0000131 | | | Atanasova, Teodora Plamenova; bizdev.replies@nexo.io; Dinca, Octavian; Kantchev, Kosta; OPS Emails; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; Trenchev, Antoni; Videlov, Tsvetan Dimitrov | 0 | ### | Ressos Letter 31 Jul 2018 (1)_1DcY1WxulEHyvvN9tOYZPvYkM55McW1hR.pdf | A G | | | | | | | Attorney Work Product | Legal memo re: NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] The newly disclosed Author field identifies "A G" as the document author. This individual has not been identified as an attorney. The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova; bizdev.replies@nexo.io; Dinca, Octavian; Kantchev, Kosta; OPS Emails; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; Trenchev, Antoni; Videlov, Tsvetan Dimitrov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000131. |
| PRIV-0000132 | PRIV-0000132 | | | Hristova, Magdalena Damyanova | 0 | ### | NY AG Blog_1ENS_76HP7T2tbLo2xLntaLtSxfqK8W3BnAKCtHu5qpc.docx | | | | | | | | Attorney Work Product | Draft response to cease and desist re: EIP. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000132. |
| PRIV-0000133 | PRIV-0000133 | | | Stanev, Tom Mariyanov | 0 | ### | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx | | | | | | | | Attorney Work Product | Legal memo re: NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Stanev, Tom Mariyanov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000133. |
| PRIV-0000134 | PRIV-0000134 | | | Stanev, Tom Mariyanov | 0 | ### | Turn NEXO into a utility token_1xqzJoRbUmkkRioA5tSUGaBWFjQr6qnKT3cOgPa-mNQI.docx | | | | | | | | Attorney Work Product | Legal analysis from in-house counsel regarding Nexo Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Stanev, Tom Mariyanov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000134. |
| PRIV-0000135 | PRIV-0000135 | | | Stanev, Tom Mariyanov | 0 | ### | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx | | | | | | | | Attorney Work Product | Legal memo re: NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Stanev, Tom Mariyanov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000135. |
| PRIV-0000136 | PRIV-0000136 | | | Hristova, Magdalena Damyanova | 0 | ### | Landmark_1dVnv5O9qzUT6QK7uA-SBFZcM1siLvoXTgnjAyaVGwlg.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000136. |
| PRIV-0000137 | PRIV-0000137 | | | Hristova, Magdalena Damyanova | 0 | ### | Changes in US Earn_1rhYM0B5HM39i0s0I31CN308wcAh0aEQkn6zo6gFLlw8.docx | | | | | | | | Attorney Work Product | Draft statement re: EIP changes. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000137. |
| PRIV-0000138 | PRIV-0000138 | | | Hristova, Magdalena Damyanova | 0 | ### | 220218 - US Service Changes - Operational_1kZI_laSyP56idp9hffxIMPtkUvfPgKEUiwYV1xIxqUY.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000138. |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000139 | PRIV-0000139 | | | Trenchev, Antoni | 0 | ### | Press Settlement SEC Signed Only_1_QXrYFwzUE00sXPwE39 4kQAXXsJEXlXFJ-N9nt26cU0.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000139. |
| PRIV-0000140 | PRIV-0000140 | | | Trenchev, Antoni | 0 | ### | Changes in US Earn_1rhYM0B5HM39i0s0I31CN 308wcAh0aEQkn6zo6gFLIw8.do cx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000140. |
| PRIV-0000142 | PRIV-0000142 | | | Hristov, Hristiyan Yordanov | 0 | ### | 230201 - USA Exodus Comms - Withdraw Funds by April-wi_19vd8UxYTFVFGakDmqqmw 13zIlyPbrF8gZGN6Ze56b1g.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. Plaintiff demands production of PRIV-0000142. |
| PRIV-0000143 | PRIV-0000143 | | | Angelov, Rosen Anatoliev; Hristova, Magdalena Damyanova | 0 | ### | Blog of USA Exodus Comms _Withdraw Funds by April_ NO Credit & Cr_1Y-LgcNbfwBDSTYwRH8x5jlFyAS4 s3Doi.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Angelov, Rosen Anatoliev; Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000143. |
| PRIV-0000144 | PRIV-0000144 | | | Tonkov, Edward Todorov | 0 | ### | USA Exodus Comms -Withdraw Funds by April- WITH Credit_1qRM-rrH7lnrg_72Ee4zB53aSbutcEKE yC71yWeBVoSY.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Tonkov, Edward Todorov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000144. |
| PRIV-0000145 | PRIV-0000145 | | | Hristova, Magdalena Damyanova | 0 | ### | 231127 – Blockfills Nexo Prime Migration to Nexo Pro_16LBZ4GxdYPd1CQrmXzA 7DJSRNl4bZ1g9yzh6vib7yj0.doc x | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000145. |
