# Exhibit B

# Exhibit B

## Revised Privilege Log

*Grouped by Plaintiff's Challenge Categories (Joint Discovery Letter)*
*John Cress v. Nexo Capital Inc., No. 3:23-cv-00 2-TSH (N.D. Cal.)*

---

The 289 privilege-log entries are grouped below by the challenge category assigned in Plaintiff's "Updated Request/Demand" column. The 176 challenged entries appear under Categories A–E (in the order used in the Joint Discovery Letter); the 113 entries Plaintiff does not challenge follow in a final section.

### Contents

| | | |
|---|---|---|
| **Category A** | Non-Attorneys Misidentified as Counsel | 6 entries |
| **Category B** | Standalone Documents / No Identified Attorney | 148 entries |
| **Category C** | Counsel Merely CC'd on Business Communication | 10 entries |
| **Category D** | Project Management Notifications / Slack Messages | 7 entries |
| **Category E** | Attachments to Challenged Emails | 5 entries |
| **(none)** | Entries not challenged by Plaintiff | 113 entries |

---

### CATEGORY A · Non-Attorneys Misidentified as Counsel · 6 entries

| **PRIV-0000003** | 2024-12-20 13:30:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000003 | |
| **All Custodian** | Dinca, Octavian | |
| **Number of Attachments** | 0 | |
| **File Name** | C0834PVCX63-2024-12-20-001.rsmf | |
| **Author** | Rosen Kostov <rosen.kostov@nexo.io> | |
| **Email Subject** | C0834PVCX63 | |
| **Email From** | Rosen Kostov <rosen.kostov@nexo.io> [rosen.kostov@nexo.io] | |
| **Email To** | Octavian <octavian@nexo.io> [octavian@nexo.io];Kiril Lozanov <kiril.lozanov@nexo.io> [kiril.lozanov@nexo.io];Rosen Kostov <rosen.kostov@nexo.io> [rosen.kostov@nexo.io];Kaloyan Nikolov <kaloyan.nikolov@nexo.io> [kaloyan.nikolov@nexo.io];Georgi Gochev <georgi.gochev@nexo.io> [georgi.gochev@nexo.io];Petya Asenova <petya.asenova@nexo.com> [petya.asenova@nexo.com] | |

**Privilege Log Description:** Slack inquiry with in-house counsel (Rosen Kostov) providing and reflecting legal advice regarding VIP relationship program

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000003 as privileged, but the metadata for this Slack message identifies no attorney among the participants. The privilege log description claims in-house counsel involvement, but no attorney email address appears in the sender or recipient fields. Nexo is required to: (1) identify the Slack channel name; (2) identify the specific attorney who participated in or received this communication; (3) explain the basis for the privilege designation given the absence of any identifiable attorney in the metadata. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**

[Category A (Non-Attorneys Misidentified as Counsel)] The newly disclosed Author field identifies Rosen Kostov as the author of this document. Our research of the Bulgarian Unified Register of Lawyers confirms Rosen Kostov is not a licensed attorney. Nexo's characterization of this document as involving "in-house counsel" is contradicted by its own metadata. This Slack channel communication was distributed to approximately 12 non-attorney participants. Dissemination to such a broad audience constitutes waiver of any privilege that may have existed. Plaintiff demands production of PRIV-0000003.

**Defendant's Position:**

This document is authored by and from Rosen Kostov. Rosen Kostov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000163 | 2024-02-23 14:19:00 | Attorney-Client; Attorney Work Product |
|---|---|---|

| | |
|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000163 |
| **All Custodian** | Trenchev, Antoni |
| **Number of Attachments** | 0 |
| **File Name** | [JIRA] (LEG-10) USA Licenses and Registrations |
| **Email Subject** | [JIRA] (LEG-10) USA Licenses and Registrations |
| **Email From** | Marina Yankova (Jira) <jira@nexoio.atlassian.net> |
| **Email To** | antoni@nexo.com |

**Privilege Log Description:** Product management notice reflecting legal advice from in-house counsel's (Marina Yankova) regarding SEC settlement; facilitating the provision of confidential legal advice by in-house counsel.

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000163 as privileged, claiming it reflects legal advice by in-house counsel. However, the document is a Confluence/Jira project management notification—a tool used for routine business task tracking, not the solicitation or provision of legal advice. The privilege log description states only that the document "indicat[es] legal advice to be provided,"

which is insufficient to establish that any privileged communication actually occurred. Nexo is required to identify the specific attorney who authored or received the purported legal advice contained in this document, explain what legal advice was sought or provided (without disclosing the substance), and demonstrate that this Confluence page was created for the purpose of obtaining legal advice rather than managing a business project. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category A (Non-Attorneys Misidentified as Counsel)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. Nexo's own revised description characterizes this as a "product management document" in a project tracking tool. This is a business record, not a privileged communication. Plaintiff demands production of PRIV-0000163.

**Defendant's Position:**
This JIRA notifications is from Marina Yankova. Marina Yankova is an attorney and properly qualified in-house legal counsel in Bulgaria.

| PRIV-0000232 | 2025-03-11 22:49:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000232 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | CFL Consolidated Questionnaire 2022 - Nexo Capital Inc._draft Nov _1WleLUICTgG3ecSBYNWkDLQr7BxCeduTH.pdf | |
| **Author** | Mejia, William@DFPI | |

**Privilege Log Description:** In-house counsel draft of document for California Department of Financial Protection and Innovation.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category A (Non-Attorneys Misidentified as Counsel)] The newly disclosed Author field identifies "Mejia, William@DFPI" — a government regulator — as the author. Nexo's description characterizes this as an "in-house counsel draft," but the metadata Author field reveals it was authored by a government official, not Nexo counsel. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000232.

**Defendant's Position:**

This document is authored by "Mejia, William@DFPI," a regulator at the "California Department of Financial Protection and Innovation ('CDFPI')." As apparent from the filename, thse documents were "questionnaires" originally authored by the regulating agency, to which Nexo was formulating its responses. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| **PRIV-0000241** | 2025-03-11 23:00:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000241 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | CFL Consolidated Questionnaire_Oct 3-2022_1DkE3zYFILIAjcV5erIaVRppUpRYTrkF2.pdf | |
| **Author** | Mejia, William@DFPI | |

**Privilege Log Description:** In-house counsel draft response re: California Department of Financial Protection and Innovation.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category A (Non-Attorneys Misidentified as Counsel)] The newly disclosed Author field identifies "Mejia, William@DFPI" — a government regulator — as the author. Nexo's description characterizes this as an "in-house counsel draft," but the metadata Author field reveals it was authored by a government official, not Nexo counsel. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney

business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000241.

**Defendant's Position:**

This document is authored by "Mejia, William@DFPI," a regulator at the "California Department of Financial Protection and Innovation ('CDFPI')." As apparent from the filename, thse documents were "questionnaires" originally authored by the regulating agency, to which Nexo was formulating its responses. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000243 | 2025-03-11 23:01:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000243 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | CFL Consolidated Questionnaire 2022_1oMis3jcesU7L8S86s9nrV0V9D7PAEnFS.pdf | |
| **Author** | Mejia, William@DFPI | |

**Privilege Log Description:** In-house counsel draft response re: California Department of Financial Protection and Innovation.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category A (Non-Attorneys Misidentified as Counsel)] The newly disclosed Author field identifies "Mejia, William@DFPI" — a government regulator — as the author. Nexo's description characterizes this as an "in-house counsel draft," but the metadata Author field reveals it was authored by a government official, not Nexo counsel. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000243.

**Defendant's Position:**

This document is authored by "Mejia, William@DFPI," a regulator at the "California Department of Financial Protection and Innovation ('CDFPI')." As apparent from the filename, thse documents were "questionnaires" originally authored by the regulating agency, to which Nexo was formulating its responses. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000253 | 2025-03-11 23:58:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000253 | |
| All Custodian | Kantchev, Kosta; Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | Products and services_1lyHvY5bZmxfBz--Q1NxKX981l9stzfrT.docx | |
| Author | Marina Yankova | |

**Privilege Log Description:** Draft response to SEC inquiry.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category A (Non-Attorneys Misidentified as Counsel)] The newly disclosed Author field identifies Marina Yankova as the author of this document. Our research of the Bulgarian Unified Register of Lawyers confirms Marina Yankova is not a licensed attorney. Nexo's characterization of this document as involving "in-house counsel" is contradicted by its own metadata. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000253.

**Defendant's Position:**
This document is authored by Marina Yankova. Marina Yankova is an attorney and properly qualified in-house legal counsel in Bulgaria.

## CATEGORY B · Standalone Documents / No Identified Attorney · 148 entries

### PRIV-0000006 — 2020-07-24 17:14:00 — Attorney-Client

| Field | Value |
|---|---|
| PRIV Bates Beg Attach | PRIV-0000006 |
| All Custodian | Hristova, Magdalena Damyanova |
| Number of Attachments | 0 |
| File Name | Non-US and US Clients Bonus Dividend |
| Email Subject | Non-US and US Clients Bonus Dividend |
| Email From | Google Docs <comments-noreply@docs.google.com> |
| Email To | magdalena@nexo.io |

**Privilege Log Description:** Email from in-house counsel providing legal advice regarding bonus dividends.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000006 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000006.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

### PRIV-0000026 — 2021-04-28 15:39:00 — Attorney-Client

| Field | Value |
|---|---|
| PRIV Bates Beg Attach | PRIV-0000025 |
| All Custodian | Rakshiev, Alexander Nikolaev |
| Number of Attachments | 0 |

| File Name | Inbox Mail - Nexo Liquidation Relief Program.pdf |
|---|---|

**Privilege Log Description:** Email chain shared with in-house counsel to discuss liquidation relief issue

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000026 as privileged based on the contention that it is a an email chian shared with in-house counsel to discuss liquidation relief issue." This is insufficient to establish privilege.  A document is not privileged merely by virtue of being attached to an attorney email. Nexo must identify the author of the document and describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Otherwise, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Rakshiev, Alexander Nikolaev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000026.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000028 | 2021-05-13 16:26:00 | Attorney-Client; Attorney Work Product |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000028 |
|---|---|
| All Custodian | Hristova, Magdalena Damyanova |
| Number of Attachments | 0 |
| File Name | Goverance Vote Restructured Blog |
| Email Subject | Goverance Vote Restructured Blog |
| Email From | Google Docs <comments-noreply@docs.google.com> |
| Email To | magdalena@nexo.io |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding Nexo governance.

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000028 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the

specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000028.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000029 | 2021-05-13 16:51:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000029 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | Goverance Vote Restructured Blog | |
| **Email Subject** | Goverance Vote Restructured Blog | |
| **Email From** | Google Docs <comments-noreply@docs.google.com> | |
| **Email To** | magdalena@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding Nexo governance.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000029 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC

fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000029.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000034 | 2021-06-16 09:25:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000034 | |
| **All Custodian** | Stanev, Kaloyan Mariyanov | |
| **Number of Attachments** | 0 | |
| **File Name** | Liquidation Relief - Nexo Tokens | |
| **Email Subject** | Liquidation Relief - Nexo Tokens | |
| **Email From** | Viktor Dimov (Google Docs) <comments-noreply@docs.google.com> | |
| **Email To** | kaloyan@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding liquidation relief.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000034 as privileged, but the Google Docs notification identifies Viktor Dimov as the author. Our research indicates that Viktor Dimov is not a licensed attorney. Nexo is required to: (1) confirm whether Viktor Dimov is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Viktor Dimov is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000034.

**Defendant's Position:**
This document is from Viktor Dimov. Viktor Dimov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| **PRIV-0000035** | 2021-06-16 09:39:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000035 | |
| **All Custodian** | Stanev, Kaloyan Mariyanov | |
| **Number of Attachments** | 0 | |
| **File Name** | Liquidation Relief - Nexo Tokens | |
| **Email Subject** | Liquidation Relief - Nexo Tokens | |
| **Email From** | Viktor Dimov (Google Docs) <comments-noreply@docs.google.com> | |
| **Email To** | kaloyan@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding liquidation relief.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated PRIV-0000035 as privileged, but the Google Docs notification identifies Viktor Dimov as the author. Our research indicates that Viktor Dimov is not a licensed attorney. Nexo is required to: (1) confirm whether Viktor Dimov is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Viktor Dimov is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

> **Updated Request/Demand (Mar 2026):**
> [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000035.

> **Defendant's Position:**
> This document is from Viktor Dimov. Viktor Dimov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| **PRIV-0000036** | 2021-06-16 10:06:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000036 | |
| **All Custodian** | Stanev, Kaloyan Mariyanov | |

| Number of Attachments | 0 |
|---|---|
| File Name | Liquidation Relief - Nexo Tokens |
| Email Subject | Liquidation Relief - Nexo Tokens |
| Email From | Google Docs <comments-noreply@docs.google.com> |
| Email To | kaloyan@nexo.io |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding liquidation relief.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000036 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000036.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000037 | 2021-06-16 10:13:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000037 | |
| **All Custodian** | Stanev, Kaloyan Mariyanov | |
| **Number of Attachments** | 0 | |
| **File Name** | Liquidation Relief - Nexo Tokens | |
| **Email Subject** | Liquidation Relief - Nexo Tokens | |
| **Email From** | Alexander Rakshiev (Google Docs) <comments-noreply@docs.google.com> | |
| **Email To** | kaloyan@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding liquidation relief.

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000037 as privileged, but the Google Docs notification identifies Alexander Rakshiev as the author. Our research indicates that Alexander Rakshiev is not a licensed attorney. Nexo is required to: (1) confirm whether Alexander Rakshiev is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Alexander Rakshiev is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000037.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000038 | 2021-06-16 14:01:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000038 | |
| All Custodian | Stanev, Kaloyan Mariyanov | |
| Number of Attachments | 0 | |
| File Name | Liquidation Relief - Nexo Tokens | |
| Email Subject | Liquidation Relief - Nexo Tokens | |
| Email From | Viktor Dimov (Google Docs) <comments-noreply@docs.google.com> | |
| Email To | kaloyan@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding liquidation relief.

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000038 as privileged, but the Google Docs notification identifies Viktor Dimov as the author. Our research indicates that Viktor Dimov is not a licensed attorney. Nexo is required to: (1) confirm whether Viktor Dimov is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Viktor Dimov is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document

authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000038.

**Defendant's Position:**
This document is from Viktor Dimov. Viktor Dimov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000039 | 2021-06-16 14:13:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000039 | |
| **All Custodian** | Stanev, Kaloyan Mariyanov | |
| **Number of Attachments** | 0 | |
| **File Name** | Liquidation Relief - Nexo Tokens | |
| **Email Subject** | Liquidation Relief - Nexo Tokens | |
| **Email From** | Viktor Dimov (Google Docs) <comments-noreply@docs.google.com> | |
| **Email To** | kaloyan@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding liquidation relief.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000039 as privileged, but the Google Docs notification identifies Viktor Dimov as the author. Our research indicates that Viktor Dimov is not a licensed attorney. Nexo is required to: (1) confirm whether Viktor Dimov is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Viktor Dimov is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC

fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000039.

**Defendant's Position:**
This document is from Viktor Dimov. Viktor Dimov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000040 | 2021-06-16 14:27:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000040 | |
| All Custodian | Stanev, Kaloyan Mariyanov | |
| Number of Attachments | 0 | |
| File Name | Liquidation Relief - Nexo Tokens | |
| Email Subject | Liquidation Relief - Nexo Tokens | |
| Email From | Viktor Dimov (Google Docs) <comments-noreply@docs.google.com> | |
| Email To | kaloyan@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding liquidation relief.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000040 as privileged, but the Google Docs notification identifies Viktor Dimov as the author. Our research indicates that Viktor Dimov is not a licensed attorney. Nexo is required to: (1) confirm whether Viktor Dimov is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Viktor Dimov is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000040.

**Defendant's Position:**
This document is from Viktor Dimov. Viktor Dimov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| **PRIV-0000041** | 2021-06-16 14:47:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000041 | |
| **All Custodian** | Stanev, Kaloyan Mariyanov | |
| **Number of Attachments** | 0 | |
| **File Name** | Liquidation Relief - Nexo Tokens | |
| **Email Subject** | Liquidation Relief - Nexo Tokens | |
| **Email From** | Alexander Rakshiev (Google Docs) <comments-noreply@docs.google.com> | |
| **Email To** | kaloyan@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding liquidation relief.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated PRIV-0000041 as privileged, but the Google Docs notification identifies Alexander Rakshiev as the author. Our research indicates that Alexander Rakshiev is not a licensed attorney. Nexo is required to: (1) confirm whether Alexander Rakshiev is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Alexander Rakshiev is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

> **Updated Request/Demand (Mar 2026):**
> [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000041.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000042** | 2021-06-16 14:55:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000042 | |
| **All Custodian** | Stanev, Kaloyan Mariyanov | |

| Number of Attachments | 0 |
|---|---|
| File Name | Liquidation Relie... - @viktor@nexo.io виж и това. Assigned ... |
| Email Subject | Liquidation Relie... - @viktor@nexo.io виж и това. Assigned ... |
| Email From | Viktor Dimov (Google Docs) <comments-noreply@docs.google.com> |
| Email To | kaloyan@nexo.io |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding liquidation relief.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000042 as privileged, but the Google Docs notification identifies Viktor Dimov as the author. Our research indicates that Viktor Dimov is not a licensed attorney. Viktor Dimov does not appear in the Bulgarian Unified Register of Lawyers (bar-register.bg), and no evidence of legal licensure in any jurisdiction has been identified. Nexo is required to: (1) confirm whether Viktor Dimov is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Viktor Dimov is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000042.

**Defendant's Position:**
This document is from Viktor Dimov. Viktor Dimov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000043 | 2021-10-19 14:48:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000043 | |
| All Custodian | Hristova, Magdalena Damyanova | |
| Number of Attachments | 0 | |
| File Name | NY AG Blog | |
| Email Subject | NY AG Blog | |
| Email From | Google Docs <comments-noreply@docs.google.com> | |

| Email To | magdalena@nexo.io |
|---|---|

**Privilege Log Description:** Document reflecting legal advice from in-house counsel regarding New York Attorney General investigation.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000043 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff demands production.

---

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000043.

---

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| PRIV-0000044 | 2021-10-19 15:03:00 | Attorney-Client; Attorney Work Product |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000044 |
|---|---|
| All Custodian | Hristova, Magdalena Damyanova |
| Number of Attachments | 0 |
| File Name | NY AG Blog |
| Email Subject | NY AG Blog |
| Email From | Antoni Trenchev (Google Docs) <comments-noreply@docs.google.com> |
| Email To | magdalena@nexo.io |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding New York Attorney General investigation.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000044 as privileged, but the Google Docs notification identifies Antoni Trenchev as the author. Our research indicates that Antoni Trenchev is not a licensed attorney. Antoni Trenchev does not appear in the Bulgarian Unified Register of Lawyers (bar-

---

register.bg), and no evidence of legal licensure in any jurisdiction has been identified. Nexo is required to: (1) confirm whether Antoni Trenchev is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Antoni Trenchev is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000044.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000048 | 2022-01-31 15:27:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000048 | |
| **All Custodian** | Dinca, Octavian | |
| **Number of Attachments** | 0 | |
| **File Name** | LR process steps | |
| **Email Subject** | LR process steps | |
| **Email From** | Google Docs <comments-noreply@docs.google.com> | |
| **Email To** | octavian@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding Liquidation Relief Program.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000048 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000048.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000051 | 2022-03-22 14:40:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000051 | |
| **All Custodian** | Dinca, Octavian | |
| **Number of Attachments** | 0 | |
| **File Name** | Nexo-VIP-Relationship-Program-03.docx | |
| **Email Subject** | Nexo-VIP-Relationship-Program-03.docx | |
| **Email From** | Google Docs <comments-noreply@docs.google.com> | |
| **Email To** | octavian@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding VIP Relationship Program.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000051 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000051.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000052** | 2022-04-18 15:54:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000052 | |
| **All Custodian** | bizdev.replies@nexo.io; payments@nexo.io; Stanev, Kaloyan Mariyanov | |
| **Number of Attachments** | 1 | |
| **File Name** | Re: Keir Foster NEXO liquidations | |
| **Email Subject** | Re: Keir Foster NEXO liquidations | |
| **Email From** | Alexander Mrozinski <alexander.mrozinski@nexo.io> | |
| **Email To** | Katerina Harizanova <katerina@nexo.io> | |
| **Email CC** | Nexo Legal & Regulatory Compliance Team <legal@nexo.io>; Nexo Payments <payments@nexo.io>; Nikola Georgiev <nikola@nexo.io>; Trayan Nikolov <trayan@nexo.io>; Nexo Accounting <accounting@nexo.io> | |
| **Email BCC** | kaloyan@nexo.io | |

**Privilege Log Description:** Email requesting legal advice from in-house counsel regarding liquidation including request to review and revise contractual agreement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000052 as privileged, but the purported legal department email (legal@nexo.io) was merely copied on this communication between non-attorney employees. Copying a legal department distribution list on a business communication does not, without more, establish privilege. Nexo is required to demonstrate that this communication was made for the purpose of seeking or obtaining legal advice, identify the specific attorney who received and acted upon this communication in a legal capacity, and explain why this is not simply a business record copied to legal for informational purposes. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. Plaintiff demands production of PRIV-0000052.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face. Additionally, this document was sent to Nexo Legal & Regulatory Compliance Team.

| **PRIV-0000055** | 2022-06-20 17:02:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|

| | |
|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000055 |
| **All Custodian** | Dinca, Octavian |
| **Number of Attachments** | 0 |
| **File Name** | [revised] VIP Framework Agreement.docx |
| **Email Subject** | [revised] VIP Framework Agreement.docx |
| **Email From** | Rosen Kostov (Google Docs) <comments-noreply@docs.google.com> |
| **Email To** | octavian@nexo.io |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding VIP Relationship Program.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000055 as privileged, but the Google Docs notification identifies Rosen Kostov as the author. Our research indicates that Rosen Kostov is not a licensed attorney. Nexo is required to: (1) confirm whether Rosen Kostov is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Rosen Kostov is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000055.

