# EXHIBIT D

## Dooley, Kirsten

| | |
|---|---|
| **From:** | Shelton, Ian |
| **Sent:** | Wednesday, March 11, 2026 12:13 AM |
| **To:** | Max Ambrose |
| **Cc:** | James Taylor-Copeland; Rawlinson, Matthew; Dooley, Kirsten |
| **Subject:** | RE: [EXTERNAL] Re: Nexo's previous agreements to amend RFPs |

James and Max,

Thank you for the call yesterday.

Regarding its priv log entries, Nexo has agreed to add additional detail to its entries as described below by March 16.

1. **"Standalone Documents With No Attorney Identified" and "Google Docs Authored by Non-Attorneys or Unidentified Authors."** Nexo will provide the metadata fields for "author" and "all custodians," to the extent this information is available.

2. **"Emails Where Counsel Was Merely Copied."** Nexo will add additional color to its privilege log descriptions to indicate that these documents are indeed privileged.

3. **"Confluence/Jira Notifications."** Nexo will add additional color to its privilege log descriptions to indicate that these documents are indeed privileged.

4. **"Documents Attached to Challenged Emails."** Cress's concern here appears to be that the "parent email's privilege claim is itself deficient." Nexo trusts that by addressing Cress's concerns regarding the parent email's privilege claim—presumably one of the other categories in Cress's deficiency letter—this will resolve Cress's concerns as to the attachments.

5. **"Communications With No Attorney in Metadata."** This challenge pertains to "[f]our emails and three Slack messages [that] have been designated as privileged despite the absence of any attorney in the sender, recipient, CC, or BCC fields," including a Slack message that was widely distributed. Nexo will provide the Slack channel and/or add additional color to its privilege log description to indicate that these documents are indeed privileged.

Nexo notes that this level of description exceeds the description of every entry designated by Cress as "Attorney Work Product" in Cress's privilege log, which uses the generic description: "Attorney work-product created in anticipation of litigation and for legal purposes in the Nexo lawsuit." Likewise, nearly every entry marked as "Attorney-Client Privilege" uses the description: ". . . discussing legal advice with attorney . . . about the Nexo lawsuit." Some entries identify the attorney(s); others, such as CRESS-PRIV-00000429, do not.

As to Nexo's challenges to Cress's log, in Nexo's March 5, 2026 Meet and Confer response and deficiency letter, it identified CRESS-PRIV-00000570 as one of Cress's Notes to Self, but it was not identified as such on the corresponding Excel. Also, Nexo has found another document, CRESS-PRIV-00000529, that appears to be a standalone entry or a severed attachment. We have already discussed these categories of deficiencies, and just ask that you be sure to address these documents in your updated privilege log. Can you please confirm that, by March 16, Cress will produce his logged correspondence with his accountant, will supplement his "note to self" entries to justify the privilege, and will confirm that no documents exist to log after Cress's first demand letter?

Thanks,
Ian

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Dir: +1 713 427 5029
Tel: +1 713 427 5000

ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

---

**From:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Sent:** Thursday, February 26, 2026 10:23 AM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Re: Nexo's previous agreements to amend RFPs

Ian,

Please find Plaintiff's meet and confer letter regarding Nexo's privilege log.

Best regards,

Max

On Fri, Feb 20, 2026 at 9:54 AM Shelton, Ian <Ian.Shelton@bakermckenzie.com> wrote:

> James and Max,
>
>
> Please find attached Nexo's February 20, 2026 production letter.
>
>
> Please also find attached Nexo's February 20, 2026 privilege log.
>
>
>
> **Ian Shelton**
> Partner, Litigation
> Baker & McKenzie LLP
> 800 Capitol, Suite 2100
> Houston, Texas 77002
> United States
>
> Dir: +1 713 427 5029
> Tel: +1 713 427 5000
> ian.shelton@bakermckenzie.com
>
>
>
>
>
> bakermckenzie.com | Facebook | LinkedIn | X

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** Shelton, Ian
**Sent:** Friday, February 20, 2026 11:00 AM
**To:** 'Max Ambrose' <maxambrose@taylorcopelandlaw.com>
**Cc:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** RE: [EXTERNAL] Re: Nexo's previous agreements to amend RFPs

Max,

James's February 13 email asked for amended responses by Friday – we will be serving them today.

We will also be serving our privilege log and a document production today.

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States

Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

**From:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Sent:** Friday, February 20, 2026 10:43 AM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** [EXTERNAL] Re: Nexo's previous agreements to amend RFPs

Ian,

Following up here. You agreed to provide amended responses three days ago. You also told us Nexo would produce its privilege log last week, then early this week - and now it is Friday. Can you please let us know when Nexo will provide these?

Best regards,

Max

On Fri, Feb 13, 2026 at 1:48 PM Shelton, Ian <Ian.Shelton@bakermckenzie.com> wrote:

James,

We need to look back at the RFPs and our correspondence and confirm that the descriptions in Max's email are correct. In general, we agree to provide amended responses by February 17 if that is what we agreed to do.

**Ian Shelton**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States

Dir: +1 713 427 5029
Tel: +1 713 427 5000
ian.shelton@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Friday, February 13, 2026 3:05 PM
**To:** Max Ambrose <maxambrose@taylorcopelandlaw.com>; Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** [EXTERNAL] Re: Nexo's previous agreements to amend RFPs

Hi Ian,

Following up on this. As you know, Nexo agreed several months ago to provide these amendments, but they remain outstanding. If we do not receive the amended responses by Friday, February 17, we will have no choice but to seek the Court's intervention. We would prefer to avoid involving the Court in what should be a straightforward compliance issue.

Please confirm when we can expect the amended responses.

Thanks

James

**From:** Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Date:** Tuesday, February 10, 2026 at 9:20 AM
**To:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>
**Cc:** James Taylor-Copeland <james@taylorcopelandlaw.com>, Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>, Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>
**Subject:** Nexo's previous agreements to amend RFPs

Hi Ian,

We write with respect to Nexo's previous agreements to amend its RFPs. Can you please let us know when we can expect Nexo's amended responses to the following:

**RPFs 10, 16, 19, 20, 21, 23, 50 (VIP/LRP, Plaintiff's Orders/Liquidations, Nexo's Data Retention Policies):** Nexo's counsel confirmed on November 15, 2024 that they would **amend their response to state they will produce responsive documents** for these RFPs.

5

**RFPs 107-109 (Price Data for Liquidation Period):** On October 7, 2025, Nexo's counsel agreed to **amend their response to state that Nexo does not possess responsive documents** for these RFPs.

**RFPs 232-237 (Cress's OTC Transactions):** Nexo's counsel confirmed on October 10, 2025, that they would **amend their response to state they will produce responsive documents**. Previously, on September 26, 2025, they had stated they "will produce responsive documents" for these RFPs.

Thanks,

Max

--

Taylor-Copeland Law

maxambrose@taylorcopelandlaw.com

501 W. Broadway Suite 800

San Diego, CA 92101

Phone: (602) 570-2656

www.taylorcopelandlaw.com

--

Taylor-Copeland Law

maxambrose@taylorcopelandlaw.com

501 W. Broadway Suite 800

San Diego, CA 92101

6

Phone: (602) 570-2656

www.taylorcopelandlaw.com


--

Taylor-Copeland Law

maxambrose@taylorcopelandlaw.com

501 W. Broadway Suite 800

San Diego, CA 92101

Phone: (602) 570-2656

www.taylorcopelandlaw.com