UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CRESS                    ,

Plaintiff(s),

v.

NEXO FINANCIAL LLC, etc  ,

Defendant(s).

Case No. 3:23-cv-00882-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, /s/ Adrienne Harreveld____, an active member in good standing of the bar of Florida_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant_____ in the above-entitled action. My local co-counsel in this case is Ian Shelton_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 264863_____.

830 Brickell Plaza, Suite 3100
MY ADDRESS OF RECORD

(305) 789-8948
MY TELEPHONE # OF RECORD

adrienne.harreveld@bakermckenzie.com
MY EMAIL ADDRESS OF RECORD

10250 Constellation Blvd., Suite 1850
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 299-8535
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ian.shelton@bakermckenzie.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1035946_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/23/2026                        /s/ Adrienne Harreveld
                                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Adrienne Harreveld is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 24, 2026

_____
UNITED STATES MAGISTRATE JUDGE