## EXHIBIT B

*John Cress v. Nexo Capital Inc.*, Case No. 3:23-cv-00882-TSH

**REQUEST NO. 381:**

All documents that currently bear or at any time bore a Google Workspace admin label identified in the Google Vault Audit Log produced as NEXO-0369409, including but not limited to "LabelRet" and "rom."

**Nexo's Response:** Nexo objects to Request No. 381 as overbroad, unduly burdensome, and seeking discovery that is neither relevant to Cress's claims nor proportional to the needs of this case under Federal Rule of Civil Procedure 26(b)(1). This request is untethered to Plaintiff, his transactions, or any issue actually at stake in this action. Instead, it seeks "[a]ll documents" that bore certain Google Workspace admin labels, without limitation as to custodian, time, subject matter, or connection to Plaintiff, and thus amounts to an impermissible fishing expedition into matters wholly unrelated to Cress. Indeed, this would require Nexo to produce almost every document that was ever subject to any retention policy between 2020 and 2026 without regard to subject matter limitations. That is not proportional to the needs of the case.

Nexo further objects because the labels Plaintiff identifies—"LabelRet" and "rom"—were confirmed to be targeted Google Drive deletions associated with the Morton matter formerly pending in the United Kingdom, not Cress. Those labels therefore do not concern Plaintiff, do not bear on his claims or defenses, and do not justify sweeping discovery into a separate matter. Plaintiff is not entitled to use this case as a vehicle to probe unrelated retention or deletion activity tied to other proceedings or disputes. Subject to and without waiving these objections, Nexo states that it will not produce documents in response to this Request because the Request seeks information outside the permissible scope of discovery. Furthermore, as noted by the retention policy, documents that bore a label of NEXO-0369409 were deleted in the ordinary course of business subject to the legitimate retention policy.

**REQUEST NO. 382:**

All documents and communications concerning the creation, application, modification, or removal of the Google Workspace admin labels identified in the Google Vault Audit Log produced as NEXO-0369409, including but not limited to "LabelRet" and "rom."

**Nexo's Response:** Nexo objects to Request No. 382 as overbroad, unduly burdensome, and seeking discovery that is neither relevant to Plaintiff John Cress's claims nor proportional to the needs of this case under Federal Rule of Civil Procedure 26(b)(1). Although framed as a request for documents and communications about the creation, application, modification, or removal of certain Google Workspace admin labels, the Request suffers from the same fundamental defect as Request No. 381: it is wholly untethered to Plaintiff, his transactions, or any issue actually in dispute in this action. Instead, it seeks sweeping discovery into internal administrative labeling activity without any showing that such activity has anything to do with Cress or his claims.

Nexo further objects because the labels Plaintiff identifies—"LabelRet" and "rom"—were associated with the Morton matter formerly pending in the United Kingdom, not Cress. Any documents or communications concerning the creation, application, modification, or removal of those labels therefore concern a separate matter and fall outside the permissible scope of discovery here. Plaintiff is not entitled to rummage through Nexo's internal handling of labels tied to unrelated proceedings in an effort to manufacture a collateral dispute that has no bearing on his claims or defenses. Nexo further objects because the parties already negotiated and agreed on the custodians and search terms that would govern discovery in this case, and Plaintiff is now attempting to use this Request to expand those agreed-upon terms through the back door. Nexo does not agree to that enlargement of discovery. Subject to and without waiving these objections, Nexo states that it will not produce documents or communications in response to this Request.