# Exhibit D

# Exhibit D

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH
Date: April 1, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

## ANTONI ANTONIEV TRENCHEV

## CONFIDENTIAL

Reported by:
GEORGIA GOULD



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

Q.   So directing your attention to rows 305 through 308, they say: period 1 days after modification. Then: apply only to deleted objects, false type docs. And then: label conditions, label Ret is present.

My question is if you know what "label Ret" is?

A.   I don't know.

Q.   Do you know who created it?

A.   I do not.

Q.   Do you know who would have been able to tag documents with label Ret?

A.   Since I don't know what label Ret is I don't feel like I'm able to answer your question.

Q.   Okay.

And then here it's the -- essentially in rows 76 through 79, a similar type of entry, but it says the label Rom, R-O-M, is present.  Do you know what Rom is?

A.   I don't know.

Q.   Do you see here there's some emails that reference Shane Morton, Jason Morton, and Owen Morton?

A.   I see Shane and Jason, a third name I did not hear correctly perhaps -- a-ha, yes.

Q.   245 and 246.

A.   I can see that.

Q.   Do you know who they are?