# Exhibit E

# Exhibit E

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH

Date: June 19, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

# YASEN IVANOV DAMYANOV

# CONFIDENTIAL

Reported by:
Deliris R. Perez



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

Q    Do you know why you created any of these retention rules that we're looking at in Rows 305 to 308?

A    My recollection is that there was a task given by the legal department so that some specific documents to be purged from the Google system.

Q    Okay.  So Nexo used one of their retention rules to purge documents from their Google system, right?  And that's what you're doing here?

MR. SHELTON:  Objection; vague as to which documents.

THE WITNESS:  Yes.

BY MR. AMBROSE:

Q    Okay.  And then there was a label for these, LabelRet.  Label conditions, label, LabelRet is present.  Do you see that?

A    Yes.

Q    Do you know what documents were under LabelRet?

A    No.

Q    Do you know who classified the documents LabelRet?

A    No.

Q    So you have no idea what you're deleting here?

A    If I may explain, the label called LabelRet is a -- is a label on the basis for which our retention policies apply.

So I'm only specifying our retention policy based on a label.  And a document to be deleted, this -- the document in question needs to be associated with that label.  So I'm only -- I'm only creating label and our retention policy based on the label.

Q    Who chose what documents go under that label?

A    I don't know.

Q    Who had access to do -- to choose which documents went under which specific label?

A    I don't know.

Q    Mr. Kantchev did, right?

MR. SHELTON:  Objection; calls for speculation.

THE WITNESS:  I don't know.

BY MR. AMBROSE:

Q    Do you know -- have any idea what documents were under LabelRet?

MR. SHELTON:  Objection; asked and answered.

THE WITNESS:  I don't know.

BY MR. AMBROSE:

Q    Who told you to implement these retention rule changes that we're looking at on Rows 305 to 308 in

August 2024?

A    Legal -- the legal department.

Q    Were the documents under LabelRet related to Mr. John Cress's case?

A    I don't know.

Q    So it's possible this is a deletion of documents relating to Mr. Cress, correct?

MR. SHELTON:  Objection; calls for speculation.

THE WITNESS:  The -- this -- I have -- I have no information which -- the content of the documents which were affected by this label.

BY MR. AMBROSE:

Q    Who at Nexo would know the contents under the LabelRet?

A    I don't know.

Q    If we go now to Row 76 to 79, this is February 17, 2025.

Do you see that?

A    Yes.

Q    And then Column K, it's yasen@nexo.com, so it's you making these changes reflected in Row 76 to 79, correct?

A    Correct.

Q    And then these retention policy changes are

also one-day rule, meant to purge the documents under the label rom, correct?

A   This log here represents a retention rule set on the basis of our label.

Q   And it would delete, after it was applied, all the documents present in label rom, correct?

A   The retention policy would affect documents that are associated with label rom.

Q   And by affect, they would be purged, right?

A   Yes.

Q   And what documents were labeled rom?

A   I -- I don't know.

Q   Who knows that?

A   I don't know.

Q   Did you tell Mr. Greetham what documents were present in label rom or LabelRet?

A   No.

Q   Were the documents in label rom or LabelRet related to the Morton's case?

A   I don't know.

Q   Who told you to implement the retention rules in 76 to 79?

A   The legal department.

Q   Did they tell you -- do you have any understanding about why they asked you to do that?

A      I don't know the reasoning for that.

Q      And are you aware that these rules were created to purge documents during this litigation?

MR. SHELTON:   Objection to -- vague as to which litigation.

BY MR. AMBROSE:

Q      So the litigation we're here today, Mr. Cress's litigation against Nexo.

A      I don't know.

Q     Let's look at Rows 409 to 418.

If we look at the Column K, yasen@nexo.com, this is you making these changes, correct?

A     Yes.

Q     And then Column F specifies a 180-day retention rule, false type email, and this will delete documents older than 180 days in an email account, correct?

A     It shows a retention policy that will affect messages older than 180 days.

Q     And by "affect," you mean purge, right?

A     Yes.

Q     And so, then, if we look here, real quick, on that first -- Column A was done on November 6, 2023, right?  These Rows from 409 to 418 were implemented November 6, 2023?