James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimile: 619-566-4341

*Counsel for Plaintiff John Cress*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CRESS,<br><br>                Plaintiff,<br><br>        v.<br><br>NEXO CAPITAL INC.<br><br>                Defendant. | Case No. 3:23-CV-00882-TSH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Thomas S. Hixson<br><br>Courtroom:<br>San Francisco Courthouse<br>Courtroom E – 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

Pursuant to Civil Local Rule 79-5(f), Plaintiff John Cress respectfully asks the Court to consider whether the following materials, filed in connection with Plaintiff's Motion for Terminating Sanctions or, in the Alternative, Curative Sanctions Pursuant to Fed. R. Civ. P. 37(e), 37(b), and the Court's Inherent Authority, should be sealed. These materials have been designated as confidential by Defendant Nexo Capital Inc. or by non-party U.S. Securities and Exchange Commission (the "SEC"), or contain, quote, or refer to material so designated. Pursuant to Civil Local Rule 79-5(f), each Designating Party bears the responsibility to establish that its designated material is sealable.

| Document | Party Designating Confidentiality | Portions to Be Filed Under Seal | Basis for Sealing |
|---|---|---|---|
| Plaintiff's Motion for Terminating Sanctions or, in the Alternative, Curative Sanctions Pursuant to Fed. R. Civ. P. 37(e), 37(b), and the Court's Inherent Authority | Defendant Nexo Capital Inc. | Redacted portions quoting or describing designated material | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 1 to the Ambrose Declaration (Trenchev Deposition Transcript excerpts, Vols. I–II) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 2 to the Ambrose Declaration (Kantchev Deposition Transcript excerpts) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 3 to the Ambrose Declaration (Damyanov Deposition Transcript excerpts) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 5 to the Ambrose Declaration (Hristov Deposition Transcript excerpts) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |

ADMINISTRATIVE MOTION TO CONSIDER SEALING
Case No. 3:23-CV-00882-TSH

| | | | |
|---|---|---|---|
| Exhibit 6 to the Ambrose Declaration (Dinca Deposition Transcript excerpts, Vol. I) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 7 to the Ambrose Declaration (Dinca Deposition Transcript excerpts, Vol. II) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 8 to the Ambrose Declaration (Trenchev Deposition Exhibit 105; Nexo's Responses and Objections to Plaintiff's Sixth Set of Requests for Production) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 15 to the Ambrose Declaration (Nexo's Second Amended Responses to Plaintiff's Fifth Set of Requests for Admission) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 16 to the Ambrose Declaration (CRESS-00014362) | Non-Party U.S. Securities and Exchange Commission | Entirety of the Document | Produced by the U.S. Securities and Exchange Commission pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 17 to the Ambrose Declaration (NEXO-0344589) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 18 to the Ambrose Declaration (NEXO-0245592) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 19 to the Ambrose Declaration (NEXO-0245602) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |

ADMINISTRATIVE MOTION TO CONSIDER SEALING
Case No. 3:23-CV-00882-TSH

| Exhibit 24 to the Ambrose Declaration (NEXO-0137559) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
|---|---|---|---|
| Exhibit 27 to the Ambrose Declaration (NEXO-0223227) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 28 to the Ambrose Declaration (NEXO-0369409) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 29 to the Ambrose Declaration (NEXO-0183586) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 30 to the Ambrose Declaration (NEXO-0137893) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 31 to the Ambrose Declaration (NEXO-0256022) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 32 to the Ambrose Declaration (NEXO-0256662) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 33 to the Ambrose Declaration (NEXO-0103303) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |

ADMINISTRATIVE MOTION TO CONSIDER SEALING
Case No. 3:23-CV-00882-TSH

| Exhibit 34 to the Ambrose Declaration (NEXO-0369388) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
|---|---|---|---|
| Exhibit 35 to the Ambrose Declaration (NEXO-0257203) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 36 to the Ambrose Declaration (NEXO-0044718) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 37 to the Ambrose Declaration (NEXO-0146532) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |
| Exhibit 38 to the Ambrose Declaration (NEXO-0250411) | Defendant Nexo Capital Inc. | Entirety of the Document | Refers to material designated "Confidential" pursuant to the Stipulated Protective Order. (Dkt. 52) |

Dated: July 6, 2026

Respectfully submitted,

/s/ *Max Ambrose*

Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimile: 619-566-4341

*Counsel for Plaintiff John Cress*

5
ADMINISTRATIVE MOTION TO CONSIDER SEALING
Case No. 3:23-CV-00882-TSH

## PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am over the age of eighteen years and not a party to the within action.

On July 6, 2026, I served the following document in the manner described below:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED;**

**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**DECLARATION OF MAX AMBROSE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**DOCUMENTS UNDER SEAL**

☐    BY UNITED STATES MAIL: By mailing a true and correct copy of the documents listed above in the United States mail, first class, postage prepaid, addressed to the addresses set forth below.

☑    BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy from my email address, maxambrose@taylorcopelandlaw.com to the email addresses set forth below.

On the following parties in this action:

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 6, 2026, at Corona, California.

DATED:  July 6, 2026                    By,

                                        */s/Max Ambrose*
                                        Max Ambrose
                                        TAYLOR-COPELAND LAW
                                        501 W. Broadway, Suite 800
                                        San Diego, CA 92101
                                        Telephone: (619) 400-4944
                                        Facsimile: (619) 566-4341


                                        *Counsel for Plaintiff John Cress*

ADMINISTRATIVE MOTION TO CONSIDER SEALING
Case No. 3:23-CV-00882-TSH

## SERVICE LIST

Attorneys for Defendant by electronic service:

- Ian Shelton - Ian.Shelton@bakermckenzie.com
- Matthew Rawlinson - Matthew.Rawlinson@bakermckenzie.com
- Kirsten Dooley - Kirsten.Dooley@bakermckenzie.com

Attorneys for Third Party United States Securities and Exchange Commission:
- James M. McHale - MCHALEJM@sec.gov
- Melinda Hardy - HardyM@sec.gov

Co-counsel by electronic service:

Plaintiff's counsel by electronic service:
- James Taylor-Copeland – james@taylorcopelandlaw.com
- Max Ambrose – maxambrose@taylorcopelandlaw.com

ADMINISTRATIVE MOTION TO CONSIDER SEALING
Case No. 3:23-CV-00882-TSH