James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimile: 619-566-4341

*Counsel for Plaintiff John Cress*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CRESS,<br><br>                        Plaintiff,<br><br>                v.<br><br>NEXO CAPITAL INC.<br><br>                        Defendant. | Case No. 3:23-CV-00882-TSH<br><br>**DECLARATION OF MAX AMBROSE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Thomas S. Hixson<br><br>Courtroom:    San Francisco Courthouse<br>                   Courtroom E – 15th Floor<br>                   450 Golden Gate Avenue<br>                   San Francisco, CA 94102 |

DECLARATION OF MAX AMBROSE ISO ADMIN. MOTION TO CONSIDER SEALING
Case No. 3:23-CV-00882-TSH

I, Max Ambrose, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of California, an attorney at the law firm Taylor-Copeland Law, P.C., and counsel of record for Plaintiff John Cress ("Plaintiff"). I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2.      I make this declaration in support of Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Administrative Motion"), filed pursuant to Civil Local Rule 79-5(f).

3.      Concurrently with the Administrative Motion, Plaintiff is filing Plaintiff's Motion for Terminating Sanctions or, in the Alternative, Curative Sanctions Pursuant to Fed. R. Civ. P. 37(e), 37(b), and the Court's Inherent Authority (the "Sanctions Motion"), together with the Declaration of Max Ambrose in Support of the Sanctions Motion (the "Ambrose Declaration"), which attaches Exhibits 1 through 48.

4.      Exhibits 1 through 48 to the Ambrose Declaration comprise: excerpts of the certified transcripts of the depositions of Antoni Trenchev, Kosta Kantchev, Yasen Damyanov, David Greetham, Hristiyan Hristov, and Octavian Dinca taken in this action (Exhibits 1 through 7); exhibits marked at those depositions (Exhibits 8 through 12); the Expert Report of Michael Kunkel (Exhibit 13); discovery requests and responses served in this action (Exhibits 14 and 15); documents produced in discovery in this action (Exhibits 16 through 38); a publicly filed court document (Exhibit 39); and meet-and-confer correspondence concerning discovery in this action (Exhibits 40 through 48).

5.      The Sanctions Motion and the Ambrose Declaration quote, describe, and refer to material designated as "Confidential" by Defendant Nexo Capital Inc. ("Nexo") or by non-party U.S. Securities and Exchange Commission (the "SEC") pursuant to the Stipulated Protective Order entered in this action (Dkt. 52), including testimony from the depositions taken in this action and documents produced by Nexo in discovery.

DECLARATION OF MAX AMBROSE ISO ADMIN. MOTION TO CONSIDER SEALING
Case No. 3:23-CV-00882-TSH

6. The materials identified in the Administrative Motion have been designated as "Confidential" by Nexo or by the SEC pursuant to the Stipulated Protective Order, or contain, quote, or refer to material so designated.

7. The transcripts of the depositions excerpted in Exhibits 1 through 3 and 5 through 7 have been designated "Confidential" by Nexo pursuant to the Stipulated Protective Order.

8. In accordance with Civil Local Rule 79-5, Plaintiff is filing a redacted version of the Sanctions Motion on the public docket, and is filing the unredacted version of the Sanctions Motion and the identified exhibits under seal pending the Court's ruling on the Administrative Motion. The Ambrose Declaration will not be filed under seal and is being filed on the public docket.

9. Only the documents to be filed under seal are attached to the Administrative Motion. Specifically, attached to the Administrative Motion are: (a) the unredacted version of the Sanctions Motion; and (b) Exhibits 1, 2, 3, 5, 6, 7, 8, 15, 16, 17, 18, 19, 24, and 27 through 38 to the Ambrose Declaration, each of which has been designated as "Confidential" by Nexo or the SEC pursuant to the Stipulated Protective Order, or contains, quotes, or refers to material so designated. The Ambrose Declaration itself and its remaining exhibits (Exhibits 4, 9 through 14, 20 through 23, 25, 26, and 39 through 48) are not attached to the Administrative Motion and are being filed on the public docket.

10. Because Nexo and the SEC are the Designating Parties, each bears the responsibility under Civil Local Rule 79-5(f) to establish that its designated material is sealable. Plaintiff takes no position on whether the identified materials meet the applicable standards for sealing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 6, 2026, at Corona, California.

DECLARATION OF MAX AMBROSE ISO ADMIN. MOTION TO CONSIDER SEALING
Case No. 3:23-CV-00882-TSH

/s/ *Max Ambrose*

Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimile: 619-566-4341

*Counsel for Plaintiff John Cress*

DECLARATION OF MAX AMBROSE ISO ADMIN. MOTION TO CONSIDER SEALING
Case No. 3:23-CV-00882-TSH