# Exhibit 10

# Exhibit 10

**IN THE HIGH COURT OF JUSTICE**

**BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES**

**COMMERCIAL COURT KING'S BENCH DIVISION**

**BEFORE: MRS JUSTICE DIAS**

**DATD 6 JUNE 2025**

**B E T W E E N:**

CL-2022-000516

D. GREETHAM
06.19.2026

**Exhibit 232**

Vanese Killingbeck

(1) SHANE MORTON
(2) OWEN MORTON
(3) JASON MORTON

**Claimants**

**and**

(1) NEXO CAPITAL INC.
(a company incorporated in the Cayman Islands)

(2) NDS EOOD

(a company incorporated in Bulgaria)

**Defendants**

---

**TOMLIN ORDER**

---

**UPON** the application of the parties

**AND UPON** the Parties having agreed the terms of settlement set out in a confidential Settlement Agreement (the "**Settlement Agreement**")

**BY CONSENT IT IS ORDERED THAT:**

1. The trial commencing on 14 July 2025 is vacated.

2. All further proceedings in this action be stayed upon the terms referred to in a confidential Settlement Agreement save for the purpose of enforcement or the carrying into effect of the said terms with liberty to apply for that purpose without the need to bring a new claim.

3. There shall be no order as to costs.

**Service of this Order**

This Order shall be served by the Claimants



2