# Exhibit 12

# Exhibit 12



D. GREETHAM
06.19.2026
**Exhibit 234**
Vanese Killingbeck

Claim No. CL-2022-000516

CL-2022-000516

**IN THE HIGH COURT OF JUSTICE**

**BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES**

**KING'S BENCH DIVISION**

**COMMERCIAL COURT**

**Before: The Hon. Mr Justice Henshaw**

**Date: 23 October 2024**

**B E T W E E N :**

**(1) SHANE MORTON**

**(2) OWEN MORTON**

**(3) JASON MORTON**

Claimants

- and -

**(1) NEXO CAPITAL INC.**
**(2) NDS EOOD**

Defendants

_____

**ORDER**

_____

**UPON** the Court having ordered the First Defendant to reconduct part of its extended disclosure exercise (the "**Reconducted Disclosure Exercise**") as set out in the Order of Mrs Justice Cockerill dated 2 August 2024 (the "**Order**")

**AND UPON** the First Defendant having made an application on notice dated 20 September 2024 to extend the deadline for complying with the Order in respect of the Reconducted Disclosure Exercise (the "**Application**")

**IT IS ORDERED THAT**:

1.    Paragraph 1.2 of the Order is amended such that the deadline for the First Defendant to complete the Reconducted Disclosure Exercise is extended until 11 October 2024.

2.    The deadline at paragraph 5 of the Order is extended until 28 October 2024.



3.    Costs in the case.

Service of the Order

The Court has provided a sealed copy of this order to the serving party's solicitors: Eversheds Sutherland (International) LLP, Water Court, 116-118 Canal Street, Nottingham, NG1 7HF