# Exhibit 22

# Exhibit 22

 Outlook

---

## Re: Nexo customer John Cress

---

**From** Ted Normand <tnormand@rochefreedman.com>

**Date** Tue 11/30/2021 6:51 AM

**To** Bahar, Michael <michaelbahar@eversheds-sutherland.com>

**Cc** Alex Potter <apotter@rochefreedman.com>; Shelton, Ian <ianshelton@eversheds-sutherland.com>

📎 1 attachment (148 KB)

RF Supplemental Letter to Nexo re John Cress (11-29-21).pdf;

Michael –

Further to our telephone conversation, we attach a supplemental letter concerning John Cress. Tx,

Ted

---

**From:** "Bahar, Michael" <michaelbahar@eversheds-sutherland.com>
**Date:** Monday, November 8, 2021 at 11:39 AM
**To:** Ted Normand <tnormand@rochefreedman.com>
**Cc:** Alex Potter <apotter@rochefreedman.com>, "Shelton, Ian" <ianshelton@eversheds-sutherland.com>
**Subject:** Re: Nexo customer John Cress

3:30ET on Wednesday works!

Michael Bahar | Partner | +1-202-383-0882

> On Nov 8, 2021, at 4:16 PM, Ted Normand <tnormand@rochefreedman.com> wrote:
>
> How about 330 on Wed? Tx.
>
> ---
>
> **From:** "Bahar, Michael" <michaelbahar@eversheds-sutherland.com>
> **Date:** Monday, November 8, 2021 at 10:25 AM
> **To:** Ted Normand <tnormand@rochefreedman.com>
> **Cc:** Alex Potter <apotter@rochefreedman.com>, "Shelton, Ian" <ianshelton@eversheds-sutherland.com>
> **Subject:** Re: Nexo customer John Cress
>
> Good morning, Ted. I hope you had a good weekend.
>
> Would you be free to discuss on Wednesday? We can be available at your convenience.
>
> Thanks!
>
> Michael Bahar | Partner | T: +1.202.383.0882
>
> > On Nov 4, 2021, at 3:37 PM, Bahar, Michael <MichaelBahar@eversheds-sutherland.us> wrote:

    CRESS-00015182

Oh, sorry. I thought I had replied.

Yes, and thank you very much.

As always, we will treat this as an absolute priority.

Michael Bahar | Partner | +1-202-383-0882

On Nov 4, 2021, at 11:30 AM, Ted Normand <tnormand@rochefreedman.com> wrote:

I don't believe I received a response to my question below.

**From:** Ted Normand <tnormand@rochefreedman.com>
**Date:** Wednesday, November 3, 2021 at 10:26 AM
**To:** "Bahar, Michael" <michaelbahar@eversheds-sutherland.com>
**Cc:** Alex Potter <apotter@rochefreedman.com>, "Shelton, Ian" <ianshelton@eversheds-sutherland.com>
**Subject:** Re: Nexo customer John Cress

Hi Michael, we're happy to give you a few days, can we expect to hear from you mid-week?

**From:** "Bahar, Michael" <michaelbahar@eversheds-sutherland.com>
**Date:** Wednesday, November 3, 2021 at 6:06 AM
**To:** Ted Normand <tnormand@rochefreedman.com>
**Cc:** Alex Potter <apotter@rochefreedman.com>, "Shelton, Ian" <ianshelton@eversheds-sutherland.com>
**Subject:** Re: Nexo customer John Cress

Hi, Ted.

I hope all is well.

CONFIDENTIAL                                                    CRESS-00015183

As an update, our client continues to pull the facts and to assess them.

I suspect we will need a bit more time to go through it all, if that's ok.

We are also happy to jump on a call this week, if that would be helpful.

Thanks!

—Michael

Michael Bahar | Partner | +1-202-383-0882

> On Oct 27, 2021, at 7:35 AM, Ted Normand <tnormand@rochefreedman.com> wrote:
>
> Morning –
>
> No, that's an outdated response date, sorry about that. Let's say end of next week, tx.
>
> Ted
>
> ---
>
> **From:** "Bahar, Michael" <michaelbahar@eversheds-sutherland.com>
> **Date:** Wednesday, October 27, 2021 at 7:32 AM
> **To:** Ted Normand <tnormand@rochefreedman.com>
> **Cc:** Alex Potter <apotter@rochefreedman.com>, "Shelton, Ian" <ianshelton@eversheds-sutherland.com>
> **Subject:** Re: Nexo customer John Cress
>
> Thank you, Ted.

CONFIDENTIAL

CRESS-00015184

We will review and discuss with our client.

One thing: did you mean to indicate a response date of tomorrow?  As you can imagine, we would need more time to review, discuss and digest.

Thanks!

Michael Bahar | Partner | +1-202-383-0882

On Oct 27, 2021, at 12:48 AM, Ted Normand <tnormand@rochefreedman.com> wrote:

 **IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender tnormand@rochefreedman.com**

Michael –

Please see the attached letter on behalf of Nexo customer John Cress. Regards,

Ted

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the

recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

<2021.10.26 - Letter to Nexo re John Cress.pdf>

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have

CRESS-00015186

received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CRESS-00015187