# Exhibit 26

# Exhibit 26

 Outlook

---

**RE: Cress v. Nexo, Case No. 3:23-cv-00882**

---

**From** Shelton, Ian <ianshelton@eversheds-sutherland.com>

**Date** Tue 3/7/2023 9:06 AM

**To** james@taylorcopelandlaw.com <james@taylorcopelandlaw.com>; Bahar, Michael <michaelbahar@eversheds-sutherland.com>

**Cc** maxambrose@taylorcopelandlaw.com <maxambrose@taylorcopelandlaw.com>

CONFIDENTIAL

CRESS-00015188

Sounds good, talk then.  I sent a Teams invite.


Ian Shelton | Partner | T: +1.512.721.2714

---

**From:** james@taylorcopelandlaw.com <james@taylorcopelandlaw.com>
**Sent:** Tuesday, March 7, 2023 11:04 AM
**To:** Shelton, Ian <IanShelton@eversheds-sutherland.us>; Bahar, Michael
<MichaelBahar@eversheds-sutherland.us>
**Cc:** maxambrose@taylorcopelandlaw.com
**Subject:** RE: Cress v. Nexo, Case No. 3:23-cv-00882


[EXTERNAL]

Thanks. I have another call at 11, so let's do 1.

---

**From:** Shelton, Ian <ianshelton@eversheds-sutherland.com>
**Sent:** Tuesday, March 7, 2023 9:01 AM
**To:** james@taylorcopelandlaw.com; Bahar, Michael <michaelbahar@eversheds-sutherland.com>
**Cc:** maxambrose@taylorcopelandlaw.com
**Subject:** RE: Cress v. Nexo, Case No. 3:23-cv-00882

Thanks James. Let's do Monday, March 13. We could do earlier at 11a PT. Let me know if you
prefer 11a or 1p.


Ian Shelton | Partner | T: +1.512.721.2714

---

**From:** james@taylorcopelandlaw.com <james@taylorcopelandlaw.com>
**Sent:** Tuesday, March 7, 2023 10:49 AM
**To:** Shelton, Ian <IanShelton@eversheds-sutherland.us>; Bahar, Michael
<MichaelBahar@eversheds-sutherland.us>
**Cc:** maxambrose@taylorcopelandlaw.com
**Subject:** RE: Cress v. Nexo, Case No. 3:23-cv-00882


[EXTERNAL]

Thanks, Ian. I am in a deposition all day Friday, but am available at the same time Thursday or
Monday. Please let me know if either of those work for you.

---

**From:** Shelton, Ian <ianshelton@eversheds-sutherland.com>
**Sent:** Tuesday, March 7, 2023 8:47 AM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Bahar, Michael
<michaelbahar@eversheds-sutherland.com>

CONFIDENTIAL                                    CRESS-00015189

**Cc:** maxambrose@taylorcopelandlaw.com
**Subject:** RE: Cress v. Nexo, Case No. 3:23-cv-00882

Hi James,

Thanks for your patience while we got in touch with Nexo – we are still waiting to hear back on a few issues. I can confirm that our firm represents Nexo in the matter. Would you be available for a call on Friday, March 10 at 1p PT to discuss service, responsive pleading deadline, and get your perspective on the case?

Best,
Ian

Ian Shelton | Partner | T: +1.512.721.2714

---

**From:** Shelton, Ian
**Sent:** Tuesday, February 28, 2023 9:04 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Bahar, Michael <MichaelBahar@eversheds-sutherland.us>
**Cc:** maxambrose@taylorcopelandlaw.com
**Subject:** RE: Cress v. Nexo, Case No. 3:23-cv-00882

Hi James,

We will reach out to Nexo and will be in touch.

Ian Shelton | Partner | T: +1.512.721.2714

---

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Tuesday, February 28, 2023 2:51 PM
**To:** Bahar, Michael <MichaelBahar@eversheds-sutherland.us>; Shelton, Ian <IanShelton@eversheds-sutherland.us>
**Cc:** maxambrose@taylorcopelandlaw.com
**Subject:** Cress v. Nexo, Case No. 3:23-cv-00882

[EXTERNAL]

Hi Michael and Ian,
I hope you are well.  We represent John Cress in the above referenced case.  Please let us know if you are authorized to accept service on behalf of the Defendants.

Best regards

James

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and

CRESS-00015190

distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

CONFIDENTIAL                                                                    CRESS-00015191