# Exhibit B

# Exhibit B

**Monday, July 6, 2026 at 1:56:48 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | RE: 2026.7.1 JLB re RFP 33 and 6526 BM INSERT(516695210.2) |
| **Date:** | Monday, July 6, 2026 at 12:37:21 PM Pacific Daylight Time |
| **From:** | Rawlinson, Matthew |
| **To:** | James Taylor-Copeland, Max Ambrose |
| **CC:** | Shelton, Ian, Dooley, Kirsten, Harreveld, Adrienne, Zinecker, Katie, Garza, Iliana |
| **Attachments:** | image001.png |

James,

You continue to seek information to which you are not entitled. Our response is in the RFPs, which is sufficient. And our position is set forth in the JLB should you choose to move forward. Please let us know.

**Matthew Rawlinson**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Tel: +1 713 427 5000
Dir: +1 713 427 5067
matthew.rawlinson@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X | vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

**From:** James Taylor-Copeland <james@taylorcopelandlaw.com>
**Sent:** Monday, July 6, 2026 2:16 PM
**To:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Zinecker, Katie <Katie.Zinecker@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** [EXTERNAL] Re: 2026.7.1 JLB re RFP 33 and 6526 BM INSERT(516695210.2)

Hi Matthew,
Can you please describe what Nexo did to search its exchange records? Did its search include the names and account numbers of all individuals identified in NEXO-0369842? Does Nexo have exchange records from 2020? 2021? 2022?

Thanks

James

---

**From:** Rawlinson, Matthew <Matthew.Rawlinson@bakermckenzie.com>
**Date:** Monday, July 6, 2026 at 12:09 PM
**To:** James Taylor-Copeland <james@taylorcopelandlaw.com>; Max Ambrose <maxambrose@taylorcopelandlaw.com>
**Cc:** Shelton, Ian <Ian.Shelton@bakermckenzie.com>; Dooley, Kirsten <Kirsten.Dooley@bakermckenzie.com>; Harreveld, Adrienne <Adrienne.Harreveld@bakermckenzie.com>; Zinecker, Katie <Katie.Zinecker@bakermckenzie.com>; Garza, Iliana <Iliana.Garza@bakermckenzie.com>
**Subject:** 2026.7.1 JLB re RFP 33 and 6526 BM INSERT(516695210.2)

James,

Please find attached Nexo's amended RFP responses to Requests 33 and 65. We believe that should resolve the issue raised in your JLB but, to the extent you disagree, attached is our insert to the JLB. Note, we have not yet reviewed your exhibits and would like to do so to make sure they capture everything. Should you choose to move forward, please send a proposed final version for our review. Thanks.

**Matthew Rawlinson**
Partner, Litigation
Baker & McKenzie LLP
800 Capitol, Suite 2100
Houston, Texas 77002
United States
Tel: +1 713 427 5000
Dir: +1 713 427 5067
matthew.rawlinson@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | X | vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.