James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Phone: (619) 734-8770
Fax: (619) 566-4341

*Counsel for Plaintiff John Cress*

Ian S. Shelton (264863)
ianshelton@bakermckenzie.com
BAKER & MCKENZIE LLP
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

*Counsel for Defendant Nexo Capital Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN CRESS,<br><br>                Plaintiff,<br><br>        v.<br><br>NEXO CAPITAL INC.,<br><br>                Defendant. | Case No. 3:23-CV-00882-TSH<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION FOR SANCTIONS AND MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |

## JOINT STIPULATION

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 6-2, Plaintiff John Cress ("Plaintiff") and Defendant Nexo Capital Inc. ("Nexo") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree to the following modification of the briefing schedules for Plaintiff's Motion for Terminating Sanctions or, in the Alternative, Curative Sanctions Pursuant to Fed. R. Civ. P. 37(e), 37(b) ("Sanctions Motion"), and for the Parties' anticipated Motions for Summary Judgment pursuant to Fed. R. Civ. P. 56 ("SJ Motions").

WHEREAS, Plaintiff's Sanctions Motion was filed on July 6, 2026 (ECF 135). The opposition is currently due on July 20, and the reply is due on July 27. The hearing is currently scheduled for August 13, 2026 at 10:00 a.m.

WHEREAS, good cause exists to modify the briefing schedule on the Sanctions Motion because Defendant's lead counsel has an international family vacation scheduled for July 11 through 22, 2026.

WHEREAS, the Sanctions Motion is 25-pages long, attaches 48 exhibits, and will require sufficient time for Defendant to prepare its response.

WHEREAS, the SJ Motions are currently due on August 7, 2026 (ECF 109). Under the Local Rules, the oppositions are currently due on August 21, and the replies are due on August 28. *See* Local Rule 7-3. The hearing is currently scheduled for October 22, 2026 at 10:00 a.m.

WHEREAS, the parties agree that a ten-page extension of the page limits for the primary SJ briefs, a five-page extension for the SJ replies, and an extension of time on the default due dates is appropriate. Good cause exists to modify the SJ briefing schedule and page limits given the number of claims and the complexity of the issues.

WHEREAS, this is the first request for modification of the briefing schedule as to these two motions. The Parties do not believe that these modifications will disturb the schedule for the case, including the remaining deadlines set in the Court's scheduling order (ECF 109).

NOW, THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL:

1.      Defendant shall file its opposition to the Sanctions Motion by July 27, Plaintiff shall file his reply by August 3, and the hearing shall be rescheduled to August 20, 2026 at 10 a.m.

2.      The Parties shall file their oppositions to the SJ Motions by September 11 and their replies by September 30. The current SJ hearing date of October 22, 2026 at 10 a.m. will remain the same.

3.      The page limit for the Parties' opening and responsive SJ briefs shall be extended to 35 pages. The page limit for the parties' reply SJ briefs shall be extended to 20 pages.

4.      All other instructions and deadlines in the Court's prior scheduling orders (ECF 51, 109) remain in full force and effect.

Dated: July 8, 2026                    TAYLOR-COPELAND LAW

                                       By: /s/ James Taylor-Copeland

                                       Attorneys for Plaintiff

Date: July 8, 2026                     BAKER & MCKENZIE LLP

                                       By: /s/ Ian S. Shelton

                                       Attorneys for Defendant

**ATTESTATION**

Pursuant To Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Date: July 8, 2026                     BAKER & MCKENZIE LLP

                                       By: /s/ Ian S. Shelton

JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION FOR SANCTIONS AND MOTIONS FOR SUMMARY JUDGMENT

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   July 9, 2026

_____

HON. THOMAS S. HIXSON

United States Magistrate Judge

JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION FOR
SANCTIONS AND MOTIONS FOR SUMMARY JUDGMENT