UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>        Plaintiff,<br><br>        v.<br><br>NEXO CAPITAL INC.,<br><br>        Defendant. | Case No.  23-cv-00882-TSH<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 132, 133, 136 |

The parties have filed joint discovery letter briefs at ECF Nos. 132, 133 and 136.  The Court addresses them as follows.

**A.     ECF No. 132**

In ECF No. 132, Cress moves to compel concerning rog 23 and RFPs 296, 300-301, 303-310, 312-323, 325, 328-330, 333, 338-345 and 350-380.  In ECF No. 132-1, the parties include a chart that lists each of these discovery requests and then "Plaintiff's Proposed Compromise" and "Defendant's Response."  For each request[1] the Court adopts either "Plaintiff's Proposed Compromise" or "Defendant's Response" and writes "SO ORDERED" underneath the adopted proposal.  The Court will file that discovery order separately.  A major factor that guides the Court's ruling is that this joint discovery letter brief was filed five days before the close of fact discovery.  As the close of fact discovery approaches, the parties should be wrapping up any last discovery disputes, and the Court is not inclined to order broad new avenues of discovery at this stage of the case.

---

[1] For RFP 377, nothing is listed for "Defendant's Response."  However, from the surrounding RFPs, the Court can infer what the Defendant's response is.

United States District Court
Northern District of California

**B.**      **ECF No. 133**

The Court **DENIES** Cress's motion to compel.  He has not shown that the discovery he seeks is proportional to the needs of the case.  In particular this joint discovery letter brief was filed just after the close of fact discovery, when the parties are supposed to be wrapping up discovery disputes, not embarking on new discovery projects.

**C.**      **ECF No. 136**

Cress's motion to compel is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 13, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2