Docusign Envelope ID: A556ED70-393A-884F-8020-517842098D63

Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ianshelton@bakermckenzie.com
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

*Attorneys for Defendant*
Nexo Capital, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS, | Case No. 3:23-cv-00882-TSH |
| Plaintiff, | The Hon. Thomas S. Hixon |
| vs. | **DECLARATION OF AUGUSTUS GREAVES** |
| NEXO CAPITAL INC., | |
| Defendant. | |

Docusign Envelope ID: A556ED70-393A-884F-8020-517842098D63

**DECLARATION**

1.  My name is Augustus Greaves. I am more than twenty-one years old and have personal knowledge of the facts stated herein.

2.  I am a director of Nexo Capital Inc. ("Nexo"). Given my role, I am familiar with Nexo's services and products.

3.  I submit this declaration in connection with Plaintiff John Cress's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

4.  Nexo does not object to the public filing of Exhibits 1 – 3, 5 – 8, 15 – 19, 24, 27 – 34, and 38.

5.  Nexo requests the redaction of the names and email address of the Nexo customers in Exhibit 35 and 36. The Nexo customers are not a party to this litigation, and Nexo seeks to protect the private information of its customers from public disclosure. Specific prejudice or harm will result if the information is publicly disclosed because it will result in the public dissemination of private identifying information.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: July 13.00, 2026

Signed by:

*Augustus Greaves*

CF546A9791D8427...

Augustus Greaves

**PROOF OF SERVICE**

On July 13, 2026, I served true copies of the following document(s) on the interested parties in this action as follows:

2

James Taylor-Copeland
james@taylorcopelandlaw.com
Max Ambrose
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimile: 619-566-4341

**E-MAIL**. I caused to be served the above-referenced document by electronic mail.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.


DATED:  July 13, 2026

By:    */s/ Ian S. Shelton*
Ian S. Shelton

Attorneys for Defendant
Nexo Capital, Inc.

3