Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol Street, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5067
Fax: (713) 427-5099

*Attorneys for Defendant*
Nexo Capital Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS, | Case No. 3:23-cv-00882-TSH |
| Plaintiff, | The Hon. Thomas S. Hixon |
| vs. | **DECLARATION OF MATTHEW RAWLINSON** |
| NEXO CAPITAL INC., | |
| Defendant. | |

Case No. 3:23-cv-00882-TSH

DECLARATION OF MATTHEW RAWLINSON

**DECLARATION**

1.  My name is Matthew Rawlinson. I am more than twenty-one years old and have personal knowledge of the facts stated herein.

2.  I am counsel for Nexo Capital Inc. ("Nexo"). Given my role, I am familiar with Nexo's services and products.

3.  I submit this declaration in connection with Plaintiff John Cress's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

4.  Nexo does not object to the public filing of Exhibits 1-3, 5-8, 15-19, 27-34, and 38.

5.  Nexo requests the redaction of the names, email addresses, and financial account numbers of the Nexo customers in Exhibits 24, 35, and 36. The Nexo customers are not a party to this litigation, and Nexo seeks to protect the private information of its customers from public disclosure. Specific prejudice or harm will result if the information is publicly disclosed because it will result in the public dissemination of private identifying information.

6.  I am filing this separate declaration to inform the Court that the redactions appearing on Exhibit 35 at pages 1-2 were redacted for privilege as documented on Nexo's privilege log.

7.  In addition, Nexo requests the redaction of the name, email address, and financial account numbers of the Nexo customer in Exhibit 24 that was inadvertently omitted from the Declaration of Augustus Greaves, filed herewith.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: July 13, 2026

_____
Matthew C. Rawlinson

2

Case No. 3:23-cv-00882-TSH

DECLARATION OF MATTHEW RAWLINSON