# Exhibit 24

# Exhibit 24



**HERFURTNER**
RECHTSANWÄLTE

**Herfurtner Rechtsanwaltsgesellschaft mbH**
Theresienstraße 1 80333 München

**Via e-mail in advance: inf@nexo.io;**
**antoni.trenchev@nexo.io;**
**alexander.sardanov@nexo.io**
Nexo
Grafenaustrasse 15
c/o Sibla Services AG
6300 Zug
Schweiz

—

Standort Hamburg
**Wolfgang Herfurtner**
Rechtsanwalt

Standort München
**Patrick Wilson**
Rechtsanwalt
**Markus Moser**
Rechtsanwalt

Standort Frankfurt am Main
**Arthur Wilms**
Rechtsanwalt

08.08.2022
Unser Zeichen: 140/22 MM01 MM
D42/98-22

Dear Sir or Madam,
dear Antoni,
dear Alexander,

we are a law firm, based in Hamburg, Frankfurt, Grünwald and Munich, Germany, with profound experience in banking and capital markets law, especially cryptocurrency. We are addressing you on behalf of our client, ███████████████ You can find our power of attorney attached as **Annex 1**.

██████████ is a customer of your company in order to be able to participate into the NEXO business and in order to take out EUR loans backed against the crypto assets ██████████ purchased and stored on the NEXO platform.

Our client has instructed us to enforce civil law claims.

### I.    Facts

██████████ opened an account and a wallet at your platform back in March 27th, 2020.

On August 17th, 2021, Mr Hristiyan Hristov (Relationship Manager) contacted our client and informed her about your exclusive VIP Relationship Management Program.

**Herfurtner Rechtsanwaltsgesellschaft mbH**

| Kanzleisitz | Zweigstelle | Zweigstelle | Zweigstelle |
|---|---|---|---|
| Alter Wall 32 | Theresienstraße 1 | Taunustor 1 | Nördliche Münchner Straße 47 |
| 20457 Hamburg | 80333 München | 60310 Frankfurt am Main | 82031 Grünwald |
| Tel. +49 (0)40 - 228 597 960 | Tel. +49 (0)89 - 215 462 180 | Tel. +49 (0)69 – 348 689 81 | Tel. +49 (0)89 - 215 462 180 |
| Fax. +49 (0)40 – 228 597 961 | Fax. +49 (0)89 - 215 462 181 | Fax. +49 (0)69 – 348 689 84 | Fax. +49 (0)89 - 215 462 181 |

info@kanzlei-herfurtner.de, www.kanzlei-herfurtner.de, Geschäftsführer: Wolfgang Herfurtner, Gesellschafter: Wolfgang Herfurtner
Registergericht: Amtsgericht Hamburg, HRB 144816, USt-Id.-Nr. DE 310 060 437

**Evidence:**      e-mail from Mr Hristiyan Hristov from August 17th, 2021 as **Annex 2**

When our client expressed interest in the programme on the same day, she received a brochure, called „Portfolio Booster".

**Evidence:**      Brochure „Portfolio Booster" as **Annex 3**


Through the programme, the customer can receive cryptocurrency as a zero cost loan. In return, a certain minimum hedge must be provided in the form of the customer's own cryptocurrency.

On August 23rd, 2021 our client had a call with Mr Hristov. He again explained the programme's principle and various investment options to our client in relation to the existing value of our client's wallet.

**Evidence:**      several e-mails between our client and Mr Hristov as **Annex 4**


In the next few months our client and Mr Hristov, later on with a certain Mr Borislav Vatkov (the then new Relationship Manager), wrote several e-mails and had several calls in order to work out which coins should be acquired through the programme.

**Evidence:**      several e-mails between our client and Mr Hristov as **Annex 5**


Our client decided to purchase the following assets, which were confirmed by Mr Hristov on September 13th, 2021:

| | | |
|---|---|---|
| **ETH** | **28.06** | **USD 3,202.51** |
| **LINK** | **1,823.07** | **USD 26.13** |
| **DOT** | **1,197.6** | **USD 33.54** |
| **NEXO** | **46,357.61589** | **USD 1.51** |


Accordingly, the following values in dollars have been transferred to ▓▓▓▓▓▓▓ Nexo portfolio on September 13, 2021

| | |
|---|---|
| **ETH** | **USD 89,928.66** |
| **LINK** | **USD 50,674.33** |
| **DOT** | **USD 42,269.22** |
| **NEXO** | **USD 68,909.94** |

This amounts to a total of USD 251,782.15

However a "loan withdrawal" of USD 260,278.21 was added to ▓▓▓▓▓▓▓ outstanding loan.

Thus, a transaction fee in total of USD 8,496.06 was charged.

**Evidence:**      confirmation e-mail from Mr Hristov from September 13th, 2021 as **Annex 5**

CONFIDENTIAL                                                                 NEXO-0137560

screenshot wallet as **Annex 6**

Starting from September 17th, 2021, even further plans and a second „boost" of ███████████ account were discussed with Mr Vatkov.

███████████ bought – on advice of Mr Vatkov – solely Nexo Tokens worth USD 250,000 on November 29th, 2021, in order to have less transactions fees. She was told that she would have to pay less fees if she would own a certain amount of Nexo Tokens.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NXTQpJ9YTDRpF | TransferOut | NEXO | -9.694.100.000.000 | $250107.973882 | approved / Transfer from Savings Wallet to Credit Line Wallet | $258590.32 | 29.11.2021 15:17 |
| NXT4Sr40kwuLh | Deposit | NEXO | 9.694.100.000.000 | $250177.771402 | approved / OTC | | $258590.32 | 29.11.2021 15:17 |

By January 21st, 2022, our client had the following coins:

| | |
|---|---|
| **BTC:** | **5.68** |
| **ETH:** | **7.78584510** |
| **NEXO:** | **147,711.00091237** |
| **XRP:** | **487.6654505** |
| **LTC:** | **24.25719848** |
| **LINK:** | **2,529.26378914** |
| **DOT:** | **1,197.6** |

All together the coins were worth USD 642,917.36 on January 21st, 2022. The outstanding loan amounted to USD 515.428,95. This means that the Loan-to-Value (LTV) was at 80.17%.

**Evidence:**       several screenshots from January 21st and 24th, 2022 as **Annex 7**

On January 24th, 2022, our client received 3 Margin Calls. Namely she received a Margin Call at 05:24 a.m., telling her that her LTV had increased to 76.92%, at 07:52 a.m., telling her that her LTV had increased to 74.07% and a last warning.

**Evidence:**       e-mails from January 24th, 2022 as **Annex 8**

When our client opened her account on this morning, she saw that her account went from approx. USD 680,000 to USD 90,000 in the last few days. She immediately contacted Mr Vatkov and told her about the automatic transactions, which were carried out by you.

In 16 transactions, spread over a period of 4 days, coins were sold in the total amount of USD 471,134.36.

Namely, the following transactions were carried out automatically:

CONFIDENTIAL                                                                                                 NEXO-0137561

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Transaction | Type | Currency | Amount | USD Equivalent | Details | Outstanding | Date / Time |
| 46 | NXTU2Hw0h | ForcedRepay | USD | 1.394.279.268.182 | $13942.79 | approved / C | $44359.79 | 24.01.22 13:18 |
| 48 | NXTIbsMwO | ForcedRepay | USD | 1.702.664.663.452 | $17026.64 | approved / C | $58302.58 | 24.01.22 12:02 |
| 54 | NXTFauicZFy | ForcedRepay | USD | 2.638.335.858.201 | $26383.35 | approved / C | $75300.36 | 22.01.22 11:18 |
| 56 | NXT1DuGFs2 | ForcedRepay | USD | 3.012.097.138.247 | $30120.97 | approved / C | $101683.72 | 22.01.22 08:57 |
| 58 | NXTJZdBVJZ( | ForcedRepay | USD | 4.241.294.003.565 | $42412.94 | approved / C | $131804.69 | 22.01.22 07:01 |
| 62 | NXTAx3iyzVl | ForcedRepay | USD | 5.096.298.646.155 | $50962.98 | approved / C | $174184.24 | 21.01.22 23:51 |
| 64 | NXTajZtlhGN | ForcedRepay | USD | 0.01237542 | $0.012 | approved / C | $225147.23 | 21.01.22 23:48 |
| 66 | NXTgrBf7j8B | ForcedRepay | USD | 1.889.597.405.104 | $18895.97 | approved / C | $225147.24 | 21.01.22 23:47 |
| 68 | NXT25LJFOO | ForcedRepay | USD | 0.00000320 | $3.20 | approved / C | $244043.21 | 21.01.22 23:19 |
| 70 | NXTOyn8lCxh | ForcedRepay | USD | 29.615.678.960 | $296.15 | approved / C | $244043.21 | 21.01.22 23:13 |
| 72 | NXTlj7XfqBlc | ForcedRepay | USD | 2.294.558.468.898 | $22945.58 | approved / C | $244339.37 | 21.01.22 23:12 |
| 74 | NXTwTeXzVl | ForcedRepay | USD | 266.165.129.199 | $2661.65 | approved / C | $267284.95 | 21.01.22 23:10 |
| 76 | NXTbiBgM5r | ForcedRepay | USD | 0.00015737 | $0.00 | approved / C | $269946.60 | 21.01.22 22:54 |
| 78 | NXTYdqQk67 | ForcedRepay | USD | 4.185.810.626.850 | $41858.10 | approved / C | $269946.60 | 21.01.22 22:53 |
| 80 | NXTpM2mIO | ForcedRepay | USD | 8.193.775.723.361 | $81937.75 | approved / C | $311804.71 | 21.01.22 22:36 |
| 83 | NXTKXLVvftt | ForcedRepay | USD | 12.168.648.286.518 | $121686.48 | approved / C | $393742.47 | 21.01.22 04:37 |

Mr Vatkov told our client that our client's account had been liquidated due to the high market volatility. The "Nexo oracle" – which Mr Vatkov suggest ▮▮▮▮▮▮▮▮▮ activated in the Nexo App – had automatically liquidated assets, when the percentage of the LTV reached the mark of 83.3%, which is the maximum amount of the LTV.

