# Exhibit 35

# Exhibit 35

Message

| | |
|---|---|
| **From**: | Octavian Dinca [octavian@nexo.com] |
| **Sent**: | 17/12/2024 11:48:31 |
| **To**: | Kosta [kosta@nexo.com] |
| **Subject**: | Re: |
| **Attachments**: | image_123650291.JPG; image_123650291.JPG; image_123650291.JPG; image_123650291.JPG |

I believe the 30% he mentions refers to the upside that was needed on NEXO in order to achieve that 70% LTV so we can reinstate his position (i.e if NEXO recovers to x price then it will be feasible to reinstate liquidated number of units and the loan that was repaid + interest accrued in the interim). NEXO did increase more than 30% in the following period but in the end we decided to not proceed with the offer we made.

The offer was a good idea initially as we were looking to offload the inventory while letting the loan accrue (liquidate again if the market dropped) if we remained at similar price levels; but then it recovered aggressively and odds stacked against us. **Redacted**
**Redacted**

It's a lost cause. Guy boosted plenty before (+$24M overdraft all time) and if he had more assets he would have brought them here in the last 3 years and continued his activity into this bull run. Plus, the promo offer for churned is a good starting point to get back in the game and he hasn't responded yet.

Best regards,
Octavian

## Octavian Dinca
Head of Sales

nexo.com

This email is intended only for the specified individuals or entities and may contain confidential information and/or materials. Any unauthorized review, retransmission, dissemination, copying, or use of this email by anyone other than the intended recipient is strictly prohibited. If you have received this email in error, please promptly return the materials to the sender and delete all copies from your system.

On Tue, Dec 17, 2024 at 11:09 AM Kosta <kosta@nexo.com> wrote:
What is about this 30%? Did he actually take the offer?

On Tue, 17 Dec 2024 at 09:07, Octavian Dinca <octavian@nexo.com> wrote:
$3.3 since the end of 2022.

Best regards,
Octavian

## Octavian Dinca
Head of Sales

nexo.com

This email is intended only for the specified individuals or entities and may contain confidential information and/or materials. Any unauthorized review, retransmission, dissemination, copying, or use of this email by anyone other than the intended recipient is strictly prohibited. If you have received this email in error, please promptly return the materials to the sender and delete all copies from your system.

On Tue, Dec 17, 2024 at 9:59 AM Kosta <kosta@nexo.com> wrote:
 And no AUM?

 On Tue, 17 Dec 2024 at 08:44, Octavian Dinca <octavian@nexo.com> wrote:
  Done some digging on this client. I believe he is referring to an offer we made to users that got their NEXO liquidated during mid 2021. We called it the "NEXO Token Liquidation Relief program".

  An attempt to push back the NEXO we've absorbed as inventory during the sell off together with the loan and basically reinstate the positions held prior to the liquidations. This required NEXO's price to rise to levels where a 70% LTV was achieved (>$2.4 average for most users). That didn't really happen until October 2021 and by that point it didn't make economic sense to go with it as we could have taken damage in the millions (when NEXO hit > $3.5) if the users found alternative ways to repay the loans with collateral other than NEXO and cash in the difference. Trayan canceled the effort and we informed all clients that this offer has been discontinued for business reasons. **Redacted**
  **Redacted**

  I am pretty confident he's looking to restart the discussion on the topic, which we cannot facilitate. Do you still want us to reestablish comms ?

  Important to note, that his account has no zero deposits and activity since the end of 2021.

  Best regards,
  Octavian

## Octavian Dinca
Head of Sales

nexo.com

This email is intended only for the specified individuals or entities and may contain confidential information and/or materials. Any unauthorized review, retransmission, dissemination, copying, or use of this email by anyone other than the intended recipient is strictly prohibited. If you have received this email in error, please promptly return the materials to the sender and delete all copies from your system.

On Mon, Dec 16, 2024 at 3:39 PM Kosta <kosta@nexo.com> wrote:
 Yes and see what's happening. He has been with us since the very beginning

 On Mon, 16 Dec 2024 at 14:06, Octavian Dinca <octavian@nexo.com> wrote:
  Reestablish comms that is?

CONFIDENTIAL

Best regards,
Octavian

## Octavian Dinca
Head of Sales

nexo.com

This email is intended only for the specified individuals or entities and may contain confidential information and/or materials. Any unauthorized review, retransmission, dissemination, copying, or use of this email by anyone other than the intended recipient is strictly prohibited. If you have received this email in error, please promptly return the materials to the sender and delete all copies from your system.

On Mon, Dec 16, 2024 at 2:35 PM Kosta <kosta@nexo.com> wrote:
Yes, please

On Mon, 16 Dec 2024 at 13:23, Octavian Dinca <octavian@nexo.com> wrote:
Hi Kosta,

I recall ███████ but not the agreement he refers to. He currently sits in the Churned Users bucket and he received the first message in the reactivation cadence this Q on the 29th November.

The assets he quotes above have been liquidated in 2021/2022. Majority of them within 6 months of the timestamps in the screenshots he shared. So I am not sure whether he expects for us to reinstate the assets he quotes due to the agreement he claims he had with you or our last message prompted him to engage you on the topic.

The promo we're offering is Platinum Tier lock until the end of January but he never replied to our comms. There's a small chance I think that he might consider bringing some assets (if he has) due to the promo we are offering.

We could actively try to reestablish comms with the guy and understand what's the case?

or, just let him be. If he deposits assets we'll assign and AM and take it from there.

Best regards,
Octavian

## Octavian Dinca
Head of Sales

nexo.com

This email is intended only for the specified individuals or entities and may contain confidential information and/or materials. Any unauthorized review, retransmission, dissemination, copying, or use of this email by anyone other than the intended recipient is strictly prohibited. If you have received this email in error, please promptly return the materials to the sender and delete all copies from your system.

NEXO-0257205

On Thu, Dec 12, 2024 at 12:37 PM Kosta <kosta@nexo.com> wrote:
What's happening here?

---------- Forwarded message ---------
From: ████████████████████████████
Date: Thu, 12 Dec 2024 at 10:52
Subject: Re:
To: <kosta@nexo.com>

Hi Kosta

I have assets of :

3,611,565.70 NEXO Tokens and $5,208,447.30 loan

284,991.89 LINK  and $6,867,957.22 loan

Which you kindly gave me a 6 month liquidation guarantee protection if I waited until the assets went up 30% plus. The assets got liquidated within a few weeks of being uploaded falling into the liquidation guarantee term and I've been waiting for it to be uploaded ever since.

I just want to make sure it doesn't get uploaded like last time on 30% plus term as I have no liquidation guarantee agreed with you this time round and so if Nexo can make sure to get my approval before uploading the assets.

I have attached the old emails too.

Thank you Kosta.

████

NEXO-0257206



CONFIDENTIAL

NEXO-0257207



CONFIDENTIAL

NEXO-0257208



CONFIDENTIAL

NEXO-0257209



CONFIDENTIAL

NEXO-0257210

On Thu, 12 Dec, 2024 at 3:10 PM, Kosta <kosta@nexo.com> wrote:
What do you mean "upload"?

On Thu, 12 Dec 2024 at 09:54, ███████████████████████████████ > wrote:

Hi Kosta

I hope your really good

If you can make sure that before my assets are uploaded on to the Nexo Platform that they consult with me and get my consent and approval to upload the assets.

At least this way there will not be any issues that can arise and it will not come as a surprise for me too.

Thank you again Kosta!

██████

CONFIDENTIAL

NEXO-0257211