# Exhibit 36

# Exhibit 36

| | |
|---|---|
| **From:** | Alexander Mrozinski [alexander.mrozinski@nexo.io] |
| **Sent:** | 02/03/2021 07:46:08 |
| **To:** | ███████████████████████████ |
| **BCC:** | bizdev.replies@nexo.io |
| **Subject:** | Re: ██████ - Nexo flash-crash recovery pathway 🎧 |

Hi ████████,

It was a good weekend, thanks. Hope you are also doing well.

Thank you for updating me in this regard, sure I totally understand your youposition.

In this case, I will wait for further feedback from your side, I remain at your disposal should you need anything in the meantime.

Wish you a wonderful Tuesday.

Best,

Alex

Stay ahead,

**Alexander Mrozinski**

Relationship Manager

**Banking on Crypto**

nexo.io

On Tue, Mar 2, 2021 at 2:43 AM ████████████████████████████████████ wrote:

Hi Alex,

Hope you had a good weekend.

I have got a solid reply back from my advisors yet. It's risky so I want to thread carefully as you know I've lost everything already.

Regards,

NEXO-0044718

On 25 Feb 2021, at 8:32 pm, Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hi ████,

hope you are doing well today.

I am getting back with a new calculation with the numbers you provided me in your last mail.

As mentioned in my first offer, your account has been subject to liquidations resulting in $35,497.73 in loan repayments.

Using this $35,497.73 we can repurchase ~0.72 BTC at the current spot price or other crypto assets. We will recalculate the amounts based on the spot price at the moment of execution.

Here's how your account looks today.

- Collateral value: ~$27,314.57

- Outstanding overdraft: ~$550.62

Assuming that you are depositing another $40,000 as additional collateral as mentioned, I can offer you the following:

| | | Collateral value | Outstanding overdraft | LTV |
|---|---|---|---|---|
| | Current account value | $67,314.57 | $550.62 | 0.82% |
| Scenario A | Purchase of ~$35,497 worth of assets | $102,812.30 | $38,178.21 | 37.13% |
| Scenario B | Purchase of ~$125,000 worth of assets | $192,314.57 | $133,050.62 | 69.18% |

And this is how it will look after execution:

**Scenario A:**

- ~$35.497 worth of BTC will be added to your account totaling ~$102,812

- ~$37,627 will be added as an outstanding loan (cost of BTC purchase + program costs) totaling - ~$38,178

**Scenario B:**

NEXO-0044719

- ~$125,000 worth of BTC will be added to your account totaling ~$192,314
- ~$132,500 will be added as an outstanding loan (cost of BTC purchase + program costs) totaling - ~$133,050

Looking forward to your feedback on the adjusted offer.

Best regards.

Stay ahead,

**Alexander Mrozinski**

Relationship Manager



**Banking on Crypto**
nexo.io

On Wed, Feb 24, 2021 at 10:34 PM ████████████████████████████ wrote:

Hi Alex,

Thank mate, hope you had a good weekend too.

I deposited a total of 26.5k value in my Nexo wallet.

The proposed - I could only garner a total of 40k USD Max funds to be in my Nexo wallet.

Also, the risk appetite of loans on BTC at this high is scary. I don't want to loose my 40k - if there a risk mitigation tool in place to avoid liquidation in a flash crash.
(In fact I lot all my crypto overnight in a flash crash)

Observation - the solution/strategy provided now is also suggested as a solution early last year. But, I need a bit more support than what has been proposed.

In summary:
1. What is my option with 40k in my Nexo wallet
2. How can I avoid liquidation (Unfortunately, I have lot everything due to stupid flash crash over night)

Regards,

████████████

CONFIDENTIAL

On 25 Feb 2021, at 2:08 am, Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hi ████████,

hope you are doing well and you had a splendid week start.

I just wanted to follow-up on my mail from last and check-in if there are any open questions from your side?

Looking forward to your feedback.

Best regards.


Stay ahead,

**Alexander Mrozinski**
Relationship Manager





**Banking on Crypto**
nexo.io


On Thu, Feb 18, 2021 at 3:28 PM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:
Hi ████████,

sounds good to me! Please let me know once you have discussed the options with your FA so we can take it from there.

Thanks for elaborating on your questions.

1. BTC - capitulation: The recovery options given to me below will depend on BTC going up but if BTC goes into a correction then my LTV ratio will be in red.

