UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CRESS,

          Plaintiff,

   v.

NEXO CAPITAL INC.,

          Defendant.

Case No. 23-cv-00882-TSH

**ORDER RE: MOTION FOR SANCTIONS**

Re: Dkt. Nos. 134, 135

On July 6, 2026, Plaintiff filed a Motion for Sanctions and a related motion to seal. ECF Nos. 134, 135. Plaintiff includes a declaration and 48 exhibits with his Motion. The Court **ORDERS** Plaintiff to deliver to the Clerk's Office by July 20, 2026, hard copies of the documents filed with his Motion and related motion to seal. The hard copies shall be single-sided and in tabbed binders that are no wider than three inches.

    **IT IS SO ORDERED.**

Dated: July 14, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California