UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CRESS,

Plaintiff,

v.

NEXO CAPITAL INC.,

Defendant.

Case No. 23-cv-00882-TSH

**DISCOVERY ORDER**

Re: Dkt. No. 129

The Court rejects Plaintiff's challenges to Nexo's privilege log and therefore **DENIES** his motion to compel at ECF No. 129.

**IT IS SO ORDERED.**

Dated: July 16, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California