Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Blvd., Suite 1850
Los Angeles, California 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol Street, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5067
Fax: (713) 427-5099

*Attorneys for Defendant Nexo Capital Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS, | Case No. 3:23-cv-00882-TSH |
| Plaintiff, | The Hon. Thomas S. Hixon |
| vs. | Date: August 20, 2026<br>Time: 10:00 AM |
| NEXO CAPITAL INC., | |
| Defendant. | Judge: Hon. Thomas S. Hixon |
| | Courtroom:<br>San Francisco Courthouse<br>Courtroom E – 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

**DECLARATION OF IAN S. SHELTON**

**DECLARATION**

I, Ian S. Shelton, hereby declare as follows:

1.    I am a member in good standing of the Bar of the State of California and the Northern District of California, and I am counsel of record for Defendant Nexo Capital, Inc. ("Nexo"). I have personal knowledge of the facts set forth herein, or have relied on others with such knowledge, and if called as a witness, would testify competently thereto.

2.    I submit this Declaration in support of Defendant's Opposition to Plaintiff's Notice of Motion and Motion for Terminating Sanctions or, in the Alternative, Curative Sanctions Pursuant to Fed. R. Civ. P. 37(E), 37(B), and the Court's Inherent Authority (the "Motion") (Dkt. 135).

**Nexo's Production Efforts**

3.    I have supervised Nexo's production of documents and ESI in this case. I have conferred with Baker McKenzie's e-discovery team which managed discovery for Nexo in this case, and I have reviewed the relevant materials and the information provided is accurate. The tables below reflect Nexo's production to-date.

4.    Nexo ran over 100 agreed search terms in this matter, and because Cress refused to agree to the use of technology-assisted review (TAR 2.0/CAL), Nexo manually reviewed and produced 63,866 responsive documents consisting of 370,488 pages.

5.    Nexo's production in this matter includes, but is not limited to, 34,877 MSG files, 9,482 DOCX files, 8,427 PDF files, 5,624 PNG files (including Slack and other screenshots), 1,975 XLSX files, 1,423 EML files, 494 PPT files, 389 JPG files, 334 TXT files, 287 RSMF files (including Slack), 231 CSV files, 145 ICS files, and many others, as reflected in the following chart:

| Document Extension | Count |
| --- | --- |
| msg | 34877 |
| docx | 9482 |
| pdf | 8427 |
| png | 5624 |
| xlsx | 1975 |
| eml | 1423 |
| pptx | 494 |

-2-

| | |
|---|---|
| jpg | 389 |
| txt | 334 |
| RSMF | 287 |
| csv | 231 |
| ics | 145 |
| jpeg | 46 |
| html | 29 |
| svg | 21 |
| mp4 | 18 |
| tsv | 11 |
| xlsm | 9 |
| vcf | 8 |
| xls | 6 |
| doc | 3 |
| mov | 3 |
| rtf | 3 |
| ai | 2 |
| dat | 2 |
| key | 2 |
| tiff | 2 |
| bin | 1 |
| crdownload | 1 |
| gif | 1 |
| json | 1 |
| numbers | 1 |
| odp | 1 |
| odt | 1 |
| pages | 1 |
| potx | 1 |
| ppsx | 1 |
| tif | 1 |
| tmp | 1 |
| zip | 1 |

6.      Nexo produced 1,091 documents hitting on Cress-specific terms.

| Term | Hits | Hits with Family |
|---|---|---|
| John Cress | 394 | 405 |
| Cress | 708 | 712 |

-3-

Case No. 3:23-cv-00882-TSH

DECLARATION OF IAN S. SHELTON

| | | |
|---|---|---|
| JTC | 18 | 19 |
| 432896 | 21 | 22 |
| #432896 | 21 | 22 |
| Джон Крес | 1 | 1 |
| Крес | 1 | 1 |
| 603eec5faed77e2a0a166e27 | 615 | 615 |
| johntcress@gmail.com | 164 | 167 |
| jtc88@hotmail.com | 302 | 330 |
| 415-298-4366 | 46 | 46 |

7. Nexo produced over 8,000 documents that hit on the name of Cress's relationship manager, Hristiyan Hristov.

| Term | Hits | Hits with Family |
|---|---|---|
| Hristiyan | 8644 | 8784 |
| Hristiyan w/3 Hristov | 7945 | 8078 |
| Hristov | 8193 | 8380 |

