# EXHIBIT 1

1

Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5000
Fax: (713) 427-5067

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN CRESS,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEXO CAPITAL INC.<br><br>    Defendant. | CASE NO. 3:23-cv-00882-TSH<br><br>**DEFENDANT'S SECOND OMNIBUS AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFF'S INTERROGATORIES**<br><br>**DESIGNATED AS <u>CONFIDENTIAL</u> UNDER THE PROTECTIVE ORDER** |

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Nexo Capital, Inc. ("Defendant" or "Nexo"), by and through its attorneys, hereby submits its second omnibus amended objections and responses to Plaintiff's Interrogatories, as set forth below.

**Response:** Defendant objects to this Request as overbroad, unduly burdensome, not proportional to the needs of the case, and seeking information not relevant to the claims and defenses. The Request, as drafted, seeks every instance of a reversal, halt, or restitution related to any "liquidation event" for any customer across the entire company, and further seeks a narrative justification for each instance. Compliance would require extensive multi-system searches and manual validation, implicating confidential, proprietary processes and non-party customer PII. More to the point, the liquidation of Nexo's customers assets is irrelevant to the claims and defenses, as this case concerns the liquidation of Cress's assets for which Nexo has already provided significant discovery.

Subject thereto, Defendant will not provide a response to this Interrogatory.

**INTERROGATORY NO. 21:**

Identify all internal Communications (including emails, Slack messages, CRM notes, or chat logs) generated by You, Hristov, or the Board between March 1, 2021, and October 1, 2021, that concern: (a) Plaintiff's OTC purchases, (b) Plaintiff's account status, LTV, or risk of liquidation; (c) Plaintiff's requests for assistance or relief; (d) the decision to liquidate Plaintiff's assets, and (e) whether to provide Plaintiff with liquidation relief or otherwise halt, reverse, or provide restitution for Plaintiff's liquidations.

**Response:** The Interrogatory is impermissibly compound and contains numerous discrete sub-parts requesting identification of all internal communications over a seven-month period concerning at least five separate topics: (i) OTC purchases, (ii) account-level LTV and liquidation risk, (iii) requests for assistance or relief, (iv) liquidation decisions, and (v) post-liquidation relief or reversal considerations. Each of these categories seeks independent information and requires separate searches across different custodians, systems, and subject matters. The Interrogatory therefore exceeds the numerical limits of Rule 33(a)(1) and improperly aggregates multiple interrogatories into a single question. The Interrogatory is also overly broad and unduly burdensome. It seeks "all internal Communications" (emails, Slack, CRM notes, chat logs, etc.) involving "You, Hristov, or the Board" concerning a broad list of topics across a seven-month period. The request to "identify all internal Communications," including emails, Slack messages, CRM notes, and chat

logs, is effectively a document request disguised as an interrogatory. Identification of documents must be sought through Rule 34, not Rule 33. Furthermore, the search terms proposed by Cress and performed by Nexo included a search of Nexo's databases for all Communications including the name "Cress" so this information has already been provided to Plaintiff in Nexo's document production. Plaintiff is then free to ask the custodians of those documents questions about them at deposition. Using an interrogatory to force narrative summaries of communications is inefficient, burdensome, and duplicative. To the extent Plaintiff seeks Board-level communications, informal communications, ephemeral Slack messages not retained in the ordinary course, or communications stored in systems maintained by third parties, the Interrogatory improperly seeks information outside Defendant's possession, custody, or control. The Interrogatory's sweeping request for all communications by multiple custodians across a seven-month period on multiple subjects is not proportional to the needs of the case, particularly where Plaintiff possesses his own account data and already has access to the primary events at issue.

