# EXHIBIT 3

| | |
|---|---|
| **From:** | Octavian Dinca <octavian@nexo.io> |
| **Sent:** | Tue 04/05/2021 11:37:33 AM (UTC) |
| **To:** | John Cress <jtc88@hotmail.com> |
| **Cc:** | Hristiyan Hristov <hristiyan@nexo.io> |
| **Subject:** | Re: Borrowing scenarios |

Hi John,

The OTC purchase took place ~11.30 UTC yesterday. Details below:

- 312.1487 ETH have been bought at 3203.601361 USDT per unit.

The cost per unit above includes the 0.5% cost of execution through the NEXO OTC desk and what the partner OTC desk charged for the transaction which is estimated around ~0.5% as well. Excluding costs, the price would come to - ~3,171.882535 USDT.

Regarding the liquidation price, that would depend on the movement of the different assets in your account. Liquidations will occur if your overall asset values drops below $16,717,399.10 currently. This number will improve after the deposit of the ETH purchase.

I hope this helps clear things up.

Best regards,

**Octavian Dinca**

Relationship Manager

+41 33 533 26 64

**Banking on Crypto**
nexo.io

On Mon, May 3, 2021 at 5:13 PM John Cress <jtc88@hotmail.com> wrote:

Can you please detail the total amount that was spent and the price per token?   Please scroll down to the email from Hristiyan to me on April 16 to see an example how he detailed the totals.

If I'm calculating correctly, I sent $1,000,000 and if that only purchased 312 ETH, that means the price was $3,205 each.   That feels wrong and disappointing since the price of ETH was very far below that since my request and right now ETH is $3,118.   Those numbers seem impossible because ETH never reached a price of $3,205.    I can't be paying more than a price where ETH ever traded.

In addition to the liquidation price, can you please spell out the exact totals purchased and the price per ETH?

John

**From:** Octavian Dinca <octavian@nexo.io>
**Sent:** Monday, May 3, 2021 4:58 AM
**To:** John Cress <jtc88@hotmail.com>; Hristiyan Hristov <hristiyan@nexo.io>
**Subject:** Re: Borrowing scenarios

CONFIDENTIAL

Hi John,
Happy to confirm execution took place. Details below:

- 312.14868 ETH will be added to your account later on during the day.

Enjoy a great day ahead.
Best regards,
Octavian Dinca

Relationship Manager

+41 33 533 26 64

Banking on Crypto
nexo.io

.

On Mon, May 3, 2021 at 2:11 PM John Cress <jtc88@hotmail.com> wrote:

Yes, I want to proceed to buy the maximum amount of Ethereum.   It's very disappointing that the price of ETH has gone up by 15% or $400 (from $2,750 to $3,150) in the four days that have passed since my request, but yes, please execute the order.   I hope asking for and waiting for my confirmation doesn't add one more day while ETH goes up even more.

John

**From:** Octavian Dinca <octavian@nexo.io>
**Sent:** Monday, May 3, 2021 3:58 AM
**To:** Hristiyan Hristov <hristiyan@nexo.io>
**Cc:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hi John,
It is a pleasure to meet you and assist with your ETH purchase through the OTC desk. Your 1m USDT transfer has been confirmed in the OTC wallet.

Please confirm you would like to proceed and I will register your order for execution with the OTC desk.
Best regards,
Octavian Dinca

Relationship Manager

+41 33 533 26 64

Banking on Crypto
nexo.io

.

On Sat, May 1, 2021 at 5:27 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

CONFIDENTIAL

I completely understand.

The payments team will lift the limit at the earliest convenience tomorrow morning.

I am looping in Octavian, who be taking care of the $1M ETH OTC purchase.

Please do keep in mind that it is a bank holiday and it might take us a bit longer to complete the trade.

Wishing you a great weekend.

.

On Sat, May 1, 2021 at 3:48 AM John Cress <jtc88@hotmail.com> wrote:

Thank you.  I took a $1 Million ($999,985) UDSC loan.  I also took a $1 million USDT loan.    When I tried to send the $1 million USDT to the OTC wallet, I got an error that said I can only withdraw $500,000 per day and it said to contact support.   I used the support live chat and spoke to a support agent who told me he will open a case to lift the restriction so that I can send the whole $1 million.   He said it will take 12-24 hours, but I remember you were able to expedite this process in the past.  Anyway, the case # is here:  Hi John Cress, Please note that we have received a ticket (#404647) created by our live chat agents on your behalf.

