# EXHIBIT 5

## ◢◤ #459575 Chat with John Cress

| **Submitted** | **Received via** | **Requester** |
|---|---|---|
| June 24, 2021 at 03:23 | Chat | John Cress <jtc88@hotmail.com> |

| **Status** | **Priority** | **Group** | **Assignee** |
|---|---|---|---|
| Closed | Urgent | Premium Clients | Vladimir Dimitrov |

| **Total time spent (sec)** | **Time spent last update (sec)** |
|---|---|
| 21443 | 21443 |

**John Cress**  June 24, 2021 at 03:23

Chat started: 2021-06-23 09:52 PM UTC

(09:52:25 PM) *** Vladi joined the chat ***
(09:52:33 PM) Vladi: Hey, John I lost you for several minutes.
(09:53:30 PM) Vladi: Have you made a repayment attempt with 200,000.00 USD worth of BTC?
(09:54:12 PM) John Cress: Yes, I just did it with $200,000
(09:54:26 PM) John Cress: Maybe I can try $300,000?
(09:54:47 PM) Vladi: Yes, of course.
(09:55:44 PM) Vladi: As explained I believe that they are based on the size of the offers in the order books, so you can try with any amount that works.
(09:55:52 PM) John Cress: OK
(09:57:34 PM) Vladi: From what I see the 300k attempt worked as well.
(09:58:08 PM) John Cress: It worked the first time, but now I'm struggling with that
(10:00:21 PM) Vladi: I see, well I will check the matter with the relevant team's first thing tomorrow morning, until then since it is the current price of BTC that you are after. I recommend trying with lower amounts until you make the necessary repayments.
(10:00:50 PM) John Cress: This is a very very sad day for my Vlad. I bought 250 BTC 7 years ago in 2014 and now I will end up with about 60...... should've never done the borrowing
(10:01:19 PM) John Cress: I always talked about bitcoin and it was my big dream.... and now a nightmare
(10:02:07 PM) John Cress: I took a loan for $5.4M, then $4.5M, and than $1M. If didn't do that last one for 1M, I would not have been liquidated too
(10:02:38 PM) Vladi: I agree the crypto market volatility can significantly affect the future prospects of any trader
(10:02:56 PM) John Cress: Hristiyan was going on vacation, so I got his backup, right before LTV was being lowered to 50%. If it got lowered to 50% I wouldn't have even been able to take that last million..... that's what killed me
(10:03:12 PM) John Cress: I don't mind the volatility..... it was the borrowing that killed me
(10:04:08 PM) Vladi: Our system is designed to protect our investors such as yourself, therefore, every time a loan reaches 83.33% LTV partial automatic repayments are initiated.
(10:05:00 PM) John Cress: Yes, but if I get liquidated I can lose 100%, right?
(10:05:23 PM) Vladi: Because the last thing that we want to see here at Nexo is for our client's loans to be repaid by the system as they are an essential portion of our profits.
(10:05:56 PM) Vladi: Well, that depends on the volatility, if prices drop enough then yes for sure.
(10:06:38 PM) John Cress: Yes, the partial liquidation is better than full, but since the market did not recover and has bottomed four times, they sold, 21, then 49, then a big one of like 215. So I was being liquidated all the way in pieces
(10:07:11 PM) John Cress: I'm doing this now, because if BTC goes back to $28,500 I can be liquidated and have $0. If I sell everything now, at least I can have $2 Million
(10:08:03 PM) Vladi: I completely understand your reasoning and it is completely right, we all have to ensure a better and more certain future for ourselves.
(10:08:35 PM) John Cress: You can gamble some money, but you can never gamble your LAST money
(10:10:05 PM) Vladi: Right now the market is very volatile and things can go either way, I personally believe that it is best to be safe. Nevertheless, ultimately all financial decision is entirely yours and we are not allowed to give any financial tax or legal advice.
(10:10:10 PM) John Cress: I can only blame myself, but I do wish I never ever got involved with this and just did interest only
(10:11:45 PM) Vladi: Before I close your ticket for this matter I will review the automatic repayments made on your account and ensure that you are included in the relief program.
(10:12:50 PM) Vladi: The Relief program is very simple, our Sales Team will devise a strategy to minimise

