# EXHIBIT 11

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH
Date: June 19, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

# YASEN IVANOV DAMYANOV

# CONFIDENTIAL



Reported by:
Deliris R. Perez

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. 3:23-CV-00882-TSH

JOHN CRESS,

             Plaintiff,

vs.

NEXO CAPITAL INC.,

             Defendant.
_____/


                          CONFIDENTIAL


VIDEO-RECORDED
VIDEOCONFERENCE
DEPOSITION OF:        YASEN IVANOV DAMYANOV

DATE TAKEN:          June 19, 2026

TIME:                8:10 a.m. PT - 12:30 p.m. PT

PLACE:               REMOTELY VIA VIDEOCONFERENCE

STENOGRAPHICALLY
REPORTED BY:         DELIRIS PEREZ, RPR, FPR-C,
                     REGISTERED PROFESSIONAL REPORTER,
                     FLORIDA PROFESSIONAL REPORTER,
                     AND NOTARY PUBLIC, STATE OF FLORIDA

APPEARANCES:
(ALL PARTIES APPEARED VIA VIDEOCONFERENCE)

APPEARING ON BEHALF OF THE PLAINTIFF:

MAX AMBROSE, ESQUIRE
        Taylor-Copeland Law
        501 West Broadway
        Suite 800
        San Diego, California 92101
        619-734-8770
        maxambrose@taylorcopelandlaw.com


APPEARING ON BEHALF OF THE DEFENDANT:

IAN S. SHELTON, ESQUIRE
        Baker & McKenzie, LLP
        10250 Constellation Boulevard
        Suite 1850
        Los Angeles, California 90067
        310-299-8535
        ian.shelton@bakermckenzie.com

ALSO PRESENT:

GAVIN GOSLING, VIDEOGRAPHER
JOHN CRESS, PLAINTIFF
GEORGI ZAGORSKI, NEXO IN-HOUSE COUNSEL
ROSEN KOSTOV, NEXO IN-HOUSE COUNSEL

                        - - - - -

period.

THE WITNESS:  Would you please again ask the question?

BY MR. AMBROSE:

Q    As a Slack administrator for Nexo, did you have the authority to set default retention rules?

A    When you say "authority," do you mean if I had the required role?

Q    Yes.  The technical capability.

A    Yes.

Q    And was that in -- when you were first given the ability to administrate Nexo's Slack channel, which was, I believe you said, sometime around 2020?

A    I'm sorry.  I'm a bit confused.

What do you mean by "Slack channel"?

Q    Sorry.  Slack workspace.

So could you set default retention policies for Slack workspace in 2020, when you were first given the administrator role?

A    In 2020?

Q    Yes.

A    My recollection is that the -- the very first time customer retention policies were introduced was in December 2022.

Q    Sure.

A    Up until then -- up until then, the Slack retention policies were -- the default Slack retention policies were set to keep everything.  That's how Slack interprets Slack retention, to keep everything forever. That's -- keep everything.

Q    My question's a bit difference, is, did you have the ability to set retention policies when you were first given administrative capabilities?

A    You mean if my role was high enough to be able to set custom retention policies?

Q    Yes.

A    Yes.  My role was at that level that I could create or edit or change our retention policies.

Q    And you could do that for all Slack channels, correct?

MR. SHELTON:  Objection; vague.

THE WITNESS:  So retention policies could be introduced to Slack channels, as you said, but my recollection is that the very first time -- a custom retention policy, no matter what kind of retention policy, was set for the first time in December of 2022.

Up until December of 2022, no custom retention policy had been set.  The default retention policies, up until 2022, for the whole

YASEN IVANOV DAMYANOV                                            JOB NO. 2826980
JUNE 19, 2026                        CONFIDENTIAL

Slack workspace was set to keep everything.

BY MR. AMBROSE:

Q    Yes.  I understand that very clearly.

I'm just asking if you had the technical capability to change the settings when you were first given administrative access.

A    Yes.

Q    Okay.  And you could change channel-level retention settings when you were first given access, right?

A    Yes.

Q    And you could change direct message retention settings when you were first given access?

A    Let me just clarify.

You mean the access -- I mean, when you say "access," you mean access as an administrator?

Q    Yes.  I'm not asking if you actually changed the setting.  I'm just asking if it was technically possible.

A    When I got the administrative role, technically, it was -- it was possible to change the default retention policies.  But at that time, they weren't changed.  So they were left as they are, by default, to keep everything.

Q    When you were given administrative access to

A    A request --

MR. SHELTON:  I'm going to object on -- on privilege grounds.

