# EXHIBIT 12



CONFIDENTIAL

NEXO-0344325