# EXHIBIT 15

1

# Deposition Transcript

Case Number: 3:23-cv-00882-TSH

Date: June 17, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

# KOSTA KANTCHEV

SEALED UNDER PROTECTIVE ORDER

CERTIFIED COPY

Reported by:
DARA SANOFF



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CRESS, | )Case No.: |
| | )3:23-cv-00882-TSH |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )TRANSCRIPT IS CONFIDENTIAL |
| vs. | )UNDER PROTECTIVE ORDER |
| | ) |
| | ) |
| | ) |
| NEXO CAPITAL INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

VIRTUAL EXAMINATION BEFORE TRIAL of

KOSTA KANTCHEV, a Witness, taken by the Plaintiff,

pursuant to the provisions of the Federal Rules of

Civil Procedure, commencing at 8:11 a.m. Pacific

Standard Time on Wednesday, June 17, 2026, before

DARA SANOFF, a Certified Court Reporter and Notary

Public for and within the State of New York.

STENO
Concierge@Steno.com
(888)707-8366

APPEARANCES VIA ZOOM:

FOR THE PLAINTIFF:

        TAYLOR-COPELAND LAW P.C.
        BY:  JAMES TAYLOR-COPELAND, ESQ.
        501 W. Broadway, Suite 800
        San Diego, California 92101
        619-734-8770


FOR THE DEFENDANT:  NEXO CAPITAL INC. and DEPONENT
KOSTA KANTCHEV

        BAKER LLP
        BY:  IAN S. SHELTON, ESQ.
        10250 Constellation Boulevard, Suite 1850
        Los Angeles, California 90067
        310-299-8535


OTHER APPEARANCES:

        Aiyah Halsey, Steno Legal Videographer

        John Cress, Plaintiff

        Max Ambrose, Esq., of Taylor-Copeland Law

        Matthew C. Rawlinson, Esq., of Baker McKenzie

        Kirsten Dooley, Esq., of Baker McKenzie

        Georgi Zagorski, Esq., in house Counsel for
                                              Nexo

        Rosen Kostov, Esq., in house Counsel for Nexo




            o         o         o          o

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

   IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

                o         o         o           o

Q.     Did you use your personal Gmail address for Nexo business?

A.     No.  I was using my Nexo account.

Q.     So you never used your personal Gmail for Nexo business?

MR. SHELTON:  Objection.  Asked and answered.

A.     I believe I just answered this question.

Q.     In 2021, did you participate in any Nexo slack channels?

MR. SHELTON:  Objection.

A.     Yes.

Q.     Do you recall any channels that you participated in?

A.     There are so many channels.

Q.     So you've participated in a lot of different channels, slack channels?

A.     I did.

Q.     Did you ever use Word or Google Docs to communicate instead of email or chat?

MR. SHELTON:  Objection, vague.

A.     How do you communicate with the world in G Drive?

Q.     So is the answer then no?

A.     The answer is that I don't understand