# EXHIBIT 16

# Taylor-Copeland Law, P.C.

501 W. Broadway, Suite 800
San Diego, CA  92101
(619) 734-8770
www.taylorcopelandlaw.com

Max Ambrose | 602 570 2656 | maxambrose@taylorcopelandlaw.com

**By Electronic Mail**

**June 24, 2026**
Ian Shelton
Ian.Shelton@bakermckenzie.com
Matthew Rawlinson
Matthew.Rawlinson@bakermckenzie.com
Kirsten Dooley
kirsten.dooley@bakermckenzie.com
Adrienne Harreveld
Adrienne.Harreveld@bakermckenzie.com
Katie Zinecker
Katie.Zinecker@bakermckenzie.com
Baker Mckenzie
10250 Constellation Blvd.
Los Angeles, CA 90067

**Re:      Meet and Confer Letter Regarding Nexo's Discovery Production Deficiencies**

**Counsel,**

We write concerning serious deficiencies in Nexo's document search and production regarding its identification and production of communications directly with Mr. Cress.

After comparing communications the Plaintiff produced with those Nexo produced, we identified at least two communications between Mr. Cress and Nexo that Nexo has not yet produced. Both communications discuss Cress' liquidations. The communications are attached as CRESS-0000214, CRESS-00002135 (both a single customer support chat between Cress and Nexo), and CRESS-00001861 (a communication between Cress and Hristov).

We have been unable to locate these same communications in Nexo's production. Can you please produce them by tomorrow? If not, please explain why Nexo cannot locate them.

Nexo's failure to identify and produce these critically relevant communications calls into question its entire document search. We ask that you ensure again that Nexo has produced all communications with Mr. Cress, including all customer support chats.

2

These communications are critical for a number of reasons, including that CRESS-0000214 and CRESS-00002135 only appears to provide Nexo's response to Mr. Cress, but it does not provide Mr. Cress's customer support requests. It is thus extremely important that Nexo produces these support communications (including any communications related to Request #459575), which are exclusively in Nexo's custody and control.

As you know, we have previously raised the exact issue of missing support communications several times throughout 2025 and 2026. It is deeply concerning that five days from the close of fact discovery, we are still missing critically relevant communications between Nexo and Cress discussing his liquidations.

Plaintiff reserves all rights in connection with Nexo's discovery deficiencies.


    Best regards,


*/s/Max Ambrose*
Max Ambrose
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW, P.C.
501 W. Broadway, Suite 800
San Diego, CA 92101

2