# EXHIBIT 17



**Baker & McKenzie LLP**

10250 Constellation Blvd.
Suite 1850
Los Angeles, CA 90067

Tel: +1 310 299 8535
Fax: +1 310 201 4721
www.bakermckenzie.com

**VIA ELECTRONIC MAIL**

June 26, 2026

James Taylor-Copeland
james@taylorcopelandlaw.com
Max Ambrose
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101

Re:    *Cress v. Nexo Capital, Inc.*, **Case No. 3:23-cv-00882-TSH (N.D. Cal.) Meet and Confer Letter Regarding the Parties' Discovery Productions and Production Letter**

Counsel:

We write in response to your June 24, 2026 meet-and-confer letter alleging "seriously deficiencies" in Nexo's document search and production. Nexo produced over 63,000 documents in this case—most of them nearly a year ago, in July 2025. Now, on the eve of discovery cut-off, Plaintiff tries a classic "gotcha," pointing to three files from his own production of approximately 1,100 documents that you claim do not appear in Nexo's 63,000+ document production. We disagree that you raised this issue throughout 2025 and 2026 and must note that the timing and nature of this demand suggest a calculated manufacturing of a discovery dispute rather than an effort to resolve any genuine production issue. It is also worth noting that your alleged deficiencies relate to documents Mr. Cress already had in his possession—you are not "missing" anything.

But, if you want to play this game, we also identified similar "serious deficiencies" in Plaintiff's much smaller production. Specifically, we have located at least nine communications between Plaintiff and Nexo that Cress has either not produced or not produced in full. Given the limited size of Plaintiff's production, these omissions raise questions about the adequacy of Plaintiff's collection, review, and production efforts, to use your own words.

| Bates Number | Cress Production Deficiency | Description |
|---|---|---|
| NEXO-0017263 | Not Produced | Cress email sending his accredited investor certificate to Hristov |
| NEXO-0017266 | Only Partially Produced | Final message in chain not produced by Cress |
| NEXO-0003365 | Not Produced | Cress email exchange with Hristov re: Nexo card. |

Baker & McKenzie LLP is a member of Baker & McKenzie International.



| NEXO-0003466 | Only Partially Produced | Final message in chain not produced by Cress |
|---|---|---|
| NEXO-0003613 | Only Partially Produced | Final message in chain not produced by Cress |
| NEXO-0003616 | Only Partially Produced | Final message in chain not produced by Cress |
| NEXO-0003354 | Only Partially Produced | Final message in chain not produced by Cress |
| NEXO-0003377 | Only Partially Produced | Final message in chain not produced by Cress |
| NEXO-0003463 | Not Produced | Cress does not appear to have produced all Out of Office notices |

In keeping with the precedent you've set with your one-day deadlines, and given the imminent close of discovery, we request production of these documents by Monday, or, failing that, an explanation for their absence and a summary of Plaintiff's efforts to obtain them.

Nevertheless, regarding your claims of missing production and in the spirit of cooperation to resolve your manufactured discovery dispute, your letter prompted Nexo to review its collection yet again, and we write to provide the following updates. *First*, our collection, review, and production process in this case have been diligent, thorough, and time-consuming. Nexo has now double checked one of its legacy customer support systems, Zendesk, to ensure all customer support chats involving Plaintiff have been captured. While many of these were already collected through Nexo's email systems, we did identify seven additional messages—which are being produced today herein. Two of these documents were already produced in part by Plaintiff (compare NEXO-0370465 with CRESS-00002279; compare NEXO-0370459 with CRESS-00000214 and CRESS-00002135). The production can be accessed below:

Zip File:
https://www.imanageshare-eu.com/pd/7Djto16dYg0
PW:
6X8Y;Z6U7tdA


--

Bates Range: NEXO-0370452 - NEXO-0370478
Total Documents: 7
Total Images: 27

2



We appreciate your understanding of the lengths Nexo has gone to in meeting its discovery obligations and we would have gladly worked with your cooperatively over the last year to ensure complete production without threats on the eve of the close of discovery. As noted, Zendesk is a legacy system and Nexo was under the impression that all chats were captured in the significant production in this case.

As is clear from the newly produced documents, however, there is no reason Nexo would have concealed any of this information, and the failure to previously identify these documents was inadvertent. For example, in NEXO-0370459, Plaintiff concedes he has no one to blame but himself for his liquidations:

> (10:10:10 PM) John Cress: I can only blame myself, but I do wish I never ever got involved with this and just did interest only

> (10:00:50 PM) John Cress: This is a very very sad day for my Vlad. I bought 250 BTC 7 years ago in 2014 and now I will end up with about 60...... should've never done the borrowing

> (10:01:19 PM) John Cress: I always talked about bitcoin and it was my big dream.... and now a nightmare

> (10:02:07 PM) John Cress: I took a loan for $5.4M, then $4.5M, and than $1M. If didn't do that last one for 1M, I would not have been liquidated too

*Second*, Nexo has undertaken an additional search for the document Plaintiff produced at CRESS-00001861 and, following a diligent search, was unable to locate this communication. The reason for the absence of this communication is unknown to Nexo, though we understand the email may not exist if it failed to send from the original host (Plaintiff's Hotmail) or if flagged by Nexo's spam filter. We note that CRESS-00001861 is a forward of an automatic liquidation warning email from noreply@nexo.io, which could have triggered issues with the spam filter. In any event, the lack of one communication in Nexo's 63,000+ document production is hardly indicative of any failure in Nexo's production process and is not prejudicial to Plaintiff when he is in possession of this very communication.

Nexo reserves all rights and remedies in connection with Plaintiff's discovery deficiencies.

Sincerely,

*/s/* Ian S. Shelton

3