# EXHIBIT 21

| | |
|---|---|
| **From:** | John Cress <jtc88@hotmail.com> |
| **Sent:** | Thur 25/03/2021 8:20:27 AM (UTC) |
| **To:** | Hristiyan Hristov <hristiyan@nexo.io> |
| **Subject:** | Fw: Accredited Investor Verification requested by JOHN THOMAS CRESS completed - VERIFIED |
| **Attachment:** | accredited_investor_certificate.pdf |

Hristiyan,

I attached my accredited investor certificate.

John

---

**From:** VerifyInvestor <support@verifyinvestor.com>
**Sent:** Wednesday, March 24, 2021 10:02 PM
**To:** jtc88@hotmail.com <jtc88@hotmail.com>
**Subject:** Accredited Investor Verification requested by JOHN THOMAS CRESS completed - VERIFIED



Hi JOHN CRESS,

Thank you for choosing VerifyInvestor.com for your investor verification needs.

We are pleased to confirm that based on the information provided and certifications made by JOHN CRESS, Reviewer #226, who is a licensed attorney, has verified JOHN CRESS as an accredited investor.

A formal verification letter is attached for your files. Your verification status is valid for the duration noted in the attached certificate.

Thanks,
VerifyInvestor.com

CONFIDENTIAL

NEXO-0017263



©Verify Investor, LLC

Terms    Privacy

CONFIDENTIAL                                                                        NEXO-0017264