# EXHIBIT 23

Message

**From:** Hristiyan Hristov [hristiyan@nexo.io]
**Sent:** 19/03/2021 10:24:00
**To:** John Cress [jtc88@hotmail.com]
**Subject:** Re: Nexo VIP Customer Program

Hello John,

Thank you for the email. Happy to schedule a call with you.

Feel free to book a time slot from here.

Looking forward to e-meeting you.

.

On Thu, Mar 18, 2021 at 10:57 AM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

I spoke with Ahmed in support and he said that you or someone will call me by 12:00 midnight, but there was no call and then at 1:30 AM I started talking with Kiril in support and he told me to email you to make an appointment. Can you please tell me when you are available tomorrow, Thursday? I'm in San Francisco and I don't know where you are, so please translate your available hours to California time - PST.

John

**From:** John Cress <jtc88@hotmail.com>
**Sent:** Wednesday, March 17, 2021 9:29 PM
**To:** Hristiyan Hristov <hristiyan@nexo.io>
**Subject:** Re: Nexo VIP Customer Program

Hristiyan,

I sent my BTC over to Nexo because my goal was to do borrowing and lending. The very next day after I sent over my money, there was nobody I could call to talk to and Nexo lowered their earnings interest rate by 1% and the only thing I could do is read through the Telegram chat. During that time was a great time for borrowing because Bitcoin was down to $43,000 - $45,000 and there's a much less chance it will go down another 23% from that price for liquidation. The higher the bitcoin price goes, the more I'm feeling like I'm less comfortable borrowing. I'm glad that I will finally have a chance to talk to someone, however, now Bitcoin is up to $60,000 and I feel more nervous borrowing. I wish I had this conversation a couple weeks ago. I do have a list of questions to ask Nexo, but I didn't know I have a contact besides a chat bot. The only problem now is that I still can't get through. Your phone number does not work. I went through the Chat bot again and told this information to Ahmed and he replied and said "I understand, let me check.", but he has not written back since..... so I'm still waiting to talk to someone.

John

CONFIDENTIAL

**From:** John Cress <jtc88@hotmail.com>
**Sent:** Wednesday, March 17, 2021 9:02 PM
**To:** Hristiyan Hristov <hristiyan@nexo.io>
**Subject:** Re: Nexo VIP Customer Program

Hristiyan,

I tried to call you again, but I'm having trouble.   The first time it rang with no answer or voicemail, the second time there was a busy signal, and the third time there was an operator that said "please press 0 to connect the call" and I pressed 0 and then there was a long silence and then the call hung up.   The fourth time I tried, the operator said "please press 9 to connect the call" and the same thing happened.   I called a fifth time and the operator said "please press 3 to connect the call" and the same thing happened......

In the program brochure that you offered, there's a mention of "Direct phone number availability", but there's no phone number offered there.    Right now I am still waiting for you to call me.    Can you please call me at 415-298-4366.

John

---

**From:** John Cress <jtc88@hotmail.com>
**Sent:** Wednesday, March 17, 2021 3:31 PM
**To:** Hristiyan Hristov <hristiyan@nexo.io>
**Subject:** Re: Nexo VIP Customer Program

Hi Hristiyan,

Yes, I am very interested and I have a list of questions to ask Nexo to decide if my funds are safe and insured etc because I still have many decisions to make.   The problem now is that I just tried to call your phone and it rang about 10 times and then hung up with no voicemail, so I don't know how I can reach you.    Does Nexo have someone local I can talk to?   I live in San Francisco and right now it's 3:30 pm my time.    If you want to try to call me back, my local number is 1-415-298-4366.   Thank you,

John

> On Mar 17, 2021, at 4:48 AM, Hristiyan Hristov <hristiyan@nexo.io> wrote:
>
> Hi John,
>
> I am following up on the email I sent you a couple of days ago. I thought you would appreciate some additional details regarding what it means to be enrolled in our VIP program.
>
> Apart from having a dedicated relationship manager to help with any product related questions, you also get a priority support SLA, and access to a list of exclusive OTC services like the Portfolio Booster and the Zero Cost Loan. Find more details in the program brochure pdf.
>
> I will be happy to tell you more about any of the services listed in the brochure. Let me know if any of them spark your interest.
>
> I look forward to hearing from you.

CONFIDENTIAL                                                                    NEXO-0003126

Best regards,

**Hristiyan Hristov**

Relationship Manager

+44 1618 188979





Banking on Crypto
**nexo.io**

.

--
Best regards,
**Hristiyan Hristov**
Relationship Manager

+41 43 505 18 13



**Banking on Crypto**
nexo.io

CONFIDENTIAL

NEXO-0003127