James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimilie: 619-566-4341

*Counsel for Plaintiff John Cress*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CRESS, | Case No. 3:23-CV-00882-TSH |
| Plaintiff, | **DECLARATION OF MAX AMBROSE FILING UNREDACTED MOTION FOR SANCTIONS AND EXHIBITS IN THE PUBLIC RECORD PURSUANT TO THE COURT'S JULY 28, 2026 ORDER (ECF No. 147)** |
| v. | |
| NEXO CAPITAL INC. | |
| Defendant. | Courtroom: San Francisco Courthouse |
| | Courtroom E – 15thFloor |
| | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |

DECLARATION OF MAX AMBROSE FILING UNREDACTED MOTION AND EXHIBITS RE
ECF No. 147
Case No. 3:23-CV-00882-TSH

I, Max Ambrose, hereby declare as follows:

1.    I am a member in good standing of the bar of the State of California, an attorney at the law firm Taylor-Copeland Law, P.C., and counsel of record for Plaintiff John Cress. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2.    I make this declaration, pursuant to Northern District of California Civil Local Rule 79-5(f) and the Court's ECF No. 147 Order, in response to the "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed" (ECF No. 134).

3.    On July 6, 2026, Plaintiff filed his "Motion for Sanctions" against Defendant Nexo Capital, Inc. ("Nexo"). ECF No. 134-3.

4.    Because this filing contained or related to materials that other parties had designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order (ECF No. 52), Plaintiff filed an "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed" (ECF No. 134) pursuant to Local Rule 79-5(f), on July 6, 2026. ECF No. 134. Plaintiff then filed Exhibits 1, 2, 3, 5, 6, 7, 8, 15, 16, 17, 18, 19, 24, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38 to the Declaration of Max Ambrose under seal, together with a version of his Motion for Sanctions redacted to omit portions quoting or describing designated material. ECF Nos. 134, 134-1, 134-3.

5.    Pursuant to Local Rule 79-5(f)(2), Plaintiff served the Administrative Motion on the designating party—Nexo—the same day.

6.    On July 13, 2026, Nexo responded to Plaintiff's Administrative Motion, requesting redaction of third-party customers' names, email addresses, and financial account numbers in three documents: Ambrose Decl., Exs. 24, 35, and 36. ECF No. 141. Nexo further stated that it does not request sealing of Plaintiff's Motion for Sanctions or Exhibits 1–3, 5–8, 15–19, 27–34, and 38 to the Ambrose Declaration. Id.

7.    On July 28, 2026, the Court **GRANTED IN PART** and **DENIED IN PART** Plaintiff's Administrative Motion. ECF No. 147.

2

DECLARATION OF MAX AMBROSE FILING UNREDACTED MOTION AND EXHIBITS RE ECF NO. 147
Case No. 3:23-CV-00882-TSH

8. The Court **GRANTED** Plaintiff's Administrative Motion as to the redaction of portions of Ambrose Decl., Ex. 24 (ECF No. 134-16), Ambrose Decl., Ex. 35 (ECF No. 134-25), and Ambrose Decl., Ex. 36 (ECF No. 134-26) containing names, email addresses, and financial account numbers of Nexo customers, and determined that no further action is needed as to those documents because Nexo has filed redacted versions of them on the public record. ECF No. 147 at 4; see ECF Nos. 141-3, 141-4, 141-5.

9. The Court further ruled that it **DENIES** Cress's Administrative Motion to seal Cress's Motion for Sanctions (ECF No. 134-3), Ambrose Decl., Ex. 1 (ECF No. 134-4), Ambrose Decl., Ex. 2 (ECF No. 134-5), Ambrose Decl., Ex. 3 (ECF No. 134-6), Ambrose Decl., Ex. 5 (ECF No. 134-7), Ambrose Decl., Ex. 6 (ECF No. 134-8), Ambrose Decl., Ex. 7 (ECF No. 134-9), Ambrose Decl., Ex. 8 (ECF No. 134-10), Ambrose Decl., Ex. 15 (ECF No. 134-11), Ambrose Decl., Ex. 16 (ECF No. 134-12), Ambrose Decl., Ex. 17 (ECF No. 134-13), Ambrose Decl., Ex. 18 (ECF No. 134-14), Ambrose Decl., Ex. 19 (ECF No. 134-15), Ambrose Decl., Ex. 27 (ECF No. 134-17), Ambrose Decl., Ex. 28 (ECF No. 134-18), Ambrose Decl., Ex. 29 (ECF No. 134-19), Ambrose Decl., Ex. 30 (ECF No. 134-20), Ambrose Decl., Ex. 31 (ECF No. 134-21), Ambrose Decl., Ex. 32 (ECF No. 134-22), Ambrose Decl., Ex. 33 (ECF No. 134-23), Ambrose Decl., Ex. 34 (ECF No. 134-24), and Ambrose Decl., Ex. 38 (ECF No. 134-28), and Cress is hereby **DIRECTED** to file these items in the public record within four days from the date of this order. ECF No. 147 at 4–5.

