# Exhibit 3

# Exhibit 3

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH

Date: June 19, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

# YASEN IVANOV DAMYANOV

# CONFIDENTIAL

Reported by:
Deliris R. Perez



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

Nexo's Slack channel, who else had administrative access at the time?

A    Who else besides me had the -- had a similar role?

Q    Yes.

A    Is that the question?

Q    Yes.

A    Kosta Kantchev.

Q    Is there anybody else?

A    Not as far as I'm aware of.

Q    And in December 2022, was there anybody else, other than you and Mr. Kantchev, that had administrative access to change Nexo's Slack retention policies?

A    As far as I know, no.  So to make it clear, I and Mr. Kantchev were the only two who technically was possible -- were possible to change retention policies.

Q    And other than you and Mr. Kantchev, is there anybody today that can change Nexo's Slack data retention policies?

A    No.

Q    So throughout all time, the only two administrators of Nexo's Slack data retention policies have been you and Mr. Kantchev?

A    I can only tell that from the period that I got the role of administrator, I and Mr. Kantchev had

Q    Is there a written log or -- sorry.

Are there any communications written down conveying that message to you to change Nexo's data retention policies in 2022?

A    I don't remember.

Q    Do you know why Nexo implemented its data retention policies in December 2022?

MR. SHELTON:  Objection; calls for speculation.

THE WITNESS:  I cannot -- I mean, I don't know the reasoning.

BY MR. AMBROSE:

Q    So you don't know who told you to do it?  You don't know why you were doing it?  Is it possible --

MR. SHELTON:  Go ahead.

BY MR. AMBROSE:

Q    -- is it possible that you did it without anybody telling you to do it?

Let me rephrase my question.

Is it possible you changed Nexo's Slack data retention policies without anybody telling you do it?

A    That's not possible.

Q    Okay.  So how do you know that somebody told you to do it?

MR. SHELTON:  Objection; asked and answered.

THE WITNESS:  This -- I don't have a clear recollection of the details, but it was -- it was a task for me, to implement retention policies, in December 2022.

BY MR. AMBROSE:

Q    Okay.  How was that task provided to you?

MR. SHELTON:  Objection; asked and answered.

THE WITNESS:  I don't -- I don't remember the very specifics of how -- how the task was -- was provided.

MR. SHELTON:  Max, at a time that's -- time that's good for you, I'd like to do a break when it's a good time.

MR. AMBROSE:  Yeah.  We can take a break.

Let me just introduce the Exhibit 240 on the record.  And it's just Mr. Damyanov's Deposition Notice.  I'm not going to ask any questions about it right now.

(Plaintiff's Exhibit 240 was marked for identification.)

MR. AMBROSE:  We can go off the record and take a break.

THE VIDEOGRAPHER:  Okay.  We are now off the record.  The time is 9:10 a.m. Pacific time.

(Break from 9:10 a.m. to 9:27 a.m.)

Right?

A    Yes.  That's what the sentence says.

Q    And then we see changes -- we see it says public and private channels.

For both of these, you had no retention policy set until 2023-03-01, when it was adjusted to 60 days; it was then adjusted to 180 days on 2024-01-23, right?

A    Yes.

Q    And so let's start with the policy set on March 1, 2023.

Who made that Slack retention policy change?

A    I did.

Q    Okay.  And you cannot verify that it was you doing it because that data is now -- is now gone; is that correct?

A    That's -- yes.  That's what the Slack support team told us, that they cannot provide this data.

Q    Okay.  Who told you to make the March 1, 2023, policy change?

A    I think -- I mean, again, it was like -- it was maybe -- maybe it was either the management or legal department.

Q    Who was in Nexo's management department in March 2023?

A      Management department, I refer to Kosta Kantchev and Antoni Trenchev.

Q      And who was in Nexo's legal department in March 2023?

MR. SHELTON:  Objection; calls for speculation.

THE WITNESS:  I'm not entirely sure, but maybe -- maybe it was Bianca.

BY MR. AMBROSE:

Q      Did you ever respond to Nexo's legal department telling them for you to do something?

A      Could you please repeat the question?

Q      In your entire time as -- at Nexo, have you ever responded to their legal department directing you to do something?

MR. SHELTON:  Objection; vague.

THE WITNESS:  I really cannot understand the meaning of the question.  Can you please paraphrase it?

