# Exhibit 5

# Exhibit 5

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH
Date: March 30, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

# HRISTIYAN HRISTOV

# CONFIDENTIAL

Reported by:
AILSA WILLIAMS



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

HRISTIYAN HRISTOV                                    JOB NO. 2496605
MARCH 30, 2026               CONFIDENTIAL

seven.  Back on record at 5:01.

MR. TAYLOR-COPELAND:  Do you see that this is a Slack chat titled "CS underscore general"?

A   Yes.

Q   Was Slack your primary means of communication while you were at Nexo?

MR. SHELTON:  Objection, vague.

Q   In 2021, was Slack the primary method for internal communication at Nexo?

MR. SHELTON:  Same objection.

A   This was one of the communication methods at Nexo.

Q   What were the others?

A   Oral and email.

Q   Did you use Slack groups to communicate with others at Nexo?

A   Yes.

Q   Did you use Slack direct messages to communicate with others at Nexo?

A   Yes.

Q   Do you recall communicating with others at Nexo about Mr. Cress using Slack?

A   I don't remember exactly if we communicated for Mr. Cress or any transactions

related, but yes, for something related about Mr. Cress, I might have communicated through Slack as well.

Q   Okay.  If you could turn to the page here that is Nexo-0344120.  There is a message from Nikolay Daskalov on 8/6/2021.  Do you see the message where he is tagging you and saying "@Hristov"?

A   Yes.

Q   And then underneath that he says:

"When you have time, contact this person to discuss the relief program.  He is very worried."

Do you see that?

A   I do see that.

Q   Do you have an understanding that this is Mr. Cress' user ID that he is referencing?

A   I am not able to verify it through here.

Q   Okay.  I will represent to you that that is Mr. Cress' user ID.  Do you recall seeing this at the time on June 8, 2021?

A   I remember I have seen it.

Q   Did you follow-up and contact Mr. Cress as a result of seeing this?

transactions but I don't remember the exact quantities.

Q   Did you use Slack daily while at Nexo?

A   What do you mean?

Q   Did you use Slack daily while at Nexo?

A   Yes, most of the days.

Q   Do you recall participating in the support Slack channel?

A   Could you specify which Slack channel.

Q   Support?

A   Just support?

Q   Yes.

A   I have been part of many channels. I don't remember all of them.

MR. SHELTON:  I think it is eight hours.

THE VIDEOGRAPHER:  Two minutes.

MR. TAYLOR-COPELAND:  Do you recall participating in the USA Slack channel?

A   Which Slack channel?

Q   USA Slack channel?

A   No, I don't remember.

Q   Do you recall participating in a