# Exhibit 6

# Exhibit 6

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH
Date: March 27, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

# OCTAVIAN DINCA

# CONFIDENTIAL



Reported by:
AILSA WILLIAMS

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

A    I am okay.

MR. AMBROSE:  We can go off the record because I would like to go off the record for a minute.

MR. SHELTON:  All right.

THE VIDEOGRAPHER:  Going off the record at 8:50.

(A short break)

THE VIDEOGRAPHER:  This is the beginning of media 10.  Back on the record, 9:01.

MR. AMBROSE:  Mr. Dinca, did account managers frequently use Slack chats as part of their workflow?

A    Yes.

Q    Did that also include direct Slack messages?

A    Yes.

Q    Did account managers use Slack to track notable client behavior, such as withdrawals, deposits, repayments on exchanges?

A    Possibly.

Q    I will introduce Exhibit 63.

(Exhibit 63 marked for identification.)

This is labeled "AM Workflow Optimization Proposition".  Right?

Q    In around 2021, in March to June 2021, when Mr. Cress had his loans, did you use Slack to communicate with Mr. Hristov about VIP customers?

A    It is possible, yes.

Q    Did you speak to him in direct messages about VIP customers?

A    It is a possibility.

Q    Did you speak to anyone else in direct message about VIP customers in 2021?

A    Maybe.

Q    What did you talk about when you spoke in direct message?

A    With anyone?

Q    Yes, about VIP customers?

MR. SHELTON:  Objection, vague.

A    It seems a bit broad.  I don't know what I would speak.  Things relevant to potential VIP customers.

Q    And what kind of things would be relevant then, in 2021?

A    I can't think of something.

Q    Did you ever have direct messages with Mr. Metodiev in Slack?

A    It is possible.

OCTAVIAN DINCA                                                    JOB NO. 2496604
MARCH 27, 2026                        CONFIDENTIAL

Q   Did you have direct messages with Mr. Kantchev in Slack?

A   I guess it is just as possible. Very little likely that this would be the case.

Q   Did you have direct messages with Mr. Trenchev in Slack?

A   Same.  Mr. Trenchev and Mr. Kantchev were not really communicating with me in one form or another.

Q   What would you speak in Slack with Mr. Metodiev about?

A   I think it is a higher chance that there would be some messages in Slack, because Mr. Metodiev was directly engaged with the team that I was part of, and the team I was part of was reporting directly to him.  So why would I speak was the question?

Q   Yes.  What would you speak with him about?

A   Whatever Mr. Metodiev wanted to speak about.

Q   Would you talk about the VIP Relationship Program ever?

A   I don't know.  But if anything I think it was more -- if anything that