# Exhibit 7

# Exhibit 7

# Deposition Transcript

Case Number: 3:23-cv-00882-TSH

Date: June 22, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

# OCTAVIAN DINCA - 30 (B)(6)

# CONFIDENTIAL



Reported by:
REBECCA REUTENAUER

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

A.   Correct.

Q.   Okay.  Who drafted Nexo's VIP relationship brochure?

A.   It was drafted by a collaborative effort between the head of the department at the time and Kalin Metodievev.  So Alexander Rakshiev was the head of the department of the team then with final say from Kalin Metodievev.

Q.   Did -- and who reviewed it before -- and let me take a step back.

When was it drafted first?

A.   When was drafted first?  At the beginning of the VIP when we started offering the VIP relationship management.  I think it was 2020, 2021.

Q.   Other than Mr. Rakshiev and Mr. Metodievev, who else reviewed the VIP relationship brochure before it was sent to customers?

A.   I don't believe anybody else reviewed it.  Mr. Kalin Metodievev had final say, and once it was approved, then it was used to be shared with clients.

Q.   And so Mr. Metodievev had final approval of the VIP relationship brochure?

A.   Yes.

Q.   Do you know who he spoke to in -- or communicated with other than Mr. Rakshiev in reviewing

Q.   Who created Nexo's VIP relationship program?

MR. RAWLINSON:  Objection.  Form.  Vague and asked and answered.

THE WITNESS:  I believe I said it before.  It was collaborative effort ultimately approved by Kalin Metodievev, but working collaboration with the head of the department at the time, which was Alexander Rakshiev.

BY MR. AMBROSE:

Q.   Who created the policies and practices in effect for the VIP program in March 2021?

MR. RAWLINSON:  Objection.  Form.  Vague.

THE WITNESS:  Who created the policies for the VIP relationship program?

BY MR. AMBROSE:

Q.   Right.

A.   The same answer as before.  The head of the department at the time Alexander Rakshiev in collaboration with Kalin Metodievev and possibly other relevant stakeholders.

Q.   What other relevant stakeholders are you referring to?

A.   I believe that this was a collaborative effort, so if there was a need that Mr. Metodievev wanted to involve somebody else to review or just get an opinion,

I believe that he would have done that, but I cannot name or have somebody specific in mind.

Q.   Who would he have asked for a second opinion on?

MR. RAWLINSON:  Objection.  Form.  Vague. Asked and answered.

THE WITNESS:  I wouldn't know.  Whoever he thought that could provide the valuable viewpoint or insight into the question, the matter.

BY MR. AMBROSE:

Q.   In 2021, who set fees for Nexo OTC transactions?

A.   The head of the department, Alexander Rakshiev, and Kalin Metodievev.

Q.   Was that the same in 2020?

A.   Correct.

Q.   And in 2022?

A.   Correct.

Q.   And in 2023?

A.   Not sure, 2023.

Q.   Do you know who set fees for Nexo OTC transactions in 2023?

MR. RAWLINSON:  Objection.  Form.  Vague. Asked and answered.

THE WITNESS:  No.  I believe I answered the