# Exhibit 17

Exhibit 17

Message

**From**: Nexo Legal Team [legal@nexo.io]
**Sent**: 20/07/2021 15:41:03
**To**: Campbell McLaurin [Campbell.McLaurin@arkansas.gov]
**Subject**: Re: request for extension of term for responding to ASD's letter to Nexo Financial LLC of June 25, 2021
**Attachments**: image001.png; image002.jpg

Dear Mr. McLaurin,

Thank you for your prompt response and the extension granted. We will provide you with the information requested until August 6, 2021.

In case we have any questions in regard to the letter, we will contact you.

Best regards,

Nexo Legal Team

On Tue, Jul 20, 2021 at 6:31 PM Campbell McLaurin <Campbell.McLaurin@arkansas.gov> wrote:

> Good Morning,
>
> I have received the below email and a voicemail requesting a two-week extension of the response deadline in the information request letter sent by the Staff to Nexo Financial LLC. I apologize for missing your earlier call.
>
> Please allow this email to confirm an extension of time until close of business on August 6, 2021 for Nexo Financial to respond to the information request letter. I hope you fill feel free to contact me with any questions or other needs.
>
> Best Regards,
>
> Campbell
>
> **Campbell McLaurin**
>
> Associate General Counsel
>
> Arkansas Securities Department
> O: 501.324.8670 · M: 501.291.8125
>
> campbell.mclaurin@arkansas.gov
>
> **SECURITIES.ARKANSAS.GOV**

CONFIDENTIALITY NOTICE: The information contained in this e-mail message and any attachment is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It may contain information that is privileged, confidential, or otherwise protected from disclosure. It is intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that reading, copying or distributing this e-mail or the information herein by anyone other than the intended recipient is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender by reply e-mail immediately, and delete this message and attachments from your computer.

---

**From:** Nexo Legal Team <legal@nexo.io>
**Sent:** Tuesday, July 20, 2021 9:06 AM
**To:** Campbell McLaurin <Campbell.McLaurin@arkansas.gov>
**Subject:** request for extension of term for responding to ASD's letter to Nexo Financial LLC of June 25, 2021

Dear Mr. McLaurin,

Further to your letter to Nexo Financial LLC dated June 25, 2021, please be informed that due to some difficulties of technical, COVID-19 and other related nature, we may not be able to provide you with all the information requested until July 22, 2021. For this reason, we hereby kindly ask you for extension of the initial term granted by 2 more weeks, which extension will enable us to cooperate with the Arkansas Securities Department to the fullest extent possible.

We truly hope that the above requested extension will be granted.

Looking forward to hearing from you.

Best regards,

Nexo Legal Team