# Exhibit 27

Exhibit 27

Grand Jury Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO: Nexo

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date: January 4, 2023 Appearance Time: 10:00 a.m.

to testify and give evidence in regard to an alleged violation of:

18 U.S.C. §§ 1343, 1349, 1956, 1957

and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

**Please see attached rider**. Personal appearance is not required if the requested records are (1) produced on or before the return date to Special Agent Kristin Allain, Federal Bureau of Investigation, 26 Federal Plaza, 28th Floor, New York, NY 10007, 212-384-2041, email: KMAllain@fbi.gov, and (2) accompanied by an executed copy of the attached Declaration of Custodian of Records. Ref No. 2022R01326.

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED: New York, New York
December 21, 2022

Damian Williams

DAMIAN WILLIAMS
*United States Attorney for the*
*Southern District of New York*

Nicolas Roos

Nicolas Roos
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone: 212-637-2421
Email: nicolas.roos@usdoj.gov

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**RIDER**
(Grand Jury Subpoena to Nexo, dated December 21, 2022)
Ref. No. 2022R01326

Nexo, which hereinafter is referenced to include any current or former business unit, subsidiary, parent, sister entity, joint venture, satellite office, division, department, agent, or consultant, is requested to produce all documents and materials that are responsive to this email in its possession, custody, or control, or the possession custody or control of an entity over which the Company exercises any form of control, including each and every document that is under the Company's control but is not in its immediate possession, including electronic data stored on any desktop computer, laptop, home computer, smartphones (e.g., iPhones and Blackberries), cellular phone, or any other electronic device or removable media, or back-up servers containing such information. This request also covers any data in cloud storage or cloud-based applications, including website data, encrypted messaging applications, chat software, and Discord or Telegram channels. This email requests you actively search for and produce any and all deleted files or documents on any of the storage-media listed above which are responsive to this request.

As used in this request, "FTX" means FTX.com, FTX.us, FTX (Gibraltar) Ltd, FTX Australia Pay Ltd, FTX Canada Inc, FTX Certificates GmbH, FTX Crypto Services Ltd., FTX Digital Assets LLC, FTX Digital Holdings (Singapore) Pte Ltd, FTX Digital Markets Ltd, FTX EMEA Ltd., FTX Equity Record Holdings Ltd, FTX Europe AG, FTX Exchange FZE, FTX Express Pay Ltd, FTX Hong Kong Ltd, FTX Japan Holdings K.K., FTX Japan K.K., FTX Japan Services KK, FTX Lend Inc., FTX Marketplace, Inc., FTX Products (Singapore) Pte Ltd, FTX Property Holdings Ltd, FTX Services Solutions Ltd., FTX Structured Products AG, FTX Switzerland GmbH, FTX Trading GmbH, FTX Trading Ltd, FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET, FTX US Derivatives LLC, FTX US Services, Inc., FTX US Trading, Inc, FTX Vault Trust Company, FTX Ventures Ltd, FTX Ventures Partnership, FTX Zuma Ltd, Ledger Holdings Inc., LedgerX, LLC, Ledger Prime LLC, West Realm Shires Financial, Services Inc., and West Realm Shires Services Inc., and all current or former business unit, subsidiary, parent, sister entity, joint venture, satellite office, division, department, employee, agent, or consultant.

The term "documents" means each and every writing, of whatever nature, whether an original, a draft, or a copy, however produced, reproduced, or stored, whether manually, mechanically, electronically, electromagnetically, or otherwise, and each and every tangible thing from which information can be processed or transcribed. Non-identical copies are deemed to be separate documents. The term "documents" should be read expansively and to include all stored forms and mediums of communication including, but not limited to: e-mails, text messages, internal company "chat" messages (such as Slack and Skype), recorded telephone or cellular phone calls, Bloomberg messages or other external messaging or chats, Discord or Telegram channels, memoranda, electronic calendar entries, meeting minutes, notes, summaries, telephone records, telephone messages and message logs, books, schedules, reports, studies, appraisals, analyses, lists, interview reports, interoffice communications, results of investigations, working papers, computer data, text messages, letters, facsimiles, contracts, agreements, side-agreements, obligations, promissory notes, receipts, appointment books, personal files, work sheets, pamphlets, proposals, photographs, ledgers, statements, invoices, billing information, notebooks, verifications of assets, balance sheets, financial statements and other compilations of financial data, bank statements and associated bank records, checks, records of wire transfers or cash payments, charts, graphs, research materials, and other documents similar to the foregoing. All documents should be produced in Native format with all available metadata.

Request for Materials

Please provide the following records:

1. For all loans to Alameda, please provide the following information:
   a. Date of loan execution;
   b. Asset, volume of asset, and notional value;
   c. Term (if fixed)
   d. Margin requirement (%), margin refund (%, at what point margin is returned), margin refill (%, at what point more margin is needed);
   e. Transaction hash of executed loan (or if USD, wire identifier; if on centralized exchange, exchange transaction details);
   f. Collateral specifics, including date of posting, asset, volume of asset, Transaction hash of posting (or if USD, wire identifier; if on centralized exchange, exchange transaction details), date of return to Alameda.
   g. Transaction hash of return (or if USD, wire identifier; if on centralized exchange, exchange transaction details).

2. All communications with FTX, Alameda, or any of their employees including but not limited to Sam Bankman-Fried or Caroline Ellison.

3. All documents and communications concerning all loans or lending arrangements between Nexo and FTX or Alameda Research. This request includes, but is not limited to, all documents and communications concerning requests for repayment, recapitalization, or margin payments.

4. All due diligence materials and financial information provided by FTX or Alameda to Nexo.

In lieu of an appearance you may comply with this subpoena by providing the requested information, along with a business records certification pursuant to Fed. R. Evid. 803(6) to:

Special Agent Kristin Allain
Federal Bureau of Investigation
26 Federal Plaza
New York, New York 10278
Telephone Number: 212-384-2041
Email: KMAllain@fbi.gov

Please also send a copy of the return to:

Assistant U.S. Attorney Nicolas Roos
U.S. Attorney's Office, Southern District of New York
1 St. Andrew's Plaza, New York, NY 10007
Telephone Number: (212) 637-2421
Email: Nicolas.Roos@usdoj.gov

Declaration of Custodian of Records

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is ________________________________________.
(name of declarant)

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a Grand Jury Subpoena, dated December 21, 2022, and signed by Assistant United States Attorney Nicolas Roos, requesting specified records of the business named below. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the Subpoena:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____________________.
(date)

____________________________________________
(signature of declarant)

____________________________________________
(name and title of declarant)

____________________________________________
(name of business)

____________________________________________
(business address)

____________________________________________

____________________________________________

Definitions of terms used above:
As defined in Fed. R. Evid. 803(6), “record” includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term “business” as used in Fed. R. Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.