# Exhibit 29

Exhibit 29

D. GREETHAM
06.19.2026
Exhibit 235
Vanese Killingbeck

nexo

# Data Retention and Disposal

Nexo

March 27, 2023

# Table of Contents

Table of Contents 2
Data Retention and Disposal 3
Data Retention and Disposal Policy 3
1.0 Purpose 3
2.0 Scope 4
3.0 Roles and Responsibilities 4
4.0 Retention of Data 5
5.0 Data Disposal 6
6.0 Suspension of Disposal in the Event of Litigation or Claims 6
7.0 Enforcement And Reporting Breaches 6

# Data Retention and Disposal

*This policy is about the organization's approach for data retention and secure disposal.*

# Data Retention and Disposal Policy

Nexo Internal - for Nexo Internal use only

| **Scope**: This Data Retention and Disposal Policy is relevant for: | | |
|---|---|---|
| **Nexo Business Unit** | **Nexo Entity** | **Nexo Location** |
| All | All | All |

| **Document control Information** | | |
|---|---|---|
| **Version: 1.1** | | |
| **Approver(s)** | **Review Period** | **Approved date** |
| Milan Velev | Annual | 2023-1-11 |

**Use of language:**
Throughout this document, the words *'may'*, *'should'* and *'must'* when used in the context of actions of Nexo or others, have specific meanings as follows:

- *'May'* is used where alternatives are equally acceptable
- *'Should'* is used where provision is preferred.
- *'Must'* is used where a provision is mandatory.

In this document the collective expression *'Nexo'* or the words *'we'*, *'us'*, *'our'* and *'ourselves'* are used for convenience to refer to Nexo companies in general. These expressions are also used where no useful purpose is served by identifying any particular entity.

NOTE: All printed copies of this document are NOT COPY CONTROLLED and are to be used for INFORMATION ONLY as printed copies will not be automatically updated. Not to be shown outside Nexo. This document may not be disclosed to any external parties without the permission of the document owner.

INTERNAL

## 1.0 Purpose

The purpose of this policy is to mitigate threats of non-compliance with regulatory, legal and contractual requirements regarding data retention and disposal policies.

# 2.0 Scope

This policy applies to all data assets of Nexo, whether owned or provided by a third party. Nexo data assets include, without limitation: Intellectual Property (IP), Personally Identifiable Information (PII) and Personal Health Information (PHI) for employees, customers, other third parties, Business-Sensitive Information (BSI), financial information, other non-public data or information assets deemed the property of Nexo.

## 2.1 Definitions

"**Account Data**" consists of cardholder data and/or sensitive authentication data.

"**Anonymisation**" is the process of turning data into a form which does not identify individuals. It is a type of information sanitization whose intent is privacy protection.

"**Archiving**" is the process of moving data that is no longer actively used to a separate storage device or location for retention.

"**Asset Owner"** is the Functional or Business Line Head who is responsible for the Data Asset (or within whose function or business line the Data Asset resides or is used).

"**Case Records**" are records maintained in New Case or other database systems which relate to the membership services offered and delivered to customers and their employees.

"**Data**" is Record and Document.

"**Data Asset**" is any item or entity that comprises data. For example, databases are data assets that comprise records. A data asset may be a system or application output file, database, document, or webpage. A data asset may also include a means to access data from an application.

"**Data Processing**" is the collection and manipulation of data to produce meaningful information. Processing includes transformation, accessing, updating, transferring, destruction and any other manipulation of data.

"**Destruction**" is defined as physical or technical destruction sufficient to render the information contained in the document irretrievable by ordinary commercially available means.

"**Personal Data**" (also "**Personally Identifiable Information"**) is any information relating to an identified or identifiable natural person (the "Data Subject"); an identifiable natural person is one who can be identified, directly or indirectly, in particular by reference to an identifier such as a name, an identification number, location data, an online identifier or to one or more factors specific to the physical, physiological, genetic, mental, economic, cultural or social identity of that natural person.

The collection, transformation, accessing, updating, transferring, destruction and any other manipulation of data is termed "**Data Processing**".

"Retention" is the continued processing of data, after the initial " **Active Use**" has achieved the purpose for which the data was originally collected.

Data Retention is usually required to meet applicable legal or contractual obligations or meet business objectives. Retention Periods are determined accordingly. For Personal Data it must be no longer than the necessary period in order to protect the rights and freedoms of individual data subjects.

