# Exhibit 30

Exhibit 30

**The usual flow we engage with clients is:**

1. Email outreach introducing the VIP program and services available once clients qualify.
2. Additional information sent over email in the form of 1 pagers and calls to be prioritized with clients that respond with interest into one of the products part of the VIP.
3. Once the client shows interest in one or more of the products offered we respond accordingly:
   a. For clients interested in PB/LR, we follow up with a **simulation on current purchasing power available**.
   b. For OTC, need to escalate readiness to proceed with Compliance and inform clients of next steps depending on the trade he is looking to make.
   c. ZCL - OTC readiness + agreement to be sent for review with client + indicative thresholds for intended loan.
   d. Manual collateral swap - explaining the procedure to the client + fee.
   e. Nexo tokens - OTC readiness + accredited investor certificate(if client is US based) if OTC route OR accredited investor certificate (if client is US based) if PB.

**Commented [1]:** това трябва зверски да се ъпдейтне

In line with Nexo's proactive approach towards regulations in the crypto area, please be assured that we are actively monitoring the continuous dynamic regulatory amendments in all jurisdictions where we operate and are committed to ensuring our full compliance with local regulations.
In this relation, in preparation for the adoption and entry into force of the upcoming MiCA Regulation, we have pursued and secured authorisations in several EU Member States in order to provide full and proper service to all our customers in different jurisdictions. In this regard, we are constantly monitoring the newly proposed amendments to the Regulation and are currently having to re-adjust our pan-EU licensing strategy in order to align our daily operations and internal procedures therewith. We have also retained top-tier law firms in all EU jurisdictions of operation to assist our masterful Legal & Regulatory Compliance Team with the implementation of this EU-wide approach.
In regard to the above ongoing developments currently underway, please be assured that we will actively inform our customers for any new amendments to our regulatory status and approach in all relevant jurisdictions where Nexo operates, should any such be necessary in future.

**Commented [2]:** pasting this here for future reference, as Slack messages can expire and disappear

# 1. Portfolio Booster

## 1.1 Simulation over purchasing power:

"Hi X,

Thanks for your message.

Specific to the portfolio booster, let's go over 3 scenarios to gain a better understanding of how it would work and the respective impact on the LTV post execution.

Here is how you account looks today:

- Collateral value: ~$1,167,877.87
- Outstanding overdraft: ~$406,062.89

| | | Collateral value | Outstanding overdraft | LTV |
|---|---|---|---|---|
| | Current account value | $1,167,877.87 | $406,062.89 | 34.77% |
| Scenario A | Purchase of $ 400,000 | $1,567,877.87 | $830,062.89 | 52.94% |
| Scenario B | Purchase of $ 600,000 | $1,767,877.87 | $1,042,062.89 | 58.94% |
| Scenario C | Purchase of $ 800,000 | $1,967,877.87 | $1,254,062.89 | 63.73% |

**Commented [3]:** Link for PB calculator - https://docs.google.com/spreadsheets/d/1syemrrz745foyFIhaOyZiq4cdEzNs8U2TB8FK0ma2vM/edit#gid=0

The Portfolio Booster allows you to leverage your portfolio in accordance with your risk appetite up to an LTV of 70%, in order to acquire additional crypto assets. Please note that all supported assets can be acquired through the portfolio booster according to your instructions regarding size and mix outside of stablecoins/FIAT.

**Commented [4]:** XRP to be included here if user is from the US.

If you are to go for Scenario B, here's how your account will look after execution.

- ~$600,000 worth of new crypto assets will be added to your account
- ~$636,000 will be added as outstanding loan (cost of newly acquired crypto assets purchase + program costs)

The execution of the Portfolio Booster program has costs which are reflected above in the difference between the amount used for purchasing the assets and the overdraft that will be added to your account. Executions of the portfolio booster take place daily between 07:00-11:00 UTC and 12:00-20:00 UTC.

Looking forward to your feedback. Enjoy a great day ahead."

## 1. 2 Asking for confirmation once client is ready to proceed:

"Thanks for your message.

Please confirm the purchase and I will send your order for execution with the OTC desk.

- $600,000 worth of EOS.

**Commented [5]:** If client purchases more than 1 assets - list the breakdown by amount used for purchase.

By confirming you would like to proceed with the portfolio booster purchase, under the detailed terms laid out above, you hereby acknowledge that you have read and that you agree with the Nexo Crypto Credit General Terms and Conditions, which shall govern the entirety of your rights and obligations under the Portfolio Booster.

Looking forward to hearing from you.

