# Exhibit 31

Exhibit 31

Message

**From**: Nexo (via Slack) [notification@slack.com]
**Sent**: 14/06/2023 07:10:51
**To**: teodora@nexo.io
**Subject**: Milan and 1 other sent you messages

slack

**Nexo**
538 members

🔥Your team has sent 52,957 messages recently

OPEN SLACK

# @milan mentioned you in #general



**Milan** June 12th at 11:37 PM

@channel Dear Nexonians, I couldn't think of a better way to celebrate my 2-years anniversary with Nexo than the fact that our organization has achieved an incredible milestone by attaining the SOC2 Type 2 certification! This achievement is a testament to the unwavering dedication, relentless effort, and exceptional teamwork demonstrated by every member of the InfoSec team, especially during the last 6 months. It is a reflection of our commitment to excellence, security, and maintaining the highest standards of data protection and privacy. The SOC2 Type 2 certification is not an easy feat to accomplish. It signifies that our systems and processes have undergone thorough scrutiny by independent auditors who have rigorously assessed our controls and practices over an extended period. I would also like to express my appreciation and gratitude to @Beko, @Marin, @Aleksandar Aramov, @Alexander Tzonkov , @Nikolay Petrovski , @Rada Ivanova @Desislava Chakarova for the support through the entire project! As we celebrate this milestone, let us also remember that achieving SOC2 Type 2 certification is not the end but rather the beginning of an ongoing commitment to maintain and enhance our security practices. Together, we will continuously strive to adapt, improve, and evolve to meet the ever-changing landscape of data security and privacy.

🙌13 🔥52 🙌17 🙌66 18 more

7 replies

READ MORE

## New messages in #community-management

**Drita**June 13th at 2:13 PM

**Report 00:00, June 14, 2023. Период: 19:00 - 00:00ч.** **Twitter:**

Общата активност за периода е **~50 tweets,**

Туита, че сме депозирали **12.22M $MATIC ($7.9M) в Binance** до момента събира- **views: 74,5K, likes: 310/ QT: 10/ RT: 44.**

• The ones that are actually decentralized, I agree But something like $NEXO (official token of NEXO centralized lending platform) should not be conflated with actually decentralized cryptos (3 views)

• Nexo just upgraded with C-chain. This means I can collect interest on $AVAX and transfer it to purchase stuff in the game? (12 views)

• Biggest Losers (1 hr) Casper $CSPR -0.74% The Graph $GRT -0.43%
Nexo $NEXO -0.43% Internet Computer $ICP -0.41% Sui $SUI -0.39% (50 views) **Reddit :**

Общо **4 коментара** за периода. Следим ги. **Telegram:**

• Ниска активност за периода

• Един член на групата се оплаква от скамъри, посъветвахме го как да подходи.

**Global News:**

• YahooFinance, InsurenceJournal, Leaderpost (препечатки) : These Cryptocurrencies Are Getting Hit Hardest Under the SEC Crackdown

*"NEXO is the native token of European crypto exchange, lending and payments firm Nexo Inc., and it hasn't moved much since being mentioned in the SEC's complaint against Coinbase. Nexo settled with the SEC and several US states in January over its crypto lending activities. The initial offering of NEXO raised $52.5 million in 2018. Nexo pays its users varying interest rates based on how much NEXO they own and invest on its platform."* **BGMedia:**

Няма нови статии/препечатки за периода. **BG Twitter:**

• Няма нови включвания от български акаунти.

**BG Reddit:**

Няма споменавания от български акаунти. **Facebook:**

В SCM и DEVbg няма нови публикации по наш адрес, както и извън тях.

**kosta** June 13th at 9:31 PM
https://twitter.com/coryklippsten/status/1668661102924935169?s=12&t=8s8ZURYpNRHz-bIVvqz2HQ

**Petar Gadzhev** June 14th at 12:04 AM
**Report 10:00, June 14, 2023. Период: 00:00 - 10:00ч.** 🟢 **Twitter:**
Общата активност за периода е **79 tweets,**
Туита, че сме депозирали **12.22M $MATIC ($7.9M) в Binance** до момента събира- **views: 85.5k, likes: 345/ QT: 10/ RT: 49**.
• Nexo Review – Best Crypto Exchange Wallet (Sign Up & Get Up To $150 BTC) Posted by: Paccosi (15 views)
• Biggest Losers (1 hr) - Nexo $NEXO -0.52% (21 views)
• Лек опит за FUD - отговорено (135 views)
🟢 **Reddit :**
Общо **17 коментара** за периода. Коментират се стари тредове, включваме се при необходимост.
Една нова тема в нашия съб:
• Get Stablecoins on Nexo with the least fee (from Singapore)
🟢 **Telegram:**
• Ниска активност за периода
🟢 **Global News:**
• USSA news; 24/7 Wall St - Binance Will Likely Face Criminal Charges in the US: SEC Veteran *"Meanwhile, Binance is not the only crypto company that has attracted the ire of US regulators; the SEC also sued Coinbase, the largest US-based cryptocurrency exchange, last week. Moreover, the commission has taken enforcement action against crypto exchanges Kraken and Bittrex and crypto lending platform **Nexo** so far this year."*
• Portland News - These Cryptocurrencies Are Getting Hit Hardest Underneath the SEC Crackdown *"**NEXO** is the native token of European crypto change, lending and funds agency Nexo Inc., and it hasn't moved a lot since being talked about within the SEC's criticism towards Coinbase. Nexo settled with the SEC and a number of other US states in January over its crypto lending actions. The preliminary providing of **NEXO** raised $52.5 million in 2018. Nexo pays its customers various rates of interest based mostly on how a lot **NEXO** they personal and make investments on its platform.*
• Cryptosaurus - 'Fix the Money, Fix the State', Says Edward Snowden Amid SEC Legal Moves Against Binance, Coinbase (споменаване на Nexo в Coinbase-SEC делото)
• CoinMarketBag - 🚨WARNING 🚨SEC JUST BROKE CRYPTO & BITCOIN MARKET! (споменаване на Nexo в Coinbase-SEC делото)
• MSN - Edward Snowden Says 'Fix The Money, Fix The State' Amid SEC Legal Moves Against

Binance, Coinbase (споменаване на Nexo в Coinbase-SEC делото)
**BGMedia:**
Няма нови статии/препечатки за периода. **BG Twitter:**
Няма споменавания от български акаунти. **BG Reddit:**
Няма споменавания от български акаунти. **Facebook:**
В SCM и DEVbg няма нови публикации по наш адрес, както и извън тях.

READ MORE



**Tired of getting this email?**

You can snooze notifications this week or unsubscribe.

slack

Our Blog | Policies | Help Center | Slack Community

©2023 Slack Technologies, LLC, a Salesforce company.
415 Mission Street, San Francisco, CA 94105

All rights reserved.