# Exhibit 32

Exhibit 32

Message

**From**: Nexo (via Slack) [notification@slack.com]
**Sent**: 10/06/2024 07:13:17
**To**: teodora@nexo.io
**Subject**: You've got 34 unread messages

slack

**Nexo**
564 members

🔥Your team has sent 25,543 messages recently

VIEW ALL UNREAD MESSAGES

# New message in #support

**Gabriel Vutev** June 7th at 6:29 AM
Здравейте,
пуснахме нови бордове в админа в които ще се показва история на ликвидациите:
- тип на ликвидацията
- даденото currency
- id на юзъра
- created time

това ще е **Liquidation Process** таб-а.Относно другия таб - **Margin Call History**, той ще съдържа:
- процента на който е тригърнат
- типа на марджин кол-а
- sent date

За пърмишъни, нека @Mariusz и колегите да ви помогнат, говорил съм специално с него по тема
Това е първа итерация и сме отворени за всякакви идеи и съвети (стига да са технически възмож
улесним работата ви.cc @cs

🚀8 🙌1 1 2 3 more

1 reply

Screenshot 2024-06-07 at 16.26.34.p...

Preview available in Slack

Show preview

Screenshot 2024-06-07 at 16.26.41.p...

Preview available in Slack

Show preview

OPEN IN SLACK

# New messages in #community-management



**simeon.stoyanov** June 9th at 9:05 AM

**Report 19:00, June 9th, 2024. Период: 14:00 - 19:00 🟢Twitter:**

Общо туитове за периода са **117 tweets**. Преобладават спам, $Nexo/NexoHunt shill.

• GIF reply - (39 views)

• 🚨The SECurities portfolio Update 🚨- Equally weighted: 104.0% 📈- Market Cap weighted: 178.59
NEXO 124.1% (49 views)

• Airdrop tutorial (Chinese) - Nexo Interaction Giveaway $12,000,000 Token Event I Nexo
Register/Trade/KYC/Deposit Giveaway NEXO Tokens I Deposit Cryptocurrency and Earn Steady Inco
Interest + video (2 views)

🟢**Reddit:**

**Общо 55 коментара за периода.** Коментира се основно комюнити играта и MiCA темите.

Нови теми в r/Nexo:

• Nexo's Avoidance of MiCA Regulation Questions: What's Really Going On? - адресирана неофициа

• Good News *"Seems FIATx will be allright. USDT/C and other simmilar stables will be affected only. :)"*, адр
неофициално.

🟢**Telegram:**

• Ниска активност

• Коментари към комюнити играта и съпорт тип въпроси.

🟢**Global Media:**

• Followin - **SEC Crypto Enforcement Actions: A Look at the 20 Major Charges Initiated by the SEC "N**
Prosecution date: January 19, 2023 Case description: **Nexo** was accused of failing to register the issuar
sale of its crypto asset lending product Earn Interest Product (EIP). To resolve the SEC's allegations, **Ne**

to pay a $22.5 million fine. Status: Finalized"

🟢**Youtube:**

- Nexo Interaction Giveaway $12,000,000 Token Event I Nexo Register/Trade/KYC/Deposit Giveaway Tokens I Deposit Cryptocurrency and Earn Steady Income 16% Interest! - Airdrop tutorial (Chinese)

🟢**CT activity:**

- CM Team social media activity:
  - Unofficial profiles – topics: NEXO airdrop; $NEXO price; Utilities;
    - Twitter: **169** posts/replies
    - Reddit*: 26* posts/comments
  - Official profiles (Nexo Angels & admins) – topics: Support questions, educational replies
    - Twitter: **3** posts/replies
    - Reddit: **1** comments

**simeon.stoyanov** June 9th at 2:04 PM

**Report 00:00, June 10th, 2024. Период: 19:00 - 00:00**🟢**Twitter:**

Общо туитове за периода са **54 tweets**. Преобладават спам, $Nexo/NexoHunt shill.

- 🚨Join Nexo to get up to $25 in Bitcoin! 🚀Until July 7, 2024, you can also share $12  million in NEX the Hunt for tokens. 🔥(5 views)
- Actually, I'm saving up NEXO Hunt points. The 5x bonus for new registrants is quite a big deal. If you' interested, please register below and let's save points together 👍It's until July 7th, so I think you can s more ❗ #NEXO (35 views) (Chinese)

🟢**Reddit:**

**Общо 20 коментара за периода.** Коментира се основно комюнити играта и MiCA темите.

Нови теми в r/Nexo:

- Total Interest Earned, адресирана официално & неофициално.

🟢**Telegram:**

- Ниска активност
- Съпорт тип въпроси.

**Petar Gadzhev** June 10th at 12:04 AM

**Report 10:00, June 10th, 2024. Период: 00:00 - 10:00**🟢**Twitter:**

Общо туитове за периода са **133 tweets**. Преобладават спам, $Nexo/NexoHunt shill.

- $NEXO continuing beautifully in its rounded bottom pattern. The last shakeout 2 days ago saw crypt 10-20% but not NEXO, which is showing strength. Load the pump. - 48 views

🟢**Reddit:**

**Общо 19 коментара за периода.** Коментират се стари теми, включваме се при необходимост.

Нови теми в r/Nexo:

- Nexo responds with offer of help to Celsius - адресирана неофициално

**Telegram:**

- Ниска активност
- Съпорт тип въпроси.

**Global Media:**

- Bitcompare - How to keep your yearn.finance (YFI) / Chiliz (CHZ) / Tether (USDT) safe?

"To keep your YFI/ CHZ / USDT safe, consider using hardware wallets like Ledger for enhanced securi wallets provide an extra layer of protection by storing your private keys offline. Additionally, trusted pl like Nexo, Coinbase, and YouHodler offer secure storage options for your YFI tokens."

- Followin - SEC Crypto Enforcement Actions: A Look at the 20 Major SEC Charges

"Nexo Prosecution date: January 19, 2023. Case description:

Nexo was accused of failing to register the issuance and sale of its crypto asset lending product Earn In Product (EIP). To resolve the SEC's allegations, Nexo agreed to pay a $22.5 million fine. Status: Finalize

OPEN IN SLACK

**Manage email settings**

You can snooze notifications this week or unsubscribe.



**See notificati instantly**

The Slack is the best way to manage yc notificatio and stay u date.

slack

Our Blog | Policies | Help Center | Slack Community

©2024 Slack Technologies, LLC, a Salesforce company.
415 Mission Street, San Francisco, CA 94105

All rights reserved.