# Exhibit 33

Exhibit 33

Message

**From**: Magdalena Hristova [magdalena@nexo.io]
**Sent**: 01/03/2022 14:35:45
**To**: Troy Gravitt [troy@nexo.io]
**CC**: Yordan Shanov [yordan.shanov@nexo.io]; Stella Zlatareva [stella@nexo.io]
**Subject**: Re: [TEST]: Changes to Terms for NEXO Tokens in the U.S.

Hi Troy,

Just so you know, I would run this by Antoni in the USA slack channel as he was the one who insisted on changing from the official language I'd used "suspended" to "put on hold". He wants very soft language here and while I **definitely** agree with you and prefer using halted or suspended, let's just run this by Antoni. Deal?

Best regards,

**Magdalena Hristova**
PR Manager
+359886073678

nexo
**Unlock the Power of Your Crypto**
nexo.io

On Tue, Mar 1, 2022 at 4:31 PM Troy Gravitt <troy@nexo.io> wrote:

Let's change paragraph #2, sentence #1 to:

"Due to the rapidly developing U.S. regulatory framework, we are~~, for the time being, putting on hold~~ [add: halting] the buy, sell and swap features of our Exchange for the NEXO Token, as well as the Earn in NEXO option, for U.S. clients..."

This seems like a small change, but it's an important change in message for us directed at any regulator eventually reading this message. And a small nit: you might want to lower-case the 'T' in token.

---------- Forwarded message ---------
From: **Troy Gravitt** <troy@nexo.io>
Date: Tue, Mar 1, 2022 at 9:23 AM
Subject: Fwd: [TEST]: Changes to Terms for NEXO Tokens in the U.S.
To: Yordan Shanov <yordan.shanov@nexo.io>, Stella Zlatareva <stella@nexo.io>, Magdalena Hristova <magdalena@nexo.io>

All - Let's make an important edit to this language - I'll reply again in just a moment with the specific change.

---------- Forwarded message ---------
From: **Nexo Community** <community@nexo.io>
Date: Tue, Mar 1, 2022 at 9:20 AM
Subject: [TEST]: Changes to Terms for NEXO Tokens in the U.S.
To: <troy@nexo.io>

.

nexo

# Changes to Terms for NEXO Tokens in the U.S.

Dear Troy,

As one of the world's most trusted digital asset institutions and a company committed to compliance with applicable laws in its jurisdictions of operation, Nexo is announcing important changes to our services for NEXO Tokens for U.S. clients.

Due to the rapidly developing U.S. regulatory framework, we are, for the time being, putting on hold the buy, sell and swap features of our Exchange for the NEXO Token, as well as the Earn in NEXO option, for U.S. clients. These changes will become effective on March 2, 2022.

## Changes to the Nexo Exchange for U.S. citizens & residents:

- You will no longer be able to buy and sell NEXO Tokens on the Nexo Exchange.
- NEXO pairs on the NEXO Exchange will no longer be available.
- You will still have access to the Nexo Exchange and can buy, sell and swap any other asset available on it within the existing conditions of the Nexo platform.

## Changes to the Earn Crypto Interest Product for U.S. citizens & residents:

- Earn in NEXO will currently become unavailable.

- If you have Earn in NEXO enabled, it will be switched off automatically, and you will continue to earn in kind on all assets that were already receiving interest in your Credit Line and Savings Wallets prior to February 19, 2022.

- You will continue to earn interest in our native token on all the NEXO that was in your account before February 19, 2022, as this qualifies as earning in kind.

- Fixed Terms with Earn in NEXO will not be unlocked. We will only switch off the Earn in NEXO feature and you will continue to earn in kind on your Fixed Term balances going forward.

All assets held in your Nexo account are safe and accessible, as always. Our Instant Crypto Credit Lines, the Nexo Wallet, and Exchange remain available to you. **No action is required of you following these changes.**

As a US client, you'll continue to reap the benefits and utility behind the NEXO Token. These include getting our highest yields on your savings, preferential rates on crypto credit, exchange cashback and more, simply by holding NEXO Tokens in your account and being a part of our Loyalty program.

# If you are not located in the United States

If you believe that your account has wrongfully been flagged as US-based, you must update your Advanced Verification details by providing a document from the list below. Please send the document(s) to kyc@nexo.io using the email address registered on your Nexo account:

- A bank statement or credit/debit card statement

- A utility bill

- Your most recent tax return (issued within 2021)

- A current tenancy agreement

- An insurance statement

All acceptable supporting documents except the tax return form, as indicated above, should be dated within the past three months and should show your residential address along with your name.

As we continue to gain much-needed clarity regarding legislation for crypto exchanges, interest-bearing accounts, and the provision of our services going forward, our team is following developments closely to ensure we operate in full compliance with all applicable legislation. In the meantime, we apologize for any inconvenience caused by these changes and hope we can resume these services for you as soon as possible.

Stay ahead,
The Nexo Team

---

Buy Crypto • Earn Interest • Borrow Cash & Stablecoins

ISO 27001:2013 Security Compliant

Licensed & Regulated Digital Assets Institution

Assets Audited by Armanino

This email is not financial advice and any investment decision you make is solely your responsibility. Nexo accepts no liability for consequences of any actions taken on the basis of the information provided, including for any damages suffered by the recipient.

Digital Assets are not money or legal tender, are not backed by the government or by a central bank, and most do not have any underlying assets, revenue stream, or another source of value. Nexo Accounts are not subject to any governmental insurance protection (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

© 2022 Nexo

--

Troy D. Gravitt
+1 (646) 979-7892 | troy@nexo.io

--

Troy D. Gravitt
+1 (646) 979-7892 | troy@nexo.io