# Exhibit 38

Exhibit 38

FINANCIAL CONDUCT AUTHORITY

# List of members of the management body

Reference number: N/A
Date: 20/10/2020

**FROM:**

Name of the applicant: Nexo Clearing and Custody Ltd

Address: Floor 39 1 Canada Square, Canary Wharf, London

**Contact details of the designated contact person**

Name: Antoni Tranchev

Telephone: 07595784189

Email: antoni@trenchev.com

**TO:**

Competent Authority: Financial Conduct Authority

Address: 12 Endeavour Square, London, E20 1JN

**Contact details of the designated contact point if relevant**

Address: N/A

Telephone: N/A

Email: N/A

Dear [insert appropriate name] Case officer

In accordance with Article 2 of the Commission Implementing Regulation (EU) 2017/1945 of June 2017 laying down implementing technical standards with regard to standard forms, templates and procedures for notification or provision of information provided for in Article 7(5) of Directive 2014/65/EU to ensure uniform conditions of application of Article 9(5), kindly find attached the notification request.

**Person in charge of preparing the application**

Name: Antoni Tranchev

Status/position: Compliance Officer

Telephone: 07595784189

Fax (if available): N/A

E-mail: antoni@trenchev.com

Date:

Signature:

**List of members of the management body**

Member 1

Name
Kosta Kantchev

Contact details (Telephone, email, address)
kosta.kk@gmail.com
02032906838
Floor 39 1 Canada Square, Canary Wharf, London, United Kingdom

Position
CEO

Professional experience and other relevant experience
Kosta has more than 10 years of professional experience in managing major risks for financial institutions and is adept in financial and business development aspects with proven management and business development experience, possessing in-depth knowledge both in the FinTech sector, financial markets and regulatory compliance. He successfully performs management roles at companies in the FinTech sector, while maintaining an impeccable reputation for compliant operations in a highly regulated environment, under supervision of multiple banking and financial services regulators.

Educational qualification and relevant training
Please see form A and supporting documentation.

List of executive and non-executive directorships in other entities
Please see form A and supporting documentation.

Effective date
Upon authoristaion

[Please set out that information here or provide an explanation of how it will be provided, or make reference to the relevant annexes containing the information]

Member 2

Name
Antoni Tranchev

Contact details (Telephone, email, address)
07595784189
antoni@trenchev.com
Floor 39 1 Canada Square, Canary Wharf, London, United Kingdom

Position
Compliance Officer

Professional experience and other relevant experience
A Master of Law, member of the Association of Certified Anti-Money Laundering Specialists (ACAMS), with in-depth knowledge both in the legal, AML and finance fields, Antoni possesses interdisciplinary thinking, incomparable multi-tasking, problem-solving and leadership skills. He was an ex-member of the Bulgarian Parliament and prominent FinTech expert, keynote speaker at numerous conferences and events on the general state of the blockchain space.

Educational qualification and relevant training
Please see form A and supporting documentation.

List of executive and non-executive directorships in other entities
Please see form A and supporting documentation.

Effective date
Upon authorisation

[Please set out that information here or provide an explanation of how it will be provided, or make reference to the relevant annexes containing the information]

Member 3

Name
N/A

Contact details (Telephone, email, address)
N/A

Position
N/A

Professional experience and other relevant experience
N/A

Educational qualification and relevant training
N/A

List of executive and non-executive directorships in other entities
N/A

Effective date
N/A

[Please set out that information here or provide an explanation of how it will be provided, or make reference to the relevant annexes containing the information]

Member 4

Name
N/A

Contact details (Telephone, email, address)
N/A

Position
N/A

Professional experience and other relevant experience
N/A

Educational qualification and relevant training
N/A

List of executive and non-executive directorships in other entities
N/A

Effective date
N/A

[Please set out that information here or provide an explanation of how it will be provided, or make reference to the relevant annexes containing the information]

Member 5

Name
N/A

Contact details (Telephone, email, address)
N/A

Position
N/A

Professional experience and other relevant experience
N/A

Educational qualification and relevant training
N/A

List of executive and non-executive directorships in other entities
N/A

Effective date
N/A

[Please set out that information here or provide an explanation of how it will be provided, or make reference to the relevant annexes containing the information]

Please provide:

- Minutes of the general meeting acting the nomination of the new member of the management body
- Minutes of the general meeting of the management body acting the nomination of the new members.