# Exhibit 1

# Exhibit 1

| Jurisdiction | | Other restrictions | | Regulator orders and agreements |
| --- | --- | --- | --- | --- |
| | | Restricted assets | | |
| | | NEXO Token (May 1, 2018) | Ripple token | |
| North America | Canada | September 15, 2023 | September 15, 2023 | June 12, 2023 |
| | USA | March 2, 2022 | December 23, 2020 | January 19, 2023 |
| | Alabama | March 2, 2022 | December 23, 2020 | January 26, 2023 |
| | Alaska* | March 2, 2022 | December 23, 2020 | March 21, 2023 |
| | Arizona | March 2, 2022 | December 23, 2020 | April 17, 2023 |
| | Arkansas | March 2, 2022 | | |
| | California | March 2, 2022 | | |
| | Colorado | March 2, 2022 | | |
| | Connecticut | March 2, 2022 | | |

> February 2, 2021 - stopped for retail, OTC continued
> January 27, 2022 - started again for retail
> March 2, 2022 - stopped for all