# Exhibit 2

# Exhibit 2

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH

Date: June 23, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

# DR. RANDALL VALENTINE

# CONFIDENTIAL



Reported by:
Amber Gabel

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

MR. SHELTON:  We disagree.  And we think he's been trying to answer your questions, which have been vague and repetitive and objectionable.

BY MR. TAYLOR-COPELAND:

Q.   Okay.  Your initial report didn't identify any NEXO token sales from 2019 or 2020, right?

A.   Are you referring to the Supplement C?

Q.   Well, I'm talking your initial report, Appendix C, didn't identify any sales from 2019 or 2020, right?

A.   I believe that's correct.

Q.   Okay.  But last night you submitted a Supplemental Appendix C, which did identify some sales in 2019 or 2020, correct?

A.   Correct.

Q.   When did you first learn Nexo sold NEXO tokens to US purchasers in 2019?

A.   When I read Mr. Seligman's rebuttal report where he identified the five, that is where everything started.

Obviously, I wanted to do my own due diligence and figure out exactly in coordination with Nexo, with counsel, do we have a complete list, and are there anymore names other than what Mr. Seligman identified.

But I guess the origin of your question will be Mr. Seligman's rebuttal report was the genesis of the

discovery of these 24.

Q.   Okay.  So until seeing Mr. Seligman's rebuttal report, you weren't aware that Nexo had sold any tokens to U.S. purchasers in 2019 or 2020?

A.   Well, I want to be very clear.  We don't know for sure at this point that the individuals identified in 2019 and 2020 were indeed purchasers of the 2018 offering.  We do not know that for sure yet. That's still under investigation and the ROG will be updated when it's completed.

Q.   You're aware that that interrogatory asks for all sales of NEXO tokens to U.S. purchasers, correct?

A.   Off the top of my head, I cannot call for specifics of what the ROG requested.

Q.   Okay.  Did you withhold information regarding 2019 and 2020 purchasers from your initial report?

A.   No.

Q.   How is it possible you entirely missed these 2019 and 2020 sales in your initial report?

A.   Well, first of all, I don't know that I did.  Again, what I'm saying is these are people that could be people that participated in the 2018 offering.  What I don't know for sure yet is that they were.

In the interest of being fully transparent and forthcoming, I wanted to make sure you got this document

prior to the deposition.

Q.   So just so we're clear here, the individuals you added last night, are you saying you don't know whether they bought the NEXO token from Nexo, or you don't know whether they bought the NEXO token from Nexo in a specific offering?

A.   I don't know whether they bought the token from Nexo in the specific 2018 offering.  That is still under investigation.

Q.   Okay.  But you know that they bought the NEXO token from Nexo, correct?

A.   And, again, the details are all still being confirmed.  I just wanted to be fully transparent and make you aware these are individuals that could have participated in the 2018 program.

Q.   So let's forget about 2018, 2019.  I'm just asking you, do you know if these individuals who you added last night purchased NEXO tokens from Nexo?

A.   Again, I will reference you to my previous answer.  I don't want to say with 100 percent certainty the answer is yes when I'm not 100 percent certain.

We will supplement this and the ROG will be updated, but I obviously want to fact-check everything before I make a definitive statement like that.

Q.   Well, shouldn't you have fact-checked