# Exhibit 7

# Exhibit 7

# Deposition Transcript

Case Number: 3:23-CV-00882-TSH
Date: April 1, 2026

In the matter of:

# JOHN CRESS v NEXO CAPITAL INC.

# ANTONI ANTONIEV TRENCHEV

# CONFIDENTIAL

**CERTIFIED COPY**

Reported by:
GEORGIA GOULD



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

ANTONI ANTONIEV TRENCHEV                                      JOB NO. 2571483
APRIL 01, 2026                    CONFIDENTIAL

policy on direct messages but didn't implement any retention policy for public and private channels until a few months later?

A.   Other than that distinction I made before the break, I don't think there is more I can add, different type of information on the different type of channels.

Q.   So you don't know why one retention policy was deposited for direct messages and a different one was adopted for public and private channels?

A.   I do not know.

Q.   Does Nexo know who authorized the change -- any of these changes in the Slack DM retention policy?

A.   DM being direct messages?

Q.   Correct.

A.   I don't think Nexo can reverse engineer that several years later what the exact approval process for that change was.

Q.   Okay.

Does Nexo know who authorized the changes to public and private channels retention policies on March 1, 2023?

A.   Same -- same answer.

Q.   Is Nexo aware of any way to recover any Slack messages deleted pursuant to these retention policies?

MR. SHELTON:  Objection, calls for an expert