Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol Street, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5067
Fax: (713) 427-5099

*Attorneys for Defendant Nexo Capital Inc.*

**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>            Plaintiff,<br><br>    vs.<br><br>NEXO CAPITAL INC.,<br><br>            Defendant. | Case No. 3:23-cv-00882-TSH<br><br>The Hon. Thomas S. Hixon<br><br>**DEFENDANT NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  October 22, 2026<br>Hearing Time:  10:00 a.m.<br><br>Courtroom:  E – 15th Floor<br>Address:  Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

# NEXO'S STATEMENT OF UNDISPUTED FACTS
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to paragraph C(1) of the Court's case management order (Dkt. 51), Nexo Capital Inc. ("Nexo") respectfully submits the foregoing Statement of Undisputed Facts in support of Motion for Summary Judgment and contends that there is no genuine issue as to the following material facts:

| Undisputed Facts | Supporting Evidence |
|---|---|
| 1. Cress stated in a NEXO chat: "I can only blame myself, but I do wish I never ever got involved with this and just did interest only." | Ex. 22, NEXO-0370459; Decl. of Trenchev at ¶¶ 40-44. |
| 2. Cress stated in a NEXO chat: "This is a very very sad day for my Vlad. I bought 250 BTC 7 years ago in 2014 and now I will end up with about 60... should've never done the borrowing." | Ex. 22, NEXO-0370459; Decl. of Trenchev at ¶¶ 40-44. |
| 3. Cress stated in a NEXO chat: "I always talked about bitcoin and it was my big dream... and now a nightmare." | Ex. 22, NEXO-0370459; Decl. of Trenchev at ¶¶ 40-44. |
| 4. Cress stated in a NEXO chat: "I took a loan for $5.4M, then $4.5M, and than [sic] $1M. If didn't do that last one for 1M, I would not have been liquidated too." | Ex. 22, NEXO-0370459; Decl. of Trenchev at ¶¶ 40-44. |
| 5. Cress stated in a chat ███████████████████████████████████████████████ | Ex. 40, CRESS-0000692 at -699; Decl. of Shelton at ¶¶ 3, 8. |
| 6. On March 25, 2021, Cress sent an accredited investor certificate to NEXO. | Ex. 12, NEXO-0017263-NEXO-0017265; Decl. of Trenchev at ¶¶ 40-44. |
| 7. Cress was issued an accredited investor certificate on March 24, 2021. | Ex. 37, NEXO-0017265; Decl. of Trenchev at ¶¶ 40-44. <br><br> Ex. 38, Cress Depo. Tr. at 35:15-24; Decl. of Shelton at ¶¶ 3, 6. |
| ████████████████████████████ | Ex. 39, Pl.'s Supp. Resp. to ROG Nos. 12-13 at 17-22; Decl. of Shelton at ¶¶ 3, 7. |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

| | |
|---|---|
|  | |
| 9. On February 25, 2021, Cress wrote ▮▮▮▮▮ | Ex. 41, CRESS-00001099 at -1101; Decl. of Shelton at ¶¶ 3, 8. |
| 10. On February 26, 2021, Cress sent Lindenbaum an email: "I found the playbook. Read all this, but especially when he starts talking about Nexo …." | Ex. 42, CRESS-00001134; Decl. of Shelton at ¶¶ 3, 8. |
| 11. The February 26, 2021 email Cress sent to Lindenbaum included an article "My Crypto Investment Strategy" with steps "3. Open an Account on Nexo … 4. Get Your Crypto into Nexo … 5. Take out a Loan on Nexo … 6. Buy a Whole Bunch of NEXO tokens … 7. Use the Appreciating Value of Your BTC, ETH, and NEXO to Get More Loans." | Ex. 42, CRESS-00001134 at -42-44; Decl. of Shelton at ¶¶ 3, 8. |
| 12. ▮▮▮▮ stated to Cress: ▮▮▮▮ and Cress responded: ▮▮▮▮ | Ex. 41, CRESS-00001099 at -1110; Decl. of Shelton at ¶¶ 3, 8. |
| 13. Lindenbaum was a former registered investment adviser at Charles Schwab, a registered broker, and teaches financial literary courses with the Bay Area Financial Education Foundation. | Ex. 72, Lindenbaum Depo. at 14:16-25, 33:2-5. |
| 14. On March 25, 2021, still before Cress entered into any OTC transactions with Nexo, Cress wanted to confirm his understanding of how the OTC desk worked compared to Coinbase. He asked if he could just "sell through the Nexo OTC desk *with the same fees* [as Coinbase]." | Ex. 13, NEXO-0003341; Decl. of Trenchev ¶¶ 40-44. |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

