# EXHIBIT 31



# Creating the Future of Finance Today

CONFIDENTIAL

NEXO-0145636

# Disclaimer



*Certain information set forth in this presentation contains "forward-looking information", including "future-oriented financial information" and "financial outlook", under applicable securities laws (collectively referred to herein as forward-looking statements). Except for statements of historical fact, the information contained herein constitutes forward-looking statements and includes, but is not limited to, the (i) projected financial performance of Nexo ("the Company"); (ii) completion of, and the use of proceeds from, the sale of the shares being offered hereunder; (iii) the expected development of the Company's business, projects, and joint ventures; (iv) execution of the Company's vision and growth strategy, including with respect to future M&A activity and global growth; (v) sources and availability of third-party financing for the Company's projects; (vi) completion of the Company's projects that are currently underway, in development or otherwise under consideration; (vi) renewal of the Company's current customer, supplier and other material agreements; and (vii) future liquidity, working capital, and capital requirements. Forward-looking statements are provided to allow potential investors the opportunity to understand management's beliefs and opinions in respect of the future so that they may use such beliefs and opinions as one factor in evaluating an investment.*

*These statements are not guarantees of future performance and undue reliance should not be placed on them. Such forward-looking statements necessarily involve known and unknown risks and uncertainties, which may cause actual performance and financial results in future periods to differ materially from any projections of future performance or result expressed or implied by such forward-looking statements.*

*Although forward-looking statements contained in this presentation are based upon what management of the Company believes are reasonable assumptions, there can be no assurance that forward-looking statements will prove to be accurate, as actual results and future events could differ materially from those anticipated in such statements. The Company undertakes no obligation to update forward-looking statements if circumstances or management's estimates or opinions should change except as required by applicable securities laws. The reader is cautioned not to place undue reliance on forward-looking statements.*

2

CONFIDENTIAL

NEXO-0145637

# We operate at the forefront of financial innovation



## Our Mission

Nexo is committed to successfully solving inefficiencies in the contemporary financial markets by creating innovative, convenient and sustainable solutions.

## Our Vision

We create the banking services of tomorrow and empower people to manage their finances autonomously and cost-efficiently through high-quality financial services.



3

CONFIDENTIAL

NEXO-0145638

# Our business in numbers



Nexo is one of the world's largest and most trusted lending institutions in the digital finance industry

**$15B+**
Assets under management

**2M+**
Nexo users

**200+**
Available in 200+ jurisdictions

**40+**
Fiat currencies available

**100K+**
Social media community

*As at 7 May 2021*

4

CONFIDENTIAL

NEXO-0145639

# Company Overview

5

CONFIDENTIAL

NEXO-0145640



# Nexo delivered the World's First Instant Crypto-backed Loans

We empower thousands of people to harness the value behind their crypto assets, shaping a new, better financial system.

NEXO-0145641

# **People** are the core of Nexo



Nexo brings professional banking services to the world of digital assets by leveraging its exceptionally talented team of experienced FinTech and blockchain professionals.



**Trayan Nikolov**

COO & CPO



**Vasil Petrov**

CTO



**Nadezhda Krasteva**

CFO



**Kosta Kantchev**

Co-Founder & Executive Chairman



**Antoni Trenchev**

Co-Founder, Managing Partner & CCO



**Kalin Metodiev**

Co-Founder, Managing Partner & CRO



**Simeon Rusanov**

Head of Digital Assets



**Alex Pochinkov**

VP of Engineering



**Yasen Yankov**

VP of Product Development



**Tatiana Metodieva**

Head of Corporate Finance



**Tom Stanev**

Head of Trading



**Alexander Rakshiev**

Head of Sales

7

NEXO-0145642

# Experienced Senior Management (Bios)

### Kosta Kantchev
#### Co-Founder & Executive Chairman

Successful entrepreneur with more than 10 years of experience in building and managing FinTech businesses. Actively involved in operating consumer lending platforms and scaling up businesses from zero to market-leading positions.

BA in Business Administration and Finance from the American University (London, UK), MS in Finance from the Webster University (London, UK), CAMS certificate.

### Antoni Trenchev
#### Co-Founder, Managing Partner & CCO

Solid background in directing business operations in compliance with applicable legislation. Interdisciplinary knowledge in both legal and finance fields allowing him to align sustainable growth with robust regulatory controls and strong governance.

LLM from the Humboldt University (Berlin, Germany), LLB from King's College (London, UK), and CAMS certificate.

### Kalin Metodiev
#### Co-Founder, Managing Partner & CRO

More than 20 years of experience in commercial and investment banking, securities issuance, M&A advisory, and private equity. Extensive track record at leading financial institutions in the USA and Europe with more than $1B in transaction value.

MBA from the Southeast Missouri State University (USA), serves as a Chairman of the Managing Board of the CFA Society in Bulgaria since 2005.

### Nadezhda Krasteva
#### CFO

More than 13 years of strategic financial management, audit and tax, financial reporting and due diligence experience. Held senior management roles in FinTech after 7 years in the Audit and Deal Advisory departments of Deloitte and KPMG.

MBA from INSEAD (France), BA in Business Administration and Economics from the American University in Bulgaria, CFA certificate.

### Trayan Nikolov
#### COO & CPO

More than 14 years of experience in product management and strategic leadership. Served as Director of Credit Products and Marketplace Platforms at Naspers and Product and Commercial Director at Safecharge (Nuvei).

Business Executive Program from Harvard Business School and BA in International Relations from Sofia University (Bulgaria).

### Alexander Pochinkov
#### VP of Engineering

More than 20 years of executive experience in managing development teams and aligning technological roadmaps with business strategy. Former CTO of Economedia, the largest and most respected publisher of business media in Bulgaria.

MS in Information Systems from Sofia University (Bulgaria) and BA in Economic Psychology from the University of National and World Economy (Bulgaria)

CONFIDENTIAL

NEXO-0145643

# Governance Structure

Competence, transparency and clear lines of responsibility



CONFIDENTIAL

NEXO-0145644

# Disrupting the financial system, one bit at a time











| 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|
| Nexo is established, delivering the world's first instant loans backed by digital assets. | Institutional OTC trading, borrowing and lending desk launched. Earn Program on fiat and stablecoins. | New assets added as collateral and launched earn on BTC and ETH. Started $12M Buyback Program. | Launched Nexo Exchange, allowing swaps between 100+ crypto and fiat pairs and increased insurance to $375M. |

10

CONFIDENTIAL

NEXO-0145645

# **Truly global** user base



**EUROPE** 33%

**ASIA** 18%

**NORTH AMERICA** 30%

**AFRICA** 6%

**PACIFIC** 3%

**SOUTH AMERICA** 10%

11

CONFIDENTIAL

NEXO-0145646

# We are growing fast



Nexo leverages its technology and marketing expertise to create an unparalleled experience for its clients by striking the perfect balance between strong automation capabilities and human-centric approach.

**Registered Users**

**Device**



CAGR
117%



DESKTOP
38.2%

MOBILE
61.8%

*Source: Management Information*

12

CONFIDENTIAL

NEXO-0145647

# **Marketing** Strategy

nexo

Our marketing strategy is designed to attract and retain loyal customers by providing high-quality services and outstanding customer experience.

