Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol Street, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5067
Fax: (713) 427-5099

*Attorneys for Defendant Nexo Capital Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>        Plaintiff,<br><br>    vs.<br><br>NEXO CAPITAL INC.,<br><br>        Defendant. | Case No. 3:23-cv-00882-TSH<br><br>The Hon. Thomas S. Hixon<br><br>**DECLARATION OF IAN S. SHELTON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. 153)**<br><br>Hearing Date:  October 22, 2026<br>Hearing Time:  10:00 a.m.<br><br>Courtroom:  E – 15th Floor<br>Address:      Federal Building<br>                450 Golden Gate Avenue<br>                San Francisco, CA 94102 |

DECLARATION OF IAN S. SHELTON

I, Ian S. Shelton, hereby declare as follows:

1.      I am a member in good standing of the Bar of the State of California and the Northern District of California, and I am counsel of record for Defendant Nexo Capital, Inc. ("Nexo"). I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2.      I submit this Declaration in support of Defendant's Motion for Summary Judgment ("Motion"), Dkt. 153.

3.      The Joint Case Management Statement (Dkt. 48 at 6) states in relevant part: "Documents produced by Plaintiff and Defendant in this action shall be presumed to be authentic within the meaning of Fed. R. Evid. 901."

4.      The Motion references and quotes various documents. True and accurate copies of those documents are attached hereto as Exhibits 38 through 72.

5.      Attached as **Exhibits 1-3 and 8-37** to the Declaration of Antoni Trenchev are true and accurate copies of documents produced in this matter by Nexo with the Bates prefix NEXO-. Attached as **Exhibits 4-7** to the Declaration of Antoni Trenchev are true and accurate copies of documents produced in this matter by Plaintiff with the Bates prefix CRESS-.

6.      Attached as **Exhibit 38** is a true and accurate copy of excerpts from the certified transcript of the deposition of John Cress, dated April 10, 2026. Because Cress has designated his certified transcript as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

7.      Attached as **Exhibit 39** is a true and accurate excerpt of Cress's June 29, 2026 Supplemental ROG Responses Set 2. Because Cress has designated this document as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

8.      Attached as **Exhibits 40-58, 63, 66-70** are true and accurate copies of documents produced in this matter by Plaintiff with the Bates prefix CRESS-. Because Cress has designated

the documents attached as Exhibits 40-41, 47, 50, 52, 54-58, and 66-67 as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

| | | |
|---|---|---|
| **Exhibit 40** | CRESS-00000692 | *Subject to Sealing Motion* |
| **Exhibit 41** | CRESS-00001099 | *Subject to Sealing Motion* |
| **Exhibit 42** | CRESS-00001134 | |
| **Exhibit 43** | CRESS-00001224 | |
| **Exhibit 44** | CRESS-00001281 | |
| **Exhibit 45** | CRESS-00000034 | |
| **Exhibit 46** | CRESS-00000650 | |
| **Exhibit 47** | CRESS-00012656 | *Subject to Sealing Motion* |
| **Exhibit 48** | CRESS-00002192 | |
| **Exhibit 49** | CRESS-00000134 | |
| **Exhibit 50** | CRESS-00012575 | *Subject to Sealing Motion* |
| **Exhibit 51** | CRESS-00001826 | |
| **Exhibit 52** | CRESS-00013030 | *Subject to Sealing Motion* |
| **Exhibit 53** | CRESS-00000081 | |
| **Exhibit 54** | CRESS-00001961 | *Subject to Sealing Motion* |
| **Exhibit 55** | CRESS-00001910 | *Subject to Sealing Motion* |
| **Exhibit 56** | CRESS-00012947 | *Subject to Sealing Motion* |
| **Exhibit 57** | CRESS-00012838 | *Subject to Sealing Motion* |
| **Exhibit 58** | CRESS-00013076 | *Subject to Sealing Motion* |
| **Exhibit 63** | CRESS-00000251 | |
| **Exhibit 66** | CRESS-00012772 | *Subject to Sealing Motion* |
| **Exhibit 67** | CRESS-00012850 | *Subject to Sealing Motion* |
| **Exhibit 68** | CRESS-00000008 | |
| **Exhibit 69** | CRESS-00002095 | |
| **Exhibit 70** | CRESS-00000177 | |

9.      Attached as **Exhibit 59** is a true and accurate excerpt of Nexo's June 26, 2026 Omnibus Second Amended Response to Interrogatories produced in this matter.

10.      Attached as **Exhibit 60** is a true and accurate excerpt of Cress's June 29, 2026

-3-
DECLARATION OF IAN S. SHELTON

Supplemental ROG Responses Set 3. Because Cress has designated this document as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

11.    Attached as **Exhibit 61** is a true and accurate excerpt of Cress's June 29, 2026 Supplemental ROG Responses Set 1. Because Cress has designated this document as confidential under the Protective Order, and has not approved its public filing as of the date of this declaration, it is the subject of Nexo's concurrently filed Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

12.    Attached as **Exhibit 62** is a true and accurate copy of the Expert Report of Plaintiff's expert, Bruce Mizrach.

13.    Attached as **Exhibit 64** is a true and accurate copy of excerpts from the certified transcript of the deposition of Antoni Trenchev, Volume II, dated April 2, 2026.

14.    Attached as **Exhibit 65** is a true and accurate copy of the Expert Report of Plaintiff's expert, Seligman.

15.    Attached as **Exhibit 71** is a true and accurate copy of the Expert Report of Plaintiff's expert, Solomon.

16.    Attached as **Exhibit 72** is a true and accurate copy of excerpts from the certified transcript of the deposition of David Lindenbaum, dated May 13, 2026.

I executed this declaration in Austin, Texas on August 7, 2026. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_/s/ Ian S. Shelton_
Ian S. Shelton

-4-
DECLARATION OF IAN S. SHELTON