Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol Street, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5067
Fax: (713) 427-5099

*Attorneys for Defendant Nexo Capital Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS, | Case No. 3:23-cv-00882-TSH |
| Plaintiff, | The Hon. Thomas S. Hixon |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. 153)** |
| NEXO CAPITAL INC., | |
| Defendant. | Hearing Date: October 22, 2026<br>Hearing Time: 10:00 a.m. |
| | Courtroom: E – 15th Floor<br>Address: Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

[PROPOSED] ORDER GRANTING DEFENDANT NEXO CAPITAL INC.'S
MOTION FOR SUMMARY JUDGMENT Case No. 3:23-cv-00882-TSH

-2-

On October 22, 2026, Defendant Nexo Capital Inc's motion for summary judgment came before the Court for consideration. Having reviewed the moving papers, any opposition, the undisputed evidence, and the arguments of counsel, it is hereby:

ORDERED that Defendant Nexo Capital Inc.'s motion for summary judgment is GRANTED; and it is further

ORDERED that all of Plaintiff's claims against Nexo Capital Inc. are DISMISSED with prejudice; and it is further

ORDERED that the Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
THOMAS S. HIXSON
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT NEXO CAPITAL INC.'S
MOTION FOR SUMMARY JUDGMENT Case No. 3:23-cv-00882-TSH

DATED: August 7, 2026                    BAKER & MCKENZIE LLP

By: */s/ Ian S. Shelton*
    Ian S. Shelton

    *Attorneys for Defendant Nexo Capital Inc.*

-3-