Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Blvd., Suite 1850
Los Angeles, California 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol Street, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5067
Fax: (713) 427-5099

*Attorneys for Defendant Nexo Capital Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS, | Case No. 3:23-cv-00882-TSH |
| Plaintiff, | The Hon. Thomas S. Hixon |
| vs. | **PROOF OF SERVICE** |
| NEXO CAPITAL INC., | |
| Defendant. | |

Case No. 3:23-cv-00882-TSH

PROOF OF SERVICE

**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am over the age of eighteen and not a party to the within action.

On August 7, 2026, I served the following document(s) in the manner described as follows:

1. **DEFENDANT NEXO CAPITAL INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (DKT. 153);**

2. **DEFENDANT NEXO CAPITAL INC.'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;**

3. **DECLARATION OF ANTONI TRENCHEV;**

4. **DECLARATION OF IAN SHELTON;**

5. **EXHIBITS 1-72;** and

6. **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. 153);**

on the interested parties in this action as follows:

> James Taylor-Copeland (284743)
> james@taylorcopelandlaw.com
> Max Ambrose (320964)
> maxambrose@taylorcopelandlaw.com
> TAYLOR-COPELAND LAW
> 501 W. Broadway, Suite 800
> San Diego, CA 92101
> Telephone: 619-734-8770
> Facsimile: 619-566-4341
>
> *Counsel for Plaintiff John Cress*

**BY ELECTRONIC SERVICE.** I caused to be served the above-referenced document by electronic mail.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

> */s/ Ian S. Shelton*
> Ian S. Shelton