James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimile: 619-566-4341

*Counsel for Plaintiff John Cress*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CRESS,<br><br>                      Plaintiff,<br><br>            v.<br><br>NEXO CAPITAL INC.,<br><br>                      Defendant. | Case No. 3:23-CV-00882-TSH<br><br>**DECLARATION OF JOHN CRESS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON HIS THIRD, FOURTH, AND FIFTH CAUSES OF ACTION**<br><br>Hearing Date:   October 22, 2026<br>Hearing Time:  10:00 a.m.<br><br>Courtroom:    San Francisco Courthouse<br>                   Courtroom E – 15th Floor<br>                   450 Golden Gate Avenue<br>                   San Francisco, CA 94102 |

I, John Cress, declare as follows:

1.      I am the Plaintiff in this action. I submit this declaration in support of my Motion for Partial Summary Judgment on my Third, Fourth, and Fifth Causes of Action. I have personal knowledge of the facts stated below, and if called as a witness I could and would testify competently to them. This declaration is not intended to set forth all aspects of my dealings with Nexo or all of the harms I suffered as a result, and I reserve the right to testify regarding those matters.

2.      I am a resident of San Francisco, California. I have lived in San Francisco at all times from 2021 to the present, and as described below, my dealings with Nexo at issue in this motion took place while I was in California.

**My Investment Background**

3.      I began purchasing Bitcoin in 2014 through Coinbase, a U.S. cryptocurrency exchange, and ultimately acquired approximately 300 Bitcoin. In December 2017, I sold approximately 50 Bitcoin. From December 31, 2017, forward, I held approximately 250 Bitcoin. I also held Ether ("ETH"). I held these assets on Coinbase until 2021. I am not a lawyer, a broker, or a securities professional, and I have never worked in the securities industry. Before the events giving rise to this case, I had never heard of a "Form D" and did not know what one was.

**I Came to Nexo to Earn Interest and Buy More Bitcoin—Not to Buy NEXO Tokens**

4.      In early March 2021, I transferred my Bitcoin and ETH to Nexo's platform to earn passive interest on those assets. I was also interested in learning more about Nexo's lending products and services but was unsure if I would ultimately utilize them. On or about March 15, 2021, a Nexo representative named Hristiyan Hristov emailed me that I was eligible for Nexo's "VIP Relationship Program," and on or about March 17, 2021, he sent me Nexo's VIP Program brochure. He told me he would be my dedicated relationship manager, and from then on, I dealt with Nexo primarily through Mr. Hristov.

5.      On March 22, 2021, I emailed Mr. Hristov about options for purchasing additional Bitcoin using a loan from Nexo secured by my digital assets. I initially sought to move forward with

CRESS DECL. ISO MOTION FOR PARTIAL SUMMARY JUDGMENT - 3:23-CV-00882-TSH

a purchase of between 50-100 Bitcoin at a 20-40% loan-to-value ("LTV") ratio. Ex. A (NEXO-0003139).

6.      Mr. Hristov responded on March 23, 2021 with "three scenarios of purchasing Bitcoin through Nexo's Credit line." *Id.* Every scenario required me to purchase 25 Bitcoin worth of NEXO Tokens for "the Platinum membership," and Mr. Hristov directed me to a loan that would fund "~ 50 BTC and 25 BTC worth of NEXO Tokens." Exs. A (NEXO-0003139); B (NEXO-0003441). Platinum-tier membership required maintaining a large NEXO Token position, and it was the only tier with a borrowing rate—5.9% rather than the base rate of 11.9%—that made a loan of this size feasible. I understood the NEXO Token purchases in Mr. Hristov's scenarios to be a requirement Nexo imposed to obtain that rate, not something I had asked for.

**Nexo Told Me the NEXO Token Was "Registered with the SEC as a Security"**

7.      Purchasing millions of dollars of NEXO Tokens—a token issued by Nexo itself—was not something I was prepared to do lightly. In his March 23, 2021 email, Mr. Hristov wrote to me: "Please note that the NEXO token is registered with the SEC as a security therefore we are only allowed to facilitate deals for American citizens who are also certified, accredited investors." Ex. B (NEXO-0003441).

8.      That statement was extremely significant to me. I understood it to mean exactly what it said: that the NEXO Token was registered with the SEC as a security. To me, that meant the NEXO Token was a regulated financial product and that Nexo was a legitimate company in compliance with the U.S. securities laws.

9.      I understood at the time that a security "registered with the SEC" came with real protections: that the company had filed information about itself and the security with the SEC; that a federal regulator had reviewed or was overseeing the offering; that the company was required to make full and truthful disclosures to investors like me; and that the company could be held accountable under U.S. law if what it told investors was untrue. In other words, SEC registration meant to me that someone other than Nexo itself—the United States government—stood behind the honesty of the

CRESS DECL. ISO MOTION FOR PARTIAL SUMMARY JUDGMENT - 3:23-CV-00882-TSH

offering. That assurance made the NEXO Token feel far safer to me than an unregistered crypto token, and it is a large part of why I was comfortable holding NEXO Tokens as my second-largest position.

11.     Nexo's representation that the Token was SEC-registered was not a passing detail to me—I discussed it with friends at the time. Before finalizing my first NEXO Token purchase, I texted a friend for moral support and asked: "Does security token mean registered with the SEC or something else?" My friend replied: "Yes." Attached as Ex. C is a true and correct copy of that text message exchange, which was produced in this litigation from my records at CRESS-00012511 at 12519.

12.     On April 15, 2021—the day after I sent funds for what turned out to be my final NEXO Token purchase—I messaged another friend that "I recently logged on to a 'security token' one day webinar conference about security tokens emerging as a new trend instead of utility tokens. It has everything to do with the SEC. My second largest holding is NEXO, which is an SEC approved security token, which is important." Attached as Ex. D is a true and correct copy of that message, produced from my records at CRESS-00001680 at 1683. I wrote these messages in private conversations with friends in 2021, long before this lawsuit or any prospect of litigation, and they reflect what I actually believed at the time: that the NEXO Token was an SEC-registered security, an SEC approved security token, and that this was important to me.

13.     I relied on Mr. Hristov's statement that the NEXO Token was registered with the SEC as a security. It is true that the reason I was considering buying NEXO Tokens at all was to reach Nexo's Platinum-tier and its favorable interest rates. But the interest rates were only the reason the purchase was on the table; it was not the only thing that had to be true before I would go through with a purchase. Before I handed millions of dollars, secured by the 250 Bitcoin comprising the vast majority of my life savings, to Nexo's OTC desk for a token Nexo itself had issued, I needed to trust what I was buying and who I was buying it from. An SEC-registered security sold by a company in compliance with the U.S. securities laws was something I was willing to buy to reach Platinum pricing. An unregistered token being sold in violation of the securities laws was not. Mr. Hristov's assurance that the Token was "registered with the SEC as a security" gave me the confidence to proceed, and it

played a substantial part in my decision to purchase NEXO Tokens and to move forward with the loans and OTC purchases that followed.

14.     If Mr. Hristov had told me the truth—that the NEXO Token was not registered with the SEC and that the only filings Nexo had ever made were exemption notices from 2018—I would not have purchased the NEXO Tokens. And if I had known that Nexo was willing to lie to me about something as fundamental as SEC registration, I would not have done anything further with Nexo at all. I would not have taken out the loans, used the OTC desk, or left my Bitcoin and ETH on the platform as collateral.

15.     At the time of my purchases, I did not know that the NEXO Token was not registered with the SEC, and I had no reason to suspect it. I am not a securities professional. I had never heard of a Form D, and I did not review or look up any Nexo filing with the SEC in 2021. I trusted what Hristov and Nexo told me. No one at Nexo ever corrected Mr. Hristov's statement or told me that the NEXO Token was not registered.

16.     Nexo never provided me with its "Terms and Conditions of Token Sale," and I never saw that document—or its statement that "the offer and sale of this security instrument has not been registered under the U.S. Securities Act"—until this litigation. In March and April 2021, I was working directly with Mr. Hristov, and I asked him whether there were loan terms or other documents I needed to review. The only transaction document he sent me was the Cryptocurrency Purchase Agreement. Ex. B (NEXO-0003441 at 3454). No one at Nexo ever gave me any document, disclaimer, or warning stating that the NEXO Token was unregistered or that Mr. Hristov's statement was untrue.

**The Purchase Agreement and My Purchases—All from California**

17.     Nexo sent me its Cryptocurrency Purchase Agreement (the "CPA"), and I reviewed and executed it on or about March 24, 2021, at my home in San Francisco, California. A true and correct copy of the executed CPA is attached as Ex. E (CRESS-00000060).

18.     On March 26, 2021, I took out a $5.4 million loan from Nexo, collateralized by my digital assets. At Mr. Hristov's direction, I sent $5,400,000 in USDT from San Francisco to a Nexo-controlled wallet address he provided—what Nexo called its "OTC desk wallet"—for the purchase of

75 BTC "and the rest in NEXO Tokens." On March 27, 2021, Mr. Hristov reported that the OTC team had completed the purchases, stating that Nexo had purchased for me 74.441 BTC and 481,878 NEXO Tokens at a price of $2.66 per NEXO Token, and those assets were then credited to my Nexo account. Ex. B (NEXO-0003441).

