# EXHIBIT 18

# CRESS-00019317

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Nexo (NEXO) \| ERC-20 \| Address: 0xb62132e3...d8d815206 \| Etherscan |
| Capture URL: | https://etherscan.io/ token/0xb62132e35a6c13ee1ee0f84dc5d40bad8d815206#balances |
| Page loaded at (UTC): | Thu, 06 Aug 2026 16:44:18 GMT |
| Capture timestamp (UTC): | Thu, 06 Aug 2026 16:44:23 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 4 |
| Capture ID: | fVpBZuQu5VYiauqSRfBbPj |
| Display Name: | maxambrose |

PDF REFERENCE #:    ob8T73L84YGj2PQDJ5RgDR

CRESS-00019317



ETH Price: $1,912.56 (+1.09%)    Gas: 0.2 Gwei    Search by Address / Txn Hash / Block / Token / Domain Nam

| # | | | | Quantity | Percentage | Value | |
|---|---|---|---|---|---|---|---|
| 6 | Nexo 54 | Exchange | | 86,145,831.0000 | 8.6146% | $62,154,475.50 | |
| 7 | Nexo 49 | Exchange | | 57,618,872.6260 | 5.7619% | $41,572,189.46 | |
| 8 | Null: 0x333...333 | | | 33,333,332.0000 | 3.3333% | $24,050,099.04 | |
| 9 | Null: 0x444...444 | | | 13,749,996.0000 | 1.3750% | $9,920,663.36 | |
| 10 | Nexo 55 | Exchange | | 10,461,037.4713 | 1.0461% | $7,547,669.92 | |
| 11 | 0x590ff6c8...1df987018 | | | 5,121,010.0200 | 0.5121% | $3,694,824.09 | |
| 12 | Binance: Hot Wallet 20 | Exchange | | 4,800,000.0000 | 0.4800% | $3,463,214.40 | |
| 13 | 0x842f83cd...3869cc7c7 | | | 4,000,000.0000 | 0.4000% | $2,886,012.00 | |
| 14 | Bybit: Wallet 108 | Exchange | | 3,733,357.8572 | 0.3733% | $2,693,628.89 | |
| 15 | 0x5830c39a...ee8ce19a0 | | | 2,617,739.9284 | 0.2618% | $1,888,707.21 | |
| 16 | 0x10194447...8be2321c7 | | | 1,825,987.3289 | 0.1826% | $1,317,455.34 | |
| 17 | 0x95cc4b13...40a7bc85e | | | 1,682,408.0661 | 0.1682% | $1,213,862.47 | |
| 18 | 0xdda42607...80878fbf9 | | | 1,642,495.4823 | 0.1642% | $1,185,065.42 | |
| 19 | Uniswap V3: NEXO | | | 1,517,945.6876 | 0.1518% | $1,095,202.37 | |
| 20 | IDEX | Exchange | | 1,438,749.0588 | 0.1439% | $1,038,061.76 | |
| 21 | 0xb1c65c93...50f7a464d | | | 891,614.5510 | 0.0892% | $643,302.57 | |
| 22 | 0xf8a8425e...213145530 | | | 848,720.2997 | 0.0849% | $612,354.24 | |
| 23 | Huobi: Recovery | Exchange | | 848,665.9278 | 0.0849% | $612,315.01 | |
| 24 | 0x2558a954...97cc93a32 | | | 745,602.6267 | 0.0746% | $537,954.53 | |
| 25 | 0xa6184c06...8cb0d0132 | | | 613,486.5594 | 0.0613% | $442,632.39 | |

Show: 25 ∨ Records

First < Page 1 of 40 > Last

[ Download: CSV Export ⬇ ]

A token is a representation of an on-chain or off-chain asset. The token page shows information such as price, total supply, holders, transfers and social links. Learn more about this page in our Knowledge Base.



Back to Top

Powered by Ethereum

Etherscan is a Block Explorer and Analytics Platform for Ethereum, a decentralized smart contracts platform.

