# EXHIBIT 19

# CRESS-00019321



| | |
|---|---|
| Document title: | Dividend Details & Nexo Earnings Explained |
| Capture URL: | https://nexo.com/blog/dividend-details |
| Page loaded at (UTC): | Thu, 06 Aug 2026 16:47:55 GMT |
| Capture timestamp (UTC): | Thu, 06 Aug 2026 16:47:59 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 4 |
| Capture ID: | rYfPruCtioEpV6aXju6YBP |
| Display Name: | maxambrose |

PDF REFERENCE #:    ahcnSZisxjPti5myBrzrn3

CRESS-00019321

  

# Dividend Details

Jun 11, 2021  •  2 min read



As stated in Nexo's first Governance proposal, switching to the new Daily Interest on NEXO Tokens program triggers a final dividend distribution to ensure investors who have been HODLing for dividends are not adversely affected by the change.

Now that vote has passed and the proposal has been accepted, we present to you the details of the upcoming final dividend:

- **$20,428,359.89** will be distributed to eligible token holders during the final Dividend.

- **Record Date:** The official snapshot for the final Dividend took place at 12:01 UTC on June 8, 2021.

- **Loyalty Dividend:** The entire final dividend will be distributed as a Loyalty Dividend and will be paid out individually for each NEXO Token based on how long it has been in your Nexo account from one ex-dividend date to the next.

- **Payout Currency:** All token holders including US citizens will receive their dividend payouts in NEXO Tokens.

- **Token Price:** As per the commitment we made during the previous dividend, we will use the market price of the NEXO Token at 15:00 UTC on the official Record Date for the June 2021 payout which was $1.8620.

- **Eligibility:** To be eligible for dividends you must have had NEXO Tokens in your Nexo account between August 5, 2020 15:00 UTC and June 8, 2021 12:01 UTC, and have passed Identity Verification by June 8, 2021 12:01 UTC.

- **Bonus Dividends:** If you participated in the August 2020 Bonus Dividend scheme and still have locked NEXO Tokens from this payout, rest assured



Document title: Dividend Details & Nexo Earnings Explained
Capture URL: https://nexo.com/blog/dividend-details
Capture timestamp (UTC): Thu, 06 Aug 2026 16:47:59 GMT

CRESS-00019322

12:01 UTC, and have passed identity verification by June 8, 2021 12:01 UTC.

- **Bonus Dividends:** If you participated in the August 2020 Bonus Dividend scheme and still have locked NEXO Tokens from this payout, rest assured that those tokens will be eligible for the June 16, 2021 dividend.

With less than a week until we distribute the last Nexo Dividend, we'd like to take this opportunity to thank all of our loyal investors and our community for your continued support for our company and token. We trust you will continue with us as we begin rewarding token holders *every day* through the new Daily Interest scheme.

Home > Blog > Dividend Details

# Get updates, insights, and reports on the latest industry trends.

| Enter your email | Subscribe |

# Download the Nexo app on your mobile device.






24/7 client care



Operating since 2018



SOC 2 Type 2 certified

| Personal | Business | Company | Legal | Buy assets | Follow Nexo |
|---|---|---|---|---|---|
| Buy Crypto | Corporates | About | Terms and Conditions | Buy Bitcoin | |
| Flexible Savings | Institutions | Ambassadors | Privacy Policy | Buy Tether | |
| Fixed-term Savings | White Label | Security | Cookies Policy | Buy Tron | |

Document title: Dividend Details & Nexo Earnings Explained
Capture URL: https://nexo.com/blog/dividend-details
Capture timestamp (UTC): Thu, 06 Aug 2026 16:47:59 GMT

CRESS-00019323

 **NEXO**     Personal    Business    Markets    Company          Log in    **Sign up**

## Get updates, insights, and reports on the latest industry trends.

| Enter your email | | Subscribe ✉ |

## Download the Nexo app on your mobile device.



Download on the App Store

GET IT ON Google Play

---



**24/7 client care**

🏛

**Operating since 2018**

🛡

**SOC 2 Type 2 certified**

---

**Personal**

Buy Crypto

Flexible Savings

Fixed-term Savings

Exchange

Credit Line

Nexo Crypto Card

Dual Investment

Futures

Loyalty Program

Private Clients

Tax Reporting

Referral Program

Affiliate Program

**Business**

Corporates

Institutions

White Label

Nexo Ventures

Payment Gateway

**Company**

About

Ambassadors

Security

Partnerships

Wealth Academy

Vulnerability Disclosure

News & Insights

Help Center

Status Center

Contacts

Sitemap

**Legal**

Terms and Conditions

Privacy Policy

Cookies Policy

Fee Schedule

**Buy assets**

Buy Bitcoin

Buy Tether

Buy Tron

Buy Solana

Buy USD Coin

Buy Toncoin

Buy Ethereum

Buy XRP

Buy Litecoin

**Follow Nexo**

𝕏  ▶  📷

---

All or part of the Nexo Services, some features thereof, or some Digital Assets, are not available in certain jurisdictions, including where restrictions or limitations may apply, as indicated on the Nexo Platform and in the relevant general terms and conditions. While the nature of digital assets is unique, and when considering digital assets in the context of wealth enhancement, any such reference is for a general understanding of Nexo's offerings. Materials related to Nexo's services should not be treated as a guarantee of future results or as financial advice. When terms such as "up to" or "from" are used to denote limits, achieving these maximum or minimum thresholds may be conditional on additional actions or fulfilment of certain criteria and requirements that may not be attainable by all clients. This material is for general information purposes only and is not intended to provide and should not be relied on for tax, legal or accounting advice. You should consult a qualified professional, as this material is not tailored to your specific circumstances. When referencing digital assets as potential investments, any similarities with the traditional concept of investments are entirely circumstantial, therefore any parallels between them should not be interpreted as deliberate or intended. Rates are subject to change and may vary by region, loyalty tier, and other applicable factors. Always refer to the Nexo app for your applicable rates. Assets under management figure updated on a quarterly basis. Latest available data as of Q1 2026

© 2018 - 2026 Nexo



---

Document title: Dividend Details & Nexo Earnings Explained
Capture URL: https://nexo.com/blog/dividend-details
Capture timestamp (UTC): Thu, 06 Aug 2026 16:47:59 GMT

CRESS-00019324