# EXHIBIT 27

# CRESS-00019325



| | |
|---|---|
| Document title: | Nexo's Buyback Program: What It Is and Why It Matters |
| Capture URL: | https://nexo.com/blog/what-are-buyback-programs-and-why-does-nexo-have-one |
| Page loaded at (UTC): | Thu, 06 Aug 2026 17:10:27 GMT |
| Capture timestamp (UTC): | Thu, 06 Aug 2026 17:10:29 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 6 |
| Capture ID: | cWX12La2zUHxuZzUMRN3vP |
| Display Name: | maxambrose |

PDF REFERENCE #:        eJAxkcsSqPNmYaAFfuXf7s

CRESS-00019325



**NEXO**    Personal    Business    Markets    Company        Log in    **Sign up**

# What are buyback programs and why does Nexo have one?

Dec 08, 2020  •  5 min read



On December 3, 2020, we launched another major installment of the Nexonomics series: our $12M NEXO Token buyback program.

As we unveiled the details of this latest release, a few Nexonians asked for additional information on our buyback program, and on the purpose and mechanism of repurchases in general. So to make sure NEXO Token holders are all on the same page, we would like to use the opportunity to shed additional light on this process inspired by traditional finance and embraced by its digital counterpart.

## What is a buyback?

A **buyback**, also known as a repurchase, is a mechanism whereby **a company uses cash resources to re-acquire a portion of its own shares**, or in the case of crypto – tokens, thus reducing the volume of shares/ tokens outstanding on the open market.

As part of a buyback program, a company pays its investors the market price per share or offers a premium to the current market price to repurchase a portion of its shares/ tokens, which was distributed among external shareholders/ token holders up until then.

Typically, buyback programs take months or even years to complete and are executed at different prices over time. To take an example, in March 2020 Japanese conglomerate SoftBank unveiled a plan for a 2.5 trillion yen ($23 billion) buyback and forecasted that it would take about four quarters to execute the repurchase.

**What happens to the reacquired shares?** The previously outstanding



Document title: Nexo's Buyback Program: What It Is and Why It Matters
Capture URL: https://nexo.com/blog/what-are-buyback-programs-and-why-does-nexo-have-one
Capture timestamp (UTC): Thu, 06 Aug 2026 17:10:29 GMT

CRESS-00019326



Personal    Business    Markets    Company          Log in    **Sign up**

(\$23 billion) buyback and forecasted that it would take about four quarters to execute the repurchase.

**What happens to the reacquired shares?** The previously outstanding shares are not automatically eliminated. Instead, companies can choose to either cancel and permanently retire them OR continue to hold them in their treasuries for a later reissue. Treasury shares have no voting rights and are recorded on the balance sheet. In crypto-specific terminology, retiring repurchased tokens is usually referred to as a buyback and burn, because tokens get removed from circulation forever. Burning guarantees that those particular shares are never re-issued.

## Why do companies carry out buybacks?

Buyback use cases vary and depend on a number of factors, including macroeconomic indicators, how mature and financially healthy a company is, and what the investment opportunities available are, among others.

Although the economic consequences of the COVID-19 pandemic may have caused many companies to freeze their share repurchases, buybacks are generally a conventional means – like dividends – to reward investors. A key difference between a buyback and a dividend is that the former does not guarantee what the future return will be, while the latter promises a definite, fixed gain. NEXO Token holders are now offered both.

- A company may opt for a buyback when it is bullish on its stock and feels that its shares are trading at a price below their value. Big corporations are no strangers to regular buyback programs and investors like them, because they see an immediate effect: **the pulling of shares out of the open market results in a price boost** as the value of the repurchased stock gets distributed among fewer shareholders. Share repurchases are great news for investors, too, because they lift stock prices by limiting the supply of shares available for sale. It's supply and demand in action. To use our earlier example, SoftBank's buyback helped the company's share price reach two-decade highs.

- In addition to sweetening investors' positions, **buybacks tend to improve some valuation ratios** for the remaining shares on the market. Therefore, companies sometimes carry out buybacks as a hasty remedy for their financial statements, boosting their earnings per share (EPS). A related interpretation, however, states that a buyback is a sign that the company is financially stable and thus no longer in need of additional equity funding.

- Yet another motive for a share repurchase could be an enterprise planning **to compensate its staff and management with stock**. It would then buy back some shares rather than issue new ones – an issuance would dilute the ownership of existing investors.

- Just as important as the above-mentioned reasons is the fact that executing a buyback **increases a stock's liquidity** and by default **lowers price volatility**. As with other new industries, crypto markets are volatile, meaning that investor confidence in digital assets is not as widespread as with traditional stock. Buybacks within the crypto space can thus be



CRESS-00019327



Personal    Business    Markets    Company         Log in    **Sign up**

**price volatility**. As with other new industries, crypto markets are volatile, meaning that investor confidence in digital assets is not as widespread as with traditional stock. Buybacks within the crypto space can thus be used to bring liquidity to an asset and appease anxious investors with the ensuing price stability. They are usually an indicator that the issuer has extra cash on hand and that it has decided to **reinvest** some of it **in itself.**

## Why is Nexo doing a buyback?

Although, as demonstrated by the recent price surge, the market is finally acknowledging our native token's potential, the Nexo Team believes that **NEXO is still heavily undervalued** and trading at a discount. Our $12-million buyback program seeks to rectify this as part of Nexonomics – a comprehensive series of new features and upgrades designed to drive the NEXO Token's tokenomics, reinforce its utility, and boost its value in the digital economy.

