# EXHIBIT 28

# CRESS-00019311



| | |
|---|---|
| Document title: | NEXO Token Holders Get $20M+ in Dividends |
| Capture URL: | https://nexo.com/blog/the-final-dividend-worth-20-million-has-been-distributed |
| Page loaded at (UTC): | Mon, 27 Jul 2026 22:05:56 GMT |
| Capture timestamp (UTC): | Mon, 27 Jul 2026 22:05:57 GMT |
| Capture tool: | 11.2.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.1 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 4 |
| Capture ID: | jrjhFMHt43eydFtzjna3r4 |
| Display Name: | maxambrose |

PDF REFERENCE #:      tdo56tf4RfZTFCCFgjTw5q

CRESS-00019311

# NEXO Tokens Holders Receive $20,428,359.89 in Dividends

Jun 16, 2021  •  2 min read



- Nexo has distributed $20,428,359.89 in dividends to eligible token holders.

- The total the company has shared with investors through dividends is now $30 million.

- This is the fourth and final Nexo dividend following the transition to daily interest payouts on NEXO Tokens

**London, June 16, 2021** – Today, Nexo, a leading institution for digital assets, distributed its fourth dividend of $20,428,359.89 to eligible NEXO Token Holders. The payout comprises 30% of the company's net profit for the financial period of June 30, 2020 - May 30, 2021 and demonstrates 233% growth as compared to the third dividend of $6,127,981.39 from August 15, 2020.

This dividend distribution is a result of Nexo's first Governance Vote – the new functionality that empowers NEXO Token holders to participate in important decisions and changes to the Nexo platform. Through the Governance Vote on June 8, the Nexo community indicated its preference for daily payouts of up to 12% APY on NEXO Tokens over dividends. To ensure investors were not adversely affected, Nexo paid out its fourth and final dividend on June 16, 2021.

In just three years, the company has shared a total of close to $30 million in dividends with token holders over four distributions. Following the final dividend, Nexo will continue to share its financial success with token holders through the Daily Interest program. The new scheme, which launched on June 8, 2021, makes the yield in NEXO Tokens more regular, predictable and flexible.



Document title: NEXO Token Holders Get $20M+ in Dividends
Capture URL: https://nexo.com/blog/the-final-dividend-worth-20-million-has-been-distributed
Capture timestamp (UTC): Mon, 27 Jul 2026 22:05:57 GMT

CRESS-00019312

through the Daily Interest program. The new scheme, which launched on June 8, 2021, makes the yield in NEXO Tokens more regular, predictable and flexible.

"Our Dividend Program has been a Nexo staple from the very inception of the company, so naturally our team is sentimental about seeing it go. Nonetheless, Nexo is all about sustained innovation and making the first footprints on the surface of the new world of finance. Part of that means saying goodbye to more traditional models of wealth sharing and creating new more efficient ones like Daily Interest on NEXO Tokens," said Co-founder and Managing Partner Antoni Trenchev about Nexo's last dividend.

The final dividend and Daily Interest on NEXO Tokens come immediately following a round of new releases from the Nexonomics overhaul – a series of upgrades and features for the NEXO Token designed to drive its tokenomics, reinforce its utility, and cement its value in the digital economy.

. . . .

### About Nexo

Nexo is a leading digital assets institution. Committed to enhancing the value and utility of digital assets, the company offers a comprehensive suite of services including advanced trading solutions, liquidity aggregation from top trading venues, and flexible asset-backed credit lines. Since its inception in 2018, Nexo has processed $130+ billion for 7,000,000+ satisfied users across more than 200 jurisdictions. For more details, visit: nexo.com

. . . .

### Media contact for Nexo

Magdalena Hristova
Nexo PR Team
communications@nexo.com

Home    >    Blog    >    The Final Dividend Worth 20 Million Has Been Distributed

# Get updates, insights, and reports on the latest industry trends.

# Download the Nexo app on your mobile device.

CRESS-00019313

NEXO

Personal     Business     Markets     Company        Log in     Sign up

# Get updates, insights, and reports on the latest industry trends.

Enter your email        Subscribe ✉

# Download the Nexo app on your mobile device.

  

Download on the App Store

GET IT ON Google Play



**24/7 client care**

🏛

**Operating since 2018**

🛡

**SOC 2 Type 2 certified**

| Personal | Business | Company | Legal | Buy assets | Follow Nexo |
|---|---|---|---|---|---|
| Buy Crypto | Corporates | About | Terms and Conditions | Buy Bitcoin | X ▶ 📷 |
| Flexible Savings | Institutions | Ambassadors | Privacy Policy | Buy Tether | |
| Fixed-term Savings | White Label | Security | Cookies Policy | Buy Tron | |
| Exchange | Nexo Ventures | Partnerships | Fee Schedule | Buy Solana | |
| Credit Line | Payment Gateway | Wealth Academy | | Buy USD Coin | |
| Nexo Crypto Card | | Vulnerability Disclosure | | Buy Toncoin | |
| Dual Investment | | News & Insights | | Buy Ethereum | |
| Futures | | Help Center | | Buy XRP | |
| Loyalty Program | | Status Center | | Buy Litecoin | |
| Private Clients | | Contacts | | | |
| Tax Reporting | | Sitemap | | | |
| Referral Program | | | | | |
| Affiliate Program | | | | | |

All or part of the Nexo Services, some features thereof, or some Digital Assets, are not available in certain jurisdictions, including where restrictions or limitations may apply, as indicated on the Nexo Platform and in the relevant general terms and conditions. While the nature of digital assets is unique, and when considering digital assets in the context of wealth enhancement, any such reference is for a general understanding of Nexo's offerings. Materials related to Nexo's services should not be treated as a guarantee of future results or as financial advice. When terms such as "up to" or "from" are used to denote limits, achieving these maximum or minimum thresholds may be conditional on additional actions or fulfilment of certain criteria and requirements that may not be attainable by all clients. This material is for general information purposes only and is not intended to provide and should not be relied on for tax, legal or accounting advice. You should consult a qualified professional, as this material is not tailored to your specific circumstances. When referencing digital assets as potential investments, any similarities with the traditional concept of investments are entirely circumstantial, therefore any parallels between them should not be interpreted as deliberate or intended. Rates are subject to change and may vary by region, loyalty tier, and other applicable factors. Always refer to the Nexo app for your applicable rates. Assets under management figure updated on a quarterly basis. Latest available data as of Q1 2026

© 2018 - 2026 Nexo

