# EXHIBIT 36

# CRESS-00014362

| | |
|---|---|
| **From:** | Garnett, Emily |
| **To:** | antoni@nexo.io |
| **Cc:** | Hoke, Michael D; Garnett, Emily |
| **Subject:** | RE: request D-3884 smail |
| **Date:** | Monday, February 24, 2020 7:38:25 AM |

Thank you, Antoni. We received your message and appreciate your timeliness. We will review and get back to you promptly.

-----Original Message-----
From: antoni@nexo.io <antoni@nexo.io>
Sent: Monday, February 24, 2020 7:15 AM
To: Garnett, Emily <garnettem@SEC.GOV>
Cc: Hoke, Michael D <hokem@SEC.GOV>; Garnett, Emily <garnettem@SEC.GOV>
Subject: RE: request D-3884 smail

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Dear Emily,
Dear Michael,

Let me start off by thanking you for the excellent and thorough work you are doing as part of the SEC. I speak for everyone at Nexo when I say that we believe in the importance of what you do, keeping the investment community safe.

I. The State of Nexo

We, at Nexo, for our part have always strived to be part of the solution and go at great lengths and a cost both financially and in terms of hours dedicated by our team to ensure adherence to the highest standards in everything we do and compliance with the applicable laws in the jurisdictions we are active.

Having a successful FinTech record that spans over now 12+ years, we approach all aspects of our business with caution and this is especially true of the Reg D funding round that we conducted in early 2018, to which I will return shortly.

Just a month after completing the funding round, we delivered a live, working platform that solves real problems and is enjoyed by tens of thousands of users on a regular basis. This came in an environment where less than 13% of blockchain companies have delivered any product at all according to a study by Ernst&Young (https://www.slideshare.net/ernstandyoung/initial-coin-offerings-icos-the-class-of-2017-one-year-later).

The Nexo Group has evolved substantially since then but compliance with the relevant regulatory frameworks remains at the heart of everything that we do. We have very competent and well-seasoned in-house professionals in the legal and compliance departments (three Certified Anti-Money Laundering Specialists from ACAMS, including myself) and we work with reputable law firms to help devise our models. We are on a worldwide crusade for license acquisitions, and impatiently waiting for more clarity on crypto business models from the regulators, as it is our firm belief that only concise, business-friendly rules will pave the way for the next generation digital economy.

II. Reg D Funding Round

As we discussed during our calls, while the ICO mania of 2017 and 2018 propelled the vast majority of companies to make poor decisions with regards to their offerings, Nexo was very quick to grasp the broader ramifications of taking risks with regards to funding initiatives. Rather than playing the "utility token" card which was the predominant choice at the time, Nexo took the decision to file a Reg D form in order to be as transparent as possible

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CRESS-00014362

and to comply with the US Securities regulations as understood and interpreted by what was available at the time, from the advice we had received and our internal in-house legal team analysis.

With regards to the US and as witnessed by the list of US participants that has already been shared with the SEC, Nexo has 5 (five) US citizens who have chosen to participate in the funding round. All of them have shown to be accredited investors, have undergone the FAFT-style prescribed KYC/AML procedures, screenings against OFAC, PEP, and blacklists, and have submitted source of funds declarations. Their tokens were distributed after the mandatory 12-month lock-up period.

III. Materials and Representations

While we have dedicated considerable resources to ensure that all materials are accurate, in a start-up environment with some rotation of the individuals responsible for the various aspects of a growing business, there are bound to be occasional inaccuracies and inconsistencies across the different communication channels. Having said that, we maintain the belief that no individual, US citizen or otherwise, has come to suffer a loss as a result of any information provided by Nexo and that would include missed opportunities. The price of the NEXO Token has outperformed just about any digital assets by maintaining its offering price of around $0.10 during the most prolonged bear market in 2018, that saw even the most established digital assets such as Bitcoin (BTC) lose in excess of 80% of their market value. The NEXO Token has since more than doubled in price, currently trading at around $0.20 as the team's constant efforts to deliver a stellar service appears to be appreciated by the market.

