# EXHIBIT 75

# Monthly AMA February 2021

**Chapter 14: What is your target price for NEXO by 2030?**

39:59
39 minutes, 59 seconds
by 2030 oh mario you've asked a great question here
40:09
40 minutes, 9 seconds
i really don't know what to tell you but double digits definitely double digits
40:17
40 minutes, 17 seconds
and it's a good thing that we're still not a publicly traded company because i can tell you this otherwise the sec would be
40:26
40 minutes, 26 seconds
on us and we would be engaging in mosque style talks with the sec
40:33
40 minutes, 33 seconds
and you know pending lawsuits and settlements a whole bunch of nasty stuff so i'm not going to
40:42
40 minutes, 42 seconds
be super specific but i see absolutely no reason why we shouldn't be in
40:50
40 minutes, 50 seconds
the mid double digit range it's definitely definitely possible
40:58
40 minutes, 58 seconds
you know i am reminded uh um behind the camera some very nice people from the
41:05
41 minutes, 5 seconds
from the nexu team and i remember like in particular one person when she was
41:12
41 minutes, 12 seconds
uh you know starting her work for for nexo and i think the token was around
41:20
41 minutes, 20 seconds
i don't know low teens of dollar cents and i was telling her it's going to go to one dollar and she
41:29
41 minutes, 29 seconds
looked at me you know she wanted to believe me didn't really believe me and then you know it crossed one dollar and
41:36
41 minutes, 36 seconds
then i think 12 days later we were at two dollars so truly guys sky is the limit
41:44
41 minutes, 44 seconds
now don't put your kids funds in nexo because you know well

41:52
41 minutes, 52 seconds
in nexo tokens you can put in put them in the interest earning account and that will be the safest place they could possibly

42:00
42 minutes
be and it would be a very smart decision but you know uh with regards to investments in the next token you've got

42:07
42 minutes, 7 seconds
to have some even at these price levels but as with bitcoin or any crypto for that matter it is highly volatile and it

42:16
42 minutes, 16 seconds
will remain so uh because it is not only what we are doing and our efforts and the love and

42:24
42 minutes, 24 seconds
the care and the dedication that we put in it's the overall market and the overall market is bigger than any one

42:32
42 minutes, 32 seconds
entity company individual their will to succeed their desire etc

42:40
42 minutes, 40 seconds
so you know you have to be careful and uh make sure that with crypto you do not

42:47
42 minutes, 47 seconds
put in more into crypto crypto then you can afford to

42:54
42 minutes, 54 seconds
worse comes to worse lose but to end this question on a more

43:01
43 minutes, 1 second
elevated tone i do believe that we are headed much much higher

43:15
43 minutes, 15 seconds
that is a very great question i read it in my mind i'm going to read it out light out loud to you when will i be able to