# EXHIBIT 91

# Declaration of Erik Hahn

James Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimile: 619-566-4341

*Counsel for Plaintiff John Cress*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| JOHN CRESS,<br><br>                    Plaintiff,<br><br>          v.<br><br>NEXO CAPITAL INC.,<br><br>                    Defendant. | Case No. 3:23-CV-00882-TSH<br><br>**DECLARATION OF ERIK HAHN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON HIS THIRD, FOURTH, AND FIFTH CAUSES OF ACTION**<br><br>Hearing Date:   October 22, 2026<br>Hearing Time:  10:00 a.m.<br><br>Courtroom:    San Francisco Courthouse<br>               Courtroom E – 15th Floor<br>               450 Golden Gate Avenue<br>               San Francisco, CA 94102 |

1

HAHN DECL. ISO MOTION FOR PARTIAL SUMMARY JUDGMENT - 3:23-CV-00882-TSH

I, Erik Hahn, declare as follows:

1.      I am over the age of eighteen years. I submit this declaration in support of Plaintiff John Cress's Motion for Partial Summary Judgment on his Third, Fourth, and Fifth Causes of Action. I have personal knowledge of the facts stated below, and if called as a witness I could and would testify competently to them.

2.      On February 28, 2022 I purchased 2910.92 NEXO Tokens for 0.15 BTC on Nexo's Exchange through Nexo's website.

3.      To the best of my knowledge, prior to my NEXO Token purchase, Nexo never informed me of any requirement to be an accredited investor.

4.      At the time of my NEXO Token purchase, I lived in Santa Fe, New Mexico, USA. I am, and have always been, a U.S. citizen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026.

*Erik Hahn*

Erik Hahn (Aug 7, 2026 10:40:13 MDT)

                Erik Hahn

HAHN DECL. ISO MOTION FOR PARTIAL SUMMARY JUDGMENT - 3:23-CV-00882-TSH