James Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
Max Ambrose (SBN 320964)
maxambrose@taylorcopelandlaw.com
**TAYLOR-COPELAND LAW**
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone:    619-734-8770
Facsimile:    619-566-4341
*Counsel for Plaintiff*
*John Cress*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN CRESS,<br><br>          Plaintiff,<br><br>   v.<br><br>NEXO CAPITAL INC.,<br><br>          Defendant. | Case No. 3:23-cv-00882-TSH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>    Date: October 22, 2026<br>    Time: 10:00 AM<br>    Judge: Hon. Thomas S. Hixson<br>    Courtroom: E – 15th Floor<br><br>    450 Golden Gate Avenue<br>    San Francisco, CA 94102 |

Plaintiff John Cress's ("Plaintiff") Motion for Partial Summary Judgment on his Third, Fourth, and Fifth Causes of Action (the "Motion") came on for hearing before this Court on October 22, 2026, at 10:00 a.m., the Honorable Thomas S. Hixson presiding.

Having read and considered Plaintiff's Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Separate Statement of Undisputed Material Facts, the Declarations of John Cress and Max Ambrose and the exhibits thereto, and all other papers filed by the parties in support of and in opposition to the Motion, as well as the oral argument of counsel at the hearing, and good cause appearing therefor,

**[PROPOSED] ORDER**

THE COURT FINDS as follows:

**1. No Genuine Dispute.** There is no genuine dispute as to any material fact bearing on Nexo's liability on the Third, Fourth, and Fifth Causes of Action, and Plaintiff is entitled to judgment as a matter of law on those claims. Fed. R. Civ. P. 56(a).

**2. Third Cause of Action.** The NEXO Token is a security; Nexo offered and sold NEXO Tokens to Plaintiff in California in an issuer transaction; those sales were not qualified; and Nexo has not carried its burden of establishing that the sales were exempt or that the NEXO Token is a "covered security." Nexo is liable to Plaintiff under California Corporations Code sections 25110 and 25503.

**3. Fourth Cause of Action.** In connection with the offer and sale of the NEXO Token, Nexo made a written statement to Plaintiff that "the NEXO token is registered with the SEC as a security." That statement was untrue when made and was material as a matter of law. Nexo is liable to Plaintiff under California Corporations Code sections 25401 and 25501.

**4. Fifth Cause of Action.** Nexo made the same misrepresentation with knowledge of its falsity and with the intent to induce Plaintiff's reliance; Plaintiff justifiably relied on it to his detriment. Nexo is liable to Plaintiff for common law fraud.

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED; and

IT IS FURTHER ORDERED that partial summary judgment is ENTERED in favor of Plaintiff John Cress and against Defendant Nexo Capital Inc. as to liability on the Third Cause of Action (Cal. Corp. Code §§ 25110, 25503), the Fourth Cause of Action (Cal. Corp. Code §§ 25401, 25501), and the Fifth Cause of Action (common law fraud), with the amount of restitution, rescissionary relief, and damages, including punitive damages, to be determined at trial.

DATED: _____

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

2

**[PROPOSED] ORDER**