Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Telephone: (310) 299-8535
Facsimile: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol Street, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5067
Fax: (713) 427-5099

*Attorneys for Defendant Nexo Capital Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN CRESS,

Plaintiff,

vs.

NEXO CAPITAL INC.,

Defendant.

CASE NO. 3:23-CV-00882-TSH

The Honorable Thomas S. Hixson

**DEFENDANT'S STATEMENT IN RESPONSE TO PLAINTIFF'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 154)**

*Declaration of Ian Shelton and Augustus Greaves Filed Concurrently*

Pursuant to Local Rule 79-5(f), Defendant Nexo Capital Inc. ("Nexo") files this statement in response to Plaintiff John Cress's Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 154). Concurrently with this statement, Nexo is filing the Declaration of Ian Shelton and Augustus Greaves in support of its sealing request. Cress has conditionally filed under seal his Motion for Partial Summary Judgment on His Third, Fourth, and Fifth Causes of Action (the "MSJ") and Motion to Exclude the Opinions and Testimony of Dr. Randall Valentine (the "Valentine Motion"). In connection with the MSJ, Cress has also conditionally filed under seal Plaintiff's Separate Statement of Undisputed Material Facts in Support of the MSJ and Exhibits 1-10, 21-25, 29-30, 32-34, 37-61, 65-74, 76-90, 92-101, and 103-104. *See* Dkt. 155. In connection with the Valentine Motion, Cress has also conditionally filed under seal Exhibits 1-2, and 4-31. *See* Dkt. 156.

As explained below, in connection with the MSJ, Nexo does not object to the public filing of MSJ Exhibits 1, 3-4, 8, 21-25, 29-30, 32-34, 39, 41, 44-51, 58, 69-74, 76-77, or 79. Nexo only requests the redaction of non-party customer identifying information, including names, email addresses, physical addresses, telephone numbers, brokerage and financial account numbers, and signatures, in the MSJ, Plaintiff's Separate Statement of Undisputed Material Facts in Support of the MSJ, and Exhibits 2, 5-7, 9-10, 37-38, 40, 42-43, 52-57, 59-61, 65-68, 78, 80-90, 92-101 and 103-104.

In connection with the Valentine Motion, Nexo does not object to the public filing of Exhibits 5 or 31. Nexo only requests the redaction of non-party customer identifying information, including names, email addresses, physical addresses, telephone numbers, brokerage and financial account numbers, and signatures, in the Valentine Motion and Valentine Motion Exhibits 1, 2, 4, and 6-30.

## ARGUMENT

### I. LEGAL STANDARD

Parties seeking to seal judicial records relating to motions that are "more than tangentially related to the underlying cause of action" bear the burden of overcoming the presumption in favor of public access with "compelling reasons" that outweigh the general history of access and the public

policies favoring disclosure. *Ctr. for Auto Safety v. Chrysler Grp*., 809 F.3d 1092, 1100-01 (9th Cir. 2016); *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). Compelling reasons justifying the sealing of court records generally exist "when such 'court files might . . . become a vehicle for improper purposes,'" *Kamakana*, 447 F.3d at 1179, such as: "to gratify private spite, promote public scandal, circulate libelous statements," *id*.; "to release trade secrets," *id*.; or "as sources of business information that might harm a litigant's competitive standing," *Ctr. for Auto Safety*, 809 F.3d at 1097.

Records attached to motions that are "not related, or only tangentially related, to the merits of a case," however, are not subject to the strong presumption of access. *Ctr. for Auto Safety*, 809 F.3d at 1099; *see also Kamakana*, 447 F.3d at 1179 ("[T]he public has less of a need for access to court records attached only to non-dispositive motions because those documents are often unrelated, or only tangentially related, to the underlying cause of action." (internal quotations omitted)). Parties moving to seal the documents attached to such motions must meet the lower "good cause" standard of Rule 26(c). *Kamakana*, 447 F.3d at 1180. This standard requires a "particularized showing," *id.*, that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp*., 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c). In addition, Fed. R. Civ. P. 5.2 requires the protection of certain personal identifying information, including financial account numbers.

This circuit generally applies the "compelling reasons" standard to exhibits attached to dispositive motions such as the one here. *See*, *e.g.*, *Kamakana v. City & Cnty. of Honolulu,* 447 F.3d 1172, 1179 (9th Cir. 2006) (holding that the "compelling reasons" standard applies to motions for summary judgment). Similarly, where a *Daubert* motion is submitted in connection with a motion for summary judgment, the "compelling reasons" standard applies. *In re Midland Nat. Life Ins. Co. Annuity Sales Pracs. Litig.*, 686 F.3d 1115, 1120 (9th Cir. 2012).

