Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ianshelton@bakermckenzie.com
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol Street, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5067
Fax: (713) 427-5099

*Attorneys for Defendant*
Nexo Capital, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>Plaintiff,<br><br>vs.<br><br>NEXO CAPITAL INC.,<br><br>Defendant. | Case No. 3:23-cv-00882-TSH<br><br>The Hon. Thomas S. Hixon<br><br>**DECLARATION OF AUGUSTUS GREAVES** |

**DECLARATION**

1. My name is Augustus Greaves. I am more than twenty-one years old and have personal knowledge of the facts stated herein.

2. I am a director of Nexo Capital Inc. ("Nexo"). Given my role, I am familiar with Nexo's services and products.

3. I submit this declaration in connection with Plaintiff John Cress's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

4. In connection with Plaintiff's Motion for Partial Summary Judgment on His Third, Fourth, and Fifth Causes of Action (the "MSJ"), Nexo does not object to the public filing of the MSJ, and Exhibits 1, 3-4, 8, 21-25, 29, 30, 32-34, 39, 41, 44-51, 58, 69-74, 76-77, and 70.

5. In connection with the MSJ, Nexo requests the redaction of non-party customer identifying information, including names, email addresses, physical addresses, telephone numbers, brokerage and financial account numbers, and signatures, in Plaintiff's Separate Statement of Undisputed Material Facts in Support of the MSJ, and Exhibits 2, 5-7, 9-10, 37-38, 40, 42-43, 52-57, 59, 60-61, 65-68, 78, 80-90, 92-99, and 100-104. The Nexo customers are not parties to this litigation, and Nexo seeks to protect the private information of its customers from public disclosure. Specific prejudice or harm would result if the information is publicly disclosed because it would result in the public dissemination of private identifying information.

6. In connection with Plaintiff's Motion to Exclude the Opinions and Testimony of Dr. Randall Valentine (the "Valentine Motion"), Nexo does not object to the public filing of Exhibits 5 and 31.

7. In connection with the Valentine Motion, Nexo requests the redaction of non-party customer identifying information, including names, email addresses, physical addresses, telephone numbers, brokerage and financial account numbers, and signatures, in Plaintiff's Motion to Exclude the Opinions and Testimony of Dr. Randall Valentine, Ex. 1, 2, 4, and 6-30. The Nexo customers are not parties to this litigation, and Nexo seeks to protect the private

information of its customers from public disclosure. Specific prejudice or harm would result if the information is publicly disclosed because it would result in the public dissemination of private identifying information.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 13, 2026

Signed by:
Augustus Greaves
CF546A0791D8427...

Augustus Greaves