# EXHIBIT 2

# Kantchev Tr.

CERTIFIED
COPY

that wants to buy crypto assets with 500K, correct?

A. Buying crypto assets 500, yes.

Q. And then he says, "We have documents available without accredited investor status. We are waiting for it and therefore pausing purchase of NEXO." Do you see that?

A. I see that.

Q. What did you understand Mr. Hristov to be saying there?

A. I -- he thinks he that -- no, he doesn't. He says that he has received documents without so far any documents for investor accreditation status. We're awaiting that and that's why we're gonna pause the purchase of the NEXO tokens.

Q. And why did you understand -- did you have any understanding of why he was pausing the purchase of the NEXO tokens because he didn't have accredited investor documentation?

A. We have a general policy to require accreditation documents for such sales. That's what I remember from the time.

Q. Do you know why?

A. We wanted to be as compliant as possible during these times of uncertainty with respect to crypto regulations.

Q. And then you respond, "There's no point in pausing them. This is [redacted]," correct?

A. Just a second. Yes. Yes. That's what I say there, yes, exactly.

Q. What did you mean by that?

A. I am aware of Mr. [redacted], the late Mr. [redacted] being the founder of the [redacted] and I was absolutely certain at the time that he -- he is an investor, created investor at the time and I'm sure that he -- I was sure that he could provide the documents and there was no point in inventing for them considering the accreditations documentation was at the time something we just -- something that we did to stay compliant, but was not a requirement at the time. So for us to -- to -- to front run the transaction while we wait for documents that would certainly arrive, that was my understanding. I thought that we can proceed with this transaction. That's why I said what I said.

Q. Why were you so confident that Mr. [redacted] was an accredited investor?

A. I believe I have friends who knew him and was where I have been made aware of his wealth status.

Q. So it was your understanding that wealth status is what makes somebody an accredited investor or not?

MR. SHELTON: Objection. Calls for legal opinion.

A. I'm not a lawyer. As far as I'm aware, it relates to assets and income and from what I know it seemed to me that Mr. [redacted] certainly is much higher above any of this threshold requirement.

Q. So when you say that it was not required for you to get an accredited investor certificate, what do you mean by that?

A. I mean by that 2021, it was very obvious that customers were using the NEXO token for the utilities. People would bring them on the platform meaning, better interest rates and it was certainly as viewed and used and purchased as a utility token. And for such a token you don't need to require investor accreditation status, but we did it nonetheless because we always try to stay as compliant as possible in a very uncertain environment with respect to regulation in the U.S. at the time.

Q. Okay. So, am I hearing you right then that your view is that in February of 2021, it was obvious that the NEXO token was not a security?

Q. I want you to tell me what you meant by this email here.

A. I meant that if they have over 5 million probably U.S. dollars. That's what I meant at the time with us. It shows that they probably have more than 5 million in U.S. in any case for a family that's famous to have hundreds of millions of U.S.

Q. Right, but you don't respond to Mr. Hristov's statement about whether Nexo used to verify accreditation of companies, correct?

A. I don't respond, but you can't accept that you're making me confirm what he said because I'm not responding. Maybe I didn't see it. It says on a side note. Maybe again, it's three emails down. Maybe I didn't see what he's saying. What do you think? I really don't remember what it is, if we wanted accreditation, if we didn't want it. I don't remember this part.

Q. Then on February 16th, Bozhidar responds and he says, "We can be understanding given these 28 BTC and Coinbase. FYI, there is no such thing as accredited Bitcoin. We are trying to verify accredited investor status and yes, we do and should do it for legal entities, as well as individuals from the USA. Any other approach is simply wrong and

exposes us to unnecessary risk with the SEC." Do you recall seeing that at the time?

A. No.

Q. So you don't recall what you understood that to mean at the time?

A. No. That's five years ago.

Q. Do you recall whether you agreed with that statement at the time?

A. What I remember is that our general policy was to remain as compliant as possible with respect to regulation, and that's why we kept this optionality of requiring accreditation even though we might have not needed it.

MR. TAYLOR-COPELAND: Would now be a good time for a ten minute break?

THE WITNESS: That's okay.

MR. SHELTON: Yes.

THE VIDEOGRAPHER: We're now off the record. The time is 10:19 a.m. Pacific time.

(Whereupon, a recess was taken)

THE VIDEOGRAPHER: We're now back on the record. The time is 10:36 a.m. Pacific time.

A. Dollars times, actually I don't know in dollar terms. We raised in Bitcoin and Ethereum at the time, so it's -- in dollar terms probably around 30 something million dollars.

Q. Are you aware --

A. At the --

Q. No, please finish.

A. At the market price back then should be something around that amount.

Q. Are you aware that Nexo publicly claimed that it had raised $52,500,000?

A. We sold this nominal amount of the nominal value of the NEXO tokens worth for this month.

Q. That's not actually the amount that was raised, correct?

A. No. That was the face value of the token.

Q. So it wasn't true when Nexo said that it had raised $52,500,000 in the token sale, right?

MR. SHELTON: Objection. Misstates testimony.

A. Yeah, I didn't say that.

Q. Well, you told me Nexo didn't raise $52,500,000, correct?

A. It sold this amount of face value worth of