# EXHIBIT 6

# Kostadinov Tr.

**CERTIFIED COPY**

record at 5:53.

(Exhibit 27 marked for identification.)

MR. AMBROSE: This is Exhibit 27, labeled Nexo-0179946. It is from Simplesat, no reply@simplesat.io, sent February 8, 2021, to Luybcho@nexo.io. Subject: "Net Promoter Score - Original, Positive rating from [redacted]". Do you remember seeing this email?

A I know Simplesat is a platform. I do not recall seeing this particular survey response.

Q Do you know what Simplesat is?

A It is a platform for Net Promoter Score collection. It was handled by the customer support team.

Q So someone at customer support would have seen this?

A I can't be sure about that.

Q But customer support was responsible for reading Simplesat messages?

A I believe so, yes.

Q Why were they being sent to you?

A I don't know that.

Q Did you ever receive things like

this and say "Hey, why am I getting sent Simplesat or Trust Pilot"?

A I don't remember that. Probably somebody gave me access for some reason, which I don't recall at the moment.

Q Did you ever request access to Simplesat or Trust Pilot communications?

A I don't remember requesting access.

Q It says: "10. Net Promoter Score - Original. [redacted] on February 8, 2021. 10. How likely are you to recommend us to a friend or colleague?

Speed of withdrawals being processed and also the new exchange id world class. Also that the Nexo Token is SEC compliant is a huge plus in recommending Nexo to friends and family."

Did the marketing team have an understanding in February 2021 that the Nexo Token being SEC compliant was important to Nexo customers?

A I don't know that.

Q But you got an email saying that specifically, right?

A It is one of these automated emails which I already mentioned, that I have an