# EXHIBIT 10

# Expert Report of Dr. Robert Valentine with Supplemental Appendix C

**SUPPLEMENTAL APPENDIX C**

| Account Name | Initial Close Date | Documentary Support |
|---|---|---|
| [redacted] | 14-Feb-18 | NEXO-0017620 |
| [redacted] | 27-Feb-18 | NEXO-0217591, NEXO-0217564 |
| [redacted] | 1-Mar-18 | NEXO-0217592, NEXO-0369425 |
| [redacted] | 1-Mar-18 | NEXO-0217610, NEXO-0213297, NEXO-0217597 |
| [redacted] | 2-Mar-18 | NEXO-0369426, NEXO-0217596 |
| [redacted] | 5-Jan-21 | NEXO-0026699 |
| [redacted] | 25-Jan-21 | NEXO-0041805 |
| [redacted] | 5-Jan-21 | *None* |
| [redacted] | 3-Jan-21 | NEXO-0006324, NEXO-0006325, NEXO-0006326 |
| [redacted] | 10-Mar-21 | NEXO-0006648, NEXO-0006650, NEXO-0006651, NEXO-0006652, NEXO-0006664, NEXO-0006666 |
| [redacted] | 21-Jan-21 | NEXO-0017350 |
| [redacted] | 28-Jan-21 | NEXO-0369434, NEXO-0369427, NEXO-0369429, NEXO-0369430, NEXO-0369432 |
| [redacted] | 6-Jan-21 | NEXO-0006791, NEXO-0006792, NEXO-0006793, NEXO-0006794, NEXO-0006795, NEXO-0006796, NEXO-0006797, NEXO-0006798, NEXO-0006799, NEXO-0006800, NEXO-0006801, NEXO-0006802, NEXO-0006803, NEXO-0369461 |
| [redacted] | **1-Apr-21** | **NEXO-0017265** |
| [redacted] | 2-Dec-21 | NEXO-0017351 |
| [redacted] | 19-May-21 | NEXO-0005419, NEXO-0005420, NEXO-0005421, NEXO-0005422 |
| [redacted] | 21-Oct-21 | NEXO-0005424, NEXO-0005426, NEXO-0005466 |
| [redacted] | 29-Apr-21 | NEXO-0006738, NEXO-0006739, NEXO-0006745, NEXO-0006752, NEXO-0006760, NEXO-0006762 |
| [redacted] | 14-Apr-21 | NEXO-0175107 |
| [redacted] | 13-Jan-22 | NEXO-0005467, NEXO-0005468, NEXO-0005476 |
| [redacted] | 13-Apr-21 | NEXO-0005480, NEXO-0005538, NEXO-0005592, NEXO-0005651, NEXO-0005652, NEXO-0005653, NEXO-0005660 |

**SUPPLEMENTAL APPENDIX C**

| | | | |
|---|---|---|---|
| [redacted] | | 14-Feb-22 | NEXO-0005662, NEXO-0005663, NEXO-0005664, NEXO-0005665, NEXO-0005671, NEXO-0005673, NEXO-0005675, NEXO-0005681, NEXO-0005687 |
| [redacted] | | 13-Jun-21 | NEXO-0005693, NEXO-0005694, NEXO-0005771 |
| [redacted] | | 25-May-21 | NEXO-0005775, NEXO-0005814, NEXO-0005817, NEXO-0005818, NEXO-0005820, NEXO-0005822, NEXO-0005823, NEXO-0005824, NEXO-0005825, NEXO-0005827 |
| [redacted] | | 3-Feb-22 | NEXO-0005828, NEXO-0369466 |
| [redacted] | | 13-Jun-21 | NEXO-0017365 |
| [redacted] | | 26-Aug-21 | NEXO-0005832 |
| [redacted] | | 9-Dec-21 | NEXO-0005833, NEXO-0005834, NEXO-0005836, NEXO-0005839, NEXO-0369459 |
| [redacted] | | 14-Jan-22 | NEXO-0005841, NEXO-0005849, NEXO-0005894 |
| [redacted] | | 3-Jun-21 | NEXO-0017368 |
| [redacted] | | 10-Aug-21 | NEXO-0005993, NEXO-0005994, NEXO-0005995, NEXO-0005996, NEXO-0005997 |
| [redacted] | | 27-Feb-22 | *None* |
| [redacted] | | 9-Feb-22 | NEXO-0005999 |
| [redacted] | | 3-Feb-22 | NEXO-0006000, NEXO-0006004, NEXO-0006005, NEXO-0006013, NEXO-0006017, NEXO-0006019 |
| [redacted] | | 14-Nov-21 | NEXO-0006112, NEXO-0006120, NEXO-0006121, NEXO-0006122, NEXO-0006123, NEXO-0006126 |
| [redacted] | | 12-Jul-21 | NEXO-0006131 |
| [redacted] | | 18-Oct-21 | NEXO-0079183 |
| [redacted] | | 28-Feb-22 | *None* |
| [redacted] | | 20-Oct-21 | NEXO-0006132 |
| [redacted] | | 5-Sep-21 | NEXO-0017373 |
| [redacted] | | 26-Jul-21 | NEXO-0006133, NEXO-0006135, NEXO-0006136, NEXO-0006137 |
| [redacted] | | 18-Oct-21 | NEXO-0017361 |

