# EXHIBIT 37

# NEXO-0173527

Message

**From**: [redacted]
**Sent**: 01/02/2021 14:47:06
**To**: Nexo Help Center [support@nexo.io]
**Subject**: Re: bought nexo tokens

My purchase of NEXO tokens via nexo.io website and Changelly is pending after more than an hour. Please advise.

Thanks,
[redacted]

On Mon, Feb 1, 2021 at 9:20 AM Nexo Help Center <support@nexo.io> wrote:

> Hi [redacted]
>
> **This is an automated reply.** If the reply provided below does not address your question, please reply to this email.
>
> Thank you for contacting us.
>
> The service Nexo provides is targeted at people who own crypto assets or want to use our "Earn" product to yield high interest on their savings.
>
> Nexo is the most advanced platform for instant crypto loans, and the only blockchain company giving people an opportunity to take a loan in 45 fiat currencies in 200+ jurisdictions against their crypto assets. That allows Nexo clients to spend the value of their assets without selling them.
>
> On top of that, Nexo clients can earn up to 10% yearly interest on stablecoins and EUR, USD, GBP transfers. The minimum amount required to start receiving daily compounding interest is 1 USD for stablecoins, 1000 EUR for Euro, 1000 GBP for Pound Sterling and 50 000 USD for US Dollars. Please note that the minimum for USD will be reduced soon.
>
> Nexo's global operations are powered by the profound lending experience of Credissimo, a leading FinTech Group serving millions of people across Europe for over 10 years, while multiple banking and financial service regulators.
>
> Nexo's platform combines seamless user-experience with military-grade security and with 256-bit encryption. Clients funds are held in individually assigned multi-signature wallets in cold storage which are provided by the leader in multi-signature encryption technology BitGo. These custodial assets are covered for up to $100,000,000.00 by the London-based insurance company Lloyd's with its syndicate of underwriters which act under its umbrella.
>
> NEXO Tokens are the world's first SEC-compliant dividend-paying asset-backed security tokens with utility features. NEXO Tokens are backed by the Loan assets portfolio. Nexo pays 30% of its Net Profit in the form of dividends distributed proportionally among all NEXO Tokens holders, who have their Tokens staked in the Nexo account at the ex-dividend date.
>
> In case you have any further questions please let us know.
>
> Thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Best regards,
Nexo Customer Support