# EXHIBIT 38

# NEXO-0174383

Message

**From**: [redacted]
**Sent**: 07/03/2021 04:42:07
**To**: Nexo Help Center [support@nexo.io]
**Subject**: Re: Not able t access to NEXO token

Hi,

Unfortunately, your answer does not solve the problem.
I still have 100 NEXO from the Airdrop 2018. But I can only see them in my transactions.
How can I get them in my wallet? How can I use them?

Thank you

[redacted]

Am Do., 18. Feb. 2021 um 04:31 Uhr schrieb Nexo Help Center <support@nexo.io>:

Hi [redacted]

**This is an automated reply.** If the reply provided below does not address your question, please reply to this email.

Thank you for contacting us.

The service Nexo provides is targeted at people who own crypto assets or want to use our "Earn" product to yield high interest on their savings.

Nexo is the most advanced platform for instant crypto loans, and the only blockchain company giving people an opportunity to take a loan in 45 fiat currencies in 200+ jurisdictions against their crypto assets. That allows Nexo clients to spend the value of their assets without selling them.

On top of that, Nexo clients can earn up to 10% yearly interest on stablecoins and EUR, USD, GBP transfers. The minimum amount required to start receiving daily compounding interest is 1 USD for stablecoins, 1000 EUR for Euro, 1000 GBP for Pound Sterling and 50 000 USD for US Dollars. Please note that the minimum for USD will be reduced soon.

Nexo's global operations are powered by the profound lending experience of Credissimo, a leading FinTech Group serving millions of people across Europe for over 10 years, while multiple banking and financial service regulators.

Nexo's platform combines seamless user-experience with military-grade security and with 256-bit encryption. Clients funds are held in individually assigned multi-signature wallets in cold storage which are provided by the leader in multi-signature encryption technology BitGo. These custodial assets are covered for up to $100,000,000.00 by the London-based insurance company Lloyd's with its syndicate of underwriters which act under its umbrella.

NEXO Tokens are the world's first SEC-compliant dividend-paying asset-backed security tokens with utility features. NEXO Tokens are backed by the Loan assets portfolio. Nexo pays 30% of its Net Profit in the form of dividends distributed proportionally among all NEXO Tokens holders, who have their Tokens staked in the Nexo account at the ex-dividend date.

In case you have any further questions please let us know.

Thank you for choosing Nexo and becoming part of our mission to decentralize global finance!

Best regards,
Nexo Customer Support