# EXHIBIT 40

# NEXO-0258167

**A**. -No account

Thank you for contacting Nexo OTC Desk! We will be happy to assist you.

You are correct - the minimum for an OTC transaction is $100,000. That being said, if you plan to execute both $50k transactions simultaneously, we will be happy to make an exception for you and bundle them as one.

As part of our KYC process, could you please open a Nexo account here and pass advanced verification? Additionally, one of our compliance associates will get in touch with you to request a Source of Funds declaration and provide you with a copy of our Cryptocurrencies Purchase and Sale Agreement for signing.

In addition, the NEXO Token is registered with SEC as a security. The SEC requirement is to sell it only to accredited investors who can show a proof. The accredited investor certificate has a certain criteria and can be proved by a certified platform, your layer/broker or through your tax return slips for the past 2 years. You can see the requirements here and get a certificate through the verifyinvestor.com platform.

The Nexo OTC Desk works on a best-effort execution basis. When facilitating an BTC deal for a customer, we will get in touch with one of our partner OTC desks and ask them for a quote. The price they quote becomes the price of execution, without us charging an additional spread. For NEXO deals, we will work with some of our large token holders to secure the necessary quantity. As with ETH, we will not charge an additional commission.

Please confirm once your personal account is verified and I will be happy to provide you with further instructions.

Have a nice day.

I will outline the steps for NEXO tokens purchase through our OTC desk below:

1. Send your OTC request to me - $ amount of NEXO tokens to be purchased, the asset you want to pay with (you mentioned USD).
2. Nexo KYC/AML team will send you to sign the following docs - Purchase Agreement, Source of funds declaration.
3. After they receive and approve the docs, you send the funds to Nexo OTC wallet.
4. Assets are confirmed in Nexo OTC wallet and we can execute the deal.
5. OTC desk works with large NEXO token sellers and we try to get as low a price as possible ( to mitigate any price slippage) taking into consideration a few things - current spot price and spread on different exchanges.
6. We deposit the assets in your Nexo account.

B.

Thank you for your interest in NEXO OTC trading desk service. Happy to help you understand how the desk works and facilitate a potential trade.

The Nexo OTC Desk works on a best-effort execution basis. When facilitating an ETH/BTC deal for a customer, we will get in touch with one of our partner OTC desks and ask them for a quote. The price they quote becomes the price of execution, without us charging an additional spread.

I will outline the additional steps we need to follow before execution:

1. Advanced verified account - already completed
2. Deposit funds in your account - already completed
3. Sign a Source of Funds declaration and send supporting documentation for it - not signed yet
4. Sign OTC Desk Purchase Agreement - not signed yet

After we have all of the above in place and you agree to proceed forward we will execute the deal in a timely manner. As soon as we complete the trade, the bought assets will be deposited in your Nexo account.

**C.**

Thank you for the interest of buying NEXO Tokens through our OTC trading desk.

The Nexo OTC Desk works on a best-effort execution basis. When facilitating a NEXO deal, we will work with some of our large token holders to secure the necessary quantity. We push them to get the best price of execution, without us charging an additional spread. We take into consideration the current spot price and spread on different exchanges. We protect the buyer of any price slippage which will occur if going direct to an exchange.

I will outline the steps for NEXO tokens purchase through our OTC desk below:

1. Send your OTC request to me - $ amount of NEXO tokens to be purchased, asset you want to pay with ( you mentioned USD).
2. Nexo KYC/AML team will send you to sign the following docs - Purchase Agreement, Source of funds declaration.
3. After they receive and approve the docs, you send the funds to Nexo OTC wallet.
4. Assets are confirmed in Nexo OTC wallet and we can execute the deal.
5. OTC desk works with large NEXO token sellers and we try to get as low a price as possible ( to mitigate any price slippage) taking into consideration a few things - current spot price and spread on different exchanges.
6. We deposit the assets in your Nexo account.

We could firm up the quote with the Seller, as soon as your funds are available at the OTC trading desk for immediate settlement. Indicatively, it will be as close to spot as possible.

**D.**

We appreciate your interest in becoming a NEXO token holder and will be glad to accommodate your investment through our institutional OTC desk for a minimum investment of $50,000. Please be aware that we would intermediate the acquisition of NEXO tokens at a single price, thereby eliminating price risk for you. In addition, we always obtain the buyer's and seller's positions upfront, which we cross settle, thereby eliminating counterparty risk. Last, but not least, in our continuous efforts to expand the adoption of the NEXO token in the ecosystem, we will not charge you commission for facilitating the trade.

Given your introductory information, we can accept Bitcoin (BTC) for your payment for the NEXO tokens that you wish to purchase.

Once you become a NEXO token holder, not only you will be entitled to receiving the next dividend and loyalty dividend component, but also in the interim you could enjoy the benefits of paying less (5.9% APR) on loans obtained from Nexo or earning up to 10% APR on funds that you would like to stake at our platform. New benefits are constantly added and we look forward to continually enhancing the user experience for our global community.

