# EXHIBIT 42

# NEXO-0175616

Message

**From**: [redacted]
**Sent**: 11/05/2021 16:45:29
**To**: legal@nexo.io; Nexo Capital Inc. [support@nexo.io]
**CC**: legal@bitgo.com; contact@invezz.com; editor@ambcrypto.com; drop@cointelegraph.com; hello@u.today; customerservice@cryptobriefing.com; cryptonewsflash@protonmail.com
**Subject**: Nexo falsely stated on it's website it is SEC Compliant

Hi Nexo

I received a reply from the SEC of the USA and they said: " Nexo is not registered with the SEC." See email below.

But to the rest of the world, Antoni is telling how well BITCOIN IS DOING AND NEXO is this great "bank",

a) but it doesn't have a license
b) is not registered with the SEC
c) a violates it's own GTC.

Nexo **BOLDLY stated it was SEC Compliant. But for some strange reason, is not anymore.**

***WHY???***

## You will not allow payment in XRP, but then later, except payment in XRP?

BUT YOU DO THIS!!!???

1. Nexo never posted the XRP delisting on the Nexo platform. **VIOLATED**
2. Nexo stated new changes to the GTC will come into affect after published on the platform. **VIOLATED**
3. Nexo stated that changes to the GTC, will not affect old loan agreements. **VIOLATED**
4. You advertise your Lloyds of London insurance in a **misleading fashion.**
5. You said you are SEC Compliant. **MORE LIES**
6. **Nexo does not operate under US law, nor do I.**
7. **Stripping me of my XRP right, was UNJUST.**
8. **I DEMAND A REFUND.**

Hope to get some justice in this world.

Speak soon.

[redacted]

---

**From:** "Help" <help@sec.gov>
**Sent:** Tuesday, 13 April 2021 13:36
**To:** [redacted]
**Subject:** SEC Response HO::~01117460~::HO

Dear Mr. [redacted]

Thank you for contacting the U.S. Securities and Exchange Commission (SEC) regarding Nexo.

Nexo is not registered with the SEC. Please note that any time you consider giving money to a financial services firm or an individual, you should first check the background of the firm or individual to make sure they are licensed in your jurisdiction. Brokerage firms and transfer agents, for example, must be registered with U.S. securities regulators to do business in the U.S. Most other countries have the same requirement. For links to databases of U.S. registered brokerage firms, brokers, and investment advisers, please consult our investor bulletin: "How to Check Out Your Investment Professional," available at https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins/updated-0. To find out whether a financial services firm is registered in another country, please consult the list of international financial regulators and their contact information at http://www.utoledo.edu/law/library/financialregulators.html.

You may also wish to review our investor alert: "Watch Out for Fraudulent Digital Asset and 'Crypto' Trading Websites," available at https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-alerts/investor-3 and our "Spotlight on Initial Coin Offerings and Digital Assets," available at https://www.investor.gov/additional-resources/spotlight/spotlight-initial-coin-offerings-and-digital-assets.
As you reside outside of the US, you may wish to contact your country's regulators for any further assistance that it may be able to provide. Contact information to foreign regulators could be found here: https://www.utoledo.edu/law/library/financialregulators/s.html#SOUTH_AFRICA

Sincerely,
Ms. Kerry McGovern
Investor Assistance Specialist
Office of Investor Education and Advocacy
U.S. Securities and Exchange Commission

File Attachment:
Correspondent Name: Mr. [redacted]
Create Date: 2021-02-15 15:37:19
Origin: Web
File #: HO::~01117460~::HO
Description:
The loan agreement the Bank, Nexo, had with me, was that any changes to their General Terms and Conditions (GTC), would be published and that no new loan agreement, would vito an old one. They stated that all collateral loans, could be used to repay a loan. They have not done this in December and without a notification, they removed they ability to repay a loan with XRP, but would liquate my XRP at 17c, but I couldn't repay at 47c. They have violated their GTC so many times and has illegally liquidated XRP
ref:_00D30JxQy._500t0gmaFAAAY:ref