# EXHIBIT 43

# NEXO-0110123

Message

**From**: Alexander Mrozinski [alexander.mrozinski@nexo.io]
**Sent**: 21/04/2022 05:54:56
**To**: [redacted]
**BCC**: kaloyan@nexo.io
**Subject**: Re: Octavian Nexo <> [redacted] - Introduction

Hi [redacted]

thanks for getting back to me.

This is correct, if you want to use your Nexo tokens in order to repay your outstanding loan and you would withdraw them, your loyalty tier and yield would be affected when withdrawing them from the platform.

The thickest order books for Nexo tokens can be found ie. on Huobi or Uniswap.

More exchanges can be found under the category " Nexo markets" in the link below:
https://coinmarketcap.com/currencies/nexo/

Unfortunately, I won't be able to offer you using our OTC desk for the before mentioned reasons in regards to the regulatory changes announced on the 18th of February, which restricts us to facilitate Nexo tokens OTC for the time being.

Hope this helps.

I remain at your disposal.

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

nexo

**Unlock the Power of Your Crypto**
nexo.io



On Wed, Apr 20, 2022 at 9:52 PM [redacted] wrote:
this is so sketchy -- there isn't enough liquidity for me to trade. I've only been able to get rid of 1,587 our of 66,000.

I acquired all my nexo on your platform via interest payments or exchanges. you guys need to help me out here.

On Wed, Apr 20, 2022 at 12:32 PM [redacted] wrote:
Thanks -- but the issue is that my loyalty level will drop if I withdraw the nexo tokens and my interest will get jacked up, no?

[redacted]

On Wed, Apr 20, 2022 at 11:16 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:
Hi [redacted]

thanks for your reply.

To your question, you could consider sending your Nexo tokens to any exchange (CEX order DEX) and selling those into eg. USDT/USDC, and send back the tokens to the platform and repay the outstanding loan amount with eg. stable coins. Just make sure when withdrawing that the right Blockchain Network for withdraws and deposits are chosen.

You can find an overview of all exchanges where our Nexo token is listed for eg. CoinMarketCap.

Hope this helps.

I remain at your disposal.

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

**Unlock the Power of Your Crypto**
nexo.io

On Wed, Apr 20, 2022 at 6:10 PM [redacted] wrote:

My goal is to pay off the remainder of my loan with nexo tokens and close my accounts without incurring significant capital gains by selling or exchanging my BTC or ETH. I have access to exchange nexo tokens on coinex.com. How should I proceed?

Outstanding loan: $142,479.59
BTC [redacted] $204,816.92
ETH [redacted] $310,197.02
NEXO [redacted] $154,747.40

On Wed, Apr 20, 2022 at 10:35 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hi [redacted]

thanks for your reply.

Please kindly note, that the exchange of Nexo tokens within the credit wallet was never an option, nor the option to repay outstanding loans with Nexo tokens.

There was a period when it was possible for US citizens to purchase Nexo tokens OTC for accredited investors or in the savings wallet using our Nexo Exchange. These changes for the exchange process of Nexo tokens, and the offering stop of the Earn product for our US clients came with the regulatory changes around the SEC decisions from January 2022 for lenders and borrowers in the US, announced by us on the 18th of February 2022.

As explained if you wish to uncollateralize your Nexo tokens, it would be required to substitute them with other coins, ie. BTC, ETH, etc. The withdrawal of your Nexo tokens as long as they are used as collateral, won't be an option until the substitute tokens are deposited into your Nexo account.

So in this case it would need the equivalent of your outstanding loan amount, eg. if you have a $100k outstanding loan, it would be required to substitute this amount with eg. USDC, this would require an ~$111k worth of USDC, having an asset LTV of 90%, or ie. BTC, ~$200k worth of BTC with an asset LTV of 50%. Alternatively, you could also consider transferring the equivalent in FIAT of your outstanding loan amount and repay it with eg. USD. Once repaid you will be able to withdraw your NEXO tokens.

