# EXHIBIT 68

# NEXO-0074363

Message

**From:** Alexander Mrozinski [alexander.mrozinski@nexo.io]
**Sent:** 30/08/2021 13:00:22
**To:** [redacted]
**BCC:** kaloyan@nexo.io
**Subject:** Re: Repurchase Today

EEST is Sofia, Bulgaria time. CEST+1.

Nexo tokens have a 15% LTV in the credit wallet.

https://support.nexo.io/hc/en-us/articles/360008240893-What-Loan-to-Value-LTV-I-can-get-on-my-assets-

In case you plan to transfer in stable coins and you don't want them to get stuck directly in the credit wallet, one solution could be for eg. to go to settings and disable the automatic collateral transfer for the time being when transferring in the stable coins. Your stable coins give you a 90% LTV on them.

At the bottom of this article, you can find an explanation on how to get your access collateral out of your credit wallet:

https://support.nexo.io/hc/en-us/articles/4401905665170-How-to-exchange-your-collateral-for-other-assets-Explained

Hope this helps.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

nexo

Unlock the Power of Your Crypto
nexo.io

On Mon, Aug 30, 2021 at 3:53 PM [redacted] wrote:

Thanks and yes i've used Challengly several times in the past, if I add stable coins to lower LTV how do I avoid getting my money stuck in credit wallet stable coins? Also, how much do my NEXO tokens count towards LTV or do they?
I don't know EEST is that London time? What time is there now, but in my time (California PST)?

[redacted]

On Mon, Aug 30, 2021 at 5:45 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hi [redacted]

the buy of Nexo tokens without an accredited investor status for US citizens can be purchased through for eg. Defi Platforms like Uniswap or on CEXes like Huobi.

I have checked back your account, you have currently an LTV of ~62%, in order to unlock further credit lines on the platform a repayment of your outstanding credit would be needed, in order to get you to an LTV below 50%.

Alternatively, you can wait until your portfolio continues growing in value, which will unlock further LTV or the third option would be to add further assets to your savings wallet eg. stablecoins, in order to lower your LTV.

As the last option, I would see that you continue using the platform with your current Loyalty status on Base and invest in Nexo tokens at a later date on one of the exchanges that offer Nexo tokens, whenever your LTV and your instant credit line will allow it to you.

Let me know if you wish to proceed with today's booster?

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

nexo

**Unlock the Power of Your Crypto**
nexo.io

On Mon, Aug 30, 2021 at 3:36 PM [redacted] wrote:

Hi Alex,

I really need to figure out how to get the Nexo tokens right away being that the Platinum Status is a major part of the reason why I chose NEXO. So it sounds like I need to convert more coins into NEXO, but I need your help with a detailed step by step playbook of how to move $50k into a BTC savings wallet instead of credit wallet which is where literally ALL my tokens reside. I've been pullling my hair out over the last week trying to find the right recipe to swap but I can't seem to figure it out due to LTVs, finding the correct pairing of NEXO that can be moved and money being stuck in my credit wallet. Can you help with this?

[redacted]

[redacted]

On Mon, Aug 30, 2021 at 3:00 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:
Hi [redacted]

thanks for your mail, hope you had a good weekend.

Our daily execution is between 6 PM and 8 PM EEST, orders have to be placed by 5.55 PM EEST latest in order to assure that the execution can be performed.

Please find below possible borrowing scenarios:

| | | Collateral value | Outstanding overdraft | LTV | BTC price | BTC @ $48,100 |
|---|---|---|---|---|---|---|
| | $ value of the purchased assets | $646,200.00 | $398,545.00 | 61.68% | correction to get to a liquidation level | BTC $ value to get to a liq. level |
| Scenario A | $50,000 | $696,200.00 | $451,545.00 | 64.86% | ~22% | ~$37,400 |
| Scenario B | $100,000 | $746,200.00 | $504,545.00 | 67.62% | ~19% | ~$39,000 |
| Scenario C | $130,000 | $776,200.00 | $536,345.00 | 69.10% | ~17% | ~$39,900 |

Please let me know with which of the above scenarios you would like to proceed with and which assets you would like us to purchase for you?

