# EXHIBIT 78

# NEXO-0041409

Message

**From:** [redacted]
**Sent:** 04/02/2021 20:10:30
**To:** Hristiyan Hristov [hristiyan@nexo.io]
**Subject:** Re: Chris Nexo <> Kim - VIP Relationship program intro

Hristiyan,

I went to your links and came up with this:

VerifyInvestor.com — About | Support / FAQ | Sign In

**How do I use my cryptocurrency as evidence of assets?**

Generate a statement from your cryptocurrency account or wallet ideally showing the account holder name and amount of holdings. Please also provide a link to a website that shows the value of the cryptocurrency in USD or provide a screenshot. The reviewer may ask for you to create a cryptographic proof of ownership by signing a message.

I totally understand that the SEC requires that you take "reasonable" steps to verify that investors in securities issued by you have $1 million dollars in assets.

For the life of me, I do not understand why you are not using my NEXO account as sufficient evidence of assets. Nor have you responded to my simple question as to whether you would accept an email statement from me about my liabilities in order for you to determine that I am an accredited investor meeting SEC requirements.

Please refer me to a colleague who is capable of answering my specific questions in a timely responsive manner and respects my needs as a customer. I am out of pocket $1271 because of you.

Thank you.

Sincerely,

[redacted]

On Thu, Feb 4, 2021 at 11:56 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

[redacted]

I went a few times through our discussion and I strongly believe we were not able to understand each other. I will do my best to cover the topics which needed more clarification.

The NEXO Token is registered with SEC as a security. The SEC requirement is to sell it only to accredited investors who can show a proof. This is the reason why NEXO Token is not available to US citizens on our recently introduced in app exchange.

The accredited investor certificate has a certain criteria and can be proved by a certified platform, your layer/broker or through your tax return slips for the past 2 years. You can see the requirements here and get a certificate through the verifyinvestor.com platform.

Nexo OTC Trading desk is available from 8 AM UTC - 5 PM UTC. The procedures and methodologies that we apply differentiate from the standard OTC desk which works 24/7 and provide live quotation. That being said, we do not provide quotes and I managed to exclusively sort it out for you.

I completely understand that you might be frustrated but we are experiencing high volume of request and doing our best to accommodate your needs. If you request your account to be assigned to some of my colleagues, I will be happy to assist you with that. Keep in mind that the processes and requirements will be the same.

I really want to help you facilitating the NEXO Tokens purchase, so you can start earning even more interest on you assets.

Looking forward to hearing your thoughts on the above.

On Thu, Feb 04, 2021 at 17:16:31, [redacted] wrote:
I just realized I cannot say that my liabilities are less than $1000. I would have to add my NEXO loans to any statement about my liabilities.

Sincerely,

[redacted]

On Thu, Feb 4, 2021 at 8:07 AM [redacted] wrote:
Hristiyan,

If I submit a statement that my liabilities total less than $1000. Would that satisfy your continually changing and unstated requirements?

Your website does not explain what is meant by an accredited investor certificate, who is an acceptable issuer of such certificate, make any references to the submission of tax statements or "slips" (whatever that means). When you tell me to submit a statement from my lawyer, will I also have to submit a copy of my retainer agreement with the person I claim is my attorney?

I have shown beyond a reasonable doubt that I am a successful investor. I am not inclined to continue to deal with any bank or institution that treats me the way that you have treated me so far.

I am entitled to know what it is you require as acceptable proofs of eligibility before I open an account and disclose any personal information, especially the sensitive type of information you are requiring. Incessant unnecessary disclosures of such types of information subject me to the risks of extortion, violence and other nasty things. It is not acceptable to me that you continually impose new requirements on me that are not required by other professional institutions that I have dealt with. When I open an account I have a right to know what I am getting into and what will be required by you for purposes of continuing eligibility before I disclose any personal information to you.

If you intend to probe deeper into matters of personal concern only to me and not to you (I cannot believe you are authorized to treat your employer's customers in this manner) please let me know now, so I can make an informed decision about where to deposit my property.

Sincerely,

[redacted]

On Thu, Feb 4, 2021 at 4:41 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

[redacted]

The last time we discussed your purchasing of NEXO Tokens the accredited investor status was not mandatory.

In order to confirm your accredited investor status we will need either your tax return slip for the past 2 years ,accredited investor certificate or confirmation from your lawyer. The assets in your Nexo account are not able to confirm it as we do not know your liabilities.

