# EXHIBIT 80

# NEXO-0248439 Exhibit 224 (Translated)

K. KANTCHEV
06/17/26
Exhibit 224
DARA SANOFF

Message

| | |
|---|---|
| **From:** | Hristiyan Hristov [hristiyan@nexo.io] |
| **Sent:** | 17/02/2021 19:43:45 |
| **To:** | Nexo Payments [payments@nexo.io] |
| **CC:** | Bozhidar Dobrev [bozhidar.dobrev@nexo.io]; Tom Stanev [tom@nexo.io]; Edward Tonkov [edward@nexo.io]; Tsvetan Videlov [tsvetan@nexo.io]; Kosta [kosta@nexo.io]; KaterinaHarizanova [katerina@nexo.io]; Kalin Metodiev [kalin@nexo.io]; NexoAccounting [accounting@nexo.io]; Nexo KYC [kyc@nexo.io]; OPS [ops@nexo.io]; Alexander Rakshiev [alexander.rakshiev@nexo.io]; Antoni Trenchev [antoni@nexo.io] |
| **Subject:** | Re: [Retail OTC] - [redacted] - [USD - Crypto] |

Копирвам информацията от емейла със данните за NEXO Tokens purchase + Hedge :

Зареждаме 28,571 NEXO Tokens @ $1.785 (Inventory) - Hedge with 1 BTC @ $50,964.05

Profit for OTC desk - 0.02 BTC

Благодаря на всички за усилията.

Лека вечер.

On Wed, Feb 17, 2021 at 15:51:02, Nexo Payments <payments@nexo.io> wrote:
Здравейте,

Готово: https://etherscan.io/tx/0x9024d97c9533ac43ef95428e3b9dd2bba23b8af5af5b7c6434cbc6ae35856cec

Поздрави,
Франки

Stay ahead,
Francheska Lazarova
Payments Specialist

Banking on Crypto
nexo.io

On Wed, Feb 17, 2021 at 3:42 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:
Супер, благодарим.

Използваме останалите $52,000 USD за набавянето на NEXO Tokens.

Зареждаме 28,571 NEXO Tokens @ $1.785 (Inventory)

При цена на клиента $1.82 , печалбата за ОТЦ деска ще е $1000 в БТЦ.

Моля @Tom да купи $52,000 worth of BTC for Hedge and profit

Поздрави,
Хрис

On Wed, Feb 17, 2021 at 15:23:09, Bozhidar Dobrev <bozhidar.dobrev@nexo.io> wrote:
@Hristiyan Hristov Мерси, документите са приети - accredited investor status verified.

**Bozhidar Dobrev**
AML Compliance Specialist

**Banking on Crypto**
nexo.io

On Tue, Feb 16, 2021 at 7:49 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:

@Bozhidar Това ми изпратиха като proof.

On Tue, Feb 16, 2021 at 10:53:46, Bozhidar Dobrev <bozhidar.dobrev@nexo.io> wrote:
Здравейте,

@Hristiyan Hristov можем да проявим разбиране, предвид тези 28 BTC в Coinbase - но нека да дадат съпортинг документ за да имаме нещо, върху което да обосновем решението, че наистина компанията е акредитиран инвеститор. Приемливи документи в случая са:

- Screenshots of purchase confirmation displaying your account ID and all transaction details
- Confirmation emails which provide proof of purchase
- Receipts which provide proof of purchase

FYI. няма такова неща като акредитиран биткойн, опитваме се да верифицираме статус на акредитиран инвеститор. И, да, правим го и трябва да го правим за юридически, както и физически лица (от USA) - друг подход е просто грешен и ни излага на ненужен риск пред SEC.

@Nexo Payments За да не ги бавим повече, моля да финализираме сделката.

Мерси!
**Bozhidar Dobrev**
AML Compliance Specialist

**Banking on Crypto**
nexo.io

On Tue, Feb 16, 2021 at 10:15 AM Nexo Payments <payments@nexo.io> wrote:
Здравейте,

БНБ адресът на пеймънтс акаунта е:

[redacted]

Stay ahead,

**Payments Team**

**Banking on Crypto**
nexo.io

On Mon, Feb 15, 2021 at 11:03 PM Edward Tonkov <edward@nexo.io> wrote:
Мерси.
BTC, LTC, LINK- Ще заредим
ETH - имате
BNB- @Kalin Metodiev Моля за съдействие да наредим от Binance (binace@nexo.io) към акаунтинг. @Nexo Payments моля да потвърдите адреса в треда.

