# EXHIBIT 100

# NEXO-0055884

Message

**From:** Hristiyan Hristov [hristiyan@nexo.io]
**Sent:** 28/05/2021 12:15:35
**To:** [redacted]
**Subject:** Re: Octavian Nexo <> OTC NEXO tokens purchase

Hello [redacted]

I have some great news. The team has executed the trade as it follows:

178,714 NEXO Tokens @ $1.9584

We are aiming to deposit the assets ASAP.

Thank you.

On Fri, May 28, 2021 at 8:55 AM [redacted] wrote:

Hi Hristiyan,

I have just made a withdrawal of USDC 350,000 (less fee) to [redacted] Please have the OTC desk purchase NEXO tokens for my account with these funds.

Thanks,

[redacted]

On 5/27/21 8:29 AM, Octavian Dinca wrote:

Hi [redacted]

I will be off tomorrow and next week. For this reason I am looping in @Hristiyan Hristov who will be able to assist you with your intended NEXO tokens purchase when you are ready to proceed during my absence.

Enjoy a great day ahead.

Best regards,

Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Thu, May 27, 2021 at 1:26 PM Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

Hope you have been well. Apologies for the delay in responding. I seem to have missed your email last week.

I would suggest aiming for a ~11-12% in NEXO tokens as compared to your overall collateral in order to ensure you will maintain the Platinum tier through the market movements. A purchase in the range of ~450,000 USDT/USDC would bring you to about 11.2% under current market conditions. Just something to have in mind.

Once you have decided on a purchase amount, proceed to taking a credit in either USDT/USDC and then withdraw it to our OTC wallet address. Please see below:

[redacted]

Once the withdrawal has been made, please let me know and I will follow up with the OTC desk for confirmation of the transfer. Once purchasing funds are confirmed, we can proceed to execution. After execution the NEXO tokens will be deposited into your account.

Looking forward to hearing from you.

Best regards,
Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Wed, May 26, 2021 at 11:31 PM [redacted] wrote:

Hi Octavian,

To start out, I'd like to borrow enough to buy the NEXO tokens to put me into the Platinum Loyalty tier, say 140,000 NEXO, or about $350,000.

How do I proceed?

Thanks,

[redacted]

On 5/20/21 6:43 AM, Octavian Dinca wrote:

Hi [redacted]

That's correct. Let me know what amount you would like to borrow to be used for purchasing the assets you mentioned and I will follow up with additional instructions.

Enjoy a good day ahead.

Best regards,
Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Wed, May 19, 2021 at 7:55 PM [redacted] wrote:

Hi Octavian,

Can I borrow against my BTC capital, and use the funds to buy BTC, NEXO and ETH through the OTC desk?

Thanks for your quick reply,

[redacted]

On 4/19/21 6:43 AM, Octavian Dinca wrote:

Hi [redacted]

Hope you enjoyed a good weekend. Thanks for the details - everything is clear now. Please proceed to send the 30 BTC to the designated BTC wallet address for the OTC desk. Please see below:

[redacted]

Once you have initiated the transfer please forward me the TXid as well. Once the funds are confirmed in the OTC desk wallet we can proceed to execution according to your specifications - ~$520,000 worth of NEXO tokens and the rest of the funds will be used to purchase ETH. Once the execution is complete, we will deposit the resulting assets into your NEXO platform account.

Looking forward to hearing from you.

Best regards,
**Octavian Dinca**
Relationship Manager
+41 33 533 26 64

**Banking on Crypto**
nexo.io

On Sat, Apr 17, 2021 at 7:33 AM [redacted] wrote:

Hi Octavian,

I would like to sell 30 BTC. I would like to purchase $520,000 of NEXO and use the rest of the funds to purchase ETH.

This should be about 27.8% NEXO and 72.2% ETH.

Let me know how to proceed for the next steps.

Thanks,

[redacted]

On 4/12/21 7:40 AM, Octavian Dinca wrote:

Hi [redacted]

Sure thing. Can you please confirm the details of OTC trade?

- amount of BTC to be sold.
- % of NEXO/ETH to be purchased with the BTC.

The process is straightforward. Once we have these details, you will need to transfer the BTC into the OTC respective wallet. Please see attached the OTC addresses. Once the funds are confirmed in the OTC wallet we can proceed to execution upon your confirmation and according to the split you want across NEXO/ETH. Following execution the assets will be deposited into your account.

