# EXHIBIT 10

# NEXO-0031467

Message

**From:** [redacted]
**Sent:** 21/10/2020 13:46:58
**To:** Octavian Dinca [octavian@nexo.io]
**Subject:** Re: [NAME] <> You Are Eligible for Higher Interest Rates With Nexo's Term Earn Account
**Attachments:** [redacted]_Additional_Agreement_to_Nexo_Earn_Interest_Product_General_Terms_and_Conditions,_(2).pdf

Hi Octav,

Please see attached signed form. Let me know if you have any questions.

Thank you,

[redacted]

On Wed, Oct 21, 2020 at 8:05 AM Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

It's up to you. You can print it out and sign it alternatively.

Regards,

Octav

Octavian Dinca | Relationship Manager
Phone: +41 44 586 44 04

**Nexo**
The World's First Instant Crypto Loans
Powered by 10 Years of FinTech Success
https://nexo.io

On Wed, Oct 21, 2020 at 3:48 PM [redacted] wrote:

Hi Octavian,

The contract looks good. Do you have a software for me to sign?

Thank you,

[redacted]

On Wed, Oct 21, 2020 at 6:42 AM Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

Please find attached the signed contract.

Kind regards,

Octav

Octavian Dinca | Relationship Manager
Phone: +41 44 586 44 04

Nexo
The World's First Instant Crypto Loans
Powered by 10 Years of FinTech Success

https://nexo.io

On Wed, Oct 21, 2020 at 2:32 PM [redacted] wrote:
Hi Octavian,

Thank you for your response. I understand now the issue. Thank you for explaining.

I look forward to signing the term contract when you're ready.

Thank you,

[redacted]

On Wed, Oct 21, 2020 at 4:04 AM Octavian Dinca <octavian@nexo.io> wrote:
Hi [redacted]

I apologize for the situation that was created. I have raised this situation with our Compensation team because you are a valued customer and we will provide you a compensation of 500 USD worth of Nexo Tokens today in order to bring the total value of that transaction (which currently sits at $7004.01 for the 46,125.46 NEXO which were deposited into your account) to 7500 USD, as of this moment. That being said let me provide some context of how this took place.

In order to trade through our OTC desk two things are needed. Funds required to perform the trade and the documentation necessary (Source of Funds Declaration and supporting documentation). After you transferred the funds, we were expecting the documentation. The trade was recorded for execution pending the confirmation of your documentation by our KYC/AML Team. The confirmation came around 5.00 AM UTC time when our team came into office. Moments after, the trade was executed at market value by the OTC desk around the same time.

As you have noticed, last night there was a drop in a large majority of the Altcoin market due to the BTC breaking a key level. The Nexo Token was also affected by this drop among other assets. Unlike the stablecoins, there is a factor of volatility in the crypto assets space and for this reason there was this difference that you observed.

I hope that you will be happy with the compensation as it will bring your total amount to 7500 USD as it was intended initially.

Thank you for your understanding.

Enjoy a good day ahead.

Octav

Octavian Dinca | Relationship Manager
Phone: +41 44 586 44 04

**Nexo**
The World's First Instant Crypto Loans
Powered by 10 Years of FinTech Success

https://nexo.io

On Tue, Oct 20, 2020 at 9:28 PM [redacted] wrote:
Hi Octavian,

There is something missing. I sent a value of USD 7,500 and only received USD 6,621 of Nexo coins. See picture attached. Please apply the remaining amount to the Nexo coins or return it to my USDC account.

Oct 20, 2020

**Top Up Crypto**
+46,125.46000000 NEXO
[redacted] +6,621.22 USD

Oct 19, 2020

**Interest** +36.684791 USDC
USDC Interest Earned +36.68 USD

**Withdrawal Crypto**
-7,500.000000 USDC
USDC withdrawal -7,500.00 USD

On Tue, Oct 20, 2020 at 11:36 AM Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

The execution is complete. The new Nexo tokens will be deposited in your account shortly.

Tomorrow, I will get back to you with the filled out agreement for the Term Earn.

Enjoy a good rest of your day.

Kind regards,

Octav

Octavian Dinca | Relationship Manager
Phone: +41 44 586 44 04

**Nexo**
The World's First Instant Crypto Loans
Powered by 10 Years of FinTech Success

https://nexo.io

On Tue, Oct 20, 2020 at 1:37 PM Octavian Dinca <octavian@nexo.io> wrote:
Hi [redacted]

Documents have been received and confirmed by our KYC/AML team. All is good and we are in position to execute the transaction. Will let you know once that's done and the Nexo Tokens will be deposited in your account.

For all practical purposes you cannot see how the funds are used to purchase Nexo tokens because it's done through our Over the Counter Trading Desk. But you will see the result of it shortly.

Hope it's clear now. Meanwhile I will prepare the agreement on the remaining assets in USDC and send it over for signature within Nexo. Hopefully by the end of business i will be able to send that across to you as well for signature.

Thanks.

Octav

Octavian Dinca | Relationship Manager
Phone: +41 44 586 44 04

**Nexo**
The World's First Instant Crypto Loans
Powered by 10 Years of FinTech Success

https://nexo.io

On Tue, Oct 20, 2020 at 5:22 AM [redacted] wrote:
Hi Octavian,

I signed the documents and sent about USDC 7500 to the address provided. However, I don't see the funds used to purchase Nexo coins.

Please advise.

Thank you,

[redacted]

On Mon, Oct 19, 2020 at 10:18 AM Octavian Dinca <octavian@nexo.io> wrote:
Hi [redacted]

You will receive a message from my colleagues from Payments/AML with a source of funds declaration and supporting documents which are needed for the OTC trade and need your signature.

Thank you. Regards.

