# EXHIBIT 11

# NEXO-0369965

J.P.Morgan

Statement Period

**September 01 - September 30, 2020**

Account Number

[redacted]

# Investment Statement

36498 BDS 001 021 27420 - YNNNNNNNNNNN

[redacted]

## Account Value with Accruals

| Account Description | Previous Period | This Period |
|---|---|---|
| Managed | 258,528.60 | 253,013.60 |
| **ACCOUNT VALUE** | **$258,528.60** | **$253,013.60** |

**See page 3 for footnotes and more detail.**

## Questions?

***For Full Service Accounts, Call Private Client Advisor***

**(312) 280 2553** Brett Klotz

**Customer Service**
(888) 994 5626
**Branch Address**
875 N. Michigan Avenue
Chicago, IL, 60611

www.chase.com

More contact information on page 17

**Account Value with Accruals**
(April 2019 to September 2020)




If you have any questions about your statement or concerns about your account, please call us at the toll free number provided above.

INVESTMENT AND INSURANCE PRODUCTS ARE: • NOT FDIC INSURED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
• NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
• SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED



Account is held at J.P. Morgan Securities LLC (JPMS), member Financial Industry Regulatory Authority (FINRA) and Securities Investor Protection Corporation (SIPC). **This statement summary is provided for convenience purposes only**. For information about your JPMS account(s), please refer to your official JPMS account statement(s), which follows this statement summary. **Neither this statement summary nor your official JPMS account statement(s) should be used for tax reporting purposes.**

This page is intentionally left blank.

J.P.Morgan

Statement Period
**September 01 - September 30, 2020**
Last Statement: August 31, 2020

Account Number
[redacted]

Account Value With Accruals: **$253,013.60**

[redacted]

**TFR ON DEATH IND**

**J.P. Morgan Core Advisory Portfolio (JPMCAP)**

*Growth IOP Taxable Non-JPM Mgd. Inv.*

## Account Activity Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$258,528.60** | **$247,506.65** |
| Deposits (Cash & Securities) | 1,000.00 | 4,000.00 |
| Withdrawals (Cash & Securities) | 0.00 | 0.00 |
| **Net Deposits / Withdrawals** | **$1,000.00** | **$4,000.00** |
| Income | 185.76 | 2,273.36 |
| Fees [1] | (96.79) | (865.31) |
| Change In Investment Value | (6,603.97) | 98.90 |
| **ENDING ACCOUNT VALUE** | **$253,013.60** | **$253,013.60** |
| Net Accrued Income | 0.00 | 0.00 |
| **Account Value With Accruals** | **$253,013.60** | **$253,013.60** |

1 *Account fees, management fees, and debit interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.*

Month End Closing Method: First In, First Out (FIFO)

Your Broker/Dealer is J.P. MORGAN SECURITIES LLC, 4 Chase Metrotech Center, Brooklyn, New York 11245-0001

INVESTMENT AND INSURANCE PRODUCTS ARE: • NOT FDIC INSURED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
• NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
• SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED



Investment products and services are offered through **J.P. Morgan Securities LLC** (JPMS), a registered broker-dealer and investment advisor, member of FINRA and SIPC. Annuities are made available through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMS, CIA and JPMorgan Chase Bank, N.A. are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states. For information about your account, please refer to your official JPMS account statement **which should not be used for tax reporting purposes**. Please read the important disclosures at the end of the statement. For questions, please call (888) 994 5626.

J.P.Morgan

TFR ON DEATH IND [redacted] [redacted] Statement Period: September 01 - September 30, 2020

**J.P. Morgan Core Advisory Portfolio (JPMCAP)**

## Asset Allocation Summary

| Description | Market value Previous Period | Market value This Period | Total Change ($) |
|---|---|---|---|
| Cash & Sweep Funds | 4,753.59 | 3,398.16 | (1,355.43) |
| Equities | 192,160.60 | 188,046.48 | (4,114.12) |
| Fixed Income | 61,614.41 | 61,568.96 | (45.45) |
| **TOTAL ACCOUNT VALUE** | **$258,528.60** | **$253,013.60** | **($5,515.00)** |

**Asset Allocation**




The allocation percentage is derived from net positive market values only.

**Manager Allocation**




For additional information, please see the Manager Allocation message within Important Information at the end of the statement.

J.P.Morgan

TFR ON DEATH IND [redacted] [redacted] Statement Period: September 01 - September 30, 2020

**J.P. Morgan Core Advisory Portfolio (JPMCAP)**

## Assets and Liabilities Summary

| Description | Previous Period | This Period |
|---|---|---|
| Long Cash and Sweep Funds | 4,753.59 | 3,398.16 |
| Long Market Value | 253,775.01 | 249,615.44 |
| **Total Assets** | **$258,528.60** | **$253,013.60** |
| **Total Liabilities** | **$0.00** | **$0.00** |
| **TOTAL ACCOUNT VALUE** | **$258,528.60** | **$253,013.60** |
| **Total Account Value with Accruals** | **$258,528.60** | **$253,013.60** |

## Income Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Dividends | 185.20 | 2,240.22 |
| **Total Income from Taxable Investments** | **$185.20** | **$2,240.22** |
| Dividends | 0.56 | 33.14 |
| **Total Income from Non-Taxable Investments** | **$0.56** | **$33.14** |
| **TOTAL INCOME** | **$185.76** | **$2,273.36** |

Taxable and Non-taxable income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

## Unrealized Gain / Loss Summary

| Description | This Period |
|---|---|
| Short-Term Gain | 2,766.05 |
| Short-Term Loss | (834.67) |
| **Short-Term Net Gain / Loss** | **$1,931.38** |
| Long-Term Gain | 17,443.62 |
| Long-Term Loss | (1,283.65) |
| **Long-Term Net Gain / Loss** | **$16,159.97** |
| **TOTAL UNREALIZED GAIN / LOSS **** | **$18,091.35** |

***Wash sale adjustments (disallowed losses) are reflected in these totals.*

Unrealized Gain / Loss represents Gain / Loss data since the date of acquisition.

## Realized Gain / Loss Summary

| Description | This Period | Year-to-Date |
|---|---|---|
| Short-Term Gain | 9.60 | 564.67 |
| Short-Term Loss | 0.00 | (2,857.24) |
| **Short-Term Net Gain / Loss** | **$9.60** | **($2,292.57)** |
| Long-Term Gain | 54.03 | 466.07 |
| **Long-Term Net Gain / Loss** | **$54.03** | **$466.07** |
| **TOTAL REALIZED GAIN / LOSS **** | **$63.63** | **($1,826.50)** |
| Short Term Disallowed Loss | 0.00 | 1,672.12 |

***Wash sale adjustments (disallowed losses) are reflected in these totals.*

Realized gain/loss information is provided for transactions in your account as of the trade date and excludes transactions where cost basis information has not been provided or is unavailable.

Gain/loss calculations do not include adjustments for wash sales that may have occurred on the last business day of this statement period. These wash sale adjustments, if any, will be reflected on your next statement.

Cost basis and realized gain/loss on statements are provided for informational purposes only and should not be used for tax purposes or otherwise relied upon without assistance of your tax advisor.

J.P.Morgan

TFR ON DEATH IND [redacted] [redacted] Statement Period: September 01 - September 30, 2020

J.P. Morgan Core Advisory Portfolio (JPMCAP)

## Holdings

The total cost basis for each security position and the unrealized gain/loss are provided solely for your convenience and may not be used for tax purposes or otherwise relied upon. If you have questions related to the tax treatment of your investments, please consult your tax advisor. Unrealized gain/loss total reflects only those positions for which a cost basis is available or has been provided. J.P. Morgan has not, and cannot, validate the cost basis of positions reported by you or your agent, and are displayed solely for your convenience. Information on this statement related to cost and gain/loss calculations does not include adjustments for wash sales that may have occurred on the last business day of this statement period. These wash sale adjustments, if any, will be reflected on your next statement. Any free credit balances in your brokerage account are payable to you upon demand.

For Mutual Funds, itemized cost basis displays each purchase, the aggregation of long term and short term investments, and/or the aggregation of long term and short term positions which origination cannot be determined, noted as 'Other'. For Mutual Funds, Market Value vs. Purchases is provided to assist you in comparing your total purchase, excluding reinvested distributions, with the current market value of the position. For Mutual Funds which you choose not to reinvest distributions, 'Cumulative Cash Distributions' is displayed to assist you in monitoring the position. This Cumulative Cash Distributions will only reflect cash distributions made after June 1, 2018. Investment Gain/Loss calculates the difference between your cost of Purchases from the current value of the fund, plus Cumulative Cash Distributions. In any Mutual Fund tax lot is noted 'Other' or cost basis is not available. Investment Gain/Loss will display 'Not Available.'
**Investment Gain/Loss display is for informational purposes only as does not reflect your total unrealized gain or loss, nor should it be used for tax purposes.**

### CASH & SWEEP FUNDS

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | Est. Accrued Inc. / Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|
| **JPMORGAN TR II**<br>MUN MONEY MKT FD INSTL CL<br>SECURITY SYMBOL IS IJMXX<br>Symbol: QWESQ | | 3,398.16 | 1 | **3,398.16** | | | | --<br>-- |
| **TOTAL CASH & SWEEP FUNDS** | | | | **$3,398.16** | | | | --<br>-- |

