United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br>Plaintiff,<br>v.<br>NEXO CAPITAL INC.,<br>Defendant. | Case No. 23-cv-00882-TSH<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 144 |

On July 27, 2026, Nexo filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 144) in conjunction with Nexo's Opposition to Cress's Motion for Sanctions (ECF No. 144-3). Cress has not filed a response. *See* Civ. L.R. 79-5(c)(1), (f) ("Within 7 days of the motion's filing, the Designating Party must file a statement and/or declaration" including "a specific statement of the applicable legal standard and the reasons for keeping a document under seal.").

Accordingly, the Court **DENIES** Nexo's Administrative Motion and **ORDERS** Nexo to file unredacted versions of the following documents on the public docket within four days: Nexo's Opposition to Cress's Motion for Sanctions (ECF No. 144-3); Declaration of Ian S. Shelton ("Shelton Decl.") (ECF No. 144-1), Ex. 2 (ECF No. 144-4); Shelton Decl., Ex. 4 (ECF No. 144-5); Shelton Decl., Ex. 6 (ECF No. 144-6); Shelton Decl., Ex. 9 (ECF No. 144-7); Shelton Decl., Ex. 18 (ECF No. 144-8); Shelton Decl., Ex. 22 (ECF No. 144-9); Shelton Decl., Ex. 24 (ECF No. 144-10); Shelton Decl., Ex. 25 (ECF No. 144-11); Shelton Decl., Ex. 26 (ECF No. 144-

12); and Shelton Decl., Ex. 28 (ECF No. 144-13).

**IT IS SO ORDERED.**

Dated: August 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California