Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Telephone: (310) 299-8535
Facsimile: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol Street, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5067
Fax: (713) 427-5099

*Attorneys for Defendant Nexo Capital Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CRESS,<br><br>Plaintiff,<br><br>vs.<br><br>NEXO CAPITAL INC.,<br><br>Defendant. | CASE NO. 3:23-CV-00882-TSH<br><br>The Honorable Thomas S. Hixson<br><br>**DEFENDANT'S NOTICE OF FILING OF UNREDACTED DOCUMENTS PURSUANT TO ORDER ECF NO. 163** |

Pursuant to the Order re: Administrative Motion to File Under Seal (ECF No. 163), Defendant Nexo Capital Inc. files the attached documents, previously filed under seal as ECF Nos. 144-3, 144-4, 144-5, 144-6, 144-7, 144-8, 144-9, 144-10, 144-11, 144-12, and 144-13 on the public docket.

Attached as Attachment 1 is a true and correct copy of Defendant's Opposition to Plaintiff's Notice of Motion and Motion for Terminating Sanctions or, in the Alternative, Curative Sanctions Pursuant to Fed. R. Civ. P. 37(E), 37(B), and the Court's Inherent Authority (Dkt. 135), previously filed under seal as ECF No. 144-3.

Attached is a true and correct copy of Ex. 2 to the Declaration of Ian S. Shelton in Support of Defendant's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 144) (the "Shelton Decl."), consisting of a document produced in this matter by Plaintiff at Bates number CRESS-00000692, previously filed under seal as ECF No. 144-4.

Attached is a true and correct copy of Ex. 4 to the Shelton Decl., consisting of a document produced in this matter by Plaintiff at Bates number CRESS-00012575, previously filed under seal as ECF No. 144-5.

Attached is a true and correct copy of Ex. 6 to the Shelton Decl., consisting of a document produced in this matter by Plaintiff at Bates number CRESS-00002095, previously filed under seal as ECF No. 144-6.

Attached is a true and correct copy of Ex. 9 to the Shelton Decl., consisting of excerpts from the certified transcript of the deposition of Cress's expert, Michael Kunkel, dated June 9, 2026, previously filed under seal as ECF No. 144-7.

Attached is a true and correct copy of Ex. 18 to the Shelton Decl., consisting of excerpts of Cress's Ninth Set of Requests for the Production of Documents dated May 29, 2025, previously filed under seal as ECF No. 144-8.

Attached is a true and correct copy of Ex. 22 to the Shelton Decl., consisting of Cress's May 29, 2025 Responses and Objections to Defendant's Second Set of Interrogatories, previously filed under seal as ECF No. 144-9.

Attached is a true and correct copy of Ex. 24 to the Shelton Decl., consisting of a document produced in this matter by Cress at Bates number CRESS-00001134, previously filed under seal as ECF No. 144-10.

Attached is a true and correct copy of Ex. 25 to the Shelton Decl., consisting of a document produced in this matter by Cress at Bates number CRESS-00001707, previously filed under seal as ECF No. 144-11.

Attached is a true and correct copy of Ex. 26 to the Shelton Decl., consisting of excerpts from the certified transcript of the deposition of John Cress, dated April 10, 2026, previously filed under seal as ECF No. 144-12.

Attached is a true and correct copy of Ex. 28 to the Shelton Decl., consisting of a document produced in this matter by Cress at Bates number CRESS-00013030, previously filed under seal as ECF No. 144-13.

DATED: August 20, 2026 BAKER & MCKENZIE LLP

By: */s/ Ian S. Shelton*
Ian S. Shelton

*Attorneys for Defendant Nexo Capital Inc.*