# EXHIBIT 4

## PUBLIC VERSION PREVIOUSLY FILED UNDER SEAL AS DKT. 144-5

**Platform:** Native Messages **Timezone:** UTC+0000

| | | |
|---|---|---|
| DC Dave Lindenbaum Cell +1 (510) 551-9118 | JC John Cress jtc88@hotmail.com | _$!<Other>!$_ +1 (415) 298-4366 |

2021/04/15

_$!<Other>!$_

Between you and me, we shoot for one each day. Yesterday was SPI
06:08:49 pm

It looks like today's token will be BOND. It's retraced a lot
06:10:23 pm

It's at a level with very strong support, so it may not retrace anymore at this point
06:11:23 pm

It's the other one your friends mentioned on Monday. If you bought ROOK yesterday we are already up
06:15:10 pm

We are also now up 26% on SPI - brilliant timing on that one
06:16:31 pm

BOND is down exactly 50% from its Feb high.
06:21:17 pm

I just bought $10k of BOND at $.43
06:23:40 pm

Dave Lindenbaum Cell

Barnbridge is 51
06:31:12 pm

DC

Bond
06:31:37 pm

_$!<Other>!$_

?
06:33:36 pm

Damn, sorry, the token is BONDLY - not BOND
06:34:38 pm

It's $.43
06:34:57 pm

Your friends like it and I was too hungover to remember their names
06:35:25 pm

I had heard of it before too
06:35:39 pm

Dave Lindenbaum Cell

No, it was barn bridge
06:36:14 pm

Which symbol is bond
06:36:27 pm

Check out BarnBridge
06:36:41 pm

https://www.coingecko.com/coins/barnbridge

DC

06:36:46 pm

_$!<Other>!$_

It looks like we missed the bottom and full retrace of BOND, but we weren't watching it or even aware of it
06:40:42 pm

It's still down though
06:40:55 pm

But it's rallies this whole week
06:42:15 pm

Buy BONDLY first though
06:42:31 pm

Dave Lindenbaum Cell

I now have 1.1 million in crypto
06:43:12 pm

And half is bitcoin
06:43:17 pm

DC

Used to be 80%
06:43:26 pm

_$!<Other>!$_

Wow
07:35:04 pm

If you use Nexo or Celsius you can increase your BTC from 10 to 16 with nothing out of pocket
07:36:18 pm

I own over 1 million Nexo tokens which were purchased purely off my credit line and Nexo is up over $1 since I got it.   It's the fastest and easiest million ever
07:37:22 pm

I think you could have like $5 million in crypto at the end of the year
07:38:34 pm

Alternatively you can earn interest on your BTC if you feel like it
07:42:27 pm

Dave Lindenbaum Cell

DC

If I can move it from Robinhood
07:43:30 pm

_$!<Other>!$_

Shit, I keep forgetting about the stupid Robinhood problem
07:50:16 pm

Dave Lindenbaum Cell

DC

John was talking bout this one...no position but maybe I should.
07:53:00 pm

_$!<Other>!$_

?
07:57:55 pm

Dave Lindenbaum Cell

https://twitter.com/kevinlambert/status/1382766704082653186?s=20









DC

08:02:25 pm

_$!<Other>!$_

I think we need to get that one
08:03:05 pm

Dave Lindenbaum Cell

DC

From Josh
08:03:55 pm

_$!<Other>!$_

I'm panicking
08:07:56 pm

Dammit, it's up about 30% since our lunch!
08:11:23 pm

Almost doubled since I was told about it
08:11:59 pm

I'm trying to buy RSR right now, but it's pending forever. It might be the Berlin upgrade on Ethereum happening now
08:31:02 pm

I just bought $10k of RSR
08:52:09 pm

Dave Lindenbaum Cell




09:13:48 pm



09:36:32 pm

Should I pay tax on the Robinhood bitcoin and buy it back In Coinbase
10:09:24 pm

Pro
10:09:30 pm

DC

I have a $400,000 gain
10:10:08 pm

_$!<Other>!$_

I was contemplating that
10:10:15 pm

Holy shit!
10:10:22 pm

I remember trying to tell you not to use Robinhood for crypto - it's just not a crypto platform
10:11:18 pm

Dave Lindenbaum Cell

DC

They will eventually allow transfers
10:11:38 pm

_$!<Other>!$_

Yeah, but the time to safely and effectively use the credit line to get a loan and earn interest and double your position is now
10:14:23 pm

You could pay tax, but it would be ordinary income
10:14:52 pm

2021/04/16

_$!<Other>!$_

Check your email for the latest on the IRA situation
12:16:47 am

In order to buy Hex and have a billion, or let's just say half a billion tax free later, we will need to do the LLC thing which can be expedited so we can buy Hex before the fork. They set it up, manage it and everything....

If you have a question about that, can you email the question to your expert right away so we can decide tomorrow?
12:20:36 am

I'm talking about Daniel Eyre <dan@blockchange.ai>
12:21:26 am

Dave Lindenbaum Cell

DC

Fork, spoon, whatever
12:22:32 am