# EXHIBIT 6

## PUBLIC VERSION PREVIOUSLY FILED UNDER SEAL AS DKT. 144-6

**From:** John Cress <jtc88@hotmail.com>
**To:** Hristiyan Hristov <hristiyan@nexo.io>
**Subject:** Re: Please read and call me ASAP
**Date:** Tue, 22 Jun 2021 13:18:00 +0000

---

Hi Hristiyan, I'm awake now. It's early but I got up and made coffee and I will wait for your call. 1-415-298-4366.

John

---

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Tuesday, June 22, 2021 1:25 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Please read and call me ASAP

Hello John,

Please let me know when you wake up and I will do my best to initiate a call in a timely manner.

Thank you.

On Tue, Jun 22, 2021 at 4:12 AM John Cress <jtc88@hotmail.com> wrote:

> Someone from support told me I should be using the "liquidation relief program", but I don't know know what the liquidation relief program is. It feels very late to be discussing it, but I should know everything about it and every way it could possibly be used to help me
>
> On Jun 21, 2021, at 11:23 AM, John Cress <jtc88@hotmail.com> wrote:
>
> Hristiyan,
>
> I do actually want to talk to you today. I have a couple questions about my future asset liquidation price and I need to think and decide whether to use the asset swap function now. Please give me a call as soon as you can today at 415-298-4366. Thanks,
>
> John
>
> ---
>
> **From:** Hristiyan Hristov <hristiyan@nexo.io>
> **Sent:** Monday, June 21, 2021 8:38 AM
> **To:** John Cress <jtc88@hotmail.com>
> **Subject:** Re: Please read and call me ASAP
>
> Hello John,
>
> Let's get on a call and discuss exactly what you want to do. My take from our last call was that you did not want to exchange your collateral to USDT.

Looking forward to hearing from you.

On Sun, Jun 13, 2021 at 10:59 PM John Cress <jtc88@hotmail.com> wrote:

Yes, I did. Unfortunately, it looks like I am not able to swap the bitcoin to USDT to avoid any possible drops in BTC price, and then swap it back to BTC. That would have provided me a lot of safety if I could do that. I would also be willing to pay a lot of money in fees if I could do that. If I swap my BTC to USDT, that is basically like a final liquidation and I cannot simply swap them back. That is very scary because I ALMOST did that when I was on the phone with you and the next morning. I have extremely lucky the exchange was not working on Friday and I got an error the next morning too. Support opened a ticket for me and I read the article you sent me while I was waiting for the exchange to work. I am so, so lucky I read that and got it clarified. I almost lost millions of dollars permanently if I did those swaps. Wow

Anyway, if there's any way Nexo can help me to temporarily swap my BTC to USDT and then swap them back to BTC at the exact same LTV as the first swap, this would be a valuable service and I would pay a BIG FEE if I can do this....

John

---

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Sunday, June 13, 2021 6:59 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Please read and call me ASAP

Hello John,

Did you go through the article which I have sent you?

Looking forward to hearing from you.

On Sat, Jun 12, 2021 at 2:27 AM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

Disregard this email and request. Someone explained to me that I cannot swap the Tether back to BTC, so I do NOT want to use the collateral swap service. This service is not at all what it sounds like. Thank you,

John

On Jun 11, 2021, at 10:57 AM, John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

I got up this morning and I've been trying to use the exchange, but it's just giving me this error attached. The live support team was unable to help me and they created case # 448695. I selected the credit wallet, entered 2.722 BTC to swap to Tether, and there's a button at the bottom that says

"Preview Exchange". That button is not working and I'm seeing this error I attached. I don't know if this case is going to get the priority it needs. This is extremely important for me. Can you please follow up and monitor this case for me? Also, can you or someone please do my swap for me since I can't use the self-service exchange?

I need to swap 129.42 BTC to Tether and keep 250 BTC remaining in my credit wallet. Please confirm.

John

---

**From:** Hristiyan Hristov <hristiyan@nexo.io>
**Sent:** Friday, June 11, 2021 4:27 AM
**To:** John Cress <jtc88@hotmail.com>
**Subject:** Re: Please read and call me ASAP

Hello John,

Please find more information regarding the Collateral Swap function in this article.

Let me know if you have any questions.

On Fri, Jun 11, 2021 at 10:58 AM John Cress <jtc88@hotmail.com> wrote:

> Ok, I will be watching my phone. Thanks
>
> ---
>
> **From:** Hristiyan Hristov <hristiyan@nexo.io>
> **Sent:** Friday, June 11, 2021 12:50 AM
> **To:** John Cress <jtc88@hotmail.com>
> **Subject:** Re: Please read and call me ASAP
>
> I will call you in 30-45 minutes, John.
>
> On Fri, Jun 11, 2021 at 10:36 AM John Cress <jtc88@hotmail.com> wrote:
>
>> Right now it's 12:35 AM here, but I have to stay up to make sure we talk about the order before the weekend. Can you call me now or very soon since it will be getting very late here? Thanks
>>
>> On Jun 11, 2021, at 12:14 AM, John Cress <jtc88@hotmail.com> wrote:
>>
>> Ok great - I can talk right now. Please call me now and I will answer. Thanks,
>>
>> John
>>
>> On Jun 10, 2021, at 11:58 PM, Hristiyan Hristov <hristiyan@nexo.io> wrote:

Of course, John.

When will be a good time to talk?

Thank you.

On Fri, Jun 11, 2021 at 4:04 AM John Cress <jtc88@hotmail.com> wrote:

Hristiyan,

I've been trying very hard to reach someone at Nexo for help protecting my assets. Everyone in the live chat has told me that they are working to escalate my request and have someone contact me.

Last night Vladi told me that he would have you contact me. He promised a response by the end of Thursday, and I still haven't heard from you.

I opened case #432896 twelve days ago and nobody has contacted me. I am extremely stressed out. I have already been liquidated once and come dangerously close two other times and I need to take action asap. Twelve days is a long time to have eight figures of assets at risk and not have a response.

I attempted to swap 129 bitcoins to USDC or USDT at a price of $36,500 or better on the exchange and it won't let me. I have screenshots of the swap page not allowing me to do the swap myself and I have screenshots of my conversation with Vladi.

Here's what I'm thinking could be a solution. If today (Friday) the OTC desk can sell 129 BTC at $36,500 or higher, and exchange it to USDC or USDT, my collateral assets will be in a more stable position.

At that point, if BTC goes lower, I will be in a good position. We would then add to the order instructions to also swap the stablecoin back into BTC if the price goes higher than $36,500 once it gets to $39,000. This would only be a temporary measure to get through a drop in BTC price this weekend.

I'm also open to any longer term solutions or deals that could be made to make it through to the other side.

This is a very serious situation and I am doing everything possible to think about ways to protect my assets. I need Nexo to respond immediately today to help me carry out the moves that need to happen.

I will stay up late again eagerly waiting to hear from you. Again, my phone number is 1-415-298-4366.

I want to talk through the plan on the phone first and get this taken care of before the weekend.

John Cress

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

**Banking on Crypto**
nexo.io

<Screen Shot 2021-06-11 at 10.51.45 AM.png>

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

**Banking on Crypto**
nexo.io

--
Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

**Banking on Crypto**
nexo.io

--

Best regards,

**Hristiyan Hristov**
Relationship Manager
+41 43 505 18 13

**Banking on Crypto**
nexo.io