# EXHIBIT 25

PUBLIC VERSION PREVIOUSLY FILED UNDER SEAL AS DKT. 144-11

**From:** John Cress <jtc88@hotmail.com>
**To:** Kevin Kramer <kevin@lottery-now.com>
**Subject:** Re: Lottery Now 2020 K1
**Date:** Wed, 21 Apr 2021 05:35:29 +0000

---

Ha ha.... well then my mind has been playing tricks on me, seriously. I've been too swamped. That's great though! I also have an entirely new bitcoin strategy that's much better and tax efficient, courtesy of Michael Saylor and Nexo which is working great
Thanks for the quick reply - hope this year keeps going well, cheers

On Apr 20, 2021, at 10:06 PM, Kevin Kramer <kevin@lottery-now.com> wrote:

You have a convertible equity instrument – we don't issue K1s and there are no 2020 tax implications on your investment…..nor 2019!

Your BTC on the other hand….

Cheers,
Kevin

Kevin Kramer | CEO
Lottery Now, Inc.
kevin@lottery-now.com
415-269-2872

---

**From:** John Cress <jtc88@hotmail.com>
**Date:** Tuesday, April 20, 2021 at 11:03 PM
**To:** Kevin Kramer <kevin@lottery-now.com>
**Subject:** Lottery Now 2020 K1

Hey Kevin,

I hope things are going well. I can't seem to find my K-1! I'm positive I received the K-1 a while ago, but I can't find it anywhere. I don't remember if it was mailed or emailed, but either way, I can't find it and now I've finally given up looking everywhere. Sorry to have to circle back to you, but could you send a copy to me? Thank you!

John