# EXHIBIT 26

PUBLIC VERSION PREVIOUSLY FILED UNDER SEAL AS DKT. 144-12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JOHN CRESS,
Plaintiff,
v. No. 3:23-CV-00882-TSH
NEXO CAPITAL, INC.,
Defendant.

C O N F I D E N T I A L
VIDEO DEPOSITION OF JOHN CRESS
FRIDAY, APRIL 10, 2026
SAN FRANCISCO, CALIFORNIA

Reported by: Marilynn Hoover, RPR
California CSR No. 8841

BE IT REMEMBERED THAT, pursuant to the Federal Rules of Civil Procedure, the deposition of JOHN CRESS was taken before Marilynn Hoover, California CSR No. 8841; on Friday, April 10, 2026, at 10:05 a.m.; at 101 California Street, Suite 4100, in San Francisco, California.

APPEARANCES

TAYLOR-COPELAND LAW
BY MR. JAMES TAYLOR-COPELAND, ESQ.
MR. MAX AMBROSE, ESQ.
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: 619-734-8770
Email: James@taylorcopelandlaw.com
Max@taylorcopelandlaw.com
On behalf of Plaintiff

BAKER & McKENZIE, LLP
BY MR. MATTHEW C. RAWLINSON, ESQ.
800 Capitol Street, Suite 2100
Houston, Texas 77002
Telephone: 713-427-5000
Email: Matthew.Rawlinson@bakermckenzie.com
On behalf of Defendant

APPEARANCES (CONT.)

BAKER & McKENZIE, LLP
BY MR. IAN S. SHELTON, ESQ.
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Telephone: 310-299-8535
Email: Ian.Shelton@bakermckenzie.com
- and -
BY MS. KIRSTEN DOOLEY, ESQ.
452 Fifth Avenue
New York, New York 10018
Telephone: 212-626-4561
Email: Kirsten.Dooley@bakermckenzie.com
- and -
BY MS. ADRIENNE HARREVELD, ESQ.
830 Brickell Plaza, Suite 3100
Miami, Florida 33131
Telephone: 305-789-8948
Email: Adrienne.Harreveld@bakermckenzie.com
On behalf of Defendant

ALSO PRESENT: Pete Yaroschuk, videographer
Georgi Zagorski, Nexo in-house counsel
Kostov Rosen, Nexo in-house counsel

A. Yes.

Q. Was there a fee associated with your sale of 50 Bitcoin in 2017 through Coinbase?

MR. TAYLOR-COPELAND: Objection. Calls for speculation.

THE WITNESS: They -- When I sold it, they had Coinbase and something called -- I want to say it was called GDX or something like that, and then I think they later named it to Coinbase Pro. And it had fees that they -- that they displayed on the screen:

So right before you went to do your transaction, it showed you the fee right there. And it was a smaller fee than the Coinbase, so you just had to like -- I don't know if you had to move it over to Coinbase Pro. I don't believe it was a separate login. But you just sort of switched to Coinbase Pro, and I believe your assets that were on Coinbase were visible.

I don't recall exactly, but I recall that the fee was -- was better on Coinbase Pro. I can't tell you exactly what it was, but it showed it to me right there up front on the screen.

Q. BY MR. RAWLINSON: So the answer to my question is: When you sold your 50 Bitcoin through either Coinbase or Coinbase Pro, there was a fee

associated with that sale; correct?
A. Quoted fee before transaction, up front, displayed prominently, yes.
Q. Yes, there was a fee?
A. (Nods head.)
Q. When you purchased your 250 Bitcoin, as you went on, was there a fee associated with those purchases?
MR. TAYLOR-COPELAND: Objection. Calls for speculation.
THE WITNESS: There was a fee that was quoted to me prior to the transaction.
Q. BY MR. RAWLINSON: So each time you bought Bitcoin through -- I'll just call it Coinbase, you paid a fee. True?
A. I paid the fee that they displayed to me.
Q. Each --
A. I said "paid the fee."
Q. Yeah. And each time you sold Bitcoin, you paid a fee; correct?
A. That is correct. Yep.
Q. Have you ever bought or sold cryptocurrency through a platform without paying a fee?
MR. TAYLOR-COPELAND: Objection. Calls for speculation.

THE WITNESS: The closest thing to that, to your question, would be Nexo.

Q. BY MR. RAWLINSON: Okay. Let me leave Nexo out for right now, since you want to distinguish that.

A. Okay.

Q. Besides Nexo, have you ever bought or sold a cryptocurrency through a platform without paying a fee?

A. I don't -- I don't recall.

Q. Do you recall a time where you bought or sold cryptocurrency through a platform and did not pay a fee?

MR. TAYLOR-COPELAND: Objection. Asked and answered.

THE WITNESS: I don't recall.

Q. BY MR. RAWLINSON: Would you agree with me that, when you use a cryptocurrency trading platform, it is common to pay a fee?

MR. TAYLOR-COPELAND: Objection. Calls for speculation.

THE WITNESS: I guess that would depend.

Q. BY MR. RAWLINSON: Well, you don't recall not ever paying a fee. True?

A. That's a -- That's a nuanced question, because I believed I was not paying a fee with Nexo.

So you're -- you're wanting to talk about other platforms. I get the question.
I -- I don't recall.
Q. Do you recall ever buying or selling cryptocurrency through Coinbase and not paying a fee?
A. I don't recall.
Q. Do you believe --
A. The fees could be pretty low, so...
Q. I understand. They may be high, they may be low. I'm just asking you if you commonly pay a fee when you trade through a cryptocurrency platform.
MR. TAYLOR-COPELAND: Objection.
Q. BY MR. RAWLINSON: That's common; correct?
MR. TAYLOR-COPELAND: Objection. Vague. Calls for speculation.
THE WITNESS: It is common. I don't know -- I don't recall exactly my -- if I -- if I ever not paid a fee, if I ever did not. I don't -- I don't recall. It's possible.
Q. BY MR. RAWLINSON: I'll object to the nonresponsive portion of your answer.
What is a flash crash?
MR. TAYLOR-COPELAND: Objection. Calls for speculation.
THE WITNESS: I -- I don't have a legal