# EXHIBIT 28

PUBLIC VERSION PREVIOUSLY FILED UNDER SEAL AS DKT. 144-13

**Platform:** Telegram **Name:** 1377764370 **Timezone:** UTC+0000

A — Ace (137) 776-4370

JK — John Kreese

SM — System message

2021/06/19

John Kreese

I think the point would be to literally clear out the sellers and we may need some cooperation from Nexo to tell us how much they think would help, otherwise whales won't be willing to do this without some visibility and conviction. It could be more than we can handle - I don't know. I'm tapped out too, but I do have 113 ethereum and 3 million Hex and 450,000 VXV. I can't risk those things, but if I were doing it with a group AND we knew a purchase commitment of a large amount would definitely get us up $1.00, then I would be willing to send in more funds
09:00:27 pm

So I have no idea how much it would need to pump
09:01:24 pm

It seems like it may be worth socializing, first with your brother, then the whale group, then maybe Nexo
09:02:06 pm

Hey, we're at $36,150. So far hanging strong this weekend after a rough Thursday Friday.
09:03:20 pm

Let's hope $36,000 turns to support - up from $35,000
09:04:11 pm

JK

Ace

There's always a risk with that sort of thing though that if anyone helps push it up they can then pull once it hits the new peak and basically take away a chunk of profit from everyone else who just pumped it... might be hard trying to get everyone to risk their money just to get the price up a dollar
09:48:03 pm

I think most of the people I've spoken with so far, my brother included, aren't necessarily in a rush to get the price up
09:48:26 pm

Don't get me wrong they want it to go up eventually and permanently, but going sideways for a while, bleeding out the idiots, consolidating the new levels... tends to lead toward long term strength
09:49:02 pm

A

Everyone spending money to pump it artificially wouldn't necessarily have the same stability
09:49:24 pm

John Kreese

Just me! Ha. Yeah, my ideas lately are more like wild fantasies then realities, but I can't stop thinking
09:49:40 pm

JK

Ace

I feel you bro... doesn't hurt to consider them
09:49:56 pm

A

I have a bag of hex too
09:50:30 pm

John Kreese

Of course I'm willing to pump it even if it just sends it higher for a couple weeks
09:50:33 pm

JK

Ace

A

I don't know much about vxv
09:50:44 pm

John Kreese

You have Hex??
09:50:46 pm

JK

Ace

Yeah... did a 10x since I bought in lol
09:51:00 pm

I never staked it
09:51:05 pm

A

I know you don't want to risk it but I feel like that ethereum in your collateral wallet would give you a nice extra buffer
09:52:24 pm

John Kreese

Nice. Mine is up almost 6x and I haven't staked it either. I was thinking about buying more in my Roth IRA and staking that for 15 years or maybe a 10 year and a 15 year
09:52:24 pm

JK

Ace

A

Ahhh that's a really smart idea
09:52:40 pm

John Kreese

Yeah, that ethereum would help, but it might also be a crazy thing to do
09:52:58 pm

JK

Ace

Maybe, but probably not crazier than selling your Bitcoin or letting it liquidate
09:53:16 pm

A

If you didn't have to do the Bitcoin exchanges as separate transactions and lose so much off each transaction I'd still think converting a chunk to stable could be wise... but the loss in each transaction makes that a little less appealing
09:54:09 pm

John Kreese

I think it's even crazier because I control that decision. If it got liquidated I would have nothing.
09:54:25 pm

JK

System message

SM

Outgoing Call
duration (in seconds): 36
09:55:18 pm

John Kreese




10:34:26 pm

JK

System message

Cancelled Call
duration (in seconds): 0
11:08:18 pm

Cancelled Call
duration (in seconds): 0
11:08:21 pm

Cancelled Call
duration (in seconds): 0
11:08:25 pm

Cancelled Call
duration (in seconds): 0
11:08:28 pm

SM

Outgoing Call
duration (in seconds): 4383
11:08:29 pm

2021/06/20

System message

SM

Incoming Call
duration (in seconds): 3393
12:05:15 am

Ace

https://www.youtube.com/watch?v=3vZRvMDomiU&feature=youtu.be




04:09:00 pm

From 9:15 min mark to the end I feel is actually a really interesting way to use nexo
04:09:13 pm

What I might do in the future is to use the loans to purchase property, immediately put tenants in them, and use the rent plus the earned interest daily to repay the loan… once it was paid off enough to buy another house I would do so
04:09:55 pm

