Max Ambrose (SBN 320964)
maxambrose@taylorcopelandlaw.com
James Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimile: 619-566-4341

*Attorneys for Plaintiff John Cress*

Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5000
Fax: (713) 427-5067

*Attorneys for Defendant Nexo Capital, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOHN CRESS,

Plaintiff,

vs.

NEXO CAPITAL, INC.

Defendant.

CASE NO. 3:23-cv-00882-TSH

**JOINT STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT DEADLINES AND HEARING DATE BY 14 DAYS TO ACCOMMODATE MEDIATION**

**STIPULATION**

Plaintiff John Cress ("Cress") and Defendant Nexo Capital, Inc. ("Nexo"), by and through their undersigned counsel, jointly stipulate and request that the Court extend the current deadlines associated with the parties' summary judgment and Daubert motions, including the hearing date, by fourteen (14) days, to accommodate a September 15, 2026 mediation, as set forth below.

1. The parties have met and conferred and agree that good cause exists for a 14-day extension of the current briefing deadlines and hearing date associated with the parties' summary judgment and Daubert motions.
2. Under the current schedule, responses to both summary judgment motions and Mr. Cress's Daubert motion are due September 11, 2026; replies to both summary judgment motions and the response to Nexo's anticipated Daubert motion are due September 30, 2026; and the hearing is set for October 22, 2026 at 10:00 a.m.
3. The parties are scheduled to participate in mediation in San Francisco on September 15, 2026 before the Hon. Gary A. Feess (Ret.), a former United States District Judge from the Central District of California.
4. Good cause exists to extend the briefing schedule by 14 days to reduce the burden on the parties and the Court and allow the parties to focus their efforts on preparing for and participating in the mediation.
5. Good cause also exists because the parties believe that extending the current deadlines will maintain the status quo and increase the likelihood of a mediated resolution.
6. Accordingly, the parties stipulate and respectfully request that the Court extend the applicable deadlines by 14 days, to and including the following dates: responses to both summary judgment motions and Mr. Cress's Daubert motion shall be due September 25, 2026; Nexo's anticipated Daubert motion for purposes of Summary Judgment shall be due September 25, 2026; replies to both summary judgment motions and the response to Nexo's anticipated Daubert motion shall be due October 14, 2026; and the hearing shall be continued to November 5, 2026 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: September 1, 2026

BAKER & MCKENZIE LLP

By: _*/s/ Ian S. Shelton*_________________
Ian. S. Shelton

*Attorneys for Defendant Nexo Capital Inc.*

Dated: September 1, 2026

TAYLOR-COPELAND LAW

By: _*/s/ James Taylor-Copeland*__________
James Taylor-Copeland

*Attorneys for Plaintiff John Cress*

**ATTESTATION**

Pursuant To Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 1, 2026

BAKER & MCKENZIE LLP

By: _*/s/ Ian S. Shelton*_________

Ian. S. Shelton

*Attorneys for Defendant Nexo Capital Inc.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 2, 2026

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE