Max Ambrose (SBN 320964)
maxambrose@taylorcopelandlaw.com
James Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimile: 619-566-4341

*Attorneys for Plaintiff John Cress*

Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5000
Fax: (713) 427-5067

*Attorneys for Defendant Nexo Capital, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN CRESS,<br><br>Plaintiff,<br><br>vs.<br><br>NEXO CAPITAL, INC.<br><br>Defendant. | CASE NO. 3:23-cv-00882-TSH<br><br>**NOTICE OF SETTLEMENT**<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING SUMMARY JUDGMENT DEADLINES TO EFFECTUATE SETTLEMENT** |

**STIPULATION**

Plaintiff John Cress ("Cress") and Defendant Nexo Capital, Inc. ("Nexo") (collectively, the "Parties"), by and through their undersigned counsel, hereby provide notice of settlement and jointly stipulate and request that the Court take the following actions to effectuate that settlement:

1. On August 7, 2026, the Parties filed cross-motions for summary judgment and related filings (ECF 150-156, 162, 165). Opposition briefs are currently due on September 25, and reply briefs are due on October 14 (ECF 169).
2. On September 15, 2026, the Parties participated in a mediation before the Hon. Gary Feess (Ret.) in San Francisco.
3. After the mediation, the Parties reached a settlement, which, provided all Parties comply with the terms of the settlement agreement, will result in the filing of a stipulation of dismissal with prejudice of the above-referenced action, with the Parties to bear their own attorney's fees and costs.
4. Nexo requires additional time to comply with one of the terms of the settlement.
5. The Parties stipulate and agree to a seven-day extension of the summary judgment deadlines to allow for completion of the settlement.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:

1. Good cause exists to extend the summary judgment deadlines by seven days to allow for completion of the settlement. As to the summary judgment motions (ECF 153, 155 and 156), responses are due by October 2, replies due by October 21, and motion hearing is set for November 12, 2026 at 10:00 a.m. in San Francisco, Courtroom E, 15th Floor.

IT IS SO STIPULATED.

Dated: September 25, 2026

BAKER & MCKENZIE LLP

By: */s/ Ian S. Shelton*__________________
Ian. S. Shelton

*Attorneys for Defendant Nexo Capital Inc.*

Dated: September 25, 2026

TAYLOR-COPELAND LAW

By: */s/ James Taylor-Copeland*__________
James Taylor-Copeland

*Attorneys for Plaintiff John Cress*

**ATTESTATION**

Pursuant To Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 25, 2026

BAKER & MCKENZIE LLP

By: */s/ Ian S. Shelton*___________________

Ian. S. Shelton

*Attorneys for Defendant Nexo Capital Inc.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 25, 2026

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE