Max Ambrose (SBN 320964)
maxambrose@taylorcopelandlaw.com
James Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-734-8770
Facsimile: 619-566-4341

*Attorneys for Plaintiff John Cress*

Ian S. Shelton (SBN 264863)
BAKER & MCKENZIE LLP
ian.shelton@bakermckenzie.com
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
Phone: (310) 299-8535
Fax: (310) 201-4721

Matthew C. Rawlinson (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
matthew.rawlinson@bakermckenzie.com
800 Capitol, Suite 2100
Houston, Texas 77002
Phone: (713) 427-5000
Fax: (713) 427-5067

*Attorneys for Defendant Nexo Capital, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN CRESS,<br><br>Plaintiff,<br><br>vs.<br><br>NEXO CAPITAL, INC.<br><br>Defendant. | CASE NO. 3:23-cv-00882-TSH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF THE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Cress and Defendant Nexo Capital Inc. (collectively, "Parties") hereby stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice and in its entirety, with each Party to bear its own attorney's fees and costs. The Parties respectfully request that the Court close the case.

IT IS SO STIPULATED.

Dated: October 6, 2026

BAKER & MCKENZIE LLP

By: [signature]
Ian. S. Shelton

*Attorneys for Defendant Nexo Capital Inc.*

Dated: October 6, 2026

TAYLOR-COPELAND LAW

By: /s/ James Taylor-Copeland
James Taylor-Copeland

*Attorneys for Plaintiff John Cress*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 6, 2026

TAYLOR-COPELAND LAW, P.C.

By: */s/ Max Ambrose*

Max Ambrose

*Attorneys for Plaintiff John Cress*