| PRIV-0000146 | PRIV-0000146 | | | Hristova, Magdalena Damyanova | 0 | ### | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kO ZmPMDgAWVQMirZJQZuNqlDw l.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000146. |
| PRIV-0000147 | PRIV-0000147 | | | Shanov, Yordan Ivaylov | 0 | ### | 230210 - USA Exodus Comms - Withdraw Fun_1VexSD9drYxLGORprffqO3 XbP5cny1mk9UHx1-DgGBfU.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Shanov, Yordan Ivaylov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000147. |
| PRIV-0000148 | PRIV-0000148 | | | Hristova, Magdalena Damyanova | 0 | ### | Blog of USA Exodus Comms - Withdraw Funds by April- NO _1ENyw5m4YuZaJpX5p72W-DgVKb-umdniYKAtyHOFS_64.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000148. |
| PRIV-0000149 | PRIV-0000149 | | | Hristova, Magdalena Damyanova | 0 | ### | REVISED - 230201 – USA Exodus Comms -Withdraw Funds by_1I_I4Ma7OkVngCkZP8O0SZ Os3c6zKaGQ6Flbevqt94al.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000149. |
| PRIV-0000150 | PRIV-0000150 | | | Hristova, Magdalena Damyanova | 0 | ### | Copy of 230201 – USA Exodus Comms -Withdraw Funds by A_1cA6lugbs22VCJt4layUjLuudz uJut37uEQV9Spf_K34.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000150. |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000151 | PRIV-0000151 | | | Hristova, Magdalena Damyanova | 0 | ### | Copy of 230315 – Texas Comms USA Exodus Email_1s_bIMohpGZzm_KltMZirZZNnw7Kq1SoVO1KM6N5jKOc.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000151. |
| PRIV-0000152 | PRIV-0000152 | | | Hristova, Magdalena Damyanova | 0 | ### | Copy of USA Exodus Comms - Withdraw Funds by April-WIT_1Crr4wZ4EWqOm6psCljZg1BSñcMPBQs8cGrqZ9iwF_us.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000152. |
| PRIV-0000153 | PRIV-0000153 | | | Hristova, Magdalena Damyanova | 0 | ### | 230201 – USA Exodus Comms - Withdraw Funds by April-wi_19vd8UxYTFVFGakDmqqmw13zliyPbrF8gZGN6Ze56b1g.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000153. |
| PRIV-0000154 | PRIV-0000154 | | | Hristova, Magdalena Damyanova | 0 | ### | Copy of 230315 – Texas Comms USA Exodus Email_1pdL3qPgkCe0P705DEfi3IrurKPVdNm8wm2gEaXdwj4M.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000154. |
| PRIV-0000155 | PRIV-0000155 | | | Hristova, Magdalena Damyanova | 0 | ### | USA Exodus Comms -Withdraw Funds by April- WITH Credit_1qRM-rrH7lnrg_72Ee4zB53aSbutcEKEyC71yWeBVoSY.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000155. |
| PRIV-0000199 | PRIV-0000199 | | | Kantchev, Kosta; Trenchev, Antoni | 0 | ### | Blockchain+Transaction+Monitoring+Procedure_17UDvi6CMIYF-py0IdnNK-HAVsFdpTkB2.doc | | Exported From Confluence | | | | | | Attorney-Client | Product management document reflecting legal advice by in-house counsel re: compliance procedures; facilitating the provision of confidential legal advice by in-house counsel. | Nexo has designated PRIV-0000199 as privileged based on the contention that it is a "document reflecting legal advice provided by in-house counsel regarding compliance procedures." This is insufficient to establish privilege. A document is not privileged merely by virtue of being attached to an attorney email. Nexo must identify the author of the document and describe the nature of the legal advice purportedly provided in the document (without disclosing substance). Otherwise, Plaintiff demands | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000199. |
| PRIV-0000200 | PRIV-0000200 | | | Kantchev, Kosta; Tonkov, Edward Todorov; Trenchev, Antoni | 0 | ### | Blockchain Transaction Monitoring Procedure.pdf | | | | | | | | Attorney Work Product | Legal memo re Blockchain Transaction Monitoring Procedure. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Tonkov, Edward Todorov; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000200. |
| PRIV-0000201 | PRIV-0000201 | | | Atanasova, Teodora Plamenova | 0 | ### | 240513 – New T&C – Terms Filtering_1P_nMfSuZUuWf3d6WlRDZfhNTTNFCTVNWbH5hVPJ65AE.xlsx | | | | | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice provided by and requested of in-house counsel regarding Nexo terms and conditions. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000201. |
| PRIV-0000202 | PRIV-0000202 | | | Kostadinov, Lyubcho Georgiev | 0 | ### | 240513 – New T&C – Terms Filtering_1P_nMfSuZUuWf3d6WlRDZfhNTTNFCTVNWbH5hVPJ65AE.xlsx | | | | | | | | Attorney-Client; Attorney Work Product | Document reflecting legal advice provided by and requested of in-house counsel regarding Nexo terms and conditions. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000202. |