**Defendant's Position:**
This document is from Rosen Kostov. Rosen Kostov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| **PRIV-0000056** | 2022-06-21 16:28:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000056 | |
| **All Custodian** | Dinca, Octavian | |
| **Number of Attachments** | 0 | |
| **File Name** | [revised] VIP Framework Agreement.docx | |
| **Email Subject** | [revised] VIP Framework Agreement.docx | |

| Email From | Rosen Kostov (Google Docs) <comments-noreply@docs.google.com> |
|---|---|
| Email To | octavian@nexo.io |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding VIP Relationship Program.

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000056 as privileged, but the Google Docs notification identifies Rosen Kostov as the author. Our research indicates that Rosen Kostov is not a licensed attorney. Nexo is required to: (1) confirm whether Rosen Kostov is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Rosen Kostov is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000056.

**Defendant's Position:**

This document is from Rosen Kostov. Rosen Kostov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000057 | 2022-06-27 18:03:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000057 | |
| **All Custodian** | Dinca, Octavian | |
| **Number of Attachments** | 0 | |
| **File Name** | LR for US users | |
| **Email Subject** | LR for US users | |
| **Email From** | Google Docs <comments-noreply@docs.google.com> | |
| **Email To** | octavian@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice by in-house counsel regarding Liquidation Relief Program.

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000057 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000057.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000058 | 2022-06-28 10:21:00 | Attorney-Client; Attorney Work Product |
|---|---|---|

| | |
|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000058 |
| **All Custodian** | Dinca, Octavian |
| **Number of Attachments** | 0 |
| **File Name** | LR for US users |
| **Email Subject** | LR for US users |
| **Email From** | Google Docs <comments-noreply@docs.google.com> |
| **Email To** | octavian@nexo.io |

**Privilege Log Description:** Document reflecting legal advice by in-house counsel regarding Liquidation Relief Program.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000058 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000058.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000059 | 2022-06-28 10:39:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000059 | |
| All Custodian | Dinca, Octavian | |
| Number of Attachments | 0 | |
| File Name | LR for US users | |
| Email Subject | LR for US users | |
| Email From | Google Docs <comments-noreply@docs.google.com> | |
| Email To | octavian@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice by in-house counsel regarding Liquidation Relief Program.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000059 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000059.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000060 | 2022-06-28 11:11:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000060 | |
| **All Custodian** | Dinca, Octavian | |
| **Number of Attachments** | 0 | |
| **File Name** | LR for US users | |
| **Email Subject** | LR for US users | |
| **Email From** | Google Docs <comments-noreply@docs.google.com> | |
| **Email To** | octavian@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice by in-house counsel regarding Liquidation Relief Program.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated PRIV-0000060 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff demands production.

> **Updated Request/Demand (Mar 2026):**
> [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000060.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000061 | 2022-06-28 11:20:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000061 | |
| **All Custodian** | Dinca, Octavian | |
| **Number of Attachments** | 0 | |
| **File Name** | LR for US users | |

| Email Subject | LR for US users |
|---|---|
| Email From | Google Docs <comments-noreply@docs.google.com> |
| Email To | octavian@nexo.io |

**Privilege Log Description:** Document reflecting legal advice by in-house counsel regarding Liquidation Relief Program.

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000061 as privileged, but this is a Google Docs notification and the author of the underlying document cannot be identified from the available metadata. The privilege log description generically references "in-house counsel" but fails to identify the specific attorney involved. Nexo is required to: (1) identify the author of this Google Doc; (2) confirm whether that author is a licensed attorney and, if so, identify the jurisdiction of licensure; (3) describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000061.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000062 | 2022-06-29 16:01:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000062 | |
| **All Custodian** | Dinca, Octavian | |
| **Number of Attachments** | 0 | |
| **File Name** | [revised] Liquida... - @octavian@nexo.io Please review and v... | |
| **Email Subject** | [revised] Liquida... - @octavian@nexo.io Please review and v... | |
| **Email From** | Rosen Kostov (Google Docs) <comments-noreply@docs.google.com> | |
| **Email To** | octavian@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding Liquidation Relief Agreement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000062 as privileged, but the Google Docs notification identifies Rosen Kostov as the author. Our research indicates that Rosen Kostov is not a licensed attorney. Nexo is required to: (1) confirm whether Rosen Kostov is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Rosen Kostov is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000062.

**Defendant's Position:**
This document is from Rosen Kostov. Rosen Kostov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000063 | 2022-06-29 16:17:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000063 | |
| All Custodian | Dinca, Octavian | |
| Number of Attachments | 0 | |
| File Name | [revised] Liquida... - @octavian@nexo.io Please verify or am... | |
| Email Subject | [revised] Liquida... - @octavian@nexo.io Please verify or am... | |
| Email From | Rosen Kostov (Google Docs) <comments-noreply@docs.google.com> | |
| Email To | octavian@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding Liquidation Relief Agreement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000063 as privileged, but the Google Docs notification identifies Rosen Kostov as the author. Our research indicates that Rosen Kostov is not a licensed attorney. Nexo is required to: (1) confirm whether Rosen Kostov is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Rosen Kostov is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000063.

**Defendant's Position:**
This document is from Rosen Kostov. Rosen Kostov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000064 | 2022-06-30 08:56:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000064 | |
| **All Custodian** | Dinca, Octavian | |
| **Number of Attachments** | 0 | |
| **File Name** | [revised] Liquida... - @octavian@nexo.io Please review and v... | |
| **Email Subject** | [revised] Liquida... - @octavian@nexo.io Please review and v... | |
| **Email From** | Rosen Kostov (Google Docs) <comments-noreply@docs.google.com> | |
| **Email To** | octavian@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding Liquidation Relief Agreement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000064 as privileged, but the Google Docs notification identifies Rosen Kostov as the author. Our research indicates that Rosen Kostov is not a licensed attorney. Nexo is required to: (1) confirm whether Rosen Kostov is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Rosen Kostov is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000064.

**Defendant's Position:**
This document is from Rosen Kostov. Rosen Kostov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000065 | 2022-06-30 09:23:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000065 | |
| All Custodian | Dinca, Octavian | |
| Number of Attachments | 0 | |
| File Name | [revised] Liquida... - @octavian@nexo.io Please verify or am... | |
| Email Subject | [revised] Liquida... - @octavian@nexo.io Please verify or am... | |
| Email From | Rosen Kostov (Google Docs) <comments-noreply@docs.google.com> | |
| Email To | octavian@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding Liquidation Relief Agreement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000065 as privileged, but the Google Docs notification identifies Rosen Kostov as the author. Our research indicates that Rosen Kostov is not a licensed attorney. Nexo is required to: (1) confirm whether Rosen Kostov is a licensed attorney and, if so, identify the jurisdiction of licensure; (2) if Rosen Kostov is not an attorney, identify what attorney provided the legal advice purportedly reflected in this document; (3) explain how a document authored by a non-attorney constitutes attorney-client privileged communication or attorney work product. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. This is a Google Docs/Drive system notification, not a direct communication with counsel. Plaintiff demands production of PRIV-0000065.

**Defendant's Position:**
This document is to Bozhidar Dobrev. Bozhidar Dobrev is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000067 | 2022-08-19 17:41:00 | Attorney-Client |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000067 |
| --- | --- |
| All Custodian | Dinca, Octavian; payments@nexo.io |
| Number of Attachments | 0 |
| File Name | Re: OTC deals type specification - Nexo Admin |
| Email Subject | Re: OTC deals type specification - Nexo Admin |
| Email From | Liliya Miteva <liliya@nexo.io> |
| Email To | Bozhidar Dobrev <bozhidar.dobrev@nexo.io> |
| Email CC | Nexo Payments <payments@nexo.io>; Katerina Harizanova <katerina@nexo.io>; Anna Ilieva <anna@nexo.io>; Octavian Dinca <octavian@nexo.io> |

**Privilege Log Description:** Email to in-house counsel reflecting legal advice regarding OTC transactions.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated PRIV-0000067 as privileged, but no attorney—neither in-house counsel nor outside counsel—appears anywhere in the communication metadata (sender, recipient, CC, or BCC fields). The privilege log description claims involvement of counsel, but this is entirely unsupported by the document's own metadata. This document cannot be privileged absent the involvement of an attorney. Nexo must either: (1) identify the specific attorney involved and explain how their involvement is not reflected in the metadata; or (2) produce the document. Plaintiff demands production.

> **Updated Request/Demand (Mar 2026):**
> [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. Plaintiff demands production of PRIV-0000067.

> **Defendant's Position:**
> This document is to Bozhidar Dobrev. Bozhidar Dobrev is an attorney and properly qualified in-house legal counsel in Bulgaria.In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000116 | 2025-02-07 22:10:00 | Attorney-Client; Attorney Work Product |
| --- | --- | --- |
| PRIV Bates Beg Attach | PRIV-0000116 | |
| All Custodian | Kantchev, Kosta; Trenchev, Antoni | |
| Number of Attachments | 1 | |
| File Name | Fwd: Nexo - DFPI Proposed Resolution | |
| Email Subject | Fwd: Nexo - DFPI Proposed Resolution | |

| Email From | Antoni Trenchev <antoni@nexo.com> |
|---|---|
| Email To | Kosta Kantchev <kosta@nexo.com> |

**Privilege Log Description:** Email discussing legal advice provided by outside counsel regarding California investigation.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated PRIV-0000116 as privileged, but no attorney—neither in-house counsel nor outside counsel—appears anywhere in the communication metadata (sender, recipient, CC, or BCC fields). The privilege log description claims involvement of counsel, but this is entirely unsupported by the document's own metadata. None of the identified participants appear in the Bulgarian Unified Register of Lawyers, and no evidence of legal licensure has been found for any participant. This document cannot be privileged absent the involvement of an attorney. Nexo must either: (1) identify the specific attorney involved and explain how their involvement is not reflected in the metadata; or (2) produce the document. Plaintiff demands production.

> **Updated Request/Demand (Mar 2026):**
> [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. Plaintiff demands production of PRIV-0000116.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000121 | 2025-03-10 09:27:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000121 | |
| **All Custodian** | Hristov, Hristiyan Yordanov | |
| **Number of Attachments** | 0 | |
| **File Name** | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx | |

**Privilege Log Description:** Legal memo re: NEXO token.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was

prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. Plaintiff demands production of PRIV-0000121.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000122 | 2025-03-10 10:41:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000122 | |
| All Custodian | Angelov, Rosen Anatoliev; Atanasova, Teodora Plamenova; Dinca, Octavian; Hristov, Hristiyan Yordanov; Hristova, Magdalena Damyanova; Kantchev, Kosta; Kostadinov, Lyubcho Georgiev; OPS Emails; Shanov, Yordan Ivaylov; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; Trenchev, Antoni; Videlov, Tsvetan Dimitrov | |
| Number of Attachments | 0 | |
| File Name | Nexo Capital Inc - UK Advice on Regulatory Status of Nexo Token -A_1_ZYjts2oZvyGCbdaQ8ebgEj3HaJq4ASc.pdf | |
| Author | ANBURN | |

**Privilege Log Description:** Outside counsel legal memo re: Nexo Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The All Custodian field confirms this document was held by Angelov, Rosen Anatoliev; Atanasova, Teodora

Plamenova; Dinca, Octavian; Hristov, Hristiyan Yordanov; Hristova, Magdalena Damyanova; Kantchev, Kosta; Kostadinov, Lyubcho Georgiev; OPS Emails; Shanov, Yordan Ivaylov; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; Trenchev, Antoni; Videlov, Tsvetan Dimitrov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000122.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000123 | 2025-03-10 10:46:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000123 | |
| **All Custodian** | Tonkov, Edward Todorov | |
| **Number of Attachments** | 0 | |
| **File Name** | Letter Partners with SEC Announcement_1LQa4w7z5KSz6Ua0yrZpG_FLWY1ryXIBGuEaihoBfHKo.docx | |

**Privilege Log Description:** In-house counsel draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Tonkov, Edward Todorov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000123.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| **PRIV-0000124** | 2025-03-10 10:59:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000124 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | US Rebuttal Bible_1SuurFbA2WV3OYIPsTOXJddbXGP-LWVGBj8p_jFoFmoE.docx | |

**Privilege Log Description:** Memo documenting various litigations and Nexo's rebuttal.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

> **Updated Request/Demand (Mar 2026):**
> [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000124.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| **PRIV-0000125** | 2025-03-10 11:11:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000125 | |
| **All Custodian** | Tonkov, Edward Todorov | |

| Number of Attachments | 0 |
|---|---|
| File Name | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx |

**Privilege Log Description:** Legal memo re: NEXO Token.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

---

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Tonkov, Edward Todorov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000125.

---

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| **PRIV-0000126** | 2025-03-10 11:22:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000126 | |
| **All Custodian** | Videlov, Tsvetan Dimitrov | |
| **Number of Attachments** | 0 | |
| **File Name** | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx | |

**Privilege Log Description:** Legal memo re: NEXO Token.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description

---

provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. Plaintiff demands production of PRIV-0000126.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000127 | 2025-03-10 11:42:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000127 | |
| All Custodian | Dinca, Octavian | |
| Number of Attachments | 0 | |
| File Name | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx | |

**Privilege Log Description:** Legal memo re: NEXO Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Dinca, Octavian — non-attorney business personnel

— with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000127.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000128** | 2025-03-10 11:43:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000128 | |
| **All Custodian** | Dinca, Octavian | |
| **Number of Attachments** | 0 | |
| **File Name** | Legal Comments_1gJ_aiZQi7tVlAfuCnwnEzGb5OMjg-wVwV5OaqKtCJCQ.docx | |

**Privilege Log Description:** In-house counsel legal review of sales model.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Dinca, Octavian — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000128.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000129** | 2025-03-10 12:12:00 | **Attorney Work Product** |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000129 |
|---|---|
| All Custodian | Hristova, Magdalena Damyanova |
| Number of Attachments | 0 |
| File Name | NY AG Blog_1ENS_76HP7T2tbLo2xLntaLtSxfqK8W3BnAKCtHu5qpc.docx |

**Privilege Log Description:** Draft response to cease and desist re: EIP.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000129.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000130** | 2025-03-10 12:27:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000130 | |
| **All Custodian** | Atanasova, Teodora Plamenova; bizdev.replies@nexo.io; Dinca, Octavian; Kantchev, Kosta; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; Trenchev, Antoni; Videlov, Tsvetan Dimitrov | |
| **Number of Attachments** | 0 | |
| **File Name** | MEMORANDUM - 270219v2 FINAL ISSUED_1rm3oWn3y3L0FOMnOT3febm203XvMF8kD.pdf | |
| **Author** | chris.humphries | |

**Privilege Log Description:** Legal memo re: NEXO Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova; bizdev.replies@nexo.io; Dinca, Octavian; Kantchev, Kosta; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; Trenchev, Antoni; Videlov, Tsvetan Dimitrov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000130.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000131 | 2025-03-10 12:27:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000131 | |
| **All Custodian** | Atanasova, Teodora Plamenova; bizdev.replies@nexo.io; Dinca, Octavian; Kantchev, Kosta; OPS Emails; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; Trenchev, Antoni; Videlov, Tsvetan Dimitrov | |
| **Number of Attachments** | 0 | |
| **File Name** | Ressos Letter 31 Jul 2018 (1)_1DcY1WxuIEHyvvN9tOYZPvYkM55McW1hR.pdf | |
| **Author** | A G | |

**Privilege Log Description:** Legal memo re: NEXO Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was

prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The newly disclosed Author field identifies "A G" as the document author. This individual has not been identified as an attorney. The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova; bizdev.replies@nexo.io; Dinca, Octavian; Kantchev, Kosta; OPS Emails; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; Trenchev, Antoni; Videlov, Tsvetan Dimitrov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000131.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000132 | 2025-03-10 12:32:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000132 | |
| All Custodian | Hristova, Magdalena Damyanova | |
| Number of Attachments | 0 | |
| File Name | NY AG Blog_1ENS_76HP7T2tbLo2xLntaLtSxfqK8W3BnAKCtHu5qpc.docx | |

**Privilege Log Description:** Draft response to cease and desist re: EIP.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney

business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000132.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000133** | 2025-03-10 12:55:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000133 | |
| **All Custodian** | Stanev, Tom Mariyanov | |
| **Number of Attachments** | 0 | |
| **File Name** | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx | |

**Privilege Log Description:** Legal memo re: NEXO Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Stanev, Tom Mariyanov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000133.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000134** | 2025-03-10 13:54:00 | **Attorney Work Product** |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000134 |
|---|---|
| All Custodian | Stanev, Tom Mariyanov |
| Number of Attachments | 0 |
| File Name | Turn NEXO into a utility token_1xqzJoRbUmkkRioA5tSUGaBWFjQr6qnKT3cOgPa-mNQI.docx |

**Privilege Log Description:** Legal analysis from in-house counsel regarding Nexo Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Stanev, Tom Mariyanov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000134.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000135 | 2025-03-10 14:02:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000135 | |
| **All Custodian** | Stanev, Tom Mariyanov | |
| **Number of Attachments** | 0 | |
| **File Name** | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx | |

**Privilege Log Description:** Legal memo re: NEXO Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Stanev, Tom Mariyanov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000135.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000136 | 2025-03-10 18:19:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000136 | |
| All Custodian | Hristova, Magdalena Damyanova | |
| Number of Attachments | 0 | |
| File Name | Landmark_1dVnv5O9qzUT6QK7uA-SBFZcM1siLvoXTgnjAyaVGwlg.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000136.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000137 | 2025-03-10 18:25:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000137 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | Changes in US Earn_1rhYM0B5HM39i0s0I31CN308wcAh0aEQkn6zo6gFLIw8.docx | |

**Privilege Log Description:** Draft statement re: EIP changes.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000137.