Our client informed Mr Vatkov that she had disabled the automatic collateral transfer on January 20th, 2022, and send him a screenshot of her settings. This was suggested by Mr Vatkov himself by e-mail date on December 14th, 2021, in order to protect our client's crypto assets from automatic repayments.

In addition, ▮▮▮▮▮▮▮▮ did not receive any information about the automatic liquiditation. Our client thought that disabling this option means that there would be no possiblity of an automatic liquidation.

**Evidence:**    e-mail from Mr Vatkov from December 14th, 2021, as **Annex 9**
e-mails between our client and Mr Vatkov from January 24th, 2022 as **Annex 10**

Rather our client received daily e-mails that proofed that her LTV was always under the mark of 83.33%.

**Evidence:**    daily e-mails as **Annex 11**

▮▮▮▮▮▮▮▮ also contacted Nexo's CEO, Mr Antoni Trenchev several times via e-mail and on his LinkedIn channel, on January 24th, 2022 and again on February 15th, 2022, informing him about our her current situation and experience with Nexo. Both e-mails remained unanswered, even though ▮▮▮▮▮▮▮▮ had informed Mr Trenchev that our client stands in contact with the German Financial Supervisory Authority BaFin.

In the following weeks Mr Vatkov tried to persuade ▮▮▮▮▮▮▮▮ to pay in more money in order to be able to negate the losses that had been made. She should pay in another USD 30,000, so her Collateral value would be worth around USD 108,000. If our client's value would be higher, he could also raise the outstanding overdraft, so ▮▮▮▮▮▮▮▮ would be able to get higher profits in the

CONFIDENTIAL                                                                      NEXO-0137562

same time. He also tried to push the LTV in order to maximize the profits, which would also lead to a higher financial risk for our client of course. Even though Mr Vatkov knew that our client had just almost lost all of her savings in a very short amount of time due investing into the booster system, he again recommended her to even pay in further money.

**Evidence:**    e-mails between our client and Mr Vatkov from February, 2022 as **Annex 12**

## II.  Legal assessment

From a legal point of view, the following must be stated:

### 1. Applicable law is German law

According to Art. 6 para. 1 of the REGULATION (EC) No 593/2008 OF THE EUROPEAN PARLIAMENT AND OF THE COUNCIL of June 17, 2008 on the law applicable to contractual obligations **(Rome I)** the law applicable to a consumer contract is the law of the country in which the consumer has his habitual residence, provided that the professional:

> (a) pursues his commercial or professional activities in the country where the consumer has his habitual residence, or
> (b) by any means, directs such activities to that country or to several countries including that country,

and the contract falls within the scope of such activities.

The professional directs his activity when he expresses that he is ready to conclude contracts with consumers in the respective country. How this activity is aligned is also widely understood. It is sufficient that it is done **"by any means"**. A specific type of activity is not required.

The European Court of Justice (ECJ) requires for the fact that the activity of the professional is "directed" towards the state of the consumer the existence of indications such as the mention of international customers, the use of neutral top-level domains such as ".**com", ".eu" and ".io"** and the choice of language. Furthermore, the website must call for a direct conclusion of a contract via the Internet and such a contract must actually be concluded.

These requirements are all met by Nexo.

If one opens the website https://nexo.**io/**, it appears immediately. Furthermore, potential customers are offered the opportunity to **conclude the contract** from Germany directly on the website and start trading with crypto currency or your loan programme. Furthermore, neither in your disclaim nor in your General Terms and Conditions, you prohibit citizens or residents from Germany to participate.

According to Art. 6  para. 1 Rome I, German law is therefore applicable to the contract in dispute between you and ███████████.

Seiten 5 von 10

CONFIDENTIAL                                                                    NEXO-0137563

## 2. Claims

Our client has various claims against you.

### a) §§ 280 para. 1, 252 BGB in connection with your General Terms and Conditions

aa) Our client opened an account and wallet with you on March 27th, 2020 and accepted your General Terms and Conditions. A contractual relationship between you and ██████████ should be indisputable.

bb) There are various breaches of duty on your part.

(a) According to VI. of your General Terms and Conditions as well as your explanations in the Nexo Help Centre under "Repayments", a customer receives 3 Margin Calls when the LTV ratio threatens to reach the 83.3% mark. Specifically, the client receives a Margin Call at 71.4%, 74.1% and 76.9% LTV to warn of any impending automatic sales by your platform.

Our client received three Margin Calls on February 24th, 2022. In particular, it is questionable in which order the e-mails were sent to our client. At 7:52 a.m., our client received a warning that the LTV had risen to over 74.07%. However, earlier on at 5:42 a.m., our client received the message that the LTV had risen to over 76.92%. The sequence of the messages is thus completely incorrect and not only could not unfold its protective effect, but additionally confused our client. ██████████ assumed that the LTV had fallen again, so that no further deposits were necessary.

However, regardless of the incorrect order of the emails received, the first sale took place on at 4:37 a.m. The first automatic sale thus took place **before** the first margin call was sent and received. Our client was thus not able to react at all in time and inject further liquidity to prevent the LTV from increasing. The margin calls came way too late.

In addition, the calculation of the LTV is formulated in an extremely non-transparent manner. Furthermore, it is also not communicated what minimum sum must be paid in to achieve what you consider to be a healthy LTV. In the sense of a consumer, the requirements of an understandable margin call are thus not met.

(b) In addtion, no coins had to be sold.

In VI. 2. of your General Terms and Conditions it states:

"If the LTV increases above the maximum permitted threshold, as indicated on the Nexo Platform, Nexo shall liquidate the necessary amount of Collateral to rebalance your Nexo Crypto Credit, after having devoted significant efforts to notify you thereof in advance, if and to the extent possible under the prevailing market conditions."

As already mentioned under I. our client's LTV was at 80.17%. It never reached the mark of 83.33%. By selling our client's coins, you breached your own General Terms and Conditions.

Seiten 6 von 10

CONFIDENTIAL

NEXO-0137564

(c) Only in the alternative do we point out that, assuming that the maximum LTV was exceeded after all, which, however, we again expressly deny, far too many coins were sold.

All that was required was to sale coins in order to reach the LTV of 76.9%, in alternative 74.1%, in alternative 71.4%, to reach the „safe zone". The automatical sale of the coins led to a LTV of approx. 7% (!). Therefore the sale was not necessary pursuant to IV. 2. of the General Terms and Conditions and should not have taken place accordingly. By selling too many of our client's coins, you breached your own General Terms and Conditions.

This also corresponds to your example at https://support.nexo.io/hc/en-us/articles/360008115854-Are-there-margin-calls-will-I-be-notified-beforehand-and-how-much-time-I-will-have-to-respond-. There, the screenshot states that "**small partial** loan repayments" are automatically initiated when the LTV rises above the 83.3% limit. Again, the words "small partial" should be emphasised.

The disposals automatically initiated by you concern a sum of USD 471,134.55. This corresponds to anything but a "small partial" in comparison to the amount of the total volume at that time.

(d) It is all the more surprising that not only were 16 transactions carried out automatically, but that they were also carried out over a period of 4 days. According to the overview the first sell took place on January 21st, 2022 at 4:37 a.m. The second sell took place on January 21st, 2022 at 10:36 p.m, more than 13 hours (!) later.