- This is theoretically correct, in the below cases I gave you two scenarios for how this deal could be potentially executed. Your LTV should be of course within your own risk appetite. We can offer you an LTV ratio between 30% and 70%. In this case, it's up to you with which LTV ratio you would like to move forward.

2. How are you calculating the overdraft value? If you could share the model then I can get more clarity.
The overdraft value consists out of the following parameters:

NEXO-0044721

It is a combination of:

Your outstanding loan amount + the value of the assets we are going to buy on your behalf + Nexo's program fees.

I hope this clarifies your questions, please let me know if I can be of further help.

Kindly.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager



**Banking on Crypto**
nexo.io

On Thu, Feb 18, 2021 at 2:48 PM ██████████████████████████> wrote:
Hi Alex,

I'll be running this past my financial advisor tomorrow. Will need another 1-2 days to get back to you.

Regarding my questions below:
1. BTC - capitulation: The recovery options given to me below will depend on BTC going up but if BTC goes into a correction then my LTV ration will be in red.
2. How are you calculating the overdraft value? If you could share the model then I can get more clarity.


Kind Regards,
████████

On 18 Feb 2021, at 2:42 am, Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hi ████████,

thanks for your quick reply.

CONFIDENTIAL

NEXO-0044722

I am not sure I understand what you mean here:

- "BTC capitulation- is there any data that you could share."?
- "The buy back $ value is lower than Outstanding overdraft. Will this stat be better if I repay $549 current outstanding overdraft?"

Taking advantage of the Liquidation Relief Program makes use of the Nexo instant credit line to purchase digital assets which are then deposited as collateral into your account.

The execution of the Liquidation Relief program has costs that are reflected above in the difference between the amount used for purchasing the assets and the overdraft that will be added to your account.

The interest rate on the loan depends on the Tier that you fit it. More information on our Loyalty Program here.

Looking forward to your feedback.

On Wed, Feb 17, 2021 at 5:19 PM ██████████████████████████████████> wrote:

Hi Alex,

Regarding BTC capitulation- is there any data that you could shares.

The buy back $ value is lower than Outstanding overdraft. Will this stat be better if I repay $549 current outstanding overdraft?

Doing the basic math, the overdraft is payoff if BTC has a upward run, if BTC come down to 30-40k then I'll be loosing again in Interest.

Also, could you add the Interest rates to the table for overdraft amounts?

Regards,

████████

On 18 Feb 2021, at 2:04 am, Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hey ██████

thanks for your quick response!

NEXO-0044723

Sounds good to me, I will wait in this case for your further feedback.

Have a great day ahead.

On Wed, Feb 17, 2021 at 4:55 PM ████████████████████████████> wrote:

Hi Alex,

Please excuse my previous email. I got your detailed offer.

Let me have a look at the offer I detail and come back to you tomorrow?

Regards,

████████

On 18 Feb 2021, at 1:53 am, ████████████████████████████> wrote:

Thanks Alex,

Please feel free to ask me any questions.

I'm happy to jump on a video call too (I'm flexible with time)

With so much happening in tor crypto market, I'm keen to get a resolution in place ASAP.

Also, what's your read on the market? will Bitcoin capitulate after the ATH?

Regards,

████████

On 18 Feb 2021, at 12:57 am, Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hey ████████

I hope your day is going well. Happy to assist you going forward with the Liquidation Relief Program.

CONFIDENTIAL

NEXO-0044724

Your account has been subject to liquidations resulting in $35,497.73 in loan repayments. Using this $35,497.73 we can repurchase ~0.69 BTC at the current spot price or other crypto assets. We will recalculate the amounts based on the spot price at the moment of execution.

Here's how your account looks today.

• Collateral value: ~$10,944.77

• Outstanding overdraft: ~$549.90

Assuming that you are depositing $75,000+ as additional collateral, as mentioned in your last mail I can offer you the following using our Liquidation Relief Program:

|  |  | Collateral value | Outstanding overdraft | LTV |
|---|---|---|---|---|
|  | Current account value | $85,944.97 | $549.90 | 0.64% |
| Scenario A | Purchase of ~$35,497 worth of assets | $121,442.70 | $38,177.49 | 31.44% |
| Scenario B | Purchase of ~$160,000 worth of assets | $245,944.97 | $170,149.90 | 69.18% |

And this is how it will look after execution:

**Scenario A:**

• ~$35.497 worth of BTC will be added to your account totaling ~$121,442

• ~$37,627 will be added as an outstanding loan (cost of BTC purchase + program costs) totaling - ~$38,177

**Scenario B:**

• ~$160,000 worth of BTC will be added to your account totaling ~$245,944

• ~$169,600 will be added as an outstanding loan (cost of BTC purchase + program costs) totaling - ~$170,149

Please let me know once you have transferred the additional collateral to the Nexo platform and let me know when you are ready to proceed with the Liquidation Relief Program.