8. Nexo's document production included 300 Slack documents, including 35 Slack documents relating specifically to Cress.

9. The following chart shows that Nexo preserved and produced Slacks for every OTC transaction and related event in Cress's account:

| Date | Bates | Slack Thread | Slack Description |
|---|---|---|---|
| 03/24/2021 | NEXO-0369737; NEXO-0343960 | payments | Cress accredited investor verification |
| 03/26/2021 | NEXO-0344327; NEXO-0344098 | limits-n-compensations | Cress OTC transaction info |
| 03/26/2021 | NEXO-0369742; NEXO-0344092 | retail-otc-deals | Cress OTC transaction info |
| 03/27/2021 | NEXO-0369742 | retail-otc-deals | Cress OTC transaction info |
| 03/30/2021 | NEXO-0344327; NEXO-0344101 | limits-n-compensations | Cress increase crypto withdrawal limits |
| 03/30/2021 | NEXO-0344326; NEXO-0344094 | retail-otc-deals | Cress OTC transaction info |
| 04/14/2021 | NEXO-0344326; NEXO-0344193 | payments | Cress increase crypto withdrawal limits |
| 04/15/2021 | NEXO-0344326; NEXO-0344039 | payments | Cress OTC transaction info |
| 05/01/2021 | NEXO-0344325; | limits-n- | Cress increase crypto withdrawal |

-4-

Case No. 3:23-cv-00882-TSH

DECLARATION OF IAN S. SHELTON

|  | NEXO-0344104 | compensations | limits |
|---|---|---|---|
| 05/03/2021 | NEXO-0344325; NEXO-0247810 | retail-otc-deals | Cress OTC transaction info |
| 06/08/2021 | NEXO-0248511; NEXO-0344120 | cs_general | Cress related Slack communication |
| 06/10/2021 | NEXO-0248511 | cs_general | Cress related Slack communication |
| 06/11/2021 | NEXO-0248511; NEXO-0344136 | cs_general | Cress related Slack communication |
| 06/30/2021 | NEXO-0344107 | limits-n-compensations | Cress increase crypto withdrawal limits |
| 07/03/2021 | NEXO-0344111 | limits-n-compensations | Cress increase crypto withdrawal limits |
| 07/04/2021 | NEXO-0344114 | limits-n-compensations | Cress OTC transaction info |
| 09/09/2021 | NEXO-0248512; NEXO-0344148 | cs_general | Cress email change |
| 09/10/2022 | NEXO-0344158 | platform-bugs | Cress related Slack communication |

10.    Nexo's production includes hundreds or thousands of hits on terms including "Dedicated Relationship Manager," "Form D," "506(c)," "liquidation relief program," "OTC desk," "OTC Services," "OTC team," "priority support," VIP Relationship Program," "Liquidation Relief Agreement," "SEC or S.E.C.," and various connectors and limiters seeking documents concerning accredited investors, liquidations, the Nexo Token, securities issues, and the VIP program brochure. The following "hit count" reflects hits on certain agreed search terms in Nexo's production:

| Term | Hits | Hits with Family |
|---|---|---|
| "2 hours" w/10 "24/7" | 494 | 1266 |
| "2 hours, 24/7" | 123 | 312 |
| "506(c)" | 136 | 337 |
| "balance sheet" | 1414 | 1705 |
| "California Commissioner of Financial Protection and Innovation" | 44 | 79 |
| "California Department of Business Oversight" | 74 | 89 |
| "cap* table" | 21 | 23 |
| "CCFPI" | 1 | 1 |
| "Cryptocurrency purchase agreement" | 114 | 134 |
| "Dedicated Relationship Manager" | 3180 | 4117 |
| "Direct phone number availability" | 495 | 1268 |