Defendant will not provide narrative descriptions of documents or communications already located within its production. However, subject to the foregoing objections, Defendant points Plaintiff to the following documents: NEXO-0003120, NEXO-0003604, NEXO-0003366,NEXO-0003461, NEXO-0003532, NEXO-0003548, NEXO-0003553, NEXO-0003554, NEXO-0003555, NEXO-0003564, NEXO-0003595, NEXO-0003602, NEXO-0003645, NEXO-0003604, NEXO-0017271, NEXO-0017385, NEXO-0017404, NEXO-0017404, NEXO-0017469. Defendant also points Plaintiff to the Bates numbered documents referenced in **Exhibit 2** related to Plaintiff's OTC purchases and liquidations.

**INTERROGATORY NO. 22:**

Identify each wallet address, hot wallet, cold wallet, smart contract address, or custodial account (on-chain or off-chain) that ever held, received, transferred, or otherwise controlled any portion of Plaintiff's assets (including fiat, cryptocurrency, or tokenized assets). For each such address or account, state: (a) the dates during which Plaintiff's assets were present; (b) the amounts and asset types transferred in and out; (c) the counterparties for each transfer (including exchange,

39

DATED:   June 26, 2026

By */s/ Ian S. Shelton*
Ian S. Shelton

Attorneys for Defendant
Nexo Capital Inc.

**PROOF OF SERVICE**

On June 26, 2026, I served true copies of the following document(s) described as **DEFENDANT'S SECOND OMNIBUS OBJECTIONS AND RESPONSES TO PLAINTIFF'S INTERROGATORIES** on the interested parties in this action as follows:

James Taylor-Copeland
james@taylorcopelandlaw.com
Max Ambrose
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimile: 619-566-4341

**E-MAIL.** I caused to be served the above-referenced document by electronic mail.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

DATED  June 26, 2026

By */s/ Ian S. Shelton*
Ian S. Shelton

Attorneys for Defendant
Nexo Capital Inc.