I'm waiting for the resolution of this ticket so I can send the USDT to the OTC wallet.   If I can withdraw the funds and you can send the order instructions to the OTC desk before you leave for your break, then you can tell me the execution details and my ETH liquidation price after you get back

John

---

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Friday, April 30, 2021 8:58 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hello John,

Please find below the current liquidation price:

Liquidation Price          $29,859.22

I am suggesting you do the following in regards to the ETH:

1. Take a $1,000,000 USDT loan and send it to Nexo's OTC for ETH Purchase

Nexo OTC Vault - 0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7

2. 25% of your NEXO Tokens balance = $1M. Take a $1M USDC loan and leave it in your Savings wallet (it goes automatically there)

CONFIDENTIAL                                                                          NEXO-0003443

Please let me know when you send the funds for the ETH purchase so I can let the team know.

In addition, I will be on holiday from tomorrow until 10.05. Let's get everything done before I go.

Thank you.
.

On Thu, Apr 29, 2021 at 10:47 PM John Cress <jtc88@hotmail.com> wrote:

> Hristiyan,
>
> I've been waiting for your reply to tell me what is my current (partial) liquidation price for Bitcoin.    Can you please tell me?
>
> Also, I've been meaning to borrow more so that I can increase my Ethereum holdings from 250 to 400 to match my Bitcoin holdings.   Now that Nexo will be lowering the LTV ratios soon, I need to get this process started asap today.   We only have a couple days to get this finalized.
>
> Please send me the instructions for how much I need to withdraw from my credit line, the address to send the funds, and how much Ethereum and Nexo will be purchased.   I would like to get as much Ethereum as possible, but at least to get it to the 400 level, but possibly more.
>
> I also want to borrow 25% LTV from my Nexo balance and put the entire proceeds into the USDC savings wallet.
>
> Thanks!
>
> John

**From:** John Cress <jtc88@hotmail.com>
**Sent:** Friday, April 16, 2021 9:09 AM
**To:** Hristiyan Hristov <hristiyan@nexo.io>
**Subject:** Re: Borrowing scenarios

Ok below you mentioned "The payments team will deposit the assets shortly. Then I will calculate the BTC price liq. levels."
It looks like the assets have been deposited.    Can you tell me my new bitcoin liquidation price level?

John

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Friday, April 16, 2021 8:00 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

The assets have been deposited, John.

CONFIDENTIAL                                                                      NEXO-0003444

Wishing you a great weekend.

.

On Fri, Apr 16, 2021 at 10:43 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

I have some great news. The team has finished with the execution last night.

We purchased the following assets:

28.3780 BTC @ $63,426
91,715 NEXO Tokens @ $3.816

The payments team will deposit the assets shortly. Then I will calculate the BTC price liq. levels.

Congrats you have reached your BTC goal.

.

On Wed, Apr 14, 2021 at 8:38 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

I confirm that we received the funds. We will proceed with execution as it follows:

1. Purchase $350,000 worth of NEXO Tokens immediately.
2. Start a 24-hour TWAP purchase of $1,800,000 worth of BTC.

I will calculate the BTC liquidation price level once we deposit the new assets in your account.

Will keep you updated accordingly.

Thank you.

.

On Wed, Apr 14, 2021 at 7:30 PM John Cress <jtc88@hotmail.com> wrote:

I just sent $2,150,000 to the OTC desk USDT wallet.  Please let me know how the order executes and also please let me know what my new "partial liquidation" price is for Bitcoin.   Thanks,

John

---

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Tuesday, April 13, 2021 10:27 PM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hello John,

Thank you for your email.

CONFIDENTIAL

NEXO-0003445

I am really glad the strategy is working out well. Happy to help you acquire the remaining 28 BTC and to top up a bit of NEXO.

Please send $2,150,000 USDT which will be used for purchasing 28 BTC and the remaining we will top the NEXO tokens balance, to ensure the lower interest rate and higher earnings.

Nexo's OTC desk USDT address - 0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7

Please let me know when you send the funds so I can let the team knows.

Thank you.

.

On Wed, Apr 14, 2021 at 2:13 AM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

The last time we talked we decided it would be best to wait for bitcoin to consolidate and break out to a new high and keep moving a little higher before I take out another loan.   It looks like that is the situation now and I would like to take out another loan so I can buy 28 more BTC and get my total bitcoin balance to 400 BTC.