NEXO-0370459

your losses from the repayments and return your previous positions when the market stabilises.
(10:13:54 PM) Vladi: They will reach out to you once they have an offer for you, of course. it will be according to their current workload, which is considerable lately.
(10:18:28 PM) Vladi: Please note that this live support chat and we have other customers waiting in the queue so your timely reply is highly appreciated!
(10:20:27 PM) John Cress: I have a question
(10:20:40 PM) Vladi: Of course, what is it?
(10:20:47 PM) John Cress: Is this something I should have done with the OTC desk?
(10:21:01 PM) Vladi: The Relief Program?
(10:21:22 PM) John Cress: No, these sell and repayment orders
(10:22:36 PM) John Cress: I had $6,500,000 in assets and $4,500,000 on my loan when I started. The BTC price has been stable the whole time. I want to end up with $2,000,000 like I told you. It looks like I will end up with $1,600,000. That is a MAJOR difference!
(10:23:21 PM) John Cress: I'm going to stop selling now. I need to reverse this process now, before I sell more and adjust the prices so I get VERY close to $2,000,000
(10:23:53 PM) John Cress: If you want to talk about a liquidation relief program, please don't remove $400,000 during the selling process of my final money I need to live on
(10:24:12 PM) John Cress: This is very important. I need some approvals or whatever it will take to fix this
(10:24:50 PM) Vladi: Well, every time you make a repayment you will see the amount that you will receive and as I initially explained it is based on the prices of actual orders.
(10:24:53 PM) John Cress: The price is off by 20%!!!! That's very very important. This is a big deal
(10:25:26 PM) John Cress: Ok, but the market price of bitcoin everywhere is not that price. You can't be off by 20% Vlad!!!
(10:26:41 PM) Vladi: I will initiate a thorough review of the manual repayments that you have made, this may take some time a business day maybe 2.
(10:27:57 PM) John Cress: Ok, thank you Vlad. You know this is such a big deal for me. I'm going to stop making payments now in case you will make up the adjustments on my next sell orders
(10:28:41 PM) John Cress: However, I want to resolve it quickly because my plan is to sell EVERYTHING and then put the final proceeds into bitcoin and I can't wait in case the price of bitcoin goes higher
(10:29:53 PM) Vladi: Yes, I understand this, however, keep in mind that what you are asking requires a management decision and I can not guarantee anything apart from a full investigation.
(10:30:15 PM) John Cress: Ok, I need help
(10:33:19 PM) Vladi: We will email you once we have reviewed all the manuall repayments.
(10:36:28 PM) Vladi: Is there anything else I can do for you?

---

**John Cress**  June 24, 2021 at 03:23                                        Internal note

Chat ended: 2021-06-23 10:36 PM UTC

Name: John Cress
Email: jtc88@hotmail.com
Phone: -
Notes: exchange

---

**Vladimir Dimitrov**  June 24, 2021 at 05:02

Request #459492 "Chat with John Cress" was closed and merged into this request. Last comment in request #459492:

Chat started: 2021-06-23 09:06 PM UTC

(09:06:36 PM) John Cress: human agent
(09:06:38 PM) Nexo Customer Support: Hi John Cress! Welcome back. Thanks for your message, please wait a moment while one of our agents attend to you.
(09:06:38 PM) *** Kate joined the chat ***
(09:06:38 PM) Kate: Would you like me to transfer you to my human colleague?
(09:06:42 PM) John Cress: Yes
(09:06:43 PM) Kate: Please give me a min to start the transfering process.
(09:06:44 PM) Kate: …
(09:06:46 PM) John Cress: OK
(09:06:48 PM) Kate: Let me check if someone is available. Is that OK with you?
(09:06:50 PM) John Cress: OK
(09:06:52 PM) Kate: I can confirm that one of my human colleagues is available. I am transferring this conversation to him/her.
(09:06:52 PM) Kate: Thank you for chatting with me.