Mr. Damyanov, you can answer at a high level about the nature of the request.  Just as far as -- but I instruct you not to answer as to the specific substance of communications you've had with Nexo's lawyers.  But you can answer at a high level as to the general nature of the instructions.

THE WITNESS:  Requests from legal department that are related to -- to data.

BY MR. AMBROSE:

Q    Okay.  Does it relate to lawsuits?

A    Does it what?

Q    Do the requests relate to lawsuits that Nexo has?

A    Yes.

Q    Okay.  And the data retention policy you're setting here in 2023 on March 1st is adjusted to 60 days from Nexo's public and private channels.

That would have deleted all the data in Nexo's Slack channels, correct?

A    Not correct.

Q    Can you tell me why that's not correct.

A    It's not correct because this retention policy was set as a default retention policy, but Slack has a feature that allows a custom retention policy to be set on a channel level, on a particular channel level.

And not all channels were affected by the introduction of these default retention policies, because there were a list of channels that were set with -- with longer than the default -- the newly introduced default channel retention policy.  And this custom retention policy that was set per channel was set prior to activating the custom retention policy that is here.  It says 60 days.

So the -- the custom retention policy per channel overrided the custom retention policy for -- that is the default for all channels.

Q    Okay.  What channels did Nexo set custom retention policies for in March 2023?

A    I don't know the names of all the channels. There were at least -- I mean, there were specific channels that had to have longer than the -- the newly introduced retention policy, and these channels got the requested longer retention policy.

Q    Does Nexo have a list of its retention -- sorry.

Does Nexo has a list of its public and private Slack channels from March 2023?

A    I don't know.

Q    Does Nexo have a list of its public and private Slack channels at any time after 2023?

MR. SHELTON:  Objection; vague as to time period.

THE WITNESS:  I don't know.

BY MR. AMBROSE:

Q    So how do you know that Nexo is preserving data from specific Slack channels in 2023?

A    I remember that before activating the default retention policy that would affect all channels, before that, I had to put, on a channel level, retention policies that overrides the retention -- the default retention policies.  So I have this recollection of the process, how I did it back then.

Q    Who told you to do that process?

A    The whole process of taking these custom retention levels per channel was technically the way to preserve data in -- in particular channels.  So that was -- is a -- is a go-to way to introduce a retention policy for all channels but keep data in specific channels for longer than that.  So this was like a -- like a decision --

that right?

A    The process took time, and it started in December 2022.

Q    And it ended in March 2023, when you made the 60-day retention policy adjustment?

MR. SHELTON:  I'm going to object as vague as to the term "ended."

MR. AMBROSE:  He used the term "ended."  I'm asking what he meant by that.

THE WITNESS:  I'm not sure if ended -- if you -- when you mean ended -- what exactly do you mean?  Because this is something that could be altered in -- in upcoming months.

BY MR. AMBROSE:

Q    Okay.  And so Nexo was continuously altering its data retention policies?

MR. SHELTON:  Objection; misstates testimony.

THE WITNESS:  Even -- I mean, retention policies is something that can -- can be changed over time.  We follow -- we follow -- basically, we follow a policy that says that -- we -- basically, first of all, we rely on -- on default -- on default retention policies.

And whenever -- whenever a file is -- is affected by a retention policy, that -- to me,

that means that this file or -- or, let's say, content is either collected in advance by the legal team or it has no relation to future business operation and/or it's not relevant to an ongoing case.

BY MR. AMBROSE:

Q    So you understand that Nexo's data retention policies could, in fact, destroy documents, correct?

MR. SHELTON:  Objection; misstates testimony.

THE WITNESS:  That was not what I --

BY MR. AMBROSE:

Q    Go ahead.

A    That was not what I meant.

Q    I'm not asking what you meant.

I'm asking if you understood that Nexo's data retention policies could destroy documents.

A    No.

Q    So you believe that setting a retention policy to 60 days in March 2023 would not destroy any document at all?

A    When this 60-days retention policy were introduced --

MR. SHELTON:  I'm going to just object --

MR. AMBROSE:  You're interrupting the witness, Mr. Shelton.

THE WITNESS:  When this 60-days retention -- custom retention policies for channels were introduced, a set of channels were -- were provided with level-based -- channel -- channel-level-based retention policy that overrides the default policy.

So, to me, this -- this would mean that data that would be affected by the default retention policy is either collected in advance by the legal department or it's not relevant to the -- to the company as business operations or it's not relevant to -- to an ongoing case.

BY MR. AMBROSE:

Q    Right.  So that's not what I was asking.

My question is:  If you -- I understand that there's a 60-day default policy and then there are channel-level retention policies settings outside of the 60 days.