10. Pursuant to Local Rule 79-5(f) and the Court's ECF No. 147 Order, Plaintiff attaches to this declaration, and hereby files in the public record, unredacted versions of the following documents:

    a.  Plaintiff's Motion for Terminating Sanctions or, in the Alternative, Curative Sanctions Pursuant to Fed. R. Civ. P. 37(e), 37(b), and the Court's Inherent Authority (ECF No. 134-3)

    b.  Exhibit 1 to the Ambrose Declaration

    c.  Exhibit 2 to the Ambrose Declaration

3

DECLARATION OF MAX AMBROSE FILING UNREDACTED MOTION AND EXHIBITS RE ECF NO. 147
Case No. 3:23-CV-00882-TSH

d.  Exhibit 3 to the Ambrose Declaration

e.  Exhibit 5 to the Ambrose Declaration

f.  Exhibit 6 to the Ambrose Declaration

g.  Exhibit 7 to the Ambrose Declaration

h.  Exhibit 8 to the Ambrose Declaration

i.  Exhibit 15 to the Ambrose Declaration

j.  Exhibit 16 to the Ambrose Declaration

k.  Exhibit 17 to the Ambrose Declaration

l.  Exhibit 18 to the Ambrose Declaration

m.  Exhibit 19 to the Ambrose Declaration

n.  Exhibit 27 to the Ambrose Declaration

o.  Exhibit 28 to the Ambrose Declaration

p.  Exhibit 29 to the Ambrose Declaration

q.  Exhibit 30 to the Ambrose Declaration

r.  Exhibit 31 to the Ambrose Declaration

s.  Exhibit 32 to the Ambrose Declaration

t.  Exhibit 33 to the Ambrose Declaration

u.  Exhibit 34 to the Ambrose Declaration

v.  Exhibit 37 to the Ambrose Declaration (See paragraph 12)

w.  Exhibit 38 to the Ambrose Declaration

11.  The Motion for Sanctions attached to this declaration is identical to the version filed under seal at ECF No. 134-3, except that the highlighting of the portions for which sealing was sought and the "FILED UNDER SEAL" legend—both required by Civil Local Rule 79-5(e)(2) for the version filed under seal—have been removed. No text has been altered, added, or omitted. Each of the exhibits attached to this declaration is a true and correct copy of the corresponding exhibit previously filed under seal, as identified by ECF number in paragraph 9 above.

4

DECLARATION OF MAX AMBROSE FILING UNREDACTED MOTION AND EXHIBITS RE ECF NO. 147
Case No. 3:23-CV-00882-TSH

12.    Exhibit 37 to the Ambrose Declaration (ECF No. 134-27) was among the twenty-five documents identified in Plaintiff's Administrative Motion, but it was not addressed in the Court's ECF No. 147 Order and was not among the documents Nexo requested be sealed or redacted in its ECF No. 141 response. On July 31, 2026, I reached out to Nexo's counsel asking whether Nexo contends Exhibit 37 should remain sealed. On August 3, 2026, Nexo's counsel replied "Nexo does not object to the public filing of Exhibit 37, Nexo Services UAB Anti-Money Launder Policy." Plaintiff has thus also attached Exhibit 37 to this declaration and filed it into the public record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of August, 2026.

/s/ *Max Ambrose*
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimilie: 619-566-4341

*Counsel for Plaintiff John Cress*

DECLARATION OF MAX AMBROSE FILING UNREDACTED MOTION AND EXHIBITS RE ECF NO. 147
Case No. 3:23-CV-00882-TSH