BY MR. AMBROSE:

Q      Has anyone from Nexo's legal department ever directed you to do anything at Nexo?

A      I often take -- receive requests from the legal department.

Q      Okay.  What kind of requests do you receive?

BY MR. AMBROSE:

Q    So Mr. Kantchev did not help Nexo's legal team in exporting files for this case?

MR. SHELTON:  Objection; calls for speculation.

THE WITNESS:  He did not help the legal team with that.

BY MR. AMBROSE:

Q    Okay.  So when did you export files from Slack in this case?

MR. SHELTON:  Objection; vague.

BY MR. AMBROSE:

Q    Let me rephrase.

When did you export files from Slack relating to this case first?

A    I don't remember when the -- when was the first time we -- we exported data for this case.

Q    Was it in 2021?

A    I don't remember.

Q    Was it in 2022?

A    I don't remember.

Q    Was it in 2023?

A    I don't remember.

Q    Was it in 2024?

A    I don't remember.

Q     Was it in 2025?

A     In 2025, we for sure made the exports regarding this case, but I don't -- I don't recall if it was the very first time we did that.

Q     So the first time you remember exporting data relating to this case from Slack was in 2025, right?

A     This is what I remember.

Q     Okay.  And nobody else, other than you and Mr. Kantchev, could have exported data from Slack prior to that 2025 date, right?

A     If you mean an export, that's correct.

But, I mean, I'm not aware how -- in what ways the legal department needs data for -- for their collection, because they usually -- and by our policy, they collect data proactively on demand, and I don't know what their procedures exactly are and if they only ever need export types of collected data.

I assist them with exporting data from Slack, the way the administrator can do it.

Q     Okay.  Have you assisted Nexo's legal team in preserving data -- Slack data for this case?

MR. SHELTON:  Objection; asked and answered.

THE WITNESS:  I have assisted with the legal department with any request they have to me as an administrator.

Q    Okay.  Anybody else?

A    Vladimir Sachanski, also.

Q    Anybody else?

A    I can't remember the full names of other members of the team right now.

Q    Were any of the three people you named on Nexo's InfoSec team in 2022?

A    Sorry?

Q    Were any of the three people you named on Nexo's InfoSec team in 2022?

A    In 2022 -- I believe for sure Milan Velev was part of the team in 2022.  I'm almost certain Dragostin Tsekov was part of the team.

Q    Okay.  Did you consult with them before making any Nexo data retention changes?

A    I don't recall this.

Q    Did you consult with anybody on Nexo's InfoSec team before making any data retention changes?

MR. SHELTON:  Objection; vague as to which -- which changes.

THE WITNESS:  I don't remember.

BY MR. AMBROSE:

Q    Was Nexo's InfoSec team involved in making Nexo's Slack data retention policy changes?

A    Sorry.  Could you please repeat?

Q    Was Nexo's InfoSec team involved in making Nexo Slack data retention policy changes?

MR. SHELTON:  Objection; calls for speculation.

THE WITNESS:  If I understand the question correctly, no.

BY MR. AMBROSE:

Q    Was Nexo's InfoSec team involved in making Nexo's Google Workspace or Vault data retention changes?

MR. SHELTON:  Objection; vague as to which changes.

THE WITNESS:  Again, if I understand the question correctly, no.

BY MR. AMBROSE:

Q    Okay.  After Nexo made the 180-day change in 2024 to its Slack messages -- sorry -- its Slack channels, has Nexo ever modified its default data retention policy for Slack channels?

A    I don't recall, but at the moment, the default retention policy is 180 days.

Q    When was the last time Nexo changed its channel-specific Slack retention policies?

A    I don't remember.

Q    Were you the one that made the changes last?

A    Yes.

period.

THE WITNESS:  I reached out to Slack for -- for the retention policies that are mentioned in this exhibit, in this content we are sharing right now.  So I didn't -- I didn't ask for more than that.

BY MR. AMBROSE:

Q    Sure.  My question is a little different.

My question is whether you or anyone at Nexo that you know of looked for data reflecting Slack channel-specific retention changes.

MR. SHELTON:  Objection; vague as to time period.

THE WITNESS:  I don't know.

BY MR. AMBROSE:

Q    If we go down to the next line on this Exhibit 241, it says direct messages.  You had no retention policy set until 2022-12-4, when it was adjusted to four days.