In some cases, retention may be in the form of " **Archival**", to preserve storage space or bandwidth on the system or container originally employed for Active Use processing.

# 3.0 Roles and Responsibilities

## 3.1. Data Owners

A data owner is a person who is ultimately responsible for the data and information being collected and maintained by their department or division. All data within Nexo must be assigned a data owner, either directly or indirectly, through their roles and responsibilities in the organization. The responsibilities of the data owners include defining data retention and destruction requirements and making sure they are enforced.

### 3.2. Data User

A data user is a person or an entity that interacts with, accesses, uses or updates data to perform a task authorized by the data owner. Data users must use data in a manner consistent with the purpose intended and comply with this policy and all policies applicable to such data use.

# 4.0 Retention of Data

## 4.1 Retention of Business-Sensitive and Financial Information

Nexo's Business-Sensitive and Financial Information shall be retained per the schedule below.

| Data/Record Types | Retention Period |
|---|---|
| Accounts Payable ledgers and schedules | 7 years |
| Accounts Receivable ledgers and schedules | 7 years |
| General Ledgers | Permanent |
| Annual Audit Reports and Financial Statements | Permanent |
| Bank Statements | 7 years |
| Identification data obtained, account files and business correspondence | At least 5 years after termination |
| Chart of Accounts | Permanent |
| Contracts and Leases | 7 years after expiration |
| Correspondence (legal) | Permanent |
| Employee Payroll Records | 3 years following termination |
| Contractor Payment Records | 7 years |
| Insurance Records | Permanent |
| Invoices to Customers | 5 years |
| Invoices from Vendors | 5 years |
| Employee Expense reports | 7 years |
| Board Meeting Minutes | Permanent |
| Emails – internal and external | Indefinite |
| Electronic Documents | Depending on the subject matter, at least 5 years |
| Legal files and papers | 7 years after the closing of the matter |
| Transaction records | At least 5 years after termination |
| Risk Assessment reports | 5 years |
| Internal Audit reports | 5 years |
| Beneficial ownership information | At least 5 years after termination |

### 4.2 Retention of Personally Identifiable Information (PII) and Personal Health Information (PHI)

All PII and PHI data shall be retained for as long as there is a business purpose or a legal requirement to do so.

### 4.3 Retention of Customer Data

All active Customer Data shall be retained for as long as the Customer continues to be an active Customer of Nexo or unless the active Customer has requested the deletion of data.

As GDPR compliant company, Nexo shall not retain any personal data for any longer than is necessary in light of the purpose(s) for which that data is collected, held, and processed.

All Customer Data, after the termination of the contract, must be retained in accordance with the contractual agreement between the Customer and Nexo.

Customer Data retention policies may be implemented against Customer Data on an ad-hoc basis as may be agreed upon between Nexo and the Customer.

Personal Data should be kept up-to-date and accurate. Ensuring that records containing Personal Data are disposed of when no longer needed will reduce the risk that such data will become inaccurate, out of date or irrelevant and that it may be used in error.

## 5.0 Data Disposal

### 5.1 Customer Data Disposal

Disposal of customer data will be carried out in accordance with the contractual agreement between Nexo and the customer. In the absence of any contractual agreement, an automatic script or manual script (for ad-hoc requests) shall be initiated on any Nexo platform containing customer data. This activates a full hard delete of customer data on the platform.

### 5.3 Other Data Disposal, Including Nexo's Business-Sensitive Information (BSI)

All electronic documents containing Nexo's BSI must be purged upon reaching its retention life span.

All printed material must be shredded prior to disposal.

## 6.0 Suspension of Disposal in the Event of Litigation or Claims

In the event Nexo is served with any subpoena or request for documents or any employee becomes aware of a governmental investigation or audit concerning Nexo or the commencement of any litigation against or concerning Nexo, such employee shall inform Management. Any further disposal of documents shall be suspended until Management with the advice of counsel determines otherwise. Management shall take such steps as is necessary to promptly inform all staff of any suspension in further data disposal.

## 7.0 Enforcement And Reporting Breaches

Breaches of this Policy may have serious legal and reputation repercussions and could cause material damage to Nexo. Consequently, breaches can potentially lead to disciplinary action that could include summary dismissal and to legal sanctions, including criminal penalties.

All employees are expected to promptly and fully report any breaches of the Policy.