### 1.3 Reporting completed execution:

Hi X,

We executed the portfolio booster and we bought:

| Asset | Units | Price per unit |
|---|---|---|
| | | |
| NEXO | 30,886.27 | $0.654917 |
| ENJIN | 72,960.6 | $0.272539 |
| AVAX | 1673.39 | $11.8341 |
| GALA | 1,055,983 | $0.0187822 |

with a loan of $317,739.30 to be added to your total outstanding overdraft. The assets will be loaded as soon as possible by our respective team.

Thank you, have a good day and best regards.

## 2. Liquidation relief

- **Pitch of the program for people familiar with PB**

Dear Valued client,

Your account was liquidated for a total of $X amount during the last weeks' market turbulence.

Let me reiterate how the liquidation relief works - it is similar to the portfolio booster, meaning that we purchase assets that become collateral with the respective expenses credited as an outstanding loan.

Both transactions are settled manually by our OTC team in your Nexo wallet. It is our intention to allow you to repurchase as much from your liquidated position as possible. That being said, any operation we perform should be within the limits of our risk management procedures, meaning that the ending LTV of the account, once all operations are settled, cannot exceed 83.3%. Otherwise, additional liquidations will be triggered. We actually suggest ending LTV in the ballpark of 70% or lower to reduce risk of further liquidations.

- **Pitch of the program for people not familiar with PB program**

Dear client name,

As a valued client, we wish to exclusively extend to you a viable solution in an effort to remedy this unfortunate turn of events and to help you recover your collateral position to the best of our abilities. Namely, we would aim to reacquire on your behalf part or, if feasible, all of your liquidated collateral assets. Our strategy would be to:

1. Purchase as much of your previous collateral as possible up to the size of liquidation, while keeping the overall loan-to-value (LTV) ration within healthy limits.

2. Post this acquired position into your Nexo wallet to serve as a new collateral, whereby the funds we spent on purchasing the position, net of commissions and program fees, will be added to the outstanding loan balance in your wallet.

- Given the $ X amount of collateral that you currently have in the account we can now proceed with the liquidation relief program and complete a purchase of the following -

*Examples of what can be bought with current collateral **IF POSSIBLE**

- In case the client does not have further collateral -

Please note that at this present moment a liquidation relief to the full extent would not be possible due to the fact that there is not enough collateral balance and In order for us to proceed with the program an additional collateral deposit of $X would be required so we can re-buy as much of your assets as possible.

Please let me know when you could be in a position to re-allocate some assets into your NEXO account so we can move forward.

- **Simulation over purchasing power:**

Here is how it looks today:

- Collateral value: ~$453,337
- Outstanding loan: ~$241,627
- LTV: ~54%

Example No collateral: if we do not deposit any additional collateral, this will allow us to execute the relief with **$120,000.**

Here is how your account would look post-execution:

- Collateral value: ~$453,337 + $120,000 (the value of the newly purchase assets of your choosing)
- Outstanding loan: ~$241,627 + $127,200 (the price of the purchased assets net of 3rd party commissions and program fees).
- LTV: ~65%

In order to be able to execute the liquidation relief at a larger scale, recovering a greater part of your liquidated position, we would need assistance in the form of an additional collateral deposit.

Example #1: if you can deposit $50,000 worth of additional collateral, this will allow us to execute the relief with **$204,542.20.**

Here is how your account would look post-execution:

- Collateral value: ~$453,337+ $50,000 (the additional contribution) + $204,542.20 (the value of the newly purchase assets of your choosing)
- Outstanding loan: ~$241,627 + ~$216,814 (the price of the purchased assets net of 3rd party commissions and program fees).
- LTV: ~65%

- **Asking for confirmation:**

Please note that should you choose to go with the relief program, there is a liquidation relief agreement that we need to get in place. Let me know if you would like to proceed so we can follow up with our agreement sent via DocuSign.

Please confirm if you would like to proceed and specify the amount of the liquidation relief transaction you would like to get executed, together with the assets you would like to get purchased and i will

- **Reporting completed execution:**

Hi X,

We executed the liquidation relief  and the following assets have been purchased:

| | | |
|---|---|---|
| ETH | 44.51 | $3,365.82 |
| BTC | 0.7193 | $24,919.21 |

with a total loan of $317,739.30, added to your total outstanding loan balance, resulting in a ~65% LTV.

The assets will be loaded as soon as possible by our ops team.

Thank you, have a good day and best regards.

# OTC

1. **Brief description of OTC and how it works. Next steps.**

As mentioned, if you are interested I can help you as well to facilitate OTC deals by using our Nexo OTC Desk, which works on a best-effort execution basis. When facilitating a deal for a customer, we will get in touch with one of our partner OTC desks. The price they quote becomes the price of execution, without us charging an additional spread. The standard fee for our OTC execution is 1.75%

I will outline the steps for the purchase through our OTC desk below:

- Send your OTC request to me - $ amount of X tokens to be purchased, the asset you want to pay with.
- The Nexo KYC/AML team will send you to sign the following docs - Purchase Agreement, Source of funds declaration.
- After they receive and approve the documents, you send the funds to the Nexo OTC wallet.
- Assets are confirmed in the Nexo OTC wallet and we can execute the deal.
- OTC desk works with large sellers and we try to get as low a price as possible ( to mitigate any price slippage) taking into consideration a few things - current spot price and spread on different exchanges.
- We deposit the assets in your Nexo account.