| | |
|---|---|
| 15. Cress opened an account on Nexo's website on or about March 3, 2021. | Decl. of Trenchev at ¶ 8. |
| 16. Cress ███████████████████████████████ | Ex. 61, Pl.'s Supp. Resp. to ROG Nos. 7-8 at 24-25; Decl. of Shelton at ¶¶ 3, 11. |
| 17. On March 3, 2021, Cress wrote: "Ask Nexo about trading commissions." | Ex. 43, CRESS-00001224; Decl. of Shelton at ¶¶ 3, 8. |
| 18. On March 8, 2021, Cress wrote: "If you have half your bitcoin used as loan collateral and half earning interest and LTV goes over 83% and they start auto liquidating, does that mean they automatically move some tokens from your earning bucket over to your collateral bucket, or do they start selling your BTC? I think they would sale, hence the term 'liquidate', but also because if you started earning less, it wouldn't cover the loan payments." | Ex. 44, CRESS-00001281; Decl. of Shelton at ¶¶ 3, 8. |
| 19. On March 15, 2021, Hristiyan Hristov contacted Cress about the VIP Relationship Program and identified himself as Cress's dedicated relationship manager. | Ex. 14, NEXO-0003119; Decl. of Trenchev at ¶¶ 40-44. |
| 20. Cress responded to Hristov: "I am very interested" and later wrote "I sent my BTC over to Nexo because my goal was to do borrowing and lending," and "I wish I had this conversation a couple weeks ago." | Ex. 15, NEXO-0003125 at -25-26; Decl. of Trenchev at ¶¶ 40-44. |
| 21. The VIP Relationship Program brochure states: "You receive access to: 1. Dedicated Relationship Manager. 2. OTC Services with some of the best rates on the market. 3. Priority customer support." | Ex. 68, CRESS-00000008 at -9; Decl. of Shelton at ¶¶ 3, 8. |
| 22. The VIP Relationship Program brochure states you should expect: "Direct phone number availability: 8 AM – 5 PM UT. Out of business hours calls – schedule in advance. and "Email SLA- during business hours, you can expect a reply from the Relationship manager in a matter of hours, no more than 24h, weekends excluded." | Ex. 68, CRESS-00000008 at -11; Decl. of Shelton at ¶¶ 3, 8. |
| 23. The VIP Relationship Program brochure states: "Liquidation relief program - use the service in the event of a market crash to recover your liquidated assets." | Ex. 68, CRESS-00000008 at -17; Decl. of Shelton at ¶¶ 3, 8. |
| 24. On March 24, 2021, Cress wrote Hristov: "Will all the | Ex. 45, CRESS-00000034 at -40; |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

| | |
|---|---|
| OTC transactions and every other purchase, sell, fee, commission, and loan interest payment be consolidated in that same CSV download file?" | Decl. of Shelton at ¶¶ 3, 8. |
| 25. Cress asked Nexo about "liquidation price" or "liquidation thresholds" on March 25, March 30, April 14, April 16, April 29, May 1, and May 3, 2021. | Ex. 19, NEXO-0003441 at -441, -443, -444, -445, -449, and -451; Decl. of Trenchev at ¶¶ 40-44. |
| 26. On March 25, 2021, Cress asked Nexo: "Can you confirm that I will be able to work through you and access the OTC desk for a fast execution if I want to sell 100 BTC later this year to lock in a profit and pay back the loan? … I don't want to try to withdraw back to Coinbase Pro at a very busy time if I can just sell through the Nexo OTC desk with the same fees." | Ex. 19, NEXO-0003341; Decl. of Trenchev at ¶¶ 40-44. |
| 27. After liquidation, on June 22, 2021, Cress wrote: "Someone from support told me I should be using the 'liquidation relief program', but I don't know what the liquidation relief program is." | Ex. 69, CRESS-00002095; Decl. of Shelton at ¶¶ 3, 8. |
| 28. After liquidation, on June 22, 2021, Cress admitted: "nobody has ever talked me through the liquidation relief program, so I don't fully understand that or how that can help me now. But if I sell my assets now for a loss, it's not going to reduce my future liquidation thresholds, so I don't know of any relief programs I can use now." Cress did not use the liquidation relief program service. | Ex. 36, NEXO-0003532; Ex. 70, CRESS-00000177; Decl. of Shelton at ¶¶ 3, 8; Ex. 59, Nexo's Omnibus ROG. |
| 29. Cress agreed to Nexo's Terms and Conditions when opening his Nexo account. | Ex. 3, NEXO-0369726 at -28; Decl. of Trenchev at ¶¶ 40-44. |
| 30. Cress agreed to Nexo's Crypto Credit General Terms and Conditions before he submitted each of his loan withdrawal requests on the Nexo platform. | Ex. 8, NEXO-0008573; Ex. 33, NEXO-0008564; Ex. 34, NEXO-0008561; Ex. 64, NEXO-0008561; Decl. of Trenchev at ¶¶ 40-44. |
| 31. The Nexo Wallet Services General Terms and Conditions include the following statement: "Nexo Crypto Credit means any Digital Assets credit facility granted by Nexo and the total amount of the credit due by the Client to Nexo, at any time until its full repayment, including the principal, the Interest and any fees due to Nexo in accordance with the relevant general terms and conditions." | Ex. 6, CRESS-00000747 at -748; Decl. of Trenchev at ¶ 15. |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