We dedicate substantial efforts and resources to foster a strong community and mutually beneficial strategic partnerships as both are key drivers of Nexo's growth and success.

## MARKETING BUDGET BREAKDOWN



**60%**

### ADVERTISTING NETWORKS

Google Ads, Facebook Ads, Twitter Ads, LinkedIn Ads, Telegram Ads and retargeting platforms for advertising and high quality content.



**30%**

### PARTNERSHIPS

Form meaningful and lasting collaborations with the industry. Sponsor crypto events to promote the development of the blockchain industry.



**10%**

### SOCIAL MEDIA & DIRECT MARKETING

Mass email campaigns, press-releases. Monitor social networks for key conversations, provide feedback on progress, engage with interested participants.

13

CONFIDENTIAL

NEXO-0145648

# We brought crypto to
# Mainstream Media

Nexo has been hitting the big headlines with the world's largest and most respected media outlets regularly seeking our input and attention.



14

CONFIDENTIAL

NEXO-0145649



# Nexo Community

A new generation of tech-savvy customers



**2M+**

Nexo
Users



**90K+**

Twitter
Followers



**34K+**

Active Telegram
Community



**43K+**

Facebook
Followers



**17K+**

r/Nexo
Subscribers



**4K+**

Excellent Trustpilot
Customer Reviews

*As at 7 May 2021*

15

CONFIDENTIAL

NEXO-0145650

# Market Opportunity

16

CONFIDENTIAL

NEXO-0145651

# Digital Transformation

We are on the road to new reality



### New Technology

Mastering data and leveraging breakthroughs in technology create customer engagement and operation efficiency at levels unimaginable before



### Digital Banking

COVID-19 left little argument for physical branches and incumbent technology. Customers demand low fees, cash to digital assets and effortless international payments.



### Financial Inclusion

Fintech democratizes the financial system by providing unbanked and underserved communities with equal access to banking services.



### Regulatory Support

Policymakers understand that innovative financial services, supported by modern technology infrastructures, are critical in today's digital, real-time world.

17

NEXO-0145652

# Massive **Untapped Potential**

We are just in the beginning of the financial revolution



**$6.9 trillion**
Global Lending Market[1]

**$1.8 trillion**
Digital Assets Market[2]

**$100 billion**
Crypto Lending[3]

**Verified Cryptoassets Users**[4]

**2.57%**
Crypto Penetration[5]



| Year | Users |
|------|-------|
| 2016 | 5M |
| 2017 | 18M |
| 2018 | 35M |
| 2020Q3 | 101M |
| 2021E | 202M |



*(1) Research&Markets, Lending and Global Markets 2021*

*(2) Total Crypto Market Cap as of 1 Apr 2021*

*(3) CredMark 2020, Management estimates for 1Q 2021*

*(4) Cambridge Centre for Alternative Finance, Management estimates for 2021*

*(5) Based on world population estimates for 2021 by Our World in Data*

18

CONFIDENTIAL

NEXO-0145653

# Rising Bitcoin Adoption Tide



Institutional demand for Bitcoin hit the inflection point

**$33B BTC**

AUM in Grayscale Bitcoin Trust

GRAYSCALE

**$1.5B BTC**

purchased in Feb 2021

TESLA

**$5.26B BTC**

purchased Aug 20-Mar 21

MicroStrategy

**61%** of Goldman Sachs' Clients Are Bullish On Crypto

*Goldman Sachs Digital Assets Survey, 2021*

$60K
$50K
$40K
$30K
$20K
$10K
0

2015    2016    2017    2018    2019    2020    2021

*BTC/USD Price, Souce: TradingView*

19

CONFIDENTIAL

NEXO-0145654

# **Competitive** Landscape



Nexo is the world's most advanced platform for instant loans collaterized by digital assets



### First Mover Advantage

Nexo delivered the world's first crypto-backed loans through seamless, easy-to-use, intuitive platform constantly loaded with new features.

### Licensed and Regulated

With a rigorous compliance framework in place, Nexo holds reputation as the most trusted, regulated and secure digital assets lender.

### Comprehensive Finance Solution

With neo-bank and prime brokerage underway, Nexo is perfectly positioned to capture the new wave of institutional clients entering the crypto space.

*As at 7 May 2021*

20

CONFIDENTIAL

NEXO-0145655

# Nexo's Competitive Advantages



| | nexo Crypto Backed Loans | Traditional Banks | Other Crypto Lenders |
|---|---|---|---|
| Digital-Only | ✓ Yes | ✗ No | ✓ Yes |
| Speed of Funding | ✓ Instant | ✗ Slow | ✗ Medium |
| Fees and Comissions | ✓ No | ✗ High | ✗ Medium |
| Flexible Repayments | ✓ Yes | ✗ Limited | ✓ Yes |
| Benefits from Asset Value Appreciation | ✓ Yes | ✗ No | ✓ Yes |
| Minimum Deposit | ✓ No | ✗ Yes | ✗ Yes |
| Daily Compounding on Earn | ✓ Yes | ✗ No | ✗ No |
| Equal Access to Financing | ✓ Yes | ✗ No | ✓ Yes |

21

CONFIDENTIAL

# Product Overview

22

CONFIDENTIAL

NEXO-0145657

# The World's First Instant Crypto Credit Lines

Our crypto banking services unlock the value of digital assets without having to give up on their potential to increase in price. And much more.

**Cost-efficiency**
Lower interest rates, no fees, less in taxes

**Flexibility**
Credit line vs Loan, no installments

**Speed & Convenience**
Instant disbursement, withdrawals in 24h

**Accessibility & Inclusivity**
No credit scoring



23

NEXO-0145658



# Live Automated
## Platform

Instant lending.
Seamless user experience.

24

CONFIDENTIAL

NEXO-0145659

# Borrow Cash or Stablecoins

Collateralize crypto and borrow instantly with Nexo's crypto credit lines

- Interest starting from 5.9% APR
- $375 million insurance on all custodial assets
- A minimum of $50 and a maximum of $2 million
- Automatic approval, no credit checks



25

NEXO-0145660





# Earn **Interest**

Earn daily interest on crypto and EUR, GBP and USD

- Up to 12% annual interest
- Unique daily payout
- $375 million insurance on all custodial assets
- Add or withdraw funds at any time

26

CONFIDENTIAL

NEXO-0145661

# Nexo **Card**

The only card that allows spending the value of digital assets without having to sell them.

Clients get instant cashback on all purchases and take advantage of flexible repayment options.

- ☑ Accepted by 40+ million merchants worldwide
- ☑ Instant 2% cashback on all purchases
- ☑ Flexible repayment options
- ☑ Free virtual cards
- ☑ Payments in local currencies
- ☑ No monthly/annual fees, no FX fees



27

CONFIDENTIAL

NEXO-0145662

# Instant Crypto & Fiat Exchange

Swap seamlessly between 100+ crypto & fiat pairs

- Add or withdrawal funds at any time
- The Best Market Prices
- 100+ Crypto & Fiat Pairs
- Fixed Price & Immediate Execution
- Unlimited Swaps



28

CONFIDENTIAL

NEXO-0145663



# Institutional Lending Desk

Borrow, lend, and swap digital and fiat assets.