19.    I made two further purchases the same way, each time sending funds from my home in San Francisco to a Nexo-controlled wallet at Mr. Hristov's direction. On March 30, 2021, I sent $4.3 million to purchase additional Bitcoin and NEXO Tokens. And on April 14, 2021, I sent $2.15 million to purchase additional Bitcoin and NEXO Tokens. True and correct copies of the confirmations Nexo sent me for these purchases are attached as Ex. B (NEXO-0003441).

20.    In total, across the purchases described above, I paid more than $3,131,686 for NEXO Tokens through Nexo's OTC Desk, all of it funded with loans collateralized by the BTC and ETH I had deposited with Nexo. Every dollar I committed to the NEXO Tokens was subject to loss, and as described below, the Token's collapse wiped out most of that value within weeks.

21.    Every step of these transactions happened while I was in California. I received Mr. Hristov's March 22 and March 23, 2021 emails—including the three loan "scenarios" and the statement that the NEXO Token was "registered with the SEC as a security"—at my home in San Francisco. Nexo sent the CPA to me there, and I executed it there. I received Nexo's OTC payment instructions there, and I submitted each purchase order and sent each payment from San Francisco. Nexo dealt with me at all times as a U.S. customer in California. For example, on March 18, 2021, I told Mr. Hristov he could reach me in San Francisco. Ex. F (NEXO-0003125).

**The Collapse of the NEXO Token and the Liquidation of My Account**

22.    The NEXO Token collapsed within weeks of my purchases. I watched its price fall from more than $3.70 in early May 2021 to less than $1.20 on June 22, 2021. Because the NEXO Tokens Nexo required me to buy were far more volatile than Bitcoin, the collapse in the Token's price dragged down the value of my collateral and pushed my LTV ratio up.

23.    On May 23, 2021, Nexo liquidated a portion of my collateral. On June 21 and 22, 2021, as the NEXO Token plunged below $1.20, Nexo liquidated most of my remaining Bitcoin and ETH.

When the liquidations were over, I had lost substantially all of the Bitcoin and ETH I had accumulated since 2014, and I was left holding little besides NEXO Tokens.

24.    I was damaged by these events. The NEXO Tokens I was left holding were worth a small fraction of the prices Nexo had charged me for them only weeks earlier, and the Bitcoin and ETH liquidated out of my account were sold off to cover loan balances I would never have incurred had Nexo told me the truth. When I ultimately sold my remaining NEXO Tokens, the proceeds of that sale were $1,730,665.59, far less than I had paid. Ex. G (CRESS-00000659).

25.    I did not learn that the NEXO Token had never been registered with the SEC until well after my purchases and the liquidation of my account, in connection with the investigation of my claims against Nexo. When I learned that Mr. Hristov's statement was false, I understood for the first time that the "SEC-registered security" I thought I had bought—and every protection I believed came with SEC registration—never existed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026, at San Francisco, California.

_____

John Cress

CRESS DECL. ISO MOTION FOR PARTIAL SUMMARY JUDGMENT - 3:23-CV-00882-TSH

When the liquidations were over, I had lost substantially all of the Bitcoin and ETH I had accumulated since 2014, and I was left holding little besides NEXO Tokens.

24. I was damaged by these events. The NEXO Tokens I was left holding were worth a small fraction of the prices Nexo had charged me for them only weeks earlier, and the Bitcoin and ETH liquidated out of my account were sold off to cover loan balances I would never have incurred had Nexo told me the truth. When I ultimately sold my remaining NEXO Tokens, the proceeds of that sale were $1,730,665.36, far less than I had paid. Ex. G (CRESS-00000659).

25. I did not learn that the NEXO Token had never been registered with the SEC until well after my purchases and the liquidation of my account, in connection with the investigation of my claims against Nexo. When I learned that Mr. Hristov's statement was false, I understood for the first time that the "SEC-registered security" I thought I had bought—and every protection I believed came with SEC registration—never existed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026, at San Francisco, California.

John Cress

CRESS DECL. ISO MOTION FOR PARTIAL SUMMARY JUDGMENT - 3:23-CV-00882-TSH

# EXHIBIT A

# NEXO-0003139

Message
_____

**From:** Hristiyan Hristov [hristiyan@nexo.io]
**Sent:** 23/03/2021 09:22:29
**To:** John Cress [jtc88@hotmail.com]
**Subject:** Re: Borrowing scenarios
**Attachments:** Zero Interest Loan - One Pager.pdf

Hello John,

I hope you are well. As we discussed, I have prepared three scenarios of purchasing Bitcoin through Nexo's Credit line. In all of them, I have added the amount of NEXO Tokens (in BTC value) you would need for the Platinum membership.

Also, I have taken as a reference price of Bitcoin - $54,000

| Total BTC | BTC Earn interest and protect Collateral | BTC Collateral | Purchased BTC through Nexo Credit line | Amount of BTC for NEXO Platinum | LTV | BTC Liq price @ BTC $54,000 | Interest rate | Yearly interest |
|---|---|---|---|---|---|---|---|---|
| 250 | 166 | 84 | 50 | 25 | 20.00% | $13,000 | 5.9% | ~$160,000 |
| 250 | 125 | 125 | 75 | 25 | 30.00% | $19,500 | 5.9% | ~$239,000 |
| 250 | 82 | 168 | 100 | 25 | 40.00% | $25,930 | 5.9% | ~$318,600 |

In regards to the Zero Interest Loan, the collateral used for it cannot be moved until the period of the loan expires. I am attaching the Zero Interest Loan - one-pager for more information.

Looking forward to hearing your thoughts on the above.

Thank you.


On Mon, Mar 22, 2021 at 6:06 PM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

I just thought about something.  If the zero cost loan is very low risk, it might make sense to utilize that, even though the upside is limited.  If I only borrow 20% LTV or 40% LTV to buy 50 or 100 BTC, maybe I can utilize the rest for the zero cost loan with limited upside.   However, if I do that, I would still want to make sure I have a way to move funds automatically to increase collateral if needed.   Can you let me know what is that upper limit on the bitcoin price for the zero cost loan?    That could be blended in if it makes sense.....

John


--
Best regards,
**Hristiyan Hristov**
Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

CONFIDENTIAL

NEXO-0003139



CONFIDENTIAL

NEXO-0003140

# EXHIBIT B

# NEXO-0003441

| | |
|---|---|
| **From:** | Octavian Dinca <octavian@nexo.io> |
| **Sent:** | Tue 04/05/2021 11:37:33 AM (UTC) |
| **To:** | John Cress <jtc88@hotmail.com> |
| **Cc:** | Hristiyan Hristov <hristiyan@nexo.io> |
| **Subject:** | Re: Borrowing scenarios |

Hi John,

The OTC purchase took place ~11.30 UTC yesterday. Details below:

- 312.1487 ETH have been bought at 3203.601361 USDT per unit.

The cost per unit above includes the 0.5% cost of execution through the NEXO OTC desk and what the partner OTC desk charged for the transaction which is estimated around ~0.5% as well. Excluding costs, the price would come to - ~3,171.882535 USDT.

Regarding the liquidation price, that would depend on the movement of the different assets in your account. Liquidations will occur if your overall asset values drops below $16,717,399.10 currently. This number will improve after the deposit of the ETH purchase.

I hope this helps clear things up.

Best regards,

**Octavian Dinca**

Relationship Manager

+41 33 533 26 64

**Banking on Crypto**
nexo.io

.

On Mon, May 3, 2021 at 5:13 PM John Cress <jtc88@hotmail.com> wrote:

Can you please detail the total amount that was spent and the price per token?   Please scroll down to the email from Hristiyan to me on April 16 to see an example how he detailed the totals.

If I'm calculating correctly, I sent $1,000,000 and if that only purchased 312 ETH, that means the price was $3,205 each.   That feels wrong and disappointing since the price of ETH was very far below that since my request and right now ETH is $3,118.   Those numbers seem impossible because ETH never reached a price of $3,205.    I can't be paying more than a price where ETH ever traded.

In addition to the liquidation price, can you please spell out the exact totals purchased and the price per ETH?

John

---

**From:** Octavian Dinca <octavian@nexo.io>
**Sent:** Monday, May 3, 2021 4:58 AM
**To:** John Cress <jtc88@hotmail.com>; Hristiyan Hristov <hristiyan@nexo.io>
**Subject:** Re: Borrowing scenarios

CONFIDENTIAL

Hi John,

Happy to confirm execution took place. Details below:

- 312.14868 ETH will be added to your account later on during the day.

Enjoy a great day ahead.
Best regards,
Octavian Dinca

Relationship Manager

+41 33 533 26 64

Banking on Crypto
nexo.io

.