**Company**
About Us
Brand Assets
Contact Us
Careers    We're Hiring!
Terms & Privacy
Bug Bounty
Trust Center

**Community**
API Documentation
Knowledge Base
Network Status
Newsletters
What is a Block Explorer?

**Products & Services**
Etherscan Premium
Advertise
Explorer as a Service (EaaS)
Etherscan API
Priority Support
Blockscan
Blockscan Chat

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.    Got it!    Etherscan AI  Beta

Document title: Nexo (NEXO) | ERC-20 | Address: 0xb62132e3...d8d815206 | Etherscan
Capture URL: https://etherscan.io/token/0xb62132e35a6c13ee1ee0f84dc5d40bad8d815206#balances
Capture timestamp (UTC): Thu, 06 Aug 2026 16:44:23 GMT

Page 2 of 3

CRESS-00019319

ETH Price: $1,912.56 (+1.09%)    Gas: 0.2 Gwei    Search by Address / Txn Hash / Block / Token / Domain Nam

| # | | | | | |
|---|---|---|---|---|---|
| 7 | Nexo 49 | Exchange | 57,618,872.6260 | 5.7619% | $41,572,189.46 |
| 8 | Null: 0x333...333 | | 33,333,332.0000 | 3.3333% | $24,050,099.04 |
| 9 | Null: 0x444...444 | | 13,749,996.0000 | 1.3750% | $9,920,663.36 |
| 10 | Nexo 55 | Exchange | 10,461,037.4713 | 1.0461% | $7,547,669.92 |
| 11 | 0x590ff6c8...1df987018 | | 5,121,010.0200 | 0.5121% | $3,694,824.09 |
| 12 | Binance: Hot Wallet 20 | Exchange | 4,800,000.0000 | 0.4800% | $3,463,214.40 |
| 13 | 0x842f83cd...3869cc7c7 | | 4,000,000.0000 | 0.4000% | $2,886,012.00 |
| 14 | Bybit: Wallet 108 | Exchange | 3,733,357.8572 | 0.3733% | $2,693,628.89 |
| 15 | 0x5830c39a...ee8ce19a0 | | 2,617,739.9284 | 0.2618% | $1,888,707.21 |
| 16 | 0x10194447...8be2321c7 | | 1,825,987.3289 | 0.1826% | $1,317,455.34 |
| 17 | 0x95cc4b13...40a7bc85e | | 1,682,408.0661 | 0.1682% | $1,213,862.47 |
| 18 | 0xdda42607...80878fbf9 | | 1,642,495.4823 | 0.1642% | $1,185,065.42 |
| 19 | Uniswap V3: NEXO | | 1,517,945.6876 | 0.1518% | $1,095,202.37 |
| 20 | IDEX | Exchange | 1,438,749.0588 | 0.1439% | $1,038,061.76 |
| 21 | 0xb1c65c93...50f7a464d | | 891,614.5510 | 0.0892% | $643,302.57 |
| 22 | 0xf8a8425e...213145530 | | 848,720.2997 | 0.0849% | $612,354.24 |
| 23 | Huobi: Recovery | Exchange | 848,665.9278 | 0.0849% | $612,315.01 |
| 24 | 0x2558a954...97cc93a32 | | 745,602.6267 | 0.0746% | $537,954.53 |
| 25 | 0xa6184c06...8cb0d0132 | | 613,486.5594 | 0.0613% | $442,632.39 |

Show: 25 ∨ Records

First  ‹  Page 1 of 40  ›  Last

[ Download: CSV Export ⬇ ]

A token is a representation of an on-chain or off-chain asset. The token page shows information such as price, total supply, holders, transfers and social links. Learn more about this page in our Knowledge Base.



↑ Back to Top

◆ Powered by Ethereum

Etherscan is a Block Explorer and Analytics Platform for Ethereum, a decentralized smart contracts platform.

**Company**
About Us
Brand Assets
Contact Us
Careers  We're Hiring!
Terms & Privacy
Bug Bounty
Trust Center

**Community**
API Documentation
Knowledge Base
Network Status
Newsletters
What is a Block Explorer?

**Products & Services**
Etherscan Premium
Advertise
Explorer as a Service (EaaS)
Etherscan API
Priority Support
Blockscan ⬀
Blockscan Chat ⬀

Etherscan © 2026 (B1)

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.  Got it!

Etherscan AI  Beta

Donations: 0x71c765...d8976f ❤

CRESS-00019320