True to Nexonomics' mission, the buyback program seeks to increase the growth potential and stability of the NEXO Token by boosting its liquidity, reducing price volatility, and contributing to price appreciation. This ultimately gives our token holders additional security that the NEXO Token's value will continue to rise, thus encouraging them to HODL. At our end, this will further ensure the sustainability of the Nexo ecosystem as an extension of our self-sufficient business model.

The results of our tokenomics overhaul confirm not only our belief in the NEXO Token's inherent value and prospects but also its desirability: since the start of Nexonomics on October 27, the price of our native token has increased by a whopping 173% to 0.44 apiece as of December 7 and over 60% of our clients chose to earn interest in NEXO Tokens. With the buyback program guaranteeing the supply remains limited, we are laying the groundwork for an even more desirable NEXO Token, with an even stronger token economy.

## What will happen to repurchased NEXO Tokens?

Like with stocks, repurchased tokens are either canceled (burnt) or kept for future applications. The NEXO Tokens, which Nexo will repurchase as part of the buyback program, will be placed in an Investor Protection Reserve (IPR), visible at this ERC-20 address, for transparency.

As you know, Nexo distributes 30% of its net profits to token holders through dividends at least once per year. Tokens locked into the IPR will not be eligible for dividends, making the program all the more beneficial to loyal NEXO Token holders during future dividend distributions.

Each buyback will vest for a minimum of 12 months after the repurchase. Once vested, repurchased tokens may be re-locked or withdrawn and used for interest and reward payments, liquidity provision on decentralized exchanges, and dividend distributions.



Document title: Nexo's Buyback Program: What It Is and Why It Matters
Capture URL: https://nexo.com/blog/what-are-buyback-programs-and-why-does-nexo-have-one
Capture timestamp (UTC): Thu, 06 Aug 2026 17:10:29 GMT

CRESS-00019328

NEXO

Personal    Business    Markets    Company

Log in    Sign up

Once vested, repurchased tokens may be re-locked or withdrawn and used for interest and reward payments, liquidity provision on decentralized exchanges, and dividend distributions.

Additional budgets may be allocated for future repurchases in accordance with company growth and market conditions.

. . .

We firmly believe that the vast financial world should be accessible to everyone and hope that this explainer will be of use to you.

Home  >  Blog  >  What Are Buyback Programs And Why Does Nexo Have One

# Get updates, insights, and reports on the latest industry trends.

# Download the Nexo app on your mobile device.

Enter your email    Subscribe ✉



Download on the App Store
GET IT ON Google Play


24/7 client care


Operating since 2018


SOC 2 Type 2 certified

| Personal | Business | Company | Legal | Buy assets | Follow Nexo |
|---|---|---|---|---|---|
| Buy Crypto | Corporates | About | Terms and Conditions | Buy Bitcoin | |
| Flexible Savings | Institutions | Ambassadors | Privacy Policy | Buy Tether | |

Document title: Nexo's Buyback Program: What It Is and Why It Matters
Capture URL: https://nexo.com/blog/what-are-buyback-programs-and-why-does-nexo-have-one
Capture timestamp (UTC): Thu, 06 Aug 2026 17:10:29 GMT

CRESS-00019329



## NEXO

Personal    Business    Markets    Company

Log in    **Sign up**

# Get updates, insights, and reports on the latest industry trends.

# Download the Nexo app on your mobile device.

Enter your email    **Subscribe** ✉




**24/7 client care**

🏛
**Operating since 2018**

🛡
**SOC 2 Type 2 certified**

| **Personal** | **Business** | **Company** | **Legal** | **Buy assets** | **Follow Nexo** |
|---|---|---|---|---|---|
| Buy Crypto | Corporates | About | Terms and Conditions | Buy Bitcoin | 𝕏 ▶ 📷 |
| Flexible Savings | Institutions | Ambassadors | Privacy Policy | Buy Tether | |
| Fixed-term Savings | White Label | Security | Cookies Policy | Buy Tron | |
| Exchange | Nexo Ventures | Partnerships | Fee Schedule | Buy Solana | |
| Credit Line | Payment Gateway | Wealth Academy | | Buy USD Coin | |
| Nexo Crypto Card | | Vulnerability Disclosure | | Buy Toncoin | |
| Dual Investment | | News & Insights | | Buy Ethereum | |
| Futures | | Help Center | | Buy XRP | |
| Loyalty Program | | Status Center | | Buy Litecoin | |
| Private Clients | | Contacts | | | |
| Tax Reporting | | Sitemap | | | |
| Referral Program | | | | | |
| Affiliate Program | | | | | |

All or part of the Nexo Services, some features thereof, or some Digital Assets, are not available in certain jurisdictions, including where restrictions or limitations may apply, as indicated on the Nexo Platform and in the relevant general terms and conditions. While the nature of digital assets is unique, and when considering digital assets in the context of wealth enhancement, any such reference is for a general understanding of Nexo's offerings. Materials related to Nexo's services should not be treated as a guarantee of future results or as financial advice. When terms such as "up to" or "from" are used to denote limits, achieving these maximum or minimum thresholds may be conditional on additional actions or fulfilment of certain criteria and requirements that may not be attainable by all clients. This material is for general information purposes only and is not intended to provide and should not be relied on for tax, legal or accounting advice. You should consult a qualified professional, as this material is not tailored to your specific circumstances. When referencing digital assets as potential investments, any similarities with the traditional concept of investments are entirely circumstantial, therefore any parallels between them should not be interpreted as deliberate or intended. Rates are subject to change and may vary by region, loyalty tier, and other applicable factors. Always refer to the Nexo app for your applicable rates. Assets under management figure updated on a quarterly basis. Latest available data as of Q1 2026

© 2018 - 2026 Nexo