1. "SEC-compliant"

We have gathered that there perhaps were complaints to the SEC by US participants in Nexo's funding round. Therefore, despite our stance that no one has suffered losses or missed opportunities, we are willing to compensate the US participants who can prove reasonable material loss or a potential gain that has failed to materialize.

The SEC brought to Nexo's attention the fact that earlier versions of materials might have included the language "SEC-compliant" with regards to products related to Nexo. We have since unified all the language across the various platforms and communication channels to ensure that no inaccurate depictions of the facts are present.

Even though the events in question were more than 2 years ago, we have done our very best to conduct an internal investigation on the matter and to determine upon whose advice the term "SEC-compliant" has been coined and adopted. Unfortunately, the results are inconclusive - we do not have written communication with any of the law firms that might have been retained by Nexo at the time, nor do we have the means to see who of the copywriters and the managers (some people from both categories have since left the company) might have contributed to these parts of the relevant sections in the documents.

While unfortunate, I would once again like to reiterate our belief that no one has suffered a loss because of these statements and I am yet again expressing our readiness to compensate any US person that might have a viable claim to the contrary.

2. "SEC-approved custodian" in connection to BitGo

The SEC has advised that it came across the phrase "SEC-approved custodian" with regards to BitGo on communication channels utilized by Nexo.

While we cannot pinpoint the person who has suggested the language, it is worth noting that this appears to have been an omnipresent misconception about BitGo's regulatory status at the time, as visible from the 5 exhibits in the attached PDF file.

Exhibit 1:

A medium post of an influential blog at the time analyzing the space refers to BitGo as "an SEC-approved and insured custodian of digital assets".

Exhibit 2:

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CRESS-00014363

It is clearly visible that a Cointelegraph suggests that storing cryptocurrencies in "regulated institutions" (like BitGo) is not only the approved but the "required" way for companies to handle entrusted digital assets. The SEC is specifically named as the US entity requiring this approach. A bit earlier the article refers to BitGo as having "a regulated crypto custody offering" which is very suggestive, to say the least.

Exhibit 3:

Another influential blog at the time states that "they (BitGo) receive the first SEC regulatory license". It further suggests that the author has reached out to BitGo and specifically talked about the various aspects of BitGo's business with a representative of the custodian.

Exhibit 4:

Another media outlet with a focus on the hedge fund industry calls BitGo an "institution meeting SEC requirements for qualifies custodians". This is a media outlet the scope of which is traditional finances rather than a crypto-centric one.

Exhibit 5:

Celsius has shared the news which is still on their Facebook business page that their "custodian (BitGo) got approved by the SEC".

Please note that the two companies work very closely together with BitGo and have issued many joint statements like this one:
https://protect2.fireeye.com/v1/url?k=9723f62b-cba8ef25-9723129d-0cc47a32063e-8705c3ab9718a21f&q=1&e=1976c905-84b2-4bd3-8ba4-3221f7c1931a&u=https%3A%2F%2Fwww.bitgo.com%2Fclients%2Fclient-story-celsius-network
https://medium.com/@CelsiusNetwork/bitgo-confirms-over-1-1-billion-worth-of-celsius-network-transactions-59e0eb5b5f9

It is standard practice between partnering organizations to run communication pieces by each other and/or to point out errors if such occur so that they can be remedied as soon as discovered.

All of the above shows that there was a clear misconception at that time as to how custodians get licensed and particularly what the "qualified" status of BitGo has been.

As to how the phrases made its way to Nexo's communications I do not have a definitive answer, it would appear that someone of the copywriters as adopted the language in the overall confusion from one of the sources listed here, and I am fairly certain there were even more such publications.

While this is suboptimal, we have learned from this and I have personally enhanced our procedures so that now all statements with regards to regulators and third-parties are now subjected to thorough fact-checking and run the legal department.

-------------------------------------------------------------

Being a team at the forefront of innovation, we are happy to see the SEC taking a proactive interest in the FinTech and blockchain spaces and going through great lengths in ensuring the safety of the investor community, an effort we, ourselves, are also dedicated to.