For the reasons explained below, Nexo contends that its proposed limited redactions are appropriate regardless of whether the "compelling reasons" or "good cause" standard applies.

## II. ANALYSIS

### A. Nexo Does Not Object to the Public Filing of Certain Documents

Nexo does not object to the public filing of MSJ Exhibits 1, 3-4, 8, 21-25, 29-30, 32-34, 39, 41, 44-51, 58, 69-74, 76-77, or 79. Nor does Nexo object to the public filing of the Valentine Motion's Exhibits 5 or 31.

### B. The Court Should Redact Documents that Disclose Nexo's Customers' Identifying Information

Nexo requests the redaction of the identifying information of Nexo's non-party customers' including names, email addresses, physical addresses, telephone numbers, brokerage and financial account numbers, and signatures in Plaintiff's Separate Statement of Undisputed Material Facts in Support of the MSJ, and MSJ Exhibits 2, 5-7, 9-10, 37-38, 40, 42-43, 52-57, 59-61, 65-68, 78, 80-90, 92-101 and 103-104, and the Valentine Motion and Valentine Motion Exhibits 1, 2, 4, and 6-30. Greaves Dec., ¶¶ 5, 7; Shelton Dec., ¶¶ 5, 7. These Nexo customers are not parties to this litigation, and Nexo seeks to protect the private information of its customers from public disclosure. Greaves Dec., ¶¶ 5, 7; Shelton Dec., ¶¶ 5, 7; *see also* Fed. R. Civ. P. 5.2 (requiring redaction of financial-account numbers). Specific prejudice or harm will result if the information is publicly disclosed because it will result in the public dissemination of private identifying information such as full names, email addresses, and physical addresses. Greaves Dec., ¶¶ 5, 7; Shelton Dec., ¶¶ 5, 7; *see also Doe v. City of San Diego*, No. 12-CV-689-MMA-DHB, 2014 U.S. Dist. LEXIS 66535, 2014 WL 1921742, at *4 (S.D. Cal. May 14, 2014) (exhibit's disclosure of personal information and irrelevance to the matter are compelling reasons to seal the exhibit); *LaBarge v. Elutia, Inc.,* No. 24-CV-1857-MMA-DEB, 2025 WL 1296700 (S.D. Cal. May 5, 2025) (sealing "a non-party's medical records").

## CONCLUSION

Nexo respectfully requests that the Court grant the proposed sealing order submitted concurrently by Nexo, as reflected in the following chart:

| Document | Party Designating Confidentiality | ECF No. | Court Order |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Plaintiff's Notice of Motion and Motion for Partial Summary Judgment on his Third, Fourth, and Fifth Causes of Action | Defendant Nexo Capital Inc. | 155 | The Court orders the redaction of the Nexo customer identifying information in Plaintiff's Notice of Motion and Motion for Partial Summary Judgment on his Third, Fourth, and Fifth Causes of Action with the remainder to be filed publicly. |
| Plaintiff's Separate Statement of Undisputed Material Facts in Support of his Motion for Partial Summary Judgment on his Third, Fourth, and Fifth Causes of Action | Defendant Nexo Capital Inc. | 154-5 | The Court orders the redaction of the Nexo customer identifying information in Plaintiff's Separate Statement of Undisputed Material Facts in Support of his Motion for Partial Summary Judgment on his Third, Fourth, and Fifth Causes of Action with the remainder to be filed publicly. |
| Ex. 2 to the Ambrose Declaration (Excerpts of the certified transcript of the deposition of Kosta Kantchev) | Defendant Nexo Capital Inc. | 155-4 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 2 with the remainder to be filed publicly. |
| Ex. 5 to the Ambrose Declaration (Excerpts of the certified transcript of the deposition of Dr. Randall Valentine) | Defendant Nexo Capital Inc. | 155-7 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 5 with the remainder to be filed publicly. |
| Ex. 6 to the Ambrose Declaration (Excerpts of the certified transcript of the deposition of Lyubcho Kostadinov) | Defendant Nexo Capital Inc. | 155-8 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 6 with the remainder to be filed publicly. |
| Ex. 7 to the Ambrose Declaration (Excerpts of the certified transcript of the deposition of Augustus Greaves) | Defendant Nexo Capital Inc. | 155-9 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 7 with the remainder to be filed publicly. |
| Ex. 9 to the Ambrose Declaration (Expert Report of Dr. Randall Valentine with its appendices) | Defendant Nexo Capital Inc. | 155-11 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 9 with the remainder to be filed publicly. |