**SUPPLEMENTAL APPENDIX C**

| | | | |
|---|---|---|---|
| [redacted] | | 23-Feb-22 | NEXO-0006139, NEXO-0006212, NEXO-0006213, NEXO-0006219, NEXO-0006225, NEXO-0006231, NEXO-0006239, NEXO-0006247, NEXO-0006253, NEXO-0006257, NEXO-0006261, NEXO-0006267, NEXO-0006269 |
| [redacted] | | 30-Jan-22 | NEXO-0006313, NEXO-0006314, NEXO-0006315, NEXO-0006316, NEXO-0006317, NEXO-0006318, NEXO-0006319, NEXO-0006320, NEXO-0006321, NEXO-0369460 |
| [redacted] | | 30-Nov-21 | NEXO-0006328, NEXO-0006342, NEXO-0006363, NEXO-0006364, NEXO-0006417, NEXO-0006418, NEXO-0006419, NEXO-0006421 |
| [redacted] | | 2-Dec-21 | NEXO-0006424, NEXO-0006425, NEXO-0006429, NEXO-0006434 |
| [redacted] | | 17-Aug-21 | NEXO-0006440, NEXO-0006442, NEXO-0006443, NEXO-0006445, NEXO-0006446 |
| [redacted] | | 22-Feb-22 | NEXO-0006447, NEXO-0006470, NEXO-0006471, NEXO-0006478, NEXO-0006485, NEXO-0006486, NEXO-0006496, NEXO-0006497, NEXO-0006542, NEXO-0006553, NEXO-0006557 |
| [redacted] | | 12-Oct-21 | NEXO-0006565, NEXO-0006567, NEXO-0006569, NEXO-0006571, NEXO-0006579, NEXO-0006581, NEXO-0369465 |
| [redacted] | | 8-Dec-21 | NEXO-0006586 |
| [redacted] | | 24-Aug-21 | NEXO-0006499, NEXO-0006501, NEXO-0006503, NEXO-0006505, NEXO-0006507 |
| [redacted] | | 6-Feb-22 | NEXO-0006587, NEXO-0006588, NEXO-0006589, NEXO-0006590, NEXO-0006592, NEXO-0006593, NEXO-0006594, NEXO-0006595, NEXO-0369462 |
| [redacted] | | 22-Aug-21 | NEXO-0006596, NEXO-0006597, NEXO-0006605, NEXO-0006617, NEXO-0006619, NEXO-0006631, NEXO-0006643 |
| [redacted] | | 13-Apr-21 | NEXO-0006509, NEXO-0006510, NEXO-0006522, NEXO-0006540 |

**SUPPLEMENTAL APPENDIX C**

| | | | |
|---|---|---|---|
| [redacted] | | 24-Nov-21 | NEXO-0006649 |
| | | 5-May-21 | NEXO-0006668, NEXO-0006670, NEXO-0006677, NEXO-0006685, NEXO-0006687, NEXO-0369463 |
| | | 6-Sep-21 | NEXO-0017381 |
| | | 28-Sep-21 | NEXO-0006692, NEXO-0006693, NEXO-0006695, NEXO-0006711, NEXO-0369464 |
| | | 30-Jul-21 | NEXO-0211219, NEXO-0369458 |
| | | 26-Oct-21 | NEXO-0006718, NEXO-0006719, NEXO-0006727, NEXO-0006728, NEXO-0006730, NEXO-0006735 |
| | | 8-Feb-21 | NEXO-0041433 |
| | | 28-May-21 | NEXO-0369931; 0369933; 0369934; 0370094 |
| | | 23-May-21 | NEXO-0370015; NEXO-0370028; NEXO-0370034; 00370063 |
| | | 12-Mar-21 | NEXO-0174459 |
| | | 15-Mar-21 | NEXO-0369935; 0369937; 0369944; 0369948; 0369959 |
| | | 18-Mar-21 | NEXO-0174352;NEXO0045039 |
| | | 23-Mar-21 | NEXO-0047117 |
| | | 16-Apr-21 | NEXO-0370011; NEXO-0370013; NEXO-0370030 |
| | | 4-May-21 | NEXO-0050593 |
| | | 5-May-21 | NEXO-0369851; 0369853; 0369891 |
| | | 16-Jul-21 | NEXO-0064779 |
| | | 17-Dec-21 | NEXO-0177101 |
| | | 6-Jan-22 | NEXO-0136405 |
| | | 13-Jan-22 | NEXO-0003716 |
| | | 2-Mar-20 | NEXO-0097988 |
| | | 13-Jul-20 | NEXO-0028624 |
| | | 1-Aug-20 | NEXO-0045299 |
| | | 3-Aug-20 | NEXO-00369960; NEXO-00369962; NEXO-0370095 |
| | | 20-Oct-21 | NEXO-00369965; NEXO-0369993 |
| | | 23-Apr-21 | NEXO-0369429; NEXO-0369430; NEXO-0369432 NEXO-0369440; NEXO-0138856 |
| | | 26-Jun-21 | NEXO-0369743; NEXO-0369748; NEXO-0369749; 0369847; 0369848; 0369850 |
| | | 30-Nov-20 | NEXO-0369843; 0369844; 0369846; 0370096 |

| | | | |
|---|---|---|---|
| [redacted] | | 13-Aug-19 | NEXO-0369778; 0369780; 0369782; 0369806; 0369809; 0369810; 0369812; 0369814; 0369819 |