## NEXO Tokens sell through OTC

Thank you for contacting the OTC Desk! We will be glad to assist you.

The Nexo OTC desk does not participate directly in trades of Nexo tokens. We are not a market maker. When we have an inquiry for the purchase of Nexo tokens, we work with a number of large token holders to secure the necessary quantity of Nexo tokens. When somebody is looking to sell Nexo tokens, we first look at our own pipeline to see if we have a buyer lined up. If we don't have a buyer, we will look for one. Keep in mind that in certain instances we have been unable to find a buyer on the timeframe required by the seller. Additionally, now that the ex-dividend date passed, it will be more challenging to find a buyer.

If you are looking for timely execution, the better option might be going through an exchange.

I hope this information helps. Have a nice day!

## Earn on USD - intro email

Thank you for your interest in Nexo's 'Earn Interest' Account. As a licensed & regulated financial institution we are thrilled to be able to pay 8% of compounding interest on USD & GBP, in addition to the already existing options for EUR and all major stablecoins. Here are some of the benefits

**Earn 8% Yield with Full Flexibility**

High-yield savings account much more attractive than traditional bank deposits and alternative investments. Nexo offers you full flexibility by allowing you to add and withdraw funds at any time without penalties or any fees.

**100% Asset-Backed Guarantee.**

Your funds are secured at all times by asset-backed portfolios of overcollateralized loans. The collateral of each loan is subject to custodial insurance of $100 million provided by the world's leading audited custodian BitGo and the insurance leader Lloyd's of London.

**Compounded Interest Paid out Daily. No Fees.**

The power of compounding ensures that every day a larger interest amount is credited into your account, letting you enjoy secure high-yield passive income without any fees or commissions.

To move forward with your request, please confirm the size of your planned contribution and Open Your Secure Personal or Business Nexo Account. Please let us know once you have verified your Nexo account and, we will issue further wire transfer instructions to you.

# E.

The NEXO OTC Trading desk executed the trade on your behalf at a price of $0.1771. We recognise you as a valuable partner and we have not charged you any fees or commissions for the service. Please let me outline the process of purchasing NEXO Tokens through our OTC desk below.

The Nexo OTC Desk works on a best-effort execution basis. When facilitating a NEXO deal, we will work with some of our large token holders to secure the necessary quantity. We push them to get the best price of execution, without us charging an additional spread. We take into consideration the current spot price and spread on different exchanges. We protect the buyer of any price slippage which will occur if going direct to an exchange.

OTC offer in the market and try to stay as close to spot price as possible. Execution of the $100,000 trade will be more cost efficient percentage wise due to its larger size.

По име ще е най-добре те са 5ма.

My name is Chris and I am part of the VIP Relationship Management team at Nexo. I have been informed that you want to address a few questions before making a big deposit. I will be more than happy to address it.

In order to provide you the best service according to your needs, please answer the following questions:

1. What is the USD amount you consider to deposit?
2. What type of assets you plan to park in your Nexo account?
3. What other platforms you have used?

Looking forward to hearing from you.

NEXO Accredite investors

It is a pleasure meeting you. I will be happy to help you with the purchasing of NEXO Tokens.

As part of our KYC process, could you please log in your Nexo account and pass advanced verification. Additionally, one of our compliance associates will get in touch with you to request a Source of Funds declaration and provide you with a copy of our Cryptocurrencies Purchase and Sale Agreement for signing.

In addition, the NEXO Token is registered with SEC as a security. The SEC requirement is to sell it only to accredited investors who can show a proof.. The accredited investor certificate has a certain criteria and can be proved by a certified platform, your layer/broker or through your tax return slips for the past 2 years. You can see the requirements here and get a certificate through the verifyinvestor.com platform.

As soon as we have the documents above in place and approved by our compliance team, we can proceed straight to execution.

Hi there,

Thank you for your email. I will be out of the office from 19.02 to 21.02 and will not have access to email. If you are in an urgent need of a Portfolio Booster or an OTC trade ,please reach out to octavian@nexo.io. If you need technical assistance while I am gone, please reach out to support@nexo.io

I will do my best to respond promptly to your email when I return on 22.02.

Have a great weekend.

if you are in an urgent need of a Portfolio Booster or an OTC trade ,please reach out to …..@nexo.io. If you need technical assistance while I am gone, please reach out to support…

Здравейте, пиша ви за позволение да продадем LINK на [redacted] на цената от вторник вечер $26-$27.

- Аз не разбрал правилно поръчката му и не сме направили екзекуциите на време
- Колко пари сме генерирали от него
- Това може да е финалния препъни камък в нашите отношения, той знае за всичките ни проблеми по платформата, скрити такси, дела и прочие
- С този жест ще съживим отношенията, а ако го отрежем може да си докараме още един враг