Hope this helps to clarify your question.

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

**Unlock the Power of Your Crypto**
nexo.io

On Wed, Apr 20, 2022 at 5:16 PM [redacted] wrote:

This is a big issue for me as I have much more significant capital gains on my remaining BTC and ETH than I do on my Nexo. If I withdraw my Nexo to an exchange where I can exchange them for USDC which I will then deposit back so I can repay my loan will you see if you can credit me the additional interest I'd be charged for that 1-2 hour period as I'd no longer have a Platinum Loyalty level?

I still don't understand why I wasn't given notice when you stopped allowing me to exchange Nexo -- if i'd even been given one day I could have exchanged them.

[redacted]

On Wed, Apr 20, 2022 at 2:14 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hi [redacted]

Thank you for your mail.

I hope you are doing well.

I am sorry to hear that you decided to leave our platform due to the regulatory situation.

As my colleagues from support have mentioned, Nexo tokens can only be used to repay outstanding interest.

https://support.nexo.io/hc/en-us/articles/360015490073-Loan-Repayment

In order for you to get your Nexo tokens out, you would have to transfer in some other asset and move it over to the credit wallet, that will cover the outstanding loan amount plus interest used as repayment, you can use any kind of asset that is available for repayments, eg. BTC, ETH, Stablecoins, USD.

Once the loan is repaid, you will be able to transfer out your Nexo tokens from your credit to your savings wallet. From there they can be transferred out to any third party wallet.

Hope this helps.

I remain at your disposal.

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

**Unlock the Power of Your Crypto**
nexo.io

On Tue, Apr 19, 2022 at 9:52 PM [redacted] wrote:

I am trying to close my account now that you're no longer able to support me as a client in vermont.

However, I have 66,000 nexo tokens left and you're not giving me any way to either use them to repay my outstanding loan or exchange them.

You guys marketed the nexo exchange to me via email and in your platform, you allowed me to buy and swap for nexo tokens and now I don't seem to have any way to repay my loan or exchange them for USDC or any other crypto I can use to repay my loan.

Support told me there's nothing they can do to help me. Is this true?

Thanks,

[redacted]

On Fri, Jan 28, 2022 at 8:17 AM [redacted] wrote:

No worries, have a good one.

Thanks,

[redacted]

On Fri, Jan 28, 2022 at 2:48 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hi [redacted]

thanks for getting back to me.

I have checked back the functionality for you with our CS team, unfortunately, the function is indeed not available, due to the new Vermont restriction. Pardon my confusion, [redacted]

In order to enable the earn and exchange function, a change of residency would be needed.

As an alternative, you can use any of our third-party exchange partners, like eg. Huobi or Uniswap for the time being.

I remain at your disposal.

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

**Unlock the Power of Your Crypto**
nexo.io

On Thu, Jan 27, 2022 at 7:22 PM [redacted] wrote:

Thanks, I don't have the ability to trade them in the exchange.

On Thu, Jan 27, 2022 at 10:40 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hi [redacted]

thanks for sharing.

The accredited investor certificate would give you the ability to purchase Nexo tokens OTC.

We do not facilitate Nexo token sales OTC, since we aren't a Market Maker ourselves. For big amounts of Nexo tokens, we usually have to reach out to our OTC network and see if there is any interest if someone in the network is interested in purchasing a big amount. Nexo is not a Marketmaker, we would have to first find a Buyer for your request which could take up some time and there is no guarantee that we could find someone for the buy in a short time period.

You can try to use our exchange for buying or selling of Nexo, just go into your savings wallet and check it out.

Hope this helps.

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

**Unlock the Power of Your Crypto**
nexo.io

On Thu, Jan 27, 2022 at 5:32 PM [redacted] wrote:
See attached - will this give me the ability to exchange nexo tokens?

On Thu, Jan 27, 2022 at 9:46 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:
Hi [redacted]

thanks for your reply.