FYI, we can only execute Nexo Token Portfolio Boosters with an accredited Investor certificate for US Citizens.

Looking forward to your feedback.

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

nexo

**Unlock the Power of Your Crypto**
nexo.io

.

On Mon, Aug 30, 2021 at 11:48 AM [redacted] wrote:
Hi Alexander,
What's the cutoff time today for trading?
I'm considering more from portfolio booster but I also want to be extra careful about LTV. Can you please calculate what my current LTV is and also what it would be at if added another $50k and also $100k?
Also remind me please as to how much credit I have at my disposal?

I'd like to do $50k of NEXO tokens and possibly more of other coins, depending on my LTVs

Thanks,
[redacted]

On Thu, Aug 26, 2021, 1:43 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:
Hi [redacted]

we executed the Portfolio Booster and we bought:

| | | |
|---|---|---|
| BNB | 99.60 | $502.90 |
| EOS | 9727.62 | $5.16 |
| DOGE | 172414.00 | $0.29 |

with an outstanding loan of $159,424.14 added to your total outstanding loan balance, resulting in a ~61% LTV.

I remain at your disposal.

Thanks and best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

nexo
**Unlock the Power of Your Crypto**
nexo.io

On Wed, Aug 25, 2021 at 5:49 PM [redacted] wrote:
Dodge: $50k
EOS $50k
BNB $50k

On Wed, Aug 25, 2021, 7:41 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:
Hi [redacted]

sure as you wish we can do the 100k Booster today and continue any other day in the workweek with different Booster loans.

Please confirm with me which asset with the size of 50k per asset you wish to purchase today?

Looking forward to your final feedback, so I can make sure i will add you to today's Booster execution.

Thanks.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

nexo

**Unlock the Power of Your Crypto**
nexo.io

On Wed, Aug 25, 2021 at 5:39 PM [redacted] wrote:

Sorry I just read this,

I'd like to maximize the booster with the $300k additional, but today let's just do $100k and I'll proceed with more in the next couple days assuming the market does what I think it's going to do.
Can you make the choices below work or do I have to break them down to fewer coins at $50 each?

On Wed, Aug 25, 2021, 7:29 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hi [redacted]

thanks for your mail.

According to your account details in our system, you had been liquidated a total of ~150k, which we already repurchased for you at this point, with more than ~150k.

Nevertheless, you can make use of our Portfolio Booster Program that allows you to extend your LTV as well up to 70% LTV.

Stablecoins are not an option for the Liquidation Relief Program or the Portfolio Booster, you can choose between any coin listed on our platform.

The minimum purchase per asset for the Portfolio Booster is 50k per asset.

Please find below possible borrowing scenarios for today:

| | | Collateral value | Outstanding overdraft | LTV |
|---|---|---|---|---|
| | $ value of the purchased assets | $500,934.00 | $238,668.00 | 47.64 |
| Scenario A | $100,000 | $600,934.00 | $344,668.00 | 57.36 |
| Scenario B | $200,000 | $700,934.00 | $450,668.00 | 64.30 |
| Scenario C | $300,000 | $800,934.00 | $556,668.00 | 69.50 |

Please let me know which scenario you would like to move forward with and which asset you wish us to purchase for you?

Thank you and best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

nexo

**Unlock the Power of Your Crypto**
nexo.io

On Wed, Aug 25, 2021 at 4:50 PM [redacted] wrote:
Hi Alex,

Yes I'd like to confirm a couple things:

#1 - I've got $175,000 still available to me?

#2 - I'd like to use $100k to repurchase more tokens this morning PST and then the remaining $75k in either USDC, USDC or USDT that I'll be able to immediately pull out from my NEXO wallet. Can we do this?