I have not forgotten that you have provided us the Source of funds docs and we only need the accredited investor status to be confirmed so we can execute the deal.

As soon as you forward me any of the docs which I have outlined, I will forward it to our compliance for an approval.

Thank you.

On Wed, Feb 03, 2021 at 21:13:38, [redacted] wrote:

You don't state what your requirements are for various services, and apparently you change them whenever you want.

This is a very unpleasant experience.

Sincerely,

[redacted]

On Wed, Feb 3, 2021 at 12:11 PM [redacted] wrote:
Hristiyan,

I borrowed $128900 USDC from my account because I was prepared to plop that much down for the Platinum level.

All I needed was a timely response for a quote, so I could kick it up a notch.

You eventually responded with a quote that was 7% higher, which, of course is a no go.

I repaid my loan made solely for the liquidity of a timely quote, at a cost of about $1200 for a minimum one month's interest for repayment purposes.

You do not state why I am not deemed to be an accredited investor. I have more than 1 million dollars of assets in your custody right now. Are you basically telling me this is not sufficient accreditation?

I have previously supplied documentation relating to source of income. Have you forgotten this again?

Sincerely,

[redacted]

On Wed, Feb 3, 2021 at 11:39 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:
Hello [redacted]

Do accept my apologies for the miss-communication.

I meant that I can provide you with a quote but in order to proceed forward with the execution, we will need an accredited investor status confirmation.

OTC Desk quote:

130,000 NEXO Tokens @ $1.074 = $139,703

Looking forward to hearing from you.

On Wed, Feb 03, 2021 at 20:06:27, [redacted] wrote:
Hristiyan,

Tell your supervisor to let me know when another member of your Relationship Management team is assigned to handle my customer related needs

Sincerely,

[redacted]

On Wed, Feb 3, 2021 at 11:04 AM [redacted] wrote:
Hristiyan,

https://www.newsbtc.com/sponsored/winners-of-the-100-bitcoin-trading-challenge/

That's where you can find my accredited investor certificate.

Are there any other undisclosed requirements for proceeding to a quote that you will be throwing at me?

On the other hand, forget about it. I've come to the conclusion you are not motivated to provide professional services to me on a time is essential basis.

I'll stay at the Silver level for now.

Sincerely,

[redacted]

On Wed, Feb 3, 2021 at 9:34 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello [redacted]

Thank you for contacting me.

I will be happy to provide you with a quote. That being said, in order to proceed forward our compliance team will require some documentation.

Would you be able to provide us an accredited investor certificate?

Regarding the quote, it will be as close as possible to the current spot price on Huobi exchange.

Looking forward to hearing from you.

On Wed, Feb 03, 2021 at 17:27:45, [redacted] wrote:

I asked for a quote 24 hours ago. Since then Nexo has increased on CMC 4%. My waiting for your unprofessionally delayed response appears to be costing me thousands of dollars. What are you doing? Should I go ahead and pay a $10,000 premium on Changelly or should I continue to wait for some respectable service from you?

On Wed, Feb 3, 2021 at 7:22 AM [redacted] wrote:

Hristiyan,

Are you there?

Sincerely,

[redacted]

On Tue, Feb 2, 2021 at 8:38 AM [redacted] wrote:
Hristiyan,

Please give me a quote on 130000 NEXO.

Thank you.

Sincerely,

[redacted]

On Sun, Jan 17, 2021 at 11:14 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:
Hello [redacted]

Thank you for the feedback. I completely understand your point of view. That being said, our core business is a fully automatic platform which provides the very best borrow and earn product on the market.

If you would like to get a firm price of execution, I will do my best to get that set up for you.

Looking forward to hearing from you.

On Sun, Jan 10, 2021 at 19:51:29, [redacted] wrote:
All you need to pass on to the appropriate department is that I am unable to manage an appropriate and rational proportion of NEXO tokens due to a lack of transparency, liquidity and responsiveness.

An example of lack of transparency is the lack of practical information on your website that would direct interested people to good sources of cryptocurrencies, including NEXO. Compare your level of transparency with that of coinmarketcap, for example. It took me a long time to even get an email address for your OTC.

When I consider the purchase of a digital currency I am always concerned about the currency's liquidity, and availability for purchase in different investment environments, especially with panic buying or selling situations. I have yet to find a source of NEXO tokens that I can rely on being readily available in any quantity I might want or be able to afford.