Stay ahead,

**Edward Tonkov**
Financial Analyst

**Banking on Crypto**
nexo.io

On Mon, Feb 15, 2021 at 10:51 PM Nexo Payments <payments@nexo.io> wrote:
според таблицата в оригиналния мейл от Хрис

| | |
|---|---|
| BNB | 689.79 |
| BTC | 1.84 |
| ETH | 49.06 |
| LTC | 470.19 |
| LINK | 3,180.13 |

Stay ahead,

**Payments Team**

**Banking on Crypto**
nexo.io

On Mon, Feb 15, 2021 at 7:44 PM Edward Tonkov <edward@nexo.io> wrote:
Моля, напишете какво точно трябва да се зареди.

Stay ahead,

**Edward Tonkov**
Financial Analyst

**Banking on Crypto**
nexo.io

On Mon, Feb 15, 2021 at 7:30 PM Nexo Payments <payments@nexo.io> wrote:
ако не чакаме нищо и можем да изпратим парите, @Edward Tonkov @Tsvetan Videlov моля ви, заредете асетите в пеймънтс, понеже има наличност само за ETX в момента. Благодаря!

Stay ahead,

**Payments Team**

**Banking on Crypto**
nexo.io

On Mon, Feb 15, 2021 at 6:54 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:
Имат $4M активи според стейтмънта, който са изпратили и сега Стив ми каза, че имат ~28 BTC в Coinbase Prime.

При нас имат активи за $500,000.

On Mon, Feb 15, 2021 at 18:37:08, Kosta <kosta@nexo.io> wrote:
Ако имат над 5M при нас, то това ми звучи като достатъчно доказателство, че са покрили изискванията за над 5M асетс?

On Mon, 15 Feb 2021 at 18:35, Hristiyan Hristov <hristiyan@nexo.io> wrote:
Извинявам се добавил съм различен скрийншот. Този към който реферирах е прикачен към този емейл.

Поздрави.

On Mon, Feb 15, 2021 at 18:30:21, Hristiyan Hristov <hristiyan@nexo.io> wrote:
Здравейте,

@Bozhidar търсим варианти как да фасилитираме сделката със Пенрод братята. Моля да погледнеш прикаченият скрийншот. Какъв вид прууф би ни трябвал за тези Биткойни, за да ги приемем за акредитирани?

On a side note, до колкото си спомням преди не търсихме акредитиран статус на компании, само на ритейл клеинти. Моля да ме поправиш, ако греша.

@Katerina моля да депозираме вече закупените активи.

Поздрави,

Хрис

On Fri, Feb 12, 2021 at 14:21:12, Kosta <kosta@nexo.io> wrote:
+Antoni

On Fri, 12 Feb 2021 at 6:01, Alexander Rakshiev <alexander.rakshiev@nexo.io> wrote:
Калине, по-добре да се видим трима с Божката, за да изговорим как да го организираме оперативно. Хрис да се фокусира върху клиентска комуникация, да не се занимава да ги мисли тези работи.

Stay ahead,
**Alexander Rakshiev**
Head of Sales

**Banking on Crypto**
nexo.io

On Fri, Feb 12, 2021 at 11:17 AM Kalin Metodiev <kalin@nexo.io> wrote:
Хрис,

Днес да.се видим с теб и Божо, за да изговорим нещата. Напоследък скоростта ни на изпълнение на тези поръчки значително намаля и хората мърморят с право. Дали са големи съществуващи или нови клиенти, всеки иска бърз екзекюшън. Това е и един от основните фактори, които градят доверието към нас в клиентите. Всеки се притеснява в това пространство докато не види, че средствата или закупените токени са му отразени в акаунта. Като стане бързо, всеки се връща спокоен за още услуги.

Ясно е, че и кое трябва да покрием документалните си изисквания, но трябва да разграничаваме различните видове казуси във всяка ситуация и да действаме гъвкаво. Като станат 5 милиона клиента и $20 млрд. може да е друго, но засега все още можем да действаме гъвкаво.