Looking forward to your feedback. Enjoy a productive start to the week.

Best regards,
Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Thu, Apr 8, 2021 at 10:20 PM [redacted] wrote:

Hi Octavian,

I would like to use the OTC desk to trade some of my BTC for ETH and NEXO. How do I start?

Thanks,

[redacted]

On 3/23/21 2:14 AM, Octavian Dinca wrote:

Sure thing [redacted]ooking forward to hearing from you.

Best regards,
Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Tue, Mar 23, 2021 at 7:10 AM [redacted] wrote:
Thanks!

Sent from my iPhone

On Mar 22, 2021, at 01:08, Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

I hope you have been well.

I would like to confirm that we have all the necessary paperwork in place from a Compliance standpoint for trading through the OTC desk. Thank you for your patience during the process.

We can proceed with the NEXO tokens purchase whenever you'd like.

Looking forward to your feedback.

Best regards,
Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Thu, Feb 18, 2021 at 7:35 AM Octavian Dinca <octavian@nexo.io> wrote:
Hi [redacted]

Thank you for the prompt reply.

I have asked my colleagues from Compliance to send you the relevant documentation. It should be with you within the next 12 hours.
Regarding the accredited investor status we would still need either:

- 2 years' tax returns showing an income of 200k for the last 2 years

- another solution would be to reach out to your accountant, lawyer, or another professional can verify the investor's status
- it can be done via third-party verification service to verify each investor's status - like verifyinvestor.com

The crypto assets in your account cannot be used for this purpose by our Compliance team. A quick solution would be to use the verifyinvestor.com platform and use a screenshot of your asset values in NEXO to generate that certificate. Alternatively, either one of the other two options presented above can work.

Looking forward to hearing from you.

Best regards,
Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

On Wed, Feb 17, 2021 at 7:48 PM [redacted] wrote:

Hi Octavian,

I think if you check Regulation D, 17 CFR Section 230.501, you will see that "(a) Accredited investor shall mean any person who comes within any of the following categories, or who the issuer reasonably believes comes within any of the following categories, at the time of the sale of the securities to that person: ... (5) Any natural person whose individual net worth, or joint net worth with that person's spouse or spousal equivalent, exceeds $1,000,000". A quick check of my NEXO account should provide all the data needed for this purpose.

I would be happy to sign a source of funds declaration and a purchase agreement.

I look forward to working with you.

Cheers,

[redacted]

On 2/17/21 9:20 AM, Octavian Dinca wrote:

Hi [redacted]

My name is Octavian and I am part of the Relationship Management team at Nexo. I will be happy to assist you with your NEXO purchase through the OTC desk.

As you may know, we are on track to acquiring a banking license this year and compliance is very important. Please know that we can only process Nexo Tokens sales to accredited investors. To this end our Compliance Department would need either:

- 2 years' tax returns showing an income of 200k for the last 2 years
- another solution would be to reach out to your accountant, lawyer, or another professional can verify the investor's status
- it can be done via third-party verification service to verify each investor's status - like verifyinvestor.com

I will check internally to see if we have the relevant documentation required and if there's a need you can expect to receive from my colleagues:

- Source of Funds declaration that needs your signature + supporting documentation request.
- Purchase agreement that needs your signature.

Once we have these documents signed and approved we can proceed to execution. You will have to withdraw the BTC to be used for purchase and transfer into the OTC wallet address (address will be confirmed before execution). Once assets are purchased, they will be deposited in your Nexo platform account.

Looking forward to hearing from you. Let me know if you have any questions and if you'd like we can organize a short intro call discussion.

Enjoy a great day ahead.

Best regards,
Octavian Dinca
Relationship Manager
+41 33 533 26 64

Banking on Crypto
nexo.io

Hello,

I am interested in buying enough NEXO to put my account into Platinum status (about 300,000 NEXO). To make this purchase, I would like to sell a corresponding amount of BTC, and maybe more, to pay down my credit line and cover some taxes due soon. I haven't settled on a specific amount, but somewhere between 10 and 30 BTC.

Is the OTC desk the best way to handle this? How should I proceed?

Thanks,

[redacted]

--
Best regards,
Hristiyan Hristov
Relationship Manager
+41 43 505 18 13

Banking on Crypto
nexo.io