Octav

Octavian Dinca | Relationship Manager
Phone: +41 44 586 44 04

Nexo
The World's First Instant Crypto Loans
Powered by 10 Years of FinTech Success
https://nexo.io

On Mon, Oct 19, 2020 at 5:16 PM [redacted] wrote:
Hi Octavian,

I just made the transfer of $7500 USDC to the address below.

[redacted]

Here is the transaction ID but I'm not sure of the hash number: NXTJHPxbfu72g.

Thank you,

[redacted]

On Mon, Oct 19, 2020 at 8:04 AM Octavian Dinca <octavian@nexo.io> wrote:
Hi [redacted]

Regarding the purchase of NEXO Tokens through our OTC desk, please see the steps below.

1. Transfer the USDC amount with which you would like to purchase Nexo Tokens into the OTC wallet. See below:

- [redacted]

2. Reply back to me and provide the hash for the transaction, so Payments can track it.

Once Payments confirm the transfer, the OTC Desk will be informed and the transaction will go for execution. Once I receive the hash for the transaction from your side, I will prepare the

additional agreement and send it for signature. By tomorrow, you should have it within your inbox provided you manage to transfer the USDC to the OTC desk in the next 2 hours.

Thank you. Regards.

Octav

Octavian Dinca | Relationship Manager
Phone: +41 44 586 44 04

Nexo
The World's First Instant Crypto Loans
Powered by 10 Years of FinTech Success
https://nexo.io

On Wed, Oct 14, 2020 at 2:50 PM Octavian Dinca <octavian@nexo.io> wrote:

Hi [redacted]

Pleasure to speak to you just now. As I mentioned over the phone, I am part of the Relationship Management team at Nexo.

With every product we release we have developed many automations and people love it because it makes their life easy. However, we also understand that most of our customers look to build a relationship with us based on trust and open communication. As a result, I am pleased to inform you that I will be your dedicated point of contact going forward.

As discussed I am attaching a slide deck on how our Relationship Management ™ can significantly improve your experience and address how we can best serve your needs at the moment as well as for the future. Send you an invite for the meeting on Friday.

Thank you in advance for your time and consideration. Looking forward to speaking to you on Friday.

Enjoy a splendid rest of your day.

Best regards,

Octav

Octavian Dinca | Relationship Manager
Phone: +41 44 586 44 04

Nexo
The World's First Instant Crypto Loans
Powered by 10 Years of FinTech Success
https://nexo.io

On Wed, Oct 14, 2020 at 2:28 PM [redacted] wrote:

Octavian,

Can you call me for our meeting in a few minutes?

[redacted]

On Mon, Oct 12, 2020 at 9:01 AM Octavian Dinca <octavian@nexo.io> wrote:
Hi[redacted]

Thanks for the prompt reply. Firstly, I would like to apologize for the "[NAME]" mistake in the previous email. The software for the email campaign had some bugs sending the emails last week.

To answer your question - yes, in this case you would be earning 12% if you would lock your stablecoins for 6 months. In attachment I am sending you the Additional Agreement for the new Term Earn account for more details. Please review it and if you have any questions or concerns we can discuss them further in a call throughout the week. You can have a look at these slots if there's something that can work for you and we can book it in.

Generally the process for the new Term Earn Account is quite simple. The starting point is for you to decide what are the type of assets you would like to use and the lock up period in order to determine the Earn rates bonus that will apply and communicate that back to us. We will fill in the details into the agreement and send it over to you for signature. Once signed from both parties, the funds will be locked under the Term Earn account and you will benefit from the bonus rates.

**Important Notes**

- In-App View: Please be aware that upon viewing your APY via your Nexo Account, you will continue to see the regular interest rates of 8-10%.
- Partial Lock-ups: You can lock only a portion of your funds into a Nexo Term Earn Account. The surplus assets can be used or withdrawn at any time. However, assets not locked in a Nexo Term Earn Account will not benefit from the Nexo Term Earn rates.
- Withdrawing Non-locked Assets: For as long as you have assets locked in a Nexo Term Earn Account, the self-service withdrawal feature will be disabled on your account. To withdraw any non-locked assets, you will need to submit a request to our Customer Support Team.

I remain at your disposal should you have any additional questions or concerns.

Thank you. Kind regards,

Octav

Octavian Dinca | Relationship Manager
Phone: +41 44 586 44 04

Nexo
The World's First Instant Crypto Loans
Powered by 10 Years of FinTech Success
https://nexo.io

On Sat, Oct 10, 2020 at 5:16 PM [redacted]> wrote:

Hi Octav,

I have a quick question. If I am earning 10% on my stablecoins because of the bonus through owning Nexo coins, am I still eligible? Meaning I would earn 12%?

Thank you,

[redacted]

On Sat, Oct 10, 2020 at 8:25 AM Octavian Dinca <octavian@nexo.io> wrote:

Hello [Name],

The Nexo Term Earn Account is available to our most loyal clients and it can increase the interest rate you are earning on your fiat and stablecoins with **up to 2%**. In exchange, we will ask you to lock these assets in your Nexo account for **three, six, or 12 months**.

The Nexo Term Earn Account offers the following bonus rates:

For Fiat Currencies:

- 1% higher interest for a 6-month period
- 2% higher interest for a 12-month period

For Stablecoins:

- 1% higher interest for a 3-month period
- 2% higher interest for a 6-month period

I will be happy to tell you more about the offer. Just reply to this email so we can start the conversation. Keep in mind the offer expires on the 29th of October.

Thank you and I look forward to hearing from you.
Octav

Octavian Dinca | Account Manager
+41 44 586 44 04

**Nexo**
The World's First Instant Crypto Credit Lines
Powered by 10 Years of FinTech Success
https://nexo.io

PS: If you don't want to hear from me anymore, just let me know