### EQUITIES

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | Est. Accrued Inc. / Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|
| **FIDELITY SALEM STR TR**<br>FIDELITY 500 INDEX FUND EST | | *1,159.222 | 117.07 | **135,710.12** | 102.79 A | 119,153.76 W | 16,556.36 | --<br>2,658.10 |
| YIELD: 1.96% DIV & CAP | 22 Apr 2019 | 1,007.115 | | 117,902.95 | 102.79 | 103,519.03 W | 14,383.92 LT | |
| GAIN REINVEST | 26 Aug 2019 | 26.252 | | 3,073.32 | 102.79 | 2,698.39 W | 374.93 LT | |

* *A large number of tax lots exist for the securities denoted with an asterisk. Individual tax lots are available by calling the appropriate number on the front of this statement.*

J.P.Morgan

TFR ON DEATH IND [redacted] [redacted] Statement Period: September 01 - September 30, 2020

J.P. Morgan Core Advisory Portfolio (JPMCAP)

EQUITIES (continued)

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | Est. Accrued Inc. / Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|
| **FIDELITY SALEM STR TR** | | | | | | | | |
| Symbol: FXAIX | 10 Mar 2020 | 73.935 | | 8,655.57 | 102.79 | 7,599.61 W | 1,055.96 ST | |
| | 21 Sep 2020 | 21.437 | | 2,509.63 | 102.79 | 2,203.46 W | 306.17 ST | |
| | LT REINVEST | 5.3 | | 620.47 | 102.79 | 544.77 W | 75.70 LT | |
| | ST REINVEST | 25.183 | | 2,948.17 | 102.79 | 2,588.50 W | 359.67 ST | |
| **Market Value vs. Purchases** | | | | **135,710.12** | | **114,390.22** | | |
| **Investment Gain/Loss** | | | | **21,319.90** | | | | |
| **FIDELITY SALEM STR TR** | | *657.779 | 40.12 | **26,390.09** | 41.02 A | 26,980.22 | (590.13) | -- |
| INTERNATIONAL INDEX FUND | | | | | | | | 898.53 |
| EST YIELD: 3.40% DIV & CAP | 22 Apr 2019 | 617.813 | | 24,786.66 | 41.02 | 25,340.93 | (554.27) LT | |
| GAIN REINVEST | 21 Nov 2019 | 8.128 | | 326.10 | 41.02 | 333.39 | (7.29) ST | |
| Symbol: FSPSX | ST REINVEST | 31.838 | | 1,277.34 | 41.02 | 1,305.90 | (28.56) ST | |
| **Market Value vs. Purchases** | | | | **26,390.09** | | **25,674.32** | | |
| **Investment Gain/Loss** | | | | **715.77** | | | | |
| **ISHARES INC** | | 84 | 59.07 | **4,961.88** | 56.11 | 4,713.10 | 248.78 | -- |
| ISHARES MSCI JAPAN ETF EST | | | | | | | | 97.27 |
| YIELD: 1.96% | 22 Apr 2019 | 40 | | 2,362.80 | 55.13 | 2,205.12 | 157.68 LT | |
| Symbol: EWJ | 05 Jun 2020 | 44 | | 2,599.08 | 57 | 2,507.98 | 91.10 ST | |
| **ISHARES MSCI CANADA ETF** | | 163 | 27.41 | **4,467.83** | 28.7 | 4,678.34 | (210.51) | -- |
| EST YIELD: 2.38% | | | | | | | | 106.28 |
| Symbol: EWC | 22 Apr 2019 | 159 | | 4,358.19 | 28.68 | 4,560.22 | (202.03) LT | |
| | 21 Nov 2019 | 4 | | 109.64 | 29.53 | 118.12 | (8.48) ST | |
| **ISHARES MSCI PACIFIC EX** | | 53 | 40.58 | **2,150.74** | 46.68 | 2,473.94 | (323.20) | -- |
| JAPAN ETF EST YIELD: 3.70% | | | | | | | | 79.50 |
| Symbol: EPP | 22 Apr 2019 | 48 | | 1,947.84 | 46.78 | 2,245.44 | (297.60) LT | |
| | 21 Nov 2019 | 5 | | 202.90 | 45.7 | 228.50 | (25.60) ST | |
| **VANGUARD INTL EQUITY** | | 274 | 52.43 | **14,365.82** | 56.06 | 15,360.31 | (994.49) | -- |
| INDEX FD FTSE EUROPE ETF | | | | | | | | 336.20 |
| EST YIELD: 2.34% | 22 Apr 2019 | 72 | | 3,774.96 | 55.62 | 4,004.71 | (229.75) LT | |
| Symbol: VGK | 10 Feb 2020 | 132 | | 6,920.76 | 58.05 | 7,662.53 | (741.77) ST | |
| | 05 Jun 2020 | 70 | | 3,670.10 | 52.76 | 3,693.07 | (22.97) ST | |

* *A large number of tax lots exist for the securities denoted with an asterisk. Individual tax lots are available by calling the appropriate number on the front of this statement.*

See additional footnotes on the last page of the Holdings section.



Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

J.P.Morgan

TFR ON DEATH IND[redacted] [redacted] Statement Period: September 01 - September 30, 2020

J.P. Morgan Core Advisory Portfolio (JPMCAP)

**EQUITIES (continued)**

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | Est. Accrued Inc. / Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|
| **TOTAL EQUITIES** | | | | **$188,046.48** | | **$173,359.67** | **$14,686.81** | -- / **$4,175.87** |

**FIXED INCOME**

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | Est. Accrued Inc. / Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|
| **ISHARES 20 PLUS YEAR** | | 31 | 163.26 | **5,061.06** | 154.91 | 4,802.08 | 258.98 | -- |
| TREASURY BOND ETF EST | | | | | | | | 82.27 |
| YIELD: 1.63% | 23 Sep 2019 | 12 | | 1,959.12 | 142.17 | 1,706.04 | 253.08 LT | |
| Symbol: TLT | 21 Nov 2019 | 1 | | 163.26 | 139.72 | 139.72 | 23.54 ST | |
| | 21 Sep 2020 | 18 | | 2,938.68 | 164.24 | 2,956.32 | (17.64) ST | |
| **ISHARES CORE U S** | | 122 | 118.06 | **14,403.32** | 108.34 | 13,217.08 | 1,186.24 | -- |
| AGGREGATE BD ETF EST YIELD: | | | | | | | | 335.38 |
| 2.33% | 22 Apr 2019 | 116 | | 13,694.96 | 108.11 | 12,540.22 | 1,154.74 LT | |
| Symbol: AGG | 21 Nov 2019 | 6 | | 708.36 | 112.81 | 676.36 | 31.50 ST | |
| **ISHARES TRUST** | 22 Apr 2019 | 21 | 121.82 | **2,558.22** | 105.19 | 2,208.90 | 349.32 LT | -- |
| ISHARES 7 10 YEAR TREASURY | | | | | | | | 34.46 |
| BOND ETF EST YIELD: 1.35% | | | | | | | | |
| Symbol: IEF | | | | | | | | |
| **ISHARES TRUST** | 10 Mar 2020 | 1 | 27.95 | **27.95** | 27.81 | 27.81 | 0.14 ST | -- |
| ISHARES U S TREASURY BOND | | | | | | | | 0.42 |
| ETF EST YIELD: 1.50% | | | | | | | | |
| Symbol: GOVT | | | | | | | | |
| **PIMCO HIGH YIELD FUND** | | *1,637.901 | 8.71 | **14,266.12** | 8.15 A | 13,351.96 | 914.16 | -- |
| INSTL CL EST YIELD: 4.88% | | | | | | | | 696.11 |
| DIV & CAP GAIN REINVEST | 31 Mar 2020 | 787.883 | | 6,862.46 | 8.15 | 6,422.73 | 439.73 ST | |
| Symbol: PHIYX | 20 May 2020 | 823.64 | | 7,173.90 | 8.15 | 6,714.21 | 459.69 ST | |
| | ST REINVEST | 26.378 | | 229.75 | 8.15 | 215.02 | 14.73 ST | |

* *A large number of tax lots exist for the securities denoted with an asterisk. Individual tax lots are available by calling the appropriate number on the front of this statement.*

See additional footnotes on the last page of the Holdings section.



Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

J.P.Morgan

TFR ON DEATH IND [redacted] [redacted] Statement Period: September 01 - September 30, 2020

**FIXED INCOME (continued)**

J.P. Morgan Core Advisory Portfolio (JPMCAP)

| Description | Acquisition Date | Quantity | Price | Market Value | Unit Cost | Cost Basis | Unrealized Gain/Loss | | Est. Accrued Inc. / Est. Annual Inc. |
|---|---|---|---|---|---|---|---|---|---|
| **PIMCO HIGH YIELD FUND** | | | | | | | | | |
| **Market Value vs. Purchases** | | | | **14,266.12** | | **13,136.94** | | | |
| **Investment Gain/Loss** | | | | **1,129.18** | | | | | |
| **VANGUARD TOTAL** | | 434 | 58.185 | **25,252.29** | 56.58 | 24,556.61 | 695.68 | | -- |
| INTERNATIONAL BOND ETF EST | | | | | | | | | 813.32 |
| YIELD: 3.22% | 22 Apr 2019 | 298 | | 17,339.13 | 55.59 | 16,564.57 | 774.56 | LT | |
| Symbol: BNDX | 23 Sep 2019 | 119 | | 6,924.02 | 58.86 | 7,004.34 | (80.33) | LT | |
| | 21 Nov 2019 | 17 | | 989.15 | 58.1 | 987.70 | 1.45 | ST | |
| **TOTAL FIXED INCOME** | | | | **$61,568.96** | | **$58,164.44** | **$3,404.52** | | -- **$1,961.95** |