A

And I'll basically only keep 35-40% in the credit wallet
04:10:05 pm

John Kreese

That could be interesting. I owned two rental properties at once and had two tenants and don't plan to do that again, although you can hire property managers, but that eats at your profits too. I do think real estate is a good thing to shift into soon though. Another thing to consider is the 7% interest on a Nexo loan versus a mortgage for closer to 4%. I pay the higher Nexo interest because the asset it's financing is bitcoin which is increasing at roughly 300% annually, which is way higher than 7%. I simply can't get a 4% loan for buying bitcoin, but if I bought real estate I could. That real estate has to go up in value faster with a 7% loan. You can also have a primary mortgage and a HELOC for a higher rate, but to get a higher LTV too. Maybe you're interested in using Nexo loans for real estate purchases so you can put no money down? I've purchased three properties using a HELOC and two of those were no money down purchases.

05:26:28 pm

JK

Ace

I have to sit down and do the math again... I guess I could get the bank loan as you described and put my nexo interest toward that as well as the rent that was coming in.

I'd happily have someone manage the properties and would seek to get to a place of owning many over the next decade.

I'd need to think it over to see if there was actually any benefit to getting the loan from Nexo versus my banks.

A

11:56:45 pm

2021/06/21

John Kreese

Yeah, think it over. Generally it seems like Nexo is built for financing crypto and the difference in rates is generally the main driver

01:47:50 am

I got liquidated twice as bad this time. Last time they sold 21 BTC. This time it was 49. Fuck

04:45:47 pm

Bitcoin went to 31,700, which is a little higher than last time, but ETH and Nexo are lower I think

04:46:53 pm

JK

Ace

Fuck bro, I'm sorry to hear that :(
06:20:32 pm

A

So they took about 1.5 M off the debt?
06:20:45 pm

John Kreese

Yes
06:32:46 pm

Your strategy would've been better. Damn. It's just taking too long for me to process this stuff and make the right decisions. When they could not do the swap how I wanted I just waited and watched. Everyone was saying now there is major support at $34,000
06:41:45 pm

Now, if I get continually liquidated at $30,000, I think I walk away with $4,800,000. But if the bottom dropped out, it could be $0 potentially. Fucking scary situation now
06:43:12 pm

JK

Ace

A

Explain to me what you mean by it being zero?
06:47:13 pm

John Kreese

Well, I have $13,300,000 in assets now, if that gets sold off to pay back the remaining $8,500,000 loan at current prices, then that leaves $4,800,000. If that gets sold off at a price of $20,000, for example, it would leave nothing after paying back the loan
06:48:59 pm

JK

Ace

A

Oh shit... jesus bro
06:49:48 pm

John Kreese

And you have Cris in that chat saying this:

monthly expiry and big options day next friday (mainly bearish). we moon after that I think
no big expiry dates after that.. so no more selling pressure
06:50:33 pm

Literally I'm finding myself having to cut off my legs and arms to save my life, even though the promised land might be right around the corner
06:51:27 pm

Every million in assets, buys me $2,000 of downside in the price of bitcoin. So $5 million would protect it to a $20,000 price. At this point I should seek out a hard money lender to get a $5 million loan for two fucking weeks
06:54:29 pm

I recently spoke to a guy who does some hard money lending, but he's a Central Valley farmer and probably would think bitcoin is too crazy and not understand the downside is very limited now
06:55:36 pm

JK

Ace

That's actually not a crazy idea
06:57:37 pm

It's a tough situation bro… I've been saying there's no perfect answer here
06:57:53 pm

The next upswing could be the last time we go this low, so I understand why you haven't wanted to take the advice to protect yourself by converting high
06:58:29 pm

But I never did the math to see how you'd be fully out at $20k
06:58:41 pm

Personally I don't believe it goes there but that doesn't it's unwise to protect yourself as insurance
06:59:03 pm

A

John Kreese

I'm frozen
07:00:04 pm

My friend said a hard money loan will waste my time, nobody will do it, and I need to go back to crisis mode now
07:01:18 pm

JK

Ace

What does your friend say is crisis mode?
07:04:02 pm

A

Is this the friend who said not to convert no matter what and just get liquidated?
07:04:18 pm

John Kreese

Same guy. He's not saying that he said to not convert it no matter what. He's trying his best to help, but he's saying it's really me making the decisions (which is true), so he's kind of saying that I need to make up my mind. I gently reminded him that we both have kind of waivered a bit throughout this. I mean, he's not going to take responsibility for my decisions and outcomes ..... anyway, yes that guy
07:07:26 pm

He's kind of saying I already took the chance that we were out of the woods and took that risk and it didn't pan out and now I can walk with an equivalent of 160 BTC ($4,800,000 divided by $30,000) which could be worth $16 million if we go to $100,000 (and not the $30-40 million I was expecting at that level)....... OR I could be wiped to $0 if BTC crashes lower
07:10:59 pm