| PRIV-0000203 | PRIV-0000203 | | | Atanasova, Teodora Plamenova | 0 | ### | US Rebuttal Bible_1SuurFbA2WV3OYIPsTOXJddbXGP-LWVGBj8p_jFoFmoE.docx | | | | | | | | Attorney-Client; Attorney Work Product | Report detailing ongoing litigations and Nexo's planned responses. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000203. |
| PRIV-0000204 | PRIV-0000204 | | | Kostadinov, Lyubcho Georgiev | 0 | ### | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwl.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000204. |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000205 | PRIV-0000205 | | | Atanasova, Teodora Plamenova | 0 | ### | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwl.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000205. |
| PRIV-0000206 | PRIV-0000206 | | | Kostadinov, Lyubcho Georgiev | 0 | ### | 230309 – North Carolina Article Comment & Corrections – _1AhF6iZVYqYi7myGDV7vRMsfAgd_Rc5XxQ1f0bGKThc4.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000206. |
| PRIV-0000207 | PRIV-0000207 | | | Atanasova, Teodora Plamenova | 0 | ### | 230309 – North Carolina Article Comment & Corrections – _1AhF6iZVYqYi7myGDV7vRMsfAgd_Rc5XxQ1f0bGKThc4.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000207. |
| PRIV-0000208 | PRIV-0000208 | | | Shanov, Yordan Ivaylov | 0 | ### | US Rebuttal Bible_1SuurFbA2WV3OYIPsTOXJddbXGP-LWVGBj8p_jFoFmoE.docx | | | | | | | | Attorney-Client; Attorney Work Product | Report detailing ongoing litigations and Nexo◊s responses to same. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Shanov, Yordan Ivaylov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000208. |
| PRIV-0000209 | PRIV-0000209 | | | Angelov, Rosen Anatoliev | 0 | ### | US Rebuttal Bible_1SuurFbA2WV3OYIPsTOXJddbXGP-LWVGBj8p_jFoFmoE.docx | | | | | | | | Attorney-Client; Attorney Work Product | Report detailing ongoing litigations and Nexo◊s responses to same. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Angelov, Rosen Anatoliev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000209. |
| PRIV-0000210 | PRIV-0000210 | | | Shanov, Yordan Ivaylov | 0 | ### | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwl.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Shanov, Yordan Ivaylov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000210. |
| PRIV-0000211 | PRIV-0000211 | | | Angelov, Rosen Anatoliev | 0 | ### | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwl.docx | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Angelov, Rosen Anatoliev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000211. |
| PRIV-0000212 | PRIV-0000212 | | | Atanasova, Teodora Plamenova | 0 | ### | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx | | | | | | | | Attorney Work Product | Legal memo re: NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000212. |
| PRIV-0000213 | PRIV-0000213 | | | Shanov, Yordan Ivaylov | 0 | ### | Advertising Policy-29032024_1PIU22T9i6531jak75XzEFOYMG53vmq0om1IKs5C0ncM.docx | | | | | | | | Attorney-Client; Attorney Work Product | In-house markup of Nexo's Advertising Policy including comments from legal counsel. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Shanov, Yordan Ivaylov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000213. |
| PRIV-0000214 | PRIV-0000214 | | | Shanov, Yordan Ivaylov | 0 | ### | Problematic Articles — NEXO Token Promoted as Investment_1N0wcQwvfyv2ZYfS489xD9Ivl7WxaTk3BjclFMfO0_0.xlsx | | | | | | | | Attorney-Client; Attorney Work Product | Document indicating legal advice by in-house counsel regarding the NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Shanov, Yordan Ivaylov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000214. |
| PRIV-0000215 | PRIV-0000215 | | | Kostadinov, Lyubcho Georgiev | 0 | ### | Problematic Articles — NEXO Token Promoted as Investment_1N0wcQwvfyv2ZYfS489xD9Ivl7WxaTk3BjclFMfO0_0.xlsx | | | | | | | | Attorney-Client; Attorney Work Product | Document indicating legal advice by in-house counsel regarding the NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000215. |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000216 | PRIV-0000216 | | | Kostadinov, Lyubcho Georgiev | 0 | ### | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mlTS5HS38.docx | | | | | | | | Attorney-Client; Attorney Work Product | Document indicating legal advice by counsel regarding the NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000216. |