**Defendant's Position:**

> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

### PRIV-0000138      2025-03-10 18:27:00      Attorney Work Product

| | |
|---|---|
| PRIV Bates Beg Attach | PRIV-0000138 |
| All Custodian | Hristova, Magdalena Damyanova |
| Number of Attachments | 0 |
| File Name | 220218 - US Service Changes - Operational_1kZI_laSyP56Idp9hffxIMPtkUvfPgKEUIwYV1xIxqUY.docx |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000138.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

### PRIV-0000139      2025-03-11 07:14:00      Attorney Work Product

| | |
|---|---|
| PRIV Bates Beg Attach | PRIV-0000139 |
| All Custodian | Trenchev, Antoni |
| Number of Attachments | 0 |

| File Name | Press Settlement SEC Signed Only_1_QXrYFwzUE00sXPwE394kQAXXsJEXlXFJ-N9nt26cU0.docx |
|---|---|

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000139.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000140 | 2025-03-11 07:14:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000140 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Changes in US Earn_1rhYM0B5HM39i0s0I31CN308wcAh0aEQkn6zo6gFLIw8.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product

simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000140.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000141 | 2024-03-13 20:55:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000141 | |
| **All Custodian** | Kantchev, Kosta; OPS Emails; Stanev, Tom Mariyanov; Tonkov, Edward Todorov; Videlov, Tsvetan Dimitrov | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: Message Center Notification | |
| **Email Subject** | Re: Message Center Notification | |
| **Email From** | Nexo Operations <ops@nexo.com> | |
| **Email To** | Nexo Legal & Regulatory Compliance Team <legal@nexo.com>; Nexo Operations <ops@nexo.com> | |
| **Email CC** | Tsvetan Videlov <tsvetan@nexo.com>; Tom Stanev <tom@nexo.com> | |

**Privilege Log Description:** Email to in-house counsel requesting legal advice regarding SEC investigation.

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000141 as privileged because it was sent to legal@nexo.com among other recepients. Based on our review of Nexo's document production, it appears that this address was frequently used for busienss purposes and by non-attorneys. Please identify the attorney from which advice was sought. Otherwise, Plaintiff demands production of this document.

> **Updated Request/Demand (Mar 2026):**
> [Category B (Standalone Documents / No Identified Attorney)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. Plaintiff demands production of PRIV-0000141.

> **Defendant's Position:**
> This document is to Nexo Legal & Regulatory Compliance Team. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000142 | 2025-03-10 08:56:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000142 | |
| **All Custodian** | Hristov, Hristiyan Yordanov | |
| **Number of Attachments** | 0 | |
| **File Name** | 230201 – USA Exodus Comms -Withdraw Funds by April-wi_19vd8UxYTFVFGakDmqqmw13ztiyPbrF8gZGN6Ze56b1g.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

> **Updated Request/Demand (Mar 2026):**
> [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. Plaintiff demands production of PRIV-0000142.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000143 | 2025-03-10 10:35:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000143 | |
| **All Custodian** | Angelov, Rosen Anatoliev; Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | Blog of USA Exodus Comms _Withdraw Funds by April_ NO Credit & Cr_1Y-LgcNbfwBDSTYwRH8x5jIFyAS4s3Doi.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Angelov, Rosen Anatoliev; Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000143.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000144 | 2025-03-10 10:45:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000144 | |
| **All Custodian** | Tonkov, Edward Todorov | |
| **Number of Attachments** | 0 | |
| **File Name** | USA Exodus Comms -Withdraw Funds by April- WITH Credit_1qRM-rrH7lnrg_72Ee4zB53aSbutcEKEyC71yWeBVoSY.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Tonkov, Edward Todorov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000144.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000145 | 2025-03-10 10:55:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000145 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | 231127 – Blockfills Nexo Prime Migration to Nexo Pro_16LBZ4GxdYPd1CQrmXzA7DJSRNl4bZ1g9yzh6vIb7yj0.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000145.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000146 | 2025-03-10 11:10:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000146 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwI.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000146.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000147** | 2025-03-10 11:11:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000147 | |
| **All Custodian** | Shanov, Yordan Ivaylov | |
| **Number of Attachments** | 0 | |
| **File Name** | 230210 - USA Exodus Comms -Withdraw Fun_1VexSD9drYxLGORprffqO3XbP5cny1mk9UHx1-DgGBfU.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

> **Updated Request/Demand (Mar 2026):**
> [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Shanov, Yordan Ivaylov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000147.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000148** | 2025-03-10 11:18:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000148 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |

| Number of Attachments | 0 |
|---|---|
| File Name | Blog of USA Exodus Comms -Withdraw Funds by April- NO _1ENyw5m4YuZaJpX5p72W-DgVKb-umdniYKAtyHOFS_64.docx |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000148.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000149** | 2025-03-10 17:08:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000149 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | REVISED - 230201 – USA Exodus Comms -Withdraw Funds by_1l_I4Ma7OkVngCkZP8O0SZOs3c6zKaGQ6FIbevqt94aI.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description

provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000149.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000150 | 2025-03-10 17:58:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000150 | |
| All Custodian | Hristova, Magdalena Damyanova | |
| Number of Attachments | 0 | |
| File Name | Copy of 230201 – USA Exodus Comms -Withdraw Funds by A_1cA6lugbs22VCJt4layUjLuudzuJut37uEQV9Spf_K34.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian

field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000150.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000151 | 2025-03-10 17:58:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000151 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | Copy of 230315 – Texas Comms USA Exodus Email_1s_bIMohpG2zm_KItMZirZZNnw7Kq1SoVO1KM6N5jKOc.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000151.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000152 | 2025-03-10 17:58:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000152 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | Copy of USA Exodus Comms -Withdraw Funds by April-WIT_1Crr4wZ4EWqOm6psCIjZg1BShcMPBQs8cGrqZ9iwF_us.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000152.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000153 | 2025-03-10 17:58:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000153 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | 230201 – USA Exodus Comms -Withdraw Funds by April-wi_19vd8UxYTFVFGakDmqqmw13ztiyPbrF8gZGN6Ze56b1g.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000153.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000154 | 2025-03-10 18:17:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000154 | |
| All Custodian | Hristova, Magdalena Damyanova | |
| Number of Attachments | 0 | |
| File Name | Copy of 230315 – Texas Comms USA Exodus Email_1pdL3qPgkCe0P705DEfi3IrurKPVdNm8wm2gEaXdwj4M.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000154.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000155 | 2025-03-10 18:18:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000155 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | USA Exodus Comms -Withdraw Funds by April- WITH Credit_1qRM-rrH7lnrg_72Ee4zB53aSbutcEKEyC71yWeBVoSY.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Hristova, Magdalena Damyanova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000155.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000199 | 2024-04-08 14:26:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000199 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Blockchain+Transaction+Monitoring+Procedure_17UDvi6CMIYF-py0IdnNK-HAVsFdpTkB2.doc | |
| **Email Subject** | Exported From Confluence | |

**Privilege Log Description:** Product management document reflecting legal advice by in-house counsel re: compliance procedures; facilitating the provision of confidential legal advice by in-house counsel.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated PRIV-0000199 as privileged based on the contention that it is a "document reflecting legal advice provided by in-house counsel regarding compliance procedures." This is insufficient to establish privilege. A document is not privileged merely by virtue of being attached to an attorney email. Nexo must identify the author of the document and describe the nature of the legal advice purportedly provided in the document (without disclosing substance). Otherwise, Plaintiff demands production.

> **Updated Request/Demand (Mar 2026):**
> [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000199.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000200 | 2024-12-03 14:46:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000200 | |
| **All Custodian** | Kantchev, Kosta; Tonkov, Edward Todorov; Trenchev, Antoni | |

| Number of Attachments | 0 |
|---|---|
| File Name | Blockchain Transaction Monitoring Procedure.pdf |

**Privilege Log Description:** Legal memo re Blockchain Transaction Monitoring Procedure.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Tonkov, Edward Todorov; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000200.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000201 | 2025-03-10 09:22:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000201 | |
| All Custodian | Atanasova, Teodora Plamenova | |
| Number of Attachments | 0 | |
| File Name | 240513 – New T&C – Terms Filtering_1P_nMfSuZUuWf3d6WlRDZfhNTTNFCTVNWbH5hVPJ65AE.xlsx | |

**Privilege Log Description:** Document reflecting legal advice provided by and requested of in-house counsel regarding Nexo terms and conditions.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000201.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000202 | 2025-03-10 09:23:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000202 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev | |
| **Number of Attachments** | 0 | |
| **File Name** | 240513 – New T&C – Terms Filtering_1P_nMfSuZUuWf3d6WlRDZfhNTTNFCTVNWbH5hVPJ65AE.xlsx | |

**Privilege Log Description:** Document reflecting legal advice provided by and requested of in-house counsel regarding Nexo terms and conditions.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was

prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000202.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000203 | 2025-03-10 09:40:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000203 | |
| All Custodian | Atanasova, Teodora Plamenova | |
| Number of Attachments | 0 | |
| File Name | US Rebuttal Bible_1SuurFbA2WV3OYIPsTOXJddbXGP-LWVGBj8p_jFoFmoE.docx | |

**Privilege Log Description:** Report detailing ongoing litigations and Nexo's planned responses.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000203.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000204 | 2025-03-10 09:50:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000204 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev | |
| **Number of Attachments** | 0 | |
| **File Name** | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwI.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000204.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000205 | 2025-03-10 09:50:00 | Attorney Work Product |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000205 |
|---|---|
| All Custodian | Atanasova, Teodora Plamenova |
| Number of Attachments | 0 |
| File Name | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwI.docx |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000205.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000206 | 2025-03-10 09:54:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000206 | |
| All Custodian | Kostadinov, Lyubcho Georgiev | |
| Number of Attachments | 0 | |
| File Name | 230309 – North Carolina Article Comment & Corrections – _1AhF6iZVYqYi7myGDV7vRMsfAgd_Rc5XxQ1f0bGKThc4.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000206.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000207 | 2025-03-10 09:55:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000207 | |
| All Custodian | Atanasova, Teodora Plamenova | |
| Number of Attachments | 0 | |
| File Name | 230309 – North Carolina Article Comment & Corrections – _1AhF6iZVYqYi7myGDV7vRMsfAgd_Rc5XxQ1f0bGKThc4.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000207.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000208 | 2025-03-10 09:55:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000208 | |
| **All Custodian** | Shanov, Yordan Ivaylov | |
| **Number of Attachments** | 0 | |
| **File Name** | US Rebuttal Bible_1SuurFbA2WV3OYIPsTOXJddbXGP-LWVGBj8p_jFoFmoE.docx | |

**Privilege Log Description:** Report detailing ongoing litigations and Nexo�s responses to same.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Shanov, Yordan Ivaylov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000208.

**Defendant's Position:**

> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

### PRIV-0000209 — 2025-03-10 09:59:00 — Attorney-Client; Attorney Work Product

| | |
|---|---|
| PRIV Bates Beg Attach | PRIV-0000209 |
| All Custodian | Angelov, Rosen Anatoliev |
| Number of Attachments | 0 |
| File Name | US Rebuttal Bible_1SuurFbA2WV3OYIPsTOXJddbXGP-LWVGBj8p_jFoFmoE.docx |

**Privilege Log Description:** Report detailing ongoing litigations and Nexo�s responses to same.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Angelov, Rosen Anatoliev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000209.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

### PRIV-0000210 — 2025-03-10 10:06:00 — Attorney Work Product

| | |
|---|---|
| PRIV Bates Beg Attach | PRIV-0000210 |
| All Custodian | Shanov, Yordan Ivaylov |

| Number of Attachments | 0 |
|---|---|
| File Name | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwI.docx |

**Privilege Log Description:** Draft statement re: SEC settlement.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

> **Updated Request/Demand (Mar 2026):**
> [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Shanov, Yordan Ivaylov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000210.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000211** | 2025-03-10 10:08:00 | **Attorney Work Product** |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000211 |
|---|---|
| All Custodian | Angelov, Rosen Anatoliev |
| Number of Attachments | 0 |
| File Name | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwI.docx |

**Privilege Log Description:** Draft statement re: SEC settlement.

> **Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Angelov, Rosen Anatoliev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000211.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000212 | 2025-03-10 16:25:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000212 | |
| **All Custodian** | Atanasova, Teodora Plamenova | |
| **Number of Attachments** | 0 | |
| **File Name** | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx | |

**Privilege Log Description:** Legal memo re: NEXO Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Atanasova, Teodora Plamenova — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000212.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000213 | 2025-03-10 16:49:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000213 | |
| All Custodian | Shanov, Yordan Ivaylov | |
| Number of Attachments | 0 | |
| File Name | Advertising Policy-29032024_1PIU22T9i6531jak75XzEFOYMG53vmq0om1lKs5C0ncM.docx | |

**Privilege Log Description:** In-house markup of Nexo's Advertising Policy including comments from legal counsel.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Shanov, Yordan Ivaylov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000213.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000214 | 2025-03-10 19:04:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000214 | |
| **All Custodian** | Shanov, Yordan Ivaylov | |
| **Number of Attachments** | 0 | |
| **File Name** | Problematic Articles — NEXO Token Promoted as Investment_1N0wcQwvfyv2ZYfS489xD9IvI7WxaTk3BijcIFMfO0_0.xlsx | |

**Privilege Log Description:** Document indicating legal advice by in-house counsel regarding the NEXO Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Shanov, Yordan Ivaylov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000214.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000215 | 2025-03-10 19:07:00 | Attorney-Client; Attorney Work Product |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000215 |
|---|---|
| All Custodian | Kostadinov, Lyubcho Georgiev |
| Number of Attachments | 0 |
| File Name | Problematic Articles — NEXO Token Promoted as Investment_1N0wcQwvfyv2ZYfS489xD9IvI7WxaTk3BijcIFMfO0_0.xlsx |

**Privilege Log Description:** Document indicating legal advice by in-house counsel regarding the NEXO Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000215.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000216 | 2025-03-10 19:53:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000216 | |
| All Custodian | Kostadinov, Lyubcho Georgiev | |
| Number of Attachments | 0 | |
| File Name | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx | |

**Privilege Log Description:** Document indicating legal advice by counsel regarding the NEXO Token.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

> **Updated Request/Demand (Mar 2026):**
> [Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000216.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000217 | 2025-03-10 20:37:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000217 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev | |
| **Number of Attachments** | 0 | |
| **File Name** | Turn NEXO into a utility token_1xqzJoRbUmkkRioA5tSUGaBWFjQr6qnKT3cOgPa-mNQI.docx | |

**Privilege Log Description:** Analysis from in-house counsel regarding Nexo Token.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this

document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000217.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000218 | 2025-03-11 11:24:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000218 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | US Rebuttal Bible_1SuurFbA2WV3OYIPsTOXJddbXGP-LWVGBj8p_jFoFmoE.docx | |

**Privilege Log Description:** Report detailing ongoing litigations and Nexo�s responses to same.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel

— with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000218.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000219 | 2025-03-11 11:36:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000219 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwI.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000219.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000220** | 2025-03-11 12:07:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000220 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | US Rebuttal Bible_1SuurFbA2WV3OYIPsTOXJddbXGP-LWVGBj8p_jFoFmoE.docx | |

**Privilege Log Description:** Report detailing ongoing litigations and Nexo�s responses to same.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

---

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000220.

---

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| **PRIV-0000221** | 2025-03-11 12:22:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000221 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | Copy of 230315 – Texas Comms USA Exodus Email_1DAssX9fRVf1rd1KK4kOZmPMDgAWVQMirZJQZuNqIDwI.docx | |

**Privilege Log Description:** Draft statement re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000221.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000222** | 2025-03-11 22:09:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000222 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | USA Exodus Comms -Withdraw Funds by April- WITH Credit_1qRM-rrH7lnrg_72Ee4zB53aSbutcEKEyC71yWeBVoSY.docx | |

**Privilege Log Description:** Draft communication to customers regarding Nexo�s SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was

prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000222.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000223 | 2025-03-11 22:15:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000223 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Landmark_1dVnv5O9qzUT6QK7uA-SBFZcM1siLvoXTgnjAyaVGwlg.docx | |

**Privilege Log Description:** Draft communication to customers regarding Nexo�s SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000223.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000224 | 2025-03-11 22:15:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000224 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Nexo Reaches Landmark Resolution with US Regulators_1ySy542Mk3i38WJOmGeqR2AqBcgVfI2Lo5hQv8IE4z0k.docx | |

**Privilege Log Description:** Draft communication to customers regarding Nexo�s SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000224.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000225 | 2025-03-11 22:15:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000225 | |

| All Custodian | Trenchev, Antoni |
|---|---|
| Number of Attachments | 0 |
| File Name | Pitch_13lH-yO3kY-VlsiOq5wIZsM5uzLs4h0ZJXWwdm3A8FVw.docx |

**Privilege Log Description:** Draft communication to customers regarding Nexo�s SEC settlement.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

---

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000225.

---

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| **PRIV-0000226** | 2025-03-11 22:15:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000226 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Press Settlement SEC + Others_1b-WMj81grOEedCCMFR13BwqWtD7H01dGkFMk_7sMEPU.docx | |

**Privilege Log Description:** Draft communication to customers regarding Nexo�s SEC settlement.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000226.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000227 | 2025-03-11 22:16:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000227 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | 230119_Nexo Reaches Landmark Resolution with U_1Mv_24cC-bfALmE7hhb1pXvBnPgrX3dY-0hJDEgGH_bg.docx | |

**Privilege Log Description:** Draft communication to customers regarding Nexo�s SEC settlement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000227.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000228 | 2025-03-11 22:16:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000228 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Press Settlement SEC Signed Only_1_QXrYFwzUE00sXPwE394kQAXXsJEXlXFJ-N9nt26cU0.docx | |

**Privilege Log Description:** Draft communication to customers regarding Nexo�s SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000228.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000229 | 2025-03-11 22:16:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000229 | |
| All Custodian | Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | Letter Partners with SEC Announcement_1LQa4w7z5KSz6Ua0yrZpG_FLWY1ryXIBGuEaihoBfHKo.docx | |

**Privilege Log Description:** Draft communication to customers regarding Nexo�s SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000229.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000230 | 2025-03-11 22:39:00 | Attorney Work Product |
|---|---|---|

| | |
|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000230 |
| **All Custodian** | Trenchev, Antoni |
| **Number of Attachments** | 0 |
| **File Name** | OTC Compliance Procedure- Sales copy_1v9s6jCELqRbKq8I-KikFnpo9gddRQaA3NyOKYp7QRK0.docx |

**Privilege Log Description:** In-house counsel draft of Nexo's OTC Compliance Procedures.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000230.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000231** | 2025-03-11 22:47:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000231 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | 2_Services of Nexo Capital_12oXdzoAdvomzKtasGJV4ThnD92U53uFf.DOCX | |

**Privilege Log Description:** In-house counsel draft of Nexo's products and services to California Department of Financial Protection and Innovation.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000231.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000233 | 2025-03-11 22:50:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000233 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Attachment to Q.16_1BwXuBC-_UNhqFIvfk52TwzHOrJEusYMfhCh8cctLZBc.docx | |

**Privilege Log Description:** In-house counsel draft regarding California Department of Financial Protection and Innovation questionnaire.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000233.

**Defendant's Position:**

This document is authored by "Mejia, William@DFPI," a regulator at the "California Department of Financial Protection and Innovation ('CDFPI')." As apparent from the filename, thse documents were "questionnaires" originally authored by the regulating agency, to which Nexo was formulating its responses. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000234 | 2025-03-11 22:55:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000234 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | OK_C&D_2022-09-26_1ofCC10hcwVOUp8IjFe4gYtpwvHzRG6N5.pdf | |

**Privilege Log Description:** Document attached to privileged communication requesting legal advice

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000234.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000235 | 2025-03-11 22:56:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000235 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | L-Q3 2022 - Legal & Regulatory Compliance Report-231022-072439_1aHuhzquaWgD3vUBBca7sPChYRHPb442j.pdf | |

**Privilege Log Description:** In-house counsel legal and regulatory compliance report.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000235.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000236 | 2025-03-11 22:56:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000236 | |

| All Custodian | Kantchev, Kosta; Trenchev, Antoni |
|---|---|
| Number of Attachments | 0 |
| File Name | New Version- Q3+2022+-+Legal+-26+Regulatory+Compliance+Report.doc_1PQhMEe8WW5NHKBOBjDsHaqP8mdfqo9u4.mht |

**Privilege Log Description:** In-house counsel legal and regulatory compliance report.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000236.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000237 | 2025-03-11 22:56:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000237 | |
| All Custodian | Kantchev, Kosta; Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | Q3+2022+-+Legal+-26+Regulatory+Compliance+Report-2_1Y4bS30Remq__ldVfS6xnQnldstKEJq-g.mht | |

**Privilege Log Description:** In-house counsel legal and regulatory compliance report.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000237.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000238 | 2025-03-11 22:57:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000238 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | SRZ- Response on Next Steps-20102022_1nMDmaC1C2pL7Bbj5Jz7BM_CtiMmRLbV0m0IuptqrSms.docx | |

**Privilege Log Description:** In-house counsel legal correspondence and SEC settlement communication.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was

prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000238.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000239 | 2025-03-11 22:57:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000239 | |
| All Custodian | Kantchev, Kosta; Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | Action Plan for Separation of Nexo-s U.S. Business- Final-171020_14WsJOH8m8Uhwwu1EgVRaxIDgLCgG4W2W.docx | |
| Author | Bianca Veleva | |

**Privilege Log Description:** Inquiry to in-house counsel regarding Nexo�s U.S. action plans.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000239.