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Transaction | Type | Currency | Amount | USD Equivalent | Details | Outstanding | Date / Time |
| 46 | NXTU2Hw0h | ForcedRepay | USD | 1.394.279.268.182 | $13942.79 | approved / C | $44359.79 | 24.01.22 13:18 |
| 48 | NXTlbsMwO | ForcedRepay | USD | 1.702.664.663.452 | $17026.64 | approved / C | $58302.58 | 24.01.22 12:02 |
| 54 | NXTFauicZFy | ForcedRepay | USD | 2.638.335.858.201 | $26383.35 | approved / C | $75300.36 | 22.01.22 11:18 |
| 56 | NXT1DuGFs2 | ForcedRepay | USD | 3.012.097.138.247 | $30120.97 | approved / C | $101683.72 | 22.01.22 08:57 |
| 58 | NXTJZdBVJZ( | ForcedRepay | USD | 4.241.294.003.565 | $42412.94 | approved / C | $131804.69 | 22.01.22 07:01 |
| 62 | NXTAx3iyzVL | ForcedRepay | USD | 5.096.298.646.155 | $50962.98 | approved / C | $174184.24 | 21.01.22 23:51 |
| 64 | NXTajZtlhGN | ForcedRepay | USD | 0.01237542 | $0.012 | approved / C | $225147.23 | 21.01.22 23:48 |
| 66 | NXTgrBf7j8B | ForcedRepay | USD | 1.889.597.405.104 | $18895.97 | approved / C | $225147.24 | 21.01.22 23:47 |
| 68 | NXT25LJFOO | ForcedRepay | USD | 0.00000320 | $3.20 | approved / C | $244043.21 | 21.01.22 23:19 |
| 70 | NXTOyn8ICxl | ForcedRepay | USD | 29.615.678.960 | $296.15 | approved / C | $244043.21 | 21.01.22 23:13 |
| 72 | NXTlj7XfqBlc | ForcedRepay | USD | 2.294.558.468.898 | $22945.58 | approved / C | $244339.37 | 21.01.22 23:12 |
| 74 | NXTwTeXzVl | ForcedRepay | USD | 266.165.129.199 | $2661.65 | approved / C | $267284.95 | 21.01.22 23:10 |
| 76 | NXTbiBgM5r | ForcedRepay | USD | 0.00015737 | $0.00 | approved / C | $269946.60 | 21.01.22 22:54 |
| 78 | NXTYdqQk67 | ForcedRepay | USD | 4.185.810.626.850 | $41858.10 | approved / C | $269946.60 | 21.01.22 22:53 |
| 80 | NXTpM2mlO | ForcedRepay | USD | 8.193.775.723.361 | $81937.75 | approved / C | $311804.71 | 21.01.22 22:36 |
| 83 | NXTKXLVvftt | ForcedRepay | USD | 12.168.648.286.518 | $121686.48 | approved / C | $393742.47 | 21.01.22 04:37 |

At the very beginning coins worth USD 121,686.48 had been sold. Assuming that the maximum LTV was exceeded after all, which, however, we again expressly deny, this was already way too much in order to reach a „healthy LTV". No other coins should have been sold afterwards. In particular, no 13 further sales were necessary.

This is especially true against the background that the further sales took place only with a considerable time lag, even after several days. The pretext you put forward of protecting your client cannot be achieved by such a time-delayed decrease of the LTV. The measure was neither necessary nor appropriate.

CONFIDENTIAL                                                      NEXO-0137565

cc) The fault of the breach of duty is presumed by law according to § 280 para. 1 s. 2 BGB.

dd) Namely our client misses:

| | |
|---|---|
| **BTC:** | **5.68** |
| **ETH:** | **7.78584510** |
| **NEXO:** | **147,711.00091237** |
| **XRP:** | **487.6654505** |
| **LTC:** | **24.25719848** |
| **LINK:** | **2,529.26378914** |
| **DOT:** | **1,197.6** |

To date our client has suffered a damage amounting to a total of USD 642,917.36 .
It must be stated that within a period of 9 months (13.09.2021 – 13.06.2022, date of last & final liquidation) of using your questionable financial products the value of ▮▮▮▮▮▮▮▮▮'s portfolio went down from 100% to 0%.


b) § 812 para. 1 s. 1 alt. 1 BGB

Our client is also entitled to a claim under enrichment law from § 812 para. 1 s. 1 alt. 1 BGB.

You have received our client's coins as collateral for your loan without legal grounds. However, you should never have offered any loan to our client.

Pursuant to § 32 para. 1, 1st half-sentence of the German Banking Act (KWG), you need written permission from the German supervisory authority (BaFin), which you do not have.

Section 32 para. 1, 1st half-sentence KWG states:

„Anyone wishing to conduct banking business or provide financial services in Germany on a commercial basis or to an extent that requires a business operation set up in a commercial manner shall require written permission from the supervisory authority;"

The granting of loans and acceptance credits (credit business) fall under the term "banking business" according to § 1 para. 1 s. 2 no. 2 KWG.

The central tasks of the Federal Financial Supervisory Authority (BaFin) include the ongoing supervision of domestic credit institutions and financial services institutions within the meaning of the German Banking Act (KWG), electronic money institutions and payment institutions within the meaning of the German Payment Services Supervision Act (ZAG), Capital management companies within the meaning of the Investment Code (KAGB) and insurance undertakings within the meaning of the Insurance Supervision Act (VAG). This is subject to the condition that they also conduct the relevant business in Germany.

In accordance with the relevant supervisory laws (KWG, ZAG, KAGB or VAG), the relevant business may only be conducted in Germany with the permission of BaFin. For conducting the relevant supervisory laws, it is sufficient for the operator to address the German market in a targeted manner in order to conduct business with companies and/or persons who have their registered office or

CONFIDENTIAL

NEXO-0137566

habitual place of and/or persons who have their registered office or habitual residence in Germany. The maintenance of a place of business, a branch office or other physical presence or habitual residence in Germany of the operator or its employees is no longer relevant.

Since you offered our client a loan on a commercial basis, you need a corresponding licence from BaFin. According to your website you do not have the licence needed (https://nexo.io/licenses-and-registrations),. Accordingly, you should never have offered our client a loan.

c) Transaction fees

Also, https://support.nexo.io/hc/en-us?_gl=1*1auwykk*_ga*MTY2MDQzMjY4NS4xNjM0Njk5MDE5*_ga_9PLS786W8X*MTY0NjA0NDgyN S43NC4wLjE2NDYwNDQ4MjUuNjA. advertises "no minimum repayments, no hidden fees". This contradicts the experience of our client.

You have charged a fee of USD 6,072.20 for the automatic transactions, which stands in contrast to your advertisement.

You have also charged USD 8,469.06 for the first portfolio booster on September 13, 2021.

The transaction fees are in total USD 14,541.26

d) Requests

**On behalf of our client we hereby request**
   1. **compensation plus lost profit in the amount of USD 642,917.36**
   2. **compensation for entire transaction fees of USD 14,541.26**
   3. **compensation for my attorney's fees of EUR 7,038.85**

This amounts to a total of USD 657,458.62 and EUR 7,038.85.

For a lump sum of USD 40,000, our client also agrees to sign a confidentiality agreement and not to disclose the incident to third parties.

We have set ourselves a **deadline for your reply by no later than**

**August 29th, 2022**.

e) Other

We would like to point out that our client already contacted the German Financial Supervisory Authority (BaFin). If we do not hear back from you within the period we have set, we will file a complaint with the BaFin. They would establish your missing licence and publish a public warning against you and the missing authorisations.

CONFIDENTIAL                                                                                    NEXO-0137567

In addition, we would also inform BaFin about the procedure you offer at https://nexo.io/affiliate. We are firmly convinced that your offer is an unauthorised pyramid scheme, i.e. a punishable advertisement within the meaning of Section 16 (2) UWG. Due to our specialisation in banking and capital market law, we have already successfully cooperated with BaFin countless times in the past. We strongly assume that BaFin will share our opinion in this matter as well and will issue corresponding prohibitions regarding your business practices.

In addition, ██████████ has over 6,800 Followers on LinkedIn, who are mainly into the crypto scene. She will not hesitate to write about your practices should you fail to pay our client's money back within the time limit we set.

If necessary, we will even file a criminal complaint with the German prosecution authorities. Criminal investigations against your employees would be the consequence.

The reputation of your company would be destroyed, the financial consequences immense.

We assume that this is not in your interest. Rather, a quick amicable solution should also be in your interest.

Finally, we would like to clearly emphasise that our client is determined to enforce her claims. Should the deadline set by us expire without result, we will implement the aforementioned steps. Of course, we reserve the right to assert the claims in court.

f) bank account data

Our client's bank account data reads as follow:

Recipient: ██████████████
Banking institution: N26 Bank GmbH
IBAN: █████████████ 65 88
Swift Code: ████████ 1XXX

We look forward to hearing from you.

Markus Moser
Lawyer

Seiten 10 von 10

NEXO-0137568

# Power of attorney

Herfurtner Rechtsanwaltsgesellschaft mbH
Alter Wall 32
20457 Hamburg

| Deliveries are only requested to the authorised representative(s)! |

**Branch office**
Theresienstraße 1
80333 Munich

**Branch office**
Taunustor 1
60310 Frankfurt on the Main

**Branch office**
Nördliche Münchner Straße 47
82031 Grünwald

In the matter

████████ /. Nexo

provided by ███████████████████████

is hereby given power of attorney in the following cases

1. to conduct a lawsuit (among others according to §§ 81 ff. ZPO - Code of Civil Procedure), including the authority to put forward and to withdraw counter claims;

2. to file for applications in divorce cases and ancillary matters, to conclude agreements on ancillary matters, as well as to file applications for the issuing of pension and other maintenance information;

3. to represent and defend in criminal matters and administrative fine matters (§§ 302, 374 StPO - Code of Criminal Procedure), including the preliminary proceedings, as well as (in the case of absence) to represent according to § 411 II StPO, with the explicit authorisation also according to §§ 233 I, 234 StPO, to make applications for criminal procedure and other applications permitted by the code of criminal procedure and applications according to the law on the compensation for criminal prosecution measures, especially also for the amount/cash proceedings;

4. to represent in other proceedings and in all kinds of cases of extrajudicial negotiations (especially in accident matters to assert claims against the authors of the damage, vehicle owners and their insurers);

5. to state grounds for and to annul contractual relationships and to submit and receive unilateral declarations of intent (e.g. resignations).