Looking forward to hearing from you.

On Tue, Feb 16, 2021 at 10:30 PM ███████████████████████████ wrote:

Hi Alex.

The below stats are how the things went down;

CONFIDENTIAL

Total Deposits: USD $36,581.14 (market value at the time of deposit - June 2019)
BTC - 2.019
ETH - 49.79
LTC - 69.10
Total Withdraws: USD $19,600 (Total loan drawn out from Nexo)
Total Interest: USD $1,982.34 (previously owed)

Total Liquidated: USD $35,497.73 (market value at the time of liquidation) / **During Flash Crash.**

Current Nexo Wallet: Holdings (as at Feb 2021)
1. Nexo Token - 6,028.82
2. Now, I can deposit USD approx 75k-80k in Crypto to my Nexo wallet to recover my crypto assets previously help.
3. Will I be able to earn interest from the total assets?
4. I'm just slightly worried with the rise in Crypto value. I'll have missed out on all the gains and recover will only be a small percentage of the original ☹

Please help me recover my only saving of my life 🙏

Regards,

████

On 17 Feb 2021, at 2:57 am, Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hey ████

My name is Alex and I am part of the Relationship Management team at Nexo, great to e-meet you!

I am reaching out to you in regards to the discussed relief program and I would like to kindly ask you, could you please confirm with me the email address that you have been using to register on our platform?

Thank you in advance.

Looking forward to hearing from you.

Have a great day.

---------- Forwarded message ---------
From: **Kosta** <kosta.kk@gmail.com>

CONFIDENTIAL

NEXO-0044726

Case 3:23-cv-00882-TSH    Document 141-5    Filed 07/13/26    Page 11 of 13

Date: Tue, Feb 16, 2021 at 2:45 PM
Subject: Fwd: ████████ - Nexo flash-crash recovery pathway 🎧
To: Alexander Rakshiev <alexander.rakshiev@nexo.io>, Mariusz | Nexo <mariusz@nexo.io>


---------- Forwarded message ---------
From: ████████████████████████████████████
Date: Tue, 16 Feb 2021 at 7:17
Subject: Re: ████████ - Nexo flash-crash recovery pathway 🎧
To: Kosta <kosta.kk@gmail.com>


Hi Kosta,

Just a humble follow up.  Really keep to get a resolution

Hope you had a good weekend.

Regards,

████████████

> On 13 Feb 2021, at 1:31 am, █████████████████████████████████ > wrote:
>
> Hi Kosta,
>
> I am humbled by your kind gesture to help recover my crypto assets.
>
> The below stats are how the things went down;
>
> Total Deposits: USD $36,581.14 (market value at the time of deposit - June 2019)
> BTC - 2.019
> ETH - 49.79
> LTC - 69.10
> Total Withdraws: USD $19,600 (Total loan drawn out from Nexo)
> Total Interest: USD $1,982.34 (previously owed)
>

CONFIDENTIAL

NEXO-0044727

> Total Liquidated: USD $35,497.73 (market value at the time of liquidation) / **During Flash Crash.**
>
> Current Nexo Wallet: Holdings (as at Feb 2021)
> 1. Nexo Token - 6,028.82
> 2. Now, I can deposit USD approx 75k-80k in Crypto to my Nexo wallet to recover my crypto assets previously help.
> 3. Will I be able to earn interest from the total assets?
>
> Please help me recover my only saving of my life 😭
>
> Email associated to my Nexo wallet is ████████████████████████
>
> Regards,
> ██████████

--
Stay ahead,

**Alexander Mrozinski**
Relationship Manager

**Banking on Crypto**
nexo.io

--
Stay ahead,

**Alexander Mrozinski**
Relationship Manager

**Banking on Crypto**
nexo.io

--

CONFIDENTIAL

Stay ahead,

**Alexander Mrozinski**

Relationship Manager





**Banking on Crypto**
nexo.io

--
Stay ahead,

**Alexander Mrozinski**

Relationship Manager

**Banking on Crypto**
nexo.io

CONFIDENTIAL

NEXO-0044729