Case No. 3:23-cv-00882-TSH

DECLARATION OF IAN S. SHELTON

| | | |
|---|---|---|
| "Direct phone" | 1199 | 1951 |
| "Email SLA" | 503 | 1275 |
| "Form D" | 71 | 116 |
| "liquidation relief program" | 5991 | 6901 |
| "Matter of hours" | 505 | 1277 |
| "OTC desk" | 14498 | 15959 |
| "OTC Services" | 4203 | 5537 |
| "OTC team" | 2340 | 3010 |
| "priority customer support" | 144 | 333 |
| "priority support" | 1276 | 2126 |
| "VIP Relationship Program" | 6624 | 7620 |
| #432896 | 21 | 22 |
| (Hristyan OR Hristov) w/10 (comp* OR bonus* OR payment* OR incentive*) | 464 | 596 |
| (NEXO w/5 Token*) w/10 securit* | 1558 | 1941 |
| (Over w/3 counter) w/5 (service* OR rate* OR team* OR desk) | 346 | 575 |
| (SEC or S.E.C.) w/10 (regist* OR enforc* OR investig*) | 2251 | 2547 |
| (Ликвидиране* OR Ликвидация*) w/10 (плащане* OR компенсация* OR възстановяване* OR политика* OR практика* OR ръководство* OR набор* OR обяснение OR обяснение* OR заблуда* OR заблуждаване OR измамен OR измама* OR откупуване* OR закупуване* OR фалшив* OR из) | 0 | 0 |
| (Християн OR Христов) w/10 (компенсация* OR бонус* OR плащане* OR стимул*) | 0 | 0 |
| (ценна книга OR ценни книжа*) w/5 (нерегистриран OR регистрирай* OR регистрация OR измама*) | 0 | 0 |
| *fraud* w/10 (borrow* OR lend* OR loan OR liquidat* OR purchase* OR NEXO OR VIP) | 2955 | 3403 |
| "Liquidation Relief Agreement" | 2425 | 2542 |
| "LRA" | 217 | 241 |
| "Директна телефонна връзка" | 0 | 0 |
| "Извънбордови бюра" (нерегулирани) | 0 | 0 |
| "приоритетна подкрепа" | 0 | 0 |
| "Програма за ВИП Връзки" | 0 | 0 |
| "Програма за подпомагане при ликвидация" | 0 | 0 |
| "Специализиран мениджър по Връзките" | 0 | 0 |
| 0xb62132e35a6c13ee1ee0f84dc5d40bad8d815206 | 241 | 266 |
| 415-298-4366 | 46 | 46 |
| 432896 | 21 | 22 |

-6-

DECLARATION OF IAN S. SHELTON

| | | |
|---|---:|---:|
| 603eec5faed77e2a0a166e27 | 615 | 615 |
| Accredited w/10 (investor* OR buyer* OR purchaser*) | 3325 | 4369 |
| Audit* w/5 NEXO | 2030 | 2677 |
| board w/5 minutes | 66 | 209 |
| board w/5 presentation | 3 | 3 |
| California w/10 financ* | 1007 | 1224 |
| California w/10 protection | 547 | 703 |
| CDC OR C.D.C. OR "California Division of Corporations" | 330 | 331 |
| Collateral w/10 (interest w/10 (earn OR credit)) | 2702 | 2886 |
| complaint w/5 (VIP OR LRP OR "liquidation relief" OR "recover") | 9 | 9 |
| Cress | 708 | 712 |
| Department w/5 justice | 173 | 184 |
| Doc w/5 (retention OR destr* OR delet*) | 12 | 17 |
| DOJ OR D.O.J. | 127 | 133 |
| Exempt* w/5 (Offer* OR security* or sale* or transact*) | 327 | 582 |
| FBI OR F.B.I. | 579 | 603 |
| Financial w/5 statement | 474 | 758 |
| FINRA OR F.I.N.R.A. OR "Financial Industry Regulatory Authority" | 188 | 282 |
| Flash w/5 crash | 339 | 446 |
| Induc* w/10 (borrow* OR lend* OR loan OR liquidat* OR purchase* OR NEXO OR VIP) | 300 | 423 |
| Institutional w/5 rates | 689 | 1485 |
| investigation w/5 (VIP OR LRP OR "liquidation relief" OR "recover") | 4 | 4 |
| John Cress | 394 | 405 |
| johntcress@gmail.com | 164 | 167 |
| JTC | 18 | 19 |
| jtc88@hotmail.com | 302 | 330 |
| Liquidat* w/10 (payment* OR compensat* OR reimburs* OR polic* OR practice* OR guide* OR set* OR explain OR explan* OR mislead* OR misled OR deceptive OR deceive* OR repurchase* OR purchas* OR fals* OR trick* OR fak* OR "not real" OR case OR support) | 6145 | 6959 |
| Liquidat* w/10 (Relief OR program* OR insurance OR recover*) | 9361 | 10423 |
| Liquidat* w/3 Agreement | 2451 | 2584 |
| LRP | 63 | 70 |
| LTV w/5 (polic* OR practice OR guide OR set*) | 291 | 302 |
| Market w/5 crash | 1123 | 2068 |
| NEXO w/10 dividend | 4204 | 5001 |