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Transaction | Type | Input Currency | Input Amount | Output Currency | Output Amount | USD Equivalent | Details | Date / Time | Bates |
| 2 | OTC 1 | OTC | USDT | 4115828 | BTC | 74.441 | $4,115,828.00 | OTC USDT to BTC | 3/27/2021 | NEXO-0002705, CRESS-00000034, NEXO-000364, NEXO-0003449, NEXO-0248377, NEXO-0344327 (Slack), NEXO-0369736 (Slack), NEXO-0369737 (Slack), NEXO-0369741 (Slack), NEXO-0369742 (Slack), NEXO-0344092 (Slack) |
| 3 | OTC 1 | OTC | USDT | 1281795 | NEXO | 481878 | $1,281,795.00 | OTC USDT to NEXO | 3/27/2021 | NEXO-0002705, CRESS-0000002; NEXO-0003449, NEXO-0248377, NEXO-0344327 (Slack), NEXO-0369736 (Slack), NEXO-0369737 (Slack), NEXO-0369741 (Slack), NEXO-0369742 (Slack), NEXO-0344092 (Slack) |
| 4 | OTC 2 | OTC | USDT | 2801361 | BTC | 47.3227 | $2,801,361.00 | OTC USDT to BTC | 4/1/2021 | NEXO-0002705, CRESS-00000027, NEXO-0003446, NEXO-0344327, NEXO-0248370, NEXO-0344326 (Slack), NEXO-0344327 (Slack), NEXO-0369735 (Slack), NEXO-0369736 (Slack), NEXO-0369737 (Slack), NEXO-0369741 (Slack), NEXO-0344094 (Slack) |
| 5 | OTC 2 | OTC | USDT | 1499907 | NEXO | 530190 | $1,499,907.00 | OTC USDT to NEXO | 4/1/2021 | NEXO-0002705, CRESS-00000034, NEXO-0003447, NEXO-0344327, NEXO-0248370, NEXO-0344326 (Slack), NEXO-0344327 (Slack), NEXO-0369735 (Slack), NEXO-0369736 (Slack), NEXO-0369737 (Slack), NEXO-0369741 (Slack), NEXO-0344094 (Slack) |
| 6 | OTC 3 | OTC | USDT | 1799903 | BTC | 28.378 | $1,799,903.00 | OTC USDT to BTC | 4/16/2021 | NEXO-0002705, CRESS-00000034, NEXO-0003447, NEXO-0248348, NEXO-0344326 (Slack), NEXO-0369734 (Slack), NEXO-0369735 (Slack), NEXO-0369736 (Slack), NEXO-0369740 (Slack), NEXO-0344242 (Slack) |
| 7 | OTC 3 | OTC | USDT | 349984 | NEXO | 91715 | $349,984.00 | OTC USDT to NEXO | 4/16/2021 | NEXO-0002705, CRESS-00000034, NEXO-0003445, NEXO-0248348, NEXO-0344326 (Slack), NEXO-0369734 (Slack), NEXO-0369735 (Slack), NEXO-0369736 (Slack), NEXO-0369740 (Slack), NEXO-0344242 (Slack) |
| 8 | OTC 4 | OTC | USDT | 999999 | ETH | 312.1487 | $999,999.00 | OTC USDT to ETH | 5/3/2021 | NEXO-0002705, CRESS-00000034, NEXO-0003604, NEXO-0003442, NEXO-0247810, NEXO-0248326, NEXO-0344325 (Slack), NEXO-0344326 (Slack), NEXO-0369734 (Slack), NEXO-0369735 (Slack), NEXO-0369740 (Slack) |
| 9 | NXT3gQqQ8dNXzO7wjwGWVSwaq | Liquidation | USDT | -262.31 | USDT | 0 | $262.26 | approved / Sell | 5/19/2021 15:11 | NEXO-0002705 |
| 10 | NXT5jZv1gpkdODM3CeQT4aW7F | ForcedRepayment | USD | 260.1761501 | USD | 0 | $260.18 | approved / Crypto Repayment | 5/19/2021 15:47 | NEXO-0002705 |
| 11 | NXT1g2ugRZqfngVBUTLmhU1YV | Liquidation | USDT | -0.0097841 | USDT | 0 | $0.01 | approved / Sell | 5/23/2021 18:07 | NEXO-0002705 |