Please reply with instructions to include the total amount of USDT I need to send for the purchase of 28 BTC and for Nexo tokens.   I don't know if I need to buy more NEXO or how much I would be required, so just let me know the total amount of USDT and re-confirm the OTC Tether wallet address again, too.
Thank you,

John


From: Hristiyan Hristov <hristiyan@nexo.io>
Sent: Thursday, April 1, 2021 4:33 AM
To: John Cress <jtc88@hotmail.com>
Subject: Re: Borrowing scenarios

Hello John,

I have great news. The OTC has executed the deal with the following parameters:

1. 530,190 NEXO Tokens @ $2.829
2. 47.3227 BTC @ $59,197

We are aiming to deposit the funds as soon as possible.

Thank you.

.

CONFIDENTIAL

NEXO-0003446

On Wed, Mar 31, 2021 at 10:29 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

Thank you for your patience.

I confirm that we have received the funds and executing the Bitcoin purchase as we agreed - Time Waited average execution - 24 hours.

I strongly believe the execution has to be done and I will update you with the stats while depositing the assets first thing in the morning.

Have a good day.

.

On Wed, Mar 31, 2021 at 7:54 PM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,
I sent $4,300,000 to the OTC desk yesterday and sent an email confirmation.   I was expecting an email from you this morning with an update on the OTC desk order execution confirmation.   A whole day has gone by now.   Also the price of bitcoin just rose from 57,400 to 59,400 now, so I'm expecting that the order fulfilled yesterday close to $57,400.

I don't have any emails from you or any from Nexo in general.  If you look in my transactions history, I sent $4,300,000 to the address you gave me, but I haven't heard back with any confirmation or any update and it's been 24 hours and bitcoin has moved higher by $2,000.  This is not good.

John

On Mar 30, 2021, at 10:41 AM, John Cress <jtc88@hotmail.com> wrote:

Do I have to click on borrow first, to borrow the funds first?  Can you possibly call me again like last time?  I don't want to make any mistakes.  If you call me, I'm sure this call will go much faster than last time.  I'm ready now - 415-298-4366

John

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Tuesday, March 30, 2021 10:39 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hello John,

CONFIDENTIAL

NEXO-0003447

Thank you for confirming with me.

Let me outline the next steps below:

    1.  Withdraw a loan worth $4,300,000. We will use the funds to purchase NEXO Tokens (~20 BTC worth) to cover you for the Platinum Tier and the rest will be for BTC (~50 BTC). Total will be around 70 BTC.
    2.  Please send the funds to Nexo's OTC desk wallet - 0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7
    3.  As soon as we receive the funds we will acquire the NEXO Tokens and start execution of the BTC (it will be done over 24 hour period)
    4.  We will deposit the funds into your account.

Please let me know when you send the funds over to the OTC Desk.

Thank you.

.

On Tue, Mar 30, 2021 at 7:05 PM John Cress <jtc88@hotmail.com> wrote:

Ok, this sound good.   Please let me know what are the next steps.
Thanks,

John

On Mar 30, 2021, at 2:39 AM, Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

I hope you are doing well.

You can see the liquidation limit of your total portfolio when you log in to your account. It is a sentence below your Total portfolio balance saying " If the value of your collateral assets reaches ... "

I will be happy to help you facilitate a new deal. I am proposing you the following parameters:

    1.  Buy 50 BTC @ $58,000 = ~$2,900,000 executed again in the next 24 hours
    2.  Buy 20 BTC = ~$1,165,000 worth of NEXO Tokens to get to the Platinum tier (10% of total Portfolio after the new purchases)
    3.  This will result in

CONFIDENTIAL

- ○ ~$24,150,000 Portfolio balance ( ~415 BTC + NEXO Tokens)
- ○ ~$9,485,000 total credit line
- ○ ~41% LTV
- ○ BTC price when partial liquidations will start @ ~$27,500

\*Keep in mind that the BTC price might move so will some of the numbers above.

Let me know if you agree with the above and I will outline the next steps.

Thank you.

.

On Tue, Mar 30, 2021 at 10:52 AM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

I would like to use the credit line to purchase 50 or 75 more bitcoins. Let me know what I need to do next.  Also, is there somewhere where I can see my current "liquidation price" and how I can see that for this scenario?   Thank you,

John

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Saturday, March 27, 2021 12:01 PM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hello John,

I have some great news. The OTC team did a great job and purchased the assets as it follows:

1. 74.441 BTC @ $55,289.81
2. 481,878 NEXO Tokens @ $2.66

The assets will be deposited in your account at earliest convenience.

Have a great Saturday.

NEXO-0003449

.

On Fri, Mar 26, 2021 at 9:46 PM Hristiyan Hristov <hristiyan@nexo.io>
wrote:

Hello John,

Please send the $5,400,000 USDT for the purchase of 75 BTC and the
rest in NEXO Tokens to Nexo's OTC desk wallet -
0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7

Thank you.