CONFIDENTIAL                                                                              NEXO-0370460

(09:06:53 PM) Kate: One of my co-workers will be with you shortly.
(09:06:55 PM) Kate: Please be patient as due to the enormous amount of chat requests it may take up to 5-10 min for an agent to be available to assist you.
Your understanding is appreciated.
(09:07:05 PM) *** Vladi joined the chat ***
(09:07:06 PM) *** Kate left the chat ***
(09:07:12 PM) Vladi: Hello John Cress and welcome to Nexo Support! My name is Vladi. I will be assisting you today.
(09:07:13 PM) Vladi: How may I help you?
(09:07:35 PM) John Cress: Hi, I'm trying to repay a loan and getting this error: Repayment amount is above the maximum sell order we can execute. Please use a smaller amount.
(09:08:03 PM) John Cress: I just made a loan repayment using Ethereum which was over $1,000,000
(09:09:31 PM) Vladi: What assets are you trying to repay your loan with this time?
(09:09:43 PM) John Cress: Bitcoin
(09:10:54 PM) Vladi: What is the USD value of the repayment?
(09:11:08 PM) John Cress: I'm paying the remainder of the loan
(09:11:35 PM) Vladi: You wont be able to repay 3.5m at once
(09:11:50 PM) John Cress: $1,000,000 worked with ethereum, so I tried to the same $1,000,000 amount
(09:13:18 PM) Vladi: Can you make an attempt with 500,000.00 USD for example, I suspect that there are not enough offers in the order books to cover that volume at the same price.
(09:13:31 PM) John Cress: Ok
(09:14:25 PM) John Cress: Same error
(09:15:11 PM) Vladi: Are you using the browser or the mobile app?
(09:15:21 PM) John Cress: browser
(09:15:43 PM) Vladi: Thank you, please bear with me a few minutes until I consult with a senior colleague.
(09:15:54 PM) John Cress: Ok
(09:20:51 PM) Vladi: Checking this matter may take a business day, would mind trying with a smaller amount now or giving it some time?
(09:21:23 PM) Vladi: I will create a ticket to check with the relevant teams, however, it is 0:21 AM and it will take at least several hours.
(09:22:10 PM) John Cress: Ok, I just want to stress that this is very critically important. I am attempting to sell, right now, at a BTC price of $33,500
(09:23:05 PM) Vladi: Then let us give it another try for 200,000.00.
(09:23:30 PM) John Cress: ok
(09:24:26 PM) Vladi: I still think that the price difference between the first offer in the order books and the next may be too large for the system to allow the trade to sell to both offers.
(09:26:44 PM) Vladi: I will be standing by let me know if you succeed.
(09:27:11 PM) John Cress: ok

---

**Vladimir Dimitrov**  June 24, 2021 at 09:49

Dear John Cress,

I am reaching out to you to follow up on your case.

Following a careful review of the 11 BTC repayments listed below, I can confirm that you have repaid your loan for an average value of 33,108.86 USD per BTC.

Sell order # NXT2rTEAhcJBx    -9.01 BTC   Repayment # NXTW8MRgFGogf 298,312.57 USD
Sell order # NXTRrZWsDWVy3 -9.01 BTC   Repayment # NXTXSBYG95eKw 298,798.90 USD
Sell order # NXTf4Tq0ZegUL    -9.01 BTC   Repayment # NXT8SkUtz7HaO   298,862.53 USD
Sell order # NXT8GOqguy5w9  -9.01 BTC   Repayment # NXTFbX16wRxKR 298,898.74 USD
Sell order # NXT5Mv0tQ6vva    -9.01 BTC   Repayment # NXTy4bZYflXZW   298,703.15 USD
Sell order # NXTBfOC3wr8Qi    -9.01 BTC   Repayment # NXT33Fe9lguQN   298,695.37 USD
Sell order # NXTSOFnQb0xZ7  -9.01 BTC   Repayment # NXTos5KMB5ae0   296,490.42 USD
Sell order # NXTak9EAwlDNe    -9.01 BTC   Repayment # NXTD3s23KCqFp   298,347.31 USD
Sell order # NXTJyJA19aoGz    -9.01 BTC   Repayment # NXTwl1xtXVR9A    297,961.98 USD
Sell order # NXTlc3fsT8gLd     -9.01 BTC   Repayment # NXT0FVHdExw5z   297,756.71 USD
Sell order # NXTWA2ilaG6tF    -6.01 BTC   Repayment # NXTE4NXYtjs8J    198,602.49 USD

Kindly note that the USD value of crypto repayments is based on the sell orders on our financial market. As

CONFIDENTIAL

NEXO-0370461

the price of BTC is continuously fluctuating we have implemented a feature that shows you how much USD you will receive for your crypto, before having to initiate the repayment. As you can see on the screenshot below, we have also left a disclaimer regarding the exchange fee of crypto exchanges



As you can see above and also confirm in transactions you have received different values for each repayment made as they were all sold to different orders.

In light of the above, we have concluded that there is nothing wrong with any of your repayments.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Vladi



Help Center | Blog

---

Support Software by **Zendesk**