I'm asking:  For documents that fall outside the -- the channel-level retention setting, after 60 days, if they are not preserved by a separate channel-level retention setting in Slack, then they would be deleted from the Slack database, correct?

A    Even -- I mean, if -- if such -- if such data happens to be affected by -- by a retention policy, it

level of Slack.

BY MR. AMBROSE:

Q    Understood.

So you were unable to put a legal hold via Slack in March 2023; is that right?

MR. SHELTON:  Objection -- objection as to the term "legal."

THE WITNESS:  So in 2023, the Slack subscription and -- that we had back then did not have the functionality of a -- of a hold.

BY MR. AMBROSE:

Q    Okay.  Did you know that in March 2023?

A    I don't remember if I -- if I -- if I investigated on that back then.

Q    Did you ever attempt to use Slack to implement a legal hold in March 2023?

A    Could you please repeat the question?

Q    Did you ever attempt to use Slack to implement a legal hold in March 2023?

A    How -- I mean, how could I attempt to put a -- to use a feature hold on Slack provided that there is no functionality available in the -- in the administrative console?

Q    I'm just asking if you tried to.

A    I'm not able to -- I mean, I don't -- I don't

YASEN IVANOV DAMYANOV                                          JOB NO. 2826980
JUNE 19, 2026                    CONFIDENTIAL

think I'm able to -- to try and do something that's not possible and available in the administration menu.

Q    Okay.  Well, if you had tried to and realized there's no hold feature, what would you have done?

A    Sorry.  Could you please repeat the question?

Q    So I'm asking if you ever tried to implement a legal hold via Slack in March 2023.

MR. SHELTON:  Objection; asked and answered.

THE WITNESS:  Yeah.  I think I also already answered to that question.

BY MR. AMBROSE:

Q    Your answer is no?

A    My answer is that at that time there was no feature in our subscription level of Slack that was available and -- for -- for -- a feature hold was not available at that time in the Slack console.

Q    Okay.  And so did you do anything other than use the Slack legal hold to make sure to preserve documents that were being held?

MR. SHELTON:  Objection; vague.

THE WITNESS:  I'm not sure I really understand this question, because I told you there was no function available in the console.  I mean, it was off the table.

BY MR. AMBROSE:

Q     I'm not asking about the functionality of the console.

I'm asking about whether you did anything, other than use that function, to preserve documents in Slack in March 2023.

A     In March 2023, I was not able to use the -- a hold feature in the Slack administration.

Q     And did you do anything, other than use the legal hold feature, to preserve documents in March of 2023?

A     This whole process of data preservation is led by the legal department.  They have -- they -- they run the process of actively collecting data.  So I didn't do more than that.

Q     How does the legal department access in collecting Slack data?

A     I'm not sure how they -- how -- how their process works, but one -- one way for them to -- to get data from Slack is through exports.

Q     Okay.  And do you need administrative privileges to export data?

A     Yes.

Q     But you and Mr. Kantchev were the only persons with administrative privileges, right?

A     Yes.

Q    Do you know why you created any of these retention rules that we're looking at in Rows 305 to 308?

A    My recollection is that there was a task given by the legal department so that some specific documents to be purged from the Google system.

Q    Okay.  So Nexo used one of their retention rules to purge documents from their Google system, right?  And that's what you're doing here?

MR. SHELTON:  Objection; vague as to which documents.

THE WITNESS:  Yes.

BY MR. AMBROSE:

Q    Okay.  And then there was a label for these, LabelRet.  Label conditions, label, LabelRet is present.

Do you see that?

A    Yes.

Q    Do you know what documents were under LabelRet?

A    No.

Q    Do you know who classified the documents LabelRet?

A    No.

Q    So you have no idea what you're deleting here?

A     If I may explain, the label called LabelRet is a -- is a label on the basis for which our retention policies apply.

So I'm only specifying our retention policy based on a label.  And a document to be deleted, this -- the document in question needs to be associated with that label.  So I'm only -- I'm only creating label and our retention policy based on the label.

Q     Who chose what documents go under that label?

A     I don't know.

Q     Who had access to do -- to choose which documents went under which specific label?

A     I don't know.

Q     Mr. Kantchev did, right?

MR. SHELTON:  Objection; calls for speculation.

THE WITNESS:  I don't know.

BY MR. AMBROSE:

Q     Do you know -- have any idea what documents were under LabelRet?

MR. SHELTON:  Objection; asked and answered.

THE WITNESS:  I don't know.

BY MR. AMBROSE:

Q     Who told you to implement these retention rule changes that we're looking at on Rows 305 to 308 in