Was it you that changed Nexo's Slack direct message retention policy in December 2022?

A    Yes, it was me.

Q    Do you know why you made that change?

A    No.

Q    Do you know who directed you to make that

change?

A    As I answered before, similar questions, the task was given either by the management or the legal department.  I don't have a clear recollection.

Q    Is there a way to preserve Slack direct messages in the same way as there's a way to lengthen the amount of time to preserve Slack channel-specific messages?

A    Could you please repeat the question?

Q    Sure.

MR. AMBROSE:  Could the court reporter please repeat my question.

THE REPORTER:  Yes.  One moment.

(The requested portion of the record was read back.)

THE WITNESS:  If you're referring to if it's possible to set custom retention policies on -- on specific direct messages, then it's not possible.  The default retention policy affects all direct messages.  That's -- if -- that's my answer if I understand the question correctly.

BY MR. AMBROSE:

Q    Yes, that was my question.

And is there any way to single out individuals for Slack direct message retention setting

changes?

A     When it comes to retention policies and setting retention policies for direct messages, I -- I don't think there's an option to exclude a particular direct message from the default retention policy.

Q     Okay.  And going back to Exhibit 241, I believe, it says it was then adjusted to 30 days on 2022-12-07.

Is that you that made the adjustment to 30 days on December 7, 2022?

A     Yes.

Q     Do you know why you made that adjustment?

A     No.

Q     Do you know who directed you to do that?

A     Again, it was a task from the tech management or legal team.

Q     Were the -- all of Nexo's direct Slack messages deleted in the period between December 4, 2022, and December 7, 2022?

MR. SHELTON:  Objection; calls for speculation.

THE WITNESS:  The retention policy, when it was set, it started working from -- from now on.  I mean, it keeps the messages for the days set in the retention policy.  I just didn't remember the

exact -- that date frame that you mentioned, but this is how it works.  It keeps the retention -- the retention keeps the messages for the period set in the retention settings field.

BY MR. AMBROSE:

Q    So when you set the retention policy on December 4, 2022, to four days, it deleted all Slack direct messages that Nexo had up until the last four days; is that right?

A    This -- this retention policy affected all messages older than four days.  And the process, as far as I remember, took some time to -- for the system to execute the retention policy.  And that's what I remember.

Q    How long did the system take to execute the policy?

MR. SHELTON:  Objection; calls for speculation.

THE WITNESS:  I don't know how long it took, but it wasn't in a second.

BY MR. AMBROSE:

Q    Was it longer than three days?

MR. SHELTON:  Objection; calls for speculation.

THE WITNESS:  I don't -- I don't remember

You said it was then -- sorry.  The message says it was then adjusted to 30 days on 2022-12-07 and to 60 days on 2023-2-09, right?  Why -- was it you that made the change on February 9 of 2023 to 60 days?

A    Yes.

Q    Do you know why you did that change?

A    No.

Q    Who directed you to make that change?

A    Management or legal department.

Q    And this change would preserve Slack direct messages for a longer of period of time, right?

A    When it's set for 60 days, direct messages are kept for a longer period of time.

Q    Do you know if that was done for any security reason?

A    I'm not aware of the reason.

Q    And then it says, finally, it was adjusted to 180 days on 2024-1-23.

Do you see that?

A    Yes.

Q    Was that you that made the change on January 23, 2024?

A    Yes.

Q    Do you know why you did that?

A    No.

Q    Do you know who directed you to do that?

A    It was, again, management or legal department.

Q    And you don't remember the specific individual telling you to change Slack's policy about two and a half years ago?

A    It's hard for me to remember all the changes specifically, how the -- how the details were back then.

Q    And for the last Slack change in 2024 and data retention change in 2024, how was it communicated to you to change the policy?

A    I don't remember.

Q    You have no idea if there was a phone call, an email, a Slack message?

MR. SHELTON:  Objection; asked and answered.

THE WITNESS:  I don't remember.

BY MR. AMBROSE:

Q    Do you ever communicate with Mr. Kantchev via email?

A    Sorry.  Could you please repeat?

Q    Do you ever communicate with Mr. Kantchev via email?

A    Yes.

Q    Do you communicate with him via Slack?

A    Yes.

Q     Do you communicate with him via phone call?