2. **Reporting completed execution.**

To be done with 2 separate emails on thread.
1st one introduces the details of the trade and 2nd to confirm execution is complete and report the final numbers.

1. **Deal reporting example: to be sent out to the following e-mails**

Kalin Metodiev <kalin@nexo.io>,
Octavian Dinca <octavian@nexo.io>,
Katerina Harizanova <katerina@nexo.io>,
OPS <ops@nexo.io>,
Nexo Accounting <accounting@nexo.io>,
Nexo Payments <payments@nexo.io>

Email 1 :**Subject:[Retail OTC] - [Customer name] - [Deal type]**

Hi team,

- The client is: **Client name**
- Email Client e-mail address
- The client would like to purchase $100,000 USDT worth of NEXO Tokens
- ADMIN LINK

- We have all the necessary documents for the execution confirmed by KYC/AML

**Email 2 : Subject:[Retail OTC] - [Customer name] - [Deal type]**

Hi team,

The customer is - link to the admin.

Pair: NEXO/USDT
Total amount sent by the customer: 100,000 USDT (tx id)
Price for Nexo: $3.45
Price for the Customer: $3.60
Units sold: 27,777 NEXO

Profit: **4,166 USDT**

# Manual Collateral swap

- **1. How do we introduce details of this product in writing?**

Hi X,

thanks for your interest in our manual collateral swap that we can offer to you as a custom tailored OTC product, in case you are not able to do a swap back of your assets yourself, below find the step by step process on how to swap your assets back yourself:

https://support.nexo.io/hc/en-us/articles/4401905665170-How-to-exchange-your-collateral-for-other-assets-Explained

Let me reiterate the process for our manual collateral swap using our OTC desk.

1. Request the manual collateral swap via Email
2. We open a case with our compliance department and perform a check back with them if any additional documents are needed
3. We disable your USDC withdrawals for the time being of the operation,
4. We go into the market and purchase the requested amount of assets OTC on a spot market price
5. We load the wished assets back into your credit wallet, deduct the agreed upon amount of Stablecoins minus 3% execution fees and enable back your stablecoin WDs.

- **2. Reporting completed execution:**

**Commented [6]:** @obai.dakdouk@nexo.com _Assigned to obai.dakdouk@nexo.com_

Hi X,

we executed the purchase of the assets for the manual collateral swap:

Pair: ETH/USDC
Price: $3848.70938
Units: 263.15 ETH

Pair: BTC/USDC
Price: $46420.83005
Units: 5.36 BTC

The assets will be loaded shortly into your credit wallet by our ops team and a total of $1,299,451.628 USDC will be deducted from your credit wallet incl. the 3% execution fee for the manual collateral swap.

**Nexo tokens OTC vs PB**

**OTC - NEXO tokens purchase US vs non US.**

- **US clients wishing to purchase NEXO tokens:**

  Please note that the NEXO token is registered with the SEC as a security therefore we are only allowed to facilitate deals for American citizens who are also certified accredited investors. If you have a certificate, please send it over. In case you don't have an accredited investor certificate but you do satisfy the requirements, you can issue one here - verifyinvestor.com.

- **Non US clients wishing to purchase NEXO tokens**

  You can easily purchase NEXO tokens via our OTC desk. You can use for the exchange assets of your choice, whether it is fiat, stablecoins or any other crypto currency supported on the NEXO platform. The execution comes with a standard conversion fee of 2% for Nexo token purchases OTC. As an alternative you could also use your platform credit line and purchase Nexo Tokens using our Portfolio booster product. Find more information in the scenarios outlined below (our PB program fee is included in the outstanding overdraft of the simulations):

  Add Booster Scenario, you can calculate here:
  https://docs.google.com/spreadsheets/d/1lvarxfIBJ3HJ1LUdWm31N2KSgU2-YKBNBjrtA4mVis4/edit#gid=783636652

- **Portfolio Booster / OTC Fees?**

**PB fee**:

The fees associated with the program are including third-party fees plus our program costs (program costs associated with the risk management, IT & infrastructure, third party fees, and OTC desk fees) are 6% of the Portfolio Booster amount.

**OTC conversion fee:**

The conversion fees associated with the Nexo token purchase through our OTC desk are 2% of the executed amount.