| | |
|---|---|
| 32. The Nexo Crypto Credit General Terms and Conditions include the following statement: "the fees you paid to Nexo for your use of the services…." | Ex. 4, CRESS-00000721 at -28; Decl. of Trenchev at ¶ 15. |
| 33. The Nexo Exchange Service General Terms and Conditions include the following statement: "the fees you paid to Nexo for your use of the Nexo Exchange Service …." | Ex. 5, CRESS-00000734 at -40; Decl. of Trenchev at ¶ 15. |
| 34. The Nexo Wallet Services General Terms and Conditions include the following statement: "All fees and charges for the bank transfer under the preceding sentence, if any, shall be at your expense …" | Ex. 6, CRESS-00000747 at -52, § V.5; Decl. of Trenchev at ¶ 15. |
| 35. The Nexo Wallet Services General Terms and Conditions include the following statement: "the fees you paid to Nexo for your use of the relevant Nexo Wallet Service …." | Ex. 6, CRESS-00000747 at -60, § XIV.4; Decl. of Trenchev at ¶ 15. |
| 36. The Nexo Wallet Services General Terms and Conditions include the following statement: "Your use of the Nexo Wallet Services may be subject to certain fees." | Ex. 6, CRESS-00000747 at -63, §XIX.1; Decl. of Trenchev at ¶ 15. |
| 37. The Nexo General Terms and Conditions of Earn Interest Product include the following statement: "the fees you paid to Nexo for your use of the Nexo Earn Interest Product …." | Ex. 7, CRESS-00000768 at -774; Decl. of Trenchev at ¶ 15. |
| 38. The Nexo Crypto Credit General Terms and Conditions provide that "Nexo will grant you a Nexo Crypto Credit in Digital Assets, if you provide the required Digital Assets as collateral by transferring them into the Nexo Account ('Collateral')." | Ex. 4, CRESS-00000721 at -723; Decl. of Trenchev at ¶ 15. |
| 39. The Nexo Crypto Credit General Terms and Conditions provided that Nexo may "liquidate the necessary amount of Collateral to rebalance your Nexo Crypto Credit." | Ex. 4, CRESS-00000721 at -724; Decl. of Trenchev at ¶ 15. |
| 40. Cress and Nexo entered into the Cryptocurrency Purchase Agreement ("CPA") on March 24, 2021. | Ex. 16, NEXO-0002697; Decl. of Trenchev at ¶¶ 40-44. |
| 41. The CPA provides for the submission of "Purchase Orders for the purchase and sale of cryptocurrency." | Ex. 16, NEXO-0002697; Decl. of Trenchev at ¶¶ 40-44. |
| 42. The CPA provides for the sale and purchase of cryptocurrency, but does not include language on | Ex. 16, NEXO-0002697; Decl. of Trenchev at ¶¶ 40-44. |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