**Asset Management**
Generate yield on protected idle assets and access to alpha-rich research.

**OTC Desk**
Large scale lending and financing, deep liquidity, and efficient low latency execution.

**Bespoke Solutions**
Tailor-made terms and durations spanning up to 36 months.

29

CONFIDENTIAL

NEXO-0145664



# Nexo Token Utilities

**$52.5M**
Raised in 2018 ICO

**$9.5M**
Distributed in dividends

**>3000%**
1 Y Return

- Higher yields on crypto and fiat with the Earn suite.
- Preferential borrowing rates for the Instant Crypto Credit Lines.

**Roadmap packed with new updates to reinforce utility**

- Governance Features – vote and submit proposals.
- Discounts on Nexo Exchange fees.
- Higher cashback on Nexo Card.
- Pay interest on loans, taxes and fees with Nexo Tokens.

*NEXO-USD Price, Source: Trading View*

30

CONFIDENTIAL

NEXO-0145665

# Business Overview

31

CONFIDENTIAL

NEXO-0145666

# **Robust** Business Model



Against a backdrop of macroeconomic headwinds and volatility spurred by the ongoing COVID-19 pandemic, Nexo business is growing rapidly.



*Source: Management Information*

32

CONFIDENTIAL

NEXO-0145667

# Sustainable Lending



Nexo proved resilient during the 2018 crypto crash and again in the pandemic panic of March 2020.



## Overcollateralization Model

Nexo rates stay stable over time, because of Nexo's strict risk policy of never lending without collateral. All funds are **asset-backed** by **Nexo's portfolio of 200–500% overcollateralized crypto credit line.**

## Real Time Asset Monitoring

Nexo is able to liquidate the collateral automatically and recover the loan at any moment as the markets on which the digital assets are traded provide constant access to liquidity by being operational 24/7.

33

CONFIDENTIAL

NEXO-0145668

# Licensed and Regulated



Compliance with stringent regulations and global KYC and AML standards are testaments that security are Nexo's utmost priority.



**FINMA**

Nexo is fully compliant with the Swiss Financial Market Supervisory Authority (FINMA).



**SEC**

Nexo's Initial Coin Offering (ICO) was registered with the US Securities and Exchange Commission.



**FINTRAC**

Nexo is registered as Money Services Business with FINTRAC, Canada's financial intelligence unit.



**US Licenses**

Nexo is regulated as Finance Lender in California and has obtained/awaiting approval for licenses in 20 other states.



**FINCEN**

Nexo is registered as Money Services Business with FINCEN, the bureau of US's Department of Treasury



**Europe Licenses**

Nexo is renewing its Financial Institution license in Estonia and awaiting approval for payment institution and custodian in Ireland and the UK.

34

CONFIDENTIAL

# Risk-Based Approach



Nexo's impeccable reputation for secure and compliant operations is powered by our risk management framework and industry-renowned partners.



### Military-Grade Security

Private keys entrusted to BitGo are held in bank-grade cold storage custody and carry $100M in insurance protections.



### Know Your Customer

Nexo uses Jumio to adhere to the strictest KYC and AML compliance standards.



### Enhanced Insurance

Ledger Vault provides us with institutional-grade self-custody and carries $150M third-party insurance.



### Transaction Monitoring

Nexo uses Chainalysis – the global leader in blockchain intelligence, partner of FinCEN, FBI, IRS



### Secure Infrastructure

AWS provides even the most security-sensitive organizations with reliable cloud infrastructure, including ISO 27001 and SOC 2



### ISO/IEC 27001:2013 Certified

Nexo utilizing the most rigorous security policies, impeccable risk assessment, data protection, and state-of-the-art cybersecurity.

35

NEXO-0145670

# Maximum Security
## for Digital Assets



### $375M Insurance

Our insurance is among the highest in the crypto lending industry and comes through partnerships with qualified custodians whose facilities are insured via Lloyd's of London and Marsh and Arch.

### Bank-Grade Class III Storage

We hold digital assets in a mix of hot and cold storage by partners in various geographical locations, de-risking unauthorized access, and keeping client assets safe.

- ☑ Live Automated Platform
- ☑ Fully Audited Smart Contracts
- ☑ Full Blockchain-Based Smart Contract Security
- ☑ Military-Grade 256-bit Encryption
- ☑ 24/7/365 Fraud Monitoring Mechanisms
- ☑ Extensive Firewall Server Architecture
- ☑ Continuous Third-Party Penetration Testing
- ☑ User Controlled Card Protection

36

CONFIDENTIAL

# What's Next?

We have ambitious plans to grow and expand our business

### Nexo Bank

Seamless customer experience, low fees, and short approval time backed by a robust and regulatory compliant risk management framework.  Nexo becomes a fully comprehensive finance solution.

### Nexo P2P Market

Alternative finance products and services opening up new avenues for our customers to manage their money and generate return.

### Prime Brokerage

Expand our institutional offering with full service digital assets prime broker: leveraged trade execution, securities lending, cash management and more.



37

NEXO-0145672

# Financials

38

CONFIDENTIAL                                                                                                                                                    NEXO-0145673

# Traded Peer Multiples



Source: S&P Capital IQ, Nexo, as at 7 May 2021

39

CONFIDENTIAL

NEXO-0145674

# Relevant Precedent Transactions

| | **coinbase** | **eToro** | **bakkt** | **BLOCKCHAIN** | **BlockFi** |
|---|---|---|---|---|---|
| **Founded** | 2017 | 2007 | 2018 | 2011 | 2017 |
| **HQ** | New York, USA | London, UK | Atlanta, USA | London, UK | New York, USA |
| **Product Offering** | •Largest U.S. crypto exchange<br>•Buy and sell crypto<br>•Crypto credit cards<br>•Prime brokerage, custody | •Social trading and investment platform<br>• Crypto Trading | •Crypto Exchange<br>•Bitcoin options and futures<br>•Digital Assets Marketplace | •One of the world's most popular crypto wallets<br>•Exchange<br>•OTC, custody, lending, order executions | •Crypto collaterized loans<br>•Interest Earning account<br>•Trading account<br>•Institutional services |
| **Status** | Public (NASDAQ:COIN) | Pending listing on NASDAQ (SPAC) | Pending listing on NASDAQ (SPAC) | Private | Private |
| **Valuation** | **$60B** (Market Cap) | **$10B** (Implied EV) | **$2.1B** (Implied EV) | **$5.2B** (Post-Val) | **$3B** (Post-Val) |
| **Selected Financing** | •2021 Announced Public<br><br>•**$300M 2018/Series E**<br>Tiger Global Management<br><br>**$108M 2017/Series D**<br>IVP<br><br>•**$85.5M 2015/Series C**<br>Mitsubishi, DFJ Growth | •**$650M 2021/PIPE**<br>Wellington Management, Fidelity, Third Point Ventures, Softbank Capital, ION Group<br><br>•**$250M 2021/SPAC IPO**<br>(Reverse Merger)/FinTech Acquisition Corp | •**$325M 2021/PIPE**<br>Combined Company, including $50M commitment from ICE.<br><br>•**$300M 2020/Series A**<br>CMT Digital Ventures, Goldfinch Partners, M12, Pantera Capital, PayU, The Boston Consulting Group | •**$300M 2021/VC Round**<br>DST Global, Lightspeed Venture Partners, VY Capital<br><br>•**$120M 2021/VC Round**<br>GV, Lightspeed Ventures, Rovida Advisors, Lakestar, Eldrige | •**$350M 2021/Series D**<br>Bain Capital Ventures, DST Global, Pomp Investments, Tiger Global Management, Morgan Creek Digital<br><br>•**$50M 2020/Series C**<br>Morgan Creek Digital<br><br>•**$30M 2019/Series B**<br>Valar Ventures |
| **Valuation Multiple** | **11.6X**<br>EV/2022E Revenue | **8.4X**<br>EV/2022E Revenue | **9.4X**<br>EV/2022E Revenue | N/A | **6X**<br>Post-Val/2021E Revenue |