On Mon, May 3, 2021 at 2:11 PM John Cress <jtc88@hotmail.com> wrote:

Yes, I want to proceed to buy the maximum amount of Ethereum.   It's very disappointing that the price of ETH has gone up by 15% or $400 (from $2,750 to $3,150) in the four days that have passed since my request, but yes, please execute the order.   I hope asking for and waiting for my confirmation doesn't add one more day while ETH goes up even more.

John

**From:** Octavian Dinca <octavian@nexo.io>
**Sent:** Monday, May 3, 2021 3:58 AM
**To:** Hristiyan Hristov <hristiyan@nexo.io>
**Cc:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hi John,

It is a pleasure to meet you and assist with your ETH purchase through the OTC desk. Your 1m USDT transfer has been confirmed in the OTC wallet.

Please confirm you would like to proceed and I will register your order for execution with the OTC desk.
Best regards,
Octavian Dinca

Relationship Manager

+41 33 533 26 64

Banking on Crypto
nexo.io

.

On Sat, May 1, 2021 at 5:27 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

NEXO-0003442

I completely understand.

The payments team will lift the limit at the earliest convenience tomorrow morning.

I am looping in Octavian, who be taking care of the $1M ETH OTC purchase.

Please do keep in mind that it is a bank holiday and it might take us a bit longer to complete the trade.

Wishing you a great weekend.

.

On Sat, May 1, 2021 at 3:48 AM John Cress <jtc88@hotmail.com> wrote:

Thank you.  I took a $1 Million ($999,985) UDSC loan.   I also took a $1 million USDT loan.     When I tried to send the $1 million USDT to the OTC wallet, I got an error that said I can only withdraw $500,000 per day and it said to contact support.   I used the support live chat and spoke to a support agent who told me he will open a case to lift the restriction so that I can send the whole $1 million.   He said it will take 12-24 hours, but I remember you were able to expedite this process in the past.  Anyway, the case # is here:  Hi John Cress, Please note that we have received a ticket (#404647) created by our live chat agents on your behalf.

I'm waiting for the resolution of this ticket so I can send the USDT to the OTC wallet.   If I can withdraw the funds and you can send the order instructions to the OTC desk before you leave for your break, then you can tell me the execution details and my ETH liquidation price after you get back

John

---

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Friday, April 30, 2021 8:58 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hello John,

Please find below the current liquidation price:

| Liquidation Price |  $29,859.22 |
| --- | --- |

I am suggesting you do the following in regards to the ETH:

1. Take a $1,000,000 USDT loan and send it to Nexo's OTC for ETH Purchase

Nexo OTC Vault - 0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7

2. 25% of your NEXO Tokens balance = $1M. Take a $1M USDC loan and leave it in your Savings wallet (it goes automatically there)

Please let me know when you send the funds for the ETH purchase so I can let the team know.

In addition, I will be on holiday from tomorrow until 10.05. Let's get everything done before I go.

Thank you.
.

On Thu, Apr 29, 2021 at 10:47 PM John Cress <jtc88@hotmail.com> wrote:

> Hristiyan,
>
> I've been waiting for your reply to tell me what is my current (partial) liquidation price for Bitcoin.    Can you please tell me?
>
> Also, I've been meaning to borrow more so that I can increase my Ethereum holdings from 250 to 400 to match my Bitcoin holdings.   Now that Nexo will be lowering the LTV ratios soon, I need to get this process started asap today.   We only have a couple days to get this finalized.
>
> Please send me the instructions for how much I need to withdraw from my credit line, the address to send the funds, and how much Ethereum and Nexo will be purchased.   I would like to get as much Ethereum as possible, but at least to get it to the 400 level, but possibly more.
>
> I also want to borrow 25% LTV from my Nexo balance and put the entire proceeds into the USDC savings wallet.
>
> Thanks!
>
> John

**From:** John Cress <jtc88@hotmail.com>
**Sent:** Friday, April 16, 2021 9:09 AM
**To:** Hristiyan Hristov <hristiyan@nexo.io>
**Subject:** Re: Borrowing scenarios

Ok below you mentioned "The payments team will deposit the assets shortly. Then I will calculate the BTC price liq. levels."
It looks like the assets have been deposited.   Can you tell me my new bitcoin liquidation price level?

John

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Friday, April 16, 2021 8:00 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

The assets have been deposited, John.

CONFIDENTIAL                                                                                    NEXO-0003444

Wishing you a great weekend.

.

On Fri, Apr 16, 2021 at 10:43 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

I have some great news. The team has finished with the execution last night.

We purchased the following assets:

28.3780 BTC @ $63,426
91,715 NEXO Tokens @ $3.816

The payments team will deposit the assets shortly. Then I will calculate the BTC price liq. levels.

Congrats you have reached your BTC goal.

.

On Wed, Apr 14, 2021 at 8:38 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

I confirm that we received the funds. We will proceed with execution as it follows:

1. Purchase $350,000 worth of NEXO Tokens immediately.
2. Start a 24-hour TWAP purchase of $1,800,000 worth of BTC.

I will calculate the BTC liquidation price level once we deposit the new assets in your account.

Will keep you updated accordingly.

Thank you.

.

On Wed, Apr 14, 2021 at 7:30 PM John Cress <jtc88@hotmail.com> wrote:

I just sent $2,150,000 to the OTC desk USDT wallet.  Please let me know how the order executes and also please let me know what my new "partial liquidation" price is for Bitcoin.   Thanks,

John

---

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Tuesday, April 13, 2021 10:27 PM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hello John,

Thank you for your email.

CONFIDENTIAL

I am really glad the strategy is working out well. Happy to help you acquire the remaining 28 BTC and to top up a bit of NEXO.

Please send $2,150,000 USDT which will be used for purchasing 28 BTC and the remaining we will top the NEXO tokens balance, to ensure the lower interest rate and higher earnings.

Nexo's OTC desk USDT address - 0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7

Please let me know when you send the funds so I can let the team knows.

Thank you.
.

On Wed, Apr 14, 2021 at 2:13 AM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

The last time we talked we decided it would be best to wait for bitcoin to consolidate and break out to a new high and keep moving a little higher before I take out another loan.  It looks like that is the situation now and I would like to take out another loan so I can buy 28 more BTC and get my total bitcoin balance to 400 BTC.

Please reply with instructions to include the total amount of USDT I need to send for the purchase of 28 BTC and for Nexo tokens.   I don't know if I need to buy more NEXO or how much I would be required, so just let me know the total amount of USDT and re-confirm the OTC Tether wallet address again, too.
Thank you,

John

---

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Thursday, April 1, 2021 4:33 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hello John,

I have great news. The OTC has executed the deal with the following parameters:

1. 530,190 NEXO Tokens @ $2.829
2. 47.3227 BTC @ $59,197

We are aiming to deposit the funds as soon as possible.

Thank you.

.

CONFIDENTIAL

NEXO-0003446

On Wed, Mar 31, 2021 at 10:29 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

Thank you for your patience.

I confirm that we have received the funds and executing the Bitcoin purchase as we agreed - Time Waited average execution - 24 hours.

I strongly believe the execution has to be done and I will update you with the stats while depositing the assets first thing in the morning.

Have a good day.

.

On Wed, Mar 31, 2021 at 7:54 PM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,
I sent $4,300,000 to the OTC desk yesterday and sent an email confirmation.   I was expecting an email from you this morning with an update on the OTC desk order execution confirmation.   A whole day has gone by now.   Also the price of bitcoin just rose from 57,400 to 59,400 now, so I'm expecting that the order fulfilled yesterday close to $57,400.

I don't have any emails from you or any from Nexo in general.  If you look in my transactions history, I sent $4,300,000 to the address you gave me, but I haven't heard back with any confirmation or any update and it's been 24 hours and bitcoin has moved higher by $2,000.  This is not good.

John

On Mar 30, 2021, at 10:41 AM, John Cress <jtc88@hotmail.com> wrote:

Do I have to click on borrow first, to borrow the funds first?  Can you possibly call me again like last time?  I don't want to make any mistakes.  If you call me, I'm sure this call will go much faster than last time.  I'm ready now - 415-298-4366

John

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Tuesday, March 30, 2021 10:39 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hello John,

CONFIDENTIAL

Thank you for confirming with me.

Let me outline the next steps below:

1.  Withdraw a loan worth $4,300,000. We will use the funds to purchase NEXO Tokens (~20 BTC worth) to cover you for the Platinum Tier and the rest will be for BTC (~50 BTC). Total will be around 70 BTC.
2.  Please send the funds to Nexo's OTC desk wallet - 0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7
3.  As soon as we receive the funds we will acquire the NEXO Tokens and start execution of the BTC (it will be done over 24 hour period)
4.  We will deposit the funds into your account.

Please let me know when you send the funds over to the OTC Desk.

Thank you.
.

On Tue, Mar 30, 2021 at 7:05 PM John Cress <jtc88@hotmail.com> wrote:

Ok, this sound good.   Please let me know what are the next steps.
Thanks,

John

On Mar 30, 2021, at 2:39 AM, Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

I hope you are doing well.