We interpret the inquiries as a gesture of fostering innovation rather than stifling it which would be a large red flag for all FinTech entrepreneurs that might consider the US for setting up businesses therein.

Last but not least, we hope that the SEC intends to help keep the US at the pinnacle of innovation, being the home of Google, Apple, Facebook, Coinbase and many more, and to continue its line on business-friendliness. We envision our team to be part of this continued success here and believe the inquiries to be just part of the process that will

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

ultimately allow Nexo (and other pioneers) to operate compliantly within the States to the benefit of all.

Emily, Michael -  I hope you will find these detailed expose to your satisfaction but should you have any outstanding questions, I remain at your disposal.

Thank you very much.

Best regards,

Antoni Trenchev

--- Originally sent by garnettem@sec.gov on Feb 13, 2020 4:58 PM --- Great - thank  you.

-----Original Message-----
From: antoni@nexo.io <antoni@nexo.io>
Sent: Thursday, February 13, 2020 7:57 AM
To: Garnett, Emily <garnettem@SEC.GOV>
Cc: Hoke, Michael D <hokem@SEC.GOV>; Garnett, Emily <garnettem@SEC.GOV>
Subject: RE: request D-3884 smail

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Emily,

I have an interview in 5 min, I will call you after it finishes, hope that is ok with you.

Speak soon.

A.
--- Originally sent by garnettem@sec.gov on Feb 13, 2020 4:54 PM --- Antoni,

I'm in the office now. Do you want to give me a call? 303-844-1063. I'm free for the next 1.5 hours.

Thanks,

Emily

-----Original Message-----
From: antoni@nexo.io <antoni@nexo.io>
Sent: Thursday, February 13, 2020 12:36 AM
To: Garnett, Emily <garnettem@SEC.GOV>
Cc: Garnett, Emily <garnettem@SEC.GOV>; Hoke, Michael D <hokem@SEC.GOV>
Subject: RE: request D-3884 smail

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Emily,

Sorry for the delay, just have been really overwhelmed with work here..

Would you have a slot available today?

Thanks,

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

                    CRESS-00014365

A.

--- Originally sent by garnettem@sec.gov on Feb 13, 2020 1:36 AM --- Antoni,

Just following up on my email below.  Let us know when it might be convenient to touch base.

Thank you,

Emily

-----Original Message-----
From: Garnett, Emily <garnettem@SEC.GOV>
Sent: Thursday, February 6, 2020 2:04 PM
To: antoni@nexo.io
Cc: Hoke, Michael D <hokem@SEC.GOV>
Subject: Re: smail RE: request D-3884

Antoni,

I hope you had a nice time away from the office. I'll be out of the country tomorrow but back in the office Monday. Perhaps we can touch base early next week re: our last conversation?

Have a good weekend,

Emily

Sent from my iPhone

> On Jan 16, 2020, at 7:48 AM, Garnett, Emily <garnettem@sec.gov> wrote:
>
> No problem.  I believe that is 8:45 a.m. MST. That works for us.
>
> -----Original Message-----
> From: antoni@nexo.io <antoni@nexo.io>
> Sent: Thursday, January 16, 2020 2:59 AM
> To: Garnett, Emily <garnettem@SEC.GOV>
> Cc: Hoke, Michael D <hokem@SEC.GOV>; Garnett, Emily
> <garnettem@SEC.GOV>
> Subject: RE: smail RE: request D-3884
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
>
> Dear Emily,
>
> I can call you on your number, just like last time.
>
> However, would it be possible to have the call at 5:45 pm Bulgarian time?
>
> Alternatively, I am rather flexible on Monday, January 20.
>
> Sorry about that my secretary messed up something here.
>
> Thanks,
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.
No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

> Antoni

>

> --- Originally sent by garnettem@sec.gov on Jan 15, 2020 11:20 PM --- Thank you. That time should be sufficient. Do you mind calling us again 303-844-1063? Thanks again.