| | | | |
|---|---|---|---|
| Ex.10 to the Ambrose Declaration (Dr. Randall Valentine's Supplemental Appendix C) | Defendant Nexo Capital Inc. | 155-12 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 10 with the remainder to be filed publicly. |
| Ex. 37 to the Ambrose Declaration (NEXO-0173527) | Defendant Nexo Capital Inc. | 155-39 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 37 with the remainder to be filed publicly. |
| Ex. 38 to the Ambrose Declaration (NEXO-0174383) | Defendant Nexo Capital Inc. | 155-40 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 38 with the remainder to be filed publicly. |
| Ex. 40 to the Ambrose Declaration (NEXO-0258167) | Defendant Nexo Capital Inc. | 155-42 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 40 with the remainder to be filed publicly. |
| Ex. 42 to the Ambrose Declaration (NEXO-0174383) | Defendant Nexo Capital Inc. | 155-44 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 42 with the remainder to be filed publicly. |
| Ex. 43 to the Ambrose Declaration (NEXO-0110123) | Defendant Nexo Capital Inc. | 155-45 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 43 with the remainder to be filed publicly. |
| Ex. 52 to the Ambrose Declaration (NEXO-0098562) | Defendant Nexo Capital Inc. | 155-54 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 52 with the remainder to be filed publicly. |
| Ex. 53 to the Ambrose Declaration (NEXO-0099083) | Defendant Nexo Capital Inc. | 155-55 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 53 with the remainder to be filed publicly. |
| Ex. 54 to the Ambrose Declaration (NEXO-0137355) | Defendant Nexo Capital Inc. | 155-56 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 54 with the remainder to be filed publicly. |

| | | | |
|---|---|---|---|
| Ex. 55 to the Ambrose Declaration (NEXO-0178100) | Defendant Nexo Capital Inc. | 155-57 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 55 with the remainder to be filed publicly. |
| Ex. 56 to the Ambrose Declaration (NEXO-0173527) | Defendant Nexo Capital Inc. | 155-58 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 56 with the remainder to be filed publicly. |
| Ex. 57 to the Ambrose Declaration (NEXO-0229646) | Defendant Nexo Capital Inc. | 155-59 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 57 with the remainder to be filed publicly. |
| Ex. 59 to the Ambrose Declaration (NEXO-0025323) | Defendant Nexo Capital Inc. | 155-61 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 59 with the remainder to be filed publicly. |
| Ex. 60 to the Ambrose Declaration (NEXO-0092866) | Defendant Nexo Capital Inc. | 155-62 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 60 with the remainder to be filed publicly. |
| Ex. 61 to the Ambrose Declaration (NEXO-0074218) | Defendant Nexo Capital Inc. | 155-63 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 61 with the remainder to be filed publicly. |
| Ex. 65 to the Ambrose Declaration (NEXO-0181644) | Defendant Nexo Capital Inc. | 155-67 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 65 with the remainder to be filed publicly. |
| Ex. 66 to the Ambrose Declaration (NEXO-0042030) | Defendant Nexo Capital Inc. | 155-68 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 66 with the remainder to be filed publicly. |
| Ex. 67 to the Ambrose Declaration (NEXO-0045100) | Defendant Nexo Capital Inc. | 155-69 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 67 with the remainder to be filed publicly. |

| | | | |
|---|---|---|---|
| Ex. 68 to the Ambrose Declaration (NEXO-0074363) | Defendant Nexo Capital Inc. | 155-70 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 68 with the remainder to be filed publicly. |
| Ex. 78 to the Ambrose Declaration (NEXO-0041409) | Defendant Nexo Capital Inc. | 155-80 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 78 with the remainder to be filed publicly. |
| Ex. 80 to the Ambrose Declaration (NEXO-0024839) | Defendant Nexo Capital Inc. | 155-82 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 80 with the remainder to be filed publicly. |
| Ex. 81 to the Ambrose Declaration (NEXO-0097988) | Defendant Nexo Capital Inc. | 155-83 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 81 with the remainder to be filed publicly. |
| Ex. 82 to the Ambrose Declaration (NEXO-0045299) | Defendant Nexo Capital Inc. | 155-84 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 82 with the remainder to be filed publicly. |
| Ex. 83 to the Ambrose Declaration (NEXO-0028624) | Defendant Nexo Capital Inc. | 155-85 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 83 with the remainder to be filed publicly. |
| Ex. 84 to the Ambrose Declaration (NEXO-0369960) | Defendant Nexo Capital Inc. | 155-86 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 84 with the remainder to be filed publicly. |
| Ex. 85 to the Ambrose Declaration (NEXO-0369935) | Defendant Nexo Capital Inc. | 155-87 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 85 with the remainder to be filed publicly. |
| Ex. 86 to the Ambrose Declaration (NEXO-0006792) | Defendant Nexo Capital Inc. | 155-88 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 86 with the remainder to be filed publicly. |