If you have an accredited investor certificate you can provide such, the NEXO token is registered with the SEC as a security therefore we are only allowed to facilitate deals for American citizens who are also certified accredited investors. If you have a certificate, please send it over. In case you don't have an accredited investor certificate but you do satisfy the requirements, you can issue one here - verifyinvestor.com.

In regards to the other topic on Vermont, i have consulted back with the responsible stakeholders, unfortunately, I do not have more information I can provide to you at this time.

I remain at your disposal.

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

**Unlock the Power of Your Crypto**
nexo.io

On Wed, Jan 26, 2022 at 4:13 PM [redacted] wrote:

How is it that you can't find out specifically what the reason is in vermont? It would be extremely helpful to know. As I said, I would put time and money into lobbying my representatives.

I recently went through an accredited investor verification process for other crypto platforms, including Celsius, as a preemptive way of addressing the possible classification of their native token as a security in the US. Is nexo considering using the accredited investor process to get exceptions for some qualified users? I would qualify and can present verified third party proof that I'm an accredited investor in the US.

Thanks,

[redacted]

On Wed, Jan 26, 2022 at 8:38 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hi [redacted]

thanks for your reply.

Happy to hear that one of my colleagues from the CS team has been able to clarify a big part of all of your questions in regards to the recent announcement.

In regards to the deposit and WD of AVAX, MATIC, DOT, our tech teams are already working on native blockchain integrations into the platform. Those functions might be available sooner than later, for the moment unfortunately I don't have any exact date for the integration.

In regards to the reasoning why the function for Earn will be disabled for clients residing in Vermont, besides that it is due to regulatory reasons, unfortunately, I don't have either any other information to share with you.

In case there is more you would like to discuss in the future, please find my calendar and availability below:

See available times

I remain at your disposal.

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

**Unlock the Power of Your Crypto**
nexo.io

On Tue, Jan 25, 2022 at 9:06 PM [redacted] wrote:

I just got a response from support and most of my questions have been answered.

I'm still interested to know exactly which set of regulations have triggered this in Vermont so I can try to lobby my representatives, so I would really appreciate what you're able to find out.

However, it looks like they are going to unlock my 12 month terms and pay me the accrued interest to date and give me until July 25th, 2022 to repay the loans. I just won't be able to accrue interest anymore which is fine with me. It doesn't look like I will be able to withdrawal the AVAX, MATIC, DOT, etc but at least i will be able to wait a bit and see if they regain some value before I use them to repay my outstanding loan.

Cheers,

[redacted]

On Tue, Jan 25, 2022 at 12:14 PM [redacted] wrote:

Hi Alexander,

Good to meet you.

I've been a nexo customer for over a year and have maintained a platinum loyalty level for that time. I've taken and repaid several rounds of loans over that time and have maintained balances that were valued at over $2mm USD throughout that period. I have been such a good customer that you recently reached out to me to offer me a Prime account.

Yesterday I received a notification from Nexo that as a Vermont resident I have 1 week to empty out all my nexo accounts.

While I understand that Nexo is at the mercy of the ever changing global compliance and regulatory landscape and that you'd much prefer to keep me as a customer, one week is a shockingly short amount of time to clear out my accounts, especially considering the downcycle we are experiencing in all risk assets including crypto and equities. This is the worst possible time in the last year to ask me to raise the cash I will need to repay the loans.

I'd like to have a phone conversation with someone at Nexo who can help me unwind my accounts in the best way as I have several questions such as, but not limited to, the following:

1) Exactly what change in compliance or regulation has led to this short notice period for me to liquidate my Nexo accounts? If it is a new Vermont based regulation or new National regulation I'd like to know what it is so I can call my government representatives and loby them to give customers such as myself more time to close our accounts.