#3 according to my calculations it's 4:50 in Sofia Bulgaria right now so we've got less than 1 hour to complete transaction righ

On Wed, Aug 25, 2021, 4:16 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:
Hi [redacted]

thanks for your mails and happy to see that my colleagues Octavian had been of help with replying to your questions.

Yesterday's execution window was already closed, we can accept orders until 5.55 PM EEST (Sofia, Bulgaria).

Please let me know if you would like to make use of today's execution and if yes, please confirm with me the loan size you wish to utilize and the assets?

Looking forward to your feedback.

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

nexo

**Unlock the Power of Your Crypto**
nexo.io

On Tue, Aug 24, 2021 at 8:19 PM [redacted] wrote:
Hi Octavian,

thanks for your prompt reply and sorry for the delay I've just been thinking about it and I've decided to take you up on the offer of repurchasing additional tokens through the liquidation program in

order to maximize that $350,000 limit. I would like to make some of repurchases in chunks in order to make sure I don't overdo it and I utilized this approach with Alexander as well. Can we still execute a purchase today or did we miss the cutoff?

[redacted]

On Mon, Aug 23, 2021 at 12:17 AM Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

I will be assisting you while Alex is away. Please find answers to your questions below:

You cannot take additional loans at the moment due to the fact that you have reached your limit based on the LTV that your current portfolio mix allows. While you cannot take loans out at the moment you can use the Liquidation relief for up to $350,000 to purchase additional assets which will produce an LTV of ~70% under current market conditions. Something to consider.

We are always considering adding additional assets on the platform and I can confirm that some of them are shortlisted at the moment as they receive a lot of interest from our community. Unfortunately I cannot give you more details as to when we will be able to list them or what exactly they are at this time. Once we will be ready with a new listing we will announce it to our community.

*#1) At what point does the LTV ratio need to be at in order for NEXO to approve additional funds?*

**O: Difficult to say. The NEXO oracle calculates your LTV limit based on the assets held in your account. More information here.**

*#2) Are these ratios calculated differently in my account vs another NEXO client's account who is not involved in the asset repurchase program due to liquidations?*

**O: LTV ratios are specific to the assets in question and are valid for all NEXO clients. Refer to link at #1.**

*#3a) If I paid off my loan of approximately $238,000 using only tokens within my NEXO account what would be the loan amount that I would be able to immediately be able to pull out of my NEXO account in either cash or stablecoin? I see you have a calculator tool on your site which is helpful but it doesn't allow me to factor in the repayment with multiple tokens at once. That would be helpful as im trying to play around with the different scenarios where I can keep as many of the coins I like and use the others for repayment.*

**O: More information on processing repayments here. I invite you to spend some time on our Support and FAQ where you will find a lot of your answers to successfully navigate our platform.**

*3b) So my question is, can you please send me your suggestions on the different approaches to get this done the most efficiently? It's most important to me that I don't use my HODL coins for repayment if I don't have to and I've listed my assets in order of priority to me with: ETH, LINK, BCH, DOT, ADA, XLM, BNB, DOGE, TRON, LTC & XRP*

**O: Considering the answer on #3a, please proceed as you see fit with the repayment of your current loan by choosing to repay without the assets that you would like to HODL.**

4) I left out NEXO in that list on purpose because as you well know it's a different animal due to all of its potential benefits to me and I'd like to keep all 17,824 tokens and ideally purchase more in order to get back to my platinum status soon. However the inherant value of those coins towards paying off my debt is very valuable right now as well. I'm open to suggestions or ideas including using them now to pay off loan then repurchasing with my new cash loan from NEXO in order to get back to platinum status.

**O: Please note that the NEXO token can only be used for repaying interest at this time. You can increase your NEXO holdings by using the Liquidation Relief program.**

5) you've previously mentioned you would help me speed up the NEXO credit card and put me on the VIP/ expedited list. Are we close to getting access to those funds? If not can we speed it up for me please?