Your OTC responsiveness does not even compare with other representatives of other "boutique" trade matchers that I have worked with. As an investor, I must always have the option of placing a large trade, if needed to immediately adjust or rebalance my portfolio. In your case I have not been able to place a trade for NEXO unless I proceed without a precise quote, essentially forcing me to give a blank price and fill in an amount of tokens. By the time I do get a quote with a precise price, days later, circumstances shift dramatically, for example, the amount I need for the Platinum level suddenly goes up and the days old request for a quote is no longer current.

That's it. If you don't understand this, you're in the wrong business.

Sincerely,

[redacted]

On Sun, Jan 10, 2021 at 5:56 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello [redacted]

I appreciate your feedback. That being said, I am not sure what do you mean by "Your platform does not provide enough transparency, liquidity and responsiveness to allow me to properly manage a portfolio allocation to NEXO tokens".

Please provide me some more context so I can pass it on to the appropriate department, in order to meet your expectations.

Thank you.

On Sat, Jan 09, 2021 at 17:51:25, [redacted] wrote:

Your platform does not provide enough transparency, liquidity and responsiveness to allow me to properly manage a portfolio allocation to NEXO tokens.

Feel free to let me know when there are significant improvements to the ability of your customers to manage their portfolio allocations. Your should allow for automatic adjustments on a schedule set by your customer, daily, weekly or monthly.

For now, I'll just leave my account the way it is.

Sincerely,

[redacted]

On Sat, Jan 9, 2021 at 3:47 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello [redacted]

I believe the Source of funds which you have provided for the loan will do the work.

Please find the $ amount of NEXO Tokens that you need for the respective tier, according to your current account balance:

1. Platinum Tier (10% of portfolio balance) - ~$110,000
2. Gold Tier (5% of portfolio balance) - $55,000

I would highly recommend you to supply 2-3% more than the required amount. This will prevent you of changing the Tier due to price movements.

Looking forward to hearing from you.

On Mon, Jan 04, 2021 at 20:35:25, [redacted] wrote:

Hristiyan,

Can you use the source of funds declaration I previously provided for my last loan?

Please provide all required forms, or have the KYC team do that.

As far as the number of NEXO tokens goes, I will need quotes for the Platinum and Gold levels and all required forms first. I see now that these level numbers were recently revised on my dashboard.

If you provide a quote, please indicate the time period for which that quote is intended to cover.

Sincerely,

[redacted]

On Mon, Jan 4, 2021 at 10:22 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello [redacted]

You need ~$82,000 worth of NEXO Tokens to get to the Platinum loyalty level.

In order to facilitate the deal, you need to withdraw the USDT/USDC credit and send it over to the address that I have sent you.

Also, we will need a signed Source of Funds declaration, supporting documents for and Purchase agreement in order to execute the OTC deal.

I will inform the KYC team to send it over to you. Keep in mind they are outside of working hours at the moment.

Let me know what amount of NEXO Tokens you want to get.

On Mon, Jan 04, 2021 at 18:41:49, [redacted] wrote:

Hristiyan,

I authorize you to purchase 120000 NEXO tokens using your indicative price of $0.615, using my available credit line (~271 G) for deposit into my account.

I understand this would place me in the Platinum loyalty level.

Sincerely,

[redacted]

On Mon, Jan 4, 2021 at 9:30 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:
Hello [redacted]

Thank you for your patience.

As I have explained to you on the Nexo OTC Desk works on a best-effort execution basis. When facilitating a NEXO deal, we will work with some of our large token holders to secure the necessary quantity. We push them to get the best price of execution, without us charging an additional spread. We take into consideration the current spot price and spread on different exchanges. We protect the buyer of any price slippage which will occur if going direct to an exchange.

An indicative price at the moment when I am typing will be $0.615 per NEXO Token.

Please find Nexo's OTC Trading desk USDT/USDC wallet below:

[redacted]

Looking forward to hearing from you.

On Mon, Jan 04, 2021 at 17:41:09, [redacted] wrote:
Hristiyan,

What is your opinion about hotbit.io?

Have you heard positive or negative reactions to this exchange?

Sincerely,

[redacted]

On Mon, Jan 4, 2021 at 8:04 AM [redacted] wrote:
I asked for a quote a week ago. I am still waiting.