В случаи, когато клиент иска да изпрати примерно долари и да си купи стейбъли и когато знаем, че му трябват спешно да си ги тегли за нещо, трябва да вървим по каналния ред на Божо. Във всички останали случаи на покупка на токени, на слагане на средства на Ърн и пр., трябва да приемаме средствата максимално бързо и гъвкаво, да изпълняваме незабавно поръчките и да зареждаме позициите в уолетите на клиентите, НО да им спираме тегленията докато не дадат всичко необходимо. Докато това не е факт, никакво теглене, но сме получили средствата и сме си свършили работата по транзакциите.

С все по-обширното покритие от услуги при нас, вкл. трейдинг през платформата, клиентите дори няма да усещат неудобство от документалните ни изисквания, защото в това време ще си трупкат лихвичка, ще вземат заемчета и ще търгуват. Само няма да могат да си дърпат средствата, което ще ги мотивира да си оправят документите. Ня всяка борса е по същия начин.

Всичко друго ни превръща бавно, но сигурно в Банка ДСК, което не сме и няма да бъдем.

On Fri, Feb 12, 2021 at 06:35 Hristiyan Hristov <hristiyan@nexo.io> wrote:
Коста, аз знам кои са, но Божидар каза, че не отговарят на изискванията с документите, които са представили.

Ако потвърдиш, веднага ще я фасилитирам.

Благодаря.

On Fri, Feb 12 2021 at 3:29 AM, Kosta <kosta@nexo.io> wrote:
Няма какво да ги паузираш. Това е Никки Бийч Пенрод.

On Thu, 11 Feb 2021 at 15:35, Hristiyan Hristov <hristiyan@nexo.io> wrote:
Здравейте, отбор,

Клиентът е https://prod-admin.nexo359.com/user/5ffee69a4e61334d21339f59/details

Купува крипто активи с $500,000 преведени в Сигничър. Потвърдено от пеймънтс.

Имаме налични документи без акредитиран инвеститор статус. Очакваме го и затова паузираме покупката на NEXO.

Купихме следните активи през SOR Binance:

| | | | | |
|---|---|---|---|---|
| BNB | 689.79 | $127.57 | SOR Binance | |
| BTC | 1.84 | $47,847.88 | SOR Binance | |
| ETH | 49.06 | $1,793.82 | SOR Binance | |
| LTC | 470.19 | $187.16 | SOR Binance | Link Hedge |
| LINK | 3,180.13 | $27.67 | Inventory | |
| | Spent | $440,000 | | |
| | Profit in BTC | 0.1671 | | |
| | Total spent | $448,000 | Left for NEXO | $52,000 |

Моля @Katerina да зареди активите.

Поздрави,
Хрис

--

Best Regards,

**Kosta Kantchev**
Executive Chairman

**Banking on Crypto**
nexo.io

--
Best Regards,

Kalin Metodiev, CFA | Managing Partner

Nexo
The World's First Instant Crypto Overdrafts

Powered by 10 Years of FinTech Success
https://nexo.io

--

Best Regards,
**Kosta Kantchev**
Executive Chairman

**Banking on Crypto**
nexo.io

# TRANSLATION NEXO-0248439

***Translation from Bulgarian***

**Bates No.: NEXO-0248439 | Exhibit 224**

*Exhibit stamp (source document):*
*K. KANTCHEV 17/06/26*
**Exhibit 224**
DARA SANOFF

*Translator's note: Source text (in Bulgarian) is reproduced in italics; the English translation follows immediately below in bold. Content already in English (headers, names, email addresses, links, numeric data, and signature blocks) is reproduced without translation, consistent with the certification, which covers only the Bulgarian-language portions of this document.*

**Message**

**From:** Hristiyan Hristov [hristiyan@nexo.io]
**Sent:** 17/02/2021 19:43:45
**To:** Nexo Payments [payments@nexo.io]
**CC:** Bozhidar Dobrev [bozhidar.dobrev@nexo.io]; Tom Stanev [tom@nexo.io]; Edward Tonkov [edward@nexo.io]; Tsvetan Videlov [tsvetan@nexo.io]; Kosta [kosta@nexo.io]; KaterinaHarizanova [katerina@nexo.io]; Kalin Metodiev [kalin@nexo.io]; NexoAccounting [accounting@nexo.io]; Nexo KYC [kyc@nexo.io]; OPS [ops@nexo.io]; Alexander Rakshiev [alexander.rakshiev@nexo.io]; Antoni Trenchev [antoni@nexo.io]
**Subject:** Re: [Retail OTC] - [Penrod Brothers Inc] - [USD - Crypto]