**Total Account Value : $253,013.60**

*Unless otherwise noted, all positions are held in your cash account. F - TEFRA Account G - Good Faith Account I - Income Account L - Non Purpose Loan Account M - Margin Account R - DVP/RVP Account S - Short Account*

*AI Pricing Method: a – Net Investment b – Appraised Value c – The firm did not receive price information compliant with applicable reporting requirements.*

*A - Average Cost B - Adjusted for Amortization or Accretion D - Acquisition Date = Date of Death E - Adjusted for Option Exercise or Assignment K - Gifted Security LT - Long Term MT - Mixed Term N - Noncovered Provide - Please provide this information ST - Short Term T - Cost Basis provided by Third Party W - Adjusted for Wash Sale*

* *A large number of tax lots exist for the securities denoted with an asterisk. Individual tax lots are available by calling the appropriate number on the front of this statement.*

J.P.Morgan

TFR ON DEATH IND [redacted] [redacted] Statement Period: September 01 - September 30, 2020

## Activity

J.P. Morgan Core Advisory Portfolio (JPMCAP)

### CASH FLOW SUMMARY

| Description | This Period | Year-to-Date |
|---|---|---|
| **Opening Cash Balance** | **$4,753.59** | **$3,182.04** |
| Trade and Investment Activity | 3,010.73 | 37,825.39 |
| Income | 165.76 | 2,273.36 |
| Cash Deposits | 1,000.00 | 4,000.00 |
| **Total Credits** | **$4,196.49** | **$44,098.75** |
| Trade and Investment Activity | (5,455.13) | (43,017.32) |
| Fees [1] | (96.79) | (865.31) |
| **Total Debits** | **($5,551.92)** | **($43,882.63)** |
| **Net Cash Activity** | **($1,355.43)** | **$216.12** |
| **CLOSING CASH BALANCE** | **$3,398.16** | **$3,398.16** |

"Opening Cash Balance" and "Closing Cash Balance" include Sweep Funds.

1 *Account fees, management fees, and debit interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.*

### TRADE AND INVESTMENT ACTIVITY

For transaction descriptions that direct you to "See Note on Back", the notes will be located in the "Messages" section within "Important Information".

| Trade Date / Settle Date | Transaction / Closing Method | Description | Quantity | Price | Cost | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| 01 Sep 2020<br>01 Sep 2020 | REINVEST | **PIMCO HIGH YIELD FUND**<br>INSTL CL REINVEST PRICE $ 8.84<br>Symbol: PHIYX | 5.787 | | (51.16) | | | |
| 21 Sep 2020<br>22 Sep 2020 | BUY | **FIDELITY SALEM STR TR**<br>FIDELITY 500 INDEX FUND<br>SOLICITED TAG NUMBER 20420<br>Symbol: FXAIX CAPACITY C1 | 21.437 | 114.18<br>Principal | (2,447.65)<br>(2,447.65) | | | |
| 21 Sep 2020<br>22 Sep 2020 | SELL<br>FIFO | **ISHARES TRUST**<br>ISHARES U S TREASURY BOND<br>ETF AVG PRICE SHOWN- SEE | (64.0) | 27.96<br>Principal<br>SEC Fee | | 1,789.40<br>1,789.44<br>(0.04) | 1,779.80 | 9.60 |

See additional footnotes on the last page of this account.



Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

J.P.Morgan

TFR ON DEATH IND [redacted] [redacted] Statement Period: September 01 - September 30, 2020

J.P. Morgan Core Advisory Portfolio (JPMCAP)

## TRADE AND INVESTMENT ACTIVITY (continued)

| Trade Date / Settle Date | Transaction / Closing Method | Description | Quantity | Price | Cost | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| | | **ISHARES TRUST** DISCLOSURE ON REVERSE*** ROME: WHIPANYAAR20092109172 TAG NUMBER Y7425 ST GAIN 9.60 Symbol: GOVT CAPACITY C1 | | | | | | |
| 21 Sep 2020 22 Sep 2020 | SELL FIFO | **VANGUARD TOTAL** INTERNATIONAL BOND ETF AVG PRICE SHOWN- SEE DISCLOSURE ON REVERSE*** ROME: WHIPANYAAL20092196846 TAG NUMBER A8836 LT GAIN 54.03 Symbol: BNDX CAPACITY C1 | (21.0) | 58.16 Principal SEC Fee | | 1,221.33 1,221.36 (0.03) | 1,167.30 | 54.03 |
| 21 Sep 2020 23 Sep 2020 | BUY | **ISHARES 20 PLUS YEAR** TREASURY BOND ETF AVG PRICE SHOWN- SEE DISCLOSURE ON REVERSE*** ROME: WHIPANYAAH20092183831 TAG NUMBER R7811 Symbol: TLT CAPACITY C1 | 18 | 164.24 Principal | (2,956.32) (2,956.32) | | | |
| **Total Securities Bought & Sold** | | | | | **($5,403.97)** | **$3,010.73** | | |
| **Total Other Investment Activity** | | | | | **($51.16)** | | | |
| **TOTAL TRADE AND INVESTMENT ACTIVITY** | | | | | **($5,455.13)** | **$3,010.73** | | |

## INCOME

Taxable and non-taxable income classifications are based on the characteristics of the underlying securities and not the taxable status of the account.

**Income from Taxable Investments**

| Date | Transaction | Description | Quantity | Rate | Debit Amount | Credit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 01 Sep 2020 | DIVIDEND | **PIMCO HIGH YIELD FUND** INSTL CL RECORD 08/31/20 | | | | 51.16 | 51.16 |

J.P.Morgan

TFR ON DEATH IND [redacted] [redacted] Statement Period: September 01 - September 30, 2020

J.P. Morgan Core Advisory Portfolio (JPMCAP)

**Income from Taxable Investments (continued)**

| Date | Transaction | Description | Quantity | Rate | Debit Amount | Credit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| | | **PIMCO HIGH YIELD FUND** PAY 08/31/20 Symbol: PHIYX | | | | | |
| 04 Sep 2020 | DIVIDEND | **VANGUARD TOTAL** INTERNATIONAL BOND ETF CASH DIV ON 455 SHS REC 09/02/20 PAY 09/04/20 Symbol: BNDX | 455 | 0.0467 | | 21.25 | 21.25 |
| 08 Sep 2020 | DIVIDEND | **ISHARES 20 PLUS YEAR** TREASURY BOND ETF CASH DIV ON 13 SHS REC 09/02/20 PAY 09/08/20 Symbol: TLT | 13 | 0.1829 | | 2.38 | 2.38 |
| 08 Sep 2020 | DIVIDEND | **ISHARES CORE U S** AGGREGATE BD ETF CASH DIV ON 122 SHS REC 09/02/20 PAY 09/08/20 Symbol: AGG | 122 | 0.1952 | | 23.82 | 23.82 |
| 08 Sep 2020 | DIVIDEND | **ISHARES TRUST** ISHARES 7 10 YEAR TREASURY BOND ETF CASH DIV ON 21 SHS REC 09/02/20 PAY 09/08/20 Symbol: IEF | 21 | 0.088 | | 1.85 | 1.85 |
| 08 Sep 2020 | DIVIDEND | **ISHARES TRUST** ISHARES U S TREASURY BOND ETF CASH DIV ON 65 SHS REC 09/02/20 PAY 09/08/20 Symbol: GOVT | 65 | 0.0255 | | 1.66 | 1.66 |
| 24 Sep 2020 | DIVIDEND | **VANGUARD INTL EQUITY** INDEX FD FTSE EUROPE ETF CASH DIV ON 274 SHS REC 09/22/20 PAY 09/24/20 Symbol: VGK | 274 | 0.3032 | | 83.08 | 83.08 |
| **Total Dividends** | | | | | | **$185.20** | **$185.20** |

See additional footnotes on the last page of this account.



Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

| STATEMENT SUMMARY | MANAGED | IMPORTANT INFORMATION |
|---|---|---|

J.P.Morgan

TFR ON DEATH IND [redacted] [redacted] Statement Period: September 01 - September 30, 2020

J.P. Morgan Core Advisory Portfolio (JPMCAP)

**Income from Taxable Investments (continued)**

| Date | Transaction | Description | Quantity | Rate | Debit Amount | Credit Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| **TOTAL INCOME FROM TAXABLE INVESTMENTS** | | | | | | **$185.20** | **$185.20** |

| | | |
|---|---|---|
| **Total Income** | **$185.20** | **$185.20** |

## DEPOSITS AND WITHDRAWALS

**Cash**

| Date | Date Cleared | Transaction | Description | Withdrawal Value | Deposit Value |
|---|---|---|---|---|---|
| 01 Sep 2020 | | ACH CREDIT | **BANKLINK** ACH PULL 8657616 | | 1,000.00 |
| **TOTAL CASH DEPOSITS AND WITHDRAWALS** | | | | | **$1,000.00** |

| | |
|---|---|
| **Total Deposits and Withdrawals** | **$1,000.00** |

Price and Values displayed are calculated based on the closing price on the day of the transaction.