JK

Ace

A

So he's saying to self-liquidate and just pay the loan off and walk away?
07:16:05 pm

John Kreese

If that options expiration is NEXT Friday and we climb back to $35,000 - $36,000 again, I could probably make this through ...... I think now my liquidation price of BTC probably just got lowered to $29,000 maybe and I could survive a drop to $30,000 again, but then someone said this time were probably going to stay down at this level which is just FUCKING FUCKED. I do think I could make it through one more round and keep my original 250 BTC intact and maybe even the 80 Nexo BTC I have left, but the swimmer has to swim the lap the other way (using my analogy) in order for that to work out. Staying down is here with a potentially bearish portions expiration could spell absolute doom ....

07:16:30 pm

That's what he's saying!

07:16:41 pm

JK

Ace

You still have 79 BTC you could convert to stable

07:17:33 pm

Or sell and pay off the loan

07:17:40 pm

I'm curious how low that would allow you to get with your remaining 250

07:17:51 pm

My advice on conversions applied more with the conditions over the prior weeks... but where we are now is sort of uncharted waters

07:20:17 pm

A

John Kreese

We talked about that too and the the problem now is that if we swapped the rest of the Nexo BTC at $37,000, those represented 34% of the 379 BTC I had before today. So 34% of a $7,000 cushion is $2,380, so I would not have been liquidated today.

07:23:05 pm

JK

Ace

What's your loan now, 8M?

07:23:56 pm

A

If you sold now it wipes 2.6m off your loan
07:24:14 pm

John Kreese

However, he also points out that pushing my liquidation level lower is a blessing a curse. It's a blessing if it fends off liquidations. It's a curse if it goes down to that new liquidation level because then I could lose EVERYTHING
07:24:17 pm

$8,500,000 now
07:24:32 pm

JK

Ace

Well, I'm just doing this in my head...
07:25:02 pm

But if that drops down to 6M
07:25:10 pm

A

If it drops to 22k you still have 5.5M in BTC
07:25:44 pm

John Kreese

Basically there has never really been a great plan. I fucked myself a long time ago taking this much in loans and buying BTC at high prices..... there's never really been a great plan to unwind
07:25:53 pm

JK

Ace

A

So we'd have to see what you have in Nexo and Eth
07:25:54 pm

John Kreese

It's better to think of it as total account value. I have $13,300,000 now and owe $8,500,000
07:26:45 pm

Think of it like this - if I sold all my BTC, ETH, and Nexo, I would have an equivalent of 160 BTC
07:27:56 pm

I transferred over 250 btc AND 250 eth from Coinbase, so it would suck, but my friend thinks I have no choice now and should pull the cord
07:29:00 pm

It sounds like he's changing his tune, but that's just what it is
07:29:37 pm

Bitcoin has bottomed at $31,000 four times now. It seems to be a very solid support line, but it's also the edge of the cliff at the same time. It's a floor and a cliff's edge (for me) both
07:31:08 pm

As of now, I've sold about half of the Nexo BTC, which means the other half could be used to go higher and make up for those losses and have a wash on the Nexo business and still be getting rich off my original 250.... If my liquidations were over
07:38:00 pm

But more liquidations means I'm paying back Nexo out of my original savings account at best ..... and losing my original savings at worst
07:38:56 pm

JK

Ace

That isn't the math I was looking at... I was more interested to see if you sell he Nexo btc and pay off that much of the loan, exactly how much remains in your wallet at various permutations
08:04:07 pm

Let's just say worst case scenario Nexo is we $1 and Eth is at $1600
08:04:40 pm

The question is how low can BTC go if your loan is at 6M before you get liquidated
08:05:00 pm

Your friend is 100% changing his tune even from two days ago when he was saying to never sell... I'm curious what triggered him
08:05:34 pm

Exactly how much Eth and Nexo do you have in the credit wallet, and do you have more tokens that those?
08:09:00 pm

(Besides btc)
08:09:05 pm

And exactly how many BTC are left?
08:09:22 pm

Because basically if you sold what Nexo gave you, and your loan was 5.9M, your new 83.33% LTV amount would be around $7.08M
08:22:41 pm

That's the value of collateral where liquidations would occur
08:22:58 pm

So let's say you have 2M of Nexo and Eth value
08:23:44 pm

That allows BTC to go as low as 20.3K before any more liquidations would happen
08:24:15 pm

A

But obvi we'd have to know exactly what you had in Nexo and Eth and rework these numbers at various permutations
08:24:47 pm