| PRIV-0000217 | PRIV-0000217 | | | Kostadinov, Lyubcho Georgiev | 0 | ### | Turn NEXO into a utility token_1xqzJoRbUmkkRioA5tSUGaBWRjQr6qnKT3cOgPa-mNQl.docx | | | | | | | | | Attorney-Client; Attorney Work Product | Analysis from in-house counsel regarding Nexo Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000217. |
| PRIV-0000218 | PRIV-0000218 | | | Trenchev, Antoni | 0 | ### | US Rebuttal Bible_1SuurFbA2WV3OYIPsTOXJddbXGP-LWVGBj8p_jFoFmoE.docx | | | | | | | | | Attorney-Client; Attorney Work Product | Report detailing ongoing litigations and Nexo�s responses to same. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000218. |
| PRIV-0000219 | PRIV-0000219 | | | Trenchev, Antoni | 0 | ### | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwl.docx | | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000219. |
| PRIV-0000220 | PRIV-0000220 | | | Kantchev, Kosta | 0 | ### | US Rebuttal Bible_1SuurFbA2WV3OYIPsTOXJddbXGP-LWVGBj8p_jFoFmoE.docx | | | | | | | | | Attorney Work Product | Report detailing ongoing litigations and Nexo�s responses to same. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000220. |
| PRIV-0000221 | PRIV-0000221 | | | Kantchev, Kosta | 0 | ### | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwl.docx | | | | | | | | | Attorney Work Product | Draft statement re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000221. |
| PRIV-0000222 | PRIV-0000222 | | | Trenchev, Antoni | 0 | ### | USA Exodus Comms -Withdraw Funds by April- WITH Credit_1qRM-rrH7lnrg_72Ee4zB53aSbutcEKEyC71yWeBVoSY.docx | | | | | | | | | Attorney Work Product | Draft communication to customers regarding Nexo�s SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000222. |
| PRIV-0000223 | PRIV-0000223 | | | Trenchev, Antoni | 0 | ### | Landmark_1dVnv5O9qzUT6QK7uA-S8FZcM1siLvoXTgnjAyaVGwlg.docx | | | | | | | | | Attorney Work Product | Draft communication to customers regarding Nexo�s SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000223. |
| PRIV-0000224 | PRIV-0000224 | | | Trenchev, Antoni | 0 | ### | Nexo Reaches Landmark Resolution with US Regulators_1ySy542Mk3i38WJOmGeqR2AqBcgVfl2Lo5hQv8lE4z0k.docx | | | | | | | | | Attorney Work Product | Draft communication to customers regarding Nexo�s SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000224. |
| PRIV-0000225 | PRIV-0000225 | | | Trenchev, Antoni | 0 | ### | Pitch_13lH-yO3kY-VlsiOq5wIZsM5uzLs4h0ZJXWwdm3A8FVw.docx | | | | | | | | | Attorney Work Product | Draft communication to customers regarding Nexo�s SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000225. |
| PRIV-0000226 | PRIV-0000226 | | | Trenchev, Antoni | 0 | ### | Press Settlement SEC + Others_1b-WMj81grOEedCCMFR13BwqWtD7H01dGkFMk_7sMEPU.docx | | | | | | | | | Attorney Work Product | Draft communication to customers regarding Nexo�s SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000226. |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000227 | PRIV-0000227 | | | Trenchev, Antoni | 0 | ### | 230119_Nexo Reaches Landmark Resolution with U_1Mv_24cC-bfALmE7hhb1pXvBnPgrX3dY-0hJDEgGH_bg.docx | | | | | | | | Attorney Work Product | Draft communication to customers regarding Nexo�s SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000227. |
| PRIV-0000228 | PRIV-0000228 | | | Trenchev, Antoni | 0 | ### | Press Settlement SEC Signed Only_1_QXrYFwzUE00sXPwE394kQAXXsJEXIXFJ-N9rt26cU0.docx | | | | | | | | Attorney Work Product | Draft communication to customers regarding Nexo�s SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000228. |
| PRIV-0000229 | PRIV-0000229 | | | Trenchev, Antoni | 0 | ### | Letter Partners with SEC Announcement_1LQa4w7z5KSz6Ua0yrZpG_FLWY1ryXIBGuEaihoBfHKo.docx | | | | | | | | Attorney Work Product | Draft communication to customers regarding Nexo�s SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000229. |
| PRIV-0000230 | PRIV-0000230 | | | Trenchev, Antoni | 0 | ### | OTC Compliance Procedure-Sales copy_1v9s6jCELqRbKq8I-KikFnpo9gddRQaA3NyOKYp7QRK0.docx | | | | | | | | Attorney Work Product | In-house counsel draft of Nexo's OTC Compliance Procedures. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000230. |