**Defendant's Position:**
This document was authored by Bianca Veleva, Nexo's Chief Legal and Regulatory Officer. There is no dispute that Ms. Veleva is registered with the Bulgarian Bar. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000240 | 2025-03-11 22:59:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000240 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Memo for Nexo 04-28-2022_1iHB4v-AW3y9w5R71riZBOLEiOocFKMrZ.pdf | |
| **Author** | wertf | |

**Privilege Log Description:** outside counsel communication re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The newly disclosed Author field identifies "wertf" as the document author. This individual has not been identified as an attorney. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000240.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000242 | 2025-03-11 23:01:00 | Attorney-Client |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000242 |
|---|---|
| All Custodian | Trenchev, Antoni |
| Number of Attachments | 0 |
| File Name | CA_C&D_D-R-Nexo-Group_2022-09-26_13D_KOP1ZH_U6iC2sDjfpJ0dpQJ-DjInICMaFCHLH4uE.docx |

**Privilege Log Description:** Document attached to privileged communication requesting legal advice

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000242.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000244 | 2025-03-11 23:01:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000244 | |
| All Custodian | Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | Changes in US Earn_1rhYM0B5HM39i0s0I31CN308wcAh0aEQkn6zo6gFLIw8.docx | |

**Privilege Log Description:** Draft communication to customers regarding Nexo�s EIP Product in light of SEC settlement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000244.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000245 | 2025-03-11 23:12:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000245 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | GS Onboarding_Initial Overview of Critical Issues_1RMaHndqMQY2FtyF5rDa0VDijj9sW-mku.pdf | |

**Privilege Log Description:** In-house counsel draft re: litigation and regulatory responses.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000245.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000246 | 2025-03-11 23:12:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000246 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | GS Onboarding_Initial Overview of Critical Issues_1RP7_n0QehkW2cO2TMIJhnwwikiFoHOzA.pdf | |

**Privilege Log Description:** In-house counsel draft re: litigation and regulatory responses.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000246.

**Defendant's Position:**

> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

### PRIV-0000247             2025-03-11 23:24:00             Attorney Work Product

| PRIV Bates Beg Attach | PRIV-0000247 |
|---|---|
| All Custodian | Kantchev, Kosta; Trenchev, Antoni |
| Number of Attachments | 0 |
| File Name | SRZ Edits Clean - 2021.09.17 Nexo Draft Cover Letter - SEC (HO-14_1Pi4FgA2NFHhz-9uY4g_l2nWL48VdmBaA.docx |

**Privilege Log Description:** In-house counsel draft mark-up of response to SEC.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000247.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

### PRIV-0000248             2025-03-11 23:39:00             Attorney-Client

| PRIV Bates Beg Attach | PRIV-0000248 |
|---|---|
| All Custodian | Trenchev, Antoni |
| Number of Attachments | 0 |

| File Name | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx |
|---|---|

**Privilege Log Description:** Document indicating legal advice provided by counsel regarding the NEXO Token.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000248.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| **PRIV-0000249** | 2025-03-11 23:49:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000249 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | 220301 – USA – Stopping Exchange & Earn in NEXO_175HpvnQv2nLAQFUPBF-_iSV6259iJt5op3L8pj7pjNg.docx | |

**Privilege Log Description:** In-house counsel draft re: changes to terms for Nexo Tokens.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product

simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000249.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000250 | 2025-03-11 23:53:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000250 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Copy of OTC Compliance Procedure_1Jo0vqmEnS7WllUJjmP_ipurSPa66XGzmVH7mlCx-wP0.docx | |

**Privilege Log Description:** In-house counsel draft re: changes to OTC compliance procedures.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel

— with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000250.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000251 | 2025-03-11 23:54:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000251 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Licenses and Registrations- SEC-10092021_1ZrnONWQHaVYWQkfdx24RmkjnEB9fapGH.docx | |
| **Author** | Bianca Veleva | |

**Privilege Log Description:** Draft response to SEC inquiry.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000251.

**Defendant's Position:**
This document was authored by Bianca Veleva, Nexo's Chief Legal and Regulatory Officer. There is no dispute that Ms. Veleva is registered with the Bulgarian Bar. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000252 | 2025-03-11 23:58:00 | Attorney Work Product |
|---|---|---|

| | |
|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000252 |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni |
| **Number of Attachments** | 0 |
| **File Name** | List of of Iicenses_Nexo Financial LLC_1_5ATSawzCUvEnRV3cGJYiXRcteoP1Z9C.pdf |

**Privilege Log Description:** In-house counsel draft mark-up of Nexo licenses and registrations.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000252.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000254** | 2025-03-12 01:23:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000254 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | Untitled document_1YT_C5lbcGu1Ou1eIgGXSx9mz1uctDnia8qi8bovzQUU.docx | |

**Privilege Log Description:** Draft communication to customers regarding Nexo�s SEC settlement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000254.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000255 | 2025-03-12 01:32:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000255 | |
| All Custodian | Kantchev, Kosta; Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | SRZ Edits Clean - 2021.09.13 Nexo Draft Cover Letter - SEC (HO-14_1i-RC-DhqyCYA9YflAvux8sgvhm1KK_ot.docx | |

**Privilege Log Description:** In-house counsel markup of draft communication in response to SEC investigation.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000255.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000256 | 2025-03-12 01:32:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000256 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | SRZ Edits Clean - 2021.09.13 Nexo Draft Cover Letter - SEC (HO-14_1EbEUW8tZcGtTdGUEBmEcdHGoInde5nwu.docx | |

**Privilege Log Description:** In-house counsel markup of draft communication in response to SEC investigation.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000256.

**Defendant's Position:**

> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| **PRIV-0000257** | 2025-03-12 01:33:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000257 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | SRZ Edits Clean - 2021.09.13 Nexo Draft Cover Letter - SEC (HO-14_1h6rs0mS0vh36bdsU0BtMtxr5hz0Lai6m.docx | |

**Privilege Log Description:** In-house counsel markup of draft communication in response to SEC investigation.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000257.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| **PRIV-0000258** | 2025-03-12 01:48:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000258 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |

| File Name | Nexo Weakpoints_1En7tD-ABFPlMrtsu_sIfEgCAdVgxruhnsGEfvPatCD8.docx |
|---|---|

**Privilege Log Description:** In-house counsel advice regarding legal disputes.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000258.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000259** | 2025-03-12 02:10:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000259 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | Copy of 230315 – Texas Comms USA Exodus Email_1pdL3qPgkCe0P705DEfi3IrurKPVdNm8wm2gEaXdwj4M.docx | |

**Privilege Log Description:** Draft communication to customers re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this

document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000259.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000260** | 2025-03-12 02:20:00 | **Attorney Work Product** |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000260 | |
| All Custodian | Kantchev, Kosta | |
| Number of Attachments | 0 | |
| File Name | 230210 - USA Exodus Comms -Withdraw Funds by April- NO _1VexSD9drYxLGORprffqO3XbP5cny1mk9UHx1-DgGBfU.docx | |

**Privilege Log Description:** In-house counsel draft response to customers re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel

— with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000260.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000261** | 2025-03-12 02:20:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000261 | |
| **All Custodian** | Kantchev, Kosta; Kostadinov, Lyubcho Georgiev | |
| **Number of Attachments** | 0 | |
| **File Name** | Latest Update on Any Outstanding Regulatory Issues_1N94fzDa6KOGNPODxmeLcd2xnotVHaFIs.docx | |

**Privilege Log Description:** In-house counsel draft response to customers re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Kostadinov, Lyubcho Georgiev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000261.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000262** | 2025-03-12 02:20:00 | **Attorney Work Product** |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000262 |
|---|---|
| All Custodian | Kantchev, Kosta |
| Number of Attachments | 0 |
| File Name | Latest Update on Any Outstanding Regulatory Issues_1OAHpVMUdWBUe78dNhVr3Umb0fSIvhGZ4KOWMfrbqkbw.docx |

**Privilege Log Description:** In-house counsel draft response to customers re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000262.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000263 | 2025-03-12 02:20:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000263 | |
| All Custodian | Kantchev, Kosta | |
| Number of Attachments | 0 | |
| File Name | USA Exodus Comms -Withdraw Funds by April- WITH Credit_1qRM-rrH7lnrg_72Ee4zB53aSbutcEKEyC71yWeBVoSY.docx | |

**Privilege Log Description:** In-house counsel draft response to customers re: SEC settlement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000263.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000264 | 2025-03-12 02:33:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000264 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | Nexo Reaches Landmark Resolution with US Regulators_1ySy542Mk3i38WJOmGeqR2AqBcgVfI2Lo5hQv8IE4z0k.docx | |

**Privilege Log Description:** Draft press release re: SEC settlement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000264.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000265 | 2025-03-12 02:33:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000265 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | Press Settlement SEC + Others_1b-WMj81grOEedCCMFR13BwqWtD7H01dGkFMk_7sMEPU.docx | |

**Privilege Log Description:** Draft press release re: SEC settlement.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000265.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000266 | 2025-03-12 02:33:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000266 | |
| All Custodian | Kantchev, Kosta | |
| Number of Attachments | 0 | |
| File Name | Press Settlement SEC Signed Only_1_QXrYFwzUE00sXPwE394kQAXXsJEXlXFJ-N9nt26cU0.docx | |

**Privilege Log Description:** Draft press release re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000266.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000267 | 2025-03-12 02:35:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000267 | |
| All Custodian | Kantchev, Kosta | |

| Number of Attachments | 0 |
|---|---|
| File Name | Letter Partners with SEC Announcement_1LQa4w7z5KSz6Ua0yrZpG_FLWY1ryXIBGuEaihoBfHKo.docx |

**Privilege Log Description:** Draft communication regarding SEC settlement and dispute with Bulgarian authorities.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000267.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000268 | 2025-03-12 02:54:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000268 | |
| All Custodian | Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | Form 1099-INT- Earn Product _1RI098geZ2BUtnRClagS1x9BXceALQZniaVEnQAG9eQA.docx | |

**Privilege Log Description:** In-house counsel feedback regarding tax issues associated with EIP.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000268.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000269 | 2025-03-12 03:13:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000269 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | OTC Compliance Procedure- Sales copy_1v9s6jCELqRbKq8I-KikFnpo9gddRQaA3NyOKYp7QRK0.docx | |

**Privilege Log Description:** In-house counsel draft markup of Nexo OTC Compliance Procedures.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000269.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000270 | 2025-03-12 03:19:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000270 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | States & SEC_1c49X_LS1wCyaE7wb-HkSrk1NGFQDYI0XGmCz2IBZjVY.docx | |

**Privilege Log Description:** Document requesting legal advice from outside counsel regarding investigation by New York Attorney General.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000270.

**Defendant's Position:**

> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000271 | 2025-03-12 03:29:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000271 | |
| All Custodian | Kantchev, Kosta | |
| Number of Attachments | 0 | |
| File Name | Attachment to Q.16_1BwXuBC-_UNhqFIvfk52TwzHOrJEusYMfhCh8cctLZBc.docx | |

**Privilege Log Description:** In-house counsel draft markup of questionnaire re: regulatory actions against Nexo.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000271.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000272 | 2025-03-12 03:37:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000272 | |
| All Custodian | Kantchev, Kosta | |

| Number of Attachments | 0 |
|---|---|
| File Name | SRZ- Response on Next Steps-20102022_1nMDmaC1C2pL7Bbj5Jz7BM_CtiMmRLbV0m0IuptqrSms.docx |

**Privilege Log Description:** Outside counsel communication re: SEC settlement.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

---

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000272.

---

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| **PRIV-0000273** | 2025-03-12 03:45:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000273 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | Changes in US Earn_1rhYM0B5HM39i0s0I31CN308wcAh0aEQkn6zo6gFLIw8.docx | |

**Privilege Log Description:** In-house counsel draft response to customers re: EIP in light of SEC settlement.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000273.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000274 | 2025-03-12 04:42:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000274 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | email.Pepper.SEC.reports_14_XrFTYGeTkjEp0goeHSK2tkHOoNrTe0FhRCspA9F9s.docx | |

**Privilege Log Description:** Legal memo re: SEC securities registration.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was

prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000274.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000275 | 2025-03-12 04:43:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000275 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | NEXO Token Addition Info_1WbW_iTsUpaXUUvJzhpqB5i2iLk3jqQYyy8mITS5HS38.docx | |

**Privilege Log Description:** Legal memo re: NEXO Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000275.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| **PRIV-0000276** | 2025-03-12 04:53:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000276 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | 220301 – USA – Stopping Exchange & Earn in NEXO_175HpvnQv2nLAQFUPBF-_iSV6259iJt5op3L8pj7pjNg.docx | |

**Privilege Log Description:** In-house counsel draft communication to customers re: SEC settlement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000276.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| **PRIV-0000277** | 2025-03-12 05:02:00 | **Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000277 | |

| All Custodian | Trenchev, Antoni |
|---|---|
| Number of Attachments | 0 |
| File Name | STRICTLY CONFIDENTIAL AND LEGALLY PRIVILEGED_1AllCRRJsIiu5WNng9PVLOvn-7-Fd8a8YQePaNRflILg.docx |

**Privilege Log Description:** Legal memo re: Nexo Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000277.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000278 | 2025-03-12 05:03:00 | Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000278 | |
| All Custodian | Kantchev, Kosta | |
| Number of Attachments | 0 | |
| File Name | Copy of OTC Compliance Procedure_1Jo0vqmEnS7WllUJjmP_ipurSPa66XGzmVH7mlCx-wP0.docx | |

**Privilege Log Description:** In-house counsel draft of Nexo OTC Compliance Procedures.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000278.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000282 | 2025-03-12 07:16:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000282 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | Nexo Weakpoints_1En7tD-ABFPlMrtsu_sIfEgCAdVgxruhnsGEfvPatCD8.docx | |

**Privilege Log Description:** In house counsel draft markup of needs for various legal proceedings.

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000282.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000283 | 2025-03-12 07:59:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000283 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | Turn NEXO into a utility token_1xqzJoRbUmkkRioA5tSUGaBWFjQr6qnKT3cOgPa-mNQI.docx | |

**Privilege Log Description:** Legal advice from in-house counsel regarding NEXO Token

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000283.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000284 | 2025-03-12 08:05:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000284 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | Form 1099-INT- Earn Product _1RI098geZ2BUtnRClagS1x9BXceALQZniaVEnQAG9eQA.docx | |

**Privilege Log Description:** In-house counsel draft review of EIP-related tax documents.

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000284.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000285 | 2025-03-12 09:09:00 | Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000285 | |

| All Custodian | Kantchev, Kosta |
|---|---|
| Number of Attachments | 0 |
| File Name | NEXO_exchange_listings_info_overview_1D3U7Kql2PWUF5jHHLB74KY_Pbje2BdyGh21vaAKfPQk.docx |

**Privilege Log Description:** In-house counsel draft mark-up re: Nexo Token.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

---

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000285.

---

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| PRIV-0000286 | 2025-03-12 10:17:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000286 | |
| All Custodian | Kantchev, Kosta | |
| Number of Attachments | 0 | |

| File Name | email.Pepper.SEC.reports_14_XrFTYGeTkjEp0goeHSK2tkHOoNrTe0FhRCsp A9F9s.docx |
|---|---|

**Privilege Log Description:** Draft legal memo re: SEC requirements.

---

**Prior Request/Demand (Feb 2026):**
Nexo has designated this document as attorney work product, but has not identified the attorney who authored or directed the preparation of this draft document. The privilege log description provides no information about who created this document, when it was created, or which attorney was involved in its preparation. A document is not automatically attorney work product simply because it may relate to a legal matter. Nexo is required to: (1) identify the author of this document; (2) identify the attorney who directed its preparation; (3) establish that it was prepared in anticipation of litigation or for trial by or for an attorney. Absent such a showing, Plaintiff demands production.

---

**Updated Request/Demand (Mar 2026):**
[Category B (Standalone Documents / No Identified Attorney)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000286.

---

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| **PRIV-0000289** | 2025-03-12 04:53:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000289 | |
| **Bates Beg** | NEXO-0216477 | |
| **Bates Beg Attach** | NEXO-0216477 | |
| **All Custodian** | Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | SEC Agenda for March 2_14ll_bZYdHRYN7Akuqt6_eie5kZu-ci4JyR-oMNNpqjQ.docx | |

**Privilege Log Description:** CLAWBACK Document that was prepared by outside counsel in connection with an SEC investigation and a planned call with the SEC. The document contains outside counsel's mental impressions concerning Nexo's planned call with the SEC.

---

**Updated Request/Demand (Mar 2026):**

[Category B (Standalone Documents / No Identified Attorney)] This CLAWBACK entry was added in the revised privilege log. The Author field is blank. Nexo has failed to identify the specific attorney who authored or directed the creation of this document. Plaintiff demands production of PRIV-0000289. In the alternative, Nexo must identify the author by name, confirm the author is a licensed attorney, and identify when the clawback was asserted.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

### CATEGORY C · Counsel Merely CC'd on Business Communication · 10 entries

| **PRIV-0000010** | 2020-10-20 13:39:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000010 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: Earn in NEXO tokens - Release | |
| **Email Subject** | Re: Earn in NEXO tokens - Release | |
| **Email From** | Elitsa Taskova <elitsa@nexo.io> | |
| **Email To** | Mariusz \| Nexo <mariusz@nexo.io> | |
| **Email CC** | Bianca Veleva <bianca@nexo.io>; Mia Agova <mia@nexo.io>; Lyubcho Kostadinov <lyubcho@nexo.io>; Trayan Nikolov <trayan@nexo.io>; Joro Yordanov <joro@nexo.io>; Inna Valerieva <inna@nexo.io>; Katerina Harizanova <katerina@nexo.io>; Nikola Georgiev <nikola@nexo.io> | |

**Privilege Log Description:** Email discussing legal advice with in-house counsel Bianca Veleva and reflecting legal advice regarding Nexo Earn Product.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000010 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication along with several other employees—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands production.

---

**Updated Request/Demand (Mar 2026):**
[Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient. Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000010.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000011 | 2020-11-24 11:20:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000011 | |
| **All Custodian** | Hristov, Hristiyan Yordanov | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: Turn NEXO from a security into a utility token | |
| **Email Subject** | Re: Turn NEXO from a security into a utility token | |
| **Email From** | Mariusz \| Nexo <mariusz@nexo.io> | |
| **Email To** | George Manolov <george@nexo.io> | |
| **Email CC** | Bianca Veleva <bianca@nexo.io>; Trayan Nikolov <trayan@nexo.io>; Simeon Rusanov <simeon.rusanov@nexo.io>; Silvi Angelov <silvi@nexo.io>; Elitsa Taskova <elitsa@nexo.io>; Nikola Georgiev <nikola@nexo.io>; Hristiyan Hristov <hristiyan@nexo.io> | |

**Privilege Log Description:** Email requesting legal advice from in-house counsel Bianca Veleva regarding Nexo Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000011 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication along with several other employees—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient.

Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000011.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000014 | 2021-03-02 13:04:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000014 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev; Rakshiev, Alexander Nikolaev; Stanev, Tom Mariyanov | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: NEXO Tokens Daily Interest | |
| **Email Subject** | Re: NEXO Tokens Daily Interest | |
| **Email From** | George Manolov <george@nexo.io> | |
| **Email To** | Mariusz \| Nexo <mariusz@nexo.io> | |
| **Email CC** | Elitsa Taskova <elitsa@nexo.io>; Alexander Rakshiev <alexander.rakshiev@nexo.io>; Bianca Veleva <bianca@nexo.io>; Martin Manolov <martin@nexo.io>; Nikola Georgiev <nikola@nexo.io>; Lyubcho Kostadinov <lyubcho@nexo.io>; Tom Stanev <tom@nexo.io>; Katerina Harizanova <katerina@nexo.io> | |

**Privilege Log Description:** Email requesting legal advice from in-house counsel Bianca Veleva regarding Nexo Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000014 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication along with several toher employees—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient.

Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000014.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000019** | 2021-04-26 16:04:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000019 | |
| **All Custodian** | Hristov, Hristiyan Yordanov | |
| **Number of Attachments** | 1 | |
| **File Name** | Re: Dividends for the yellow group of peeps | |
| **Email Subject** | Re: Dividends for the yellow group of peeps | |
| **Email From** | Viktor Dimov <viktor@nexo.io> | |
| **Email To** | Hristiyan Hristov <hristiyan@nexo.io>; Silvi Angelov <silvi@nexo.io>; Trayan Nikolov <trayan@nexo.io> | |
| **Email CC** | Bozhidar Dobrev <bozhidar.dobrev@nexo.io>; Bianca Veleva <bianca@nexo.io> | |

**Privilege Log Description:** Email requesting and reflecting legal advice from in-house counsel Bianca Veleva regarding Nexo Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000019 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication sent to several employees—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient. Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000019.

**Defendant's Position:**

> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

### PRIV-0000021                2021-04-27 10:10:00                **Attorney-Client**

| | |
|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000021 |
| **All Custodian** | Hristov, Hristiyan Yordanov |
| **Number of Attachments** | 1 |
| **File Name** | Re: Dividends for the yellow group of peeps |
| **Email Subject** | Re: Dividends for the yellow group of peeps |
| **Email From** | Viktor Dimov <viktor@nexo.io> |
| **Email To** | Hristiyan Hristov <hristiyan@nexo.io> |
| **Email CC** | Silvi Angelov <silvi@nexo.io>; Trayan Nikolov <trayan@nexo.io>; Bozhidar Dobrev <bozhidar.dobrev@nexo.io>; Bianca Veleva <bianca@nexo.io> |

**Privilege Log Description:** Email requesting and reflecting legal advice from in-house counsel Bianca Veleva regarding Nexo Token.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000021 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient. Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000021.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

### PRIV-0000025                2021-04-28 15:39:00                **Attorney-Client**

| | |
|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000025 |

| All Custodian | Rakshiev, Alexander Nikolaev |
|---|---|
| Number of Attachments | 1 |
| File Name | Re: Liquidation relief agreement |
| Email Subject | Re: Liquidation relief agreement |
| Email From | Alexander Rakshiev <alexander.rakshiev@nexo.io> |
| Email To | Viktor Dimov <viktor@nexo.io> |
| Email CC | Mariusz Winiarczyk <mariusz@nexo.io>; Nikola Georgiev <nikola@nexo.io>; Bianca Veleva <bianca@nexo.io> |

**Privilege Log Description:** Email requesting and reflecting legal advice from in-house counsel regarding Nexo transactions.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000025 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication along with several other employees—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient. Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000025.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000027** | 2021-04-28 16:13:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000027 | |
| **All Custodian** | Rakshiev, Alexander Nikolaev | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: Liquidation relief agreement | |
| **Email Subject** | Re: Liquidation relief agreement | |

| Email From | Viktor Dimov <viktor@nexo.io> |
|---|---|
| Email To | Alexander Rakshiev <alexander.rakshiev@nexo.io> |
| Email CC | Mariusz Winiarczyk <mariusz@nexo.io>; Nikola Georgiev <nikola@nexo.io>; Bianca Veleva <bianca@nexo.io> |

**Privilege Log Description:** Email requesting and reflecting legal advice from in-house counsel regarding Liquidation Relief Agreement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000027 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication along with several other employees—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient. Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000027.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000054 | 2022-05-12 18:37:00 | Attorney-Client |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000054 | |
| All Custodian | Dinca, Octavian | |
| Number of Attachments | 0 | |
| File Name | Liquidation Relief | |
| Email Subject | Liquidation Relief | |
| Email From | Katerina Harizanova <katerina@nexo.io> | |
| Email To | Octavian Dinca <octavian@nexo.io>; Mariusz Winiarczyk <mariusz@nexo.io> | |
| Email CC | Nadezhda Krasteva <nadezhda@nexo.io>; Trayan Nikolov <trayan@nexo.io>; Bianca Veleva <bianca@nexo.io>; Rosen Kostov <rosen.kostov@nexo.io>; Martin Manolov | |

<martin@nexo.io>; Tanya Penkova <tanya.penkova@nexo.io>; Yordan Cholakov <yordan@nexo.io>

**Privilege Log Description:** Email requesting and reflecting legal advice between in-house counsel regarding Liquidation Relief Program.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000054 as privileged based on the involvement of in-house counsel. However, the email metadata shows that in-house counsel (Bianca Veleva) was merely copied on this communication—she is neither the sender nor a direct recipient. The email was sent between non-attorney Nexo employees regarding business operations. Merely copying an attorney on a business communication does not transform that communication into a privileged one. Nexo is required to demonstrate that the primary purpose of this communication was to seek or provide legal advice, rather than a business discussion on which counsel was merely copied. Absent such a showing, Plaintiff demands production.

---

**Updated Request/Demand (Mar 2026):**

[Category C (Counsel Merely CC'd on Business Communication)] The email metadata confirms that counsel (Bianca Veleva) was merely CC'd — not the sender or direct recipient. Merely copying an attorney on a business communication between non-attorneys does not establish privilege. Plaintiff demands production of PRIV-0000054.

---

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

| PRIV-0000066 | 2022-07-15 15:26:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000066 | |
| **All Custodian** | payments@nexo.io | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: LR/OTC/PB for US and AUS citizens | |
| **Email Subject** | Re: LR/OTC/PB for US and AUS citizens | |
| **Email From** | Tsvetimir Tsvetkov <tsvetimir@nexo.io> | |
| **Email To** | Katerina Harizanova <katerina@nexo.io> | |
| **Email CC** | Liliya Miteva <liliya@nexo.io>; Anna Ilieva <anna@nexo.io>; Nexo Payments <payments@nexo.io> | |

**Privilege Log Description:** Email requesting and reflecting legal advice from in-house counsel (Bianca Veleva) re jurisdictions where Nexo operated.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000066 as privileged, but no attorney—neither in-house counsel nor outside counsel—appears anywhere in the communication metadata (sender, recipient, CC, or BCC fields). The privilege log description claims involvement of counsel, but this is entirely unsupported by the document's own metadata. This document cannot be privileged absent the involvement of an attorney. Nexo must either: (1) identify the specific attorney involved and explain how their involvement is not reflected in the metadata; or (2) produce the document. Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category C (Counsel Merely CC'd on Business Communication)] The revised description names Bianca Veleva, but she does not appear in any email metadata field (From, To, or CC). The communication is entirely between non-attorneys. Plaintiff demands production of PRIV-0000066.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000290 | 2024-12-17 12:48:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000290 | |
| **Bates Beg** | NEXO-0257203 | |
| **Bates Beg Attach** | NEXO-0257203 | |
| **All Custodian** | Dinca, Octavian; Kantchev, Kosta | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: | |
| **Email Subject** | Re: | |
| **Email From** | Octavian Dinca <octavian@nexo.com> | |
| **Email To** | Kosta <kosta@nexo.com> | |
| **Produced with Redactions** | Yes | |

**Privilege Log Description:** Emails discussing legal advice provided by in-house counsel regarding offer made to client.

**Updated Request/Demand (Mar 2026):**
[Category C (Counsel Merely CC'd on Business Communication)] This entry was added in the revised privilege log and is challenged in the Joint Discovery Letter. The email metadata shows a communication solely between non-attorneys Octavian Dinca (From) and Kosta Kantchev (To), with no attorney appearing in any field (From, To, CC, or BCC). Nexo claims the email reflects legal advice from in-house counsel regarding an offer made to a client, but no attorney is identified or present in the communication, and copying or referencing the legal department

does not transform a business communication into a privileged one. Plaintiff demands production of PRIV-0000290. In the alternative, Nexo must identify by name the specific in-house attorney who provided the advice, confirm that person is a licensed attorney, and establish that the primary purpose of the communication was to obtain or convey legal advice.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

## CATEGORY D · Project Management Notifications / Slack Messages · 7 entries

| PRIV-0000001 | 2022-07-19 13:48:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000001 | |
| All Custodian | Dinca, Octavian; Hristov, Hristiyan Yordanov; Stanev, Kaloyan Mariyanov | |
| Number of Attachments | 0 | |
| File Name | legal-retail-sales-2022-07-19-001.rsmf | |
| Author | Bianca <bianca@nexo.io> | |
| Email Subject | legal-retail-sales | |
| Email From | Bianca <bianca@nexo.io> [bianca@nexo.io] | |
| Email To | yasen <yasen@nexo.io> [yasen@nexo.io];Mariusz <mariusz@nexo.io> [mariusz@nexo.io];Bianca <bianca@nexo.io> [bianca@nexo.io];Pavel Krastev <pavel@nexo.io> [pavel@nexo.io];Alexander Sardanov <alexander.sardanov@nexo.io> [alexander.sardanov@nexo.io];Marina <marina@nexo.io> [marina@nexo.io];Octavian <octavian@nexo.io> [octavian@nexo.io];Kiril Lozanov <kiril.lozanov@nexo.io> [kiril.lozanov@nexo.io];Nikolai Vuldjev <nicolai.vuldjev@nexo.io> [nicolai.vuldjev@nexo.io];Rosen Kostov <rosen.kostov@nexo.io> [rosen.kostov@nexo.io];Borislav Vatkov <borislav.vatkov@nexo.io> [borislav.vatkov@nexo.io];Kaloyan Nikolov <kaloyan.nikolov@nexo.io> [kaloyan.nikolov@nexo.io];Ivailo Iliev <ivailo.iliev@nexo.io> [ivailo.iliev@nexo.io];Georgi Gochev <georgi.gochev@nexo.io> [georgi.gochev@nexo.io];Pres <presiyan.rashkov@nexo.io> [presiyan.rashkov@nexo.io];Stefan Danielov <stefan.danielov@nexo.io> [stefan.danielov@nexo.io];Jay <jung.son@nexo.io> | |

[jung.son@nexo.io];Ignacio Fuentes <ignacio.fuentes@nexo.com> [ignacio.fuentes@nexo.com];Boris Yanev <boris.yanev@nexo.com> [boris.yanev@nexo.com];Obai <obai.dakdouk@nexo.com> [obai.dakdouk@nexo.com];Rado M <radoslav.milanov@nexo.com> [radoslav.milanov@nexo.com];Petya Asenova <petya.asenova@nexo.com> [petya.asenova@nexo.com];Tomomi <tomomi.yokoyama@nexo.com> [tomomi.yokoyama@nexo.com];Dimitar Mihaylov <dimitar.mihaylov@nexo.com> [dimitar.mihaylov@nexo.com];Denitsa Mihova <denitsa.mihova@nexo.com> [denitsa.mihova@nexo.com];Tsvetelina Chelebieva-Ignatova <tsvetelina.chelebieva@nexo.com> [tsvetelina.chelebieva@nexo.com];Boyana Boyadzhieva <boyana.boyadzhieva@nexo.com> [boyana.boyadzhieva@nexo.com];Marco Compagno <marco.compagno@nexo.com> [marco.compagno@nexo.com];Ivan Gusev <ivan.gusev@nexo.com> [ivan.gusev@nexo.com];Jari Oosterwijk <jari.oosterwijk@nexo.com> [jari.oosterwijk@nexo.com];Lyubomir Donchev <lyubomir.donchev@nexo.com> [lyubomir.donchev@nexo.com];Bastien Frediani <bastien.frediani@nexo.com> [bastien.frediani@nexo.com];Daniel Velez Moreno <daniel.velez@nexo.com> [daniel.velez@nexo.com];Nicole Koleva <nicole.koleva@nexo.com> [nicole.koleva@nexo.com];Bogdan Petkov <bogdan.petkov@nexo.com> [bogdan.petkov@nexo.com];Beko <stefan.belchev@nexo.io> [stefan.belchev@nexo.io];Georgi Angelov <georgi.angelov@nexo.io> [georgi.angelov@nexo.io];Alex Mrozinski <alexander.mrozinski@nexo.io> [alexander.mrozinski@nexo.io];Molly <milena@nexo.io> [milena@nexo.io];Kaloyan Stanev <kaloyan@nexo.io> [kaloyan@nexo.io];Hristiyan <hristiyan@nexo.io> [hristiyan@nexo.io];lyubomira <lyubomira@nexo.io> [lyubomira@nexo.io];Nadejda <nadejda.spassova@nexo.io> [nadejda.spassova@nexo.io];yuliyan <yuliyan@nexo.io> [yuliyan@nexo.io];Slackbot (Bot)

**Privilege Log Description:** Slack inquiry with in-house counsel (Bianca Veleva) reflecting and providing legal advice regarding Liquidation Relief Program

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000001 as privileged, but this is a Slack channel message distributed to approximately 45 recipients. The breadth of this distribution is fundamentally inconsistent with the maintenance of attorney-client privilege. Disclosure to this many

individuals—the vast majority of whom have no demonstrated need for legal advice in connection with their job functions—constitutes a waiver of any privilege that may have attached. Nexo is required to: (1) identify the Slack channel name; (2) identify which, if any, participants are attorneys; (3) explain how privilege was maintained given the wide distribution; and (4) demonstrate that the primary purpose of this communication was to seek or provide legal advice rather than business discussion. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category D (Project Management Notifications / Slack Messages)] This Slack channel communication was distributed to approximately 45 non-attorney participants. Dissemination to such a broad audience constitutes waiver of any privilege that may have existed. Plaintiff demands production of PRIV-0000001.

**Defendant's Position:**
This document was authored by Bianca Veleva, Nexo's Chief Legal and Regulatory Officer. There is no dispute that Ms. Veleva is registered with the Bulgarian Bar. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000156 | 2021-02-09 19:58:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000156 | |
| **Bates Beg** | NEXO-0268434 | |
| **Bates Beg Attach** | NEXO-0268434 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev | |
| **Number of Attachments** | 0 | |
| **File Name** | [Confluence] Nexo Engineering > Governance Vote - Release Checklist | |
| **Email Subject** | [Confluence] Nexo Engineering > Governance Vote - Release Checklist | |
| **Email From** | Elitsa Taskova (Confluence) <confluence@nexoio.atlassian.net> | |
| **Email To** | lyubcho@nexo.io | |
| **Produced with Redactions** | Yes | |

**Privilege Log Description:** Product management document tracking the specifics of legal advice to be provided; reflecting who, what, when, and in-house counsel's comments on proposed modifications to Nexo terms and conditions; facilitating the provision of confidential legal advice by in-house counsel.

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000156 as privileged, claiming it reflects legal advice by in-house counsel. However, the document is a Confluence/Jira project management notification—a tool used for routine business task tracking, not the solicitation or provision of legal advice. The privilege log description states only that the document "indicat[es] legal advice to be provided," which is insufficient to establish that any privileged communication actually occurred. Nexo is required to identify the specific attorney who authored or received the purported legal advice contained in this document, explain what legal advice was sought or provided (without disclosing the substance), and demonstrate that this Confluence page was created for the purpose of obtaining legal advice rather than managing a business project. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category D (Project Management Notifications / Slack Messages)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. Nexo's own revised description characterizes this as a "product management document" in a project tracking tool. This is a business record, not a privileged communication. Plaintiff demands production of PRIV-0000156.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000157 | 2021-02-23 10:48:00 | Attorney-Client |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000157 | |
| **Bates Beg** | NEXO-0268438 | |
| **Bates Beg Attach** | NEXO-0268438 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev | |
| **Number of Attachments** | 0 | |
| **File Name** | [Confluence] Nexo Engineering > Governance Vote - Release Checklist | |
| **Email Subject** | [Confluence] Nexo Engineering > Governance Vote - Release Checklist | |
| **Email From** | Elitsa Taskova (Confluence) <confluence@nexoio.atlassian.net> | |
| **Email To** | lyubcho@nexo.io | |
| **Produced with Redactions** | Yes | |

**Privilege Log Description:** Product management document tracking the specifics of legal advice to be provided; reflecting who, what, when, and in-house counsel's comments on proposed modifications to Nexo terms and conditions; facilitating the provision of confidential legal advice by in-house counsel.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000157 as privileged, claiming it reflects legal advice by in-house counsel. However, the document is a Confluence/Jira project management notification—a tool used for routine business task tracking, not the solicitation or provision of legal advice. The privilege log description states only that the document "indicat[es] legal advice to be provided," which is insufficient to establish that any privileged communication actually occurred. Nexo is required to identify the specific attorney who authored or received the purported legal advice contained in this document, explain what legal advice was sought or provided (without disclosing the substance), and demonstrate that this Confluence page was created for the purpose of obtaining legal advice rather than managing a business project. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category D (Project Management Notifications / Slack Messages)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. Nexo's own revised description characterizes this as a "product management document" in a project tracking tool. This is a business record, not a privileged communication. Plaintiff demands production of PRIV-0000157.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000158 | 2021-03-12 15:09:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000158 | |
| **Bates Beg** | NEXO-0268445 | |
| **Bates Beg Attach** | NEXO-0268445 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev | |
| **Number of Attachments** | 0 | |
| **File Name** | [Confluence] Nexo Engineering > Governance Vote - Release Checklist | |
| **Email Subject** | [Confluence] Nexo Engineering > Governance Vote - Release Checklist | |
| **Email From** | Elitsa Taskova (Confluence) <confluence@nexoio.atlassian.net> | |
| **Email To** | lyubcho@nexo.io | |
| **Produced with Redactions** | Yes | |

**Privilege Log Description:** Product management document tracking the specifics of legal advice to be provided; reflecting who, what, when, and in-house counsel's comments on proposed modifications to Nexo terms and conditions; facilitating the provision of confidential legal advice by in-house counsel.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000158 as privileged, claiming it reflects legal advice by in-house counsel. However, the document is a Confluence/Jira project management notification—a tool used for routine business task tracking, not the solicitation or provision of legal advice. The privilege log description states only that the document "indicat[es] legal advice to be provided," which is insufficient to establish that any privileged communication actually occurred. Nexo is required to identify the specific attorney who authored or received the purported legal advice contained in this document, explain what legal advice was sought or provided (without disclosing the substance), and demonstrate that this Confluence page was created for the purpose of obtaining legal advice rather than managing a business project. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**
[Category D (Project Management Notifications / Slack Messages)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. Nexo's own revised description characterizes this as a "product management document" in a project tracking tool. This is a business record, not a privileged communication. Plaintiff demands production of PRIV-0000158.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000159 | 2021-04-24 10:58:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000159 | |
| **Bates Beg** | NEXO-0268449 | |
| **Bates Beg Attach** | NEXO-0268449 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev | |
| **Number of Attachments** | 0 | |
| **File Name** | [Confluence] Nexo Engineering > Governance Vote - Release Checklist | |
| **Email Subject** | [Confluence] Nexo Engineering > Governance Vote - Release Checklist | |
| **Email From** | Elitsa Taskova (Confluence) <confluence@nexoio.atlassian.net> | |
| **Email To** | lyubcho@nexo.io | |
| **Produced with Redactions** | Yes | |

**Privilege Log Description:** Product management document tracking the specifics of legal advice to be provided; reflecting who, what, when, and in-house counsel's comments on proposed

modifications to Nexo terms and conditions; facilitating the provision of confidential legal advice by in-house counsel.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated PRIV-0000159 as privileged, claiming it reflects legal advice by in-house counsel. However, the document is a Confluence/Jira project management notification—a tool used for routine business task tracking, not the solicitation or provision of legal advice. The privilege log description states only that the document "indicat[es] legal advice to be provided," which is insufficient to establish that any privileged communication actually occurred. Nexo is required to identify the specific attorney who authored or received the purported legal advice contained in this document, explain what legal advice was sought or provided (without disclosing the substance), and demonstrate that this Confluence page was created for the purpose of obtaining legal advice rather than managing a business project. Absent such a showing, Plaintiff demands production of this document.

> **Updated Request/Demand (Mar 2026):**
> [Category D (Project Management Notifications / Slack Messages)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. Nexo's own revised description characterizes this as a "product management document" in a project tracking tool. This is a business record, not a privileged communication. Plaintiff demands production of PRIV-0000159.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000160 | 2021-05-12 10:59:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000160 | |
| **Bates Beg** | NEXO-0268453 | |
| **Bates Beg Attach** | NEXO-0268453 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev | |
| **Number of Attachments** | 0 | |
| **File Name** | [Confluence] Nexo Engineering > Governance Vote - Release Checklist | |
| **Email Subject** | [Confluence] Nexo Engineering > Governance Vote - Release Checklist | |
| **Email From** | Elitsa Taskova (Confluence) <confluence@nexoio.atlassian.net> | |
| **Email To** | lyubcho@nexo.io | |
| **Produced with Redactions** | Yes | |

**Privilege Log Description:** Product management document tracking the specifics of legal advice to be provided; reflecting who, what, when, and in-house counsel's comments on proposed modifications to Nexo terms and conditions; facilitating the provision of confidential legal advice by in-house counsel.