The power of attorney is valid for all instances and also covers all kinds of ancillary and consequential proceedings (e.g. writ of attachment and temporary injunction, proceedings of fixing costs, execution proceedings, intervention proceedings, compulsory sale procedures, receivership proceedings and depositing proceedings, as well as bankruptcy and composition proceedings regarding the assets of the adversary). It especially includes the authorisation to effect and receive deliveries, to assign the power of attorney completely or partially to others (substitute power of attorney), to file, withdraw or to waive appeals, to terminate the legal dispute or extra-judicial negotiations through settlements, waivers or acknowledgements, to receive money, valuables and deeds, especially the subject matter of the action and the amounts to be reimbursed by the adversary, the judicial or other authorities, as well as to inspect the files..



████████ 20. 04. 2022
_____
(Place, Date)

1

CONFIDENTIAL

Hello ███████

I hope you are having a great summer.

My name is Hristiyan and I am part of the Relationship Management Team at Nexo. I would like to use this occasion to present to you our exclusive OTC desk service offering. The services available to you, as part of our exclusive VIP Relationship Management Program are:

- **Portfolio booster** - allows you to leverage your portfolio in accordance with your risk appetite, in order to acquire additional crypto. We have a Nexonian that started using it last year and grew his total assets from $500k to $100m in less than 18 months.
- **TWAP algorithmic execution** - this is a trade execution strategy that improves the result of a trade. MicroStrategy used it to save $4.25m on their first $425m purchase in the summer of 2020.
- **OTC purchases of Nexo Token** - we can facilitate trades of $100,000 or more.
- **Zero Cost Loan** - a structured product that gives you full control over the risk management parameters of a loan.

If you are planning to expand your crypto portfolio during this accumulation period we are going through, I will be happy to present you with additional materials regarding any of the services listed above.

Thank you and I look forward to hearing from you.

Best regards,

**Hristiyan Hristov**
Relationship Manager
+44 1618 188979

 nexo

Banking on Crypto
nexo.io

CONFIDENTIAL                                                                                 NEXO-0137570





# Portfolio Booster



CONFIDENTIAL

NEXO-0137571




# Portfolio Booster

The Portfolio Booster is a complete solution for acquiring crypto on credit. It is an OTC service that combines financing with execution, thus providing Nexo customers with a hands-off experience for leveraging their crypto portfolio.

It's best to visualize the Portfolio Booster with an example.

## Here is how it works:

A Nexonian keeps in their Nexo wallet a portfolio of 5 BTC and 10 ETH. At the moment the Nexonian has no outstanding credit. For the purpose of this example, let's assume the BTC trades at $50,000 and ETH trades at $3,000. See their account balance below:

| Starting Account Balance | |
| --- | --- |
| Outstanding loan | $0 |
| Collateral value | $280,000 |
| Loan-to-value | 0% |

The Nexonian feels good about the market and this optimism manifests in their desire to acquire additional BTC. Knowing that Nexo offers the Portfolio Booster service, they reach out to their account manager, instructing him to add 10 BTC to their portfolio.

Once the instructions are received, Nexo's OTC team will purchase 10 BTC on behalf of the Nexo customer, from the open market, deposit the assets as collateral in the customer's Nexo account and credit the expenses for the execution, net of third party commissions and program fees, as an outstanding loan balance.

| Portfolio Booster Details | |
| --- | --- |
| BTC acquired | 10 |
| BTC spot price | $50,000 |
| BTC market value | $500,000 |

1

NEXO-0137572

Once the Portfolio Booster is executed, the operations will be settled manually in the customer's account by the Nexo OTC team. Here is how the Nexonian's account balance will change post settlement.

### Account Balance Post Settlement

| | |
|---|---|
| Outstanding loan | $500,000 |
| Collateral value | $780,000 |
| Loan-to-value | 65% |

In this scenario, the Nexonian now holds 15 BTC and 10 ETH, all sitting in their credit wallet as collateral to sustain the Loan-to-value ratio of the account. Once the market starts moving upwards and the BTC spot price appreciates beyond $50,000, the Nexonian can use part of the newly acquired 10 BTC to repay the liability. Let's assume BTC appreciates to $60,000. At this level, to cover a liability of $500,000 the Nexonian can use 8.3 BTC as repayment. The unused 1.7 BTC remain with the customer as profit from the operation.

The Portfolio Booster is possible for any configuration of a customer's Nexo account, regardless if the Nexonian has an outstanding loan or not, provided the customer's LTV does not exceed the critical 83.3% threshold of the Nexo Platform after the execution of the envisaged operations. Here is an example with a customer who has 5 BTC and 10 ETH as collateral and an outstanding loan of $50,000.

### Starting Account Balance

| | |
|---|---|
| Outstanding loan | $50,000 |
| Collateral value | $280,00 |
| Loan-to-value | 18% |



2

NEXO-0137573



Once again, the Nexonian instructs their account manager to add 10 BTC to their portfolio.

**Portfolio Booster Details**

| | |
|---|---|
| BTC acquired | 10 |
| BTC spot price | $50,000 |
| BTC market value | $500,000 |

As with the previous example, the operations will be settled manually in the customer's Nexo account, producing the following final balance.

**Account Balance Post Settlement**

| | |
|---|---|
| Outstanding loan | $550,000 |
| Collateral value | $780,000 |
| Loan-to-value | 70.5% |

The Nexonian now holds 15 BTC and 10 ETH, all sitting in their credit wallet as collateral to sustain the Loan-to-value ratio of their Nexo account. Once the market moves higher and the price of BTC appreciates, the Nexonian can use part of the newly acquired BTC to repay their liability.



# Case study

A Nexonian started using the service in March 2020 (his identity will remain anonymised for security purposes). At the time, he had $500,000 worth of assets in his account which he chose to leverage to 70% LTV. As the prices of his assets started to go up, this started a cycle of releveraging his position. Using the Portfolio Booster 14 times, he managed to increase his total assets to ~$100,000,000 as of July, 2021. At that time, his net position(total assets minus total liabilities) with Nexo was ~$53,000,000.

CONFIDENTIAL                                                                    NEXO-0137574

# Risks and considerations

As with any leveraged operation, there are risks associated with the Portfolio Booster. For a Nexonian to make an educated decision regarding the operation, he or she needs to have a thorough understanding of how the Loan-to-value ratio and price based margin calls and liquidations work. More details can be found in the **Nexo Help Center**. Please be advised that the Portfolio Booster is governed by the standard Nexo **Borrow Terms** and we require your explicit consent to these terms prior to Nexo executing any Portfolio Booster transaction.

4

CONFIDENTIAL                                                                                   NEXO-0137575



nexo.io

CONFIDENTIAL

NEXO-0137576

**Von:** **Hristiyan Hristov** hristiyan@nexo.io
**Betreff:** Re: Begin VIP Program (open questions)
**Datum:** 6. September 2021 um 13:52
**An:** ████████████████████████
**Kopie:** Tilman Walch tilman@milia.io

HH

Sounds good, talk to you then.

On Mon, Sep 6, 2021 at 1:30 PM ██████████████████████████████ wrote:
Hi Hristiyan,

thank you for your Email. I have indeed some follow-up questions which I am happy to discuss with you on wednesday. I allowed myself to add my financial advisor, Tilman Walch, to our e-meet.

Looking forward.

Best,
████████

Am 06.09.2021 um 12:07 schrieb Hristiyan Hristov <hristiyan@nexo.io>:

Hello ████████,

I can offer you a 30% discount on the Portfolio Booster execution cost ( down to 4%) if you purchase NEXO Tokens to get you to the Platinum level ( ~$90,000 worth of NEXO). This way you will decrease your interest rate on the loan by 50%.

Given your current account balance, we can purchase $420,000 worth of assets. This will result in a $436,8000 added to your outstanding loan balance and ~69% TLV.

Looking forward to hearing from you.

On Wed, Sep 1, 2021 at 6:17 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:
Hello ████████

I see that you booked a call for Friday morning.

Let me know if you need more urgent assistance.

Looking forward to speaking with you.

On Tue, Aug 31, 2021 at 6:41 PM ██████████████████████████ wrote:
H, are you available for a short call tmrw morning so we can finalise the details?

Thanks.

Best,
██

Am 31.08.2021 um 12:51 schrieb ██████████████████████

Hi Hristiyan,

I am currently waiting for the course to crash.