Case No. 3:23-cv-00882-TSH

DECLARATION OF IAN S. SHELTON

| | | |
|---|---|---|
| NEXO w/10 liqudat* | 723 | 724 |
| NEXO w/10 profit | 2736 | 3644 |
| NEXO w/5 ("ICO" OR "I.C.O." OR initial) | 1995 | 2421 |
| NEXO w/5 (government* OR gov*) | 5630 | 7372 |
| NEXO w/5 (нерегистриран OR регистрирай* OR регистрация OR измама*) | 16 | 16 |
| NEXO w/5 allocate* | 617 | 859 |
| NEXO w/5 genesis | 208 | 209 |
| NEXO w/5 hodl | 1237 | 1312 |
| NEXO w/5 hold | 5171 | 6320 |
| NEXO w/5 invest* | 9477 | 11360 |
| NEXO w/5 investor* | 3723 | 4448 |
| NEXO w/5 regulat* | 6036 | 7993 |
| NEXO w/5 volatil* | 1476 | 1825 |
| NYDFS OR N.Y.D.F.S. OR "New York Department of Financial Services" | 117 | 162 |
| OTC w/5 rate* | 427 | 633 |
| projection w/10 financ* | 19 | 21 |
| Record* w/10 (polic* OR retention OR destr* OR delet*) | 625 | 1045 |
| Recover | 7479 | 8857 |
| Relief | 12256 | 13768 |
| Repurchase w/5 (token* OR crypto* OR asset OR collateral) | 692 | 700 |
| response w/10 "24/7" | 505 | 1277 |
| SEC OR S.E.C. | 6302 | 7619 |
| Securit* w/5 (Unregistered OR register* OR registration OR fraud*) | 1822 | 2495 |
| Securities w/5 (Exchange OR Commission) | 2089 | 3322 |
| Shulev w/10 (comp* OR bonus* OR payment* OR incentive*) | 58 | 58 |
| Trenchev w/10 (comp* OR bonus* OR payment* OR incentive*) | 1415 | 2267 |
| Unaccredited w/10 (investor* OR buyer* OR purchaser*) | 2 | 2 |
| VIP w/5 (Program* OR relationship OR brochure*) | 18180 | 19221 |
| VIP w/5 benefit* | 326 | 374 |
| Whitepaper | 2441 | 2744 |
| ВИП w/5 (Програма* OR връзка OR брошура*) | 0 | 0 |
| Джон Крес | 1 | 1 |
| Записване* w/10 (политика* OR задържане OR унищожаване* OR изтриване*) | 0 | 0 |
| Извънбордова w/5 ставка* | 0 | 0 |
| Институционален w/5 ставки | 0 | 0 |

-8-

DECLARATION OF IAN S. SHELTON

| Крес | 1 | 1 |
|---|---|---|
| Ликвидация* OR Ликвидиране w/10 (облекчение OR програма* OR застраховка OR възстановяване*) | 0 | 0 |
| ЛРА | 0 | 0 |
| Откупуване w/5 ( жетон* OR крипто* OR актив OR обезпечение) | 0 | 0 |
| ППЛ OR PPL | 308 | 344 |
| Споразумение за покупка на криптовалута | 0 | 0 |
| съвет w/5 минути | 0 | 0 |

11. Cress has produced 1,708 documents consisting of 19,562 pages

**Cress's Allegations Regarding Kalin Metodiev**

12. Cress did not identify Kalin Metodiev as a person with knowledge of relevant facts in his Initial Disclosures (dated September 9, 2024); or in his First Amended Initial Disclosures (dated June 17, 2025); or in his Second Amended Initial Disclosures (dated April 3, 2026). He first identified him as a person with knowledge of relevant facts on June 29, 2026 in his Third Amended Initial Disclosures.

**Nexo's Exhibits**

13. Attached as Exhibit 1 is a true and accurate excerpt of Nexo's June 6, 2026 Omnibus Second Amended Response to Interrogatories produced in this matter.