| 12 | NXT1mo4v1rhCgmI4ZETMmfKDM | ForcedRepayment | USD | 0.00969443 | USD | 0 | $0.01 | approved / Crypto Repayment | 5/23/2021 18:08 | NEXO-0002705 |
| 13 | NXT7cMocTWIxJY6KqBNiQ3wfo | Liquidation | USDC | -1004696.22 | USDC | 0 | $1,005,068.96 | approved / Sell | 5/23/2021 18:09 | NEXO-0002705 |
| 14 | NXT4PfmOOZE837JeRfUXMua6N | ForcedRepayment | USD | 995018.2727 | USD | 0 | $995,018.27 | approved / Crypto Repayment | 5/23/2021 18:09 | NEXO-0002705 |
| 15 | NXT53Cl8XYqa6B6fLJJKsUwp | Liquidation | USDC | -0.00120693 | USDC | 0 | $0.00 | approved / Sell | 5/23/2021 18:10 | NEXO-0002705 |
| 16 | NXT1DdE33k6kX5v99wvnmgZuc | ForcedRepayment | USD | 0.00119553 | USD | 0 | $0.00 | approved / Crypto Repayment | 5/23/2021 18:11 | NEXO-0002705 |
| 17 | NXT2KUndUgMLuQWvgSEeUPawq | Liquidation | BTC | -10 | BTC | 0 | $324,636.07 | approved / Sell | 5/23/2021 18:14 | NEXO-0002705 |
| 18 | NXTm9dyK3hpAc7DIwr9Q23nR | ForcedRepayment | USD | 309609.442 | USD | 0 | $309,609.44 | approved / Crypto Repayment | 5/23/2021 18:24 | NEXO-0002705 |
| 19 | NXT2DSTcSiGbT8QJJdpouakPd | Liquidation | BTC | -10 | BTC | 0 | $323,495.20 | approved / Sell | 5/23/2021 18:24 | NEXO-0002705 |
| 20 | NXT1ZKke6CbEBORqdG96wD1zY | ForcedRepayment | USD | 315684.6162 | USD | 0 | $315,684.62 | approved / Crypto Repayment | 5/23/2021 19:32 | NEXO-0002705 |
| 21 | NXT1wmKoR3U3MeckGqJXJPEpP | Liquidation | BTC | -1.515295 | BTC | 0 | $48,508.80 | approved / Sell | 5/23/2021 20:09 | NEXO-0002705 |
| 22 | NXT1PwbRQZbVlw8GhdhMTI6oS | ForcedRepayment | USD | 46999.45008 | USD | 0 | $46,999.45 | approved / Crypto Repayment | 5/23/2021 20:09 | NEXO-0002705 |
| 23 | NXT1i77xKPQTRVcgbWV3448N7 | Liquidation | BTC | -0.011762 | BTC | 0 | $376.53 | approved / Sell | 5/23/2021 20:10 | NEXO-0002705 |
| 24 | NXT5QcMGcmQ31j092u9IoeDOi | ForcedRepayment | USD | 362.494899 | USD | 0 | $362.49 | approved / Crypto Repayment | 5/23/2021 20:10 | NEXO-0002705 |
| 25 | NXT5NuauwK4lOCOhfoRMaoSjG | Liquidation | BTC | -12.006403 | BTC | 0 | $386,410.03 | approved / Sell | 6/21/2021 13:09 | NEXO-0002705 |
| 26 | NXT3LjmJe5hw5Lyy3YKQBAqqC | ForcedRepayment | USD | 373693.3788 | USD | 0 | $373,693.38 | approved / Crypto Repayment | 6/21/2021 13:10 | NEXO-0002705 |
| 27 | NXT6Fi5My1MwyDWkkTTTfGhFo | Liquidation | BTC | -12.006403 | BTC | 0 | $384,417.39 | approved / Sell | 6/21/2021 13:24 | NEXO-0002705 |
| 28 | NXT6xicAdWa67IcBDlI0iBfjz | ForcedRepayment | USD | 369488.8321 | USD | 0 | $369,488.83 | approved / Crypto Repayment | 6/21/2021 13:24 | NEXO-0002705 |
| 29 | NXTZymUzfArtHSlaFXq0RJcm | Liquidation | BTC | -12.006403 | BTC | 0 | $383,037.82 | approved / Sell | 6/21/2021 13:26 | NEXO-0002705 |
| 30 | NXT6BXeHXmpPEMG0iL9dICCUD | ForcedRepayment | USD | 368627.7273 | USD | 0 | $368,627.73 | approved / Crypto Repayment | 6/21/2021 13:26 | NEXO-0002705 |