.

On Fri, Mar 26, 2021 at 8:40 PM John Cress <jtc88@hotmail.com>
wrote:

Ok

On Mar 26, 2021, at 11:34 AM, Hristiyan Hristov
<hristiyan@nexo.io> wrote:

Hello John,

I am finalising some internal stuff regarding your
loan and OTC deal and I will call you.

Thank you.

.

On Fri, Mar 26, 2021 at 6:52 PM John Cress
<jtc88@hotmail.com> wrote:

Hristiyan,

I signed the purchase agreement and most of my BTC is
on Nexo now.    All my bitcoin will be there in less than
two hours from now.   Can you call me now?  We can
go through any final steps and start purchasing bitcoin
now at prices below $54,000 and I want to buy Nexo fast
before it keeps rebounding.   Thanks,

John

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Thursday, March 25, 2021 2:19 PM

CONFIDENTIAL

NEXO-0003450

**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Can I call you know?

I am about to go to sleep but we can cover the topics you have raised.
.

On Thu, Mar 25, 2021 at 10:09 PM John Cress <jtc88@hotmail.com> wrote:

> I have a question about the scenario below.  If LTV is 40%, that's $5,400,000 - enough to buy 100 BTC, but there is also a need to buy 25 BTC worth of NEXO tokens, so really the loan and purchase is for a value of 125 BTC, which is 50% LTV.   Either it's 50% LTV, or I will only buy 75 BTC.   This is important to lay out correctly and understand, because it really changes the numbers.
>
> If I'm really doing 50% LTV, then is the liquidation amount still $25,930 or is that actually higher?   I don't think I understand these numbers because we never talked about this scenario on a phone call.   I don't think I totally understand the calculation of the $25,930 liquidation number.   I also don't quite understand how 168 BTC is used as collateral - is that all collateral for buying 100 BTC or for 125 of BTC?   We still need to go through this on the phone, so I understand 100%
>
> Also, I think I will want to have some reserve to purchase BTC puts for downside protection.  I could possibly increase the LTV and use some of the extra loan proceeds for puts.  If the price of BTC drops below $35,000 or $30,000 and I have some put options at those levels, that might be more effective and efficient than just having extra BTC as collateral.  If I do that, can your OTC desk purchase puts and include the transactions in the CSV file?

| Total BTC | BTC Earn interest and protect | BTC Collateral | Purchased BTC through Nexo Credit line | Amount of BTC for NEXO Platinum | LTV | BTC Liq price @ BTC $54,00 |
|---|---|---|---|---|---|---|

CONFIDENTIAL

| | Collateral | | | | | |
|---|---|---|---|---|---|---|
| 250 | 166 | 84 | 50 | 25 | 20.00% | $13,00 |
| 250 | 125 | 125 | 75 | 25 | 30.00% | $19,50 |
| 250 | 82 | 168 | 100 | 25 | 40.00% | $25,93 |

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Wednesday, March 24, 2021 6:22 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hey John,

There is no need the BTC in the Savings wallet, which will earn interest to be locked up.

You can obtain the information regarding the transactions in the transaction tab and download the CSV file. All the other transactions which will go through the OTC desk, will be added there as well.

.

On Tue, Mar 23, 2021 at 10:32 PM John Cress <jtc88@hotmail.com> wrote:

> Yes, I would definitely need to purchase the BTC and NEXO using the OTC desk. Please send the applications I need to complete and I can work on the accredited investor certificate now. I believe my interest rate is 4% because I didn't want to lock up my savings funds. Would those extra 82 BTC in the example below which are earning interest be required to be locked up, since they are part of a backup collateral reserve?
> Also, I have a very important question. I need everything to have reporting data for tax purposes. I am currently relying on the CSV download to import data into TokenTax. Will all the OTC transactions and every other purchase, sell, fee, commission, and loan interest payment be consolidated into that same CSV download file?
>
> John
>
> On Mar 23, 2021, at 12:15 PM, Hristiyan Hristov <hristiyan@nexo.io> wrote:

CONFIDENTIAL                                                                                                   NEXO-0003452

Hello John,

Of course, we can start straight away. Let me clarify a few things before that:

1.  As we discussed, Would you like to purchase the Bitcoins through the OTC desk?

2.  In order, to be able to do a NEXO Tokens and BTC purchase through the OTC desk, we need the following documentation which will be requested from our KYC team :

• Source of Funds Declaration + supporting Documentation.
• Purchase Agreement

Additionally, please note that the NEXO token is registered with the SEC as security therefore we are only allowed to facilitate deals for American citizens who are also certified, accredited investors. If you have a certificate, please send it over. In case you don't have an accredited investor certificate but you do satisfy the requirements, you can issue one here - verifyinvestor.com.