A     I don't remember, but mainly I use Slack.

Q     Do you communicate with him via video chats?

A     No.

Q     And so he would have either -- he would've probably communicated these changes to you -- let me -- let me stop that question.

Do you know if Mr. Kantchev still has administrative access to Nexo's Slack?

A     Yes.

Q     Do you know who owns -- or do you know -- do you know who contracts with Slack -- let me rephrase.

Do you know which legal entity has contracted with Slack?

A     If I'm not mistaken, on our end, it must be Nexo Capital, but I'm not sure.

Q     Okay.  Do you know why NDS EOOD employees would be using Nexo Capital's Slack channel?

MR. SHELTON:  Objection; calls for speculation.

THE WITNESS:  I don't know.  Yes.

BY MR. AMBROSE:

Q     Are you aware that there have been no Slack direct messages produced in this case from the year 2021?

MR. SHELTON:  Fine with me.

MR. AMBROSE:  Let's go off the record.

THE VIDEOGRAPHER:  We are now off the record.  The time is 11:40 a.m. Pacific time.

(Break from 11:40 a.m. to 11:55 a.m.)

THE VIDEOGRAPHER:  We are now on the record.  The time is 11:55 a.m. Pacific time.

BY MR. AMBROSE:

Q    Mr. Damyanov, who at Nexo has access to administrate Nexo's Google Vault?

A    It's me and Kosta Kantchev.

Q    Does Stefan Danielov have access?

A    He's not a member of the company right now.

Q    So, previously, did he have access?

MR. SHELTON:  Objection; vague as to "access."

BY MR. AMBROSE:

Q    Access to administrate to Nexo's Google Vault.

MR. SHELTON:  Same objection.

THE WITNESS:  He had temporary access to manage retention policies temporarily.

MR. AMBROSE:  Okay.  I'll introduce what was previously marked as Exhibit 106, labeled Nexo-0369409.

(Plaintiff's Exhibit 106 was marked for identification.)

BY MR. AMBROSE:

Q    And I'll do it -- I'll share my screen with you.  Let me know if you can see it.

It's a spreadsheet.  At the top of the spreadsheet, it describes date, event, description, resource, url, organizational, and then additional -- organizational unit, and then additional details.

Have you seen this spreadsheet before?

A    Yes.

Q    And if we go all the way to the right, there's a column "actor."  It shows, at the top, Row 2, yasen@nexo.com.

That's your email, correct?

A    Correct.

Q    And then if we go all the way to the bottom, yasen@nexo.io, that was previously your email, correct?

A    Correct.

Q    And so any changes reflected by actor yasen@nexo.io or yasen@nexo.com were made by you; is that right?

A    Correct.

Q    Do you know why you made any of the retention rule changes in this -- in this -- reflected in this

spreadsheet?

MR. SHELTON:  Objection; vague.

THE WITNESS:  As far as I can see, there are a lot of lines.  If you can specify which line, I can read the additional data.

BY MR. AMBROSE:

Q    Okay.  And let's look at Rows 305 to 308.  If we look at Column K, there are changes made by you, yasen@nexo.com, right?

A    Yes.

Q    Okay.  And then if we look Column F, we see -- which is labeled additional details -- before we do that, really quickly look at the dates.  These are changes made on August 30, 2028, and August 31 -- I'm sorry -- August 30, 2024, and August 31, 2024, correct?

A    Yes.

Q    Okay.  And then if we look at the details of the changes, it's showing period one day after modification, apply only to deleted objects, false type.  Is it your understanding that creating these retention rules will delete the documents that applied underneath the rule?

A    I'm not sure I clearly understand the question.

Q   Do you know why you created any of these retention rules that we're looking at in Rows 305 to 308?

A   My recollection is that there was a task given by the legal department so that some specific documents to be purged from the Google system.

Q   Okay.  So Nexo used one of their retention rules to purge documents from their Google system, right?  And that's what you're doing here?

MR. SHELTON:  Objection; vague as to which documents.

THE WITNESS:  Yes.

BY MR. AMBROSE:

Q   Okay.  And then there was a label for these, LabelRet.  Label conditions, label, LabelRet is present.

Do you see that?

A   Yes.

Q   Do you know what documents were under LabelRet?

A   No.

Q   Do you know who classified the documents LabelRet?

A   No.

Q   So you have no idea what you're deleting here?