| | |
|---|---|
| loans, credit lines, or liquidations. | |
| 43. The CPA definition of a "Purchase Order" refers to "email confirmation … setting forth, among other things ... the price per applicable cryptocurrency ...." | Ex. 16, NEXO-0002697 at -99; Decl. of Trenchev at ¶¶ 40-44. |
| 44. The Review Period is defined in the following clause of the CPA: "Purchase Orders. During the term of this Agreement and at such times as mutually agreed by the Parties, the Counterparty or Nexo may submit a Purchase Order to Nexo or the Counterparty via email and the party receiving the Purchase Order shall have ten minutes (the 'Review Period') to confirm such Purchase Order via email after which Review Period such Purchase Order shall be deemed to be rejected and expired." | Ex. 16, NEXO-0002697 at § 1.1; Decl. of Trenchev at ¶¶ 40-44. |
| 45. The CPA does not include the word "execution" in relation to a Purchase Order. | Ex. 16, NEXO-0002697 at § 1.1 Decl. of Trenchev at ¶¶ 40-44. |
| 46. The CPA includes the following "(g): Counterparty agrees, understands and acknowledges that (i) Nexo engages in the bilateral purchase and sale of cryptocurrencies, including any such transaction contemplated by this Agreement, solely on a proprietary basis for investment purposes for its own account; (ii) if Nexo transacts with Counterparty it does so solely on a bilateral basis; and (iii) Nexo is not providing and will not provide any fiduciary, advisory, exchange or other similar services with respect to Counterparty, any person related to or affiliated with Counterparty, or any transaction subject to this Agreement. Counterparty further agrees, represents and warrants that (x) Counterparty is solely responsible for any decision to enter into a transaction subject to this Agreement, including the evaluation of any and all risks related to any such transaction; and (y) in entering into any such transaction, Counterparty has not relied on any statement or other representation of Nexo other than as expressly set forth herein." | Ex. 16, NEXO-0002697 at -2702 § 3.2(g); Decl. of Trenchev at ¶¶ 40-44. |
| 47. The CPA states: "Upon consummation of such purchase, Counterparty will be vested with good and valid title to such Counterparty Purchased Cryptocurrency free and clear of any and all Liens." | Ex. 16, NEXO-0002697 at -2700 § 3.1(e); Decl. of Trenchev at ¶¶ 40-44. |
| 48. The CPA does not say "Nexo will not charge fees" or | Ex. 16, NEXO-0002697; Dkt. 95 at |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

| | |
|---|---|
| prohibit the charging of fees. | 31. |
| 49. The CPA further provides: "Nexo is solely responsible for any decision to enter into a transaction subject to this Agreement." | Ex. 16, NEXO-0002697 at -2700 § 3.1(g); Decl. of Trenchev at ¶¶ 40-44. |
| 50. On April 29, 2021, Cress wrote Hristov that "I've been meaning to borrow more so that I can increase my Ethereum holdings from 250 to 400 to match my Bitcoin holdings." | Ex. 19, NEXO-0003441 at -44; Decl. of Trenchev at ¶¶ 40-44. |
| 51. Cress ultimately "takes a $1,000,000 USDT loan and sen[t] it to Nexo's OTC for ETH" and Nexo Tokens, and a "$1M USDC loan" to put in his savings wallet. | Ex. 19, NEXO-0003441 at -43; Decl. of Trenchev at ¶¶ 40-44. |
| 52. Hristov connected Cress to his colleague, Octavian Dinca, who completed the Ethereum transaction for Cress and wrote "312.14868 ETH will be added to your account[.]" | Ex. 19, NEXO-0003441 at 42-43; Decl. of Trenchev at ¶¶ 40-44. |
| 53. On May 3, 2021, Cress wrote: "If I'm calculating correctly, I sent $1,000,000 and if that only purchased 312 ETH, that means the price was $3,205 each. That feels wrong and disappointing since the price of ETH was very far below that since my request and right now ETH is $3,118. Those numbers seem impossible because ETH never reached a price of $3,205. I can't be paying more than a price where ETH ever traded." | Ex. 19, NEXO-0003441; Decl. of Trenchev at ¶¶ 40-44. |
| 54. Octavian Dinca replied to Cress explaining "The OTC purchase took place ~11.30 UTC yesterday. Details below: 312.1487 ETH have been bought at 3203.601361 USDT per unit. The cost per unit above includes the 0.5% cost of execution through the NEXO OTC desk and what the partner OTC desk charged for the transaction which is estimated around ~0.5% as well. Excluding costs, the price would come to - ~3,171.882535 USDT." | Ex. 19, NEXO-0003441; Decl. of Trenchev at ¶¶ 40-44. |
| 55. In March 2021, Hristov and Cress had a phone conversation to discuss the borrowing scenarios raised in Cress's email. | Ex. 17, NEXO-0017266; Decl. of Trenchev at ¶¶ 40-44. |
| 56. On March 26, 2021, Cress directed Nexo's OTC desk to use $5,400,000 USDT in loan proceeds for the purchase of 75 BTC and the rest in NEXO Tokens. | Ex. 18, NEXO-0003386 at -93; Decl. of Trenchev at ¶¶ 40-44. |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