*Source: PitchBook, Crunchbase, S&P Capital IQ, as of Apr 2021*

40

CONFIDENTIAL

NEXO-0145675

# Nexo Implied Valuation

TBD

41

CONFIDENTIAL

NEXO-0145676

# Appendix

42

CONFIDENTIAL

NEXO-0145677

# Licenses & Registrations

## United States

| State | License | Status |
|---|---|---|
| Arizona | Consumer Lender License | Obtained |
| California | Finance Lender | Obtained |
| District of Columbia | Money Lender License | Obtained |
| Idaho | Regulated Lender License | Obtained |
| Illinois | Consumer Instalment Loan License | Obtained |
| Missouri | Sale of Checks & Money Transmitter License | Obtained |
| Minnesota | Regulated Loan Company License | Obtained |
| Montana | Consumer Loan License | Obtained |
| New Hampshire | Small Loan Lender License | Obtained |
| Oregon | Consumer Finance License | Obtained |
| Oregon | Money Transmitter License | Obtained |
| Utah | Registered Lender | Obtained |
| Wyoming | Supervised Lender License | Obtained |

43

CONFIDENTIAL

NEXO-0145678

# Licenses & Registrations

## United States

| State | License | Status |
| --- | --- | --- |
| Alabama | Consumer Credit License | Awaing Approval |
| Arizona | Money Transmitter License | Awaing Approval |
| Delaware | Lender License | Awaing Approval |
| Kansas | Supervised Loan License | Awaing Approval |
| Kentucky | Consumer Loan Company | Awaing Approval |
| Louisiana | Licensed Lender | Awaing Approval |
| Mississippi | Money Transmitter License | Awaing Approval |
| New Hampshire | Money Transmitter License | Awaing Approval |
| Oklahoma | Money Transmission License | Awaing Approval |
| Tennessee | Industrial and Loan Thrift Registration | Awaing Approval |

CONFIDENTIAL

NEXO-0145679

# Licenses & Registrations

## Rest of the World

| Country | License | Status |
|---|---|---|
| Australia | Registration as Supervised Foreign Company | Obtained |
| Canada | Foreign MSB Registration | Obtained |
| Hong Kong | Licensed Trust Company | Obtained |
| Switzerland | Affiliated Member of "So-Fit" - Geneva | Obtained |
| Antigua & Barbuda | International Banking License | Awaing Approval |
| Cayman Islands | Virtual Asset Service Provider | Awaing Approval |
| Estonia | Financial Institution License | Awaing Approval |
| Estonia | Virtual Currency Service Provider | Awaing Approval |
| Ireland | Payment Institution | Awaing Approval |
| UK | Brokerage and Arranging Safeguarding of Assets | Awaing Approval |

45

CONFIDENTIAL

NEXO-0145680

# Additional Relevant Transactions

| |  SILVERGATE CAPITAL CORPORATION |  GALAXY DIGITAL |  DIGINEX |  kraken | ◣ Fireblocks |
|---|---|---|---|---|---|
| **Founded** | 2015 | 2018 | 2017 | 2011 | 2018 |
| **HQ** | San Diego, US | New York, US | New York, USA | San Francisco, US | New York, US |
| **Employees** | 216 | 10 | 120 | 164 | 90 |
| **Product Offering** | •Banking and lending services for the digital assets economy •Silvergate Exchange Network (SEN), a network of digital currency exchanges | •Merchant bank investing in blockchain and crypto •Digital Asset Management ($830M AUM) | •Crypto exchange for derivatives and spot trading •OTC desk •Crypto fund of hedge funds for high risk targeting | •The 4th largest crypto exchange in the world •Derivatives and spot trading • Bank Charter (SPDI) in Wyoming, US | •Provides several products that allow to store, transfer and issue digital assets securely •Custody to institutional investors (currently stores $400B in cryptocurrencies). |
| **Status** | Public (NYSE:SI) | Public (TSX:GLXY) | Public (NASDAQCN:EQOS) | Private | Private |
| **Valuation** | **$3.3B** (Market Cap) | **$2.1B** (Market Cap) | **$425M** (Market Cap) | **$4B** (Post-Val) | **$1B** (Post-Val) |
| **Selected Financing** | •**$287.5M** (announced) 2021/Follow-on public offering •**$114M 2018/VC Round** Digital Currency Group | •**$50M (announced) 2020**/PIPE/Slate Path Capital LP, CI Investments, NZ Funds, and Corriente Advisors | •**$60M 2018/Private Equity** Madison Holdings Group •**$3M 2018/ Private Equity** MTI | •**$13.5M 2019/Equity Crowdfunding** BnkToTheFuture, Tyr Capital •**$100M 2019/Series C** Hummingbird Ventures, Digital Currency Group | •**$133M 2021/Series C** BNY Mellon, Coatue, Ribbit Capital, Stripes, Galaxy Digital •**$30M 2020/Series B** Paradigm, Digital Currency Group |
| **Valuation Multiple** | **11.5X** MarketCap/2022E Revenue | **10.5X** EV/2022E Revenue | **5.2X** EV/2022E Revenue | **9.1X** Post-Val 2019/Revenue | N/A |

*Source: PitchBook, Crunchbase, Capital IQ, Dealroom, as of Apr 2021*

46

CONFIDENTIAL

NEXO-0145681

# Additional Relevant Transactions

Continued

| | **VOYAGER** | **eco** | **PAXOS** | **ANCHORAGE** | **MicroStrategy** |
|---|---|---|---|---|---|
| **Founded** | 2017 | 2018 | 2012 | 2017 | 1989 |
| **HQ** | New York, US | San Francisco, US | New York, US | San Francisco, US | Washington DC, US |
| **Employees** | 47 | 28 | 150 | 96 | 1997 |
| **Product Offering** | •Crypto Asset Broker for trading and earn on stablecoins<br>•US Subsidiary is regulated and operating, in Canada filed with Ontario Securities Commission<br>•Zero-commission competitor to Robinhood | •Digital global crypto-currency platform for worldwide payments<br>•Interest earning account<br>•Eco Card with 5% cashback | •Regulated blockchain platform (access to SWIFT and Federal Reserve)<br>•Custody and brokerage<br>•Tokenized gold | •Digital asset platform offering secure crypto custody, trading, staking and governance<br>•First Federally Chartered Digital Asset Bank | •Provider of enterprise analytics and mobility software.<br>•The CEO Michael Saylor has become a leading advocate for Bitcoin |
| **Status** | Public (CSE:VYGR.CN) | Private | Private | Private | Public (NASDAQ:MSTR) |
| **Valuation** | **$3.7B** (Market Cap) | **$113-169M** (Dealroom.co) | **$113-169M** (Dealroom.co) | **$520M** (Post-Val) | **$6.8B** (Market Cap) |
| **Selected Financing** | •**$100M 2021**/Post IPO PIPE<br>•**$10.3M 2019-2021**/Post IPO PIPE<br>•**$60M 2019**/Reverse Merger | •**$26M 2020**/Series A a16z, Valor Capital Group, Tribe Capital, Slow Ventures, Coinbase Ventures, Activant Capital | •**$142M 2020**/Series C Declaration Partners, Senator Investment Group, RIT Capital, PayPal Ventures, Mithril Capital Management, Alua Capital | •**$80M 2021**/Series C Lux Capital, Andreessen Horowitz, GIC, Blockchain Capital, Indico Capital Partners | •**$1.05B 2020/Debt Offering** with 0% coupon rate and 50% conversion premium due 2027<br>•**$650M 2020**/0.750% Convertible Senior Notes due 2025 |
| **Valuation Multiple** | **6.5X** EV/2022E Revenue | N/A | N/A | N/A | **12.1X** EV/2022E Revenue |