You can see the liquidation limit of your total portfolio when you log in to your account. It is a sentence below your Total portfolio balance saying " If the value of your collateral assets reaches ... "

I will be happy to help you facilitate a new deal. I am proposing you the following parameters:

1.  Buy 50 BTC @ $58,000 = ~$2,900,000 executed again in the next 24 hours
2.  Buy 20 BTC = ~$1,165,000 worth of NEXO Tokens to get to the Platinum tier (10% of total Portfolio after the new purchases)
3.  This will result in

CONFIDENTIAL

- ○ ~$24,150,000 Portfolio balance ( ~415 BTC + NEXO Tokens)
- ○ ~$9,485,000 total credit line
- ○ ~41% LTV
- ○ BTC price when partial liquidations will start @ ~$27,500

*Keep in mind that the BTC price might move so will some of the numbers above.

Let me know if you agree with the above and I will outline the next steps.

Thank you.

.

On Tue, Mar 30, 2021 at 10:52 AM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

I would like to use the credit line to purchase 50 or 75 more bitcoins. Let me know what I need to do next. Also, is there somewhere where I can see my current "liquidation price" and how I can see that for this scenario?  Thank you,

John

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Saturday, March 27, 2021 12:01 PM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hello John,

I have some great news. The OTC team did a great job and purchased the assets as it follows:

1. 74.441 BTC @ $55,289.81
2. 481,878 NEXO Tokens @ $2.66

The assets will be deposited in your account at earliest convenience.

Have a great Saturday.

CONFIDENTIAL

NEXO-0003449

.

On Fri, Mar 26, 2021 at 9:46 PM Hristiyan Hristov <hristiyan@nexo.io>
wrote:

Hello John,

Please send the $5,400,000 USDT for the purchase of 75 BTC and the
rest in NEXO Tokens to Nexo's OTC desk wallet -
0x55e4d16f9c3041EfF17Ca32850662f3e9Dddbce7

Thank you.
.

On Fri, Mar 26, 2021 at 8:40 PM John Cress <jtc88@hotmail.com>
wrote:

 Ok

> On Mar 26, 2021, at 11:34 AM, Hristiyan Hristov
> <hristiyan@nexo.io> wrote:
>
>
>
> Hello John,
>
> I am finalising some internal stuff regarding your
> loan and OTC deal and I will call you.
>
> Thank you.
> .
>
> On Fri, Mar 26, 2021 at 6:52 PM John Cress
> <jtc88@hotmail.com> wrote:
>
> Hristiyan,
>
> I signed the purchase agreement and most of my BTC is
> on Nexo now.    All my bitcoin will be there in less than
> two hours from now.   Can you call me now?  We can
> go through any final steps and start purchasing bitcoin
> now at prices below $54,000 and I want to buy Nexo fast
> before it keeps rebounding.   Thanks,
>
> John

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Thursday, March 25, 2021 2:19 PM

CONFIDENTIAL

**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Can I call you know?

I am about to go to sleep but we can cover the topics you have raised.
.

On Thu, Mar 25, 2021 at 10:09 PM John Cress <jtc88@hotmail.com> wrote:

I have a question about the scenario below.   If LTV is 40%, that's $5,400,000 - enough to buy 100 BTC, but there is also a need to buy 25 BTC worth of NEXO tokens, so really the loan and purchase is for a value of 125 BTC, which is 50% LTV.   Either it's 50% LTV, or I will only buy 75 BTC.   This is important to lay out correctly and understand, because it really changes the numbers.

If I'm really doing 50% LTV, then is the liquidation amount still $25,930 or is that actually higher?   I don't think I understand these numbers because we never talked about this scenario on a phone call.   I don't think I totally understand the calculation of the $25,930 liquidation number.   I also don't quite understand how 168 BTC is used as collateral - is that all collateral for buying 100 BTC or for 125 of BTC?   We still need to go through this on the phone, so I understand 100%

Also, I think I will want to have some reserve to purchase BTC puts for downside protection.  I could possibly increase the LTV and use some of the extra loan proceeds for puts.  If the price of BTC drops below $35,000 or $30,000 and I have some put options at those levels, that might be more effective and efficient than just having extra BTC as collateral.  If I do that, can your OTC desk purchase puts and include the transactions in the CSV file?

| Total BTC | BTC Earn interest and protect | BTC Collateral | Purchased BTC through Nexo Credit line | Amount of BTC for NEXO Platinum | LTV | BTC Liq price @ BTC $54,00 |
|---|---|---|---|---|---|---|

CONFIDENTIAL

| | Collateral | | | | | |
|---|---|---|---|---|---|---|
| 250 | 166 | 84 | 50 | 25 | 20.00% | $13,00 |
| 250 | 125 | 125 | 75 | 25 | 30.00% | $19,50 |
| 250 | 82 | 168 | 100 | 25 | 40.00% | $25,93 |

---

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Wednesday, March 24, 2021 6:22 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Borrowing scenarios

Hey John,

There is no need the BTC in the Savings wallet, which will earn interest to be locked up.

You can obtain the information regarding the transactions in the transaction tab and download the CSV file. All the other transactions which will go through the OTC desk, will be added there as well.

.

On Tue, Mar 23, 2021 at 10:32 PM John Cress <jtc88@hotmail.com> wrote:

Yes, I would definitely need to purchase the BTC and NEXO using the OTC desk. Please send the applications I need to complete and I can work on the accredited investor certificate now. I believe my interest rate is 4% because I didn't want to lock up my savings funds. Would those extra 82 BTC in the example below which are earning interest be required to be locked up, since they are part of a backup collateral reserve?
Also, I have a very important question. I need everything to have reporting data for tax purposes. I am currently relying on the CSV download to import data into TokenTax. Will all the OTC transactions and every other purchase, sell, fee, commission, and loan interest payment be consolidated into that same CSV download file?

John

On Mar 23, 2021, at 12:15 PM, Hristiyan Hristov <hristiyan@nexo.io> wrote:

CONFIDENTIAL

NEXO-0003452

Hello John,

.Of course, we can start straight away. Let me clarify a few things before that:

1.  As we discussed, Would you like to purchase the Bitcoins through the OTC desk?
2.  In order, to be able to do a NEXO Tokens and BTC purchase through the OTC desk, we need the following documentation which will be requested from our KYC team :

• Source of Funds Declaration + supporting Documentation.
• Purchase Agreement

Additionally, please note that the NEXO token is registered with the SEC as security therefore we are only allowed to facilitate deals for American citizens who are also certified, accredited investors. If you have a certificate, please send it over. In case you don't have an accredited investor certificate but you do satisfy the requirements, you can issue one here - verifyinvestor.com.
In regards to the loan term, there is no limit for how long you will have it and there is no requirement for any interest/loan repayments. You can pay the loan + the interest in 6 months, 1 year, 2 years time. If you decide the repay the loan in the first 30 days you took it, you will be charged a full month interest rate. I strongly believe this does not apply to you, according to the strategy you have outlined.

You will be earning 5% annually on the Bitcoin which is you used as collateral. Keep in mind that the interest rate will be paid out daily in BTC, so you will benefit from a potential upside on the Bitcoin price.

At the moment, without the additional

CONFIDENTIAL

NEXO-0003453

collateral, you can withdraw up to $4M loan which will enable you to purchase ~ 50 BTC and 25 BTC worth of NEXO Tokens.

Looking forward to hearing from you.

On Tue, Mar 23, 2021 at 7:04 PM John Cress <jtc88@hotmail.com> wrote:

Also, do you have loan docs and an easy to read summary (or at least a highlighted version) so I can easily scan and find things like how long is the loan term and is it ok to pay off the loan early?  Are there any sort of penalties for anything?  The faster I can understand the important parts, the better
John

On Mar 23, 2021, at 9:33 AM, John Cress <jtc88@hotmail.com> wrote:

I think the scenario for 40% LTV to purchase 100 BTC is reasonable.  How much interest would the 82 BTC be earning and if all the interest was applied to the monthly loan payment, how short would the payments be and is that ok?   I need to decide whether to use the earned interest to serve as more collateral reserves or to make loan payments etc.
I think I would want to get started asap while the price of BTC is still low.   Can you start the process now while I am transferring over 130 BTC or do you prefer to have all the BTC there first?  It takes me a couple days to transfer the BTC because I only do 5 or 10 at a time.  I could possibly do it in one day.
John

CONFIDENTIAL

NEXO-0003454

On Mar 23, 2021, at 2:23 AM, Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello John,

I hope you are well. As we discussed, I have prepared three scenarios of purchasing Bitcoin through Nexo's Credit line. In all of them, I have added the amount of NEXO Tokens (in BTC value) you would need for the Platinum membership.

Also, I have taken as a reference price of Bitcoin - $54,000

| Total BTC | BTC Earn interest and protect Collateral | BTC Collateral | Purchased BTC through Nexo Credit line | Amount of BTC for NEXO Platinum | LTV | BTC Liq price @ BT $54,0 |
|---|---|---|---|---|---|---|
| 250 | 166 | 84 | 50 | 25 | 20.00% | $13,0 |
| 250 | 125 | 125 | 75 | 25 | 30.00% | $19,5 |
| 250 | 82 | 168 | 100 | 25 | 40.00% | $25,9 |

In regards to the Zero Interest Loan, the collateral used for it cannot be moved until the period of the loan expires. I am attaching the Zero Interest Loan - one-pager for more information.