>

> -----Original Message-----

> From: antoni@nexo.io <antoni@nexo.io>

> Sent: Wednesday, January 15, 2020 1:07 PM

> To: Garnett, Emily <garnettem@SEC.GOV>

> Cc: Garnett, Emily <garnettem@SEC.GOV>; Hoke, Michael D

> <hokem@SEC.GOV>

> Subject: RE: smail RE: request D-3884

>

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

>

>

> --- Originally sent by garnettem@sec.gov on Jan 15, 2020 10:02 PM ---

>

> Absolutely. I got another call at 5:15 pm. I should think 45 min would be plenty, please advise if you reckon otherwise.

>

> Thanks,

>

> A.

>         This message was sent securely using Zix®

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

> Antoni,

>

>

>

>

> Could we touch base Friday 4:30 p.m. your time?

>

>

>

>

> Thanks,

>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CRESS-00014367

> 
> 
> Emily
> 
> 
> 
> 
> 
> 
> 
> 
> From: antoni@nexo.io <antoni@nexo.io>
> 
> 
> Sent: Wednesday, January 15, 2020 9:59 AM
> 
> To: Garnett, Emily <garnettem@SEC.GOV>
> 
> Cc: Hoke, Michael D <hokem@SEC.GOV>; Garnett, Emily
> <garnettem@SEC.GOV>
> 
> Subject: RE: smail RE: request D-3884
> 
> 
> 
> 
> 
> 
> 
> CAUTION: This email originated
> from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> This
> message was sent securely using Zix®
> 
> 
> 
> 
> 
> 
> 
> 
> 
> Dear Emily,
> Thank you for your message.
> Not a problem to have another call and discuss Nexo's whitepaper. Just note that I am available through January 21th, 2020 then again from February 5th 2020.

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL                                        CRESS-00014368

> With regards to the identifying and contact information, I personally do not feel in a position to judge whether Nexo even has the right to disclose such information and upon the legal advice we have received, I am sending you a spreadsheet with the First Names and Initial of the Surnames of the 5 US Citizens that have participated in the Reg D funding round, if cross-referencing is something that you might want to do.

> I remain at your disposal for any additional questions you might have.

> Best regards,

> Antoni

>

> --- Originally sent by garnettem@sec.gov on Jan 14, 2020 12:56 AM ---

>

>

>

>

>

> This

> message was sent securely using Zix®

>

>

>

>

>

>

>

>

> Antoni,

>

>

>

>

> Thank you again for this information. I'm afraid I have a follow up request to discuss regarding Nexo's whitepaper. Could we find time to touch base briefly in the next few days? We can be flexible with an early morning call our time.

>

>

>

>

> Also, would you be willing to share the identifying and contact information for each US investor?

>

>

>

> Thanks again,

>

>

>

>

> Emily

>

>

>

>

>

>

>

>

> From:

> antoni@nexo.io <antoni@nexo.io>

>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CRESS-00014369

> Sent: Friday, January 10, 2020 3:43 AM
>
> To: Garnett, Emily <garnettem@SEC.GOV>
>
> Cc: Hoke, Michael D <hokem@SEC.GOV>; Garnett, Emily
> <garnettem@SEC.GOV>
>
> Subject: RE: smail RE: request D-3884
>
>
>
>
>
>
>
>
> CAUTION: This email originated from outside of the organization. Do not click links or open  attachments unless you recognize the sender and know the content is safe.
>
>
>
>
>
>
>
>
>
>
>
> This
> message was sent securely using Zix®
>
>
>
>
>
>
>
>
> Dear Emily,
>
> Dear Michael,
> I too thank you for the call the other day.
>
>
>
> My team got back to me this morning with the data you requested. Please see the attached pdf file.
>
>
>
> We have in total 5 US Citizens participating in our Reg D funding round. All of them have been screened for KYC and AML purposes, checked against blacklists, OFAC sanctions, PEP lists, have submitted source of funds declarations and are all accredited investors.
> As per your request, you will see the exact sums invested.
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014370