| | | | |
|---|---|---|---|
| Ex. 87 to the Ambrose Declaration (NEXO-0369993) | Defendant Nexo Capital Inc. | 155-89 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 87 with the remainder to be filed publicly. |
| Ex. 88 to the Ambrose Declaration (NEXO-0031467) | Defendant Nexo Capital Inc. | 155-90 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 88 with the remainder to be filed publicly. |
| Ex. 89 to the Ambrose Declaration (NEXO-0369965) | Defendant Nexo Capital Inc. | 155-91 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 89 with the remainder to be filed publicly. |
| Ex. 90 to the Ambrose Declaration (NEXO-0369993) | Defendant Nexo Capital Inc. | 155-92 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 90 with the remainder to be filed publicly. |
| Ex. 92 to the Ambrose Declaration (NEXO-0017595) | Defendant Nexo Capital Inc. | 155-94 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 92 with the remainder to be filed publicly. |
| Ex. 93 to the Ambrose Declaration (NEXO-0037569) | Defendant Nexo Capital Inc. | 155-95 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 93 with the remainder to be filed publicly. |
| Ex. 94 to the Ambrose Declaration (NEXO-0017544) | Defendant Nexo Capital Inc. | 155-96 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 94 with the remainder to be filed publicly. |
| Ex. 95 to the Ambrose Declaration (NEXO-0038366) | Defendant Nexo Capital Inc. | 155-97 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 95 with the remainder to be filed publicly. |
| Ex. 96 to the Ambrose Declaration (NEXO-0369842) | Defendant Nexo Capital Inc. | 155-98 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 96 with the remainder to be filed publicly. |

| | | | |
|---|---|---|---|
| Ex. 97 to the Ambrose Declaration (NEXO-0248367) | Defendant Nexo Capital Inc. | 155-99 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 97 with the remainder to be filed publicly. |
| Ex. 98 to the Ambrose Declaration (NEXO-0137000) | Defendant Nexo Capital Inc. | 155-100 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 98 with the remainder to be filed publicly. |
| Ex. 99 to the Ambrose Declaration (NEXO-0179946) | Defendant Nexo Capital Inc. | 155-101 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 99 with the remainder to be filed publicly. |
| Ex. 100 to the Ambrose Declaration (NEXO-0055884) | Defendant Nexo Capital Inc. | 155-102 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 100 with the remainder to be filed publicly. |
| Ex. 101 to the Ambrose Declaration (NEXO-0048730) | Defendant Nexo Capital Inc. | 155-103 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 101 with the remainder to be filed publicly. |
| Ex. 103 to the Ambrose Declaration (NEXO-0369843) | Defendant Nexo Capital Inc. | 155-105 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 103 with the remainder to be filed publicly. |
| Ex. 104 to the Ambrose Declaration (NEXO-0369778) | Defendant Nexo Capital Inc. | 155-106 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 104 with the remainder to be filed publicly. |
| Plaintiff John Cress's Notice of Motion and Motion to Exclude the opinions and Testimony of Dr. Randall Valentine; Memorandum of Points and Authorities in Support Thereof | Defendant Nexo Capital Inc. | 156 | The Court orders the redaction of the Nexo customer identifying information in Plaintiff John Cress's Notice of Motion and Motion to Exclude the opinions and Testimony of Dr. Randall Valentine Memorandum of Points and Authorities in Support Thereof with the remainder to be filed publicly. |

| | | | |
|---|---|---|---|
| Ex. 1 to the Ambrose Declaration (Expert Report of Dr. Randall Valentine) | Defendant Nexo Capital Inc. | 156-3 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 1 with the remainder to be filed publicly. |
| Ex. 2 to the Ambrose Declaration (Excerpts of the certified transcript of the deposition of Dr. Randall Valentine) | Defendant Nexo Capital Inc. | 156-4 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 2 with the remainder to be filed publicly. |
| Ex. 4 to the Ambrose Declaration (Excerpts of Dr. Randall Valentine's Supplemental Appendix C) | Defendant Nexo Capital Inc. | 156-6 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 4 with the remainder to be filed publicly. |
| Ex. 6 to the Ambrose Declaration (NEXO-0041805) | Defendant Nexo Capital Inc. | 165-8 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 6 with the remainder to be filed publicly. |
| Ex. 7 to the Ambrose Declaration (NEXO-0017350) | Defendant Nexo Capital Inc. | 165-9 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 7 with the remainder to be filed publicly. |
| Ex. 8 to the Ambrose Declaration (NEXO-0055884) | Defendant Nexo Capital Inc. | 165-10 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 8 with the remainder to be filed publicly. |
| Ex. 9 to the Ambrose Declaration (NEXO-0048730) | Defendant Nexo Capital Inc. | 165-11 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 9 with the remainder to be filed publicly. |
| Ex. 10 to the Ambrose Declaration (NEXO-0031467) | Defendant Nexo Capital Inc. | 165-12 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 10 with the remainder to be filed publicly. |
| Ex. 11 to the Ambrose Declaration (NEXO-00369965) | Defendant Nexo Capital Inc. | 165-13 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 11 with the remainder to be filed publicly. |