2) I have several 12 month term loans, one of which I have had for over 6 months and if I break the terms I will not receive any of the 6 months of 12% APY interest I've been accruing on those assets. Nexo has been the beneficiary of my lockup so I would like some consideration and interest to be paid to me as It is not my fault that I will need to break these terms early.

3) I have purchased assets using your exchange after receiving direct marketing from Nexo asking me to try your exchange. Some of those assets including DOT, SOL, AVAX and MATIC aren't able to be withdrawn from Nexo so are you forcing me to liquidate these positions, which will have tax consequences, or will you give me a way to withdrawal these assets to external wallets?

4) I just took out additional loans less than 3 weeks ago. How is it that you didn't know about this vermont issue at that time and how is it that you let me take out those loans when the minimum holding period is 30 days? I would like you to address the fact that I will pay a penalty for repaying these loans in less than 30 days and remove that penalty.

Do you have any time to talk today?

Thanks very much for your help,

[redacted]

[redacted]

On Tue, Jan 25, 2022 at 2:28 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hi [redacted]

nice to e-meet you! Going forward I will be your assigned Relationship Manager at Nexo.

Can you be so kind and please elaborate on your matter how I possibly can be of assistance for you today?

Looking forward to your feedback.

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

**Unlock the Power of Your Crypto**
nexo.io

On Tue, Jan 25, 2022 at 7:55 AM Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

Thanks for your message.

@Alexander Mrozinski, your account manager will be able to assist you and possibly set up a meeting during the course of today.

Enjoy a good day ahead.

Best regards,

**Octavian Dinca**
Sales
+41 33 533 26 64

**Unlock the Power of Your Crypto**
nexo.io

On Mon, Jan 24, 2022 at 8:48 PM [redacted] wrote:

Hi Octavian,

Do you have time to speak later today or tomorrow?

Thanks!

[redacted]

On Tue, Mar 30, 2021 at 6:08 AM Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

Hope you have been well. The issue you've raised has already been escalated and I hope it will get resolved until mid April. When there will be additional feedback my colleagues will reach out to let you know.

Enjoy a good day ahead.

Best regards,
**Octavian Dinca**
Relationship Manager
+41 33 533 26 64

**Banking on Crypto**
nexo.io

On Thu, Mar 25, 2021 at 5:52 PM [redacted] wrote:

Hi Octavian -- I hope you're well. In the united states taxes are due shortly, by 4/15/2021, and nexo exchange transactions still aren't showing up correctly in the csv transaction export. I've opened several tickets but no one has a status. Can you please check and find out if the issue is going to be resolved before April 15th?

This is an issue for my [redacted] account.

Thanks!

[redacted]

--

[redacted]

On Tue, Dec 29, 2020 at 3:06 AM [redacted] wrote:

Ok thx

On Tue, Dec 29, 2020 at 12:51 AM Octavian Dinca <octavian@nexo.io> wrote:

Happy holidays [redacted] and a prosperous New Year!

The dividend payout takes place once a year. There is no date for when this is scheduled but generally it took place in August in the last years. There's a possibility that once again it will be paid out in August I believe.

Best regards,

**Octavian Dinca**

Relationship Manager

+41 33 533 26 64

**Banking on Crypto**

nexo.io

On Mon, Dec 28, 2020 at 5:08 PM [redacted] wrote:

Happy holidays Octavian. How often are nexo tokens dividends paid out? When is the next payment?

Thanks!

[redacted]

On Mon, Dec 21, 2020 at 9:46 AM Octavian Dinca <octavian@nexo.io> wrote:

Alright ;)

Best regards,
Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Mon, Dec 21, 2020 at 4:39 PM [redacted] wrote:
all good, thanks for following up.

[redacted]

--
[redacted]

On Mon, Dec 21, 2020 at 2:23 AM Octavian Dinca <octavian@nexo.io> wrote:
Hi [redacted]

I hope you enjoyed a good weekend.

Happy to see that the transactions went through. I trust everything is alright at the moment ?

Enjoy a productive start of the week.