**O: Once we are ready to release the NEXO credit card within your area you will be notified and will then be able to request it within the NEXO app. Our team is working tirelessly to get the card in the hands of our users as soon as it is possible.**

I hope this answers your questions. Enjoy a splendid day ahead and a productive start to the week.

Best regards,

**Octavian Dinca**
Relationship Manager
+41 33 533 26 64

nexo

**Unlock the Power of Your Crypto**
nexo.io

On Mon, Aug 23, 2021 at 5:48 AM [redacted] wrote:

Hello Gentleman,

I'm forwarding this email along to you as it looks like Alexander is out for another couple of days and I could use your help in answering the questions I have sent below to Alex. About 1 month ago, Borislav was kind enough to assist me the last

time when i was right in the middle of buying back my liquidated tokens and you were great, thank you! I'm happy to get assistance from any and all of the folks here and perhaps after you read my lengthy email you'll likely be needing a team approach to answer everything. 😂 Please provide your expert advice and ideas asap as this is time sensitive.

Appreciate it thanks. You can call me as well if that's easier.

[redacted]

---------- Forwarded message ---------
From: [redacted]
Date: Sun, Aug 22, 2021 at 9:18 AM
Subject: Re: Your USDT is now available.
To: Alexander Mrozinski <alexander.mrozinski@nexo.io>

Hi Alexander,

Hope business is treating you well.

Please let my know if you would like me to write a letter or place phone call to anyone of your colleagues, managers or partners if it would benefit you in any way? I'd be more than happy to do so as you've been tremendously helpful to me and I'd like to continue to use you as a resource for additional investments if that works for you.

I couldn't be happier with my reentry back into the market as it appears we timed it perfectly and repurchased my assets at the market bottom since January! As they say timing is everything and due to our timing, immediately any concerns of liquidation were alleviated. So thank you again for your timeliness and patience answering my dozens of questions leading up to that decision😊.

I'm looking for your advice please and I'm pleased to say that my account has grown by 82% in the last 30 days purely from my existing assets and no additional tokens added to my account. However I'm surprised to see that I'm still not allowed to take any additional loans out unless I add more tokens. Can you tell me a couple things about my account because I'm trying to determine the best way to make some moves in order to free up additional funds quickly in order to purchase tokens not on your list.

My 1st preference would be to move more assets from an outside wallet into my NEXO wallets to use as collateral, but it appears there's no more crossover with coins I can use unless NEXO is adding other tokens soon that aren't currently on the approved list?

Do you know if any new coins that are coming soon to your platform? I have substantial amounts of the following tokens if you think that any one or more of these would be potentially used as collateral?
SOL, LUNA, MATIC, AXS, AUDIO, WAVES HNT, ENJ, SAND, BAT, UNI, SNX, RARI AAVE, SNX & OGN. There's several other Alt coins as well but I'm guessing that those wont be of value as collateral?

Here's my additional questions:

#1) At what point does the LTV ratio need to be at in order for NEXO to approve additional funds?

#2) Are these ratios calculated differently in my account vs another NEXO client's account who is not involved in the asset repurchase program due to liquidations?

#3a) If I paid off my loan of approximately $238,000 using only tokens within my NEXO account what would be the loan amount that I would be able to immediately be able to pull out of my NEXO account in either cash or stablecoin? I see you have a calculator tool on your site which is helpful but it doesn't allow me to factor in the repayment with multiple tokens at once. That would be helpful as im trying to play around with the different scenarios where I can keep as many of the coins I like and use the others for repayment.

3b) So my question is, can you please send me your suggestions on the different approaches to get this done the most efficiently? It's most important to me that I don't use my HODL coins for repayment if I don't have to and I've listed my assets in order of priority to me with:
ETH, LINK, BCH, DOT, ADA, XLM, BNB, DOGE, TRON, LTC & XRP

4) I left out NEXO in that list on purpose because as you well know it's a different animal due to all of its potential benefits to me and I'd like to keep all 17,824 tokens and ideally purchase more in order to get back to my platinum status soon. However the inherant value of those coins towards paying off my debt is very valuable right now as well. I'm open to suggestions or ideas including using them now to pay off loan then repurchasing with my new cash loan from NEXO in order to get back to platinum status.