Sincerely,

[redacted]

On Mon, Jan 4, 2021 at 7:51 AM [redacted] wrote:
I am not used to dealing with an institution that controls when I can time my investments.

I'm not happy about this.

Sincerely,

[redacted]

On Mon, Jan 4, 2021 at 6:53 AM [redacted] wrote:
Hristiyan.

How about providing a quote and the OTC address so I would have the information I need to make an acquisition decision?

Sincerely,

[redacted]

On Mon, Jan 4, 2021 at 6:12 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:
Hello [redacted]

Happy New Year!

IT does not make a difference, you can withdraw either of USDC or USDT.

You just need to withdrawal the funds from your Nexo account to our OTC trading desk wallet, which I will provide you.

When you are looking to acquire the tokens?

Thank you.

On Wed, Dec 30, 2020 at 21:02:08, [redacted] wrote:

1. Does it make a difference if I withdraw as USDC or ERC Tether?

2. Is the destination address for withdrawal an online wallet at nexo.io or somewhere else?

3. How are funds sent to the OTC Trading Desk? What menu options are used? What should I look for as an http: or https: address for this purpose?

Sincerely,

[redacted]

On Wed, Dec 30, 2020 at 8:31 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello [redacted]

Yes, pretty much the same as what coinmarkecap shows.

If you would like to use funds from your credit line, the process is the following:

1. Withdraw a credit for the amount you are willing to use for the purchase of NEXO Tokens in USDT.
2. Send the funds to Nexo's OTC Trading desk wallet
3. We will take it from there and acquire the funds on your behalf.

Let me know when you are ready to proceed forward and I will send you further instructions.

On Tue, Dec 29, 2020 at 23:08:00, [redacted] wrote:

What is spot price for NEXO anyway? What coinmarketcap says?

Sincerely,

[redacted]

On Tue, Dec 29, 2020 at 2:06 PM [redacted] wrote:
I am thinking of using my NEXO credit line.

Sincerely,

[redacted]

On Tue, Dec 29, 2020 at 11:47 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:
Hello [redacted]

I will be able to provide you an estimate quote just before the transaction. The price will be very close to the spot.

How you would like to fund the purchase?

Looking forward to hearing from you.

On Mon, Dec 28, 2020 at 22:47:16, [redacted] wrote:
Do you have a quote for 60,000?

On Wed, Dec 23, 2020 at 2:53 PM [redacted] wrote:
Thank you for the clarification.

Please get me an OTC quote on 60,000 NEXO tokens.

Sincerely,

[redacted]

On Wed, Dec 23, 2020 at 1:55 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:
Hello [redacted]

You had NEXO Tokens prior to 09.12. In order to qualify for the 5.9% in the old terms, you need to have NEXO Tokens which dollar value is greater than your outstanding interest rate.

This is the reason you were paying less. I hope this make sense to you.

On Wed, Dec 23, 2020 at 22:28:37, [redacted] wrote:
Hristiyan,

This does not explain why I got the premium interest rate prior to December 9, 2020. I do not recall ever having 10% of my portfolio in NEXO.

Please explain.

Thank you.

Sincerely,

[redacted]

On Wed, Dec 23, 2020 at 1:02 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:
Yes, that is correct.

The old loyalty system was working on the following principle:

1. If you hold NEXO Tokens worth more dollars than you outstanding interest, you were qualified for the premium 5.9% interest rate.
2. We introduced a unified model that will work for all of our products which we discussed during the call.

As I have already mentioned, I will be happy to help you to get back to the Platinum tier and facilitating a NEXO Tokens purchase through the OTC Desk.

Looking forward to hearing from you.

On Wed, Dec 23, 2020 at 19:36:25, [redacted] wrote:

It seems that you are saying that I am paying 11.9 % since December 9th. Is that correct?

What interest rate was I paying prior to December 9th? 5.9%?

Sincerely,

[redacted]

On Wed, Dec 23, 2020 at 10:02 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello [redacted]

I will be more than happy to answer to your questions in both threads.

On the 9th of December we introduced the New Tiered Loyalty program which we discuss on the call. You do not have 10% of your Portfolio balance in NEXO Tokens that is the reason you are paying the standard rate - 11.9%.

In order to get back to 5.9% APR, you need to acquire ~$55,000 worth of NEXO Tokens.

As I have already mentioned to you, I will be more than happy to help you supply the NEXO Tokens through the OTC desk.

Looking forward to hearing from you.