*Копирвам информацията от емейла със данните за NEXO Tokens purchase + Hedge :*
**I am copying the information from the email with the data for NEXO Tokens purchase + Hedge:**

*Зареждаме 28,571 NEXO Tokens @ $1.785 (Inventory) - Hedge with 1 BTC @ $50,964.05*
**We are loading 28,571 NEXO Tokens @ $1.785 (Inventory) - Hedge with 1 BTC @ $50,964.05**

Profit for OTC desk - 0.02 BTC

*Благодаря на всички за усилията.*
**Thank you all for the efforts.**

*Лека вечер.*
**Good night.**

On Wed, Feb 17, 2021 at 15:51:02, Nexo Payments <payments@nexo.io> wrote:

*Здравейте,*
**Hello,**

*Готово: https://etherscan.io/tx/0x9024d97c9533ac43ef95428e3b9dd2bba23b8af5af5b7c6434cbc6ae35856cec*
**Done:**

*Поздрави,*
*Франки*
**Regards,**
**Franki**

Stay ahead,
Francheska Lazarova
Payments Specialist
Banking on Crypto
nexo.io



Registered Interpreter/Translator
English/Bulgarian
I.D.#700331
Los Angeles, California

On Wed, Feb 17, 2021 at 3:42 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:

*Супер, благодарим.*
**Great, thank you.**

*Използваме останалите $52,000 USD за набавянето на NEXO Tokens.*
**We are using the remaining $52,000 USD for the acquisition of NEXO Tokens.**

*Зареждаме 28,571 NEXO Tokens @ $1.785 (Inventory)*
**We are loading 28,571 NEXO Tokens @ $1.785 (Inventory)**

*При цена на клиента $1.82 , печалбата за ОТЦ деска ще е $1000 в БТЦ.*
**At a customer price of $1.82, the profit for the OTC desk will be $1000 in BTC.**

*Моля @Tom да купи $52,000 worth of BTC for Hedge and profit*
**Please @Tom buy $52,000 worth of BTC for Hedge and profit**

*Поздрави,*
*Хрис*
**Regards,**
**Hris**



On Wed, Feb 17, 2021 at 15:23:09, Bozhidar Dobrev <bozhidar.dobrev@nexo.io> wrote:

*@Hristiyan Hristov Мерси, документите са приети - accredited investor status verified.*
**@Hristiyan Hristov Thanks, the documents have been accepted - accredited investor status verified.**

Bozhidar Dobrev
AML Compliance Specialist
Banking on Crypto
nexo.io

On Tue, Feb 16, 2021 at 7:49 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:

*@Bozhidar Това ми изпратиха като proof.*
**@Bozhidar This is what they sent me as proof.**

On Tue, Feb 16, 2021 at 10:53:46, Bozhidar Dobrev <bozhidar.dobrev@nexo.io> wrote:

*Здравейте,*
**Hello,**

*@Hristiyan Hristov можем да проявим разбиране, предвид тези 28 BTC в Coinbase - но нека да дадат съпортинг документ за да имаме нещо, върху което да обосновем решението, че наистина компанията е акредитиран инвеститор. Приемливи документи в случая са:*
**@Hristiyan Hristov We can show some understanding, given these 28 BTC in Coinbase - but let them provide a supporting document, so that we have something on which to base the decision that the company is indeed an accredited investor. Acceptable documents in this case are:**

- Screenshots of purchase confirmation displaying your account ID and all transaction details
- Confirmation emails which provide proof of purchase
- Receipts which provide proof of purchase

*FYI. няма такова нещо като акредитиран биткойн, опитваме се да верифицираме статус на акредитиран инвеститор. И, да, правим го и трябва да го правим за юридически, както и физически лица (от USA) - друг подход е просто грешен и ни излага на ненужен риск пред SEC.*



Registered Interpreter/Translator
English/Bulgarian
I.D.#700361
Los Angeles, California

**FYI, there is no such thing as an accredited bitcoin - we are trying to verify accredited-investor status. And yes, we do it, and must do it, for legal entities as well as individuals (from the USA) - any other approach is simply wrong and exposes us to unnecessary risk with the SEC.**

*@Nexo Payments За да не ги бавим повече, моля да финализираме сделката.*
**@Nexo Payments So we don't delay them any further, please let's finalize the deal.**