## FEES

| Date | Description | Debit Amount | Credit Amount |
|---|---|---|---|
| 22 Sep 2020 | **ADVISORY FEE FOR THE** PERIOD 08-01-2020 TO 08-31-2020 | (96.79) | |
| **TOTAL FEES** [1] | | **($96.79)** | |

1 *Account fees, management fees, and debit interest are included. Trade related fees charged by brokers and commissions impact the total cost or proceeds of your trades and are not included here.*

J.P.Morgan

TFR ON DEATH IND [redacted] [redacted] Statement Period: September 01 - September 30, 2020

J.P. Morgan Core Advisory Portfolio (JPMCAP)

## SWEEP PROGRAM ACTIVITY

**JPMORGAN TR II,** MUN MONEY MKT FD INSTL CL,SECURITY SYMBOL IS IJMXX

| Date | Transaction | Description | Quantity | Price | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| OPENING BALANCE | | | 4,753.59 | 1 | | |
| 01 Sep 2020 | PURCHASE | INTRA-DAY PURCHASE | 1,000 | | (1,000.00) | |
| 01 Sep 2020 | DIVIDEND | MONTHLY DIVIDEND 08/01-08/31 | | | | 0.56 |
| 01 Sep 2020 | REINVEST | MONTHLY DIVIDEND REINVESTED | 0.56 | | (0.56) | |
| 04 Sep 2020 | PURCHASE | INTRA-DAY PURCHASE | 21.25 | | (21.25) | |
| 08 Sep 2020 | PURCHASE | INTRA-DAY PURCHASE | 29.71 | | (29.71) | |
| 22 Sep 2020 | PURCHASE | INTRA-DAY PURCHASE | 563.08 | | (563.08) | |
| 23 Sep 2020 | REDEMPTION | INTRA-DAY REDEMPTION | (3,053.110) | | | 3,053.11 |
| 24 Sep 2020 | PURCHASE | INTRA-DAY PURCHASE | 83.08 | | (83.08) | |
| **CLOSING BALANCE** | | | **3,398.16** | **1** | | |
| **SWEEP PROGRAM ACTIVITY** | | | | | **($1,697.68)** | **$3,053.11** |
| **Sweep Program Dividend/Interest** | | | | | | **$0.56** |

*Capacity*

*C1, C2, C3, C4, C5, C8, C9 - JPMS, as indicated on this statement, acted as Agent for your account unless otherwise indicated.*
*C6 - JPMS, as indicated on this statement, acted as Agent for both buyer and seller, charging a commission or commission equivalent to both parties. The source and any remuneration charged in the transaction will be furnished upon written request.*
*C7 -JPMS, as indicated on this statement, acted as Principal.*
*CA -This trade was executed by your broker with JPMS acting as your prime broker. Contact your executing broker for trade details.*

*A - Average Cost B - Adjusted for Amortization or Accretion D - Acquisition Date = Date of Death E - Adjusted for Option Exercise or Assignment K - Gifted Security LT - Long Term MT - Mixed Term N - Noncovered Provide - Please provide this information ST - Short Term T - Cost Basis provided by Third Party W - Adjusted for Wash Sale*

*Closing Methods: MLMG - Maximum Loss, Minimum Gain LIFO - Last In, First Out FIFO - First In, First Out HC - High Cost LC - Low Cost LTHC - Long Term, High Cost PRO - Pro Rata VSP - Specific Match (the closing transaction was specifically matched to this lot)*

J.P.Morgan

TFR ON DEATH IND [redacted] [redacted] Statement Period: September 01 - September 30, 2020

J.P. Morgan Core Advisory Portfolio (JPMCAP)

## Realized Gain / Loss Detail - Year To Date

Cost Basis, Realized Gain / Loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Tax payers should verify such information against their own records when calculating reportable gain or loss resulting from a sale, redemption or exchange. Please contact your tax advisor for additional information as neither J.P. Morgan nor any of its affiliates provides tax advice related to the accounts referenced in these statement(s). J.P. Morgan makes no warranties with respect to and specifically disclaims any liability arising out of a customer's use of or any tax position taken in reliance upon such information. Proceeds information excludes accrued interest.

Information on this statement related to cost and gain/loss calculations does not include adjustments for wash sales that may have occurred on the last business day of this statement period. These wash sale adjustments, if any, will be reflected on your next statement. Cost Basis and Realized Gain / Loss on statements are provided for informational purposes only and should not be used for tax purposes or otherwise relied upon without the assistance of your tax advisor.

### SHORT TERM GAIN / LOSS DETAILS

| Acquisition Date<br>Date Sold | Closing Method | Description | Quantity | Proceeds | Cost Basis | | Realized Gain/Loss |
|---|---|---|---|---|---|---|---|
| 22 Apr 2019<br>10 Feb 2020 | FIFO | **FIDELITY SALEM STR TR**<br>INTERNATIONAL INDEX FUND<br>Symbol: FSPSX | 157.151 | 6,719.77 | 6,445.89 | A | 273.88 |
| 22 Apr 2019<br>10 Mar 2020 | FIFO | **FIDELITY SALEM STR TR**<br>INTERNATIONAL INDEX FUND<br>Symbol: FSPSX | 194.701 | 7,100.75 | 7,986.08 | A | (885.33) |
| 23 Sep 2019<br>10 Mar 2020 | FIFO | **ISHARES 20 PLUS YEAR**<br>TREASURY BOND ETF<br>Symbol: TLT | 4 | 655.26 | 568.10 | | 87.16 |
| 22 Apr 2019<br>10 Mar 2020 | FIFO | **ISHARES CORE U S**<br>AGGREGATE BD ETF<br>Symbol: AGG | 24 | 2,792.09 | 2,598.06 | | 194.03 |
| 22 Apr 2019<br>20 Mar 2020 | FIFO | **FIDELITY SALEM STR TR**<br>FIDELITY 500 INDEX FUND<br>Symbol: FXAIX | 111.359 | 8,939.92 | 11,257.70 | A W | (645.66) |
| | | | | | | Loss | (2,317.78) |
| | | | | | | Disallowed Loss | 1,672.12 |
| 22 Apr 2019<br>20 Mar 2020 | FIFO | **FIDELITY SALEM STR TR**<br>INTERNATIONAL INDEX FUND<br>Symbol: FSPSX | 91.278 | 2,675.35 | 3,743.96 | A | (1,068.61) |
| 22 Apr 2019<br>20 Mar 2020 | FIFO | **VANGUARD INTL EQUITY**<br>INDEX FD FTSE EUROPE ETF<br>Symbol: VGK | 14 | 541.64 | 799.28 | | (257.64) |
| 10 Mar 2020<br>21 Sep 2020 | FIFO | **ISHARES TRUST**<br>ISHARES U S TREASURY BOND | 64 | 1,789.40 | 1,779.80 | | 9.60 |

*** Wash sale adjustments (disallowed losses) are reflected in these totals.*

See additional footnotes on the last page of this account.



Please read the important disclosures at the end of the statement. For questions, please contact us using the information provided on the front of this statement.

J.P.Morgan

TFR ON DEATH IND [redacted] [redacted] Statement Period: September 01 - September 30, 2020

J.P. Morgan Core Advisory Portfolio (JPMCAP)

SHORT TERM GAIN / LOSS DETAILS (continued)

| Acquisition Date / Date Sold | Closing Method | Description | Quantity | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|
| | | ISHARES TRUST<br>ETF<br>Symbol: GOVT | | | | |
| TOTAL SHORT TERM GAIN / LOSS ** | | | | $31,214.18 | $35,178.87 | ($2,292.57) |
| TOTAL SHORT TERM DISALLOWED LOSS | | | | | | $1,672.12 |

LONG TERM GAIN / LOSS DETAILS

| Acquisition Date / Date Sold | Closing Method | Description | Quantity | Proceeds | Cost Basis | Realized Gain/Loss |
|---|---|---|---|---|---|---|
| 22 Apr 2019<br>28 Apr 2020 | FIFO | ISHARES CORE U S<br>AGGREGATE BD ETF<br>Symbol: AGG | 16 | 1,875.95 | 1,732.04 | 143.91 |
| 22 Apr 2019<br>20 May 2020 | FIFO | ISHARES CORE U S<br>AGGREGATE BD ETF<br>Symbol: AGG | 18 | 2,111.17 | 1,948.54 | 162.63 |
| 22 Apr 2019<br>05 Jun 2020 | FIFO | ISHARES CORE U S<br>AGGREGATE BD ETF<br>Symbol: AGG | 12 | 1,402.76 | 1,297.26 | 105.50 |
| 22 Apr 2019<br>21 Sep 2020 | FIFO | VANGUARD TOTAL<br>INTERNATIONAL BOND ETF<br>Symbol: BNDX | 21 | 1,221.33 | 1,167.30 | 54.03 |
| TOTAL LONG TERM GAIN / LOSS | | | | $6,611.21 | $6,145.14 | $466.07 |

| | | | |
|---|---|---|---|
| Total Realized Gain / Loss ** | $37,825.39 | $41,324.01 | ($1,826.50) |

*A - Average Cost B - Adjusted for Amortization or Accretion D - Acquisition Date = Date of Death E - Adjusted for Option Exercise or Assignment K - Gifted Security LT - Long Term MT - Mixed Term N - Noncovered Provide - Please provide this information ST - Short Term T - Cost Basis provided by Third Party W - Adjusted for Wash Sale*

*Closing Methods: MLMG - Maximum Loss, Minimum Gain LIFO - Last In, First Out FIFO - First In, First Out HC - High Cost LC - Low Cost LTHC - Long Term, High Cost PRO - Pro Rata VSP - Specific Match (the closing transaction was specifically matched to this lot)*

*** Wash sale adjustments (disallowed losses) are reflected in these totals.*

## Additional Contact Information

| Account(s) | Contact | Custodian |
|---|---|---|
| [redacted] | **Brett Klotz**<br>(Private Client Advisor)<br>(312) 280 2553 | **J.P. Morgan Securities LLC**<br>**Member FINRA and SIPC**<br>131 South Dearborn Street, IL1-0291 4th FLOOR<br>Chicago, IL, 60603-5506<br>(888) 994 5626<br>www.chase.com |

J.P.Morgan

Important Information [redacted] Statement Period : September 01 - September 30, 2020

## Messages

### TRADE AND INVESTMENT ACTIVITY DESCRIPTION NOTES

"S" The transaction described is subject to the U.S Treasury or Agency Debt and Agency MBS fails charge trading practice published by TMPG and SIFMA at 'http://www.sifma.org/capital_markets/docs/Fails-Charge-Trading-Practice.pdf' and 'http://www.sifma.org/Services/Standard-Forms-and-Documentation/Securitized-Products/Securitized-Products-Fails-Charge-Trading-Practice'

"T" J.P.Morgan Securities LLC (JPMS) receives compensation for directing customer orders for equity securities. The source and nature of such compensation received on this transaction, if any, will be furnished to you upon written request.