| PRIV-0000231 | PRIV-0000231 | | | Kantchev, Kosta; Trenchev, Antoni | 0 | ### | 2_Services of Nexo Capital_12oXdzoAdvomzKtasGJV4ThnD92U53uFf.DOCX | | | | | | | | Attorney Work Product | In-house counsel draft of Nexo's products and services to California Department of Financial Protection and Innovation. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000231. |
| PRIV-0000233 | PRIV-0000233 | | | Trenchev, Antoni | 0 | ### | Attachment to Q.16_1BwXuBC-_UNhqFIvfk52Twz HOrJEusYMfhCh8cctLZBc.docx | | | | | | | | Attorney Work Product | In-house counsel draft regarding California Department of Financial Protection and Innovation questionnaire. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000233. |
| PRIV-0000234 | PRIV-0000234 | | | Kantchev, Kosta; Trenchev, Antoni | 0 | ### | OK_C&D_2022-09-26_1ofC10hcwVOUp8ljFe4gYtpwvHzRG6N5.pdf | | | | | | | | Attorney-Client | Document attached to privileged communication requesting legal advice | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000234. |
| PRIV-0000235 | PRIV-0000235 | | | Kantchev, Kosta; Trenchev, Antoni | 0 | ### | L-Q3 2022 - Legal & Regulatory Compliance Report-231022-072439_1aHuhzquaWgD3vUBBca7sPChYRHPb442j.pdf | | | | | | | | Attorney-Client; Attorney Work Product | In-house counsel legal and regulatory compliance report. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000235. |
| PRIV-0000236 | PRIV-0000236 | | | Kantchev, Kosta; Trenchev, Antoni | 0 | ### | New Version- Q3+2022+-+Legal+-26+Regulatory+Compliance+Report.doc_1PQhMEe8WW5NHKBOBjDsHaqP8mdfqo9u4.mht | | | | | | | | Attorney-Client; Attorney Work Product | In-house counsel legal and regulatory compliance report. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000236. |
| PRIV-0000237 | PRIV-0000237 | | | Kantchev, Kosta; Trenchev, Antoni | 0 | ### | Q3+2022+-+Legal+-26+Regulatory+Compliance+Report-2_1Y4bS30Remq__IdVfS6xnQnldstKEJq-g.mht | | | | | | | | Attorney-Client; Attorney Work Product | In-house counsel legal and regulatory compliance report. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000237. |
| PRIV-0000238 | PRIV-0000238 | | | Trenchev, Antoni | 0 | ### | SRZ- Response on Next Steps-20102022_1nMDmaC1C2pL7Bbj5Jz7BM_CtiMmRLbV0m0IuptqrSms.docx | | | | | | | | Attorney-Client; Attorney Work Product | In-house counsel legal correspondence and SEC settlement communication. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000238. |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000240 | PRIV-0000240 | | | Trenchev, Antoni | 0 | ### | Memo for Nexo 04-28-2022_1iHB4v-AW3y9w5R71riZBOLEiOocFKMrZ.pdf | wertf | | | | | | | Attorney-Client; Attorney Work Product | outside counsel communication re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial or | [Category B (Standalone Documents / No Identified Attorney)] The newly disclosed Author field identifies "wertf" as the document author. This individual has not been identified as an attorney. The All Custodian field confirms this document was held by Trenchev, Antoni — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000240. |
| PRIV-0000242 | PRIV-0000242 | | | Trenchev, Antoni | 0 | ### | CA_C&D_D-R-Nexo-Group_2022-09-26_13D_KOP1ZH_U6iC2sDjfpJ0dpQJ-DjIinlCMaFCHLH4uE.docx | | | | | | | | Attorney-Client | Document attached to privileged communication requesting legal advice | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000242. |
| PRIV-0000244 | PRIV-0000244 | | | Trenchev, Antoni | 0 | ### | Changes in US Earn_1rhYM0B5HM39i0s0l31CN308wcAh0aEQkn6zo6gFLIw8.docx | | | | | | | | Attorney Work Product | Draft communication to customers regarding Nexo�s EIP Product in light of SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000244. |
| PRIV-0000245 | PRIV-0000245 | | | Trenchev, Antoni | 0 | ### | GS Onboarding_Initial Overview of Critical Issues_1RMaHndqMQY2FtyF5rDa0VDij9sW-mku.pdf | | | | | | | | Attorney Work Product | In-house counsel draft re: litigation and regulatory responses. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000245. |
| PRIV-0000246 | PRIV-0000246 | | | Kantchev, Kosta; Trenchev, Antoni | 0 | ### | GS Onboarding_Initial Overview of Critical Issues_1RP7_n0QehkW2cO2TMlJhnwwikiFoHOzA.pdf | | | | | | | | Attorney Work Product | In-house counsel draft re: litigation and regulatory responses. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000246. |
| PRIV-0000247 | PRIV-0000247 | | | Kantchev, Kosta; Trenchev, Antoni | 0 | ### | SRZ Edits Clean - 2021.09.17 Nexo Draft Cover Letter - SEC (HO-14_1Pi4FgA2NFHhz-9uY4g_l2nWL48VdmBaA.docx | | | | | | | | Attorney Work Product | In-house counsel draft mark-up of response to SEC. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000247. |