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000160 as privileged, claiming it reflects legal advice by in-house counsel. However, the document is a Confluence/Jira project management notification—a tool used for routine business task tracking, not the solicitation or provision of legal advice. The privilege log description states only that the document "indicat[es] legal advice to be provided," which is insufficient to establish that any privileged communication actually occurred. Nexo is required to identify the specific attorney who authored or received the purported legal advice contained in this document, explain what legal advice was sought or provided (without disclosing the substance), and demonstrate that this Confluence page was created for the purpose of obtaining legal advice rather than managing a business project. Absent such a showing, Plaintiff demands production of this document.

**Updated Request/Demand (Mar 2026):**

[Category D (Project Management Notifications / Slack Messages)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. Nexo's own revised description characterizes this as a "product management document" in a project tracking tool. This is a business record, not a privileged communication. Plaintiff demands production of PRIV-0000160.

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| PRIV-0000161 | 2021-05-26 11:48:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000161 | |
| **Bates Beg** | NEXO-0268460 | |
| **Bates Beg Attach** | NEXO-0268460 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev | |
| **Number of Attachments** | 0 | |
| **File Name** | [Confluence] Nexo Engineering > Governance Vote - Release Checklist | |
| **Email Subject** | [Confluence] Nexo Engineering > Governance Vote - Release Checklist | |
| **Email From** | Elitsa Taskova (Confluence) <confluence@nexoio.atlassian.net> | |
| **Email To** | lyubcho@nexo.io | |

| Produced with Redactions | Yes |
|---|---|

**Privilege Log Description:** Product management document tracking the specifics of legal advice to be provided; reflecting who, what, when, and in-house counsel's comments on proposed modifications to Nexo terms and conditions; facilitating the provision of confidential legal advice by in-house counsel.

---

**Prior Request/Demand (Feb 2026):**

Nexo has designated PRIV-0000161 as privileged, claiming it reflects legal advice by in-house counsel. However, the document is a Confluence/Jira project management notification—a tool used for routine business task tracking, not the solicitation or provision of legal advice. The privilege log description states only that the document "indicat[es] legal advice to be provided," which is insufficient to establish that any privileged communication actually occurred. Nexo is required to identify the specific attorney who authored or received the purported legal advice contained in this document, explain what legal advice was sought or provided (without disclosing the substance), and demonstrate that this Confluence page was created for the purpose of obtaining legal advice rather than managing a business project. Absent such a showing, Plaintiff demands production of this document.

---

**Updated Request/Demand (Mar 2026):**

[Category D (Project Management Notifications / Slack Messages)] The description references "counsel" but no attorney is identifiable from the Author, Email From, Email To, or Email CC fields. Nexo's own revised description characterizes this as a "product management document" in a project tracking tool. This is a business record, not a privileged communication. Plaintiff demands production of PRIV-0000161.

---

**Defendant's Position:**

The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

## CATEGORY E · Attachments to Challenged Emails · 5 entries

| PRIV-0000020 | 2021-04-26 16:04:00 | Attorney-Client |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000019 | |
| All Custodian | Dinca, Octavian; Hristov, Hristiyan Yordanov; Kantchev, Kosta; Tonkov, Edward Todorov; Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | US Accredited Investors.docx | |
| Author | Viktor Dimov | |

**Privilege Log Description:** Document attached to email from in-house counsel providing legal advice regarding NEXO Tokens.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated PRIV-0000020 as privileged based on the contention that it is a "document attached to email from in-house counsel providing legal advice regarding NEXO Tokens." This is insufficient to establish privilege. As an initial matter, it does not appear that the email this document was attached to was sent by an attorney. Moreover, a document is not privileged merely by virtue of being attached to an attorney email. Nexo must identify the author of the document and describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Otherwise, Plaintiff demands production.

> **Updated Request/Demand (Mar 2026):**
> [Category E (Attachments to Challenged Emails)] The newly disclosed Author field identifies Viktor Dimov as the author of this document. Our research of the Bulgarian Unified Register of Lawyers confirms Viktor Dimov is not a licensed attorney. Nexo's characterization of this document as involving "in-house counsel" is contradicted by its own metadata. The All Custodian field confirms this document was held by Dinca, Octavian; Hristov, Hristiyan Yordanov; Kantchev, Kosta; Tonkov, Edward Todorov; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000020.

> **Defendant's Position:**
> This document is authored by Viktor Dimov. Viktor Dimov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000022 | 2021-04-27 10:10:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000021 | |
| **All Custodian** | Hristov, Hristiyan Yordanov | |
| **Number of Attachments** | 0 | |
| **File Name** | US Accredited Investors.pdf | |
| **Author** | Viktor Dimov | |

**Privilege Log Description:** Document attached to email from in-house counsel providing legal advice regarding NEXO Tokens.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated PRIV-0000022 as privileged based on the contention that it is a "document attached to email from in-house counsel providing legal advice regarding NEXO Tokens." This is insufficient to establish privilege. As an initial matter, it does not appear that the email this document was attached to was sent by an attorney. Moreover, a document is not privileged

merely by virtue of being attached to an attorney email. Nexo must identify the author of the document and describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Otherwise, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category E (Attachments to Challenged Emails)] The newly disclosed Author field identifies Viktor Dimov as the author of this document. Our research of the Bulgarian Unified Register of Lawyers confirms Viktor Dimov is not a licensed attorney. Nexo's characterization of this document as involving "in-house counsel" is contradicted by its own metadata. Plaintiff demands production of PRIV-0000022.

**Defendant's Position:**
This document is authored by Viktor Dimov. Viktor Dimov is an attorney and properly qualified in-house legal counsel in Bulgaria. In conjunction with the other metadata fields and Nexo's Privilege Log Description, this document is privileged on its face.

| PRIV-0000031 | 2021-05-25 17:51:00 | Attorney-Client |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000030 | |
| All Custodian | Rakshiev, Alexander Nikolaev | |
| Number of Attachments | 0 | |
| File Name | Liquidation Relief Agreement.docx | |

**Privilege Log Description:** Document attached to email from in-house counsel providing legal advice regarding Liquidation Relief Agreement.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000022 as privileged based on the contention that it is a "document attached to email from in-house counsel providing legal advice regarding Liquidation Relief Agreement." This is insufficient to establish privilege. As an initial matter, it does not appear that the email this document was attached to was sent by an attorney. Moreover, a document is not privileged merely by virtue of being attached to an attorney email. Nexo must identify the author of the document and describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Otherwise, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category E (Attachments to Challenged Emails)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Rakshiev, Alexander Nikolaev — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000031.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000053** | 2022-04-18 15:54:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000052 | |
| **All Custodian** | bizdev.replies@nexo.io; payments@nexo.io; Stanev, Kaloyan Mariyanov | |
| **Number of Attachments** | 0 | |
| **File Name** | Please_DocuSign_Nexo_Reversal_Agreement_-_In (1) (1).pdf | |

**Privilege Log Description:** Document attached to email to in-house counsel requesting legal advice regarding client liquidation.

**Prior Request/Demand (Feb 2026):**
Nexo has designated PRIV-0000022 as privileged based on the contention that it is a "document attached to email to in-house counsel requesting legal advice regarding Liquidation Relief Agreement." This is insufficient to establish privilege. A document is not privileged merely by virtue of being attached to an attorney email. Nexo must identify the author of the document and describe the nature of the legal advice purportedly sought in the document (without disclosing substance). Otherwise, Plaintiff demands production.

**Updated Request/Demand (Mar 2026):**
[Category E (Attachments to Challenged Emails)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by bizdev.replies@nexo.io; payments@nexo.io; Stanev, Kaloyan Mariyanov — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000053.

**Defendant's Position:**
The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

| **PRIV-0000117** | 2025-02-07 22:10:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000116 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | 2025-02-07 Consent Order_Nexo Capital.docx | |

**Privilege Log Description:** Document attached to email discussing legal advice provided by outside counsel regarding California investigation.

> **Prior Request/Demand (Feb 2026):**
> Nexo has designated PRIV-0000117 as privileged based on the contention that it is a "document attached to email discussing legal advice provided by outside counsel regarding California investigation." This is insufficient to establish privilege. As an initial matter, it does not appear that the email this document was attached to was sent by an attorney. Moreover, a document is not privileged merely by virtue of being attached to an attorney email. Nexo must identify the author of the document and describe the nature of the legal advice purportedly reflected in the document (without disclosing substance). Otherwise, Plaintiff demands production.

> **Updated Request/Demand (Mar 2026):**
> [Category E (Attachments to Challenged Emails)] Despite adding an Author column to the revised privilege log, Nexo left the Author field blank for this standalone document. No attorney involvement is identifiable from any metadata field. The All Custodian field confirms this document was held by Kantchev, Kosta; Trenchev, Antoni — non-attorney business personnel — with no attorney identified as author or custodian. Plaintiff demands production of PRIV-0000117.

> **Defendant's Position:**
> The document's metadata fields and Nexo's Privilege Log Description support Nexo's claims of privilege and/or attorney work product protection on its face.

---

## ENTRIES NOT CHALLENGED BY PLAINTIFF · 113 entries

| PRIV-0000004 | 2021-11-05 09:16:00 | Attorney-Client; Attorney Work Product |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000004 | |
| **Bates Beg** | NEXO-0248128 | |
| **Bates Beg Attach** | NEXO-0248128 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 0 | |
| **File Name** | 2021.10.26 - Letter to Nexo re John Cress.docx | |

**Privilege Log Description:** CLAWBACK: Document with privileged commentary from in-house counsel and inquiries directed to outside counsel; additional commentary by Mr. Hristov prepared at the request of in-house and outside counsel, and shared with in-house and outside counsel

| PRIV-0000005 | 2025-03-10 09:37:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000005 | |
| **Bates Beg** | NEXO-0248516 | |
| **Bates Beg Attach** | NEXO-0248516 | |
| **All Custodian** | Hristov, Hristiyan Yordanov | |
| **Number of Attachments** | 0 | |
| **File Name** | 2021.10.26 - Letter to Nexo re John _1KqHZ4OvFucG2ICVJ5nLlSePd27i758_eZiZNvEcItWI.docx | |

**Privilege Log Description:** CLAWBACK: Document with privileged commentary from in-house counsel and inquiries directed to outside counsel; additional commentary by Mr. Hristov prepared at the request of in-house and outside counsel, and shared with in-house and outside counsel

| PRIV-0000007 | 2020-07-28 09:35:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000007 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | Accredited_investors - Invitation to edit | |
| **Email Subject** | Accredited_investors - Invitation to edit | |
| **Email From** | Magdalena Hristova (via Google Docs) <drive-shares-noreply@google.com> | |
| **Email To** | bianca@nexo.io | |
| **Email BCC** | drive-shares-noreply@google.com | |

**Privilege Log Description:** Email to in-house counsel requesting legal advice regarding accredited investors.

| PRIV-0000008 | 2020-08-24 11:27:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000008 | |
| **All Custodian** | Hristov, Hristiyan Yordanov | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: FW: Dividend Question | |
| **Email Subject** | Re: FW: Dividend Question | |
| **Email From** | Silvi Angelov <silvi@nexo.io> | |
| **Email To** | Bianca Veleva <bianca@nexo.io> | |
| **Email CC** | Viktor Dimov <viktor@nexo.io>; Hristiyan Hristov <hristiyan@nexo.io>; Nikola Georgiev <nikola@nexo.io> | |

**Privilege Log Description:** Email to in-house counsel requesting legal advice regarding bonus dividend.

| PRIV-0000009 | 2020-08-24 14:20:00 | Attorney-Client |
| --- | --- | --- |
| PRIV Bates Beg Attach | PRIV-0000009 | |
| All Custodian | Hristov, Hristiyan Yordanov | |
| Number of Attachments | 0 | |
| File Name | Re: Dividend Question | |
| Email Subject | Re: Dividend Question | |
| Email From | Bianca Veleva <bianca@nexo.io> | |
| Email To | Silvi Angelov <silvi@nexo.io>; Nikola Georgiev <nikola@nexo.io> | |
| Email CC | Viktor Dimov <viktor@nexo.io>; Hristiyan Hristov <hristiyan@nexo.io> | |

**Privilege Log Description:** Email to in-house counsel requesting legal advice regarding bonus dividend.

| PRIV-0000012 | 2020-12-18 18:28:00 | Attorney-Client |
| --- | --- | --- |
| PRIV Bates Beg Attach | PRIV-0000012 | |
| All Custodian | Rakshiev, Alexander Nikolaev | |
| Number of Attachments | 0 | |
| File Name | Re: Urgent matter, needs resolution - request (#247816) | |
| Email Subject | Re: Urgent matter, needs resolution - request (#247816) | |
| Email From | Alexander Rakshiev <alexander.rakshiev@nexo.io> | |
| Email To | Legal Department \| Nexo <legal@nexo.io>; Petar Marinov <petar@nexo.io>; Mariusz Winiarczyk <mariusz@nexo.io> | |
| Email BCC | bianca@nexo.io | |

**Privilege Log Description:** Email to in-house counsel requesting legal advice regarding client liquidation.

| PRIV-0000013 | 2021-02-02 14:23:00 | Attorney-Client |
| --- | --- | --- |
| PRIV Bates Beg Attach | PRIV-0000013 | |
| All Custodian | Trenchev, Antoni | |
| Number of Attachments | 5 | |
| File Name | Nexo - SEC Financial Statement Requirements | |
| Email Subject | Nexo - SEC Financial Statement Requirements | |

| | |
|---|---|
| **Email From** | "Mahon, John" <john.mahon@srz.com> |
| **Email To** | "Mahon, John" <john.mahon@srz.com>; antoni@nexo.com; Nadezhda Krasteva <nadezhda@nexo.io> |
| **Email CC** | "Kowalski, Xavier" <xavier.kowalski@srz.com> |

**Privilege Log Description:** Calendar invite from outside counsel to provide legal advice regarding SEC financial statement requirements.

| **PRIV-0000015** | 2021-03-02 13:39:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000015 | |
| **All Custodian** | bizdev.replies@nexo.io; Dinca, Octavian; Rakshiev, Alexander Nikolaev | |
| **Number of Attachments** | 0 | |
| **File Name** | Fwd: | |
| **Email Subject** | Fwd: | |
| **Email From** | Octavian Dinca <octavian@nexo.io> | |
| **Email To** | Viktor Dimov <viktor@nexo.io>; Bianca Veleva <bianca@nexo.io>; Alexander Rakshiev <alexander.rakshiev@nexo.io> | |
| **Email BCC** | BizDev Replies <bizdev.replies@nexo.io> | |

**Privilege Log Description:** Email to in-house counsel requesting legal advice regarding client liquidation.

| **PRIV-0000016** | 2021-03-02 14:54:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000016 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev; Rakshiev, Alexander Nikolaev; Stanev, Tom Mariyanov | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: NEXO Tokens Daily Interest | |
| **Email Subject** | Re: NEXO Tokens Daily Interest | |
| **Email From** | Elitsa Taskova <elitsa@nexo.io> | |
| **Email To** | Bianca Veleva <bianca@nexo.io> | |
| **Email CC** | George Manolov <george@nexo.io>; Mariusz \| Nexo <mariusz@nexo.io>; Alexander Sardanov <alexander.sardanov@nexo.io>; Alexander Rakshiev <alexander.rakshiev@nexo.io>; Martin Manolov <martin@nexo.io>; Nikola Georgiev <nikola@nexo.io>; Lyubcho Kostadinov <lyubcho@nexo.io>; Tom Stanev <tom@nexo.io>; Katerina Harizanova <katerina@nexo.io> | |

**Privilege Log Description:** Email to in-house counsel (Bianca Veleva) requesting legal advice regarding NEXO Token.

| **PRIV-0000017** | 2021-03-02 16:29:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000017 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev; Rakshiev, Alexander Nikolaev; Stanev, Tom Mariyanov | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: NEXO Tokens Daily Interest | |
| **Email Subject** | Re: NEXO Tokens Daily Interest | |
| **Email From** | Nikola Georgiev <nikola@nexo.io> | |
| **Email To** | Bianca Veleva <bianca@nexo.io> | |
| **Email CC** | Elitsa Taskova <elitsa@nexo.io>; Bozhidar Dobrev <bozhidar.dobrev@nexo.io>; George Manolov <george@nexo.io>; Mariusz \| Nexo <mariusz@nexo.io>; Alexander Sardanov <alexander.sardanov@nexo.io>; Alexander Rakshiev <alexander.rakshiev@nexo.io>; Martin Manolov <martin@nexo.io>; Lyubcho Kostadinov <lyubcho@nexo.io>; Tom Stanev <tom@nexo.io>; Katerina Harizanova <katerina@nexo.io> | |

**Privilege Log Description:** Email to in-house counsel requesting legal advice regarding NEXO Token.

| **PRIV-0000018** | 2021-03-02 16:41:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000018 | |
| **All Custodian** | Kostadinov, Lyubcho Georgiev; Rakshiev, Alexander Nikolaev; Stanev, Tom Mariyanov | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: NEXO Tokens Daily Interest | |
| **Email Subject** | Re: NEXO Tokens Daily Interest | |
| **Email From** | Bianca Veleva <bianca@nexo.io> | |
| **Email To** | Nikola Georgiev <nikola@nexo.io> | |
| **Email CC** | Elitsa Taskova <elitsa@nexo.io>; Bozhidar Dobrev <bozhidar.dobrev@nexo.io>; George Manolov <george@nexo.io>; Mariusz \| Nexo <mariusz@nexo.io>; Alexander Sardanov <alexander.sardanov@nexo.io>; Alexander Rakshiev <alexander.rakshiev@nexo.io>; Martin Manolov <martin@nexo.io>; Lyubcho Kostadinov <lyubcho@nexo.io>; Tom Stanev <tom@nexo.io>; Katerina Harizanova <katerina@nexo.io> | |

**Privilege Log Description:** Email from in-house counsel providing legal advice regarding NEXO Token.

| PRIV-0000023 | 2021-04-27 16:44:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000023 | |
| **All Custodian** | Hristov, Hristiyan Yordanov | |
| **Number of Attachments** | 1 | |
| **File Name** | Re: Dividends for the yellow group of peeps | |
| **Email Subject** | Re: Dividends for the yellow group of peeps | |
| **Email From** | Bianca Veleva <bianca@nexo.io> | |
| **Email To** | Viktor Dimov <viktor@nexo.io>; Hristiyan Hristov <hristiyan@nexo.io> | |
| **Email CC** | Silvi Angelov <silvi@nexo.io>; Trayan Nikolov <trayan@nexo.io>; Bozhidar Dobrev <bozhidar.dobrev@nexo.io> | |

**Privilege Log Description:** Email from in-house counsel providing legal advice regarding NEXO Tokens.

| PRIV-0000024 | 2021-04-27 16:44:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000023 | |
| **All Custodian** | Dinca, Octavian; Hristov, Hristiyan Yordanov; Kantchev, Kosta; Tonkov, Edward Todorov; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | US Accredited Investors - Updated.docx.pdf | |

**Privilege Log Description:** Document attached to email from in-house counsel providing legal advice regarding NEXO Tokens.

| PRIV-0000030 | 2021-05-25 17:51:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000030 | |
| **All Custodian** | Rakshiev, Alexander Nikolaev | |
| **Number of Attachments** | 1 | |
| **File Name** | Liquidation Relief Agreement | |
| **Email Subject** | Liquidation Relief Agreement | |
| **Email From** | Viktor Dimov <viktor@nexo.io> | |

| Email To | Bianca Veleva <bianca@nexo.io>; Alexander Rakshiev <alexander.rakshiev@nexo.io> |

**Privilege Log Description:** Email from in-house counsel providing legal advice regarding Liquidation Relief Agreement.

| **PRIV-0000032** | 2021-05-25 18:08:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000032 | |
| **All Custodian** | Rakshiev, Alexander Nikolaev | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: Liquidation Relief Agreement | |
| **Email Subject** | Re: Liquidation Relief Agreement | |
| **Email From** | Viktor Dimov <viktor@nexo.io> | |
| **Email To** | Bianca Veleva <bianca@nexo.io>; Alexander Rakshiev <alexander.rakshiev@nexo.io> | |

**Privilege Log Description:** Email from in-house counsel providing legal advice regarding Liquidation Relief Agreement.