I dont understand the following: if we purchase  $300,000 worth of assets why does this result in a ~$318,000 added to my outstanding loan balance?

Also this doesn't make so much sense:

1. We can purchase $200,000 worth of assets, which will result in a ~$212,000 added to your outstanding loan balance and ~60% LTV.
2. We can purchase $350,000 worth of assets, which will result in a ~$350,000 added to your outstanding loan balance and ~70% LTV.

Could you please explain?

Thanks.

Best,
████████

CONFIDENTIAL

NEXO-0137577

Am 31.08.2021 um 10:05 schrieb Hristiyan Hristov <hristiyan@nexo.io>:

Hello ███████

I hope you had a great weekend.  Let me provide you with an updated Portfolio Booster quote below:

Given your current account balance, we can purchase up to $300,000 worth of assets. This will result in a ~$318,000 added to your outstanding loan balance and ~70% LTV.

Please let me know if you wish to proceed forward with an execution and what assets are to be purchased.

By confirming you would like to proceed with the portfolio booster purchase, under the detailed terms laid out above, you hereby acknowledge that you have read and that you agree with the Nexo Crypto Credit General Terms and Conditions.

Thank you.

On Wed, Aug 25, 2021 at 2:28 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello ███████

Your current available credit line is only ~$22,000, so there will be no available credit line left if we execute one of the PB scenarios. That being said, you will have an available credit line once your assets appreciate in value.

The client mentioned in the Portfolio Booster case study purchased mainly NEXO, BTC and ETH. Keep in mind that the minimum amount that can be purchased through the portfolio booster is $50k per asset.

Let me know if you want to proceed forward and what assets are to be purchased.

Thank you.

On Wed, Aug 25, 2021 at 11:50 AM ████████████████████████████ wrote:

Dear Hristiyan,

thank you for taking the time on monday - excited to be working with you!

I have two more questions for the Portfolio booster:

1. How much available credit will there be left if I go full max. **$350,000 worth of assets**? I need to know this since I am using the borrow / withdraw option to pay my living costs from this and I would like to have a portion open for the next few months.
2. Also, I would like to split the $350,000 worth of assets - could you tell me which other Altcoins your other client (the one use case from $500,000 to $50 mil.) invested in? I know this is confidential but I would just like to get a feeling of what to do. I was thinking of doing **LTC, XRP, Link, Doge, Polka, Nexo, ETH** & a small portion **BTC.**

Thank you in advance. :)

Best,

███████

Am 23.08.2021 um 14:36 schrieb Hristiyan Hristov <hristiyan@nexo.io>:

Hello ███████

Thank you for your time today.

As we discussed, please find the Portfolio booster scenarios below:

1. We can purchase $200,000 worth of assets, which will result in a ~$212,000 added to your outstanding loan balance and ~60% LTV.
2. We can purchase $350,000 worth of assets, which will result in a ~$350,000 added to your outstanding loan balance and ~70% LTV.

If you wish to proceed forward, please send me your confirmation and specify the assets you want to be purchased.

NEXO-0137578

Also, please find more details regarding Nexo's loyalty program here.

Looking forward to hearing from you.

On Wed, Aug 18, 2021 at 5:15 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello ████████

Thank you for your email. I will be happy to discuss the PB on a call with you.

In the meantime, please find a PB scenario below:

Given your current account setup, we can purchase $250,000 worth of assets. This will result in a ~$265,000 added to your outstanding loan balance and ~70% LTV.

Feel free to book a time slot from here.

Looking forward to e-meeting you.

On Wed, Aug 18, 2021 at 3:56 PM ████████████████████████████ wrote:

Hi Hrist,

I've read through the given documents and am really interested in the Portfolio booster.

When are you available for a call? :)

Best,

████████

Am 18.08.2021 um 13:23 schrieb Hristiyan Hristov <hristiyan@nexo.io>:

Hi ████████

Happy to hear from you.

Below, you can find more information on the services available to you, as part of our exclusive VIP Relationship Management Program:

- TWAP algorithmic execution
- Portfolio booster
- Zero Cost Loan
- OTC purchases of Nexo Token

Please review the information at your pace and I will be happy to jump on a call to discuss details on any of the products as well as address additional questions/concerns that you might have.

Looking forward to your feedback. Enjoy a great day ahead.

On Tue, Aug 17, 2021 at 10:16 PM ████████████████████████████ wrote:

Hi Hrist,

thank you for your kind message and definitely yes, lets talk - via zoom?

Best,

████████

Am 17.08.2021 um 21:07 schrieb Hristiyan Hristov <hristiyan@nexo.io>:

Hello ████████

CONFIDENTIAL

Hello

I hope you are having a great summer.

My name is Hristiyan and I am part of the Relationship Management Team at Nexo. I would like to use this occasion to present to you our exclusive OTC desk service offering. The services available to you, as part of our exclusive VIP Relationship Management Program are:

- **Portfolio booster** – allows you to leverage your portfolio in accordance with your risk appetite, in order to acquire additional crypto. We have a Nexonian that started using it last year and grew his total assets from $500k to $100m in less than 18 months.
- **TWAP algorithmic execution** – this is a trade execution strategy that improves the result of a trade. MicroStrategy used it to save $4.25m on their first $425m purchase in the summer of 2020.
- **OTC purchases of Nexo Token** – we can facilitate trades of $100,000 or more.
- **Zero Cost Loan** – a structured product that gives you full control over the risk management parameters of a loan.

If you are planning to expand your crypto portfolio during this accumulation period we are going through, I will be happy to present you with additional materials regarding any of the services listed above.

Thank you and I look forward to hearing from you.

Best regards,

**Hristiyan Hristov**
Relationship Manager
+44 1618 188979

   



Banking on Crypto
**nexo.io**

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13



**Banking on Crypto**
nexo.io

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

   



**Banking on Crypto**
nexo.io

CONFIDENTIAL



--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,

CONFIDENTIAL

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

  



**Banking on Crypto**
nexo.io

CONFIDENTIAL                                                        NEXO-0137583

**Von:** ███████████████████████████

**Betreff:** Re: Agree to terms of Portfolio Booster (as discussed)

**Datum:** 13. September 2021 um 17:47

**An:** Hristiyan Hristov hristiyan@nexo.io

**Kopie:** Tilman Walch tilman@milia.io

BD

Hi Hristiyan,

awesome - thank you for the notice and the execution.

Have a nice evening,

████████

Am 13.09.2021 um 17:36 schrieb Hristiyan Hristov <hristiyan@nexo.io>:

Hello ████████

I have some good news. The team has purchased the following assets:

| ETH | 28.06 | $3,202.51 |
|------|------------|-----------|
| LINK | 1923.07 | $26.13 |
| DOT | 1197.6 | $33.54 |
| NEXO | 46357.61589 | $1.51 |

We are aiming to deposit the assets in a timely manner.

Thank you.

On Mon, Sep 13, 2021 at 3:52 PM ████████████████████████ wrote:
awesome - thanks!

Am 13.09.2021 um 14:49 schrieb Hristiyan Hristov <hristiyan@nexo.io>:

Thank you for the clarification.

I have sent the order for execution.

I will update you once the assets are purchased.

On Mon, Sep 13, 2021 at 3:34 PM ████████████████████████ wrote:
Sorry for the confusion, we spread it:

1. $70k NEXO
2. $50k LINK
3. $40k DOT
4. $90k ETH

Thanks.

Best,

████████

Am 13.09.2021 um 10:53 schrieb Hristiyan Hristov <hristiyan@nexo.io>:

Hello ████████,

I hope you are doing well. Let me provide you with an updated number according to the current market conditions.

Given your current account balance, Nexo can purchase, on your behalf and allocate in your Nexo Account, the following assets and corresponding loan balances through the Portfolio Booster:

1. $250,000 worth of assets, resulting in $260,000 being added to your outstanding loan balance and an LTV of approximately 70%.

We can spread it :

CONFIDENTIAL

1. $70k NEXO
2. $50k LINK
3. $40k DOT
4. $90k ETH

If you wish to proceed forward, please send me your written confirmation and specify the assets you want to be purchased.

By confirming you would like to proceed with the Portfolio Booster purchase, under the detailed terms laid out above, you hereby acknowledge that you have read and that you agree with the Nexo Crypto Credit General Terms and Conditions, which shall govern the entirety of your rights and obligations under the Portfolio Booster.

Looking forward to hearing from you.

On Mon, Sep 13, 2021 at 11:13 AM ████████████████████████ wrote:

Hi Hristiyan,

thank you for you patience.

I have thought about the investments and I have come to the conclusion to do the following:

buy max. amount of the booster buying $300k worth of crypto:

- 70k NEXO token
- 70k Chainlink
- 60k polka
- 100k ETH

As discussed we buy as much NEXO token as to achieve the platinum status and thus reduce the execution fee from 6% to 4%.

And could you tell me when another booster is possible? what are indicators to boost again?

Excited to work with you.