14. Attached as Exhibit 2 is a true and accurate copy of a document produced in this matter by Plaintiff at Bates number CRESS-00000692. Because Cress has designated Exhibit 2 as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

15. Attached as Exhibit 3 is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0003441.

16. Attached as Exhibit 4 is a true and accurate copy of a document produced in this matter by Plaintiff at Bates number CRESS-00012575. Because Cress has designated Exhibit 4 as confidential under the Protective Order, and has not approved its public filing as of the date of this

-9-

Case No. 3:23-cv-00882-TSH

DECLARATION OF IAN S. SHELTON

declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

17.    Attached as Exhibit 5 is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0370459.

18.    Attached as Exhibit 6 is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-00002095.

19.    Attached as Exhibit 7 is a true and accurate copy of the Expert Report of Nexo's expert, David Greetham.

20.    Attached as Exhibit 8 is a true and accurate copy of excerpts from the certified transcript of the deposition of Antoni Trenchev, Volume I, dated April 1, 2026.

21.    Attached as Exhibit 9 is a true and accurate copy of excerpts from the certified transcript of the deposition of Cress's expert, Michael Kunkel, dated June 9, 2026. Because Cress has designated the certified transcript as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

22.    Attached as Exhibit 10 is a true and accurate copy of a March 4, 2026 Correspondence and Production Transmittal of NEXO-0345104 - NEXO-0369387.

23.    Attached as Exhibit 11 is a true and accurate copy of excerpts from the certified transcript of the deposition of Yasen Damyanov, dated June 19, 2026.

24.    Attached as Exhibit 12 is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0344325.

25.    Attached as Exhibit 13 is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0344326.

26.    Attached as Exhibit 14 is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0369733.

27.    Attached as Exhibit 15 is a true and accurate copy of excerpts from the certified transcript of the deposition of Kosta Kantchev, dated June 17, 2026.

-10-

28.     Attached as Exhibit 16 is a true and accurate copy of Cress's June 24, 2026 Meet and Confer Letter.

29.     Attached as Exhibit 17 is a true and accurate copy of Nexo's June 26, 2026 Response to Meet and Confer Letter.

30.     Attached as Exhibit 18 is a true and accurate excerpt of Cress's Ninth Set of Request for Production dated May 29, 2025. Because Cress has designated his discovery confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

31.     Attached as Exhibit 19 is a true and accurate copy of Docket No. 84 in *Jeong v. Nexo Capital, Inc.*, Case No. 21-cv-02392-BLF, Order Granting Nexo's Motion to Dismiss and/or Strike Class Allegations.

32.     Attached as Exhibit 20 is a true and accurate copy of Docket No. 71 in *Jeong v. Nexo Capital, Inc.*, Case No. 21-cv-02392-BLF, Jeong's Third Amended Complaint.

33.     Attached as Exhibit 21 is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0017263.

34.     Attached as Exhibit 22 is a true and accurate excerpt of Cress's May 29, 2025, Response and Objections to Defendant's Second Set of Interrogatories. Because Cress has designated his responses to interrogatories as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

35.     Attached as Exhibit 23 is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0003125.

36.     Attached as Exhibit 24 is a true and accurate copy of a document produced in this matter by Cress at Bates number CRESS-00001134. Because Cress has designated Exhibit 24 as confidential under the Protective Order, and has not approved its public filing as of the date of this

declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

37.    Attached as Exhibit 25 is a true and accurate copy of a document produced in this matter by Cress at Bates number CRESS-00001707. Because Cress has designated Exhibit 25 as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

38.    Attached as Exhibit 26 is a true and accurate copy of excerpts from the certified transcript of the deposition of John Cress, dated April 10, 2026. Because Cress has designated his certified transcript as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

39.    Attached as Exhibit 27 is a true and accurate copy of a document produced in this matter by Nexo at Bates number NEXO-0003341.

40.    Attached as Exhibit 28 is a true and accurate copy of a document produced in this matter by Cress at Bates number CRESS-00013030. Because Cress has designated Exhibit 28 as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

41.    Attached as Exhibit 29 is a true and accurate copy of excerpts from Nexo's Responses to Cress's Interrogatory No. 24, served on June 10, 2026.

42.    Cress attached Exhibit 46 to his Motion, a meet-and-confer letter from the undersigned dated January 30, 2026. Dkt. 135-48. Based on personal knowledge and information obtained from Baker McKenzie's e-discovery team, the undersigned understands the information in that letter was true and correct as of the date it was sent.

Case No. 3:23-cv-00882-TSH

DECLARATION OF IAN S. SHELTON

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: July 27, 2026

/s/ Ian S. Shelton
Ian S. Shelton

-13-

Case No. 3:23-cv-00882-TSH

DECLARATION OF IAN S. SHELTON