| 31 | NXT3sBXCcHAvv4H3imbyMP3ef | Liquidation | BTC | -12.006403 | BTC | 0 | $381,761.60 | approved / Sell | 6/21/2021 13:27 | NEXO-0002705 |
| 32 | NXT6eEOotvCAXedtghYGZaIN0 | ForcedRepayment | USD | 370085.8142 | USD | 0 | $370,085.81 | approved / Crypto Repayment | 6/21/2021 13:28 | NEXO-0002705 |
| 33 | NXT7Ezpi3No5lI4w4UdK5Uybf | Liquidation | BTC | -12.006403 | BTC | 0 | $378,950.10 | approved / Sell | 6/21/2021 23:48 | NEXO-0002705 |
| 34 | NXT1eHpiFJGadkYl2dC7yVyuR | ForcedRepayment | USD | 366767.4654 | USD | 0 | $366,767.47 | approved / Crypto Repayment | 6/21/2021 23:48 | NEXO-0002705 |
| 35 | NXT53oEmbf16I6Lujv8icGmrH | Liquidation | BTC | -12.006403 | BTC | 0 | $378,956.36 | approved / Sell | 6/21/2021 23:59 | NEXO-0002705 |
| 36 | NXT5uc3R7L5UOLggqf5fuaXpa | ForcedRepayment | USD | 366100.1395 | USD | 0 | $366,100.14 | approved / Crypto Repayment | 6/21/2021 23:59 | NEXO-0002705 |
| 37 | NXT3mDaH31ChCCc0x6lmDpVxo | Liquidation | BTC | -12.006403 | BTC | 0 | $377,343.72 | approved / Sell | 6/22/2021 0:57 | NEXO-0002705 |
| 38 | NXT5mQ7Jmf2yAJhDvM74Wi0KO | ForcedRepayment | USD | 364129.3922 | USD | 0 | $364,129.39 | approved / Crypto Repayment | 6/22/2021 0:58 | NEXO-0002705 |
| 39 | NXT6V8888A7eDb1wtGY0fiztE | Liquidation | BTC | -12.006403 | BTC | 0 | $375,646.30 | approved / Sell | 6/22/2021 2:21 | NEXO-0002705 |
| 40 | NXT5Glzg1QKkaegZY2fpI0ZPK | ForcedRepayment | USD | 363002.799 | USD | 0 | $363,002.80 | approved / Crypto Repayment | 6/22/2021 2:21 | NEXO-0002705 |
| 41 | NXT5ISxS0wSCG9dAHuPZuYKn2 | Liquidation | BTC | -12.006403 | BTC | 0 | $375,930.18 | approved / Sell | 6/22/2021 13:57 | NEXO-0002705 |
| 42 | NXTY3H9e5jxE4ZA5vkbdViOZ | ForcedRepayment | USD | 364237.0613 | USD | 0 | $364,237.06 | approved / Crypto Repayment | 6/22/2021 13:57 | NEXO-0002705 |
| 43 | NXT4xK0xoSa0kplz4UXndNnZX | Liquidation | BTC | -12.006403 | BTC | 0 | $370,990.35 | approved / Sell | 6/22/2021 14:03 | NEXO-0002705 |
| 44 | NXT6UwnfH3Ek38C3e3LWPlvfK | ForcedRepayment | USD | 355167.5825 | USD | 0 | $355,167.58 | approved / Crypto Repayment | 6/22/2021 14:03 | NEXO-0002705 |
| 45 | NXT1JOBHDs3zqW30FiBwmiJWy | Liquidation | BTC | -12.006403 | BTC | 0 | $369,072.85 | approved / Sell | 6/22/2021 14:04 | NEXO-0002705 |
| 46 | NXTfhbIzwfH8HoB1T9LPu6dB | ForcedRepayment | USD | 355128.9986 | USD | 0 | $355,129.00 | approved / Crypto Repayment | 6/22/2021 14:04 | NEXO-0002705 |
| 47 | NXTte1hBRQEChmFzVpIdKEoL | Liquidation | BTC | -12.006403 | BTC | 0 | $367,732.07 | approved / Sell | 6/22/2021 14:06 | NEXO-0002705 |
| 48 | NXT2JhueFFK8GeP6RtqMyY9PE | ForcedRepayment | USD | 352996.2719 | USD | 0 | $352,996.27 | approved / Crypto Repayment | 6/22/2021 14:06 | NEXO-0002705 |