In regards to the loan term, there is no limit for how long you will have it and there is no requirement for any interest/loan repayments. You can pay the loan + the interest in 6 months, 1 year, 2 years time. If you decide the repay the loan in the first 30 days you took it, you will be charged a full month interest rate. I strongly believe this does not apply to you, according to the strategy you have outlined.

You will be earning 5% annually on the Bitcoin which is you used as collateral. Keep in mind that the interest rate will be paid out daily in BTC, so you will benefit from a potential upside on the Bitcoin price.

At the moment, without the additional

CONFIDENTIAL

NEXO-0003453

collateral, you can withdraw up to $4M loan which will enable you to purchase ~ 50 BTC and 25 BTC worth of NEXO Tokens.

Looking forward to hearing from you.

On Tue, Mar 23, 2021 at 7:04 PM John Cress <jtc88@hotmail.com> wrote:

Also, do you have loan docs and an easy to read summary (or at least a highlighted version) so I can easily scan and find things like how long is the loan term and is it ok to pay off the loan early? Are there any sort of penalties for anything? The faster I can understand the important parts, the better
John

On Mar 23, 2021, at 9:33 AM, John Cress <jtc88@hotmail.com> wrote:

I think the scenario for 40% LTV to purchase 100 BTC is reasonable. How much interest would the 82 BTC be earning and if all the interest was applied to the monthly loan payment, how short would the payments be and is that ok? I need to decide whether to use the earned interest to serve as more collateral reserves or to make loan payments etc.
I think I would want to get started asap while the price of BTC is still low. Can you start the process now while I am transferring over 130 BTC or do you prefer to have all the BTC there first? It takes me a couple days to transfer the BTC because I only do 5 or 10 at a time. I could possibly do it in one day.
John

CONFIDENTIAL

NEXO-0003454

On Mar 23, 2021, at 2:23 AM, Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

I hope you are well. As we discussed, I have prepared three scenarios of purchasing Bitcoin through Nexo's Credit line. In all of them, I have added the amount of NEXO Tokens (in BTC value) you would need for the Platinum membership.

Also, I have taken as a reference price of Bitcoin - $54,000

| Total BTC | BTC Earn interest and protect Collateral | BTC Collateral | Purchased BTC through Nexo Credit line | Amount of BTC for NEXO Platinum | LTV | BTC Liq price @ BT $54,0 |
|---|---|---|---|---|---|---|
| 250 | 166 | 84 | 50 | 25 | 20.00% | $13,0 |
| 250 | 125 | 125 | 75 | 25 | 30.00% | $19,5 |
| 250 | 82 | 168 | 100 | 25 | 40.00% | $25,9 |

In regards to the Zero Interest Loan, the collateral used for it cannot be moved until the period of the loan expires. I am attaching the Zero Interest Loan - one-pager for more information.

CONFIDENTIAL

NEXO-0003455

Looking forward to hearing your thoughts on the above.

Thank you.


On Mon, Mar 22, 2021 at 6:06 PM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

I just thought about something. If the zero cost loan is very low risk, it might make sense to utilize that, even though the upside is limited. If I only borrow 20% LTV or 40% LTV to buy 50 or 100 BTC, maybe I can utilize the rest for the zero cost loan with limited upside. However, if I do that, I would still want to make sure I have a way to move funds automatically to increase collateral if needed. Can you let me know what is that upper limit on the bitcoin price for the zero cost loan? That could be blended in if it makes sense.....

John

CONFIDENTIAL

NEXO-0003456

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

&lt;Zero Interest Loan - One Pager.pdf&gt;

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,

CONFIDENTIAL

NEXO-0003457

Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

Banking on Crypto
nexo.io

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

Banking on Crypto
nexo.io

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

Banking on Crypto
nexo.io

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

Banking on Crypto
nexo.io

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

Banking on Crypto
nexo.io

--
Best regards,
Hristiyan Hristov

Relationship Manager

Banking on Crypto
nexo.io

CONFIDENTIAL

NEXO-0003458

+41 43 505 18 13

\--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

\--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

\--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

\--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

\--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

CONFIDENTIAL

--
Best regards,
Hristiyan Hristov

Relationship Manager

+41 43 505 18 13

Banking on Crypto
nexo.io

CONFIDENTIAL

NEXO-0003460