A    If I may explain, the label called LabelRet is a -- is a label on the basis for which our retention policies apply.

So I'm only specifying our retention policy based on a label.  And a document to be deleted, this -- the document in question needs to be associated with that label.  So I'm only -- I'm only creating label and our retention policy based on the label.

Q    Who chose what documents go under that label?

A    I don't know.

Q    Who had access to do -- to choose which documents went under which specific label?

A    I don't know.

Q    Mr. Kantchev did, right?

MR. SHELTON:  Objection; calls for speculation.

THE WITNESS:  I don't know.

BY MR. AMBROSE:

Q    Do you know -- have any idea what documents were under LabelRet?

MR. SHELTON:  Objection; asked and answered.

THE WITNESS:  I don't know.

BY MR. AMBROSE:

Q    Who told you to implement these retention rule changes that we're looking at on Rows 305 to 308 in

August 2024?

    A    Legal -- the legal department.

    Q    Were the documents under LabelRet related to Mr. John Cress's case?

    A    I don't know.

    Q    So it's possible this is a deletion of documents relating to Mr. Cress, correct?

    MR. SHELTON:  Objection; calls for speculation.

    THE WITNESS:  The -- this -- I have -- I have no information which -- the content of the documents which were affected by this label.

BY MR. AMBROSE:

    Q    Who at Nexo would know the contents under the LabelRet?

    A    I don't know.

    Q    If we go now to Row 76 to 79, this is February 17, 2025.

    Do you see that?

    A    Yes.

    Q    And then Column K, it's yasen@nexo.com, so it's you making these changes reflected in Row 76 to 79, correct?

    A    Correct.

    Q    And then these retention policy changes are

also one-day rule, meant to purge the documents under the label rom, correct?

A    This log here represents a retention rule set on the basis of our label.

Q    And it would delete, after it was applied, all the documents present in label rom, correct?

A    The retention policy would affect documents that are associated with label rom.

Q    And by affect, they would be purged, right?

A    Yes.

Q    And what documents were labeled rom?

A    I -- I don't know.

Q    Who knows that?

A    I don't know.

Q    Did you tell Mr. Greetham what documents were present in label rom or LabelRet?

A    No.

Q    Were the documents in label rom or LabelRet related to the Morton's case?

A    I don't know.

Q    Who told you to implement the retention rules in 76 to 79?

A    The legal department.

Q    Did they tell you -- do you have any understanding about why they asked you to do that?

A    I don't know the reasoning for that.

Q    And are you aware that these rules were created to purge documents during this litigation?

MR. SHELTON:  Objection to -- vague as to which litigation.

BY MR. AMBROSE:

Q    So the litigation we're here today, Mr. Cress's litigation against Nexo.

A    I don't know.

Q    Let's look at Rows 409 to 418.

If we look at the Column K, yasen@nexo.com, this is you making these changes, correct?

A    Yes.

Q    And then Column F specifies a 180-day retention rule, false type email, and this will delete documents older than 180 days in an email account, correct?

A    It shows a retention policy that will affect messages older than 180 days.

Q    And by "affect," you mean purge, right?

A    Yes.

Q    And so, then, if we look here, real quick, on that first -- Column A was done on November 6, 2023, right?  These Rows from 409 to 418 were implemented November 6, 2023?

A    I just am not sure.

Q    Do you know who these emails belong to, kalin@nexo.com, .io, and nexobank.com?

A    They belong to Kalin Metodiev.

Q    Do you know why you were deleting his emails by setting this retention rule?

MR. SHELTON:  Objection; asked and answered.

THE WITNESS:  I don't know the reasoning.

BY MR. AMBROSE:

Q    Did you ever ask anybody why you were setting retention rules --

MR. SHELTON:  Objection --

BY MR. AMBROSE:

Q    -- in Google Vault?

MR. SHELTON:  Objection; asked and answered.

THE WITNESS:  I -- when the -- when the task is given by the team, I'm not used to questioning their decisions.

BY MR. AMBROSE:

Q    Okay.  Now, I'm looking at Rows 439 to 444. If we scroll to Column K, yasen@nexo.com, this is you again, correct?

A    Yes.

Q    Okay.  These changes were made March 9, 2023, right?

A    Yes.

Q    Do you know if this was done before or after Mr. Cress filed his litigation against Nexo?