| | |
|---|---|
| 57. After execution, Hristov confirmed "The OTC team did a great job and purchased the assets as it follows: 74.441 BTC @ $55,289.81 481,878 NEXO Tokens @ $2.66[.]" | Ex. 18, NEXO-0003386 at -93; Decl. of Trenchev at ¶¶ 40-44. |
| 58. On March 30, 2021, Cress informed Hristov "I would like to use the credit line to purchase 50 or 75 more bitcoins." | Ex. 18, NEXO-0003386 at -92; Decl. of Trenchev at ¶¶ 40-44. |
| 59. On March 31, 2021, Cress borrowed $4.3M to purchase 50 BTC and 20 BTC worth of NEXO Tokens. | Ex. 18, NEXO-0003386 at -90-91; Decl. of Trenchev at ¶¶ 40-44. |
| 60. After execution, Hristov confirmed: "The OTC has executed the deal with the following parameters: 530,190 NEXO Tokens @ $2.829 [and] 47.3227 BTC @ $59,197[.]" | Ex. 18, NEXO-0003386 at -90; Decl. of Trenchev at ¶¶ 40-44. |
| 61. On April 14, 2021, Cress wrote Hristov: "I've been meaning to borrow more so that I can increase my Ethereum holdings from 250 to 400 to match my Bitcoin holdings … Please send me the instructions for how much I need to withdraw from my credit line, the address to send the funds, and how much Ethereum and Nexo will be purchased. I would like to get as much Ethereum as possible, but at least to get it to the 400 level, but possibly more. | Ex. 18, NEXO-0003386 at -89; Decl. of Trenchev at ¶¶ 40-44. |
| 62. Hristov instructed Cress to send "$2,150,000 USDT which will be used for purchasing 28 BTC and the remaining we will top the NEXO tokens balance[.]" | Ex. 18, NEXO-0003386 at -89; Decl. of Trenchev at ¶¶ 40-44. |
| 63. On April 14, 2021, Cress confirmed he "sent $2,150,000 to the OTC desk UDST wallet … also please let me know what my new 'partial liquidation' price is for Bitcoin …." | Ex. 18, NEXO-0003386 at -89; Decl. of Trenchev at ¶¶ 40-44. |
| 64. Hristov reported back to Cress the following purchase: "28.3780 BTC @ $63,426 [and] 91,715 NEXO Tokens @ $3.816[.]" | Ex. 18, NEXO-0003386 at -88; Decl. of Trenchev at ¶¶ 40-44. |
| 65. Hristov explained several borrowing scenarios to Cress, including the benefits associated with Nexo's Loyalty Program and owning NEXO Tokens. | Ex. 17, NEXO-0017266; Decl. of Trenchev at ¶¶ 40-44. |
| ██████████████████████ | Ex. 38, Cress Depo. 208:24-209:3; Decl. of Shelton at ¶¶ 3, 6. |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

| | |
|---|---|
| ████████████████████████<br>███████████████████ | |
| 67. On June 13, 2021, Cress wrote to Hristov: "Unfortunately, it looks like I am not able to swap the bitcoin to USDT to avoid any possible drops in BTC price, and then swap it back to BTC. That would have provided me a lot of safety if I could do that. ***I would also be willing to pay a lot of money in fees if I could do that***… Anyway, if there's any way Nexo can help me to temporarily swap my BTC to USDT and then swap them back to BTC at the exact same LTV as the first swap, this would be a valuable service and ***I would pay a BIG FEE*** if I can do this…" CRESS-00000134 | Ex. 49, CRESS-00000134; Decl. of Shelton at ¶¶ 3, 8. |
| 68. On April 6, 2021, a friend named ████ ████████████████████████ To which Cress replied, ████ ████████████████████████ Cress added ████ ████████████████████████ ████████████████████████ ████████████████████████ ████ | Ex. 40, CRESS-00000692 at -699-700; Decl. of Shelton at ¶¶ 3, 8. |
| 69. ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ | Ex. 47, CRESS-00012656 at -65; Decl. of Shelton at ¶¶ 3, 8. |
| 70. Cress explained to Lindenbaum that he discussed fees with his account manager: "I asked if 2.7% will be the fee 'all the way around' and [Hristov] said 'yes, this will be the total cos[t] for the sell execution.' Pretty tricky. I have no choice though…5% fee for a 50% loss" | Ex. 48, CRESS-00002192; Decl. of Shelton at ¶¶ 3, 8. |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH



| | |
|---|---|
| 71. Cress admitted that ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ | Ex. 38, Cress Depo., 27:2-30:19; Decl. of Shelton at ¶¶ 3, 6. |
| 72. To ▇▇▇▇ Cress stated that ▇▇▇ ▇▇▇▇▇ | Ex. 50, CRESS-00012575 at -78; Decl. of Shelton at ¶¶ 3, 8. |
| 73. Cress ▇▇▇▇▇▇ ▇▇▇▇▇▇ | Ex. 38, Cress Depo. at 86:2-14; *see also* 187:3-9.; Decl. of Shelton at ¶¶ 3, 8. |
| 74. Cress recommended that ▇▇▇ ▇▇▇▇▇ | Ex. 47, CRESS-00012656 at -57; Decl. of Shelton at ¶¶ 3, 8. |
| 75. Cress stated that "My average buy price of bitcoin using borrowed funds was $57,000." | Ex. 51, CRESS-0001826; Decl. of Shelton at ¶¶ 3, 8. |
| 76. Cress admitted, ▇▇▇▇▇ ▇▇▇▇▇ | Ex. 52, CRESS-00013030 at -40; Decl. of Shelton at ¶¶ 3, 8. |
| 77. Before his liquidations, Cress received liquidation warnings, with urgings to "ensure you have adequate notifications for price fluctuations and potential margin calls to avoid liquidation of your assets." and "maintain a healthy loan-to-value ratio by adding extra assets to your Credit Line Wallet or, should you wish to do so, by repaying part of your withdrawn credit." | Ex. 51, CRESS-00001826; Decl. of Shelton at ¶¶ 3, 8. |
| 78. Before and during his liquidations, Cress received nearly 40 liquidation warnings. | Ex. 53, CRESS-00000081-82, 87-88 (compilation of LTV notifications); Decl. of Shelton at ¶¶ 3, 8. |
| 79. Cress wrote Hristov, "I have more assets on Coinbase and KuCoin, but these are not coins that are supported on Nexo. I have about 40 ethereum in MyEtherWallet, but is 40 ETH even going to help lower my LTV?" | Ex. 21, NEXO-0003466; Decl. of Trenchev at ¶¶ 40-44. |
| 80. Hristov responded, "It will help but not much." | Ex. 21, NEXO-0003466; Decl. of Trenchev at ¶¶ 40-44. |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH



| | |
|---|---|
| 81. Cress drafted a letter to Nexo stating, ███████ ████████████████████████████████ | Ex. 54, CRESS-00001961 at -62; Decl. of Shelton at ¶¶ 3, 8. |
| 82. Cress admitted "███████████████████ ██████████████████████████ | Ex. 55, CRESS-00001910 at -12; Decl. of Shelton at ¶¶ 3, 8. |
| 83. On June 24, 2021, Cress admitted to Nexo personnel: "I can only blame myself" | Ex. 22, NEXO-0370459; Decl. of Trenchev at ¶¶ 40-44. |
| 84. Cress admitted, ████████████████ ███████████████ | Ex. 56, CRESS-00012947 at -48; Decl. of Shelton at ¶¶ 3, 8. |
| 85. Cress received a message from his friend ████████████████████████████████ ████████████████████████████████ ████████████ | Ex. 57, CRESS-00012838 at -45-46; Decl. of Shelton at ¶¶ 3, 8. |
| 86. Cress responded: ████████████████ ████████ | Ex. 57, CRESS-00012838 at -47; Decl. of Shelton at ¶¶ 3, 8. |
| 87. Cress admitted: ██████████████████ ███████████████ | Ex. 58, CRESS-00013076 at -81; Decl. of Shelton at ¶¶ 3, 8. |
| 88. Cress's final OTC purchase of ETH occurred on or around April 30, 2021. | Ex. 23, NEXO-0231345; *see also* Ex. 1, NEXO-0137019 (all Cress Transactions), Ex. 2, NEXO-0002696 (Cress account history); Decl. of Trenchev at ¶¶ 40-44. |
| 89. Cress's final forced liquidation occurred on or around June 24, 2021. | Ex. 23, NEXO-0231345; Decl. of Trenchev at ¶¶ 40-44. |
| 90. On April 6, 2021, Cress stated ███████████ ████ When discussing Nexo. | Ex. 40, CRESS-00000692 at -699; Decl. of Shelton at ¶¶ 3, 8. |
| 91. Cress explained that Nexo ████████████ ████████████████████████ ████ | Ex. 40, CRESS-00000692 at -700; Decl. of Shelton at ¶¶ 3, 8. |
| 92. Cress's friend stated that ███████████ ████████████████████████████████ ████████ | Ex. 47, CRESS-00012656 at -65; Decl. of Shelton at ¶¶ 3, 8. |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