*Source: PitchBook, Crunchbase, Capital IQ, Dealroom, as of Apr 2021*

47

CONFIDENTIAL

NEXO-0145682

# Additional Relevant Transactions

Continued

| | **CS Coin Shares** | **FIGURE** | **bitpanda** | **Bitcoin Suisse** | **veem** |
|---|---|---|---|---|---|
| **Founded** | 2008 | 2018 | 2014 | 2013 | 2014 |
| **HQ** | Jersey, US | San Francisco, US | Vienna, Austria | Zug, Switzerland | San Francisco, US |
| **Employees** | 46 | 283 | 330 | 165 | 118 |
| **Product Offering** | •Europe's largest crypto asset manager (+$4.5B AUM)<br>•Exchange Traded Products offering easy access to digital assets<br>•Capital Markets - trading, liquidity provisioning, risk management | •Home equity lines, personal loans, payments<br>•Institutional services - blockchain-based solutions for capital raising and secondary trading, asset management | •EU focused digital investment platform for buying and selling cryptocurrency and precious metals<br>•Swap and European Exchange for crypto to fiat | •Swiss regulated financial intermediary<br>•Currently undergoing licensing as a Swiss and Liechtenstein bank<br>•Trading, Custody, Prime Brokerage, Staking, Payments, Tokenization | •Send and receive cross-boarder payments in local currency by using blockchain as a settlement rail |
| **Status** | Public (NASDAQ First Growth:CS) | Pending listing on NYSE (SPAC) | Private | Private | Private |
| **Valuation** | **$720M** (Market Cap) | **$1.2B** (Post-Val) | **$1.2B** (Post-Val) | **$298M** (Post-Val) | **$216M** (Post-Val) |
| **Selected Financing** | •**$17.7M 2021/IPO funds raised** (447% oversubscribed) | •**$103M 2019/Series C**<br>Morgan Creek Digital<br><br>•**$80M 2019/Series B**<br>RPM Ventures, Ribbit Capital, DCG | •**$170M 2021/Series B**<br>Valar Ventures, DST Global<br><br>•**$52M 2019/Series A**<br>Valar Ventures, Speedinvest, UNIQA Ventures | •**$48.3M 2020/Series A**<br>Roger Studer, Studer Family Office | •**$31M 2020/VC Round**<br>Truist Financial, NAB Ventures, GV, Kleiner Perkins<br><br>•**$25M 2018/VC Round**<br>GS Growth, Pantera Capital, GV, Kleiner Perkins |
| **Valuation Multiple** | N/A | N/A | N/A | **6.2X**<br>Post-Val 2020/Revenue | N/A |

*Source: PitchBook, Crunchbase, Capital IQ, Dealroom, as of Apr 2021*

48

CONFIDENTIAL

NEXO-0145683

# Thank you



49

CONFIDENTIAL

NEXO-0145684

# EXHIBIT 32

Back    American English

## What are the ICO funds used for?

Aug 17, 2018, 9:54:50 AM

Almost all funds from the Token Sale were used to fund clients' Crypto-backed Loans requests. We are not one of those companies that pretend they will spend $20M on IT with a roadmap for launching in 2020. Our IT infrastructure is self-funded. Nexo's primary mission is to enable the community to enjoy its crypto-wealth without selling it. The team firmly believes that the vast majority of the raised funds need to find their way back to the people that need funding for meeting a short-term obligation, seizing an attractive investment opportunity or leveraging their business operations.



# EXHIBIT 33

Back    American English

## How to take out a loan in stablecoins?

Apr 2, 2021, 9:01:50 AM

Kindly note that going forward, loan withdrawals in USDT and USDC will be automatically placed into your Nexo wallet. The respective balance will be immediately updated, and you will then be able to either convert the assets in our exchange or withdraw them to an external wallet. Keep in mind that the number of free withdrawals depends on our loyalty tier, as explained in this article.

The message below will appear as soon as you enter the desired withdrawal amount:

withdraw_stable.png

Please also keep in mind that you need to specify the source of your funds and agree to the Nexo Credit Facility Master Agreement and Pledge Agreement order to submit your loan withdrawal request:

source.png

It is also important to note that the 'Withdraw' button will not appear until the 'source of funds' field is populated.

After that, please provide 2FA (Two- Factor Authenticator) code.

withdraw_stable_2.png

Congratulations! You have successfully taken out a loan in stablecoins (USDT or USDC), and your USDT or USDC balance on your Nexo account has been updated automatically to reflect the new amount.

withdraw_stable_3.png

Please check this article to find out how to take out a loan in fiat currencies.



# EXHIBIT 34

Back    American English

## How to take out a loan in stabelocins?

Mar 10, 2021, 1:48:42 PM

Kindly note that going forward, loan withdrawals in USDT and USDC will be automatically placed into your Nexo wallet. The respective balance will be immediately updated, and you will then be able to either convert the assets in our exchange or withdraw them to an external wallet. Keep in mind that the number of free withdrawals depends on our loyalty tier, as explained in this article.

The message below will appear as soon as you enter the desired withdrawal amount:

amount.png

Please also keep in mind that you need to specify the source of your funds and agree to the Nexo Credit Facility Master Agreement and Pledge Agreement order to submit your loan withdrawal request:

source.png

It is also important to note that the 'Withdraw' button will not appear until the 'source of funds' field is populated.

Please check this article to find out how to take out a loan in fiat currencies.



CONFIDENTIAL                                                                                    NEXO-0008561

# EXHIBIT 35

Back    |    American English

# Why did I not receive interest on my savings?

Jun 24, 2021, 5:25:29 PM

Please note that in order to be paid interest on your crypto assets (BTC, ETH, LTC, XRP, EOS, XLM, BCH, LINK, TRX, USDT, USDC, TUSD, DAI, PAX, HUSD, PAXG, BNB and DOT with more assets coming soon) have to be held in your **Saving Wallet.**

Please note that we do not pay interest on the funds, which are locked as collateral, except our NEXO Token.

**Important:**

The first interest payment after the initial deposit will be paid **no earlier than after 24h** of the successful deposit at 01:00 CET on the following day.

There is no 24h waiting period applied on fiat currencies.

**Example:**

1. Successful deposit credited at 00:30 CET on the 10th of June. The first interest payment will take place at 01:00 CET on 11th June. The waiting period equals **24.5h**.