CONFIDENTIAL

NEXO-0003455

Looking forward to hearing your thoughts on the above.

Thank you.


On Mon, Mar 22, 2021 at 6:06 PM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

I just thought about something. If the zero cost loan is very low risk, it might make sense to utilize that, even though the upside is limited. If I only borrow 20% LTV or 40% LTV to buy 50 or 100 BTC, maybe I can utilize the rest for the zero cost loan with limited upside. However, if I do that, I would still want to make sure I have a way to move funds automatically to increase collateral if needed. Can you let me know what is that upper limit on the bitcoin price for the zero cost loan? That could be blended in if it makes sense.....

John

CONFIDENTIAL

NEXO-0003456

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

&lt;Zero Interest Loan - One Pager.pdf&gt;

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,

CONFIDENTIAL

NEXO-0003457

**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

**Banking on Crypto**
nexo.io

NEXO-0003458

+41 43 505 18 13

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

CONFIDENTIAL

--
Best regards,
**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13

**Banking on Crypto**
nexo.io

CONFIDENTIAL

NEXO-0003460

# EXHIBIT C

# CRESS-000012511

Dave Lindenbaum Cell

Blue barn
06:53:03 pm



What do you want
06:53:12 pm

_$!<Other>!$_

....swap your usdf for gaia and pool in uniswap and then stake that LP token for 40% per day, paid in gaia
08:58:45 pm



2021/03/25

_$!<Other>!$_

https://www.digitalcurrencysummit.com/registration1613604431581



CONFIDENTIAL

CRESS-00012511



12:35:55 am

https://www.reddit.com/r/Bitcoin/comments/md1fk8/its_too_late_there_is_nothing_they_can_do/?utm_source=share&utm_medium=ios_app&utm_name=iossmf





06:15:36 pm

CONFIDENTIAL

https://www.reddit.com/r/Bitcoin/comments/mcqelh/exactly_one_month_ago_exactly_same_scenario_6/?utm_source=share&utm_medium=ios_app&utm_name=iossmf







CONFIDENTIAL

CRESS-00012513



06:18:25 pm

Can you comment on this?   Should I wait for this options expiration before making a really big bitcoin purchase?

06:19:55 pm

Send that to Kim and ask her if the situation now is the same.... if so, maybe it's better to wait a couple more days .... I'm not sure

06:21:56 pm

Sorry, that last one was for Kimberly to send to her friend Kim Turley ha ha

06:23:26 pm



Dave Lindenbaum Cell

I think we are close to the bottom

06:33:58 pm



50ish

06:34:04 pm

_$!<Other>!$_

That's what I think too and then I remembered the options expiration because everyone is talking about it.   I just wonder if that could push it down a little more like last month

06:35:26 pm



Dave Lindenbaum Cell

Sure

06:36:36 pm

CONFIDENTIAL

CRESS-00012514

But u wil never time it perfectly
06:36:47 pm

Bought more dego at15
06:36:58 pm

I read March is a bad month for bitcoin
06:37:33 pm

 Which means April is good I guess
06:37:41 pm

_$!<Other>!$_

Nice, I was just looking at DEGO.   I was wondering if maybe we were a bit early getting it
06:38:30 pm



Dave Lindenbaum Cell

 Can we invest in proof of space?
06:39:12 pm

_$!<Other>!$_

I'm not so much trying to time it as I just wonder how things will be timed for me, because I probably won't be buying until at least Monday anyway
06:39:30 pm

https://www.cmegroup.com/trading/equity-index/us-index/bitcoin_product_calendar_futures.html



CONFIDENTIAL                CRESS-00012515



06:39:36 pm

Proof of space will be Chia - launching soon
06:40:12 pm

I might actually do the full loan amount of 60% LTV instead of of just 40% for two reasons:

a) the price is really dipping at just the right time for me now

 b) With about $2,700,000 more in proceeds, I can use a good chunk of that to buy puts for downside insurance
06:45:09 pm

I just jinxed it man - it's going up now!
06:46:23 pm

CONFIDENTIAL                                    CRESS-00012516

You really should buy some PPAY at this level .... it's going to do well alongside UNI v3

06:49:10 pm

Are you driving or flying?

08:18:21 pm



Dave Lindenbaum Cell



Flying

08:18:35 pm

_$!<Other>!$_

When is your flight?

08:20:54 pm

Also, who's going with you?

08:22:12 pm

?

08:33:57 pm



Dave Lindenbaum Cell

6:30pm

08:37:28 pm

Whole family

08:37:32 pm

It is Passover

08:37:42 pm



_$!<Other>!$_

Ok .... I know

08:37:53 pm



CONFIDENTIAL

CRESS-00012517

Dave Lindenbaum Cell

Al is coming
08:38:04 pm

Jills parent
08:38:08 pm

Parents
08:38:13 pm

Sedar Saturday then driving back up Sunday because my mom gave Noah her car
08:38:44 pm

 So driving back with him
08:39:00 pm

_$!<Other>!$_

Got it ....I was seeking moral support since I'm about to borrow $5.5 - $6.5 million to buy 100 bitcoins and 540,000 Nexo, but I might have to go it alone ha ha.   I sent you a couple of the latest emails with my final questions for your viewing pleasure on your flight
08:41:31 pm


Dave Lindenbaum Cell

https://app.hopin.com/events/security-token-summit-2021/stages/cc7a3afd-9c70-4ad7-a531-1915e8cad6fb

 Sent an attachment
Filename: EA08F190-9532-410B-8F38-7325B4AB3C4A.pluginPayloadAttachment
Path: ~/Library/SMS/Attachments/fb/11/A96719EE-CA8B-4F27-85F8-BE25D49893CF/EA08F190-9532-410B-8F38-7325B4AB3C4A.pluginPayloadAttachment
Size: 16 KB
Type: image/vnd.microsoft.icon
09:13:19 pm

_$!<Other>!$_

I'm in now
09:28:37 pm


CONFIDENTIAL

CRESS-00012518

I've learned about a lot of investments joining these events, including AAVE, Synthetix, Loopring, Yearn, Casper Labs etc....

09:30:49 pm

Does security token mean registered with the SEC or something else?

09:32:59 pm



Dave Lindenbaum Cell

Yes. An eventuality

09:34:04 pm

For banks

09:34:38 pm

 Brokers

09:34:45 pm

_$!<Other>!$_

Ok that's what I thought

09:35:11 pm

Are you still watching?  I just took an hour long call with my Nexo guy in Europe, but I'm watching it again now

10:35:36 pm

I don't like Tezos because I have too much CSPR and ETH and plus there's ADA and DOT.

10:40:43 pm



CONFIDENTIAL

CRESS-00012519

# EXHIBIT D

# CRESS-00001680


**BW** Good points on BSV
10:51:12 pm

_$!<Other>!$_

I sold all my BSV and BCH back in Feb
11:12:19 pm

Breaux Walker

Transaction costs/mechanics have always been an issue
11:19:57 pm

**BW** COIN almost worth as much as GS? Crazy times
11:22:24 pm

_$!<Other>!$_

Bitcoin can't scale for payments or as programmable money (smart contracts), but so far neither BSV or BCH have seemed like the solution, but if those get resurrected that would be interesting, but I sold all mine
11:29:10 pm

I've been thinking I would buy some puts on BTC later this year and I'm thinking I could add COIN to that trade.  It seems priced for perfection and based on the fundamentals of 2020 and 2021, but that thing could get seriously crushed in a downturn which could start in less than a year
11:32:01 pm

https://www.coingecko.com/en/coins/coinbase-stock-ftx
11:48:49 pm

2021/04/15

Breaux Walker

**BW** Yes it could
12:47:40 am

CONFIDENTIAL

_$!<Other>!$_

That would be the most fun way to make a killing. I hate Coinbase. I bought BTC calls almost a year ago (the 12/31/21 $25,000's and $50,000's) and making a big killing on those, so I figured I would buy the puts around Oct-Nov
01:05:14 am

We aren't close to the top until that run up in 2017 disappears like the rest of the flat line to the left. Pretty soon that last bubble will disappear completely



02:26:48 am

In 5-8 months from now
02:29:17 am

Breaux Walker

Just had a chance to go through the coin mkt cap list  after a year or so. It's amazing how BTC has gotten even more dominant . I mean the other coins are rounding errors
02:37:37 am

CONFIDENTIAL

CRESS-00001681

There used to be more parity

02:38:00 am

There does need to be a viable alternative to ETH. I always liked that dude at Stellar

02:38:39 am

He seemed to have solved many of eths problems. It looks like a relative bargian

02:39:43 am

BW

My crypto project copied s lot from File coin and so I know their tech pretty well. Its pretty solid

02:42:20 am

_$!<Other>!$_

Yeah BTC is at almost 60% dominance which is more than I would've expected at this point.
It seems like the main ETH alternatives at this point are:
SOL, DOT, ADA, AVAX and maybe XLM from a payments standpoint.    There's also a brand new one being released in a couple weeks called Pulse worth looking out for.