> I would very much once again like to reiterate that the Nexo Group is committed to full compliance with all relevant regulatory frameworks and we put in a lot of effort and dedication to building a sustainable business model to foster innovation and provide  the community with a useful service.
>
>
>
> Should you need anything else on our end, please do not hesitate to let me know.
>
>
>
> Thank you.
>
>
>
> Best regards,
> Antoni
>
> --- Originally sent by garnettem@sec.gov on Jan 8, 2020 6:57 PM ---
>
>
>
>
>
>
> This
> message was sent securely using Zix®
>
>
>
>
>
>
>
>
> Mr. Trenchev,
>
>
>
>
> Thank you again for your time. As discussed, we look forward to hearing back from you on the number of US investors and if we could add a request, amounts invested. As we also discussed,  please find attached the Form 1662.
>
>
>
> Thank you again,
>
>
>
>
> Emily
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014371

> 
> From: Garnett, Emily
> 
> Sent: Monday, January 6, 2020 9:44 AM
> 
> To: 'antoni@nexo.io' <antoni@nexo.io>
> 
> Cc: Hoke, Michael D <hokem@SEC.GOV>; Garnett, Emily
> <garnettem@SEC.GOV>
> 
> Subject: RE: smail RE: request D-3884
> 
> 
> 
> 
> 
> 
> Antoni,
> 
> 
> 
> 
> Thank you. Could we plan on a call at 4 p.m. GMT on Wed. 1/8/2020? It probably would be easiest if  you could call us. My office line is +1-303-844-1063.  Please confirm and thank you again in advance.
> 
> 
> 
> 
> Emily
> 
> 
> 
> 
> 
> 
> 
> From:
> antoni@nexo.io <antoni@nexo.io>
> 
> Sent: Monday, January 6, 2020 9:37 AM
> 
> To: Garnett, Emily <garnettem@SEC.GOV>
> 
> Cc: Hoke, Michael D <hokem@SEC.GOV>; Garnett, Emily
> <garnettem@SEC.GOV>
> 
> Subject: RE: smail RE: request D-3884
> 
> 
> 
> 
> 
> 
> 
> 
> CAUTION: This email originated from outside of the organization. Do not click links or open  attachments unless you recognize the sender and know the content is safe.
> 

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

\> 

\>

\>

\>

\>

\>

\>

\>

\>

\>

\> This

\> message was sent securely using Zix®

\>

\>

\>

\>

\>

\>

\>

\>

\>

\> Dear Emily,

\>

\>

\>

\>

\> Dear All,

\>

\>

\>

\>

\>

\>

\>

\>

\>

\> Happy new year! Hope it is a great one for you across the board.

\>

\>

\>

\>

\>

\>

\>

\>

\>

\> I am available both tomorrow and on Wednesday during European business hours, so let me know what works for you.

\>

\>

\>

\>

\>

\>

\>

\>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014373

> Looking forward,
>
>
>
>
>
>
>
>
>
> Antoni
>
> --- Originally sent by garnettem@sec.gov on Jan 6, 2020 6:21 PM ---
>
>
>
>
>
>
> This
> message was sent securely using Zix®
>
>
>
>
>
>
>
>
> Mr. Trenchev,
>
>
>
>
> I hope you had a nice new year's. We'd like to find a time to reschedule our call. What is your availability this week?
>
>
>
>
> Thank you,
>
>
>
>
> Emily
>
>
>
>
>
>
>
>
> From:
> antoni@nexo.io <antoni@nexo.io>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014374

> Sent: Friday, December 20, 2019 2:22 AM
>
> To: Garnett, Emily <garnettem@SEC.GOV>
>
> Cc: Garnett, Emily <garnettem@SEC.GOV>; Hoke, Michael D
> <hokem@SEC.GOV>
>
> Subject: RE: smail RE: request D-3884
>
>
>
>
>
>
>
>
> CAUTION: This email originated from outside of the organization. Do not click links or open  attachments unless you recognize the sender and know the content is safe.
>
>
>
>
>
>
>
>
>
>
>
> This
> message was sent securely using Zix®
>
>
>
>
>
>
>
>
>
> Dear Emily,
>
>
>
>
>
>
>
>
>
> I am afraid that I have left for the holidays. I will be at the office starting January 6, 2020.
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL                                                                                      CRESS-00014375