| | | | |
|---|---|---|---|
| Ex. 12 to the Ambrose Declaration (NEXO-0369993) | Defendant Nexo Capital Inc. | 165-14 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 12 with the remainder to be filed publicly. |
| Ex. 13 to the Ambrose Declaration (NEXO-0097988) | Defendant Nexo Capital Inc. | 165-15 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 13 with the remainder to be filed publicly. |
| Ex. 14 to the Ambrose Declaration (NEXO-0097988) | Defendant Nexo Capital Inc. | 165-16 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 14 with the remainder to be filed publicly. |
| Ex. 15 to the Ambrose Declaration (NEXO-0028624) | Defendant Nexo Capital Inc. | 165-17 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 15 with the remainder to be filed publicly. |
| Ex. 16 to the Ambrose Declaration (NEXO-0369843) | Defendant Nexo Capital Inc. | 165-18 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 16 with the remainder to be filed publicly. |
| Ex. 17 to the Ambrose Declaration (NEXO-00369844) | Defendant Nexo Capital Inc. | 165-19 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 17 with the remainder to be filed publicly. |
| Ex. 18 to the Ambrose Declaration (NEXO-0369846) | Defendant Nexo Capital Inc. | 165-20 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 18 with the remainder to be filed publicly. |
| Ex. 19 to the Ambrose Declaration (NEXO-0369778) | Defendant Nexo Capital Inc. | 165-21 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 19 with the remainder to be filed publicly. |
| Ex. 20 to the Ambrose Declaration (NEXO-0369960) | Defendant Nexo Capital Inc. | 165-22 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 20 with the remainder to be filed publicly. |

| | | | |
|---|---|---|---|
| Ex. 21 to the Ambrose Declaration (NEXO-0369935) | Defendant Nexo Capital Inc. | 165-23 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 21 with the remainder to be filed publicly. |
| Ex. 22 to the Ambrose Declaration (NEXO-0017595) | Defendant Nexo Capital Inc. | 165-24 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 22 with the remainder to be filed publicly. |
| Ex. 23 to the Ambrose Declaration (NEXO-0137355) | Defendant Nexo Capital Inc. | 165-25 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 23 with the remainder to be filed publicly. |
| Ex. 24 to the Ambrose Declaration (NEXO-0229646) | Defendant Nexo Capital Inc. | 165-26 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 24 with the remainder to be filed publicly. |
| Ex. 25 to the Ambrose Declaration (NEXO-0037569) | Defendant Nexo Capital Inc. | 165-27 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 25 with the remainder to be filed publicly. |
| Ex. 26 to the Ambrose Declaration (NEXO-0017544) | Defendant Nexo Capital Inc. | 165-28 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 26 with the remainder to be filed publicly. |
| Ex. 27 to the Ambrose Declaration (NEXO-0038366) | Defendant Nexo Capital Inc. | 165-29 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 27 with the remainder to be filed publicly. |
| Ex. 28 to the Ambrose Declaration (NEXO-0369842) | Defendant Nexo Capital Inc. | 165-30 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 28 with the remainder to be filed publicly. |
| Ex. 29 to the Ambrose Declaration (NEXO-0248367) | Defendant Nexo Capital Inc. | 165-31 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 29 with the remainder to be filed publicly. |

| | | | |
|---|---|---|---|
| Ex. 30 to the Ambrose Declaration (NEXO-0137000) | Defendant Nexo Capital Inc. | 165-32 | The Court orders the redaction of the Nexo customer identifying information in Exhibit 30 with the remainder to be filed publicly. |

DATED: August 14, 2026

BAKER & MCKENZIE LLP

By: */s/ Ian S. Shelton*
Ian S. Shelton

*Attorneys for Defendant Nexo Capital Inc.*