Best regards,
Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Fri, Dec 18, 2020 at 8:34 PM [redacted] wrote:

Thanks Octavian,

One of the delays was related to this issue and one is another issue. It's been over 24 since I initiated the 10BTC transfer and it hasn't started yet. tech support is supposed to be looking at it but I haven't heard anything directly from them.

--

[redacted]

On Fri, Dec 18, 2020 at 2:40 AM Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

Due to network congestion and a high amount of transactions, it seems transfers have slowed down. I will look into this and hope it can get resolved quickly.

Enjoy a good day ahead.

Best regards,
Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Fri, Dec 18, 2020 at 6:33 AM [redacted] wrote:

Sorry to bug you but I've had one withdrawal pending since 1pm Thursday and another since 8:30pm Thursday. I opened case #249560 but haven't heard back yet. Something is very odd, the first transaction never started and the second did but is still pending with "invalid ASM" errors: https://www.blockchain.com/btc/tx/46cafcd2a2fc5c8ae3619b3734b562c25e2698dbcd58c14f70cc0a86786ccf7c.

Here's the first one that still hasn't started

- 10.00000000 BTC
- 234232.000 USD
1 BTC = 23423.2 USD

Dec 17, 2020 • 12:58 PM APPROVED

| | |
|---|---|
| Transaction ID | [redacted] |
| Exchanger Fee | 0.00 USD |
| Wallet Address | [redacted] |
| TxID | [redacted] |
| Outstanding Loan | 0.00 USD |

Details:
BTC withdrawal

Thanks!

[redacted]

On Thu, Dec 17, 2020 at 10:33 AM [redacted] wrote:
thanks you too

--
[redacted]

On Thu, Dec 17, 2020 at 9:49 AM Octavian Dinca <octavian@nexo.io> wrote:
Hi [redacted]

Indeed, a pull back is likely once the run up is complete. I am not familiar with sfox.com or similar others unfortunately.

I remain at your disposal meanwhile. Enjoy a great rest of your day.

Best regards,
Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Thu, Dec 17, 2020 at 4:30 PM [redacted] wrote:
ok, thanks very much! Yeah, I'm exiting another long term deal by friday so won't have the cash until then -- I just missed the runup by a few days:-). I assume it will pull back slightly at some point but likely not too much due to the fed. Oh well, long term the difference between buying in at 19-20k and 20-21k won't make much difference. do you have any experience with algorithmic platforms like sfox.com? they may be a better match for my lower volume of 5, 10 or 15 btc. any others you know of that i should consider?

[redacted]

On Thu, Dec 17, 2020 at 9:19 AM Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

It's a new high every day it seems.

Unfortunately, our OTC desk cannot take limit orders. The Nexo OTC Desk works on a best-effort execution basis. When facilitating a deal for a customer, we will get in touch with one of our partner OTC desks and ask them for a quote. The price they quote becomes the price of execution, without us charging an additional spread.

In other words, we execute at market prices. After we have confirmation from our Compliance department that the documentation you have submitted has been approved and the funds have been deposited in the OTC Desk wallet, we can proceed to execution after your confirmation. Execution can take up to 2 hours but it's generally faster than that.

I hope this helps. Thank you. Enjoy a good day ahead.

Best regards,
Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Wed, Dec 16, 2020 at 9:26 PM [redacted] wrote:

Thanks. I signed the source of funds declaration. I'd like to try and buy on dips, especially considering the new high today. As the dips tend to happen off hours and on weekends what are the hours of your OTC desk and could I get direct chat access to them to get pricing and to ask them to execute?

--
[redacted]

On Tue, Dec 15, 2020 at 1:24 PM Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

Happy to hear back from you. Certainly we can assist with your purchase. Please see the steps below for going through the OTC desk.