5) you've previously mentioned you would help me speed up the NEXO credit card and put me on the VIP/ expedited list. Are we close to getting access to those funds? If not can we speed it up for me please?

Thanks and I look forward to hearing from you shortly as I'd like to do something very soon before another market pullback. Thanks and feel free to call me if that's easier as well.

[redacted]

On Fri, Aug 13, 2021, 4:43 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

There are two options in this way:

1. Adding more collateral
2. Following the steps at the bottom of the article, where it starts with "IMPORTANT!": https://support.nexo.io/hc/en-us/articles/4401905665170-How-to-exchange-your-collateral-for-other-assets-Explained

Basically, wait until the rest of your portfolio grows in value, and step by step transfer out your excess collateral into your savings wallet and swap it back.

Hope this gives you some more clarification on your current options.

Best regards.

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

**Banking on Crypto**
**https://nexo.io**

.

On Fri, Aug 13, 2021 at 2:37 PM [redacted] wrote:

I see thanks. Can you take a look at my Portfolio and let me know what advice you have as im feeling stuck with USDT now and I really never wanted to convert it, but I did so in hopes that the Oracle would allow me to spend my BTC on another coin.
Do I have any options now besides adding more collateral?

On Fri, Aug 13, 2021, 3:44 AM Alexander Mrozinski <alexander.mrozinski@nexo.io> wrote:

Hi [redacted]

thanks for your mail.

Please keep in mind that the collateral swap function is only possible from low LTVs for eg. EOS to high LTV assets USDT, but not vice versa.

More info is below:

https://support.nexo.io/hc/en-us/articles/4401905665170-How-to-exchange-your-collateral-for-other-assets-Explained

Hope this helps.

I remain at your disposal.

Best regards,

Stay ahead,

**Alexander Mrozinski**
Relationship Manager

**Banking on Crypto**
**https://nexo.io**

On Fri, Aug 13, 2021 at 1:27 PM [redacted] wrote:

hi again Alex. I've been trying hard to swap usdt for eos within my credit wallet but the error code keeps poping up. I'm very frustrated now as im going to miss the prices ive been planning on before breakouts. Can you help with this please? Also I'm trying to swap BTC for TRON and BCH.

Is there a limit to the number of swaps

---------- Forwarded message ---------
From: **Nexo** <noreply@nexo.io>
Date: Fri, Aug 13, 2021, 2:45 AM
Subject: Your USDT is now available.
To: [redacted]

nexo

**Nexo Exch**

Dear [redacted]

You received **USDT 8966.09349815** in your Nexo Wallet.

Your USDT is now available to Earn, Borrow and Exchange.

**Order Details**

| | |
|---|---|
| USD Equivalent | **9034.10208383** |
| Exchange Rate | **1 BTC = 45979.96665719 USDT** |
| Fees | **$0** |

If this is not you, please contact Nexo Support immediately and secure your Nexo Wa
now by resetting your password.

Stay ahead,
The Nexo Team

## Maximum Security for Your Digital Assets

The security of the assets held in your Nexo Account is guaranteed by our industry-renowned custodians and the leading authorities in compliance.

Buy Crypto • Earn Interest • Borrow Cash & Stablecoins

This e-mail contains confidential information and is intended for the named recipient(s) only. It is not financial advice and any investme decision you make is solely your responsibility. Nexo accepts no liability for consequences of any actions taken on the basis of the info provided, including for any damages suffered by the recipient. Digital Assets are not money or legal tender, are not backed by the gover or by a central bank, and most do not have any underlying assets, revenue stream, or another source of value. Please rationally judge yo to risk-taking and make decisions prudently.

© 2021 Nexo. All rights reserved.