On Wed, Dec 23, 2020 at 17:32:01, [redacted] wrote:
Hristiyan,

"A person available to answer all your product related questions, helping in your successful utilization of the platform."

How are you coming along with your answer to my question about the 100% jump in my daily interest payments?

Sincerely,

[redacted]

On Mon, Dec 21, 2020 at 8:37 AM [redacted] wrote:
Hristiyan,

In looking over my records, I noticed that there was a jump of around 100% in my interest payment on my $150G loan during the period December 8 through December 9.

Please explain the calculations made in coming up with these two different levels of interest. Also, does your website tally a sum of interest payments after you enter filters for the currency and transaction type?

Thank you.

Sincerely,

[redacted]

On Tue, Dec 15, 2020 at 6:33 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:
Hello [redacted]

I hope you are doing well. I am eager to jump on a quick a call with you and provide you some more information about the VIP Relationship management program

Please book a time slot for next week from the calendly link .

Looking forward to meeting you.

Best regards,
**Hristiyan Hristov**
Relationship Manager
+44 1618 188979

**Banking on Crypto**
nexo.io

On Wed, Dec 09, 2020 at 18:34:40, Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello [redacted]

Do accept my apologies, I did not consider that you are US citizen. The additional 2% for Earn in NEXO are not available in the US yet.

You can earn up to 6% if you have 10% of your portfolio in NEXO Tokens.

Thank you.

Best regards,
**Hristiyan Hristov**
Relationship Manager
+44 1618 188979

**Banking on Crypto**
nexo.io

On Tue, Dec 08, 2020 at 21:10:59, [redacted] wrote:

Where does it say on your website that US citizens can get 8% interest on ETH?

Sincerely,

[redacted]

On Tue, Dec 8, 2020 at 10:25 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Hello [redacted]

Thank you for the prompt reply.

We are currently not supporting staking on the Beacon Chain. That being said, you can earn up to 8% interest without any lockup on Nexo platform.

Feel free to book a time slot from the calendly link and I will happy to further discuss it with you.

Looking forward to meeting you.

Best regards,
Hristiyan Hristov
Relationship Manager
+44 1618 188979

Banking on Crypto
nexo.io

On Fri, Dec 04, 2020 at 23:14:27, [redacted] wrote:

Hristiyan,

Do you have any suggestions as to how I can have ETH staked on the Beacon Chain, with no headaches? What would be the return interest rate for a stake of 320 ETH?

Sincerely,

[redacted]

On Fri, Dec 4, 2020 at 10:58 AM Hristiyan Hristov <hristiyan@nexo.io> wrote:

Dear [redacted]

I hope you have been well.

I am reaching out in regards to the email I sent you last week. I thought you would appreciate some more information over what it actually means to have a dedicated Relationship Manager within Nexo looking after your interests.

- A person available to answer all your product related questions, helping in your successful utilization of the platform.
- Direct phone availability 8AM-5PM UTC (out of business hours calls possible - schedule in advance)
- Access to exclusive OTC services and sneak peak at new platform features. A good example would be our Portfolio Booster - which gives you the ability to increase your crypto holdings by leveraging part of your portfolio.

These are only some of the benefits you can get by opening a communication line with our team. Looking forward to your feedback and your possible availability to have a first discussion.

Thank you in advance for your time and consideration.

Best regards,

**Hristiyan Hristov**
Relationship Manager
+44 1618 188979

**Banking on Crypto**
nexo.io

On Tue, Dec 01, 2020 at 18:16:43, Hristiyan Hristov <hristiyan@nexo.io> wrote:

Dear [redacted]

My name is Chris and I am part of the Relationship Management team at Nexo.

With every product we release we have developed many automations and people love it because it makes their life easy. However, we also understand that most of our customers look to build a relationship with us based on trust and open communication. As a result, I am pleased to inform you that I will be your dedicated point of contact going forward.

Depending on your availability I would like to invite you for a short introductory call to go over how our Relationship Management ™can significantly improve your experience and address how we can best serve your needs at the moment as well as for the future.

Let me know what you think works best for you in terms of time/day and we can set it up.

Thank you in advance for your time and consideration. Looking forward to hearing from you.

Enjoy a splendid rest of your day.

Best regards,
Chris

Stay ahead,
**Hristiyan Hristov**
Relationship Manager

**Banking on Crypto**
nexo.io

--
Sincerely,

[redacted]

--
Sincerely,

[redacted]