*Мерси!*
**Thanks!**

Bozhidar Dobrev
AML Compliance Specialist
Banking on Crypto
nexo.io

On Tue, Feb 16, 2021 at 10:15 AM Nexo Payments <payments@nexo.io> wrote:

*Здравейте,*
**Hello,**

*БНБ адресът на пеймънтс акаунта е:*
**The BNB address of the payments account is:** [redacted]

Stay ahead,
Payments Team
Banking on Crypto
nexo.io

ПОВЕРИТЕЛНО NEXO-0248440

On Mon, Feb 15, 2021 at 11:03 PM Edward Tonkov <edward@nexo.io> wrote:

*Мерси.*
**Thanks.**

*BTC, LTC, LINK- Ще заредим*
**BTC, LTC, LINK - We will load**

*ETH - имате*
**ETH - you have**

*BNB- @Kalin Metodiev Моля за съдействие да наредим от Binance (binace@nexo.io) към акаунтинг. @Nexo Payments моля да потвърдите адреса в треда.*
**BNB - @Kalin Metodiev Please assist in arranging a transfer from Binance (binace@nexo.io) to accounting. @Nexo Payments please confirm the address in the thread.**

Stay ahead,
Edward Tonkov
Financial Analyst
Banking on Crypto
nexo.io

On Mon, Feb 15, 2021 at 10:51 PM Nexo Payments <payments@nexo.io> wrote:

*според таблицата в оригиналния мейл от Хрис*
**according to the table in the original email from Chris**



Registered Interpreter/Translator English/Bulgarian I.D.#700301 Los Angeles, California

| | |
|---|---|
| BNB | 689.79 |
| BTC | 1.84 |
| ETH | 49.06 |
| LTC | 470.19 |
| LINK | 3,180.13 |

Stay ahead,
Payments Team
Banking on Crypto
nexo.io

ПОВЕРИТЕЛНО NEXO-0248441

**On Mon, Feb 15, 2021 at 7:44 PM Edward Tonkov <edward@nexo.io> wrote:**

*Моля, напишете какво точно трябва да се зареди.*
**Please, write exactly what needs to be loaded.**

Stay ahead,
Edward Tonkov
Financial Analyst
Banking on Crypto
nexo.io

On Mon, Feb 15, 2021 at 7:30 PM Nexo Payments <payments@nexo.io> wrote:

*ако не чакаме нищо и можем да изпратим парите, @Edward Tonkov @Tsvetan Videlov моля ви, заредете асетите в пеймънтс, понеже има наличност само за ETH в момента. Благодаря!*
**if we are not waiting on anything and can send the money, @Edward Tonkov @Tsvetan Videlov please load the assets into payments, since there is only availability for ETH now. Thank you!**

Stay ahead,
Payments Team
Banking on Crypto
nexo.io

On Mon, Feb 15, 2021 at 6:54 PM Hristiyan Hristov <hristiyan@nexo.io> wrote:

*Имат $4M активи според стейтмънта, който са изпратили и сега Стив ми каза, че имат ~28 BTC в Coinbase Prime.*
**They have $4M in assets according to the statement they sent, and now Steve told me they have ~28 BTC in Coinbase Prime.**

*При нас имат активи за $500,000.*
**With us they have assets worth $500,000.**

On Mon, Feb 15, 2021 at 18:37:08, Kosta <kosta@nexo.io> wrote:

*Ако имат над 5M при нас, то това ми звучи като достатъчно доказателство, че са покрили изискванията за над 5M асетс?*
**If they have over 5M with us, that sounds to me like sufficient proof that they have met the over-5M-assets requirement?**

**On Mon, 15 Feb 2021 at 18:35, Hristiyan Hristov <hristiyan@nexo.io> wrote:**



Registered Interpreter/Translator
English/Bulgarian
I.D.#700301
Los Angeles, California

*Извинявам се добавил съм различен скрийншот. Този към който реферирах е прикачен към този емейл.*
**I apologize, I attached a different screenshot. The one I was referring to is attached to this email.**

*Поздрави.*
**Regards.**

On Mon, Feb 15, 2021 at 18:30:21, Hristiyan Hristov <hristiyan@nexo.io> wrote:

*Здравейте,*
**Hello,**

*@Bozhidar търсим варианти как да фасилитираме сделката със Пенрод братята. Моля да погледнеш прикаченият скрийншот. Какъв вид прууф би ни трябвал за тези Биткойни, за да ги приемем за акредитирани?*
**@Bozhidar we are looking at options for how to facilitate the deal with the [redacted]. Please take a look at the attached screenshot. What kind of proof would we need for these Bitcoins to accept them as accredited?**

*On a side note, до колкото си спомням преди не търсихме акредитиран статус на компании, само на ритейл клеинти. Моля да ме поправиш, ако греша.*
**On a side note, as far as I remember, we did not previously require accredited status for companies, only for retail clients. Please correct me if I'm wrong.**

*@Katerina моля да депозираме вече закупените активи.*
**@Katerina please let's deposit the assets already purchased.**

*Поздрави,*
*Хрис*
**Regards,**
**Hris**

CONFIDENTIAL NEXO-0248442

On Fri, Feb 12, 2021 at 14:21:12, Kosta <kosta@nexo.io> wrote:
+Antoni
On Fri, 12 Feb 2021 at 6:01, Alexander Rakshiev <alexander.rakshiev@nexo.io> wrote:

*Калине, по-добре да се видим тримата с Божката, за да изговорим как да го организираме оперативно. Хрис да се фокусира върху клиентска комуникация, да не се занимава да ги мисли тези работи.*
**Kalin, it would be better for the three of us to meet with Bozho to discuss how to organize this operationally. Chris should focus on client communication and not have to concern himself with these matters.**

Stay ahead,
Alexander Rakshiev
Head of Sales
Banking on Crypto
nexo.io

**On Fri, Feb 12, 2021 at 11:17 AM Kalin Metodiev <kalin@nexo.io> wrote:**

*Хрис,*
**Chris,**

*Днес да се видим с теб и Божо, за да изговорим нещата. Напоследък скоростта ни на изпълнение на тези поръчки значително намаля и хората мърморят с право. Дали са големи съществуващи или нови клиенти, всеки иска бърз екзекюшън. Това е и един от основните фактори, които градят доверието към нас в клиентите. Всеки се притеснява в това пространство докато не види, че средствата или закупените токени са му отразени в акаунта. Като стане бързо, всеки се връща спокоен за още услуги.*



Registered Interpreter/Translator
English/Bulgarian
I.D.#700361
Los Angeles, California

**Today let's meet with you and Bozho to discuss things. Lately our speed of execution on these orders has slowed down significantly and people are grumbling, and rightly so. Whether they are large existing clients or new ones, everyone wants fast execution. This is also one of the key factors that build clients' trust in us. Everyone is worried in this space until they see that the funds or purchased tokens are reflected in their account. Once it happens quickly, everyone comes back reassured for more services.**

*Ясно е, че и кое трябва да покрием документалните си изисквания, но трябва да разграничаваме различните видове казуси във всяка ситуация и да действаме гъвкаво. Като станат 5 милиона клиента и $20 млрд. може да е друго, но засега все още можем да действаме гъвкаво.*
**It is clear which documentation requirements we need to cover, but we need to distinguish between the different types of cases in each situation and act flexibly. Once we have 5 million clients and $20 billion, it may be different, but for now we can still act flexibly.**

*В случаи, когато клиент иска да изпрати примерно долари и да си купи стейбъли и когато знаем, че му трябват спешно да си ги тегли за нещо, трябва да вървим по каналния ред на Божо. Във всички останали случаи на покупка на токени, на слагане на средства на Ърн и пр., трябва да приемаме средствата максимално бързо и гъвкаво, да изпълняваме незабавно поръчките и да зареждаме позициите в уолетите на клиентите, НО да им спираме тегленията докато не дадат всичко необходимо. Докато това не е факт, никакво теглене, но сме получили средствата и сме си свършили работата по транзакциите.*

**In cases where a client wants to send, for example, dollars and buy stablecoins, and when we know they urgently need to withdraw them for something, we should follow Bozho's channel procedure. In all other cases - purchasing tokens, placing funds in Earn, etc. - we should accept the funds as quickly and flexibly as possible, execute the orders immediately, and load the positions into clients' wallets, BUT to freeze their withdrawals until they provide everything required. Until that is done, no withdrawals - but we have received the funds and have completed our work on the transactions.**

*С все по-обширното покритие от услуги при нас, вкл. трейдинг през платформата, клиентите дори няма да усещат неудобство от документалните ни изисквания, защото в това време ще си трупкат лихвичка, ще вземат заемчета и ще търгуват. Само няма да могат да си дърпат средствата, което ще ги мотивира да си оправят документите. Ня всяка борса е по същия начин.*