"U" You may be eligible for breakpoint discounts based on the size of your purchase, current holdings or future purchases. The sales charge you paid may differ slightly from the Prospectus disclosed rate due to rounding calculations. Please refer to the Prospectus, Statement of Additional Information or contact us for further information.

"V" A paper copy of the offering document relating to this transaction is available, upon request, by calling 1-866-803-9204 during normal business hours.

"W" The securities have not been registered under the US Securities Act of 1933, any may only be offered and sold pursuant to registration under the 1933 Act or an available exemption therefrom or in accordance with Regulation S.

"X" These securities have not been registered under the US Securities Act of 1933, and were issued pursuant to the exemption provided by Section 3(c)(7) of the Investment Company Act of 1940. The securities may only be offered and sold (i) pursuant to registration under the 1933 Act of an exemption there from and (ii) in compliance with the provisions of Section 3(c)(7).

"Y" To obtain a paper copy of the official statement, please call 877-430-3544 for domestic accounts or 347-643-6233 for international accounts. Alternatively, you may call the number on this statement.

"Z" JPMS or an affiliate is a market maker in the security. As a market maker, JPMS or its affiliate may have acted as principal, may have had a long or short position in the security, and may have profited or lost in connection with the transaction.

### MANAGER ALLOCATION

The following definitions are provided for your reference:

- **JPMC Managed:** Includes mutual funds, exchange-traded funds (ETFs) and other registered funds that are managed by JPMorgan Chase & Co. (JPMC). This does not include J.P. Morgan Cash & Liquidity Funds or Six Circles Funds.
- **JPMC Cash & Liquidity Funds:** Includes cash, JPMC deposit sweeps and JPMC money market mutual funds.
- **Third-Party Managed & Other:** Includes mutual funds, ETFs, separately managed accounts and other investments that are managed or issued by companies other than JPMC.
- **Six Circles Funds:** Mutual funds managed by JPMC and sub-advised by third-parties; JPMC does not retain a fee for fund management or other fund services.
- **JPMC Separately Managed Account (SMA):** Includes fixed income, equity and alternative SMAs managed by JPMC.

Please note that the manager allocation for the strategies listed below will reflect the expected targeted allocations for each investment portfolio, rather than the actual allocations. While these targets are generally indicative of actual holdings, differences may arise due to factors such as relative asset performance prior to portfolio rebalancing:

- J.P. Morgan Core Advisory Portfolio models that contain an SMA component; and
- Select Advisory Strategies model-based strategies.

### FRACTIONAL SHARES

Fractional Shares will not be adjusted for certain corporate actions. Any remaining position less than 1 share will be liquidated.

### EMPLOYEE COMPENSATION

Employees of JPMorgan Chase Bank, N.A. may be eligible to receive compensation when they refer clients to J.P. Morgan Securities LLC (JPMS). Additionally, other JPMS employees who assist or consult with your advisor may be compensated when you make certain investment purchases. These compensation payments, if made, will not increase your account fees.

## Messages (continued)

### LARGE TRADER REPORTING

A "large trader" is a legal entity or natural person who, directly or indirectly, through the exercise of investment discretion, effects transactions in the National Market System (NMS) securities that equal or exceed either:

- 2 million shares or $20 million during any calendar day; OR
- 20 million shares or $200 million over any calendar month.

The U.S. Securities and Exchange Commission (SEC) Rule 13h-1 Large Trader Reporting System requires U.S. and non-U.S. market participants who meet the definition of large trader to:

- File an electronic Form 13H with the SEC (via EDGAR) to obtain a large trader identification number (LTID); and
- Promptly disclose to U.S. broker-dealers that execute trades or carry accounts for the large trader, their LTIDs and the accounts to which the LTIDs apply.

If you are a large trader and have completed a Form 13H, you will receive an LTID from the SEC. In order to ensure that LTID's are captured and reported as required under the SEC rule, you are required to promptly report your LTID to us and identify each account to which the LTID should be applied.

### ELECTRONIC FUNDS TRANSFER NOTICE

In case of errors or questions about electronic fund transfers to/from your account (via the Automated Clearing House (ACH) Network), your account statement or transaction record, please call us immediately at 1-800-392-5749 or write to us at J.P. Morgan Securities LLC, Mail Code: IL1-0291, 4th Floor, 131 South Dearborn, Chicago, IL 60603-5506.

Please provide the following information:

1. Your name and account number,
2. The dollar amount of the suspected error, and
3. A description of the error or the transfer you are unsure about; please explain as clearly as you can why you believe it is an error or why you need more information.

Please note: We must hear from you no later than 60 days after we sent the first account statement on which the problem or error appeared. If you tell us verbally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question; for errors involving new accounts or foreign-initiated transactions, we may take up to 90 days to investigate. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error (new accounts may take up to 20 days). However, if we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. If we determine at the conclusion of the investigation that there was no error, we will charge your account for the credited amount. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**J.P. Morgan Securities LLC (JPMS LLC) Consolidated Statement of Financial Condition**

The June 30, 2020, unaudited Statement of Financial Condition may now be viewed at http://investor.shareholder.com/jpmorganchase/financial-condition.cfm. If you would like us to send you a printed document at no cost, call us at 1.212.552.7202.

**J.P. Morgan Securities LLC Net Capital Requirements**

JPMS LLC is subject to Rule 15c3-1 under the Securities Exchange Act of 1934 (the Uniform Net Capital Rule). As of July 31, 2020, JPMS LLC net capital of $27.5 billion exceeded the minimum regulatory net capital requirement of $5.5 billion by $22.0 billion.

## Messages (continued)

### COMPENSATION RECEIVED IN CONNECTION WITH MUTUAL FUND TRANSACTIONS

Advisors, distributors or other affiliates of certain mutual funds (which include money market and non-money market funds) may enter into arrangements to pay brokers that distribute their shares for administrative, technological or other services, including marketing and other support services provided to such funds or their affiliates. These fees, commonly referred to as "revenue sharing," are separate from, and in addition to, any shareholder servicing or distribution fees that a mutual fund pays out of its own assets pursuant to its Rule 12b-1 plan and other expenses which are described in a fund's prospectus fee table. Revenue sharing fees are paid out of the assets of the fund affiliate and not from the fund's assets and, therefore, have no impact on a fund's expense ratio or yield.

J.P. Morgan Securities LLC ("JPMS") receives compensation from fund families or their affiliates for providing certain administrative and clearing services. These payments are calculated either based on a percentage of the average dollar value of the fund assets held by JPMS in customer accounts or based on the number of mutual fund positions in the accounts. These fees may be paid from fund assets or may be subsidized in whole or in part by the advisor, distributor or other affiliates of the fund through revenue sharing. Revenue sharing payments are negotiated separately with each fund family and not all fund families pay the same amount or pay according to the same formula. There is, therefore, a potential conflict of interest in the form of an additional financial incentive to J.P. Morgan for making available to customer mutual funds whose affiliates enter into revenue sharing arrangements.

For the administrative and clearing services noted above, JPMS may receive revenue sharing payments of up to 0.50% per year or the average daily assets of fund shares carried in customer's accounts at JPMS and/or a rate of up to $21 per year per mutual fund position in each account, as applicable. To establish such arrangements with a fund company, JPMS has either entered into an agreement directly with the fund company or has entered into an agreement with a service provider which, in turn, has entered into an agreement directly with the fund company. Please note that the actual amount received by JPMS may be subject to periodic waiver by fund families and such waivers may reduce the actual amount received by JPMS. Funds whose affiliates do not make such revenue sharing payments to JPMS are generally not offered or recommended by JPMS, and in some cases, have higher returns or yields than funds whose affiliates do make revenue sharing payment. Compensation JPMS receives under these arrangements may be passed on to affiliates or non-affiliates of JPMS.

In addition to these payments, JPMS may receive additional revenue sharing payments from certain fund families. Most funds offered by JPMS make these additional revenue sharing payments based upon the percentage of a client's total purchase amount in one of these funds. Percentage payments to JPMS generally range from 0.08% to 0.25%. If, for example, a client invested $10,000 in a fund that paid 0.25%, the fund's advisor, distributor or other entity would pay JPMS $25. In addition, for any fund held in a client's account, and for as long as the client holds that fund, JPMS will receive an additional payment, paid quarterly, as a percentage per year of the amount held. Percentage payments generally range from 0.02% to 0.08%. For example, on a $10,000 holding, 0.08% is $8. Additionally, JPMS may receive an annual payment of up to $290,000. Lastly, JPMS may be reimbursed by or on behalf of mutual funds for expenses incurred for various sales meetings, seminars and conferences held in the normal course of business. Financial Advisors do not receive additional compensation from these revenue sharing payments made to JPMS.