| PRIV-0000248 | PRIV-0000248 | | | Trenchev, Antoni | 0 | ### | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mlTS5HS38.docx | | | | | | | | Attorney-Client | Document indicating legal advice provided by counsel regarding the NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000248. |
| PRIV-0000249 | PRIV-0000249 | | | Trenchev, Antoni | 0 | ### | 220301 – USA – Stopping Exchange & Earn in NEXO_175HpvnQv2nLAQFUPBF-_iSV6259iJt5op3L8pj7pjNg.docx | | | | | | | | Attorney Work Product | In-house counsel draft re: changes to terms for Nexo Tokens. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000249. |
| PRIV-0000250 | PRIV-0000250 | | | Trenchev, Antoni | 0 | ### | Copy of OTC Compliance Procedure_1Jo0vqmEnS7WllUjmP_ipurSPa66XGzmVH7mlCx-wP0.docx | | | | | | | | Attorney Work Product | In-house counsel draft re: changes to OTC compliance procedures. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000250. |
| PRIV-0000252 | PRIV-0000252 | | | Kantchev, Kosta; Trenchev, Antoni | 0 | ### | List of licenses_Nexo Financial LLC_1_5ATSawzCUvEnRV3cGJYiXRcteoP1Z9C.pdf | | | | | | | | Attorney Work Product | In-house counsel draft mark-up of Nexo licenses and registrations. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000252. |
| PRIV-0000254 | PRIV-0000254 | | | Kantchev, Kosta | 0 | ### | Untitled document_1YT_C5lbcGu1Ou1elgGXSx9mz1uctDnia8qi8bovzQUU.docx | | | | | | | | Attorney Work Product | Draft communication to customers regarding Nexo�s SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000254. |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000255 | PRIV-0000255 | | | Kantchev, Kosta; Trenchev, Antoni | 0 | ### | SRZ Edits Clean - 2021.09.13 Nexo Draft Cover Letter - SEC (HO-14_1i-RC-DhqyCYA9YfIAvux8sgvhm1KK_ot.docx | | | | | | | | Attorney Work Product | In-house counsel markup of draft communication in response to SEC investigation. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000255. |
| PRIV-0000256 | PRIV-0000256 | | | Kantchev, Kosta; Trenchev, Antoni | 0 | ### | SRZ Edits Clean - 2021.09.13 Nexo Draft Cover Letter - SEC (HO-14_1EbEUW8tZcGtTdGUEBmEcdHGoInde5nwu.docx | | | | | | | | Attorney Work Product | In-house counsel markup of draft communication in response to SEC investigation. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000256. |
| PRIV-0000257 | PRIV-0000257 | | | Kantchev, Kosta; Trenchev, Antoni | 0 | ### | SRZ Edits Clean - 2021.09.13 Nexo Draft Cover Letter - SEC (HO-14_1h6rs0mS0vh36bdsU0BtMtxr5h20Lai6m.docx | | | | | | | | Attorney Work Product | In-house counsel markup of draft communication in response to SEC investigation. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000257. |
| PRIV-0000258 | PRIV-0000258 | | | Trenchev, Antoni | 0 | ### | Nexo Weakpoints_1En7tD-ABFPlMrtsu_sIfEgCAdVgxruhnsGEfvPatCD8.docx | | | | | | | | Attorney Work Product | In-house counsel advice regarding legal disputes. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000258. |
| PRIV-0000259 | PRIV-0000259 | | | Kantchev, Kosta | 0 | ### | Copy of 230315 – Texas Comms USA Exodus Email_1pdL3qPgkCe0P705DEfi3IrurKPVdNm8wm2gEaXdwj4M.docx | | | | | | | | Attorney Work Product | Draft communication to customers re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000259. |
| PRIV-0000260 | PRIV-0000260 | | | Kantchev, Kosta | 0 | ### | 230210 - USA Exodus Comms - Withdraw Funds by April- NO_1VexSD9drYxLGORprffqO3XbP5cny1mk9UHx1-DgGBfU.docx | | | | | | | | Attorney Work Product | In-house counsel draft response to customers re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000260. |
| PRIV-0000261 | PRIV-0000261 | | | Kantchev, Kosta; Kostadinov, Lyubcho Georgiev | 0 | ### | Latest Update on Any Outstanding Regulatory Issues_1N94fzDa6KOGNPODxmeLcd2xnotVHaFls.docx | | | | | | | | Attorney Work Product | In-house counsel draft response to customers re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000261. |
| PRIV-0000262 | PRIV-0000262 | | | Kantchev, Kosta | 0 | ### | Latest Update on Any Outstanding Regulatory Issues_1OAHpVMUdWBUe78dNhVr3Umb0fSlvhGZ4KOWMfrbqkbw.docx | | | | | | | | Attorney Work Product | In-house counsel draft response to customers re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000262. |