| **PRIV-0000033** | 2021-06-04 16:22:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000033 | |
| **All Custodian** | Hristova, Magdalena Damyanova | |
| **Number of Attachments** | 0 | |
| **File Name** | Governance Vote – Platform Text | |
| **Email Subject** | Governance Vote – Platform Text | |
| **Email From** | Bianca Veleva (Google Docs) <comments-noreply@docs.google.com> | |
| **Email To** | magdalena@nexo.io | |

**Privilege Log Description:** Document reflecting legal advice provided by in-house counsel regarding Nexo governance.

| **PRIV-0000045** | 2021-11-29 16:58:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000045 | |
| **All Custodian** | bizdev.replies@nexo.io; Dinca, Octavian | |
| **Number of Attachments** | 2 | |
| **File Name** | Re: amending templates used by the sales team | |

| Email Subject | Re: amending templates used by the sales team |
|---|---|
| Email From | Octavian Dinca <octavian@nexo.io> |
| Email To | Bianca Veleva <bianca@nexo.io> |
| Email CC | Stefan Belchev <stefan.belchev@nexo.io>; Rosen Kostov <rosen.kostov@nexo.io> |
| Email BCC | BizDev Replies <bizdev.replies@nexo.io>; Marco Palladino <marco@nexo.io> |

**Privilege Log Description:** Email to in-house counsel requesting legal advice regarding VIP Relationship Program.

| PRIV-0000046 | 2021-11-29 16:58:00 | Attorney-Client |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000045 | |
| All Custodian | bizdev.replies@nexo.io; Dinca, Octavian; Kantchev, Kosta; Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | Liquidation Relief Agreement - FOR INDIVIDUALS.pdf | |

**Privilege Log Description:** Document attached to email to in-house counsel requesting legal advice regarding VIP Relationship Program.

| PRIV-0000047 | 2021-11-29 16:58:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000045 | |
| All Custodian | bizdev.replies@nexo.io; Dinca, Octavian; Hristov, Hristiyan Yordanov; Kantchev, Kosta; Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | Natural Persons - Additional Agreement to Nexo Crypto Credit General Terms - Zero Cost Loan Terms 2.docx | |

**Privilege Log Description:** Inquiry to in-house counsel regarding liquidation relief.

| PRIV-0000049 | 2022-02-23 13:54:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000049 | |
| All Custodian | Dinca, Octavian | |
| Number of Attachments | 0 | |
| File Name | Re: amending templates used by the sales team | |
| Email Subject | Re: amending templates used by the sales team | |

| Email From | Bianca Veleva <bianca@nexo.io> |
|---|---|
| Email To | Octavian Dinca <octavian@nexo.io> |

**Privilege Log Description:** Email from in-house counsel providing legal advice regarding VIP Relationship Program.

| **PRIV-0000050** | 2022-03-04 15:47:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000050 | |
| **All Custodian** | Salesforce.bcc@nexo.com | |
| **Number of Attachments** | 0 | |
| **File Name** | FW: Reminder: CFL Annual Report Must Be Filed by March 15, 2022 or Your CFL License Is Subject to Automatic Revocation | |
| **Email Subject** | FW: Reminder: CFL Annual Report Must Be Filed by March 15, 2022 or Your CFL License Is Subject to Automatic Revocation | |
| **Email From** | Tenio Mitev <tenio@nexo.io> | |
| **Email To** | legal@nexo.io | |
| **Email BCC** | salesforce.bcc@nexo.io | |

**Privilege Log Description:** Email to in-house counsel requesting legal advice regarding CFL annual report.

| **PRIV-0000068** | 2023-07-28 19:43:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000068 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 2 | |
| **File Name** | RE: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email Subject** | RE: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email From** | "Romano, Jessica" <jessica.romano@srz.com> | |
| **Email To** | Rosen Kostov <rosen.kostov@nexo.com>; Marina Yankova <marina@nexo.com>; Antoni Trenchev <antoni@nexo.com> | |
| **Email CC** | Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com> | |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding California investigation.

| **PRIV-0000069** | 2023-07-28 19:43:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000068 | |

| All Custodian | Trenchev, Antoni |
|---|---|
| Number of Attachments | 0 |
| File Name | Nexo Financial - CA CFL ROE Response.DOC |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding California investigation.

| **PRIV-0000070** | 2023-07-28 19:43:00 | **Attorney-Client** |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000068 |
|---|---|
| All Custodian | Trenchev, Antoni |
| Number of Attachments | 0 |
| File Name | Change-Pro Redline - Nexo Financial - CA CFL ROE Response[1] and Nexo Financial - CA CFL ROE Response-40596542-v4.pdf |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding California investigation.

| **PRIV-0000071** | 2023-07-28 19:56:00 | **Attorney-Client** |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000071 |
|---|---|
| All Custodian | Trenchev, Antoni |
| Number of Attachments | 0 |
| File Name | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 |
| Email Subject | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 |
| Email From | Marina Yankova <marina@nexo.com> |
| Email To | "Romano, Jessica" <jessica.romano@srz.com> |
| Email CC | Rosen Kostov <rosen.kostov@nexo.com>; Antoni Trenchev <antoni@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com> |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000072** | 2023-07-28 20:03:00 | **Attorney-Client** |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000072 |
|---|---|
| All Custodian | Trenchev, Antoni |
| Number of Attachments | 1 |
| File Name | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 |

| | |
|---|---|
| **Email Subject** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 |
| **Email From** | Antoni Trenchev <antoni@nexo.com> |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com> |
| **Email CC** | Marina Yankova <marina@nexo.com>; Rosen Kostov <rosen.kostov@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com> |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000073** | 2023-07-28 20:03:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000072 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Nexo Financial - CA CFL ROE Response.pdf | |

**Privilege Log Description:** Document attached to email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000074** | 2023-07-28 20:11:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000074 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | RE: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email Subject** | RE: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email From** | "Romano, Jessica" <jessica.romano@srz.com> | |
| **Email To** | Antoni Trenchev <antoni@nexo.com> | |
| **Email CC** | Marina Yankova <marina@nexo.com>; Rosen Kostov <rosen.kostov@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com> | |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding California investigation.

| **PRIV-0000075** | 2023-08-10 22:50:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000075 | |

| All Custodian | Trenchev, Antoni |
|---|---|
| Number of Attachments | 0 |
| File Name | RE: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 |
| Email Subject | RE: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 |
| Email From | "Romano, Jessica" <jessica.romano@srz.com> |
| Email To | Antoni Trenchev <antoni@nexo.com>; Marina Yankova <marina@nexo.com> |
| Email CC | Rosen Kostov <rosen.kostov@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com>; "Warkol, Craig" <craig.warkol@srz.com>; "Loft, Kolby" <kolby.loft@srz.com> |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding California investigation.

| **PRIV-0000076** | 2023-08-11 10:32:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000076 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email Subject** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email From** | Marina Yankova <marina@nexo.com> | |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com> | |
| **Email CC** | Rosen Kostov <rosen.kostov@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com>; "Warkol, Craig" <craig.warkol@srz.com>; "Loft, Kolby" <kolby.loft@srz.com>; Antoni Trenchev <antoni@nexo.com> | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000077** | 2023-09-13 17:40:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000077 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |

| | |
|---|---|
| **Email Subject** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 |
| **Email From** | Marina Yankova <marina@nexo.com> |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com> |
| **Email CC** | Rosen Kostov <rosen.kostov@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com>; "Warkol, Craig" <craig.warkol@srz.com>; "Loft, Kolby" <kolby.loft@srz.com>; Antoni Trenchev <antoni@nexo.com> |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000078** | 2023-09-15 14:35:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000078 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email Subject** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email From** | Marina Yankova <marina@nexo.com> | |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com> | |
| **Email CC** | Rosen Kostov <rosen.kostov@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com>; "Warkol, Craig" <craig.warkol@srz.com>; "Loft, Kolby" <kolby.loft@srz.com>; Antoni Trenchev <antoni@nexo.com> | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000079** | 2023-11-02 13:00:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000079 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email Subject** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email From** | Marina Yankova <marina@nexo.com> | |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com> | |

| Email CC | Rosen Kostov <rosen.kostov@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com>; "Warkol, Craig" <craig.warkol@srz.com>; "Loft, Kolby" <kolby.loft@srz.com>; Antoni Trenchev <antoni@nexo.com> |
|---|---|

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000080** | 2023-11-10 08:45:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000080 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 1 | |
| **File Name** | FW: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | |
| **Email Subject** | FW: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | |
| **Email From** | Marina Yankova <marina@nexo.com> | |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com> | |
| **Email CC** | "Mosher, Donald" <donald.mosher@srz.com>; Bianca Veleva <bianca@nexo.com>; Antoni Trenchev <antoni@nexo.com> | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000081** | 2023-11-10 08:45:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000080 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | 60DBO109416 NEXO FINANCIAL LLC 2022AR.pdf | |
| **Author** | Lai, Benny@DFPI | |

**Privilege Log Description:** Document attached to email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000082** | 2023-11-13 18:03:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000082 | |
| **All Custodian** | Trenchev, Antoni | |

| | |
|---|---|
| **Number of Attachments** | 0 |
| **File Name** | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] |
| **Email Subject** | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] |
| **Email From** | Marina Yankova <marina@nexo.com> |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com> |
| **Email CC** | "Mosher, Donald" <donald.mosher@srz.com>; Bianca Veleva <bianca@nexo.com>; Antoni Trenchev <antoni@nexo.com> |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000083** | 2023-11-16 15:20:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000083 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | |
| **Email Subject** | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | |
| **Email From** | Marina Yankova <marina@nexo.com> | |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com> | |
| **Email CC** | "Mosher, Donald" <donald.mosher@srz.com>; Bianca Veleva <bianca@nexo.com>; Antoni Trenchev <antoni@nexo.com>; "Bezanson, Philip" <philip.bezanson@srz.com> | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000084** | 2023-11-23 09:48:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000084 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |

| File Name | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] |
|---|---|
| Email Subject | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] |
| Email From | Marina Yankova <marina@nexo.com> |
| Email To | "Romano, Jessica" <jessica.romano@srz.com> |
| Email CC | "Mosher, Donald" <donald.mosher@srz.com>; Bianca Veleva <bianca@nexo.com>; Antoni Trenchev <antoni@nexo.com>; "Bezanson, Philip" <philip.bezanson@srz.com> |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| PRIV-0000085 | 2023-11-30 15:41:00 | | Attorney-Client |
|---|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000085 | | |
| All Custodian | Trenchev, Antoni | | |
| Number of Attachments | 4 | | |
| File Name | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | | |
| Email Subject | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | | |
| Email From | Marina Yankova <marina@nexo.com> | | |
| Email To | "Romano, Jessica" <jessica.romano@srz.com> | | |
| Email CC | "Mosher, Donald" <donald.mosher@srz.com>; Bianca Veleva <bianca@nexo.com>; Antoni Trenchev <antoni@nexo.com>; "Bezanson, Philip" <philip.bezanson@srz.com> | | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| PRIV-0000086 | 2023-11-30 15:41:00 | | Attorney-Client |
|---|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000085 | | |
| All Custodian | Trenchev, Antoni | | |
| Number of Attachments | 0 | | |
| File Name | Annual Report CFL Main Report.PDF | | |
| Email Subject | PORTAL | | |

**Privilege Log Description:** Document attached to email to outside counsel requesting legal advice regarding California investigation.

| PRIV-0000087 | 2023-11-30 15:41:00 | Attorney-Client |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000085 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Nexo Financial LLC_FYE 22 Final FS.pdf | |

**Privilege Log Description:** Document attached to email to outside counsel requesting legal advice regarding California investigation.

| PRIV-0000088 | 2023-11-30 15:41:00 | Attorney-Client |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000085 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Complete_with_DocuSign_NEXO_FINANCIAL_LLC_Q3.pdf | |

**Privilege Log Description:** Document attached to email to outside counsel requesting legal advice regarding California investigation.

| PRIV-0000089 | 2023-11-30 15:41:00 | Attorney-Client |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000085 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Written Confirmation.docx | |

**Privilege Log Description:** Document attached to email to outside counsel requesting legal advice regarding California investigation.

| PRIV-0000090 | 2023-12-04 15:21:00 | Attorney-Client |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000090 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 2 | |
| **File Name** | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | |

| Email Subject | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] |
|---|---|
| Email From | Marina Yankova <marina@nexo.com> |
| Email To | "Romano, Jessica" <jessica.romano@srz.com> |
| Email CC | "Mosher, Donald" <donald.mosher@srz.com>; Bianca Veleva <bianca@nexo.com>; Antoni Trenchev <antoni@nexo.com>; "Bezanson, Philip" <philip.bezanson@srz.com> |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| PRIV-0000091 | 2023-12-04 15:21:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000090 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | CFL Annual Report_2022_Nexo Financial LLC_v04122023.xlsx | |
| **Author** | Kayla Burke | |

**Privilege Log Description:** Document attached to email to outside counsel requesting legal advice regarding California investigation.

| PRIV-0000092 | 2023-12-04 15:21:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000090 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Response.docx | |

**Privilege Log Description:** Document attached to email to outside counsel requesting legal advice regarding California investigation.

| PRIV-0000093 | 2023-12-04 23:48:00 | Attorney-Client |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000093 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 1 | |
| **File Name** | RE: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | |

| Email Subject | RE: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] |
| --- | --- |
| Email From | "Romano, Jessica" <jessica.romano@srz.com> |
| Email To | Marina Yankova <marina@nexo.com> |
| Email CC | "Mosher, Donald" <donald.mosher@srz.com>; Bianca Veleva <bianca@nexo.com>; Antoni Trenchev <antoni@nexo.com>; "Bezanson, Philip" <philip.bezanson@srz.com> |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding California investigation.

| **PRIV-0000094** | 2023-12-04 23:48:00 | **Attorney-Client** |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000093 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Nexo Financial - CA CFL Special ROE Response.DOC | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding California investigation.

| **PRIV-0000095** | 2023-12-05 11:03:00 | **Attorney-Client** |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000095 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 1 | |
| **File Name** | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | |
| **Email Subject** | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | |
| **Email From** | Marina Yankova <marina@nexo.com> | |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com> | |
| **Email CC** | "Mosher, Donald" <donald.mosher@srz.com>; Bianca Veleva <bianca@nexo.com>; Antoni Trenchev <antoni@nexo.com>; "Bezanson, Philip" <philip.bezanson@srz.com> | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000096** | 2023-12-05 11:03:00 | **Attorney-Client** |
| --- | --- | --- |

| PRIV Bates Beg Attach | PRIV-0000095 |
| --- | --- |
| All Custodian | Trenchev, Antoni |
| Number of Attachments | 0 |
| File Name | Nexo Financial - CA CFL Special ROE Response.DOC |

**Privilege Log Description:** Document attached to email to outside counsel requesting legal advice regarding California investigation.

| PRIV-0000097 | 2023-12-06 00:10:00 | Attorney-Client; Attorney Work Product |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000097 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 3 | |
| **File Name** | RE: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | |
| **Email Subject** | RE: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | |
| **Email From** | "Romano, Jessica" <jessica.romano@srz.com> | |
| **Email To** | Marina Yankova <marina@nexo.com> | |
| **Email CC** | "Mosher, Donald" <donald.mosher@srz.com>; Bianca Veleva <bianca@nexo.com>; Antoni Trenchev <antoni@nexo.com>; "Bezanson, Philip" <philip.bezanson@srz.com> | |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding California investigation.

| PRIV-0000098 | 2023-12-06 00:10:00 | Attorney-Client |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000097 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Nexo Financial - CA CFL Special ROE Response.DOC | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding California investigation.

| PRIV-0000099 | 2023-12-06 00:10:00 | Attorney-Client |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000097 | |

| All Custodian | Trenchev, Antoni |
| Number of Attachments | 0 |
| File Name | Change-Pro Redline - Nexo Financial - CA CFL Special ROE Response and Nexo Financial - CA CFL Special ROE Response-45353565-v2.pdf |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding California investigation.

| **PRIV-0000100** | 2023-12-06 00:10:00 | **Attorney-Client** |
| PRIV Bates Beg Attach | PRIV-0000097 | |
| All Custodian | Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | 60DBO109416 NEXO FINANCIAL LLC 2022AR.pdf | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding California investigation.

| **PRIV-0000101** | 2024-03-07 15:17:00 | **Attorney-Client** |
| PRIV Bates Beg Attach | PRIV-0000101 | |
| All Custodian | Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | |
| Email Subject | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] | |
| Email From | Marina Yankova <marina@nexo.com> | |
| Email To | "Romano, Jessica" <jessica.romano@srz.com> | |
| Email CC | "Mosher, Donald" <donald.mosher@srz.com>; Bianca Veleva <bianca@nexo.com>; Antoni Trenchev <antoni@nexo.com>; "Bezanson, Philip" <philip.bezanson@srz.com> | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California license.

| **PRIV-0000102** | 2024-03-08 09:21:00 | **Attorney-Client** |
| PRIV Bates Beg Attach | PRIV-0000102 | |
| All Custodian | Trenchev, Antoni | |

| Number of Attachments | 0 |
|---|---|
| File Name | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] |
| Email Subject | Re: 2022 CFL Annual Report - Special Examination - License #60DBO-109416 [ACTION REQUIRED DUE DATE - DECEMBER 7, 2023] |
| Email From | Marina Yankova <marina@nexo.com> |
| Email To | "Romano, Jessica" <jessica.romano@srz.com> |
| Email CC | "Mosher, Donald" <donald.mosher@srz.com>; Bianca Veleva <bianca@nexo.com>; Antoni Trenchev <antoni@nexo.com>; "Bezanson, Philip" <philip.bezanson@srz.com> |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California license.

| **PRIV-0000103** | 2024-04-10 08:48:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000103 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 1 | |
| **File Name** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email Subject** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email From** | Marina Yankova <marina@nexo.com> | |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com> | |
| **Email CC** | Rosen Kostov <rosen.kostov@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com>; "Warkol, Craig" <craig.warkol@srz.com>; "Loft, Kolby" <kolby.loft@srz.com>; Antoni Trenchev <antoni@nexo.com> | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California license.

| **PRIV-0000104** | 2024-04-10 08:48:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000103 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | 60DBO-109416 - Nexo Financial LLC - Exam 12817 - CL.pdf | |

| | |
|---|---|
| **Author** | Tran, Quan@DBO |

**Privilege Log Description:** Document attached to email to outside counsel requesting legal advice regarding California license.