All the best from sunny Germany,

████████

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13



 **nexo**

**Banking on Crypto**
nexo.io

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13



 **nexo**

**Banking on Crypto**
nexo.io

  NEXO-0137585



--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

**Banking on Crypto**
nexo.io

CONFIDENTIAL

NEXO-0137586



# Litecoin LTC ☆

Rank #21    Coin    On 741,771 watchlists

🔗 litecoin.org ↗    🔍 Explorers ⌄    👤 Community ⌄    💬 Chat ↗

</> Source code ↗

Contracts:

🔶 HECO: 0xecb5...bfb63b4 ⎘    📄 More ⌄

Tags:

Mineable    PoW    Scrypt    Medium of Exchange    View all

Litecoin Price (LTC)

## $123.58 ▼3.79%

0.002716 BTC  ▼0.49%
0.03689 ETH  ▼2.39%

Low:$120.12 ━━━━━━━━━━━━ High:$128.29  24h ⌄

| Buy ⌄ | Exchange ⌄ | Gaming ⌄ | Earn Crypto ⌄ |

Ⓐ Sponsored

| Market Cap ⓘ | Fully Diluted Market Cap ⓘ | Volume 24h ⓘ | Circulating Supply ⓘ ✔ |
|---|---|---|---|
| $8,647,090,704 | $10,380,643,488 | $1,214,484,746 | 69,972,118.78 LTC    83% |
| ▼ 3.78% | ▼ 3.79% | ▲ 13.73% | |

Volume / Market Cap

0.1432

Max Supply ⓘ    84,000,000
Total Supply ⓘ    84,000,000

Overview    Market    **Historical Data**    Holders    Project Info    Wallets    News    Socials    Ratings    Analysis    Price Estimates

⬆ Share

## Historical Data for Litecoin

📅 Date Range  ⌄

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Jan 21, 2022 | $130.39 | $130.82 | $112.43 | $114.39 | $1,680,709,016 | $7,946,260,522 |

CONFIDENTIAL

NEXO-0137587



CONFIDENTIAL

NEXO-0137588

**Von:** **Borislav Vatkov** borislav.vatkov@nexo.io 📎
**Betreff:** Re: Purchase 250k Nexo token // Re: Borislav at NEXO
**Datum:** 24. Januar 2022 um 12:11
**An:** ███████████████████████



Hi ████████

Allow me to begin by saying that we truly do not enjoy liquidations as we are fully committed to safeguarding users' assets. However, clients are solely responsible for keeping track of their credit lines and making sure their Loan-to-Value ratio stays healthy when the market is volatile.

As a formal statement to all clients who were liquidated during the crypto market plunge in the second half of January, we maintain that with BTC and other assets dropping in value, naturally, many liquidations were triggered on the Nexo platform. Moreover, with the crypto market plummeting so rapidly, the time between clients' receipt of the pre-liquidation notifications and the actual liquidations was brought down to a minimum. Unfortunately, as this is not an issue with our platform but a result of rapid depreciation, we cannot delay liquidations without putting our interest-earning (lending) clients at risk. Please read our article on liquidations posted below to learn why delaying liquidations is risky.

Furthermore, we have warned our community about the ongoing market volatility on several occasions and have advised them to safeguard their assets. These messages have been communicated via email and through our social media channels well in advance to allow enough time for reaction. Regardless of our efforts and dedication to raise awareness of the expected crisis, ultimately, it is our clients' responsibility to react to the shifting market conditions in a timely manner. On this note, it was your informed decision not to take any steps to safeguard your assets by decreasing your LTV ratio. This could have been achieved by either depositing extra collateral or by repaying a portion of your loan.

To learn why liquidations are required, please check this article: https://bit.ly/3dYg4gc

To learn more about Loan-to-Value, please check this article: https://bit.ly/2z5mN8E

On Mon, Jan 24, 2022 at 12:52 PM ███████████████████████████ wrote:

> Hi Boris,
>
> I just checked my account: I disabled the automatic collateral transfer a week ago. Why wasn't I notified about the liquidation 3 days ago?
>
> We now have a legal issue. And also an issue for the reputation of the nexo platform because nexo obviously doesn't hold what it says.
>
> Please set up a meeting with the Director responsible for this matter.
>
> Thank you.
>
> Best,
>
> ████████

Savings Interest Preferences

  Interest payout in the same currency
  For example, top up BTC and receive your interest in BTC

  ● Interest payout in NEXO Tokens [Bonus up to 42%]
  Receive up to 2% bonus interest on all your assets by choosing to get paid in NEXO Tokens

Automatic Collateral Transfer

  When Automatic Collateral Transfer is enabled, in events when the assets in your Credit Line Wallets do not cover the required Loan-to-Value ratio, the Nexo blockchain oracle automatically transfers small portion of assets from the Savings Wallets to the Credit Line Wallets to fulfil the gap and keep your loan health at check, thus protecting your crypto from automatic repayments.

  [Enable]

NEXO-0137589

Estimated Total Value of Crypto: **$93,413.83**

Automatic Collateral Transfer is **OFF**
Manage

Am 24.01.2022 um 11:10 schrieb Borislav Vatkov <borislav.vatkov@nexo.io>:

Hi ███████

Thank you for your email.

As I can see your account has been liquidated for $440,161.98 due to the high market volatility over the last week or so.

The Nexo oracle automatically liquidates assets, when the LTV% reaches 83.3%.

You can read more about liquidations and margin call here -

https://support.nexo.io/hc/en-us/articles/360008115854-Are-there-margin-calls-will-I-be-notified-beforehand-and-how-much-time-I-will-have-to-respond-

Wish you a great day ahead.

> On Mon, Jan 24, 2022 at 12:06 PM ████████████████████ wrote:
> Hi Boris,
>
> hope you are doing well.
>
> Unfortunately I just had a look at my nexo portfolio and within one week my portfolio went down from 680k to 90k - could you please explain? I think here must be a horrible mistake. Something must be wrong within your system.
>
> Thank you in advance.
>
> Best,
> ████
>
>> Am 29.11.2021 um 09:58 schrieb Borislav Vatkov <borislav.vatkov@nexo.io>:
>>
>> Hi ███████
>>
>> I hope you had a great weekend!
>>
>> Please confirm -
>>
>> $250k worth of NEXO tokens
>>
>> By confirming you would like to proceed with the portfolio booster purchase, under the detailed terms laid out above, you hereby acknowledge that you have read and that you agree with the Nexo Crypto Credit General Terms and Conditions, which shall govern the entirety of your rights and obligations under the Portfolio Booster.
>>
>>> On Mon, Nov 29, 2021 at 10:50 AM ████████████████████ wrote:
>>> Hi Boris,
>>>
>>> I fully understand. For now, I would like to purchase 250k of Nexo token only with our agreed terms of 0% transaction fees.
>>>
>>> I will get to you within the next days for the other purchases.
>>>
>>> Please confirm the purchase of the Nexo tokens.
>>>
>>> Thank you in advance and excited to further work with you.

NEXO-0137590

Best,



Am 24.11.2021 um 10:36 schrieb Borislav Vatkov <borislav.vatkov@nexo.io>:

Hi

Unfortunately, this will not be possible at this time and for such an amount.

I hope you understand.

On Wed, Nov 24, 2021 at 11:34 AM ██████████████████████ wrote:

I understand where you are coming from - I am on the same page regarding the volatility within the market.

For me it is a big step to take a loan of 450k especially investing only in alt coins, such as a big part into the Nexo coin.

Would it be possible to reduce the fee to 4%?

Looking forward to hearing from you.

Best

Am 24.11.2021 um 10:10 schrieb Borislav Vatkov <borislav.vatkov@nexo.io>:

Hi

I did actually speak to the team this morning and the minimum that we can go at the moment would be 5% due to the volatility of the market.

Please let me know what you think and if you would like to proceed today.

Looking forward to hearing from you.

On Wed, Nov 24, 2021 at 11:00 AM ██████████████████████ wrote:

Hi Boris,

same :) & thank you for your quick answer: 100k nexo for 0% is great.

Is there any possibility to reduce the 6% for the alt coins in any other constllation? E.g. 150k nexo, ada 100k, avalanche 100k & polygon 100k?

Looking forward to hearing from you.

Best,

Am 23.11.2021 um 13:56 schrieb Borislav Vatkov <borislav.vatkov@nexo.io>:

Hi

Lovely talking to you today.

I sending this e-mail to follow up on the matter of reducing the fee.

What we can do is lower the fee of the NEXO token purchase to 0%, while the rest of the assets would remain with a standard 6% fee.

This would apply if your NEXO token purchase is $100k or above.

Please be aware that this can only be applied until 01.12.2021

Looking forward to hearing from you.

--
Best regards,

NEXO-0137591



--
Best regards,



**Borislav Vatkov**
Relationship Manager

**Unlock the Power
of Your Crypto**

 nexo.io

NEXO-0137593

**Von:** **Borislav Vatkov** borislav.vatkov@nexo.io
**Betreff:** Collateral swap
**Datum:** 14. Dezember 2021 um 13:26
**An:** ███████████████████████

BV

Hi ██████

Good talking to you today.