| 49 | NXT4JnJR8X2VloVUZCOHhSF77 | Liquidation | BTC | -12.006403 | BTC | 0 | $366,129.83 | approved / Sell | 6/22/2021 14:09 | NEXO-0002705 |
| 50 | NXT5H7zZhTzgezhmxjOCscqFs | ForcedRepayment | USD | 353453.1413 | USD | 0 | $353,453.14 | approved / Crypto Repayment | 6/22/2021 14:10 | NEXO-0002705 |
| 51 | NXT4vKjYQ6tPbUiZwnRaUqVXJ | Liquidation | BTC | -12.006403 | BTC | 0 | $364,418.74 | approved / Sell | 6/22/2021 14:15 | NEXO-0002705 |
| 52 | NXT11ZidpD4mnTClbz9GzY7lI | ForcedRepayment | USD | 350478.3212 | USD | 0 | $350,478.32 | approved / Crypto Repayment | 6/22/2021 14:15 | NEXO-0002705 |
| 53 | NXT7LhKK9I970gg18ZVo56gxb | Liquidation | BTC | -12.006403 | BTC | 0 | $362,816.30 | approved / Sell | 6/22/2021 14:17 | NEXO-0002705 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | NXT2clrW4QN4UX4UeSM97skGs | ForcedRepayment | USD | 353731.4834 | USD | 0 | $353,731.48 | approved / Crypto Repayment | 6/22/2021 14:17 | NEXO-0002705 |
| 55 | NXTho0BVsj7esd8P3aatNNFc | Liquidation | BTC | -12.006403 | BTC | 0 | $359,314.32 | approved / Sell | 6/22/2021 14:27 | NEXO-0002705 |
| 56 | NXT6Fkk1ukMBqMaxpNW0jkW8y | ForcedRepayment | USD | 344833.8031 | USD | 0 | $344,833.80 | approved / Crypto Repayment | 6/22/2021 14:28 | NEXO-0002705 |
| 57 | NXT2B0cD9BMDTFh4EJueGCSpx | Liquidation | BTC | -12.006403 | BTC | 0 | $358,921.50 | approved / Sell | 6/22/2021 14:37 | NEXO-0002705 |
| 58 | NXT7VtSQRXa5iaYf61654B7yO | ForcedRepayment | USD | 348048.4858 | USD | 0 | $348,048.49 | approved / Crypto Repayment | 6/22/2021 14:37 | NEXO-0002705 |
| 59 | NXT7FVkzamGkudNqHKKFr9Cwz | Liquidation | BTC | -12.006403 | BTC | 0 | $356,325.28 | approved / Sell | 6/22/2021 14:42 | NEXO-0002705 |
| 60 | NXT7FRB6wdBcCZM2HPlfuwBBE | ForcedRepayment | USD | 344777.0917 | USD | 0 | $344,777.09 | approved / Crypto Repayment | 6/22/2021 14:42 | NEXO-0002705 |
| 61 | NXT6Z61ToMh0cX7cmra7BRz54 | Liquidation | BTC | -12.006403 | BTC | 0 | $354,322.48 | approved / Sell | 6/22/2021 14:45 | NEXO-0002705 |
| 62 | NXT3shjdwltQRRNhsl9lMJKJv | ForcedRepayment | USD | 342582.5779 | USD | 0 | $342,582.58 | approved / Crypto Repayment | 6/22/2021 14:47 | NEXO-0002705 |
| 63 | NXT2hJ8JnXKWix013Ryb5aGz4 | Liquidation | BTC | -12.006403 | BTC | 0 | $352,718.70 | approved / Sell | 6/22/2021 15:47 | NEXO-0002705 |
| 64 | NXT3Ja1T6R2e6fQlqSO6xd6t3 | ForcedRepayment | USD | 338534.6508 | USD | 0 | $338,534.65 | approved / Crypto Repayment | 6/22/2021 15:48 | NEXO-0002705 |
| 65 | NXTyKRJO1NXzvFJShDInmrJK | Liquidation | BTC | -12.006403 | BTC | 0 | $350,128.45 | approved / Sell | 6/22/2021 15:51 | NEXO-0002705 |
| 66 | NXT4xyRGq2wvn2TcTWiveqRhZ | ForcedRepayment | USD | 335682.1659 | USD | 0 | $335,682.17 | approved / Crypto Repayment | 6/22/2021 15:52 | NEXO-0002705 |