A    I don't know the timings of these details about the case.

Q    Okay.  And this is a retention rule period, at first, 180 days; then it was set indefinite and then back to 180 days.

Do you know why you -- you did it like that?

A    I don't remember.

Q    And the retention rule here would have purged all emails to or from kosta.kk@gmail.com sent after October 2017, right?

A    Yes.

Q    Do you know why -- do you know if that is Mr. Kantchev's personal gmail account?

A    Yes.

Q    Do you know why you were setting retention rules to delete Mr. Kantchev's personal gmail in Nexo's database?

A    No.

Q    And do you know who told you to do this?

A    Kosta Kantchev.

Q    He personally told you to delete his personal emails from Nexo's database?

A    So could you repeat the question?

Q    How did Mr. Kantchev explain to you to delete his emails from his personal gmail account?

A    I don't remember how exactly this happened.

Q    Do you know why -- did he explain to you why he asked you do what he asked you to do?

A    He did not.

Q    And then if we look just above that, there's another March 9, 2023, retention rule in Rows 437 to 438.  And just below that, Rows 445 -- sorry.  Let's first talk about Rows 437 to 438.

Here there are retention rules set by you, in Column K, yasen@nexo.com, correct?

A    Column K is my email, yes.

Q    And you're the one always using your email to set these rules, right?  It wasn't somebody else?

A    It was me, yes.

Q    Okay.  And then on March 9, 2023, you set a similar rule to what we had just discussed, to delete all emails older than 180 days, sent after October 2017, from Antoni Trenchev -- sorry -- antoni@trenchev.com, right?

A    Yes.

Q    And then if you go up to Rows 435 and 430 -- sorry -- 434 and 433, you do the same to delete

antoni@trenchev.com emails to him from Nexo's database, right?

A   Correct.

Q   Do you know why you made this retention policy change?

A   No.

Q   So the ones described in 433 to 438.

A   No.

Q   And who told you to make those changes?

A   I think, again, it was Kosta Kantchev.

Q   He didn't explain why he asked you to delete Mr. Trenchev's emails out of his personal email account from Nexo's database?

A   No.

Q   We'll go to Rows 371 to 378.

Once again, Column K reflects that you are the ones -- you are the one making these changes, correct?

A   Yes.

Q   And these are changes made January 17, 2024, right?

A   Yes.

Q   And you are adding a retention rule to Mr. Kosta Kantchev's nexo.com email address at this time, correct?

emails that passed through -- that are -- there were passed through our spam filters.

BY MR. AMBROSE:

Q    Did you ever Vault-delete emails out of users' gmail inboxes?

A    Our retention policy could do that, so it's possible.

MR. AMBROSE:  I'll introduce Exhibit 243.

(Plaintiff's Exhibit 243 was marked for identification.)

BY MR. AMBROSE:

Q    This is a spreadsheet labeled Nexo-0248534.

Do you see this Row 45700?  It says deleted inbox -- and I'm reading from Column E -- deleted inbox. Open Vault deleted.

Was it you that did a Vault deletion of Mr. Dinca's email listed here?

MR. SHELTON:  Objection; vague.

I mean, this -- can't even read this column.

BY MR. AMBROSE:

Q    Column E is labeled "labels."

There was an email -- sorry -- titled, in Column G, "Re:  Amending templates used by the sales team."  It has been Vault-deleted.

Do you know what that means?

A    Well, based on the label that is in Column E, it means the -- the email -- if it's an email, it's deleted.

Q    Do you know what Vault-deleted means?

A    It means that it's purged from the Google system.

Q    Did you implement Vault deletions from Nexo's -- in Nexo's system?

MR. SHELTON:  Objection; vague.

THE WITNESS:  We -- in your previous spreadsheet, we discussed such retention policies. So it's possible.

BY MR. AMBROSE:

Q    Does the previous spreadsheet contain all of Nexo's data retention policies and deletions?

MR. SHELTON:  Objection as to which spreadsheet you're talking about.

I also think --

MR. AMBROSE:  Exhibit 106.

Okay.  Final questions.

MR. SHELTON:  Hopefully final question.

MR. AMBROSE:  Okay.

MR. SHELTON:  We're at -- we're over four.

MR. AMBROSE:  Sounds good.

THE WITNESS:  So the -- could you please