| | |
|---|---|
| 93. Hristov told Cress that the "deal will be subject to a 2.7% execution cost . . . this will be the total cost for the sell execution." | Ex. 20, NEXO-0003588 at -592, -591; Decl. of Trenchev at ¶¶ 40-44. |
| 94. Cress's Original Complaint and First Amended Complaint do not mention the word "fee." | Dkt. 1 and Dkt. 29. |
| 95. Cress's Original Complaint and First Amended Complaint do not allege that Nexo improperly charged transaction fees, liquidation fees, or repayment fees. | Dkt. 1 and Dkt. 29. |
| 96. In 2021, Nexo's loyalty program granted tier benefits to consumers based on the ratio of NEXO Tokens in a customer's account against the rest of their portfolio— a higher ratio yielded a lower borrower interest rate. | Ex. 46, CRESS-00000650 at 51-52; Decl. of Shelton at ¶¶ 3, 8. |
| 97. Cress ███████████ | Ex. 61, Pl.'s Supp. Resp. to ROG No. 1 at 8; Decl. of Shelton at ¶¶ 3, 11. |
| 98. When asked what ███████████ | Ex. 38, Cress Depo. Tr. at 208:25-209:3; Decl. of Shelton at ¶¶ 3, 6. |
| 99. Cress testified ███████████ | Ex. 38, Cress Depo. Tr. at 211:9-13; Decl. of Shelton at ¶¶ 3, 6. |
| 100.   Cress testified: " ███████████ | Ex. 38, Cress Depo. Tr. at 281:15-17; Decl. of Shelton at ¶¶ 3, 6. |
| 101.   Cress testified ███████████ | Ex. 38, Cress Depo. Tr. at 211:9-18; Decl. of Shelton at ¶¶ 3, 6. |
| 102.   In 2021, Nexo Platinum members received a 5.9% borrow interest rate on instant crypto credit lines, which was an approximately 50% discount to Nexo's standard interest rate when a customer holds no NEXO Tokens. | Ex. 46, CRESS-00000650 at 651-652; Decl. of Shelton at ¶¶ 3, 8. |
| 103.   Cress received ███████████ | Ex. 38, Cress Depo. Tr. at 213:12-18; Decl. of Shelton at ¶¶ 3, 6. |
| 104.   Nexo became operational in 2018 after fundraising through the 2018 NEXO Token sale or Initial Coin Offering ("ICO") | Ex. 31, NEXO-0145636 at NEXO-0145645; Decl. of Trenchev at ¶¶ 40-44. |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

| | |
|---|---|
| 105. Almost all funds from Nexo's 2018 NEXO Token sale were used to fund clients' crypto-backed loan requests. | Ex. 32, NEXO-0010423; Decl. of Trenchev at ¶¶ 40-44. |
| 106. On June 8, 2021, NEXO Token holders voted to switch from a dividend to a daily interest program. | Ex. 63, CRESS-00000251; Decl. of Shelton at ¶¶ 3, 8. |
| 107. On ███████████████████████████████████████████. | Ex. 61, Pl.'s Supp. Resp. to ROG No. 1 at 7; Decl. of Shelton at ¶¶ 3, 11. |
| 108. On ███████████████████████████████████████████ | Ex. 61, Pl.'s Supp. Resp. to ROG No. 1 at 7-8; Decl. of Shelton at ¶¶ 3, 11. |
| 109. On ███████████████████████████████████████████ | Ex. 19, NEXO-0003441 at NEXO-0003445; Decl. of Trenchev at ¶¶ 40-44. |
| 110. Cress ████████████████████████████████ | Ex. 61, Pl.'s Supp. Resp. to ROG No. 1 at 8; Decl. of Shelton at ¶¶ 3, 11. |
| 111. On ███████████████████████████████████████████ | Ex. 61, Pl.'s Supp. Resp. to ROG No. 1 at 8; Decl. of Shelton at ¶¶ 3, 11. |
| 112. Cress's unregistered offer and sale of securities third cause of action does not allege the unregistered offer and sale of BTC or ETH. | Dkt. 88 ¶¶ 159-172. |
| 113. ███████████████████████████████████████████ | Ex. 61, Pl.'s Supp. Resp. to ROG No. 7 at 24-25; Decl. of Shelton at ¶¶ 3, 11. |
| 114. Cress's fraud in the offer and sale of securities fourth cause of action does not allege fraud in the offer and sale of BTC or ETH. | Dkt. 88 ¶¶ 173-181. |
| 115. The following members of the Nexo Group were direct or indirect subsidiaries of Nexo Inc. in 2021 and 2022: Nexo Payments Limited, Nexo Clearing and Custody Ltd., Nexo Capital Inc., Nexo Finance Ltd., AFS Holding Ltd., AFS Advance Financial Solutions Ltd., Nexo Markets Ltd., Nexo (Antigua) Ltd., NPEM Ltd., Nexo AG, NDS EOOD, Nexo Financial Services Ltd., Nexo Trading Inc., and Nexo Financial Services Inc | Decl. of Trenchev at ¶ 25. Ex. 10, NEXO-0251323; Ex. 11, NEXO-0182354. |
| 116. Nexo Capital and NDS are wholly owned | Ex. 10, NEXO-0251323 (March 1, |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