2. Successful deposit credited at 02:00 CET on 10th of June. The first interest payment will happen at 01:00 CET on 12th June. The waiting period equals **47h** (24h period passes **after** the interest payment for 11th June was completed).

**Current interest rates per asset:**





# EXHIBIT 36

Message

| | |
|---|---|
| **From**: | Nexo Help Center [support@nexo.io] |
| **Sent**: | 22/06/2021 16:20:45 |
| **CC**: | Hristiyan [hristiyan@nexo.io] |
| **Subject**: | Chat with John Cress |
| **Importance**: | High |

You are registered as a CC on this request (448695). Reply to this email to add a comment to the request.

## Milena Venkova (Nexo Help Center)

Jun 22, 2021, 19:20 GMT+3

Dear John Cress,

Following our live chat discussion, I would like to confirm that I have requested Hristyan to get in touch with you and he will contact you shortly.

Should you have any further queries, please do not hesitate to contact us.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Molly



Help Center | Blog

## John Cress

Jun 22, 2021, 17:58 GMT+3

Thank you.   Yesterday Hristiyan said he will call me, and again today, but he did not call yesterday or today so far.   Hopefully he will call me.

John

On Jun 22, 2021, at 1:47 AM, Nexo Help Center <support@nexo.io> wrote:

                                                                                                NEXO-0003532

**Petar Vlatchkov** (Nexo Help Center)

Jun 22, 2021, 11:47 GMT+3

Dear John Cress,

Thank you for contacting us.

In general, the aim of the liquidation relief is to reacquire on your behalf part or, if feasible, all of your liquidated collateral assets. One way this is achieved is by purchasing as much of your previous collateral as possible up to the size of liquidation while keeping the overall LTV ratio within healthy limits. Consequently, the acquired position is posted into your Nexo wallet to serve as new collateral, whereby the funds spent on purchasing the position are added to the outstanding loan balance in your wallet.

For more information regarding this matter, please feel free to contact your account manager Hristiyan at hristiyan@nexo.io.

Thank you for your understanding.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Pete



Help Center | Blog

---

**John Cress**

Jun 22, 2021, 4:09 GMT+3

Ok, nobody has ever talked me through the liquidation relief program, so I don't fully understand that or how that can help me now.  But if I sell my assets now for a loss, it's not going to reduce my future liquidation thresholds, so I don't know of any relief programs I can use now.   Maybe I could've done something before, but I don't know how now.  I wish someone walked through it with me more before though

On Jun 21, 2021, at 1:56 AM, Nexo Help Center <support@nexo.io> wrote:

NEXO-0003533

**Bozhidar** (Nexo Help Center)

Jun 21, 2021, 11:56 GMT+3

Dear John Cress,

Thank you for your response.

We can completely understand that this situation is highly unpleasant, and we can assure you that we do not wish to see our clients' assets liquidated. Additionally, as you can understand, the liquidation relief program is aimed to help our clients recover from these financial losses. However, as you can understand if the market is volatile, which in turn may cause further automatic loan repayments.

Regarding your queries, please note that the reason you can swap only to assets, which have a higher LTV is because they are more stable in USD price. For example, stablecoins have a near 1:1 exchange rate to the USD, meaning that even in a market crash, their value shall not be affected as much, like other assets. Moreover, if we allowed swapping assets with a higher LTV to assets with a smaller one, via our collateral exchange, this could lead to potential automatic repayments, if the market price decreases.

Nevertheless, we would like to inform you that your account manager has reached out to you, in order to assist you with the liquidation relief program. Therefore, please check your inbox, as he should have emailed you.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Bozhidar



Help Center | Blog

---

**John Cress**

Jun 21, 2021, 1:00 GMT+3

Yes, I do understand this, but I will also point out that when you sell BTC for $35,000, which was purchased at $62,000, it locks in a very large loss.   I was recently partially liquidated of 21 BTC.    If I decided to swap 21 more BTC now at $35,000, that is not much better.    I would be losing $567,000 and I would have $735,000

NEXO-0003534

left.    If I wait for the market to stabilize, I would have to wait for BTC to go back up to $57,000 before I could buy again with a 50% LTV, and I could only buy back 12 BTC for $735,000.
END RESULT using collateral swap:   $567,000 loss and BTC balance reduced by about 9.

If I simply waited and the 21 BTC were partially liquidated at $30,000 I would be losing $672,000  loan would be paid off by $630,000.
END RESULT of partial liquidation and loan repayment:  $672,000 loss and BTC balance reduced by 21.

Overall, there is a little less damage using the collateral swap versus a partial liquidation, but it's very unknown if there will be a liquidation at all and the collateral swap is a guaranteed severe damage.    It's very very difficult to justify using the collateral swap.   The damage is so high that it makes sense to wait and hope for the price to recover.

My request would prevent damages and provide real relief and stabilization.   I understand how your process works, but you have still not explained ***WHY*** my request can't work too.   Why doesn't the LTV have to be reset at 50% when the swap occurred when the LTV as at about 70%?    Why can't the 70% LTV level stay in place when the swap reverts back?   I do understand how it works and don't need any more explanations for that, but just the explanation for why my approach is not allowed.

Thanks again,

John

---

**Petar Vlatchkov** (Nexo Help Center)

Jun 20, 2021, 9:40 GMT+3

Dear John Cress,

Thank you for your reply.

We understand your position regarding the reverse swap to assets with a lower LTV in your Credit Line wallet. However, kindly be advised that the main function of the collateral exchange feature is to prevent unwanted liquidations of your assets during a market downturn by 'raising the LTV' of the assets used as collateral. In more severe cases of market volatility, this may necessitate swapping your assets for stablecoins, which have the highest LTV.

Therefore, as soon as the market volatility decreases and the situation stabilizes you would be able to revert to your previous position by adding more crypto assets or make partial or full loan repayment as well, which will enable you to transfer stablecoins out of your Credit Line wallet and swap them for BTC at your convenience.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Pete



[Help Center](#) | [Blog](#)

## John Cress

Jun 19, 2021, 20:40 GMT+3

Everything explained here I already understand, but I still do not understand WHY.   If I swap my BTC for USDC, I cannot swap that same USDC back to BTC because the BTC LTV is less than the USDC LTV.   I understand this.    However, I do not understand why.    In case BTC drops, it would protect my assets if I can move them temporarily to USDC.   Then, when BTC gets to $42,000 I will swap back to BTC.   I will lose some money if I sell BTC at $36,000 and buy back at $42,000, but it's ok because I will also have a tax loss I can use to make up for that and I will protect my assets.

I understand the rules you are explaining, but the question is still WHY?   WHY is this rule in place?   Why can't I swap now from BTC to USDC and then back to BTC - even though they have different LTVs?    If Nexo can find a way to make this work, it will protect my assets, make me comfortable using Nexo, and I would be willing to buy more Nexo tokens too.

John

> On Jun 19, 2021, at 2:25 AM, Nexo Help Center <support@nexo.io> wrote:

## Nikola (Nexo Help Center)

Jun 19, 2021, 12:25 GMT+3

Dear John,

Thank you for your reply.