02:42:56 am

I have some Stellar and I bought Filecoin too.  Filecoin is on fire recently

02:43:32 am

I haven't bought any Storj, but I wonder if I should

02:44:33 am



Breaux Walker

Not sure if you're following the XRP SEC case but it is relevant

02:52:12 am

I like Storj s tech too

02:52:58 am


BW

_$!<Other>!$_

Yeah, it's relevant, but I haven't had time to follow it closely enough.  I don't see Ripple being a good investment, but the rulings can be significant

02:53:36 am



CONFIDENTIAL

Breaux Walker



I left block chain/crypto because of the technical challenges which are also manifold. The speed, cost, and security challenges are major as well

02:55:42 am

_$!<Other>!$_

I recently logged on to a "security token" one day webinar conference about security tokens emerging as a new trend instead of utility tokens.   It has everything to do with the SEC.  My second largest holding is NEXO, which is an SEC approved security token, which is important

02:55:59 am



Breaux Walker



There needs to be a way to lower transaction costs and improve performance on ETH.

02:56:23 am

_$!<Other>!$_

Yeah other challenges are the environmental impact of POW.   Although you could say blockchain and decentralization is better for security than centralized servers

02:57:56 am

Breaux Walker

Any SEC approved token can be outlawed the next day. It is a fundamental conflict in terms as according to the law any securities offering g must follow the 33 and 34 acts and to my knowledge no token has

02:58:11 am



That means full public offering disclosure, DD, etc . It costs millions

02:58:41 am

✓ Read

_$!<Other>!$_

Oh interesting

02:58:55 am

I don't actually want to own Nexo forever, but I would like to make 10x on it

02:59:32 am

CONFIDENTIAL                                    CRESS-00001683

It seems like the layer 2 solutions will improve Ethereum, but those aren't exactly perfect and they don't talk to each other!  You still have to go back through the layer 1's

03:00:58 am

That's why I recently bought RUNE - ThoreChain

03:01:23 am

I think Pulse might be interesting, but I'm not sure.   It's primary purpose is just to fix Hex, since Ethereum is ruining Hex because the long term stakes cannot be unstaked at all

03:02:41 am



✓ Sent

CONFIDENTIAL

CRESS-00001684

# EXHIBIT E

# CRESS-00000060

# CRYPTOCURRENCY PURCHASE AGREEMENT

This CRYPTOCURRENCY PURCHASE AGREEMENT (this "Agreement"), is made and entered into on  March 24, 2021 , by and between Nexo (any holding companies, subsidiaries or related entities, all of which are hereinafter referred to as "Nexo"), and  JOHN THOMAS CRESS , ("Counterparty", and together with Nexo, the "Parties" and each a "Party").

WHEREAS, the Parties desire to enter into periodic Purchase Orders for the purchase and sale of cryptocurrency as set forth herein and therein.

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

## ARTICLE I.

## SALE AND PURCHASE OF THE PURCHASED CRYPTOCURRENCY

Section 1.1 Purchase Orders. During the term of this Agreement and at such times as mutually agreed by the Parties, the Counterparty or Nexo may submit a Purchase Order to Nexo or the Counterparty via email and the party receiving the Purchase Order shall have ten minutes (the "Review Period") to confirm such Purchase Order via email after which Review Period such Purchase Order shall be deemed to be rejected and expired.

Section 1.2 Purchase and Sale.

(a) On each Settlement Date, Counterparty or Nexo, as the case may be, will sell, transfer and deliver the Nexo Purchased Cryptocurrency or the Counterparty Purchased Cryptocurrency, respectively, as specified in a Purchase Order, to the other party, and such purchaser will purchase all of the other party's right, title and interest in and to such cryptocurrency from the seller.

(b) Promptly following confirmation of each Purchase Order in accordance with Section 1.1 (i) if Counterparty is purchasing the Counterparty Purchased Cryptocurrency from Nexo, then Counterparty shall deliver or shall direct its agents or designees to deliver, the Counterparty Purchase Price to Nexo by transfer of immediately available funds or cryptocurrencies on the applicable Cryptocurrency Network to Nexo's applicable location, wallet, address, account or storage device designated in Exhibit A attached hereto (each a "Nexo Wallet") or (ii) if Nexo is purchasing the Nexo Purchased Cryptocurrency from Counterparty, then Counterparty shall deliver, or shall direct its agents or designees to deliver, the Nexo Purchased Cryptocurrency to Nexo by transfer of immediately available cryptocurrencies on the applicable Cryptocurrency Network to the applicable Nexo Wallet.

(c) Promptly following payment of the Counterparty Purchase Price or transfer of the Nexo Purchased Cryptocurrency by Counterparty, as set forth in Section 1.2(b) herein, (i) if Counterparty is purchasing the Counterparty Purchased Cryptocurrency from Nexo, then Nexo shall deliver, or shall



DocuSign Envelope ID: 3FAFB661-1808-40A7-B194-D309C3D973EE

direct its agents or designees to deliver, the Counterparty Purchased Cryptocurrency to Counterparty by transfer of immediately available cryptocurrencies on the applicable Cryptocurrency Network to Counterparty's applicable location, wallet, address, account or storage device designated in Exhibit B attached hereto (each a "Counterparty Wallet") or (ii) if Nexo is purchasing the Nexo Purchased Cryptocurrency from Counterparty, then Nexo shall deliver or shall direct its agents or designees to deliver, the Nexo Purchase Price to Counterparty by transfer of immediately available funds or cryptocurrencies on the applicable Cryptocurrency Network the applicable Counterparty Wallet.

(d) In the event a Purchase Order is not settled by the Settlement Date, Nexo shall have the right to terminate such Purchase Order in Nexo's sole discretion.

Section 1.3 Term. This Agreement shall remain in effect until terminated in writing by either Party, however, that any termination shall not affect the Parties' obligations with respect to any completed Purchase Orders entered into prior to such termination.

## ARTICLE II.

## DEFINITIONS

Section 2.1 In addition to the capitalized terms defined elsewhere in this Agreement, the following capitalized terms shall have the meanings specified in this Article II:

"Counterparty Purchased Cryptocurrency" shall mean the number and type of cryptocurrency Counterparty is obligated to purchase from Nexo pursuant to a Purchase Order.

"Counterparty Purchase Price" shall mean the price per applicable cryptocurrency set forth in a Purchase Order multiplied by the number of Counterparty Purchased Cryptocurrency set forth in such Purchase Order.

"Cryptocurrency Network" shall mean the peer-to-peer computer network that governs the transfer of the applicable cryptocurrency.

"Nexo Purchased Cryptocurrency" shall mean the number and type of cryptocurrency Nexo is obligated to purchase from Counterparty pursuant to a Purchase Order.

"Nexo Purchase Price" shall mean the price per applicable cryptocurrency set forth in a Purchase Order multiplied by the number of Nexo Purchased Cryptocurrency set forth in such Purchase Order.

"Foreign Bank" shall mean an organization that (i) is organized under the laws of a foreign country, (ii) engages in the business of banking, (iii) is recognized as a bank by the bank supervisory or monetary authority of the country of its organization or principal banking operations, (iv) receives deposits to a substantial extent in the regular course of its business, and (v) has the power to accept demand deposits, but does not include the U.S. branches or agencies of a foreign bank. "Foreign Shell



CRESS-00000061

DocuSign Envelope ID: 3FAFB661-1808-40A7-B194-D309C3D973EE

Bank" shall mean a Foreign Bank without a Physical Presence in any country, but does not include a regulated affiliate.

"Liens" shall mean security interests, liens, mortgages, hypothecations, pledges, claims (pending or threatened), rights of first refusal, charges, escrows, encumbrances or similar rights.

"Non-Cooperative Jurisdiction" shall mean any country or territory that has been designated as non-cooperative with international anti-money laundering principles or procedures by an intergovernmental group or organization, such as the Financial Action Task Force on Money Laundering ("FATF"), of which the United States is a member and with which designation the United States representative to the group or organization continues to concur. See http://www.fatf- gafi.org for FATF's list of non-cooperative countries and territories.

"OFAC" shall mean the United States Office of Foreign Assets Control. The lists of OFAC prohibited countries, territories, persons and entities can be found on the OFAC website at http://www.treas.gov/offices/enforcement/ofac/.

"Person" shall mean any individual, corporation, partnership, association, limited liability company, trust, estate or other entity, either individually or collectively.

"Physical Presence" shall mean a place of business that is maintained by a Foreign Bank and is located at a fixed address, other than solely a post office box or an electronic address, in a country in which the Foreign Bank is authorized to conduct banking activities, at which location the Foreign Bank (i) employs one or more individuals on a full-time basis, (ii) maintains operating records related to its banking activities, and (iii) is subject to inspection by the banking authority that licensed the Foreign Bank to conduct banking activities.