> 
> 
> 
> I suggest we regroup in the new year and have the call then.
> 
> 
> 
> 
> 
> 
> 
> 
> 
> Hope you have an amazing festive season and speak soon.
> 
> 
> 
> 
> 
> 
> 
> 
> 
> Thanks,
> 
> 
> 
> 
> 
> 
> 
> 
> 
> Antoni
> 
> --- Originally sent by garnettem@sec.gov on Dec 18, 2019 11:08 PM ---
> 
> 
> 
> 
> 
> 
> This
> message was sent securely using Zix®
> 
> 
> 
> 
> 
> 
> 
> 
> Mr. Trenchev,
> 
> 
> 
> 

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL                                                                                                CRESS-00014376

> My apologies for the delay.  Would you be available for a call
> tomorrow 3:30 p.m. (GT) or Friday afternoon
> 3:30 p.m. (GT)?
>
>
>
> Thank you,
>
>
>
>
> Emily
>
>
>
>
>
>
> From:
> antoni@nexo.io <antoni@nexo.io>
>
> Sent: Thursday, December 5, 2019 9:22 AM
>
> To: Garnett, Emily <garnettem@SEC.GOV>
>
> Cc: Hoke, Michael D <hokem@SEC.GOV>; Garnett, Emily
> <garnettem@SEC.GOV>
>
> Subject: RE: FW: smail RE: request D-3884
>
>
>
>
>
>
>
>
> CAUTION: This email originated from outside of the organization. Do not click links or open  attachments unless
you recognize the sender and know the content is safe.
>
>
>
>
>
>
>
>
>
>
>
> This
> message was sent securely using Zix®
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CRESS-00014377

> 
> 
> 
> 
> 
> I understand.
> 
> 
> 
> 
> 
> 
> 
> 
> 
> Shoot over a couple of options and we will take it from there.
> 
> 
> 
> 
> 
> 
> 
> 
> 
> Have a good one.
> 
> 
> 
> 
> 
> 
> 
> 
> 
> Thanks
> 
> --- Originally sent by garnettem@sec.gov on Dec 5, 2019 6:12 PM ---
> 
> 
> 
> 
> 
> 
> This
> message was sent securely using Zix®
> 
> 
> 
> 
> 
> 
> 
> 
> Antoni,
> 
> 

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014378

\>

\>

\> My apologies. We need to reschedule today's call for a last minute scheduling conflict. I'll be in  touch with proposed alternative times.

\>

\>

\>

\> Best,

\>

\>

\>

\>

\> Emily Garnett

\>

\>

\>

\>

\>

\>

\>

\> From: Garnett, Emily

\>

\> Sent: Tuesday, December 3, 2019 8:45 AM

\>

\> To: 'antoni@nexo.io' <antoni@nexo.io>

\>

\> Subject: RE: FW: smail RE: request D-3884

\>

\>

\>

\>

\>

\> Antoni,

\>

\>

\>

\>

\> We will call you Thursday 12/5 at 9:30 a.m. MST which is 4:30 p.m. GMT at the number you provided below.

\>

\>

\>

\>

\> Thank you in advance,

\>

\>

\>

\>

\> Emily

\>

\>

\>

\>

\>

\>

\>

\> From:

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.
No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014379

> antoni@nexo.io <antoni@nexo.io>
>
> Sent: Tuesday, December 3, 2019 2:40 AM
>
> To: Garnett, Emily <garnettem@SEC.GOV>
>
> Subject: RE: FW: smail RE: request D-3884
>
>
>
>
>
>
>
>
> CAUTION: This email originated from outside of the organization. Do not click links or open  attachments unless you recognize the sender and know the content is safe.
>
>
>
>
>
>
>
>
>
>
>
> This
> message was sent securely using Zix®
>
>
>
>
>
>
>
>
>
> Dear Miss Garnett,
>
>
>
>
>
>
>
>
>
> I apologize for the delayed response but I was on a business trip.
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL                                        CRESS-00014380