- Send your OTC request to me - USD amount of BTC to be purchased, and the asset you want to pay with (fiat - USD?*)*
- Nexo KYC/AML team will send you to sign the following docs - Purchase Agreement, Source of funds declaration. **(you should have received an email earlier today)**
- You send the funds to Nexo OTC Desk for USD. Details below.
- *Beneficiary: Nexo Services OU*
*Beneficiary Address:* [redacted]
*Routing/ABA:* [redacted]
*Account Number:* [redacted]
*Bank: Signature Bank*
*Bank Address: 565 Fifth Avenue, New York NY 10017*
*Reference Number: Client's name/email*
- Once assets are confirmed in Nexo OTC Desk and the KYC/AML team approves the documents we can execute the deal.
- We then deposit the BTC in your Nexo account.

Let me know if you have any questions. Looking forward to hearing from you.

Best regards,
**Octavian Dinca**
Relationship Manager
+41 33 533 26 64

**Banking on Crypto**
nexo.io

On Tue, Dec 15, 2020 at 3:41 PM [redacted] wrote:

Hi Octavian,

I'm interested in buying around $200-300k in btc. Is your otc desk available for my use from the US? If not can you recommend a good OTC freak I could use? I would deposit them into my [redacted] account.

Thanks!

[redacted]

On Mon, Dec 14, 2020 at 9:48 AM [redacted] wrote:

> [redacted]
>
> --
>
> [redacted]
>
> On Mon, Dec 14, 2020 at 9:31 AM [redacted] wrote:
>
> > I don't see the invite.
> >
> > --
> >
> > [redacted]
> >
> > On Mon, Dec 14, 2020 at 1:22 AM Octavian Dinca <octavian@nexo.io> wrote:
> >
> > > Hi [redacted]
> > >
> > > Happy to hear back from you. Hope you have enjoyed a good rest during the weekend.
> > >
> > > I've sent you an invite for today at 9.30 EST. I am attaching also the VIP Program slide deck and the services therein for your review. We can go into more details during the call as well as discuss the issues you have raised.
> > >
> > > Looking forward to meeting and speaking with you. Enjoy a productive start of the week.
> > >
> > > Best regards,

Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Fri, Dec 11, 2020 at 5:04 PM [redacted] wrote:

Hi Octavian,

I'm free during these blocks, let me know if any work for you. I assume we'll just need ~15 min.

Times in EST
12/11: 3-4pm
12/14: 9:30-10am, 12-12:30pm
12/15: 1:30-2:30pm

Here's my wishlist:

1) Withdrawal address whitelisting
2) Hodl mode
3) Cheaper nexo token exchange fees than what i can get with changelly
4) In addition to CSV transaction export it would be great if you supported transaction export in OFX format so I could import transactions into external financial management platforms/apps.
5) API for programmatic access to nexo (query balances, response in json or OFX formats)
6) Nexo Dashboard show % nexo token ownership in addition to Loyalty Level
7) Notifications when % next token ownership in account goes above or below specified levels or when we drop below a specific loyalty level.
8) View graph of value of all accounts over time and of the value of specific wallet value over time.
9) Virtual token addresses to query balance information.

[redacted]

--
[redacted]

On Fri, Dec 11, 2020 at 5:41 AM Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

My name is Octavian and I am part of the Relationship Management team at Nexo.

With every product we release we have developed many automations and people love it because it makes their life easy. However, we also understand that most of our customers look to build a relationship with us based on trust and open communication. As a result, I am pleased to inform you that I will be your dedicated point of contact going forward.

Depending on your availability I would like to invite you for a short introductory call to go over how our Relationship Management ™ can significantly improve your experience and address how we can best serve your needs at the moment as well as for the future.

Let me know what you think works best for you in terms of time/day and we can set it up.

Thank you in advance for your time and consideration. Looking forward to hearing from you.

Enjoy a splendid rest of your day.

Stay ahead,
**Octavian Dinca**
Relationship Manager

**Banking on Crypto**
nexo.io

--

--

[redacted]

--

[redacted]

--

[redacted]

[redacted]