**With our increasingly broad range of services, including trading through the platform, clients won't even feel any inconvenience from our documentation requirements, because in the meantime they will be accruing a bit of interest, taking out small loans, and trading. They simply won't be able to pull out their funds, which will motivate them to sort out their documents. Not every exchange works the same way.**

*Всичко друго ни превръща бавно, но сигурно в Банка ДСК, което не сме и няма да бъдем.*
**Anything else is turning us slowly, but surely into DSK Bank, and that's not who we are/and not who we're going to be.**

CONFIDENTIAL NEXO-0248443

On Fri, Feb 12, 2021 at 06:35 Hristiyan Hristov <hristiyan@nexo.io> wrote:

*Коста, аз знам кои са, но Божидар каза, че не отговарят на изискванията с документите, които са представили.*
**Kosta, I know who they are, but Bozhidar said they do not meet the requirements with the documents they have submitted.**

*Ако потвърдиш, веднага ще я фасилитирам.*
**If you confirm, I will facilitate it right away.**

*Благодаря.*
**Thank you.**

On Fri, Feb 12, 2021 at 3:29 AM, Kosta <kosta@nexo.io> wrote:

*Няма какво да ги паузираш. Това е Никки Бийч Пенрод.*
**No need to pause them. This is [redacted].**

On Thu, 11 Feb 2021 at 15:35, Hristiyan Hristov <hristiyan@nexo.io> wrote:

Registered Interperter / Translator
English / Bulgarian
I.D.#700381
Los Angeles, California

*Здравейте, отбор,*
**Hello, team,**

*Клиентът е https://prod-admin.nexo359.com/user/5ffee69a4e61334d21339f59/details*
**The client is https:**

*Купува крипто активи с $500,000 преведени в Сигничър. Потвърдено от пеймънтс.*
**They are purchasing crypto assets with $500,000 transferred via Signature. Confirmed by payments.**

*Имаме налични документи без акредитиран инвеститор статус. Очакваме го и затова паузираме покупката на NEXO.*
**We have documents on file without accredited-investor status. We are awaiting it, and therefore we are pausing the purchase of NEXO.**

*Купихме следните активи през SOR Binance:*
**We purchased the following assets through SOR Binance:**

| | | | | |
|---|---|---|---|---|
| BNB | 689.79 | $127.57 | SOR Binance | |
| BTC | 1.84 | $47,847.88 | SOR Binance | |
| ETH | 49.06 | $1,793.82 | SOR Binance | |
| LTC | 470.19 | $187.16 | SOR Binance | Link Hedge |
| LINK | 3,180.13 | $27.67 | Inventory | |

Spent $440,000

Profit in BTC 0.1671

Total spent $448,000 Left for NEXO $52,000

*Моля @Katerina да зареди активите.*
**Please @Katerina load the assets.**

*Поздрави,*
*Хрис*
**Regards,**
**Hris**

Best Regards,
Kosta Kantchev
Executive Chairman
Banking on Crypto
nexo.io

CONFIDENTIAL

NEXO-248444

Best regards,
Kalin Mavrodiev, CFA I Managing partner
Nexo
The World's First Instant Crypto Overdrafts
Powered by 10 years of FinTechSuccess

https://nexo.io

---

Best Regards,
Kosta Kantchev
Executive Chairman



Irina [illegible]drova
Registered Interpreter/Translator
English/Bulgarian
I.D.#700361
Los Angeles, California

## DECLARATION AND CERTIFICATION OF THE TRANSLATOR

I, **Irena Alexandrova**, hereby declare that I am a Registered Court Interpreter/Translator, registered to interpret and translate between Bulgarian and English in the State of California, **Registration No. 700361.** I further declare that I have translated the Bulgarian-language text contained within the attached document, identified as

**NEXO 0248439** (7 pages 39-45)

from Bulgarian into English. To the best of my knowledge and belief, this translation is true and accurate.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 7, 2026, in Los Angeles, California.

Signature: Irena Alexandrova
IRENA ALEXANDROVA

1145 N Ogden Dr. #211
West Hollywood, CA 90046
Tel: 1 (310) 804-4019

Registered Interperter/Translator
English/Bulgarian
I.D.#700361
Los Angeles, California