The amounts listed above have been updated from those previously provided to you. The prospectus and Statement of Additional Information of mutual funds available through J.P. Morgan or your broker contain information regarding revenue sharing payments made by affiliates of the fund companies. In addition, information regarding revenue sharing can be found at www.Chase.com or related websites.

### INVESTING IN MUTUAL FUNDS AND EXCHANGE-TRADED PRODUCTS

Please visit chase.com/mutualfunds and chase.com/NTfunds to view our Guides to investing in mutual and non-traditional funds. We encourage you to review each product's prospectus and term sheet for important information regarding investment objectives, risks, charges, expenses and other details.

### INVESTOR EDUCATION AND PROTECTION

J.P. Morgan Securities LLC is registered with the Municipal Securities Rulemaking Board (MSRB) and the U.S. Securities and Exchange Commission (SEC). The MRSB provides investor information and educational documents online at msrb.org, including their "Information for Municipal Securities Investors" brochure, also referred to as their "Investor Brochure," which summarizes key principles of their rules that are designed to help protect investors who trade municipal securities. It also includes instructions on how to file a complaint against a registered brokerage firm or individuals associated with them.

### INVESTMENT RESTRICTIONS IN MANAGED ACCOUNTS

You can choose not to invest in certain trades, industries or securities. If you would like to add, change or remove a "Do Not Buy" investment restriction in your managed account, please call the appropriate number on the front of this statement.

## Messages (continued)

### EXTENDED HOURS TRADING RISK DISCLOSURE

You should consider the following points before engaging in extended hours trading. "Extended hours trading" means trading outside of "regular trading hours." "Regular trading hours" generally means the time between 9:30 a.m. and 4:00 p.m. Eastern Standard Time.

Risk of Lower Liquidity. Liquidity refers to the ability of market participants to buy and sell securities. Generally, the more orders that are available in a market, the greater the liquidity. Liquidity is important because with greater liquidity it is easier for investors to buy or sell securities, and as a result, investors are more likely to pay or receive a competitive price for securities purchased or sold. There may be lower liquidity in extended hours trading as compared to regular market hours. As a result, your order may only be partially executed, or not at all.

Risk of Higher Volatility. Volatility refers to the changes in price that securities undergo when trading. Generally, the higher the volatility of a security, the greater its price swings. There may be greater volatility in extended hours trading than in regular market hours. As a result, your order may only be partially executed, or not at all, or you may receive an inferior price in extended hours trading than you would during regular market hours.

Risk of Changing Prices. The prices of securities traded in extended hours trading may not reflect the prices either at the end of regular market hours, or upon the opening the next morning. As a result, you may receive an inferior price in extended hours trading than you would during regular market hours.

Risk of Unlinked Markets. Depending on the extended hours trading system or the time of day, the prices displayed on a particular extended hours trading system may not reflect the prices in other concurrently operating extended hours trading systems dealing in the same securities. Accordingly, you may receive an inferior price in one extended hours trading system than you would in another extended hours trading system.

Risk of News Announcements. Normally, issuers make news announcements that may affect the price of their securities after regular trading hours. Similarly, important financial information is frequently announced outside of regular trading hours. In extended hours trading, these announcements may occur during trading, and if combined with lower liquidity and higher volatility, may cause an exaggerated and unsustainable effect on the price of a security.

Risk of Wider Spreads. The spread refers to the difference in price between what you can buy a security for and what you can sell it for. Lower liquidity and higher volatility in extended hours trading may result in wider than normal spreads for a particular security.

### IMPORTANT INFORMATION REGARDING PURCHASES INDICATED AS AVERAGE PRICE

Your orders are processed in either (1) one execution at the confirmed price or (2) more than one execution, in which case the confirmed price is an average price. Please contact your J.P. Morgan representative for details regarding actual prices.

### FINRA BROKERCHECK PROGRAM

As part of the Financial Industry Regulatory Authority (FINRA) Investor Education Program, BrokerCheck provides investors with the ability to research the professional backgrounds, business practices, and conduct of FINRA-registered brokerage firms and brokers. In connection with this program, investors may call the BrokerCheck Hotline at 800.289.9999, and visit the FINRA website at http://brokercheck.finra.org/. An investor brochure that includes information describing the FINRA BrokerCheck Program is available from either of these sources.

### PAYMENT FOR ORDER FLOW

JPMS may pay from time to time for certain order flow in the form of discounts, rebates, reductions of fees or credits. As a result of sending orders to certain trading centers, JPMS receives payment for order flow in the form of discounts, rebates, reductions of fees or credits. Under some circumstances, the amount of such remuneration may exceed the amount that JPMS is charged by such trading centers. This does not alter JPMS' policy to route customer orders to the trading center where it believes clients will receive the best execution, taking into account price, reliability, market depth, quality of service, speed and efficiency. Additional details are available upon request.

## Messages (continued)

### NOTICE OF ESCHEATMENT PROCESS FOR UNCLAIMED PROPERTY

Under state law, if no account activity occurs within your investment account for a period of years (as defined by your state) or if your account statement is returned to us as undeliverable, your account will be considered inactive. If this occurs, we will notify you of the action you need to take to reactivate your account. If you do not take action as requested, your account may be deemed "unclaimed" or "abandoned." This starts a process called escheatment in which we are required to transfer your account to your last known state of residence. If your account is escheated, you will have to work with your state to get your assets back. To avoid escheatment, please ensure that your account remains active and that your contact information is up-to-date.

### BUSINESS RECOVERY AND CONTINUITY

JPMS maintains a business recovery and continuity plan, including alternate processing and data centers, which will allow us to resume normal business operations including relocating technology and personnel to alternate facilities within 24 hours, in the event of an extended business disruption. The recovery time objective is 24 hours. The plan is reviewed annually, tested throughout the year, and updated as necessary. Investors will be able to obtain information about their accounts at their local Chase branch, by contacting us at the phone number listed on the front of this statement, or by visiting www.chase.com. Every effort will be made to provide investors with timely and accurate information.

### EDELIVERED TRADE CONFIRMATIONS

As a reminder, if you've elected to receive trade confirmations by electronic delivery, you can find current and past copies online in the Trade Confirmations section under Statements & Documents. You can also find disclosures and important information about those trades, via a link on that page titled "See important disclosures for your confirmations".

### CUSTOMER FREE CREDIT BALANCES

For accounts that are held at JPMS, customer free credit balances may be used in this firm's business subject to the limitation of 17CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us in the course of normal business operation, upon demand, the delivery of:

- any free credit balances to which you are entitled
- any fully-paid securities to which you are entitled
- any securities purchased on margin upon full payment of any indebtedness to us

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

If this is a margin account and we maintain a special memorandum account for you, this is a combined statement of your general account and a special memorandum account maintained for you under Section 220.6 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of this separate account, as required by Regulation T, is available for your inspection.

Unless we hear from you to the contrary, it is our understanding that any free credit balances in your account are being maintained to facilitate your intention to invest such amounts through us.

### FUND MANAGER DISCLOSURE INFORMATION AVAILABLE UPON REQUEST

If you have an investment account that is managed by an SEC-Registered Investment Advisor, JPMS will provide a copy of the advisor's Form ADV Part 2A Firm Brochure upon written request.

### STATEMENT FREQUENCY

We send statements when your account has activity during the statement period that affects your balances and/or security positions. Delivery Versus Payment clients receive statements on a quarterly basis as long as there is a balance, regardless of activity. All other clients receive statements at least quarterly provided their account has a balance or security position.

## Messages (continued)

**IMPORTANT INFORMATION ABOUT YOUR INVESTMENTS AND POTENTIAL CONFLICTS OF INTEREST**

Conflicts of interest will arise whenever J.P. Morgan Chase & Co. or any of its affiliates (together, "J.P. Morgan") has an actual or perceived economic or other incentive in its management of clients' portfolios to act in a way that benefits J.P. Morgan. Conflicts will result, for example (to the extent the following activities are permitted in the account): (1) when J.P. Morgan invests in an investment product, such as a mutual fund, exchange-traded fund ("ETF"), structured product, separately managed account or hedge fund issued or managed by an affiliate, such as J.P. Morgan Investment Management Inc. ("JPMIM"); (2) when a J.P. Morgan entity obtains services, including trade execution and trade clearing, from an affiliate; (3) when J.P. Morgan receives payment as a result of purchasing an investment product for a client's account; or (4) when J.P. Morgan receives payment for providing services (including shareholder servicing, recordkeeping or custody) with respect to investment products purchased for a client's portfolio. Other conflicts will result because of relationships that J.P. Morgan has with other clients or when J.P. Morgan acts for its own account.

JPMIM or its affiliates may be sponsors or managers of ETFs and other registered funds ("J.P. Morgan Funds") that J.P. Morgan purchases for the client's portfolio. In such case, JPMIM or its affiliates receive a fee for managing the J.P. Morgan Funds. Because fees paid to JPMIM and its affiliates will be offset against the advisory account fee, J.P. Morgan will keep no more revenue when the client's portfolio is invested in J.P. Morgan Funds than when it is invested in third party funds.