| PRIV-0000263 | PRIV-0000263 | | | Kantchev, Kosta | 0 | ### | USA Exodus Comms -Withdraw Funds by April- WITH Credit_1qRM-rrH7Inrg_72Ee4zB53aSbutcEKEyC71yWeBVoSY.docx | | | | | | | | Attorney Work Product | In-house counsel draft response to customers re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000263. |
| PRIV-0000264 | PRIV-0000264 | | | Kantchev, Kosta | 0 | ### | Nexo Reaches Landmark Resolution with US Regulators_1ySy542Mk3i38WJOmGeqR2AqBcgVfi2LoShQv8IE420k.docx | | | | | | | | Attorney Work Product | Draft press release re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000264. |
| PRIV-0000265 | PRIV-0000265 | | | Kantchev, Kosta | 0 | ### | Press Settlement SEC + Others_1b-WMj81grOEedCCMFR13BwqWtD7H01dGkFMk_7sMEPU.docx | | | | | | | | Attorney Work Product | Draft press release re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000265. |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000266 | PRIV-0000266 | | | Kantchev, Kosta | 0 | ### | Press Settlement SEC Signed Only_1_QXrYFwzUE00sXPwE394kQAXXsJEXIXFJ-N9nt26cU0.docx | | | | | | | | Attorney Work Product | Draft press release re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000266. |
| PRIV-0000267 | PRIV-0000267 | | | Kantchev, Kosta | 0 | ### | Letter Partners with SEC Announcement_1LQa4w7z5KSz6Ua0yrZpG_FLWY1ryXIBGuEaihoBfHKo.docx | | | | | | | | Attorney Work Product | Draft communication regarding SEC settlement and dispute with Bulgarian authorities. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000267. |
| PRIV-0000268 | PRIV-0000268 | | | Trenchev, Antoni | 0 | ### | Form 1099-INT- Earn Product_1Rl098geZ2BUtnRClagS1x9BXceALQZniaVEnQAG9eQA.docx | | | | | | | | Attorney Work Product | In-house counsel feedback regarding tax issues associated with EIP. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000268. |
| PRIV-0000269 | PRIV-0000269 | | | Kantchev, Kosta | 0 | ### | OTC Compliance Procedure-Sales copy_1v9s6jCELqRbKqBI-KikFnpo9gddRQaA3NyOKYp7QRK0.docx | | | | | | | | Attorney Work Product | In-house counsel draft markup of Nexo OTC Compliance Procedures. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000269. |
| PRIV-0000270 | PRIV-0000270 | | | Kantchev, Kosta | 0 | ### | States & SEC_1c49X_LS1wCyaE7wb-HkSrk1NGFQDYI0XGmCz2IBZjVY.docx | | | | | | | | Attorney-Client | Document requesting legal advice from outside counsel regarding investigation by New York Attorney General. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000270. |
| PRIV-0000271 | PRIV-0000271 | | | Kantchev, Kosta | 0 | ### | Attachment to Q.16_1BwXuBC-_UNhqFivfk52Twz HOrJEusYMfhCh8cctLZBc.docx | | | | | | | | Attorney Work Product | In-house counsel draft markup of questionnaire re: regulatory actions against Nexo. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000271. |
| PRIV-0000272 | PRIV-0000272 | | | Kantchev, Kosta | 0 | ### | SRZ- Response on Next Steps-20102022_1nMDmaC1C2pL7Bbj5Jz7BM_CtiMmRLbV0m0luptqrSms.docx | | | | | | | | Attorney-Client; Attorney Work Product | Outside counsel communication re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000272. |
| PRIV-0000273 | PRIV-0000273 | | | Kantchev, Kosta | 0 | ### | Changes in US Earn_1rhYM0B5HM39i0s0l31CN308wcAh0aEQkn6zo6gFLlw8.docx | | | | | | | | Attorney Work Product | In-house counsel draft response to customers re: EIP in light of SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000273. |
| PRIV-0000274 | PRIV-0000274 | | | Trenchev, Antoni | 0 | ### | email.Pepper.SEC.reports_14_XrFTYGeTkjEp0goeHSK2tkHOoNrTe0FhRCspA9F9s.docx | | | | | | | | Attorney Work Product | Legal memo re: SEC securities registration. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000274. |
| PRIV-0000275 | PRIV-0000275 | | | Kantchev, Kosta | 0 | ### | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mlTS5HS38.docx | | | | | | | | Attorney Work Product | Legal memo re: NEXO Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000275. |
| PRIV-0000276 | PRIV-0000276 | | | Kantchev, Kosta | 0 | ### | 220301 – USA – Stopping Exchange & Earn in NEXO_175HpvnQv2nLAQFUPBF-_iSV6259iJt5op3L8pj7pjNg.docx | | | | | | | | Attorney Work Product | In-house counsel draft communication to customers re: SEC settlement. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000276. |