---

| **PRIV-0000105** | 2024-04-10 08:57:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000105 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email Subject** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email From** | Marina Yankova <marina@nexo.com> | |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com> | |
| **Email CC** | Rosen Kostov <rosen.kostov@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com>; "Warkol, Craig" <craig.warkol@srz.com>; "Loft, Kolby" <kolby.loft@srz.com>; Antoni Trenchev <antoni@nexo.com> | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

---

| **PRIV-0000106** | 2024-04-10 15:55:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000106 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email Subject** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email From** | Marina Yankova <marina@nexo.com> | |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com> | |
| **Email CC** | Rosen Kostov <rosen.kostov@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com>; "Warkol, Craig" <craig.warkol@srz.com>; "Loft, Kolby" <kolby.loft@srz.com>; Antoni Trenchev <antoni@nexo.com> | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

---

| **PRIV-0000107** | 2024-04-26 10:51:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000107 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email Subject** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email From** | Marina Yankova <marina@nexo.com> | |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com>; Antoni Trenchev <antoni@nexo.com>; "Warkol, Craig" <craig.warkol@srz.com> | |
| **Email CC** | Rosen Kostov <rosen.kostov@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com>; "Loft, Kolby" <kolby.loft@srz.com> | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000108** | 2024-04-26 17:28:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000108 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email Subject** | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| **Email From** | Marina Yankova <marina@nexo.com> | |
| **Email To** | "Romano, Jessica" <jessica.romano@srz.com>; Antoni Trenchev <antoni@nexo.com>; "Warkol, Craig" <craig.warkol@srz.com> | |
| **Email CC** | Rosen Kostov <rosen.kostov@nexo.com>; Bianca Veleva <bianca@nexo.io>; "Mosher, Donald" <donald.mosher@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com>; "Loft, Kolby" <kolby.loft@srz.com> | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000109** | 2024-05-07 16:17:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000109 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 1 | |

| File Name | RE: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 |
|---|---|
| Email Subject | RE: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 |
| Email From | "Romano, Jessica" <jessica.romano@srz.com> |
| Email To | Marina Yankova <marina@nexo.com>; Antoni Trenchev <antoni@nexo.com>; "Warkol, Craig" <craig.warkol@srz.com> |
| Email CC | "Bezanson, Philip" <philip.bezanson@srz.com>; Bianca Veleva <bianca@nexo.io>; "Loft, Kolby" <kolby.loft@srz.com>; "Mosher, Donald" <donald.mosher@srz.com>; Rosen Kostov <rosen.kostov@nexo.com> |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding California investigation.

| **PRIV-0000110** | 2024-05-07 16:17:00 | **Attorney-Client** |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000109 | |
| All Custodian | Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | Nexo Wind Down Plan.docx | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding California investigation.

| **PRIV-0000111** | 2024-07-30 10:17:00 | **Attorney-Client** |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000111 | |
| All Custodian | Trenchev, Antoni | |
| Number of Attachments | 2 | |
| File Name | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| Email Subject | Re: 60DBO-109416 - Nexo Financial LLC - ROE - Exam 12817 | |
| Email From | Dimitar Mihaylov <dimitar.mihaylov@nexo.com> | |
| Email To | Marina Yankova <marina@nexo.com>; "Romano, Jessica" <jessica.romano@srz.com> | |
| Email CC | "Bezanson, Philip" <philip.bezanson@srz.com>; Bianca Veleva <bianca@nexo.io>; "Loft, Kolby" <kolby.loft@srz.com>; "Mosher, Donald" <donald.mosher@srz.com>; Rosen Kostov <rosen.kostov@nexo.com>; Antoni Trenchev <antoni@nexo.com>; "Warkol, Craig" <craig.warkol@srz.com>; denitsa.mihova@nexo.com | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000112** | 2024-07-30 10:17:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000111 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Invoice STC-00002573[35].pdf | |

**Privilege Log Description:** Document attached to email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000113** | 2024-07-30 10:17:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000111 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | 60DBO109416 NEXO FINANCIAL LLC 2022AR[38].pdf | |
| **Author** | Tran, Quan@DBO | |

**Privilege Log Description:** Document attached to email to outside counsel requesting legal advice regarding California investigation.

| **PRIV-0000114** | 2024-12-05 18:50:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000114 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Re: Return to US | |
| **Email Subject** | Re: Return to US | |
| **Email From** | Antoni Trenchev <antoni@nexo.com> | |
| **Email To** | "Warkol, Craig" <craig.warkol@srz.com> | |
| **Email CC** | "Bezanson, Philip" <philip.bezanson@srz.com> | |

**Privilege Log Description:** Email to outside counsel requesting legal advice regarding Nexo return to U.S. market.

| **PRIV-0000115** | 2024-12-05 19:27:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000115 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |

| File Name | RE: Return to US |
|---|---|
| **Email Subject** | RE: Return to US |
| **Email From** | "Bezanson, Philip" <philip.bezanson@srz.com> |
| **Email To** | Antoni Trenchev <antoni@nexo.com>; "Warkol, Craig" <craig.warkol@srz.com> |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding Nexo return to U.S. market.

| **PRIV-0000118** | 2025-02-07 22:15:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000118 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 1 | |
| **File Name** | Fwd: Nexo - DFPI Proposed Resolution | |
| **Email Subject** | Fwd: Nexo - DFPI Proposed Resolution | |
| **Email From** | Antoni Trenchev <antoni@nexo.com> | |
| **Email To** | Bianca Veleva <bianca@nexo.com> | |

**Privilege Log Description:** Email discussing legal advice provided by outside counsel regarding California investigation.

| **PRIV-0000119** | 2025-02-07 22:15:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000118 | |
| **All Custodian** | Kantchev, Kosta; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | 2025-02-07 Consent Order_Nexo Capital.docx | |

**Privilege Log Description:** Document attached to email discussing legal advice provided by outside counsel regarding California investigation.

| **PRIV-0000120** | 2025-02-27 03:17:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000120 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | RE: Nexo - DFPI Proposed Resolution | |
| **Email Subject** | RE: Nexo - DFPI Proposed Resolution | |

| | |
|---|---|
| **Email From** | "Romano, Jessica" <jessica.romano@srz.com> |
| **Email To** | "Loft, Kolby" <kolby.loft@srz.com>; antoni@nexo.com |
| **Email CC** | "Warkol, Craig" <craig.warkol@srz.com>; "Mosher, Donald" <donald.mosher@srz.com> |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding California investigation.

| **PRIV-0000162** | 2021-07-26 16:37:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000162 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | SEC Update Call | |
| **Email Subject** | SEC Update Call | |
| **Email From** | "Warkol, Craig" <craig.warkol@srz.com> | |
| **Email To** | "Warkol, Craig" <craig.warkol@srz.com>; antoni@nexo.com; Bianca Veleva <bianca@nexo.io>; "Swartz, Michael" <michael.swartz@srz.com>; "Loft, Kolby" <kolby.loft@srz.com> | |

**Privilege Log Description:** Calendar invite from outside counsel to provide legal advice regarding SEC investigation.

| **PRIV-0000164** | 2024-06-13 19:31:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000164 | |
| **All Custodian** | Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Priv + Confid: SEC communication | |
| **Email Subject** | Priv + Confid: SEC communication | |
| **Email From** | "Bezanson, Philip" <philip.bezanson@srz.com> | |
| **Email To** | Antoni Trenchev <antoni@nexo.com> | |
| **Email CC** | "Warkol, Craig" <craig.warkol@srz.com>; "Loft, Kolby" <kolby.loft@srz.com> | |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding communication with the SEC.

| **PRIV-0000165** | 2022-04-05 19:59:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000165 | |

| All Custodian | Nexo Corporate Records |
|---|---|
| Number of Attachments | 0 |
| File Name | RE: South Carolina - AG / Letter to Nexo Financial LLC & Nexo Capital Inc. |
| Email Subject | RE: South Carolina - AG / Letter to Nexo Financial LLC & Nexo Capital Inc. |
| Email From | "Loft, Kolby" <kolby.loft@srz.com> |
| Email To | Olga Nedkova <olga@nexo.io> |
| Email CC | "Warkol, Craig" <craig.warkol@srz.com>; Bianca Veleva <bianca@nexo.io>; Antoni Trenchev <antoni@nexo.io> |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding South Carolina investigation.

| **PRIV-0000166** | 2022-09-27 14:04:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000166 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 1 | |
| **File Name** | FW: 2022-0156 Nexo Inc. Nexo Capital Inc. and Antoni Trenchev | |
| **Email Subject** | FW: 2022-0156 Nexo Inc. Nexo Capital Inc. and Antoni Trenchev | |
| **Email From** | "Loft, Kolby" <kolby.loft@srz.com> | |
| **Email To** | "Maero Blaskowski, Jacqueline" <jacqueline.maeroblaskowski@srz.com> | |
| **Email CC** | "Bezanson, Philip" <philip.bezanson@srz.com> | |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding Maryland investigation.

| **PRIV-0000167** | 2022-09-27 14:04:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000166 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 0 | |
| **File Name** | 20220156 Nexo Capital SOCD and OSC .pdf | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding Maryland investigation.

| **PRIV-0000168** | 2022-11-04 19:00:00 | **Attorney-Client; Attorney Work Product** |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000168 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 0 | |
| **File Name** | RE: HO-14461 - Nexo | |
| **Email Subject** | RE: HO-14461 - Nexo | |
| **Email From** | "Loft, Kolby" <kolby.loft@srz.com> | |
| **Email To** | Antoni Trenchev <antoni@nexo.io>; Nadezhda Krasteva <nadezhda@nexo.io> | |
| **Email CC** | Bianca Veleva <bianca@nexo.io>; Olga Nedkova <olga@nexo.io>; "Warkol, Craig" <craig.warkol@srz.com>; "Mahon, John" <john.mahon@srz.com>; "Bezanson, Philip" <philip.bezanson@srz.com>; "Romano, Jessica" <jessica.romano@srz.com>; "Maero Blaskowski, Jacqueline" <jacqueline.maeroblaskowski@srz.com> | |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding SEC investigation.

| **PRIV-0000169** | 2022-11-22 23:19:00 | **Attorney-Client; Attorney Work Product** |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000169 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 4 | |
| **File Name** | FW: Emailing: State Of Washington doc 2.pdf, State Of Washington doc 3.pdf, State Of Washington doc 4.pdf, State Of Washington doc 1.pdf | |
| **Email Subject** | FW: Emailing: State Of Washington doc 2.pdf, State Of Washington doc 3.pdf, State Of Washington doc 4.pdf, State Of Washington doc 1.pdf | |
| **Email From** | "Bezanson, Philip" <philip.bezanson@srz.com> | |
| **Email To** | "Maero Blaskowski, Jacqueline" <jacqueline.maeroblaskowski@srz.com>; "Romano, Jessica" <jessica.romano@srz.com> | |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding Washington investigation.

| **PRIV-0000170** | 2022-11-22 23:19:00 | **Attorney-Client** |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000169 | |

| All Custodian | Nexo Corporate Records |
| --- | --- |
| Number of Attachments | 0 |
| File Name | State Of Washington doc 2.pdf |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding Washington investigation.

| **PRIV-0000171** | 2022-11-22 23:19:00 | **Attorney-Client** |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000169 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 0 | |
| **File Name** | State Of Washington doc 3.pdf | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding Washington investigation.

| **PRIV-0000172** | 2022-11-22 23:19:00 | **Attorney-Client** |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000169 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 0 | |
| **File Name** | State Of Washington doc 4.pdf | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding Washington investigation.

| **PRIV-0000173** | 2022-11-22 23:19:00 | **Attorney-Client** |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000169 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 0 | |
| **File Name** | State Of Washington doc 1.pdf | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding Washington investigation.

| **PRIV-0000174** | 2025-07-01 20:05:00 | **Attorney-Client; Attorney Work Product** |
| --- | --- | --- |
| **PRIV Bates Beg Attach** | PRIV-0000174 | |
| **Bates Beg** | NEXO-0240610 | |

| | |
|---|---|
| **Bates Beg Attach** | NEXO-0240610 |
| **All Custodian** | Nexo Corporate Records |
| **Number of Attachments** | 1 |
| **File Name** | May 3, 2022 Follow Up Request.pdf |
| **Produced with Redactions** | Yes |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding Texas investigation.

| **PRIV-0000175** | 2025-07-01 20:05:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000174 | |
| **Bates Beg** | NEXO-0240612 | |
| **Bates Beg Attach** | NEXO-0240610 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 0 | |
| **File Name** | image001.jpg | |

**Privilege Log Description:** Email with outside counsel regarding regulatory inquiry.

| **PRIV-0000176** | 2025-07-01 20:05:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000176 | |
| **Bates Beg** | NEXO-0240625 | |
| **Bates Beg Attach** | NEXO-0240625 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 1 | |
| **File Name** | FW_ Nexo Financial LLC .pdf | |
| **Produced with Redactions** | Yes | |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding Texas investigation.

| **PRIV-0000177** | 2025-07-01 20:05:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000176 | |
| **Bates Beg** | NEXO-0240633 | |

| | |
|---|---|
| Bates Beg Attach | NEXO-0240625 |
| All Custodian | Nexo Corporate Records |
| Number of Attachments | 0 |
| File Name | image001.jpg |

**Privilege Log Description:** Email with outside counsel regarding regulatory inquiry.

| PRIV-0000178 | 2025-07-01 20:06:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000178 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 0 | |
| **File Name** | 2022.02.24 - Requests.pdf | |
| **Author** | busbys | |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding SEC investigation.

| PRIV-0000179 | 2025-07-01 20:06:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000179 | |
| **Bates Beg** | NEXO-0235816 | |
| **Bates Beg Attach** | NEXO-0235816 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 0 | |
| **File Name** | 2022-06-24 - Follow Up Request.pdf | |
| **Author** | busbys | |
| **Produced with Redactions** | Yes | |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding Alaska investigation.

| PRIV-0000180 | 2025-07-01 20:06:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000180 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 0 | |

| File Name | Alaska Follow Up Emails 12.30.2021.pdf |
|---|---|
| Author | busbys |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding Alaska investigation.

| PRIV-0000181 | 2025-07-01 20:06:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000181 | |
| Bates Beg | NEXO-0238557 | |
| Bates Beg Attach | NEXO-0238557 | |
| All Custodian | Nexo Corporate Records | |
| Number of Attachments | 0 | |
| File Name | 2022-06-15 - Follow Up Inquiries.pdf | |
| Author | busbys | |
| Produced with Redactions | Yes | |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding Washington investigation.

| PRIV-0000182 | 2025-07-01 20:06:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000182 | |
| All Custodian | Nexo Corporate Records | |
| Number of Attachments | 5 | |
| File Name | 2022-05-04 - Washington State Department of Financial Institutions - Document Request Letter - DFI Case No.pdf | |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding Washington investigation.

| PRIV-0000183 | 2025-07-01 20:06:00 | Attorney-Client |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000182 | |
| All Custodian | Nexo Corporate Records | |
| Number of Attachments | 0 | |
| File Name | image007.png | |

**Privilege Log Description:** Email to outside counsel regarding regulatory inquiry.

| PRIV-0000184 | 2025-07-01 20:06:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000182 | |
| All Custodian | Nexo Corporate Records | |
| Number of Attachments | 0 | |
| File Name | image008.png | |

**Privilege Log Description:** Email with outside counsel regarding regulatory inquiry.

| PRIV-0000185 | 2025-07-01 20:06:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000182 | |
| All Custodian | Nexo Corporate Records | |
| Number of Attachments | 0 | |
| File Name | image010.png | |

**Privilege Log Description:** Email with outside counsel regarding regulatory inquiry.

| PRIV-0000186 | 2025-07-01 20:06:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000182 | |
| All Custodian | Nexo Corporate Records | |
| Number of Attachments | 0 | |
| File Name | image011.png | |

**Privilege Log Description:** Email with outside counsel regarding regulatory inquiry.

| PRIV-0000187 | 2025-07-01 20:06:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000182 | |
| All Custodian | Nexo Corporate Records | |
| Number of Attachments | 0 | |
| File Name | image012.png | |

**Privilege Log Description:** Email with outside counsel regarding regulatory inquiry.

| PRIV-0000188 | 2025-07-01 20:06:00 | Attorney-Client; Attorney Work Product |
|---|---|---|

| PRIV Bates Beg Attach | PRIV-0000188 |
|---|---|
| Bates Beg | NEXO-0238562 |
| Bates Beg Attach | NEXO-0238562 |
| All Custodian | Nexo Corporate Records |
| Number of Attachments | 0 |
| File Name | 2022-07-07 - Follow Up Requests.pdf |
| Author | busbys |
| Produced with Redactions | Yes |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding Washington investigation.

| PRIV-0000189 | 2025-07-01 20:06:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000189 | |
| All Custodian | Nexo Corporate Records | |
| Number of Attachments | 0 | |
| File Name | WA DFI Consumer Call Notes (2022.05.27).docx | |
| Author | Busby, Spencer | |

**Privilege Log Description:** Notes from call between outside counsel and Washington regulators reflecting impressions of counsel.

| PRIV-0000190 | 2025-07-01 20:07:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000190 | |
| All Custodian | Nexo Corporate Records | |
| Number of Attachments | 0 | |
| File Name | WA DFI Consumer Enforcement Recent Cases.xlsx | |
| Author | Magliocco, William | |

**Privilege Log Description:** Document reflecting impressions of outside counsel regarding regulatory investigations.

| PRIV-0000191 | 2025-07-01 20:07:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000191 | |
| All Custodian | Nexo Corporate Records | |

| Number of Attachments | 7 |
|---|---|
| File Name | 4.4.21 FW_ Nexo Financial, LLC Money Lender Application.pdf |

**Privilege Log Description:** Email from outside counsel providing legal advice regarding South Dakota investigation.

| **PRIV-0000192** | 2025-07-01 20:07:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000191 | |
| **All Custodian** | Kantchev, Kosta; Nexo Corporate Records; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | SD UCC Compliance Article 8.pdf | |
| **Author** | Rahl, Christopher R. | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding South Dakota investigation.

| **PRIV-0000193** | 2025-07-01 20:07:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000191 | |
| **All Custodian** | Kantchev, Kosta; Nexo Corporate Records; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Loan Agreement (Nexo) South Dakota (1).pdf | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding South Dakota investigation.

| **PRIV-0000194** | 2025-07-01 20:07:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000191 | |
| **All Custodian** | Kantchev, Kosta; Nexo Corporate Records; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Nexo -- UCC Compliance Article 8 (Gordon Feinb.pdf | |
| **Author** | Rahl, Christopher R. | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding South Dakota investigation.

| **PRIV-0000195** | 2025-07-01 20:07:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000191 | |
| **All Custodian** | Kantchev, Kosta; Nexo Corporate Records; Trenchev, Antoni | |

| Number of Attachments | 0 |
|---|---|
| File Name | Business Plan_Nexo Financial_South Dakota (1).pdf |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding South Dakota investigation.

| **PRIV-0000196** | 2025-07-01 20:07:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000191 | |
| **All Custodian** | Kantchev, Kosta; Nexo Corporate Records; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Underwriting Guidelines_Nexo Financial (1).pdf | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding South Dakota investigation.

| **PRIV-0000197** | 2025-07-01 20:07:00 | **Attorney-Client** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000191 | |
| **All Custodian** | Kantchev, Kosta; Nexo Corporate Records; Trenchev, Antoni | |
| **Number of Attachments** | 0 | |
| **File Name** | Uniform Consent_Nexo Financial LLC_SD.pdf | |

**Privilege Log Description:** Document attached to email from outside counsel providing legal advice regarding South Dakota investigation.

| **PRIV-0000198** | 2025-07-01 20:07:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000191 | |
| **All Custodian** | Nexo Corporate Records | |
| **Number of Attachments** | 0 | |
| **File Name** | image001.png | |

**Privilege Log Description:** Email with outside counsel regarding regulatory inquiry.

| **PRIV-0000279** | 2025-03-12 05:04:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000279 | |

| All Custodian | Trenchev, Antoni |
|---|---|
| Number of Attachments | 0 |
| File Name | Memo.Pepper.SEC.reporting_16VpwhYRkNIlqh2w9a7LCTak1xl4j9kLTcxxmnqQITaM.docx |

**Privilege Log Description:** Outside counsel legal memo re: US Securities.

| PRIV-0000280 | 2025-03-12 05:05:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000280 | |
| All Custodian | Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | 51031242_2_0BwacsphLuWCnaU9fSnplV040elRmT3loOWc5T2FKNXZxR19Z.docx | |

**Privilege Log Description:** Outside counsel legal memo re: US Securities.

| PRIV-0000281 | 2025-03-12 05:12:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000281 | |
| All Custodian | Trenchev, Antoni | |
| Number of Attachments | 0 | |
| File Name | Legal Opinion Utility_1LRhwv_XtisO227GmH2fIHzZOINFdygOGloXAFjXVCf8.docx | |

**Privilege Log Description:** Outside counsel legal memo re: US Securities.

| PRIV-0000287 | 2025-03-10 08:49:00 | Attorney-Client; Attorney Work Product |
|---|---|---|
| PRIV Bates Beg Attach | PRIV-0000287 | |
| Bates Beg | NEXO-0136995 | |
| Bates Beg Attach | NEXO-0136995 | |
| All Custodian | Hristov, Hristiyan Yordanov | |
| Number of Attachments | 0 | |

| File Name | Nexo ESI Collection and Search of Own Files 2025.03.03 FOR CLIENT_1EDLeBONVqRUEeO7hXemaFP1zcV8NQh91.docx |
|---|---|

**Privilege Log Description:** CLAWBACK Document from outside counsel Ian Shelton, sent to Nexo on March 4, 2025 in furtherance of document collection and review in this litigation.

| **PRIV-0000288** | 2025-03-10 10:07:00 | **Attorney-Client; Attorney Work Product** |
|---|---|---|
| **PRIV Bates Beg Attach** | PRIV-0000288 | |
| **Bates Beg** | NEXO-0139872 | |
| **Bates Beg Attach** | NEXO-0139872 | |
| **All Custodian** | Dinca, Octavian | |
| **Number of Attachments** | 0 | |
| **File Name** | accredited investors list from Ian_14CVcXNehd7a08Lyuv9vGVUuaJoMKdJAu.xlsx | |

**Privilege Log Description:** CLAWBACK Document that was prepared by outside counsel in defense of this litigation and populated with data collected by Nexo at the request of outside counsel.