As promised take a look at the collateral swap function -

https://nexo.io/blog/introducing-collateral-exchange-option-for-our-instant-crypto-credit-lines

Have a great week ahead.

--
Best regards,

**Borislav Vatkov**
Relationship Manager

   

 nexo

**Unlock the Power
of Your Crypto**
nexo.io

CONFIDENTIAL

**Von:** **Nexo** noreply@nexo.io
**Betreff:** Important: Add Funds to Your Nexo Wallet to Avoid Automatic Repayments
**Datum:** 24. Februar 2022 um 05:24
**An:** ███████████████



 **Assets at Risk of Liquidation**

Dear ███████

This is the final notification about the market value of the crypto assets in your Nexo Account. The market is experiencing high volatility levels and the value of your collateral has decreased and your loan-to-value ratio has increased to **76.92%**.

Please be advised that if the loan-to-value ratio increases to **83.33%**, we will initiate partial loan repayments automatically.

We urge you to transfer additional assets to your Nexo Wallet to improve your loan-to-value ratio and avoid automatic liquidations.

Make sure you choose higher network/miner fees to ensure fast confirmation of your transfers.

**Top Up Account**

You must maintain a healthy loan-to-value (LTV) with respect to your outstanding credit line at all times. This is a protection mechanism for you that limits your exposure and any automatic repayments that may occur.

To avoid further crypto price risk, we recommend you to add stablecoins to your Nexo Account as they offer the best protection for the good standing of your credit line.

NEXO-0137595

best protection for the good standing of your credit line.

To preserve the value of your collateralized assets during a market downturn, you can use the Collateral Exchange feature, allowing you to convert negative trending assets into more stable ones and to improve the health of your credit line in a matter of seconds.

You can also use our Unlock Fixed Terms feature, to automatically unlock any Fixed Terms and start collateralizing those assets to prevent automatic repayments.

We thank you for your timely actions.

Stay ahead,
The Nexo Team



## Maximum Security
## for Your Digital Assets

The security of the assets held in your Nexo Account is guaranteed by our industry-renowned custodians and the leading authorities in compliance.

**Buy Crypto** · **Earn Interest** · **Borrow Cash & Stablecoins**

 ISO 27001:2013 Compliant     Licensed & Regulated Digital Assets Institution     Audited by Armanino

This email is not financial advice and any investment decision you make is solely your responsibility. Nexo accepts no liability for consequences of any actions taken on the basis of the information provided, including for any damages suffered by the recipient.

Digital Assets are not money or legal tender, are not backed by the government or by a central bank, and most do not have any underlying assets, revenue stream, or another source of value. Nexo Accounts are not subject

do not have any underlying assets, revenue stream, or another source of value. Nexo Accounts are not subject to any governmental insurance protection (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

© 2022 Nexo

CONFIDENTIAL

NEXO-0137597

**Von:** **Borislav Vatkov** borislav.vatkov@nexo.io
**Betreff:** Re: Nexo Liquidation Relief Program - ████████
**Datum:** 7. Februar 2022 um 09:35
**An:** ████████████████████████████



Thank you for your patience. We are ready to start the execution of the liquidation relief program so I wanted to reach out to you with the details.

Your account was liquidated for a total of $471,131 during the last two months of market turbulence. As mentioned in the previous email, our strategy would be to:

1. Purchase as much of your previous collateral as possible up to the size of liquidation, while keeping the overall loan-to-value (LTV) ratio within healthy limits.
2. Post this acquired position into your Nexo wallet to serve as new collateral, whereby the funds we spent on purchasing the position, net of commissions, and program fees, will be added to the outstanding loan balance in your wallet.

Let me reiterate how liquidation relief works. We purchase assets that become collateral with the respective expenses credited as an outstanding loan. Both transactions are settled manually by our OTC team in your Nexo wallet. It is our intention to allow you to repurchase as much from your liquidated position as possible. That being said, any operation we perform should be within the limits of our risk management procedures, meaning that the ending LTV of the account, once all operations are settled, cannot exceed 83.3%. Otherwise, additional liquidations will be triggered. Based on standard industry practice, it is recommended that a conservative LTV be maintained at all times, which would in this case be no more than 70%.

Let me demonstrate with an example. Here is how your account looks today:

| Collateral value | Outstanding overdraft | LTV |
|---|---|---|
| $77,974.13 | $44,478.97 | 57.04% |

Given the account set up, we can execute the liquidation relief program with up to $30,000 Here is how your account would look post-execution:

| | | Collateral value | Outstanding overdraft | LTV |
|---|---|---|---|---|
| | $ value of the purchased assets | $77,974.13 | $44,478.97 | 57.04% |
| Scenario A | $30,000 | $107,974.13 | $76,278.97 | 70.65% |

**In order to be able to execute the liquidation relief at a larger scale and recover a greater part of your liquidated position, we would need assistance in the form of additional collateral deposit. Let me know if you can deposit additional collateral and I will get back to you with the updated figures.**

Please note that the LTV level that triggers liquidations is 83.3%. Additionally, should you choose to go with the relief program, there is a liquidation relief agreement that we need to get in place. Please confirm if you would like to proceed and I will send that across for **signature** and also specify the **amount** of the liquidation relief

NEXO-0137598

transaction you would like to get executed, together with the **assets** you would like to get purchased.

**Note**: The Liquidation Relief executions take place through Nexo's OTC desk between 15:00-17:00 UTC daily. Assets are being purchased at spot market prices at the moment of execution.

Looking forward to your feedback. Enjoy a splendid day ahead.



On Mon, Feb 7, 2022 at 10:31 AM ███████████████████████ wrote:

?

> Am 04.02.2022 um 16:28 schrieb ██████████████████
>
> Hi Boris - thanks a lot!
>
> Preferabbly in the mornings.
>
> Is there any information you can already send me for the liquidation relief?
>
> Thanks.
>
> Enjoy your weekend.
>
>> Am 04.02.2022 um 16:27 schrieb Borislav Vatkov <borislav.vatkov@nexo.io>:
>>
>> Hi,
>>
>> I will get back to you on those questions in the next few days.
>>
>> I'll also update you once I have a slot for next week.
>>
>> Thanks and have a good weekend.
>>
>>> On Fri, Feb 4, 2022 at 2:06 PM ███████████████████ wrote:
>>> Hi Boris,
>>>
>>> does that time work for you?
>>>
>>> otherwise could you please send me your updated calendar so I can book the appointment.
>>>
>>> Thanks.
>>>
>>> Best,
>>> ██████
>>>
>>>> Am 04.02.2022 um 08:51 schrieb ████████████████████
>>>> Hi Boris,
>>>>
>>>> how about M**onday, 7the feb. 9am?**
>>>>
>>>> Well I'd like to clarify a lot of questions for my understanding: the most obvious question is, why was a sum of over 400k or more liquidated? why not nexo token? why bitcoin? why so much? why the entire portfolio?
>>>>
>>>> And then how can we recover that.
>>>>
>>>> Looking forward to our talk.
>>>>
>>>> Best,
>>>> ███████
>>>>
>>>>> Am 04.02.2022 um 06:57 schrieb Borislav Vatkov <borislav.vatkov@nexo.io>:
>>>>> Hi ████████

NEXO-0137599

I hope you are well.

I wouldn't be able to do a call today due to the very heavy workload that is currently going on with the liquidation relief.

Please let me know of your availability for mid-next week please.
Also if you have any questions , please let me know via e-mail and we can further discuss next week.

---

**From:** ████████████████████████████████████████
**Sent:** Thursday, February 3, 2022 7:10:39 PM
**To:** Borislav Vatkov <borislav.vatkov@nexo.io>
**Subject:** Re: Nexo Liquidation Relief Program - ████████

Hi Boris - I'd like to have a call with you, yes.

Thank you.

Best,

████████

Am 03.02.2022 um 17:06 schrieb Borislav Vatkov <borislav.vatkov@nexo.io>:

Dear ████████

I am following up to make sure you have received the details about the Liquidation Relief Program. Please confirm if you would be interested to find out more.

Best regards,

**Borislav Vatkov**
Relationship Manager

 nexo

Banking on Crypto
**https://nexo.io**



On Tue, Feb 1, 2022 at 6:05 pm, Borislav Vatkov wrote:

Dear ████████

We all witnessed and took part in the enormous market volatility for the last two months, which resulted in devastating erosion of value across the entire Blockchain space and triggered the closing of a vast volume of levered positions.

First and foremost, our hope and prayers go to our family of users around the world – be healthy and safe! In addition, please be advised that we are working around the clock to provide flexible and creative lending solutions to our community, including ways to recover positions liquidated during the drastic selloff last week.

As you have taken notice, the Nexo Oracle was forced to take action in an effective and objective manner during the rapid compression of market capitalization across the entire range of acceptable collateral options on our platform. As it pertained to your case, in order to ensure that the Loan-to-Value on your Nexo account was kept below the critical 83.3% threshold, your outstanding loan position was reduced automatically against the market value of your crypto collateral.