| 67 | NXTStZ0ZBntbOml9wQ9zdWMM | Liquidation | BTC | -12.006403 | BTC | 0 | $348,109.65 | approved / Sell | 6/22/2021 15:55 | NEXO-0002705 |
| 68 | NXT2Bv7taQaW8Kgivsq8hwjHs | ForcedRepayment | USD | 336050.6285 | USD | 0 | $336,050.63 | approved / Crypto Repayment | 6/22/2021 15:56 | NEXO-0002705 |
| 69 | NXT79ekaw2ucfxeKGw5mOT2lM | ManualLiquidation | ETH | -564.2753628 | ETH | 564.2753628 | $1,090,256.32 | approved / Crypto Repayment | 6/23/2021 22:53 | NEXO-0002705 |
| 70 | NXT6Uh2K7DksdQDVz1lZulc2U | Repayment | USD | 1079525.089 | USD | 0 | $1,079,525.09 | approved / Crypto Repayment | 6/23/2021 22:53 | NEXO-0002705 |
| 71 | NXT7UvzwdFbDTw2Ko9TyWZ4LN | ManualLiquidation | BTC | -6.00544383 | BTC | 6.00544383 | $200,235.19 | approved / Crypto Repayment | 6/23/2021 23:53 | NEXO-0002705 |
| 72 | NXT2BhGx3gACALzwzOwpVdQPB | Repayment | USD | 198602.4875 | USD | 0 | $198,602.49 | approved / Crypto Repayment | 6/23/2021 23:53 | NEXO-0002705 |
| 73 | NXT26LVgCHxpO2SsyBI4HkOcb | ManualLiquidation | BTC | -9.00816575 | BTC | 9.00816575 | $300,398.65 | approved / Crypto Repayment | 6/23/2021 23:55 | NEXO-0002705 |
| 74 | NXT7amNdFnYSlkNnDkfNxgC3e | Repayment | USD | 297756.7145 | USD | 0 | $297,756.71 | approved / Crypto Repayment | 6/23/2021 23:55 | NEXO-0002705 |
| 75 | NXT5xyRSkK4ClDnKOUcd6RMt4 | ManualLiquidation | BTC | -9.00816575 | BTC | 9.00816575 | $300,575.15 | approved / Crypto Repayment | 6/23/2021 23:58 | NEXO-0002705 |
| 76 | NXT1CDTdMSFIbmlIDmcihDSWM | Repayment | USD | 297961.9794 | USD | 0 | $297,961.98 | approved / Crypto Repayment | 6/23/2021 23:58 | NEXO-0002705 |
| 77 | NXT697mmRChfWxoLFKfLjLUFX | ManualLiquidation | BTC | -9.00816575 | BTC | 9.00816575 | $300,731.98 | approved / Crypto Repayment | 6/23/2021 23:59 | NEXO-0002705 |
| 78 | NXTWzJTaL6PRekqDyncTfCX5 | Repayment | USD | 298347.314 | USD | 0 | $298,347.31 | approved / Crypto Repayment | 6/23/2021 23:59 | NEXO-0002705 |
| 79 | NXT7FLQaeKGUYuslwytkZ128U | ManualLiquidation | BTC | -9.00816575 | BTC | 9.00816575 | $299,867.60 | approved / Crypto Repayment | 6/24/2021 0:03 | NEXO-0002705 |
| 80 | NXT3V9a7afXZcHm0lcP0C95KK | Repayment | USD | 296490.4154 | USD | 0 | $296,490.42 | approved / Crypto Repayment | 6/24/2021 0:03 | NEXO-0002705 |
| 81 | NXT5h3OuimzL2EOBm55gUv9DV | ManualLiquidation | BTC | -9.00816575 | BTC | 9.00816575 | $300,564.58 | approved / Crypto Repayment | 6/24/2021 0:09 | NEXO-0002705 |
| 82 | NXT8PK7IeSRSyt2XXXbCulSy | Repayment | USD | 298695.3676 | USD | 0 | $298,695.37 | approved / Crypto Repayment | 6/24/2021 0:09 | NEXO-0002705 |
| 83 | NXT2YtElntXmnVmBVw3cOS56Q | ManualLiquidation | BTC | -9.00816575 | BTC | 9.00816575 | $300,839.72 | approved / Crypto Repayment | 6/24/2021 0:11 | NEXO-0002705 |