| | |
|---|---|
| subsidiaries of Nexo Inc. | 2021 org. chart); Ex. 11, NEXO-0182354 (January 19, 2022 org. chart); Decl. of Trenchev at ¶ 26. |
| 117. NDS is the Bulgarian corporate entity that employs the vast majority of individuals who perform services for entities comprising the Nexo Group. Nexo uses NDS to employ its personnel because the vast majority of its employees are Bulgarian citizens and/or reside in Bulgaria (though Nexo does not offer cryptocurrency services in Bulgaria). Local employees generally prefer a local employer, and the use of a Bulgarian entity to employ Bulgarian workers is prudent from a compliance, operational, and human resources perspective. The function of all employees of NDS was to provide Nexo's cryptocurrency services to Nexo's global customer base. | Ex. 25, NEXO-0371014 (Nexo Capital and NDS Service Agreement); see also Ex. 26, NEXO-0371049 (NDS employee list) and Decl. of Trenchev at ¶¶ 37, 40-44. |
| 118. NDS employed Mr. Cress's relationship manager Hristiyan Hristov and the other Nexo employees with whom Mr. Cress interacted. | Decl. of Trenchev at ¶34. |
| 119. NDS employees do not perform services for entities outside of the Nexo Group. | Decl. of Trenchev at ¶ 36. |
| 120. The Nexo Group of Companies Consolidated Anti-Money Laundering Policy states that the "Nexo Group of Companies … consists of several companies performing different lines of business … The Company provides financial services as described in its terms and conditions and in accordance with its licenses and/or utilizing existing exemptions for licensing requirements. The company provides lending of virtual currencies against other virtual currencies as collateral, borrowing of virtual currencies and payment of in-kind interest thereon, exchanging virtual currencies to fiat currencies and vice versa, as well as virtual currency wallet services." | Ex. 27, NEXO-0213066 at 71; Decl. of Trenchev at ¶¶ 40-44. |
| 121. Nexo wrote to the Massachusetts Securities Division that "Nexo Capital Inc. is the Nexo Group company conducting business on the public website accessible at http://www.nexo.io/ and through the Nexo mobile application … its primary products include a Crypto Credit Product, an Exchange Service, and the EIP." | Ex. 28, NEXO-0225412 at 12-13; Decl. of Trenchev at ¶¶ 40-44. |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

| | |
|---|---|
| 122.   The Nexo website states that the "Nexo Group has legal entities in various locations throughout the world, in order to service 200+ jurisdictions in the most efficient manner and is in compliance with all applicable global and local regulations." | Ex. 29, NEXO-0011248; Decl. of Trenchev at ¶¶ 40-44. |
| 123.   Nexo Financial LLC has not directly provided any services through the website https://nexo.io, which is used by other companies from the Nexo Group. | Ex. 30, NEXO-0229177; Decl. of Trenchev at ¶¶ 40-44. |
| 124.   Nexo Services LLC is not an entity within the Nexo Group. | Decl. of Trenchev at ¶ 29. |
| 125.   The Nexo Group includes certain entities identified as the "Nexo Enterprise" in paragraph 207 of Cress's Second Amended Complaint, and certain additional Nexo entities identified in Cress's interrogatory response, including Nexo Inc., Nexo Financial LLC, Nexo Services UAB, Nexo Global Investments LLC, Nexo MENA Holding Ltd., Nexo Services S.r.l., Nexo Payments Limited, Nexo Clearing and Custody Ltd., Nexo Finance Limited, AFS Holding Ltd., AFS Advance Financial Solutions Ltd., Nexo Markets Ltd., Nexo Bank Inc., NPEM Ltd., Nexo AG, NDS EOOD, MIRASTAR EOOD, Nexo Financial Services Ltd., Nexo Trading Inc., Nexo Financial Services Inc., Nexo Services Ltd., Nexo Payments Inc., Nexo Services OU, Nexo Global Investments LLC, and Nexo (Antigua) Ltd. | Decl. of Trenchev at ¶ 28. |
| 126.   Zenga Limited and Credissimo are owned by Kosta Kantchev and had some involvement in Nexo's initial launch in 2018. Those two entities have no ongoing relationship with the Nexo Group, and they had no involvement in Nexo's transactions with Cress in 2021. | Decl. of Trenchev ¶ 30. |
| 127.   Kosta Kantchev is the ultimate beneficial owner of all entities comprising the Nexo Group, with the exception of Antoni Trenchev's ownership interest of 30% of Nexo Global Investments LLC. | Decl. of Trenchev ¶¶ 25, 31. |

NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH

I attest that the evidence cited herein fairly and accurately supports or disputes the facts as asserted.

DATED: August 7, 2026              BAKER & MCKENZIE LLP

                                   By: */s/ Ian S. Shelton*
                                        Ian S. Shelton

                                        *Attorneys for Defendant Nexo Capital Inc.*

-17-
NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS
Case No. 3:23-cv-00882-TSH