As you know, the collateral already used to back an existing credit line can only be exchanged for currencies with an LTV ratio equal to or higher than the one(s) of the collateral used, as indicated in the [Nexo Platform](#). For example, if you have collateralized BTC coins, which have an LTV of 50.00%, and their value is experiencing heightened volatility, you will be able to convert them for crypto with an LTV of 50.00% and higher. You will be able to get USDT (90.00%), DAI (90.00%), or PAXG (70%), however, pairs

NEXO-0003536

with NEXO (15.00%), TRX (30.00%), LTC (30.00%) will not be available. Stablecoins are a great option since you will be able to wait for the market to stabilize.

Suppose you have exchanged your BTC for DAI to stabilize your LTV and protect your assets from price volatility. When market conditions are right, you may want to restore your original collateral lineup by exchanging DAI for BTC. Since the LTV ratio attributed to BTC (50.00%) is lower than that of stablecoins (90.00%), you would not be able to complete the swap unless you transfer more assets from the Savings to the Credit Line wallet. The amount of extra collateral moved to your Credit Line wallet must be enough to ensure that the output LTV can support the loan, as otherwise the exchange would be declined. In simple terms, it must be enough to compensate for the increased output LTV. Bellow, you can find a more detailed breakdown of the given example:

- 20 000 USD in BTC – loan 10 000 (LTV = 50%)

- ±20 000 USD in DAI – loan 10 000 (LTV = 90%)

- To swap DAI to BTC/ETH you would need enough of BTC/ETH to cover the 50% LTV, meaning 20 000 in BTC/ETH.

- To swap DAI for other assets with lower LTV (35%), like Stellar, you would need to have at least ±30 000 USD worth of Stellar in your Credit Wallet after the swap to secure the loan. Therefore, to make it happen, you would have to move 10 000 DAI to your Credit Wallet from the Savings Wallet.

- Alternatively, based on the same example, you would be able to move ±9000 DAI (exceed collateral) to your Saving Wallet and swap it for whatever assets you want.

I hope this information addresses your concern.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Nikola



Help Center | Blog

**John Cress**

Jun 18, 2021, 21:14 GMT+3

Thank you.   I read that article before.   I understand this:  "you cannot conduct swaps that involve exchanging assets with a higher LTV to one with lower;"    What I'm saying is that I don't totally understand *why*.   Swapping from BTC to USDT temporarily would be a very big safety measure.    I understand this is not allowed, but I just don't totally understand exactly why that cannot be done.

---

## Bozhidar (Nexo Help Center)

Jun 18, 2021, 10:58 GMT+3

Dear John Cress,

Thank you for your response.

We can understand your confusion on the matter, therefore, please draw your attention to the following Help Center article. In this article, you will find a detailed explanation of why you cannot swap assets that have a higher Loan-To-Value ratio (LTV) to other assets with a lower one.

Furthermore, for your convenience I shall highlight the details below:

- To Maintain a Healthy LTV, you cannot conduct swaps that involve exchanging assets with a higher LTV to one with lower;
- To protect your assets from potential market swing;
- Exchange collateralized assets to match your investment goals;

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Bozhidar



Help Center | Blog

---

## John Cress

Jun 18, 2021, 7:34 GMT+3

I had a chance to review information about using the collateral swap service.   If I understand correctly, I am NOT able to swap my BTC for USDT in my credit wallet and later swap the exact same amount back to BTC.   If I try to swap that same USDT back to BTC, I will be forced to do it at a lower LTV level of 50%.    I very much strongly wish I could swap my BTC to USDT and then back to BTC at the same LTV of the first swap.    It was not explained to me exactly why we cannot do this.

John

---

**Nikolay D.** (Nexo Help Center)

Jun 15, 2021, 9:02 GMT+3

Dear John,

Hope you are doing well.

Looking at the account I can see that there have been no swaps made since our email. Can you confirm everything is clear and the system is understood or if you have any further questions?

We do understand the amount is too low for a user with a portfolio as large as yours and this concern has been brought up to the relevant team so that they can maybe allow some clients to make larger swaps in the future.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Nikolay D.



Help Center | Blog

---

**Vladimir Dimitrov** (Nexo Help Center)

Jun 12, 2021, 5:17 GMT+3

Dear John Cress,

Thank you for contacting us.

NEXO-0003539

Following a careful review of your case, I can confirm that you were not able to swap your BTC on the exchange as the volume of your trade was above the maximum amount of 100,000.00 USD value per swap on the exchange. Bear in mind that the price of crypto is volatile and when you try with the maximum amount of 2.733 BTC the USD value can change in a second and prevent you from doing a trade.

Therefore, In order for you to swap your BTC, you will have to initiate multiple smaller than 100,000.00 USD value trades on the exchange and ensure that they are under the maximum amount allowed as explained in this **article on our Help Center**. I recommend trying with 2.5 BTC instead.

Please let us know if the issue persists when you attempt with a lower amount.

Please do not hesitate to contact us in case you have any further questions, John.

As the world's largest and most trusted lender in the digital asset industry, we thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Kind Regards,
Vladi



Help Center | Blog

## John Cress

Jun 11, 2021, 21:09 GMT+3

**Private note**

Chat ended: 2021-06-11 06:09 PM UTC

Name: John Cress
Email: jtc88@hotmail.com
Phone: –
Notes: exchange

## John Cress

Jun 11, 2021, 21:04 GMT+3

  NEXO-0003540

Chat started: 2021-06-11 05:10 PM UTC

(05:10:29 PM) John Cress: live agent

(05:10:31 PM) *** Kate joined the chat ***

(05:10:31 PM) Nexo Customer Support: Hi John Cress! Welcome back. Thanks for your message, please wait a moment while one of our agents attend to you.

(05:10:31 PM) Kate: Would you like me to transfer you to my human colleague?

(05:10:34 PM) John Cress: Yes

(05:10:35 PM) Kate: Please give me a min to start the transfering process.

(05:10:36 PM) Kate: …

(05:10:38 PM) John Cress: OK

(05:10:39 PM) Kate: Let me check if someone is available. Is that OK with you?

(05:10:43 PM) John Cress: OK

(05:10:45 PM) Kate: I can confirm that one of my human colleagues is available. I am transferring this conversation to him/her.

(05:10:45 PM) Kate: Thank you for chatting with me.

(05:10:46 PM) Kate: One of my co-workers will be with you shortly.

(05:10:48 PM) Kate: Please be patient as due to the enormous amount of chat requests it may take up to 5-10 min for an agent to be available to assist you.
Your understanding is appreciated.

(05:10:58 PM) *** Beyhan joined the chat ***

(05:10:59 PM) *** Kate left the chat ***

(05:11:04 PM) Beyhan: Hello John Cress and welcome to Nexo Support! My name is Beyhan. I will be assisting you today.

(05:11:34 PM) John Cress: Hi, I have a question about the collateral swap service

(05:12:29 PM) John Cress: I had a call late last night with Hristiyan Hristov. I am in San Francisco, so it was 3:00 am here. I need to swap my collateral assets from BTC to a stable coin right now while the price is up

(05:12:34 PM) John Cress: before the weekend

(05:12:54 PM) John Cress: Hristiyan was going to help me, but the exchange was down last night so he told me to check back in the morning

(05:13:11 PM) Beyhan: Have you checked again today? They issue was resolved earlier.