"Purchase Order" shall mean each email confirmation sent by Counterparty or Nexo, as the case may be, duly confirmed by Counterparty or Nexo, as applicable, before the end of the Review Period as set forth in Section 1.1 herein and incorporated herein by reference, setting forth, among other things, the number of Counterparty Purchased Cryptocurrency or the number of Nexo Purchased Cryptocurrency, the price per applicable cryptocurrency and the Counterparty Purchase Price or the Nexo Purchase Price, in substantially the form attached hereto as Exhibit C.

"Settlement Date" shall mean, with respect to any Purchase, the date designated as such in the Purchase Order relating to such Purchase.

## ARTICLE III.

## REPRESENTATIONS AND WARRANTIES

Section 3.1 Nexo represents and warrants to Counterparty, as of the date hereof and on each Settlement Date:



CRESS-00000062

(a) Nexo is a limited partnership duly organized, validly existing and in good standing under the laws of the Estonia. Nexo has all necessary limited liability company power and authority to enter into this Agreement, to carry out its obligations hereunder and to consummate the transactions contemplated hereby. The execution and delivery by Nexo of this Agreement, the performance by Nexo of its obligations hereunder and the consummation by Nexo of the transactions contemplated hereby have been duly authorized by all requisite company action on the part of Nexo.

(b) This Agreement has been duly executed and delivered by Nexo and (assuming due authorization, execution and delivery by Counterparty), this Agreement constitutes a valid and legally binding obligation of Nexo, enforceable against Nexo in accordance with its terms, except as limited by applicable bankruptcy, insolvency, reorganization, moratorium, fraudulent conveyance, and any other laws of general application affecting enforcement of creditors' rights generally.

(c) Neither the execution and delivery of this Agreement, nor the consummation of the transactions contemplated hereby, does or will conflict with, violate constitute a default under (i) any of Nexo's organizational documents, (ii) any statute, regulation, rule, judgment, order, decree, ruling, charge or other restriction of any government, governmental agency, or court to which Nexo is subject or by which any of its assets or properties are bound, or (iii) any agreement, debt or other instrument to which Nexo is a party or by which any of its assets or properties are bound.

(d) Neither Nexo, nor any Person who controls Nexo or any Person for whom Nexo is acting as an agent or nominee, as applicable (1) bears a name that appears on the List of Specially Designated Nationals and Blocked Persons maintained by OFAC from time to time; (2) is a Foreign Shell Bank; or (3) resides in or whose subscription funds are transferred from or through an account in a Non-Cooperative Jurisdiction.

(e) With respect to any Counterparty Purchased Cryptocurrency that Nexo sells, transfers and delivers to Counterparty in any Purchase Order, Nexo is the lawful owner of such Counterparty Purchased Cryptocurrency with good and marketable title thereto, free and clear of any and all Liens, and Nexo has the absolute right to sell, assign, convey, transfer and deliver such Counterparty Purchased Cryptocurrency. Upon consummation of such purchase, Counterparty will be vested with good and valid title to such Counterparty Purchased Cryptocurrency free and clear of any and all Liens.

(f) Nexo is the lawful owner of each Nexo Wallet, and has good title thereto. Each Nexo Wallet is owned and operated solely for the benefit of Nexo, and no Person, other than Nexo, has any right, title or interest in any Nexo Wallet.

(g) Nexo agrees, understands and acknowledges that (i) Counterparty engages in the bilateral purchase and sale of cryptocurrencies, including any such transaction contemplated by this Agreement, solely on a proprietary basis for investment purposes for its own account; (ii) if Counterparty transacts with Nexo it does so solely on a bilateral basis; and (iii) Counterparty is not providing and will not provide any fiduciary, advisory, exchange or other similar services with respect to Nexo, any person



                    CRESS-00000063

related to or affiliated with Nexo, or any transaction subject to this Agreement. Nexo further agrees, represents and warrants that (x) Nexo is solely responsible for any decision to enter into a transaction subject to this Agreement, including the evaluation of any and all risks related to any such transaction; and (y) in entering into any such transaction, Nexo has not relied on any statement or other representation of Counterparty other than as expressly set forth herein.

Section 3.2 Counterparty hereby represents and warrants to Nexo, as of the date hereof and on each Settlement Date:

(a) Counterparty is a natural person or legal  entity duly organized, validly existing and in good standing under the laws of its jurisdiction. Counterparty has all necessary power and authority to enter into this Agreement, to carry out its obligations hereunder and to consummate the transactions contemplated hereby. The execution and delivery by Counterparty of this Agreement, the performance by Counterparty of its obligations hereunder and the consummation by Counterparty of the transactions contemplated hereby have been duly authorized by all requisite company action on the part of Counterparty.

(b) This Agreement has been duly executed and delivered by Counterparty and (assuming due authorization, execution and delivery by Nexo), this Agreement constitutes a valid and legally binding obligation of Counterparty, enforceable against Counterparty in accordance with its terms, except as limited by applicable bankruptcy, insolvency, reorganization, moratorium, fraudulent conveyance, and any other laws of general application affecting enforcement of creditors' rights generally.

(c) Neither the execution and delivery of this Agreement, nor the consummation of the transactions contemplated hereby, does or will conflict with, violate or constitute a default under (i) any of Counterparty's organizational documents, (ii) any statute, regulation, rule, judgment, order, decree, ruling, charge or other restriction of any government, governmental agency, or court to which Counterparty is subject or by which any of its assets or properties are bound, or (iii) under any agreement, debt or other instrument to which Counterparty is a party or by which any of its assets or properties are bound.

(d) Neither Counterparty, nor any Person who controls Counterparty or any Person for whom Counterparty is acting as an agent or nominee, as applicable (1) bears a name that appears on the List of Specially Designated Nationals and Blocked Persons maintained by OFAC from time to time; (2) is a Foreign Shell Bank; or (3) resides in or whose subscription funds are transferred from or through an account in a Non-Cooperative Jurisdiction.

(e) With respect to any Nexo Purchased Cryptocurrency, Counterparty sells, transfers and delivers to Nexo in any Purchase Order, Counterparty is the lawful owner of such Nexo Purchased Cryptocurrency with good and marketable title thereto, free and clear of any and all Liens and Counterparty has the absolute right to sell, assign, convey, transfer and deliver such Nexo Purchased Cryptocurrency. Upon consummation of such purchase, Nexo will be vested with good and valid title to such Nexo Purchased Cryptocurrency is free and clear of any and all Liens.



CRESS-00000064

(f) Counterparty is the lawful owner of each Counterparty Wallet, and has good title thereto. Each Counterparty Wallet is owned and operated solely for the benefit of Counterparty, and no Person, other than Counterparty, has any right, title or interest in any Counterparty Wallet

(g) Counterparty agrees, understands and acknowledges that (i) Nexo engages in the bilateral purchase and sale of cryptocurrencies, including any such transaction contemplated by this Agreement, solely on a proprietary basis for investment purposes for its own account; (ii) if Nexo transacts with Counterparty it does so solely on a bilateral basis; and (iii) Nexo is not providing and will not provide any fiduciary, advisory, exchange or other similar services with respect to Counterparty, any person related to or affiliated with Counterparty, or any transaction subject to this Agreement. Counterparty further agrees, represents and warrants that (x) Counterparty is solely responsible for any decision to enter into a transaction subject to this Agreement, including the evaluation of any and all risks related to any such transaction; and (y) in entering into any such transaction, Counterparty has not relied on any statement or other representation of Nexo other than as expressly set forth herein.

ARTICLE IV.

MISCELLANEOUS

Section 4.1 Amendments; Waivers. The provisions of this Agreement may be amended only if the other Party has consented in writing to such amendment, action or omission. No such consent with respect to any such action or omission shall operate as a consent to, waiver of, or estoppel with respect to, any other or subsequent action or omission. No failure to exercise and no delay in exercising any right, remedy or power hereunder shall operate as a waiver thereof, nor shall any single or partial exercise of any right, remedy or power hereunder preclude any other or further exercise thereof or the exercise of any other right, remedy or power provided herein or by law or at equity.

Section 4.2 Assignment; Successors and Assigns. This Agreement shall be binding on and inure to the benefit of the Parties and their respective successors, heirs, personal representatives, and permitted assigns. Counterparty may not assign or delegate its rights or obligations hereunder without the prior written consent of Nexo, which may be withheld in Nexo's sole discretion.

Section 4.3 Severability. Whenever possible, each provision of this Agreement will be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Agreement is held to be prohibited by or invalid under applicable law, such provision will be ineffective only to the extent of such prohibition or invalidity, without invalidating the remainder of this Agreement.

Section 4.4 Descriptive Headings and Construction. The descriptive headings of this Agreement are inserted for convenience only and do not constitute a part of this Agreement. Unless otherwise indicated, references to Articles and Sections herein are references to Articles and Sections of this Agreement.



CRESS-00000065

DocuSign Envelope ID: 3FAFB661-1808-40A7-B194-D309C3D973EE

Section 4.5 Governing Law. This Agreement shall be governed by, and construed and enforced in accordance with, the laws of Estonia.