> 
> 
> I am available for a call this Thursday and then relatively flexible next week, at least for now.
> 
> 
> 
> 
> 
> 
> 
> 
> 
> Let me know what works best for you.
> 
> 
> 
> 
> 
> 
> 
> 
> 
> I can be reached at +44 7595 784189, alternatively, I can call you, please let me know.
> 
> 
> 
> 
> 
> 
> 
> 
> 
> Thank you,
> 
> 
> 
> 
> 
> 
> 
> 
> Antoni
> 
> --- Originally sent by garnettem@sec.gov on Nov 27, 2019 7:08 PM ---
> 
> 
> 
> 
> 
> 
> This
> message was sent securely using Zix®
> 
> 
> 
> 

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014381

> 

> 

> 

> 

> Mr. Trenchev,

> 

> 

> 

> 

> I'm resending this email since I haven't heard back from you. I'm out of the office tomorrow but in  Friday and next week.

> 

> 

> 

> Thank you,

> 

> 

> 

> 

> Emily

> 

> 

> 

> 

> 

> 

> 

> 

> From: Garnett, Emily

> 

> Sent: Monday, November 25, 2019 8:17 AM

> 

> To: 'Antoni Trenchev' <antoni@nexo.io>

> 

> Cc: Hoke, Michael D <hokem@SEC.GOV>

> 

> Subject: smail RE: request D-3884

> 

> 

> 

> 

> 

> Mr. Trenchev,

> 

> 

> 

> 

> Our investigation is focused on several issues: Nexo's Reg D filing, Nexo's token, Nexo's dividend,  and a specific investor complaint we can discuss by phone.

> 

> 

> 

> Let us know a good time to touch base.  I'll be in the office tomorrow 11/26 and Wednesday 11/27, our  office is closed on Thursday 11/28, but I'll be in again on Friday 11/29.

> 

> 

> 

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL                                                           CRESS-00014382

> Thank you,
>
>
>
>
> Emily
>
>
>
>
>
>
> From: Antoni Trenchev <antoni@nexo.io>
>
> Sent: Monday, November 25, 2019 2:21 AM
>
> To: Garnett, Emily <garnettem@SEC.GOV>
>
> Subject: Re: request D-3884
>
>
>
>
>
>
>
> CAUTION: This email originated from outside of the organization. Do not click links or open  attachments unless you recognize the sender and know the content is safe.
>
>
>
>
>
>
>
>
> Dear Ms. Garnett,
>
>
>
>
>
>
>
>
> We are indeed GMT.
>
>
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014383

> Prior to scheduling a call, may I please know the issues to be discussed?

>

>

>

>

>

>

>

>

>

> Thank you in advance.

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

> Best Regards,

>

>

>

>

>

>

>

>

>

> Antoni Trenchev LL.M., CAMS | Managing Partner

>

>

>

>

>

>

>

>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014384

>
>
>
>
>
> Nexo
>
>
>
>
>
> The World's First Instant Crypto Credit Lines
>
>
>
>
>
>
>
>
>
> Powered by 10 Years of FinTech Success
>
>
>
>
>
> https://nexo.io
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014385

>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL                                     CRESS-00014386

>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL                    CRESS-00014387

\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014388

\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL                    CRESS-00014390

>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014391

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\> On Fri, Nov 22, 2019 at 6:00 PM Garnett, Emily <garnettem@sec.gov> wrote:

\>

\>

\>

\>

\>

\>

\>

\> Dear Mr. Trenchev,

\>

\>

\>

\>

\> Thank you for the email and response.  We appreciate it. Please excuse the form of contact, but we  weren't sure of another way to be in touch.

\>

\>

\>

\> Would you by chance have time for a call Monday or Tuesday? I suspect you are on GMT? We could aim  for 9:00 a.m. mst/4 p.m. GMT?

\>

\>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL                                                    CRESS-00014392

\> The call will be with me and my colleague, Michael Hoke. Once we confirm a time, I'm happy to circulate a call-in number or we can call you directly.