All funds have various internal fees and other expenses, that are paid by managers or issuers of the funds or by the fund itself, but that ultimately are borne by the investor. J.P. Morgan may receive administrative and servicing and other fees for providing services to both J.P. Morgan Funds and third party funds, if applicable, that are held in the client's portfolio. These payments may be made by sponsors of funds (including affiliates of JPMIM) or by the funds themselves and may be based on the value of the funds in the client's portfolio. Funds or their sponsors may have other business relationships with J.P. Morgan outside of its portfolio management role or with the broker-dealer affiliates of J.P. Morgan, which may provide brokerage or other services that pay commissions, fees and other compensation.

J.P. Morgan has an incentive to allocate assets to new J.P. Morgan Funds to help it develop new investment strategies and products. J.P. Morgan has an incentive to allocate assets of the portfolios to a J.P. Morgan Fund that is small, pays greater fees to J.P. Morgan affiliates or to which J.P. Morgan has provided seed capital. In addition, J.P. Morgan has an incentive not to sell or withdraw portfolio assets from a J.P. Morgan Fund in order to avoid or delay the sale or withdrawal's adverse impact on the fund. Accounts managed by J.P. Morgan have significant ownership in certain J.P. Morgan Funds. J.P. Morgan faces conflicts of interest when considering the effect of sales or redemptions on such funds and on other fund shareholders in deciding whether and when to redeem its shares. A large sale or redemption of shares by J.P. Morgan acting on behalf of its clients could result in the underlying J.P. Morgan Fund selling securities when it otherwise would not have done so, potentially increasing transaction costs and adversely affecting fund performance. A large sale or redemption could also significantly reduce the assets of the fund, causing decreased liquidity and, depending on any applicable expense caps, a higher expense ratio, or liquidation of the fund. J.P. Morgan has policies and controls in place to govern and monitor its activities and processes for identifying and managing conflicts of interest.

## Messages (continued)

**Investment Advisory Accounts (Other Than You Invest Portfolios)**
Investment strategies are selected from both J.P. Morgan and third-party asset managers and are subject to a review process by our manager research teams. From this pool of strategies, our portfolio construction teams select those strategies we believe fit our asset allocation goals and forward looking views in order to meet the portfolio's investment objective.

As a general matter, we prefer J.P. Morgan managed strategies. We expect the proportion of J.P. Morgan managed strategies will be high (in fact, up to 100 percent) in strategies such as, for example, cash and high-quality fixed income, subject to applicable law and any account-specific considerations.

While our internally managed strategies generally align well with our forward looking views, and we are familiar with the investment processes as well as the risk and compliance philosophy of the firm, it is important to note that J.P. Morgan receives more overall fees when internally managed strategies are included. We offer the option of choosing to exclude J.P. Morgan managed strategies (other than cash and liquidity products) in certain portfolios.

The Six Circles Funds are mutual funds managed by J.P. Morgan and sub-advised by third parties. Although considered internally managed strategies, J.P. Morgan does not retain a fee for fund management or other fund services.

**You Invest Portfolios Accounts**
When selecting ETFs for this program, this program's portfolio manager limits its selection to J.P. Morgan ETFs. As a result, this program's portfolio manager will choose J.P. Morgan ETFs even in cases where there are third party ETFs that are less expensive, or that have longer track records or superior historical returns. J.P. Morgan has a conflict of interest when it determines the portfolio's target asset classes, asset allocation goals or ongoing allocations, because it will allocate only to asset classes where J.P. Morgan ETFs are available.

The clients' portfolios will contain 100% J.P. Morgan ETFs. You should not invest in this program if you are not comfortable holding an investment portfolio that is comprised of 100% J.P. Morgan ETFs. It is important to note that J.P. Morgan will receive more overall fees when J.P. Morgan ETFs are used. Additionally, the J.P. Morgan ETFs in this program are not required to be reviewed or approved by the research process applicable to other programs for which J.P. Morgan Securities LLC ("JPMS") serves as investment adviser. Consequently, investment decisions regarding J.P. Morgan ETFs for the program will be different from, and may, in certain circumstances, be inconsistent with, the investment decisions made by J.P. Morgan for other advisory programs. Furthermore, the J.P. Morgan ETFs used in this program may or may not be approved for solicitation in the JPMS full service brokerage platform.

These conflicts may be heightened by the collaboration of this program's portfolio manager and the portfolio managers of the J.P. Morgan Funds in designing portfolios for this program.

Please review the JPMS and JPMIM ADV brochures located at www.adviserinfo.sec.gov for additional important information regarding this program and its conflicts of interest.

## Messages (continued)

### MARGIN ACCOUNT REMINDERS

If you own a margin account, we would like to remind you that:

Securities and other assets in your account are our collateral for any margin loan made to you. If the securities and other assets in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, we can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held at J.P. Morgan Securities LLC to maintain the required equity in your account. It is important that you fully understand the risks involved in trading securities on margin. These risks include the following:

- **You can lose more funds than you deposit in your margin account.**
- **We can force the sale of securities or other assets in your account(s).**
- **We can sell your securities or other assets without contacting you.**
- **You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call.**
- **We can increase our "house" maintenance margin requirements at any time and are not required to provide you with advance written notice.**
- **You are not entitled to an extension of time on a margin call.**

Further, if you have a margin account with us, as permitted by law we may use certain securities in your account for, among other things, settling short sales and lending the securities for short sales, and as a result may receive compensation in connection therewith. If you carry a margin balance, your account statement will reflect the current annual interest rate applicable to your margin loan. Please review the current rate, as under certain circumstances the rate may change without advance notice. If you have any questions or concerns about your current interest rate, please speak to your J.P. Morgan representative.

If you are a customer with a margin account, you have consented to our right (to the extent permitted by applicable law) to use, lend or pledge any securities held by J.P. Morgan Securities LLC in your margin account. In certain circumstances, such loans or other use may limit, in whole or in part, your ability to receive dividends directly from the issuing company and/or your right to exercise voting and other attendant rights of ownership with respect to the loaned, sold or pledged securities. Such circumstances include, but are not limited to, loans of securities that you own in your margin account that continue over record dates for voting purposes and ex-dividend dates for dividend distributions. If you do not receive dividends directly from the issuing company, you may receive payments-in-lieu of dividends, which could cause you to lose the benefit of the preferential tax treatment accorded to dividends.

**Important Information about Your Account Statement(s)**

Unless otherwise indicated, accounts are held at J.P. Morgan Securities, LLC (JPMS), member FINRA and SIPC. JPMS is not a member of the Federal Deposit Insurance Corporation (FDIC).

**NON-DISCRETIONARY:** JPMS brokerage accounts are non-discretionary and all investment decisions are made by the client. For managed accounts, discretionary services are provided by JPMS, an affiliate or an authorized third party.

**ACCOUNT PROTECTION: As a member of the Securities Investor Protection Corporation (SIPC), JPMS provides account protection for the net equity of a customer's funds and securities positions. SIPC provides $500,000 of primary net equity protection, including $250,000 for claims for cash (SIPC Coverage). Account protection applies when a SIPC member firm fails financially and is unable to meet its obligations to its securities customers, but does not apply to losses from the rise or fall in the market value of investments or to SIPC ineligible assets such as futures, options on futures, foreign exchange transactions, or any investment contracts that are not registered as securities or deposit account balances. For more information about SIPC Coverage, including the SIPC Brochure, visit www.sipc.org (follow the link to How SIPC Protects Investors) or call SIPC at (202) 371-8300.**

**CUSTODY**: JPMS carries your account and acts as your custodian for funds and securities received, which have been deposited directly with us or received as a result of transactions we process for your account. Inquiries regarding your Statement may be directed to **JPMS at (347) 643-9953**

**As used in the course of these statements, "J.P. Morgan" is the global brand name for JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.**

**MARKET PRICES:** The market value of your holdings is as of the last business day of the statement period or the last available price. Prices for determining market values represent estimates. These estimates are obtained from multiple sources deemed to be reliable. This information is not guaranteed for accuracy and is furnished for the exclusive use of the client.

J.P. Morgan makes no representation, warranty or guarantee, express or implied, that any quoted value represents the actual terms at which securities could be bought or sold or new transactions could be entered into, or the actual terms on which existing transactions or securities could be liquidated. Such values are only indicative.

**ESTIMATED PRICING AND COST BASIS:** Certain assets, including but not limited to, pooled and private investments, non-publicly traded and infrequently traded securities, derivatives, partnership interests and tangible assets are generally illiquid, the value of such assets may have been provided to us by third parties who may not be independent of the issuer or manager. Such information is reflected as of the last date provided to us, and is not independently verified.

Pricing estimates may be based on bids, prices within the bid offer spread, closing prices or matrix methodology that uses data relating to other securities whose prices are more ascertainable to produce a hypothetical price based on the estimated yield spread relationship between the securities. Pricing estimates do not constitute bids for any securities. Actual prices realized at sale may be more or less than those shown on your statement.

**Unpriced Direct Participation Program (DPP) and Real Estate Investment (REIT) Securities:** DPP and REIT securities are generally illiquid and the value of the security will, generally, be different from its purchase price. Accurate valuation information is not available. The total cost basis for each security position and the unrealized gain/loss are provided solely as a general indication of performance and should not be used for tax purposes or otherwise relied upon without the assistance of your tax advisor. With respect to security positions received into your account, cost basis information, if any, has been provided by you. Further information is available upon request.

You may hold positions where the original cost basis has been adjusted to reflect amortization or accretion.

For Regulated Investment Companies or Dividend Reinvestment Plan sales, for which the average price method has been chosen, positions are closed out on a First-In-First-Out (FIFO) basis.

These statements are not official documents for income tax reporting purposes and should not be relied upon for such purposes, including determination of income, cost basis, amortization or accretion, or gain/loss. Such information, which may be inaccurate, incomplete or subject to updating, should be confirmed with your records and your tax advisor.