| PRIV Bates Beg | PRIV Bates Beg Attach | Bates Beg | Bates Beg Attach | All Custodian | Number of Attachments | Date | File Name | Author | Email Subject | Email From | Email To | Email CC | Email BCC | Produced with Redactions | Privilege Log Designation | Privilege Log Description | Prior Request/Demand (Feb 2026) | Updated Request/Demand (Mar 2026) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV-0000277 | PRIV-0000277 | | | Trenchev, Antoni | 0 | ### | STRICTLY CONFIDENTIAL AND LEGALLY PRIVILEGED_1AllCRRJsliu5WNng9PVLOvn-7-Fd8a8YQePaNRfllLg.docx | | | | | | | | Attorney Work Product | Legal memo re: Nexo Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000277. |
| PRIV-0000278 | PRIV-0000278 | | | Kantchev, Kosta | 0 | ### | Copy of OTC Compliance Procedure_1Jo0vqmEnS7WllUJmP_ipurSPa66XGzmVH7mlCx-wP0.docx | | | | | | | | Attorney Work Product | In-house counsel draft of Nexo OTC Compliance Procedures. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000278. |
| PRIV-0000282 | PRIV-0000282 | | | Kantchev, Kosta | 0 | ### | Nexo Weakpoints_1En7tD-ABFPlMrtsu_slfEgCAdVgxruhnsGEfvPatCD8.docx | | | | | | | | Attorney-Client; Attorney Work Product | In house counsel draft markup of needs for various legal proceedings. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000282. |
| PRIV-0000283 | PRIV-0000283 | | | Kantchev, Kosta | 0 | ### | Turn NEXO into a utility token_1xqzJoRbUmkkRioA5tSUGaBWFjQr6qnKT3cOgPa-mNQI.docx | | | | | | | | Attorney-Client; Attorney Work Product | Legal advice from in-house counsel regarding NEXO Token | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000283. |
| PRIV-0000284 | PRIV-0000284 | | | Kantchev, Kosta | 0 | ### | Form 1099-INT- Earn Product_1Rl098geZ2BUtnRClagS1x9BXceALQZniaVEnQAG9eQA.docx | | | | | | | | Attorney Work Product | In-house counsel draft review of EIP-related tax documents. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000284. |
| PRIV-0000285 | PRIV-0000285 | | | Kantchev, Kosta | 0 | ### | NEXO_exchange_listings_info_overview_1D3U7KqI2PWUF5jHHLB74KY_Pbje2BdyGh21vaAKfPQk.docx | | | | | | | | Attorney Work Product | In-house counsel draft mark-up re: Nexo Token. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000285. |
| PRIV-0000286 | PRIV-0000286 | | | Kantchev, Kosta | 0 | ### | email.Pepper.SEC.reports_14_XrFTYGeTkjEp0goeHSK2tkHOoNrTe0FhRCspA9F9s.docx | | | | | | | | Attorney-Client; Attorney Work Product | Draft legal memo re: SEC requirements. | Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or | [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000286. |
| PRIV-0000289 | PRIV-0000289 | NEXO-0216477 | NEXO-0216477 | Kantchev, Kosta | 0 | ### | SEC Agenda for March 2_14ll_bZYdHRYN7Akuqt6_eie5kZu-ci4JyR-oMNNpqjQ.docx | | | | | | | | Attorney-Client; Attorney Work Product | CLAWBACK Document that was prepared by outside counsel in connection with an SEC investigation and a planned call with the SEC. The document contains outside counsel's mental impressions concerning Nexo's planned call with the SEC. | | [Category B (Standalone Documents / No Identified Attorney)] This CLAWBACK entry was added in the revised privilege log. The Author field is blank. Nexo has failed to identify the specific attorney who authored or directed the creation of this document. Plaintiff demands production of PRIV-0000289. In the alternative, Nexo must identify the author by name, confirm the author is a licensed attorney, and identify when the clawback was asserted. |
| PRIV-0000290 | PRIV-0000290 | NEXO-0257203 | NEXO-0257203 | Dinca, Octavian; Kantchev, Kosta | 0 | ### | Re: | | Re: | Octavian Dinca <octavian@nexo.com> | Kosta <kosta@nexo.com> | | | Yes | Attorney-Client | Emails discussing legal advice provided by in-house counsel regarding offer made to client. | | [Category C (Counsel Merely CC'd on Business Communication)] This entry was added in the revised privilege log and is challenged in the Joint Discovery Letter. The email metadata shows a communication solely between non-attorneys Octavian Dinca (From) and Kosta Kantchev (To), with no attorney appearing in any field (From, To, CC, or BCC). Nexo claims the email reflects legal advice from in-house counsel regarding an offer made to a client, but no attorney is identified or present in the communication, and copying or referencing the legal department does not transform a business communication into a privileged one. Plaintiff demands production of PRIV-0000290. In the alternative, Nexo must identify by name the specific in-house attorney who provided the advice, confirm that person is a licensed attorney, and establish that the primary purpose of the communication |