As a valued client, we wish to exclusively extend to you a viable solution in an effort to remedy this unfortunate turn of events and to help you recover your collateral position to the best of our abilities. Namely, we would aim to reacquire on your behalf part or, if

CONFIDENTIAL

NEXO-0137600

to the best of our abilities. Namely, we would aim to reacquire on your behalf part of, if feasible, all of your liquidated collateral assets. Our strategy would be to:

1. Purchase as much of your previous collateral as possible up to the size of liquidation, while keeping the overall loan-to-value (LTV) ratio within healthy limits.

2. Post this acquired position into your Nexo wallet to serve as a new collateral, whereby the funds we spent on purchasing the position, net of commissions and program fees, will be added to the outstanding loan balance in your wallet.

To ensure this strategy's effectiveness and achieve a reliable initial LTV, **as a prerequisite your account should have some starting collateral balance**.

We look forward to your reply and to the opportunity to help you rebuild as much as possible from your previous position at Nexo. Although we try to be as responsive as possible, keep in mind that due to the heavy workload at the moment it might take us up to 5 working days to reply to you.

Best regards,

**Borislav Vatkov**
Relationship Manager





Banking on Crypto
**https://nexo.io**

--
Best regards,

**Borislav Vatkov**
Relationship Manager





**Unlock the Power of Your Crypto**
nexo.io

--
Best regards,

**Borislav Vatkov**
Relationship Manager





**Unlock the Power of Your Crypto**
nexo.io

CONFIDENTIAL                                                                                              NEXO-0137601

CONFIDENTIAL

NEXO-0137602

**Von:** ██████████████████████

**Betreff:** Contact BaFin: Nexo Capital Inc.'s unauthorised liquidation // Re: ABSOLUTE URGENCY: Nexo liquidation FIASCO

**Datum:** 15. Februar 2022 um 14:45

**An:** Antoni.trenchev@nexo.io

**Kopie:** Borislav Vatkov borislav.vatkov@nexo.io

**Blindkopie:** Tilman Walch (milia) tilman@milia.io

Hi Antoni,

unfortunately you haven't responded my Email.

I just had a very interesting conversation with the **BaFin** to whom Nexo Capital Inc. is no stranger.

Since neither you nor your employee, **Boris Vatkov** - who apparently is my assigned VIP customer relations manager - wants to answer my questions for **Nexo's unauthorised liquidation** of **$471,134,55** of my portfolio I had to contact the BaFin.

We now have two options: either one of your Managers contacts me in a reasonable way and **Nexo's unauthorised liquidation** of **$471,134,55** is **reversed** and the exact amount of Bitcoin and Altcoin is back in my portfolio or I will have to proceed my complaint at BaFin.

I sincerely hope we choose the easiest way.

Best,

██████



> Am 24.01.2022 um 16:57 schrieb ████████████████████
>
> Hi Antoni,
>
> I am writing to you with absolute urgency! I have been a VIP client (and a very happy customer until now) of Nexo and have used the portfolio booster 2 times in the past. I have trusted your service with a large share of my financial assets, why I am on Nexo's **Platinum Loyalty Level**.
>
> Unfortunately, Nexo charged automatical repayments **greater than 400k** within the last 2 days from my Nexo-Portfolio and reduced the value of my Portfolio by **more than 75%**.
>
> - **LTV** was consistently **under 83,33 %** - I got reminder emails every day and everything seemed to be OK
> - Automatic Collateral Transfer was recommended by Borislav Vatkov (Relationship Manager, Nexo) as protection of my crypto assets from automatic repayments. **Exactly** the **opposite** is now the case: Proportionally **huge amounts have been used as automatic repayments**. How could this happen? I never intended to repay 400k worth of crypto especially NOT Bitcoin!
>
> The repayment is not at all in proportion to the current volatility of the market. Also the platform miscalculated repayments due to technical issues & misinformation by your Nexo employees.
>
> Please **immediately reverse the automatic partial repayments** of the last few days back to my account. I have been a huge supporter of Nexo and I do not want to voice this fiasco on any social platform.
>
> Thank you in advance.

NEXO-0137603

Best,

CONFIDENTIAL                                                                                                                          NEXO-0137604

**Von:** ████████████████████████
**Betreff:** Re: ███████ <> Nexo Prime
**Datum:** 14. Februar 2022 um 08:25
**An:** Borislav Vatkov borislav.vatkov@nexo.io



Hi Boris,

you are totally right: the emails you send me don't lead to any understanding of what is happening to my nexo portfolio.

I am available tomorrow, **15.02. at 11am CET** or **wednesday, 16.02. 10am CET**.

Best
████████

Am 13.02.2022 um 18:04 schrieb Borislav Vatkov <<u>borislav.vatkov@nexo.io</u>>:

Hello ████████

I realize the information I have provided might be either insufficient or overwhelming, so I will be happy to jump on a call to discuss our Prime services available to you.

What would be a good time?

Best regards,

**Borislav Vatkov**
Relationship Manager

   



Banking on Crypto
**https://nexo.io**

On Thu, Feb 10, 2022 at 7:04 pm, Borislav Vatkov wrote:

Hello ████████

Nexo's Prime services offer advanced algorithmic trading software that delivers the best commercially available performance money can buy. Our smart routing system, connected to 10+ liquidity providers, will improve your cost of capital significantly.

Your assets will be stored adhering to the highest security standards in the industry. Nexo's infrastructure is built with the best custodians in the space: BitGo, Fireblock, Ledger Vault and Fidelity Digital Assets. Once you have done with trading you can seamlessly transfer your assets between Prime trading wallets to Nexo's high yield Earn accounts.

Looking forward to hearing from you and will be happy to provide you with additional information on the topic should you be interested.

Best regards,

**Borislav Vatkov**
Relationship Manager

   



Banking on Crypto
**https://nexo.io**

CONFIDENTIAL

On Tue, Feb 8, 2022 at 7:04 pm, Borislav Vatkov wrote:

Hello ███████

My name is Borislav and I am with Nexo's Relationship Management team. We are in the final development stages with our Prime Brokerage platform and decided to reach out to you with an invitation for early access to try the new features.

Do you actively trade? Nexo Prime offers the following benefits:

- Access aggregated liquidity from various trading venues: Binance, Huobi, BitFinex, Kraken, FTX, with a single funded account.
- Trade spot, margin, and derivatives (soon) through API or Prime Platform.
- Improve the efficiency of your trade executions using our Smart Order Router and built-in TWAP algorithm.

Additionally, you can start earning up to 20% interest on your assets as soon as you are done trading. Start now, to enjoy the lowest execution fees for a period of 3 months and explore the edge granted by Nexo Prime.

Looking forward to hearing from you. Enjoy a great day ahead.


Best regards,


**Borislav Vatkov**

Relationship Manager

   



Banking on Crypto
**https://nexo.io**

NEXO-0137606

**Von:** **Nexo** noreply@nexo.io
**Betreff:** Important: Add Funds to Your Nexo Wallet to Avoid Automatic Repayments
**Datum:** 24. Februar 2022 um 07:52
**An:** ███████████████



    **Assets at Risk of Liquidation**

Dear ███████

The market is experiencing high volatility levels and the value of your collateral has decreased and your loan-to-value ratio has exceeded **74.07%**.

Please be advised that if the loan-to-value ratio increases to **83.33%**, we will initiate partial loan repayments automatically.

We urge you to transfer additional assets to your Nexo Wallet to improve your loan-to-value ratio and avoid automatic liquidations.

Make sure you choose higher network/miner fees to ensure fast confirmation of your transfers.

**Top Up Account**

You must maintain a healthy loan-to-value (LTV) with respect to your outstanding credit line at all times. This is a protection mechanism for you that limits your exposure and any automatic repayments that may occur.

To avoid further crypto price risk, we recommend you to add stablecoins to your Nexo Account as they offer the best protection for the good standing of your credit line.

    NEXO-0137607

To preserve the value of your collateralized assets during a market downturn, you can use the Collateral Exchange feature, allowing you to convert negative trending assets into more stable ones and to improve the health of your credit line in a matter of seconds.

You can also use our Unlock Fixed Terms feature, to automatically unlock any Fixed Terms and start collateralizing those assets to prevent automatic repayments.

We thank you for your timely actions.

Stay ahead,
The Nexo Team



## Maximum Security for Your Digital Assets

The security of the assets held in your Nexo Account is guaranteed by our industry-renowned custodians and the leading authorities in compliance.

Buy Crypto  ·  Earn Interest  ·  Borrow Cash & Stablecoins

 ISO 27001:2013 Compliant     Licensed & Regulated Digital Assets Institution     Audited by Armanino

This email is not financial advice and any investment decision you make is solely your responsibility. Nexo accepts no liability for consequences of any actions taken on the basis of the information provided, including for any damages suffered by the recipient.

Digital Assets are not money or legal tender, are not backed by the government or by a central bank, and most do not have any underlying assets, revenue stream, or another source of value. Nexo Accounts are not subject to any governmental insurance protection (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

    NEXO-0137608

compensation scheme (including FSCS).

© 2022 Nexo

CONFIDENTIAL                                                                  NEXO-0137609