| 84 | NXT49Dx3Llvife9eXDENQbxTP | Repayment | USD | 298703.1473 | USD | 0 | $298,703.15 | approved / Crypto Repayment | 6/24/2021 0:11 | NEXO-0002705 |
| 85 | NXT1YmX0kKPyH5gVW9LRoDBI | ManualLiquidation | BTC | -9.00816575 | BTC | 9.00816575 | $300,992.03 | approved / Crypto Repayment | 6/24/2021 0:12 | NEXO-0002705 |
| 86 | NXT1qF2znmgJvg5N7L3jMFMMF | Repayment | USD | 298898.7375 | USD | 0 | $298,898.74 | approved / Crypto Repayment | 6/24/2021 0:12 | NEXO-0002705 |
| 87 | NXT5G73MRAuPpoo7eHNKUfXPY | ManualLiquidation | BTC | -9.00816575 | BTC | 9.00816575 | $301,533.84 | approved / Crypto Repayment | 6/24/2021 0:14 | NEXO-0002705 |
| 88 | NXT4ekWtuFBE4Yd6DUjhtA0BN | Repayment | USD | 298862.5318 | USD | 0 | $298,862.53 | approved / Crypto Repayment | 6/24/2021 0:14 | NEXO-0002705 |
| 89 | NXT65YNdsOBshuCtvCmYeh5vq | ManualLiquidation | BTC | -9.00816575 | BTC | 9.00816575 | $301,398.76 | approved / Crypto Repayment | 6/24/2021 0:15 | NEXO-0002705 |
| 90 | NXT5f0VsYJ6kL50yrvnw5dpks | Repayment | USD | 298798.8977 | USD | 0 | $298,798.90 | approved / Crypto Repayment | 6/24/2021 0:16 | NEXO-0002705 |
| 91 | NXT5YWDpsH0NNnaRokAFReOte | ManualLiquidation | BTC | -9.00816575 | BTC | 9.00816575 | $301,550.10 | approved / Crypto Repayment | 6/24/2021 0:17 | NEXO-0002705 |
| 92 | NXT31drglivEuXNodR3qaa1b5 | Repayment | USD | 298312.5655 | USD | 0 | $298,312.57 | approved / Crypto Repayment | 6/24/2021 0:17 | NEXO-0002705 |
| 93 | OTC 5 | OTC | NEXO | 1113498 | USDT | 1597712 | $1,597,712.00 | OTC NEXO to USDT | 6/30/2021 | NEXO-002705, NEXO-0003588, NEXO-0344308, NEXO-0003551, NEXO-0248511 (Slack), NEXO-0248512 (Slack), NEXO-0369738 (Slack), NEXO-0369739 (Slack) |
| 94 | OTC 6 | OTC | USDT | 1598386 | NEXO | 1041157 | $1,598,386.00 | OTC USDT to NEXO | 7/4/2021 | NEXO-002705, NEXO-0003588, NEXO-0248278, NEXO-0248511 (Slack), NEXO-0248512 (Slack), NEXO-0369733 (Slack), NEXO-0369738 (Slack), NEXO-0369739 (Slack), NEXO--0344114 (Slack) |

# **VERIFICATION**

On behalf of Nexo Capital Inc., I declare under penalty of perjury under the laws of the United States, that I have read the Defendant's Second Omnibus Amended Objections and Responses to Plaintiff's Interrogatories, in *Cress v. Nexo Capital Inc*., Case No. 3:23-cv-00882-TSH, and state that the answers are true and correct to the best of my knowledge, information and belief, based upon my personal knowledge of such matters, upon my discussions with persons known or believe by me to have personal knowledge of such matters, or upon my review of documents and records relating to such matters.

On behalf of Nexo Capital Inc.:

Signed by:

*Augustus Greaves*

CF546A9791D8427...

Signature

Augustus Greaves

Name

Director

Title