(05:13:12 PM) John Cress: I need to sell 129.42 BTC

(05:13:24 PM) John Cress: Yes, I checked and I think it's up now

(05:13:55 PM) John Cress: But I need to swap a large amount of BTC. I usually go through Hristiyan and the OTC desk because my order volumes are very large

(05:14:12 PM) John Cress: He told me the OTC desk cannot be used for this service and I will have to do it myself

(05:14:35 PM) John Cress: He also said he thinks maybe the order maximum is $100,000 per swap

(05:15:18 PM) John Cress: So if I'm going 129.42 BTC, which now has a value of $4,744,585, that will require 48 swaps!

(05:16:10 PM) John Cress: So, I'm here to ask for help the first time and make sure I do this correct

CONFIDENTIAL                                                                                           NEXO-0003541

(05:16:48 PM) Beyhan: I understand. I'm sorry to hear about the inconveninece!
Unfortunately, if Hristiyan mentioned it cannot be done over OTC, you will have to do multiple swaps with out exchange.
(05:17:24 PM) John Cress: yeah, I have to do 48 swaps. That's a hassle, and not convenient, but at least it helps me to possibly save my assets
(05:17:38 PM) John Cress: Will all of these transactions show up on my transactions CSV report?
(05:17:52 PM) John Cress: It's very important that everything gets captured for tax tracking
(05:18:14 PM) John Cress: And everything I have every done through the OTC desk needs to be on that report too
(05:19:17 PM) Beyhan: Yes, they will all show up as they are on the report.
(05:19:55 PM) John Cress: Ok, good. Would you recommend swapping these to USDC or USDT?
(05:20:30 PM) John Cress: Neither one will earn interest right?
(05:21:37 PM) Beyhan: I'm so sorry, John – I'm unable to make such recommendations.

Yes, if they are on the Credit Line wallet, they will not earn interest.
(05:21:58 PM) John Cress: Ok, I will just pick one of them.... it does not matter
(05:22:54 PM) Beyhan: I understand.
(05:23:15 PM) John Cress: I keep having an error
(05:23:35 PM) John Cress: I entered 2.733 BTC because that's the maximum amount I can swap
(05:23:54 PM) John Cress: Now I will click Preview Exchange
(05:24:35 PM) John Cress: Nothing is happening
(05:24:44 PM) Beyhan: Can you provide a screenshot of the issue?
(05:25:06 PM) John Cress: Yes
(05:26:00 PM) John Cress: Now I just tried to attach my screenshot and it says:
(05:26:05 PM) John Cress: Screen Shot … AM.png
517 KB
Upload failed. Something went wrong. Please try again.
(05:26:19 PM) Beyhan: Can you try to drag and drop it?
(05:27:08 PM) John Cress: I tried that too and got the same error
(05:29:22 PM) Beyhan: I understand. I'm sorry to hear about your issue. Can we ask you to try again using another browser or device?
(05:29:40 PM) John Cress: Ok, let me open up a different browser
(05:29:49 PM) Beyhan: Sure, of course.
(05:35:24 PM) John Cress: I was using the Brave Browser and now I opened the Chrome browser. I'm still getting a screen that says: "An unexpected error occurred. Please try again."
(05:35:31 PM) John Cress: I'm sure you have seen this screen before
(05:35:49 PM) Beyhan: I'm so sorry to hear that. A moment, please.
(05:36:03 PM) John Cress: I have the credit line wallet selected, so I have that correct
(05:37:36 PM) Beyhan: Unfortunately, I will have to create a ticket for you so we can check what the issue could be.

CONFIDENTIAL                                                                    NEXO-0003542

I have created the ticket now and our team has received your case. We will email you very soon with the help you need.

Rest assured, I will raise the priority of your case for you so we can help you as soon as possible.
(05:38:02 PM) John Cress: Yes, this is EXTREMELY IMPORTANT to protect my assets
(05:38:11 PM) John Cress: This has to be a #1 top priority
(05:38:26 PM) John Cress: In the meantime, can someone please swap the assets for me manually?
(05:39:06 PM) John Cress: I need to provide authorization to swap 129.42 BTC in my credit wallet to USDT
(05:40:30 PM) Beyhan: I understand. I will also add this to your ticket.
(05:40:38 PM) Beyhan: I'm so sorry, I couldn't help over chat.
(05:41:48 PM) John Cress: Ok, who will handle the swap for me? Will I be working with you, Hristiyan, or someone else?
(05:42:54 PM) Beyhan: I'm so sorry, I'm unable to confirm yet but you will be notified via email about this
(05:43:39 PM) John Cress: Ok, if the price of BTC drops this weekend to my liquidation level, I need assurance that Nexo will NOT liquidate my assets
(05:44:16 PM) John Cress: At least this case will document that I am trying to protect my assets
(05:45:25 PM) John Cress: Is the exchange working for other people? If it is, I think I should keep trying this and not just wait for a ticket
(05:45:49 PM) John Cress: I tried the Brave browser and the chrome browser. I can try the Safari browser too
(05:46:59 PM) Beyhan: We have not received other reports with issues regarding the exchange yet.
(05:47:26 PM) John Cress: Wow
(05:47:33 PM) John Cress: I'm going to email Hristiyan too
(05:48:11 PM) Beyhan: Sure of course, I believe he might be able to help as well.
(05:52:06 PM) Beyhan: Is there anything else I can do for you?
(06:02:50 PM) Beyhan: Thank you for choosing Nexo and becoming part of our mission to decentralize global finance!
Have a wonderful rest of your day!
(06:04:51 PM) *** Beyhan left the chat ***

**John Cress**

Jun 11, 2021, 20:40 GMT+3

**Private note**

Chat started: 2021-06-11 05:10 PM UTC
Served by: Kate

IP: 192.145.127.190
User Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/537.36 (KHTML, like Gecko)

CONFIDENTIAL                                                          NEXO-0003543

Chrome/88.0.4324.182 Safari/537.36

Country: Italy

City: Milan

URL: https://platform.nexo.io/exchange/swap/btc_usdt

Chat ID: 2106.2219242.Sa2ypk8kSq2Gx

The chat transcript will be appended when the agent or visitor leaves the chat.

CONFIDENTIAL                                                                                                    NEXO-0003544

# EXHIBIT 37

To Whom It May Concern:

**March 24th, 2021**

I am a licensed attorney in good standing under the laws of the jurisdictions in which I am admitted to practice law. I have been engaged by Verify Investor, LLC to analyze whether **JOHN CRESS** (the "Investor") is an "accredited investor", as defined in Rule 501 of Regulation D of the Securities Act of 1933.

In conducting the analysis, I reviewed information provided by or on behalf of the Investor, including certifications as to certain information and supporting documentation uploaded to VerifyInvestor.com. I have taken "reasonable steps" as outlined by the Securities and Exchange Commission in conducting this analysis.

I am pleased to confirm that the Investor has been verified as an "accredited investor" as defined in Rule 501 of Regulation D of the Securities Act of 1933.

Please note that this verification of "accredited investor" status expires on **June 22nd, 2021**. To re-order verification services in the future, please visit VerifyInvestor.com. If an investor has been previously verified by VerifyInvestor.com, the verification process may be quicker and be less work for the investor.

Sincerely,

STEPHEN SIBBACH, CA Bar #289672

Powered by VerifyInvestor.com
Validation Code: YQTWZK

 NEXO-0017265