Section 4.6 Confidentiality. Each of Nexo and Counterparty hereby agrees to not disclose, and to otherwise keep confidential, the transactions contemplated hereby, the existence or nature of any relationship between the Parties, the name of the other Party or the fact that the Parties engaged in any transaction ("Confidential Information"), provided, however, that each Party may disclose Confidential Information to its directors, officers, members, employees, agents, affiliates, and professional advisers or to financial institutions providing services to a Party in connection with any applicable anti-money laundering or compliance requirements . If either Party is required by law, rule or regulation, to disclose such information (the "Required Party"), the Required Party will, to the extent legally permissible, provide the other Party (the "Subject Party") with prompt written notice of such requirement so that such Subject Party may seek (at its sole cost and expense) an appropriate protective order or waive compliance with this Section 4.6. The Subject Party shall promptly respond to such request in writing by either authorizing the disclosure or advising of its election to seek such a protective order, or, if such Subject Party fails to respond promptly (or responds promptly but either waives compliance with this Section 4.6, or a protective order is not obtained), then, such disclosure shall be deemed approved, and the Required Party may disclose that portion of the Confidential Information that is required to be disclosed by applicable law. The confidentiality obligations set forth in this Section 4.6 shall survive the termination or expiration of this Agreement.

Section 4.7 Entire Agreement. This Agreement and each Purchase Order executed on or after the date hereof contain the entire agreement among the Parties with respect to the subject matter hereof and supersede all prior agreements and understandings, written or oral, among the Parties with respect thereto.

Section 4.8 Counterparts. This Agreement may be executed in one or more counterparts, each of which when so executed and delivered shall be an original, but all such counterparts taken together shall constitute one and the same instrument. Transmission by telecopy, email or other form of electronic transmission of an executed counterpart of this Agreement shall be deemed to constitute due and sufficient delivery of such counterpart.

Section 4.9 Notices, Consents, etc. Any notices, consents or other communications required or permitted to be sent or given hereunder by either of the Parties shall in every case be in writing and shall be deemed properly served if sent via email, to the Parties, at the email addresses as set forth by the Parties. Date of service of such notice shall be (w) the date such notice is personally delivered or sent by email, (x) three (3) business days after the date of mailing if sent by certified or registered mail, or (y) one (1) business day after date of delivery to the overnight courier if sent by overnight courier.

Section 4.10 No Third Party Beneficiary. The terms and provisions of this Agreement are intended solely for the benefit of each Party and their respective successors or permitted assigns, and it is not the intention of the Parties to confer third-party beneficiary rights upon any other Person.



CRESS-00000066

DocuSign Envelope ID: 3FAFB661-1808-40A7-B194-D309C3D973EE

**IN WITNESS WHEREOF,** the parties to this Agreement have set their respective hands hereto as of the date first written above.

For Nexo:

DocuSigned by:

*Antoni Trenchev*

D7C50E8708A948F...

_____

For Counterparty:

DocuSigned by:

JOHN THOMAS CRESS

8BF7C4B1ACAA46A...

_____

CONFIDENTIAL

CRESS-00000067

# EXHIBIT F

# NEXO-00003125

Message
_____

**From**: Hristiyan Hristov [hristiyan@nexo.io]
**Sent**: 19/03/2021 10:24:00
**To**: John Cress [jtc88@hotmail.com]
**Subject**: Re: Nexo VIP Customer Program

Hello John,

Thank you for the email. Happy to schedule a call with you.

Feel free to book a time slot from <u>here</u>.

Looking forward to e-meeting you.

.

On Thu, Mar 18, 2021 at 10:57 AM John Cress <<u>jtc88@hotmail.com</u>> wrote:

Hristiyan,

I spoke with Ahmed in support and he said that you or someone will call me by 12:00 midnight, but there was no call and then at 1:30 AM I started talking with Kiril in support and he told me to email you to make an appointment.   Can you please tell me when you are available tomorrow, Thursday?   I'm in San Francisco and I don't know where you are, so please translate your available hours to California time - PST.

John

_____

**From:** John Cress <<u>jtc88@hotmail.com</u>>
**Sent:** Wednesday, March 17, 2021 9:29 PM
**To:** Hristiyan Hristov <<u>hristiyan@nexo.io</u>>
**Subject:** Re: Nexo VIP Customer Program

Hristiyan,

I sent my BTC over to Nexo because my goal was to do borrowing and lending.   The very next day after I sent over my money, there was nobody I could call to talk to and Nexo lowered their earnings interest rate by 1% and the only thing I could do is read through the Telegram chat.   During that time was a great time for borrowing because Bitcoin was down to $43,000 - $45,000 and there's a much less chance it will go down another 23% from that price for liquidation.   The higher the bitcoin price goes, the more I'm feeling like I'm less comfortable borrowing.     I'm glad that I will finally have a chance to talk to someone, however, now Bitcoin is up to $60,000 and I feel more nervous borrowing.   I wish I had this conversation a couple weeks ago.   I do have a list of questions to ask Nexo, but I didn't know I have a contact besides a chat bot.   The only problem now is that I still can't get through.     Your phone number does not work.   I went through the Chat bot again and told this information to Ahmed and he replied and said "I understand, let me check.", but he has not written back since..... so I'm still waiting to talk to someone.

John

_____

CONFIDENTIAL                                                                                                    NEXO-0003125

**From:** John Cress <jtc88@hotmail.com>
**Sent:** Wednesday, March 17, 2021 9:02 PM
**To:** Hristiyan Hristov <hristiyan@nexo.io>
**Subject:** Re: Nexo VIP Customer Program

Hristiyan,

I tried to call you again, but I'm having trouble.   The first time it rang with no answer or voicemail, the second time there was a busy signal, and the third time there was an operator that said "please press 0 to connect the call" and I pressed 0 and then there was a long silence and then the call hung up.   The fourth time I tried, the operator said "please press 9 to connect the call" and the same thing happened.   I called a fifth time and the operator said "please press 3 to connect the call" and the same thing happened......

In the program brochure that you offered, there's a mention of "Direct phone number availability", but there's no phone number offered there.    Right now I am still waiting for you to call me.    Can you please call me at 415-298-4366.

John

---

**From:** John Cress <jtc88@hotmail.com>
**Sent:** Wednesday, March 17, 2021 3:31 PM
**To:** Hristiyan Hristov <hristiyan@nexo.io>
**Subject:** Re: Nexo VIP Customer Program

Hi Hristiyan,

Yes, I am very interested and I have a list of questions to ask Nexo to decide if my funds are safe and insured etc because I still have many decisions to make.   The problem now is that I just tried to call your phone and it rang about 10 times and then hung up with no voicemail, so I don't know how I can reach you.    Does Nexo have someone local I can talk to?   I live in San Francisco and right now it's 3:30 pm my time.    If you want to try to call me back, my local number is 1-415-298-4366.   Thank you,

John

> On Mar 17, 2021, at 4:48 AM, Hristiyan Hristov <hristiyan@nexo.io> wrote:
>
> Hi John,
>
> I am following up on the email I sent you a couple of days ago. I thought you would appreciate some additional details regarding what it means to be enrolled in our VIP program.
>
> Apart from having a dedicated relationship manager to help with any product related questions, you also get a priority support SLA, and access to a list of exclusive OTC services like the Portfolio Booster and the Zero Cost Loan. Find more details in the program brochure pdf.
>
> I will be happy to tell you more about any of the services listed in the brochure. Let me know if any of them spark your interest.
>
> I look forward to hearing from you.

CONFIDENTIAL                                                                                    NEXO-0003126

Best regards,

**Hristiyan Hristov**

Relationship Manager

+44 1618 188979



.



Banking on Crypto
**nexo.io**

--

Best regards,

**Hristiyan Hristov**

Relationship Manager

+41 43 505 18 13



**Banking on Crypto**
nexo.io

CONFIDENTIAL

NEXO-0003127

# EXHIBIT G

# CRESS-00000659



## DIGITAL PAYMENT TOKEN TRADE CONFIRMATION

Reference is made to the certain Sale & Purchase Agreement (the "**Agreement**") by and between John Cress (the "**Counterparty**"), and GSR Markets Ltd ("**GSR**"). This Trade Confirmation supplements, forms a part of, and is subject to the Agreement, and documents a prior agreed trade between the Parties. All terms of the Agreement govern this Trade Confirmation unless expressly modified below. In the event of any inconsistency between the Agreement and this Trade Confirmation, this Trade Confirmation will prevail.

## Economic terms:

| | |
|---|---|
| **Trade Date** | October 21, 2021 |
| **Buyer** | GSR Markets Ltd |
| **Seller** | John Cress |
| **Cross** | NEXO/USDC |
| **Fee** | 1.00 % |
| **Price** | 1.63961 |
| **Quantity** | 1,055,536.00 |
| **Proceeds** | 1,730,665.59 |
| **Trade Type** | Liquidation |
| **Settlement** | T+0 |

--

Thanks for the trade,

GSR OTC Trading Team

CONFIDENTIAL

CRESS-00000659