\>

\>

\>

\> Thanks and we look forward to hearing from you,

\>

\>

\>

\>

\> Emily Renwick Garnett

\>

\> Counsel

\>

\> U.S. Securities & Exchange Commission

\>

\> 1961 Stout Street

\>

\> Suite 1700

\>

\> Denver, Colorado 80294

\>

\> 303.844.1063

\>

\>

\>

\>

\>

\>

\>

\>

\>

\>

\> From:

\> Antoni Trenchev <antoni@nexo.io>

\>

\> Sent: Friday, November 22, 2019 3:50 AM

\>

\> To: Garnett, Emily <garnettem@SEC.GOV>

\>

\> Subject: request D-3877

\>

\>

\>

\>

\>

\>

\>

\>

\> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

\>

\>

\>

\>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014393

> 
> 
> 
> 
> Dear Emily,
> 
> 
> 
> 
> 
> 
> 
> My name is Antoni Trenchev and I am a managing partner at Nexo.
> 
> 
> 
> 
> 
> 
> 
> 
> The support team has forwarded your email to me.
> 
> 
> 
> 
> 
> 
> 
> 
> 
> Please let me know how I can be of assistance.
> 
> 
> 
> 
> 
> 
> 
> 
> Thanks
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014394

>
>
>
>
>
>
>
>
>
>
>
>
> Best Regards,
>
>
>
>
>
>
>
>
>
> Antoni Trenchev LL.M., CAMS | Managing Partner
>
>
>
>
>
>
>
>
>
>
>
>
> Nexo
>
>
>
>
> The World's First Instant Crypto Credit Lines
>
>
>
>
>
>
>
>
> Powered by 10 Years of FinTech Success
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014395

\>
\>
\>
\> https://nexo.io
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014396

>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014397

>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014398

>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL                                         CRESS-00014399

>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL                                                    CRESS-00014400

>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014402

\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\>
\> This message was secured by
\> Zix®.
\>
\>
\>
\>
\>
\>
\>
\>
\> This message was secured by
\> Zix®.
\>
\>
\>
\>
\>
\>
\> This message was secured by
\> Zix®.
\>
\>
\>
\>
\>
\>
\>
\> This message was secured by
\> Zix®.
\>
\>
\>
\>
\>
\>
\> ------------------------------------------------------------------
\> ---
\>
\> This message was secured by
\> ZixCorp(R).
\>
\>
\>

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014403

>

>

>

>

>

> This message was secured by
> Zix®.

>

>

>

>

>

>

> ---------------------------------------------------------------------

> ---

>

> This message was secured by
> ZixCorp(R).

>

>

>

>

>

>

>

>

> This message was secured by
> Zix®.

>

>

>

>

>

>

> ---------------------------------------------------------------------

> ---

>

> This message was secured by
> ZixCorp(R).

>

>

>

>

>

>

>

> This message was secured by
> Zix®.

>

>

>

>

>

>

> ---------------------------------------------------------------------

> ---

**"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.**
**No. 23-cv-00882, N.D. Cal., filed 8/13/2024**

CONFIDENTIAL

CRESS-00014404

>
> This message was secured by
> ZixCorp(R).
>
>
>
>
>
>
>
> This message was secured by
> Zix®.
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
> -------------------------------------------------------------------
> ---
>
>
>
> This message was secured by ZixCorp(R).
>
>
>
>
>
>
>
>
>
> This message was secured by Zix(R).
>
>
>
>
> This message was secured by Zix(R).
>
>
>
>
>
> This message was secured by Zix(R).

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL

CRESS-00014405

This message was secured by Zix(R).

This message was secured by Zix(R).

This message was secured by Zix(R).

This message was secured by Zix(R).

This message was secured by Zix(R).

This message was secured by Zix(R).

*"Confidential," (Dkt. 52), Cress v. Nexo Capital, Inc.*
*No. 23-cv-00882, N.D. Cal., filed 8/13/2024*

CONFIDENTIAL                                              CRESS-00014406