**DIVIDEND INCOME:** Dividends credited to your account may include capital gains, non-taxable dividends and/or dividends on foreign stock. You may wish to consult your tax advisor with regard to your tax liability on these dividends.

**ESTIMATED ACCRUED INCOME, ESTIMATED ANNUAL INCOME AND ESTIMATED YIELD CALCULATIONS:** The following calculation descriptions are provided for your reference. Please note that other factors may affect your specific calculations, so if you would like more information, please contact your J.P. Morgan representative or call us at the number on the front of this statement. In general, **Estimated Accrued Income** is calculated by multiplying the current coupon rate with the current face amount for the number of days since the bond's last interest payment. **Estimated Annual Income (EAI)** is calculated by multiplying either the current coupon rate or an estimated annual dividend (generally calculated by annualizing the most recent regular cash dividend) by the quantity of the security held. For balances other than sweep program balances, **Estimated Yield (EY)** is calculated by dividing EAI by the market value of the security. You should also know that: (i) the figures shown in this statement are estimates based on mathematical calculations using data obtained from outside sources; they are provided for informational purposes only, and are not a projection or guarantee of future returns. (ii) because prices of securities, coupon and dividend rates are subject to change at any time, these estimates should not be relied upon exclusively for making investment, trading, or tax decisions. (iii) because different asset types (e.g., equities versus fixed income securities) tend to have different investment characteristics, these estimates should not be compared across asset types; (iv) EAI and EY for certain types of securities might include return of principal or capital gains, in which case the EAI and EY would be overstated. There is no guarantee that your investments will actually generate the EAI or EY presented, and your actual income and yield might be higher or lower.

**IMPORTANT INFORMATION REGARDING AUCTION RATE SECURITIES (ARS):** ARS are debt or preferred securities with an interest or dividend rate reset periodically in an auction. Although there may be daily, weekly and monthly resets, there is no guarantee that there will be liquidity. If there are not enough bids at an auction to redeem the securities available for sale, the result may be a failed auction. In the event of a failed auction, there is no assurance that a secondary market will develop or that the security will trade at par or any other price reflected on statements and online. Accordingly, investors

should not rely on pricing information appearing in their statements or online with respect to ARS. When J.P. Morgan is unable to obtain a price from an internal or outside source for a particular ARS, the price column on your statement will indicate "unpriced". A description of J.P. Morgan's practices and procedures regarding ARS is available at www.jpmorgan.com/muniars.

**VALUATIONS OF OVER-THE-COUNTER DERIVATIVE TRANSACTIONS:** Valuations of over-the-counter derivative transactions, including certain derivatives-related deposit products, have been prepared on a mid-market basis. These valuations are sourced from the various issuers of the securities, affiliates or they are sourced from a third party valuation provider. J.P. Morgan expressly disclaims any responsibility for (1) the accuracy of the models or estimates used in deriving the valuations, (2) any errors or omissions in computing or disseminating the valuations, and (3) any uses to which the valuations are put. Valuations are provided for information purposes only and are intended solely for your own use. Please refer to the trade confirmation for details of each transaction.

**UNPRICED SECURITIES:** When we are unable to obtain a current value from an internal or outside source for a particular security, the price column on your statement will indicate "Unpriced." Although such securities may have value, please note that the value of a security indicated as "Unpriced" will not be included in your overall current market value as reflected on the statement.

**RESTRICTED SECURITIES:** Restricted Securities (typically noted as "Restricted" or "RSTD" in the security description) have not been registered under the Securities Act of 1933 and may not be "freely traded." Since restricted securities are subject to certain restrictions which may render them illiquid or less liquid than freely-tradable shares, there can be no assurance a secondary market exists. While we typically use the value of the registered/unrestricted security of the same issuer and same class for statement (and other) reporting purposes, the price realizable in a sale of the securities may be less than the "Market Value" indicated and could be zero. No attempt has been made to independently value the specific security subject to its restriction. Additionally, inclusion of pricing of these holdings will result in the aggregated value of your portfolio as reflected on this report being overstated by an amount equal to the difference (if any) between the value of the freely-traded underlying security and the actual value of your restricted shares. For additional information on pricing, please see the "Market Prices" paragraph above.

**THIRD PARTY INFORMATION:** This statement contains (i) information obtained from multiple direct, indirect, affiliated, unaffiliated, public and proprietary data sources (including, but not limited to identifying information, market data, calculated data, reference data, valuations, ratings, coupon and dividend rates and other fundamental data) and (ii) information which is calculated based upon such information (including but not limited to, market values, Current Yield and Estimated annual income). Although your Custodian believes these sources and the sources of market values are reliable, it does not independently review or verify such information and neither your Custodian nor any source will have any duty or obligation to verify, correct, complete, or update any such information. Such information is being provided to you with all faults for use entirely at your own risk; without any warranty whatsoever by your Custodian, its affiliates or any such source. Neither your Custodian or its affiliates nor any such source shall have any liability whatsoever relating to any inaccuracy or lack of timeliness or completeness of such information or any use thereof or for omissions therefrom nor for any lost profits, indirect, special or consequential damages. Moreover, such sources retain exclusive proprietary rights in such information. You may use such information only for your internal use and purposes and not for reuse (other than in connection with the transaction or position for which the information is provided) or retransmission without prior written approval of the source, or for any unlawful or unauthorized purpose.

**METHODS OF COMPUTING INTEREST ON DEBIT BALANCES :** Interest is charged on a day by day basis for any day that there is a net debit balance in your overall account. The calculation is made on a 360-day basis at the rate or rates shown on the statement. Interest rates may be changed from time to time with fluctuating money market rates or for other reasons.

**DEBIT BALANCES:** Please note that if you see a Debit Balance in the Assets and Liabilities Summary on this statement, we may be required to temporarily suspend dividend reinvestment plan ("DRIP") functionality and/or liquidate securities held in your account to fund and eliminate the debit balance. This message does not apply to approved Margin Accounts in good standing. If you have any questions, please call the appropriate number on the front of this statement.

**FOR OPTIONS ACCOUNTS:** Further information with respect to commissions and other charges related to the execution of listed options transactions has been included on confirmation of such transactions previously available to you and such information will be made available to you promptly upon written request.

**PARTIAL CALLS:** If a partial call is made with respect to an issue of securities included in your Accounts we will allocate the call by a method we deem fair and equitable.

**BEARER BONDS:** If any securities held by us for your account are bearer obligations which have been issued since December 31, 1982 with original maturities of more than one year, we agree that we will satisfy the conditions set forth in subdivisions (i), (ii) and (iii) of the Treasury Regulation Section 1.165-12(c)(3) and covenant that we will comply with the requirements of Treasury Regulation Section 1.165-12(c)(2)(iii) concerning the delivery of such bearer obligations.

**MESSAGE FOR ACCOUNTS WITH NON-US DOLLAR ACTIVITY:** The holdings listed within each asset class are segregated by currency. For Non-USD denominated holdings, both the USD and local currency valuations and total asset class valuations, as calculated by the exchange rate stated, are provided. Activity will also be presented by currency. Non-USD activity will display both USD and local currency valuations, as calculated based on the exchange rate of the activity date. All summary information presented in this statement is presented in USD, unless specifically noted as presented in non-USD currency.

**FINANCIAL STATEMENT:** A financial statement for JPMS is available for your personal inspection at our office, or a copy will be mailed to you upon written request.

**REPORTABLE TO THE INTERNAL REVENUE SERVICE:** As required by law, at year end, we will report to you and to the Internal Revenue Service and to certain states, certain information on sales (including short sales), dividends, and various types of interest that have been credited to your account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ACCOUNT STATEMENT: Please review this statement closely and contact us as soon as possible if you notice an error (including things like possible unauthorized trading activity, unrecorded dividend payments or improper payments or transfers). In order to protect your rights, including any rights under the Securities Investor Protection Act (SIPA), you will be asked to provide details of the error in writing, using the information provided on the front of this statement.**

**In your written communication, please provide the following information: (1) your name and account number; (2) the dollar amount of the suspected error; and (3) a description of the error. Please note that we must receive your written communication no later than 30 days after the statement on which the error appeared is sent or made available. If you do not notify us, you agree that the statement activity and account balances are correct.**

**CHANGES TO YOUR INVESTMENT OBJECTIVES OR FINANCIAL SITUATION:**
Please notify us as soon as possible if you experience a change in your investment objectives or overall financial situation, or if you have questions or concerns about the management of your account. If we do not hear from you, we will consider the information we currently have on file to be complete and accurate. You can review your current investment objectives and/or make any changes to the personal financial information we have on file for your account anytime by calling the number listed on this statement. **If you send us any written correspondence, please be sure to include your account number.**

**CHANGES TO YOUR MAILING OR EMAIL ADDRESS:** Please let us know as soon as possible when there has been a change to your mailing or email address. You can update your account online at chase.com (under "Profile & settings") or by calling the number listed on this statement.

**USA PATRIOT ACT:** The USA PATRIOT Act requires that all financial institutions obtain certain identification documents or other information in order to comply with their customer identification procedures. Until you provide the required information or documents, we may not be able to open or maintain an account or effect any transactions for you.

**ASSETS:** Subject to regulatory or other pre-agreed limitations, all or any part of the securities in your account may have been used by us in securities financing transactions.

**INFORMATION AVAILABLE UPON REQUEST**: The date and time of the transaction and the name of the person from whom the security was purchased, or to whom it was sold will be furnished upon request.